AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>STEWART PARKS<br><br>*Defendant* | ) Case: 1:21-mj-00445<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 5/24/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   STEWART PARKS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in Restricted Building or Grounds / Impeding Official Business;
40 U.S.C. § 5104(e)(2)(D), (E), and (F) - Violent Entry or Disorderly Conduct on Capitol Grounds and
18 U.S.C. § 641 - Theft of Government Property.

Date:   05/24/2021

2021.05.24
21:05:12 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/24/2021 , and the person was arrested on *(date)* 6/3/2021
at *(city and state)* Columbia, TN .

Date:   6/3/2021

*Arresting officer's signature*

Chris Potts, FBI SA

*Printed name and title*