

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 26, 2021

**BY EMAIL and USAFX**

John L. Machado, Esq.
Law Office of John Machado
503 D Street, N.W., Suite 310
Washington, DC 20001
johnlmachado@gmail.com

Dumaka Shabazz, Esq.
810 Broadway, Suite 200
Nashville, TN 37203
dumaka_shabazz@fd.org

Re:  *United States v. Stewart Parks and Matthew Baggott*,
     21 Cr. 411 (APM)

Dear Counsel:

As preliminary discovery in this case, the materials listed below have been uploaded to USAFx[1] for you to download.  **This material is subject to the terms of the Protective Order issued in this case.  Those materials marked with an asterisk (\*) have been designated "Sensitive;" those marked with a double asterisk (\*\*) have been designated "Highly Sensitive."**

> 0176-ME-3373430_0000001.pdf\*
> 0176-ME-3373430_0000001_1A0000001_0000001.pdf\*
> 0176-ME-3373430_0000002.pdf

---

[1] Please note that USAFx is not a permanent storage system and does not retain documents or files indefinitely.  Please download these materials as soon as possible to avoid delay resulting form having to re-upload files.

0176-ME-3373430_0000002_1A0000002_0000001.pdf
0176-ME-3373430_0000003.pdf
0176-ME-3373430_0000003_1A0002608_0000001.pdf
0176-ME-3373430_0000004.pdf
0176-ME-3373430_0000004_1A0000116_0000001.pdf
0176-ME-3373430_0000004_1A0000117_0000001.docx*
0176-ME-3373430_0000004_1A0000122_0000001.png
0176-ME-3373430_0000004_1A0000123_0000001.png
0176-ME-3373430_0000004_1A0000124_0000001.3gp
0176-ME-3373430_0000005.pdf
0176-ME-3373430_0000005_1A0000003_0000001.url
0176-ME-3373430_0000005_1A0000003_0000002.url
0176-ME-3373430_0000005_1A0000003_0000003.url
0176-ME-3373430_0000005_1A0000004_0000001.pdf
0176-ME-3373430_0000006.pdf
0176-ME-3373430_0000006_1A0000005_0000001.pdf*
0176-ME-3373430_0000007.pdf
0176-ME-3373430_0000007_1A0000006_0000001.jpeg
0176-ME-3373430_0000007_1A0000006_0000002.pdf
0176-ME-3373430_0000008.pdf
0176-ME-3373430_0000008_1A0000007_0000001.pdf
0176-ME-3373430_0000009.pdf
0176-ME-3373430_0000009_1A0008116_0000001.pdf
0176-ME-3373430_0000010.pdf
0176-ME-3373430_0000011.pdf
0176-ME-3373430_0000011_1A0000001_0000001.pdf
0176-ME-3373430_0000012.pdf
0176-ME-3373430_0000013.pdf
0176-ME-3373430_0000013_1A0000008_0000001.pdf
0176-ME-3373430_0000013_Import.rtf
0176-ME-3373430_0000014.pdf
0176-ME-3373430_0000014_1A0000009_0000001.xlsx*
0176-ME-3373430_0000015.pdf
0176-ME-3373430_0000015_1A0000010_0000001.PNG
0176-ME-3373430_0000015_1A0000011_0000001.pdf
0176-ME-3373430_0000016.pdf
0176-ME-3373430_0000016_1A0000012_0000001.PNG
0176-ME-3373430_0000016_1A0000012_0000002.pdf
0176-ME-3373430_0000016_1A0000012_0000003.pdf
0176-ME-3373430_0000016_1A0000012_0000004.pdf
0176-ME-3373430_0000017.pdf
0176-ME-3373430_0000017_1A0000022_0000001.JPG
0176-ME-3373430_0000017_1A0000022_0000002.PNG
0176-ME-3373430_0000017_1A0000022_0000003.JPG

0176-ME-3373430_0000017_1A0000022_0000004.PNG
0176-ME-3373430_0000018.pdf
0176-ME-3373430_0000018_1A0008717_0000001.pdf
0176-ME-3373430_0000019.pdf
0176-ME-3373430_0000019_1A0000013_0000001.pdf
0176-ME-3373430_0000020.pdf
0176-ME-3373430_0000020_1A0000014_0000001.pdf
0176-ME-3373430_0000021.pdf
0176-ME-3373430_0000021_1A0000015_0000001.asf**
0176-ME-3373430_0000021_1A0000016_0000001.png
0176-ME-3373430_0000021_1A0000016_0000002.jpg
0176-ME-3373430_0000021_1A0000016_0000003.png
0176-ME-3373430_0000021_1A0000016_0000004.PNG
0176-ME-3373430_0000021_1A0000016_0000005.PNG
0176-ME-3373430_0000022.pdf
0176-ME-3373430_0000023.pdf
0176-ME-3373430_0000023_1A0000018_0000001.pdf*
0176-ME-3373430_0000023_1A0000018_0000002.docx*
0176-ME-3373430_0000023_1A0000018_0000003.jpg
0176-ME-3373430_0000024.pdf
0176-ME-3373430_0000024_1A0000024_0000001.msg
0176-ME-3373430_0000024_1A0000024_0000002.mp4
0176-ME-3373430_0000025.pdf
0176-ME-3373430_0000025_1A0000019_0000001.pdf
0176-ME-3373430_0000026.pdf
0176-ME-3373430_0000026_1A0000020_0000001.jpg
0176-ME-3373430_0000026_1A0000020_0000002.jpg
0176-ME-3373430_0000026_1A0000020_0000003.jpg
0176-ME-3373430_0000026_1A0000020_0000004.png
0176-ME-3373430_0000026_1A0000020_0000005.mp4**
0176-ME-3373430_0000026_1A0000020_0000006.png
0176-ME-3373430_0000026_1A0000021_0000001.jpg
0176-ME-3373430_0000026_1A0000021_0000002.jpg
0176-ME-3373430_0000026_1A0000022_0000001.pdf
0176-ME-3373430_0000027.pdf
0176-ME-3373430_0000027_1A0000023_0000001.png
0176-ME-3373430_0000027_1A0000023_0000002.jpg
0176-ME-3373430_0000027_1A0000023_0000003.jpg
0176-ME-3373430_0000027_1A0000023_0000004.png
0176-ME-3373430_0000027_1A0000023_0000005.mp4**
0176-ME-3373430_0000027_1A0000023_0000006.jpg
0176-ME-3373430_0000027_1A0000024_0000001.pdf
0176-ME-3373430_0000028.pdf*
0176-ME-3373430_0000028_1A0000003_0000001.docx*

0176-ME-3373430_0000029.pdf*
0176-ME-3373430_0000029_1A0000025_0000001.docx*
0176-ME-3373430_0000030.pdf
0176-ME-3373430_0000030_1A0000026_0000001.jpg
0176-ME-3373430_0000030_1A0000026_0000002.mp4**
0176-ME-3373430_0000031.pdf
0176-ME-3373430_0000031_1A0000027_0000001.pdf
0176-ME-3373430_0000032.pdf
0176-ME-3373430_0000032_1A0000001_0000001.pdf
0176-ME-3373430_0000033.pdf
0176-ME-3373430_0000033_1A0000028_0000001.pdf
0176-ME-3373430_0000033_1A0000028_0000002.pdf
0176-ME-3373430_0000033_1A0000028_0000003.pdf
0176-ME-3373430_0000034.pdf
0176-ME-3373430_0000034_1A0000029_0000001.pdf
0176-ME-3373430_0000034_1A0000029_0000002.pdf
0176-ME-3373430_0000034_1A0000029_0000003.pdf
0176-ME-3373430_0000034_1A0000029_0000004.pdf*
0176-ME-3373430_0000034_1A0000029_0000005.pdf
0176-ME-3373430_0000035.pdf
0176-ME-3373430_0000037.pdf
0176-ME-3373430_0000037_1A0000031_0000001.pdf
0176-ME-3373430_0000038.pdf
0176-ME-3373430_0000039.pdf
0176-ME-3373430_0000039_1A0010288_0000001.pdf
0176-ME-3373430_0000040.pdf
0176-ME-3373430_0000040_1A0000032_0000001.pdf*
0176-ME-3373430_0000040_Import.pdf*
0176-ME-3373430_0000041.pdf
0176-ME-3373430_0000041_1A0000033_0000001.pdf*
0176-ME-3373430_0000041_Import.pdf*
0176-ME-3373430_0000042.pdf
0176-ME-3373430_0000042_1A0000034_0000001_PHYSICAL.pdf
0176-ME-3373430_0000042_1A0000035_0000001.docx
0176-ME-3373430_0000043.pdf
0176-ME-3373430_0000043_1A0000002_0000001.pdf
0176-ME-3373430_0000044.pdf
0176-ME-3373430_0000044_1A0000036_0000001.pdf
0176-ME-3373430-CE_0000001.pdf
0176-ME-3373430-FISUR_0000001.pdf
0176-ME-3373430-FISUR_0000001_1A0000001_0000001.jpg
0176-ME-3373430-FISUR_0000001_1A0000001_0000002.jpg
0176-ME-3373430-FISUR_0000002.pdf
0176-ME-3373430-FISUR_0000002_1A0000002_0000001.jpg

0176-ME-3373430-FISUR_0000002_1A0000002_0000002.jpg
0176-ME-3373430-FISUR_0000002_1A0000003_0000001.jpg
0176-ME-3373430-FISUR_0000003.pdf
0176-ME-3373430-FISUR_0000003_1A0000004_0000001.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000002.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000003.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000004.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000005.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000006.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000007.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000008.jpg
0176-ME-3373430-FISUR_0000003_1A0000004_0000009.jpg
0176-ME-3373430-FISUR_0000004.pdf
0176-ME-3373430-FISUR_0000005.pdf
0176-ME-3373430-FISUR_0000006.pdf
0176-ME-3373430-FISUR_0000006_1A0000005_0000001.oxps
0176-ME-3373430-FISUR_0000007.pdf
0176-ME-3373430-FISUR_0000007_1A0000006_0000001.jpg
0176-ME-3373430-GJ_0000004_1A0000006_0000002.pdf*
0176-ME-3373430-GJ_0000005_1A0000007_0000001.zip*
0176-ME-3373430-GJ_0000007_1A0000009_0000004.pdf
0176-ME-3373430-GJ_0000009_1A0000011_0000001.pdf
0176-ME-3373430-GJ_0000009_1A0000011_0000002.xlsx
0176-ME-3373430-OPA_0000001.pdf
0176-ME-3373430-OPA_0000002.pdf
0176-ME-3373430-OPA_0000003.pdf
0176-ME-3373430-OPA_0000004.pdf
0176-ME-3373430-OPA_0000005.pdf
0176-ME-3373430-OPA_0000005_1A0009108_0000001.pdf
0176-ME-3373430-OPA_0000006.pdf
0176-ME-3373430-OPA_0000006_1A0013897_0000001.pdf*
0176-ME-3373430-OPA_0000007.pdf
0176-ME-3373430-OPA_0000007_1A0003917_0000001.pdf
0176-ME-3373430-OPA_0000007_1A0003917_0000002.zip
0176-ME-3373430-OPA_0000008.pdf
0176-ME-3373430-OPA_0000008_1A0016274_0000001.pdf
0176-ME-3373430-OPA_0000009.pdf
0176-ME-3373430-OPA_0000009_1A0014444_0000001.pdf
0176-ME-3373430-OPA_0000010.pdf
0176-ME-3373430-OPA_0000010_1A0013898_0000001.pdf*
0176-ME-3373430-OPA_0000011.pdf
0176-ME-3373430-OPA_0000011_1A0010097_0000001.pdf
0176-ME-3373430-OPA_0000012.pdf
0176-ME-3373430-OPA_0000012_1A0011453_0000001.pdf

officialRecords/0176-ME-3373430_0000044.pdf

0176-ME-3425840_0000001.pdf*
0176-ME-3425840_0000001_1A0000001_0000001.docx*
0176-ME-3425840_0000001_1A0000001_0000002.jpg
0176-ME-3425840_0000001_1A0000001_0000003.pdf*
0176-ME-3425840_0000001_1A0000001_0000004.pdf*
0176-ME-3425840_0000001_1A0000002_0000001.asf**
0176-ME-3425840_0000001_1A0000002_0000003.jpg
0176-ME-3425840_0000001_1A0000002_0000004.png
0176-ME-3425840_0000001_1A0000002_0000005.png
0176-ME-3425840_0000002.pdf*
0176-ME-3425840_0000002_1A0000003_0000001.docx*
0176-ME-3425840_0000004.pdf
0176-ME-3425840_0000004_1A0000018_0000001.pdf*
0176-ME-3425840_0000004_1A0000018_0000002.docx*
0176-ME-3425840_0000004_1A0000018_0000003.jpg
0176-ME-3425840_0000005.pdf
0176-ME-3425840_0000005_1A0000015_0000001.asf**
0176-ME-3425840_0000005_1A0000016_0000001.png
0176-ME-3425840_0000005_1A0000016_0000002.jpg
0176-ME-3425840_0000005_1A0000016_0000003.png
0176-ME-3425840_0000005_1A0000016_0000004.PNG
0176-ME-3425840_0000005_1A0000016_0000005.PNG
0176-ME-3425840_0000006.pdf
0176-ME-3425840_0000006_1A0000022_0000001.JPG
0176-ME-3425840_0000006_1A0000022_0000002.PNG
0176-ME-3425840_0000006_1A0000022_0000003.JPG
0176-ME-3425840_0000006_1A0000022_0000004.PNG
0176-ME-3425840_0000009.pdf*
0176-ME-3425840_0000009_1A0000004_0000001.jpg*
0176-ME-3425840_0000009_1A0000004_0000002.jpg*
0176-ME-3425840_0000009_1A0000004_0000003.pdf*
0176-ME-3425840_0000010.pdf
0176-ME-3425840_0000010_Import.msg
0176-ME-3425840_0000011.pdf
0176-ME-3425840_0000011_1A0000005_0000001.pdf
0176-ME-3425840_0000011_1A0000005_0000002.pdf
0176-ME-3425840_0000011_1A0000005_0000003.pdf
0176-ME-3425840_0000011_1A0000005_0000004.pdf
0176-ME-3425840_0000011_1A0000005_0000005.pdf
0176-ME-3425840_0000012.pdf
0176-ME-3425840_0000013.pdf
0176-ME-3425840_0000013_1A0000006_0000001.pdf*

0176-ME-3425840_0000014.pdf
0176-ME-3425840_0000015.pdf
0176-ME-3425840_0000015_Import.rtf*
0176-ME-3425840_0000016.pdf
0176-ME-3425840_0000017.pdf
0176-ME-3425840_0000017_1A0000007_0000001.pdf*
0176-ME-3425840_0000017_Import.pdf*
0176-ME-3425840_0000018.pdf
0176-ME-3425840_0000018_1A0000008_0000001.pdf*
0176-ME-3425840_0000018_Import.pdf*
0176-ME-3425840_0000019.pdf
0176-ME-3425840_0000019_1A0000034_0000001_PHYSICAL.pdf
0176-ME-3425840_0000019_1A0000035_0000001.docx
0176-ME-3425840_0000021.pdf**
0176-ME-3425840-FISUR_0000001.pdf
0176-ME-3425840-FISUR_0000001_1A0000001_0000001.jpg
0176-ME-3425840-FISUR_0000001_1A0000001_0000002.jpg
0176-ME-3425840-FISUR_0000002.pdf
0176-ME-3425840-FISUR_0000002_1A0000002_0000001.jpg
0176-ME-3425840-FISUR_0000002_1A0000002_0000002.jpg
0176-ME-3425840-GJ_0000005_1A0000006_0000002.pdf*
0176-ME-3425840-GJ_0000006_1A0000007_0000001.zip*
0176-ME-3425840-GJ_0000008_1A0000009_0000004.pdf
0176-ME-3425840-GJ_0000010_1A0000011_0000002.xlsx*
0176-ME-3425840-OPA_0000001.pdf
0176-ME-3425840-OPA_0000002.pdf**
0176-ME-3425840-OPA_0000003.pdf**
0176-ME-3425840-OPA_0000004.pdf**
0176-ME-3425840-OPA_0000004_1A0008838_0000001.jpg**
0176-ME-3425840-OPA_0000004_1A0008839_0000001.jpg**
0176-ME-3425840-OPA_0000005.pdf**
0176-ME-3425840-OPA_0000006.pdf**
0176-ME-3425840-OPA_0000007.pdf**
0176-ME-3425840-OPA_0000008.pdf
0176-ME-3425840-OPA_0000008_1A0002641_0000001.pdf**
0176-ME-3425840-OPA_0000008_1A0002641_0000002.docx**
0176-ME-3425840-OPA_0000008_1A0002641_0000003.pdf**
0176-ME-3425840-OPA_0000008_1A0002641_0000004.docx**
0176-ME-3425840-OPA_0000008_Import.msg**
0176-ME-3425840-OPA_0000009.pdf**
0176-ME-3425840-OPA_0000009_1A0003774_0000001.PNG**
0176-ME-3425840-OPA_0000009_1A0003774_0000002.pdf**
0176-ME-3425840-OPA_0000010.pdf
0176-ME-3425840-OPA_0000010_Import.pdf**

0176-ME-3425840-OPA_0000011.pdf**
0176-ME-3425840-OPA_0000011_1A0012602_0000001.pdf**
0176-ME-3425840-OPA_0000012.pdf
0176-ME-3425840-OPA_0000012_1A0004508_0000001.msg
0176-ME-3425840-OPA_0000013.pdf**
0176-ME-3425840-OPA_0000013_1A0002331_0000001.png**
0176-ME-3425840-OPA_0000013_1A0002331_0000002.png**
0176-ME-3425840-OPA_0000013_1A0002331_0000003.png**
0176-ME-3425840-OPA_0000013_1A0002331_0000004.png**
0176-ME-3425840-OPA_0000014.pdf
0176-ME-3425840-OPA_0000015.pdf**
0176-ME-3425840-OPA_0000016.pdf
0176-ME-3425840-OPA_0000017.pdf**
0176-ME-3425840-OPA_0000017_1A0003866_0000001.pdf**
0176-ME-3425840-OPA_0000017_1A0003866_0000002.pdf**
0176-ME-3425840-OPA_0000017_1A0003866_0000003.pdf
0176-ME-3425840-OPA_0000017_1A0003866_0000004.PNG
0176-ME-3425840-OPA_0000018.pdf**
0176-ME-3425840-OPA_0000018_1A0015074_0000001.jpg**
0176-ME-3425840-OPA_0000018_1A0015074_0000002.pdf**
0176-ME-3425840-OPA_0000019.pdf**
0176-ME-3425840-OPA_0000024.pdf**
0176-ME-3425840-OPA_0000024_1A0006729_0000001_PHYSICAL.pdf**
0176-ME-3425840-OPA_0000024_1A0006730_0000001.png**
0176-ME-3425840-OPA_0000024_1A0006730_0000002.png**

**The discovery is unencrypted.**  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16 and direct your attention to the following materials, in which a witness identified someone other than the defendants as the individual(s) pictured in FBI BOLO Photograph #48:

0176-ME-3425840_0000021

0176-ME-3425840-OPA_0000002
0176-ME-3425840-OPA_0000003
0176-ME-3425840-OPA_0000004
0176-ME-3425840-OPA_0000004_1A0008838_0000001
0176-ME-3425840-OPA_0000004_1A0008839_0000001
0176-ME-3425840-OPA_0000005
0176-ME-3425840-OPA_0000006
0176-ME-3425840-OPA_0000007
0176-ME-3425840-OPA_0000009
0176-ME-3425840-OPA_0000009_1A0003774_0000001
0176-ME-3425840-OPA_0000009_1A0003774_0000002
0176-ME-3425840-OPA_0000010_Import
0176-ME-3425840-OPA_0000011
0176-ME-3425840-OPA_0000011_1A0012602_0000001
0176-ME-3425840-OPA_0000013
0176-ME-3425840-OPA_0000013_1A0002331_0000001
0176-ME-3425840-OPA_0000013_1A0002331_0000002
0176-ME-3425840-OPA_0000013_1A0002331_0000003
0176-ME-3425840-OPA_0000013_1A0002331_0000004
0176-ME-3425840-OPA_0000015
0176-ME-3425840-OPA_0000016
0176-ME-3425840-OPA_0000017
0176-ME-3425840-OPA_0000018
0176-ME-3425840-OPA_0000019
0176-ME-3425840-OPA_0000024

Some defense counsel in the Capitol Breach cases have requested information that they claim suggests a member (or members) of law enforcement allowed people to enter or remain in the Capitol or on restricted grounds, acted friendly or sympathetic to the rioters, or otherwise failed to do their jobs.  As an initial matter, we do not believe that such information is exculpatory as to guilt or punishment within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1973).  Nevertheless, the government possesses some information that arguably could be responsive to these requests.  Out of an abundance of caution, the government will be making such information available to you, if it has not done so already.  I will provide timely disclosure if any additional material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I

request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

Benet J. Kearney
Assistant United States Attorney

10