UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-411 (APM)** |
| | : | |
| **STEWART PARKS,** | : | |
| **MATTHEW BAGGOTT,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of September 26, 2021, has been provided to the defense in this matter.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        Acting United States Attorney
                        DC Bar No. 415793

By:    */s/ Benet J. Kearney*
                        BENET J. KEARNEY
                        Assistant United States Attorney
                        NY Bar No. 4774048
                        1 Saint Andrew's Plaza
                        New York, New York 10007
                        Benet.Kearney@usdoj.gov
                        (212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Notice of Discovery was served on all counsel of record via the Court's electronic filing service.

                                                /s/ Benet J. Kearney
                                                BENET J. KEARNEY
                                                Assistant United States Attorney

Date:   September 26, 2021