Gmail

John Machado <johnlmachado@gmail.com>

## Fwd: Info about the property you inquired about
1 message

**Stewart Parks** <stparks1@icloud.com>  Wed, Nov 17, 2021 at 4:12 PM
To: johnlmachado@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Anna Salvemini <asalvemini@topmre.com>
> **Date:** November 16, 2021 at 12:01:20 PM CST
> **To:** stparks1@icloud.com
> **Subject: Info about the property you inquired about**
>
> Hello Stewart,
> I tried to reach out by phone without success.
>
> Here 's the info about the property you inquired about:
> https://www.topmexicorealestate.com/tulum-real-estate/b-property-detail-tulum2.php?propId=28244
> Located south downtown Tulum, this project is divided into 2 phases, phase 1A delivers in December of 2021 and is sold out, phase 1B delivers in August of 2022 and phase 2 delivers in July of 2023.
> We have 1 resale available in phase 1A.
>
> In phase 2 we still have a few units available, like the 2 bedroom garden or roof condos, the studios and 1 bedroom units and the 3 bedroom 3,5 bathroom houses.
> The prices are:
> - 2 bedroom 2 bathroom garden condos --> 2,850,600 pesos equal to about 140k
> - 2 bedroom 2 bathroom roof condos --> 2,646,600 pesos equal to about 130k
> - studio --> 1,915,000 pesos equal to about 94k.
> - 1 bedroom units --> 2,165,000 pesos equal to about 106k.
> - 3 bedroom houses --> 3,965,000 pesos equal to about 194k.
> They all include 1 or 2 parking spots and a laundry room. The units have top class finishes.
> The 3 bedroom 3,5 bathroom house has 130m2 of interiors, 70m2 of exterior spaces and a garden of 49m2, for a total of over 245m2.
>
> The complex has different models of housing, from studios, to 1 bedroom units, 2 bedroom units and 3 bedroom houses.
> It's a gated community, located south of Tulum, near the Gypsea Market and the Holistika neighborhood, about 8km from the beach strip, with 24 hours security and amenities such as green areas, walking paths, a common pool, a swimming lane, a recreational spaces, a lounge and hammocks area, an outdoor gym, a kids playground, pool and game zone, a BBQ area, a pet park, parking and bike parking and a commercial area.
>
> As phase 1A already delivered it is possible to schedule a visit and see the advances.
>
> Stewart, let me ask you a few questions that will help me find exactly what you are looking for and to see if this precise listing is the right one for you.
>
> What motivates the thought of investing?
> What are your main expectations for this investment?
> What was about the listing that interested you the most?
> Are you familiar with the area?
> Are you working with any other brokers in the area?
>
> **Knowing how many bedrooms you are looking into, your maximum budget and timeline would also help.**

Mexico is a cash market so it's also important to know if you need financing.

With the widest inventory in Tulum, we have a lot of properties available, and although only 7% of the inventory are houses, based on this information I can send you options that best match your criteria.

If you already have a travel date, please let me know so that we can schedule a tour - please note that we need 48 hours of notice to make the appointments accordingly.

Thank you and looking forward to hearing back from you and hopefully meeting you soon.
Kindest regards,





Sender notified by
Mailtrack