

# Diamante Realtors

# $109,000

## Casa Sunset Canvas , Cabo San Lucas, 23473



  

• Type: **Residential**    • Style: **2 Storey**    • Bedrooms: **3**    • Bathrooms: **2**    • Half Bathrooms: **1**
• Size: **108 square meters**

**Brian Westerlund**
broker@diamanterealtors.com
6121429639
brianwesterlund.point2agent.com

**Diamante Realtors**
La Paz, 23097

## Details

### Property Summary

Type: **Residential**

Style: **2 Storey**

Bedrooms: **3**

Bathrooms: **2**

Half Bathrooms: **1**

Garage: **Double, Attached**

Size: **108 square meters**

Lot size: **168 square meters**

Has Suite: **No**

Year Built: **2010**

Development Level: **Built**



### Description

Currently a blank canvas waiting for your creativity to bring it to life- This very well made 3 bedroom 2.5-bath house is complemented with two spacious outdoor terraces off of the 2nd and 3rd bedrooms on the second floor. The spacious master bedroom with walk-in closet and ensuite is on the main floor in order to have easier access. The open concept kitchen is complemented with a breakfast bar that opens up into the dining and living room. There is lots of cabinet space with the possibility of adding more and creating a small pantry. The second floor has direct access to the spacious outdoor terrace from which you can enjoy the warm sunny days in Cabo having a BBQ or doing yoga. The unfinished back yard gives the perfect opportunity to build a small deck and add a jacuzzi in a private oasis backyard. This property is located within a gated community on the Pacific side of Cabo. This house is located in a residential gated community where many families have moved in and have kept up with the maintenance, as the community is nice and clean. Many of the homes have been personalized making the community quite charming. More listings at WWW.BAJA-MLS.COM







## Additional Photos






*Information is deemed to be correct but not guaranteed.*