# Apartment DLE



Photos: **Sibarth Real Estate**

### Features

| | |
|---|---|
| Bedrooms: | 2 |
| Bathrooms: | 2 |
| Property Features: | Hillside, Sea view |
| Sibarth Real Estate Area [+]: | 3 |
| Listed Price: | € 1,749,000 |

This beautiful 664 sqft apartment is located in the St Jean district.

At the entrance we can find a spacious living room with neat decoration.

This is followed by a beautiful fully equipped kitchen, functional with its dining area and a large bay window offering a view of the bay of St Jean.

The sleeping area is composed of 2 bedrooms with comfortable volumes and 2 bathrooms.

The apartment DLE offers a large covered outdoor space including a spacious living room as well as a jacuzzi and barbecue area allowing you to enjoy an indoor-outdoor lifestyle as often as you like.

The owner advises that the average condo expenses for 2019 amount to approximately € 975 par trimester.

The listed price is inclusive of agency fees, at the seller's cost.

# Useful Tools



QR Code | Currencies

© 2013-2021 Sibarth Real Estate. All rights reserved

Home   Contact   About Us   Sales Services   Villa Rentals   St Barts