

**Mr Parks,**
Thank you for booking with Tradewind Aviation!

Booking Reference: TJHY4W

**CORONAVIRUS RESPONSE:** Please refer to our COVID-19 Response page for Tradewind's health and safety plan and our Travel Advisory page for up-to-date travel requirements. For detailed information about St Barths COVID-19 protocols, visit our St Barths Travel page.

Please review your Tradewind Aviation flight details below.

| Passenger | Email Contact | E-ticket Numbers |
|---|---|---|
| PARKS/STEWARTMR | teamcouncil@protonmail.com | 492 2300301266/1 |

| Date | Flight | From | Depart | To | Arrive | Cabin |
|---|---|---|---|---|---|---|
| 08 Dec 21 | TJ0107 | St Barths | 05:20 PM | San Juan | 06:25 PM | Economy |

**Fare Rules:** Value of tickets and extras such as VIP Experience is non-refundable. Changes may be made without penalty and booked in the original fare class or higher if original fare class is not available. Cancellation within 24 hours results in forfeited value of tickets and extras. Credit from cancellations is valid for up to one year from the date of flight. Loyalty transactions subject to taxes & fees. Max luggage weight 50lbs/23kilos per person.

**Manage Flights**

To view, manage, or change your flight(s), add or update email and mobile phone information, book VIP Experience or purchase Carbon Offsets for your travel, click the button below.

**Manage My Booking**

---



3:20

Your reservation

Cher Madame, Monsieur,

Nous vous confirmons la réservation de vos billets.

Veuillez vous reporter au billet ci-joint afin de connaître l'heure à laquelle vous présenter à l'enregistrement. Munissez-vous de votre numéro de dossier et de votre passeport, pour chaque passager.

Votre référence de réservation est : 020S1F

**Les passagers**

Mr. Stewart Parks        8752418589104

**Votre voyage**

Vol 3S 6677 05 December 2021 –Départ St Marteen, Princess Juliana Intl (SXM) à 17:00 - Arrivée à 17:15

Coût total de votre dosier : **USD $169.32**

Air Antilles vous souhaite un excellent voyage.

Merci de ne pas adresser de réponse à cette adresse mail.
En cas de besoin, contactez votre conseiller voyages habituel ou utilisez l'adresse
callcenter@airantilles.com

CONDITIONS TARIFAIRES - AIRANTILLES

**BEST**

 Reply     Reply All     Forward