**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO. 21-cr-411 (APM)** |
| **STEWART PARKS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT PRETRIAL STATEMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Stewart Parks, through his attorney John Machado, Esq., submit their Joint Pretrial Statement as directed in the Court's Pretrial Order. ECF No. 74.

The following materials are attached as exhibits:

| | |
|---|---|
| Exhibit A | Government's Witness List |
| Exhibit B | Government's Exhibit List |
| Exhibit C | Defendant's Witness List |

Counsel for the defendant provided the Government with Exhibit C, to be filed with this Statement.

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  United States Attorney
                                  D.C. Bar No. 481052

By:   _____
                                  BARRY K. DISNEY
                                  Trial Attorney
                                  Kansas Bar No. 13284
                                  BENET J. KEARNEY
                                  Assistant United States Attorney
                                  New York Bar No. 4774048
                                  J. HUTTON MARSHALL
                                  Assistant United States Attorney
                                  DC Bar No. 1721890
                                  601 D Street, N.W.
                                  Washington, D.C. 20579
                                  Barry.Disney@usdoj.gov
                                  Benet.Kearney@usdoj.gov
                                  Joseph.Hutton.Marshall@usdoj.gov
                                  (202) 305-4367
                                  (212) 637-2260
                                  (202) 252-6299