# EXHIBIT C

| | | | |
|---|---|---|---|
| **Government** | ☐ | United States | |
| **Plaintiff** | ☐ | VS. | Criminal No. <u>21-CR-411 (APM)</u> |
| **Defendant** | ☒ | Stewart Parks | |
| **Joint** | ☐ | | |
| **Court** | ☐ | | |

<b><u>DEFENDANT'S WITNESS LIST</u></b>

COMES NOW Defendant Stewart Parks and presents the following list of potential witnesses in <u>United States v. Stewart Parks</u>, 21-CR-411, which is scheduled for trial on January 17, 2022, before The Honorable Amit P. Mehta.

1) Stewart Parks

2) Matthew Baggott