EXHIBIT A

August 6, 2023

To the Honorable Amit Mehta,

This is a character statement for Stewart Parks.  I only know Stewart from a business standpoint.  The several times that I met him I saw a fine young man.  What struck me about him was how extremely polite and respectful he was in a way I have rarely seen.  I know very little about the facts of his case.  What I wish to address is that although anything is possible it would truly shock me that a man that seems to have so much respect would intentionally and knowingly disrespect the law.  It just would make no sense to me and would seem quite out of character.  Please weigh his character in deciding his case.

Respectfully,
Alan Siliski

Alan Siliski

Franklin, TN

EXHIBIT B

Dear Honorable District Court Judge Amit P. Mehta,

I am writing this letter as a character reference in support of Stewart Parks, who is awaiting a sentencing for the misconduct at the January 6, 2021 United States Capitol riots. My name is Allison Walters and I have served our Country as an Army Medic for 11 years, then went on to finish my Federal Service combined retirement time with the Federal Aviation Administration (FAA) as a Hazardous Material Inspector and the Transportation Security Administration (TSA) with the Department of Homeland Security as a Federal Security Inspector of 29 years. I understand your position to uphold your duties as a District Court Judge serving the United States government, because I also had many Federal Civil investigations that I worked throughout my tenure as a Federal Security Investigator. All investigated cases had to be scrutinized to determine whether a Federal Civil Law had been violated, and if so, what was the civil fine going to be depending on the severity of each incident.

This appears to be the same type of litigation you are doing now in service to our Country with the many different individuals and their cases that attended the riots that occurred at our Nation's Capitol on January 6, 2021. Each case is a specific circumstance to each individual and to treat each of these individuals on a totality level with a punishment that did not fit the crime would be a disservice to our Country. This is something my Supervisor always ingrained in my mind and in my heart as we approached each investigation. All facts that were gathered together in each investigation may have proven that a civil law had been violated, however, depending on the circumstances, may not have merited a civil penalty. In fact, many of our Federal Investigations were closed with Warning Notices because our Government is not a Government that believes in hammering individuals simply based on a guilty charge.

So, I am appealing on behalf of Stewart Parks to your professional authority as a District Court Judge serving our Country. His character is that of a law abiding citizen always seeking to uphold the laws in every circumstance and all situations. I have known him all of his life and he is always kind and courteous to others, with a heart of gold and love of our Country. He has conducted business with my father and me in the selling of our homes as a licensed Broker and Realtor in the State of Tennessee. I have seen him interact with people both in a professional level and social level and his character does not change, nor does he allow politics to influence his decision making abilities.

Understanding the facts of his specific entry into a Federal building with a crowd of unscreened individuals, and a Law Enforcement officer allowing people to come in without trying to stop them would weigh heavily on the circumstances of this incident if I were personally investigating this case. Also, the fact that the hand wand was recovered, that Stewart picked up and laid back down, when an inventory was conducted later after the riot was dispersed, is also an evidential fact that the hand was not taken home by anyone or out of the Federal building. The definition of theft by law is: The taking of another person's property with the **intent of depriving that person of the use of their property.** After the Security breach of unscreened individuals had already taken place in the Capitol building, and there was no law enforcement officer conducting

screening procedures at the station where Stewart picked up the hand wand, and the recovery of this hand wand item at inventory was identified, the intent of Stewart Parks depriving the Capital building of screening procedures cannot meet this definition because you can't prove ill intent if the item was recovered and there was no manned security guard present operating the hand wand that identified the hand wand was used for screening.

So, was a crime committed by entering a Federal building unauthorized? Possibly, but as citizens of the United Sates, we all look at Police Officers as the current authority in all situations. An example of this would be at a car accident when a Police Officer is waving you through a red light because he is moving traffic, and his Law Enforcement authority takes precedence over the law of obeying a red light signal. **In both situations, if a Law Enforcement Officer allows you entry into a Federal building, and there is no manned security stations with hand wands being used to screen individuals, then there is no way to prove that Stewart Parks deprived the Capital police of using the hand wand he casually picked up and placed back down.**

I know I don't need to explain this because you are a Judge and know best. However, I am appealing to your leniency of your sentencing because of circumstantial evidence, all of the factual evidence presented, and Stewart Park's character of never being in trouble with the law, and always trying to help others and serve his Country by running for office in a Congressional seat.

I understand you are the Judge and you have the final adjudication in Stewart Park's sentencing. However, if I was still working as a Federal Investigator with TSA and was reviewing all of the evidence provided in totality to his circumstances in his individual case, I would most likely have issued him a Warning Notice. A Warning Notice from TSA means the individual violated a Federal Civil Law, however, due to the circumstances, and evidence presented, it does not warrant a civil penalty fine, and no further action is warranted in this investigation.

Thank you for your consideration into this and your service to our Country as a District Court Judge for the United States of America.

Sincerely,


Allison Walters
Retired Transportation Security Inspector

EXHIBIT C

August 2, 2023

To the Honorable Amit Mehta,

Hello. My name is Arlene Bragg and I am writing in reference to Stewart T. Parks. I am friend of Stewart's family.

I was asked to write a character statement regarding Stewart, but truthfully, I did not need to be asked. I feel very strongly about Stewart and his future, and I hope to help you feel the same way that I do.

I have known the Parks family for about 35 years, so I have known Stewart his entire life. Stewart is a good person. He has never been in trouble with the law. He has always been an obedient and respectful child, youth, and adult. He is well educated and a hard worker. He is a graduate of Ole Miss with a degree in Economics. He also is a licensed real estate agent and broker. He also volunteers with his church. He is also very devoted to his family and has been his entire life.

Stewart made a mistake entering the Capitol on January 6, 2020, and he regrets that decision. He was only in the crowd with the intention to hear from the outgoing President Donald Trump. He had no idea that there would be any type of insurrection or any illegal activity that day, nor would he have willingly taken part in any such activity. I honestly feel that he should not be incarcerated for this decision. I believe that it would have a negative effect on him and his present and future life. I also believe that it would have a negative effect on his entire family. Stewart has learned from his mistake. He deserves a second chance.

If you have any questions or concerns, or if I can be of any further assistance, I can be reached at (615)            .

Respectfully,

Arlene R. Bragg

Arlene R. Bragg

EXHIBIT D



Barry Baggott

██████████████
Nashville, TN 37211
██████████@fastmail.com
615-███████

To the Honorable Amit Mehta
United States District Court for the District of Columbia

re: character reference for Stewart Parks

July 25, 2023

Dear Sir:

      I am the director of a ministry of the Crieve Hall Church of Christ, in Nashville, Tennessee, that provides various printed materials (Bibles, brochures, hymnals, Bible study materials for adults and children) to French-speaking churches around the world. I have lived in Nashville since 2008, which is when I first met Stewart Parks. Stewart and my son were both enrolled at Ezell Harding Christian School and became close friends. As their friendship has continued to this day, I have had numerous occasions to be with Stewart and his family and to know something of his character.

      I am aware of the charges that are made against Stewart in regard to January 6th. While it is not my place to offer an opinion on his guilt in violating any laws on that day, I am fully convinced that Stewart did not <u>intend</u> to harm anyone or even to show disrespect for the institutions of this country.

      Stewart is one of the most respectful and considerate young men that I know, and it has been manifest every time I have had dealings with him or watched him interact with others. He makes a point to show compassion by his presence in times of loss, such as the death of my wife in 2017, my father in 2020 and my mother just last week. He is a patient, cheerful, optimistic young man who remains true to his convictions. Regardless of what others around him may be doing, Stewart steadfastly abstains from alcohol, tobacco, profanity and other vices.

      I hope that Stewart's good character will be a significant factor in his favor as you deliberate on his sentencing.

Sincerely,
Barry Baggott

EXHIBIT E

Amit Hehta

Your Honor,

I am writing on behalf of my nephew, Stewart Parks.

He comes from a large family, on his mother's side, of 14 children, I am the oldest and my sister, Lisa, his mother is number 12 of 14.

Over the years, at all family gatherings, I found him to be respectful, kind, and just an ordinary kid,

Loving his family, playing sports, and following his favorite teams.

Stewart was raised by great parents, is well educated, hardworking and to my knowledge

Was never in trouble with the law prior to January 6.

I know not the full extent of the charges, nor the way the court deemed him guilty of charges.

I humbly ask that you give consideration because of his lack of a record leading up to these

Charges.

 In your wisdom I know you carefully weighted all the evidence ….

Guilty and facing sentencing, please consider his background, and think of any leniency your honor,

Might extend him going forward.

Sincerely Yours

Carol McCord

EXHIBIT F

July 22, 2023

Dear Sir or Madam:

This letter attests to the character and qualities of my friend, Stewart Parks. I met Stewart in the Fall of 2015 while attending the University of Mississippi. Stewart pursued an Economics degree and valued his education seriously. Stewart was kind to everyone, well liked by his peers, and never met a stranger. He spent most of his time studying rigorous courses to propel his career upon graduation. We became best friends during our time at Ole Miss. After Stewart graduated, he moved back to Nashville and immediately began his real estate career. Stewart has a strong work ethic, is well disciplined, and is a law abiding citizen. He is not a danger to society and loves his country.

Respectfully,
Cary Allen, CPA

EXHIBIT G

Amit Mehta,

Your Honor,

My sister's son, Stewart Parks, my nephew, who is a Christian.

Over the years, he has earned his keep.  Supports himself, definitely not lazy and well educated.

Everyone makes mistakes, he got caught up in the crowd, entering the Capitol.

I am asking you Sir, your mercy on sentencing him.

Thank you ,

Cheryl Schou

EXHIBIT H

To: The Honorable Amit Mehta                                    August 4, 2023

RE: Stewart Parks

Judge Amit Mehta,

I am writing you this endorsement of character for Stewart Parks. I have known Stewart for many years, and he is my nephew.  I have watched him grow into businessman that is kind and thoughtful. He has never complained about his vison or hearing problems. He overcame them and succeeded in sports and endeavors. Stewart has a zest for life and traveling with his friends and family.  I am extremely proud of his accomplishments in career and education. I have helped him on several projects with his real estate business. Stewart always shows great character and moral high ground. I am so proud to call him my nephew and wish you could see him outside the courtroom.

Best Regards,
Christopher A. Parks

@gmail.com

Sun City, FL 33573

EXHIBIT I

From:  David B. Parks

████████████████

La Vergne, Tennessee 37086

Date: 3 August 2023

To:

District Judge Amit P. Mehta

District of Columbia

Dear Sir

I am writing this character reference letter for my nephew Stewart Parks whose case currently stands before for the January 6, 2020 entering of the United States Capitol building. I have been planning to write this letter for some time now. I feel thankful for the opportunity to write this character reference. I have known my nephew since he was born. He was raised in a Christian home, attended private school. I would take him to and from school and he would always inquire about any interesting medical cases that I was presently taking care of as a Respiratory Therapist in the critical care unit. He has been active in his church and has been proactive in helping the homeless. My nephew has been successful and well liked in his real estate brokerage business. To my knowledge, Stewart has not committed any other minor criminal offenses.

The news of the January 6,2020 rally and what then followed was indeed history making. At first, I couldn't believe that my nephew would ever get involved. Although he entered the Capitol building, he did not destroy any property. I urge the court to please kindly look into the matter with all possible angles.

I heartfully believe that this letter should be given due consideration in the next hearing of the court.

With sincere thanks and regards.

David B. Parks, BS, RRT

EXHIBIT J

Dear Judge Amit Mehta,

My name is Donna Wilson. I am submitting a character letter for Stewart Parks. He is my nephew.  I have known him all his life.  He has always been quiet, easy going, hardworking, ambitious, educated, and very respectful to all people.

He and I are not of the same political party, but I know he isn't ANY of the following: egotistical, prejudice, arrogant, a redneck, white trash, self-centered, manipulative, a troublemaker, nor a threat/menace to society.

I don't think he went to Washington, D.C. with the intent to physically hurt anyone nor damage any property. I believe he got caught up in all the social media hype and the "mob effect" that day.  I know he is an adult and accountable for his actions. I don't think his actions that day warrant extreme punishment.  I believe Stewart is a good America citizen who believes in his American freedoms (speech, religion, and the right to protest). He is a decent human being.

If you get a chance to read this, THANK YOU! Please consider that he's never been a criminal. Stewart is still young and has time to continue contributing to our American society.


Sincerely,

Donna Wilson

EXHIBIT K

7/24/2023

Erik Warden

Sentencing Letter


Dear Honorable Judge Amit Mehta,


I am writing you as a close friend and colleague of Mr. Stewart Parks. Stewart is a long-time friend of mine. We met as young boys playing baseball at 8 years old. We developed a fast friendship after realizing that our families lived a couple of blocks from each other in Nashville, TN. His mother ran a childcare facility and at times I spent so much time at his house that I became like a 3rd son for his parents and look at Stewart as a brother.

He played a pivotal role in my faith and who I am as a man. We spent long summers together doing home-made science experiments in his kitchen, playing N-64 in his living room, and playing football in his back yard every Thanksgiving. All of the kids in our neighborhood loved being around him and he often would help teach younger kids his art of climbing trees or inviting them to his tree house.

He is a devout Christian and invited me to Church when we were each in middle school and helped get my entire family into a routine of going to Church. That's still something we do together as a family today. I can honestly say if he hadn't I do not know where I would be today. Later on he would become an usher at the Church. Through high school we remained close even though we attended different high schools. He maintained that gregarious attitude in high school as I quickly met many of his high school friends that he'd become fast friends with. And they always had such high respect of Stewart that he was known school-wide. He was a big time cut up and never shied away from putting a smile on someone else's face. I think it is that genuine joy that he lives life with that drew all of his friendships. I know he was beloved because when he was senior he was elected as the Homecoming King at his high school.

After graduation he attended Nashville State Community College for 2 Years studying to be a therapists assistant where he rose quickly and developed a relationship with the Office of the President. We attended a birthday party together as freshman in college in Knoxville, TN where Stewart had his front two teeth knocked out by a drunk man's sucker punch and I watched as he walked away without malice or throwing a punch back.

After two years he decided to change course and go to Ole Miss for his remaining two years where he frequented college football games. His Christian faith was so well known that his frat brothers kept chocolate milk available for parties knowing that he abstained from alcohol.

In his career he has evidenced his strong prowess for business by working to update and rent out rental properties, started his own business management company, and created opportunities for many jobs to help in growing neighborhoods of Antioch, TN, Columbia, TN, Cornersville, TN, and Murfreesboro, TN. My understanding is prior to COVID he had strong relationships with every tenant he had. When my wife and I decided to get married Stewart was the first one I considered to be my best man. And even through the ups and downs of a man's life I still take a lot of pride in the fact I have a friendship with him.

Now I tell you this, not as a biography of Stewart's life, but as an example of the man who stands before you. He is not imposing. He does not strike fear or cause a raucous. He is often quiet and will read in his free time to learn. When punched in the face he quite literally turns the other cheek. In his working hours he spends his time working on whatever project he has going on with his next house. In fact, he was sleeping on a cot in a rental property doing renovations when the FBI came to arrest him.

I have read about your background, and I know you take social justice very seriously. You clearly take pride in helping create a better world around you. I wanted to place this character evidence in front of you as a guide of the man you are sentencing.

I want you to think about a few things before you moved forward with your day. Imagine being ousted from your banking institution because of your political affiliation. Told you have 5 days to find where you want your money because your bank no longer aligns with your lifestyle. Imagine being banned from social platforms because of your political and religious beliefs. Better yet imagine your family around the dinner table finding out together that your job has been lost because of social media pressure from internet trolls. News reporters coming to your very own front steps, in front of your family, to try to get a camera with you in focus. Fear of leaving your house to go to Church because of the backlash. Not for financial crimes or unjust beatings or arson or the like but for a belief in protest that went rogue. This is the sad reality for many of the nonviolent protestors on January 6th. I ask that you think about the mere consequences of being put through the Courts and the court of public opinion as a just and fair penalty for Mr. Parks.

I pray for you and your courtroom that it may be used for God's glory on this day and every day forward.

Regards!

Erik Hunter Warden

EXHIBIT L

Dear Amit Mehta,

I am writing this letter to give insight on my brother Stewart Thomas Parks. From his early life, Stewart has always been a well-liked person. He was very popular in grade school, creating and maintaining several long-lasting relationships. In fact, in grade school he built a reputation as a funny and very social guy, liked by both students and faculty. This reputation extended into his working career and his time in college at Volunteer State Community College and the University of Mississippi.

Stewart has always been a man of conviction when it comes to faith. Stewart was raised in the church since he was a child and went to a private Christian grade school. He participated in the church throughout his life starting in youth Bible classes all the way up to volunteering and acting as an usher in the local church we went to together. He is very passionate about the Bible and his Christian beliefs and is someone who seeks to uphold those Christian tenets.

One of the things that I think of when I think of Stewart is that he is a very hard-working guy in the area that he is passionate in. Some of the more recent examples include his real estate career. He has personally renovated and rented out over 10 rental properties across the middle Tennessee area. He is a person that will not rest until the job is complete.

Though Stewart is far from perfect and Stewart has made mistakes, it is my belief that Stewart is an upstanding citizen, man of faith and conviction and someone loved by friends and loved ones. I am hopeful that this letter gave you insight into the character and life of Stewart Parks.

Best Regards,

Garrison T. Parks

EXHIBIT M

Dear Amit Mehta,

My name is Karley Adams and I am the girlfriend of Stewart T. Parks' brother Garrison. I am writing this letter to paint a picture of who Stewart is in the years that I have known him. Before Garrison and I dated, I knew Stewart because we went to the same high school together. Stewart was a very popular guy in school and had many friends. He was liked by many students and teachers at our high school. From what I have seen, Stewart has continued to maintain many social relationships.

Stewart is a determined and hard-working person who is always seeking to further his goals. Stewart has grown a real estate company where he has provided nice housing for over 10 families across middle Tennessee.  He has always been someone who seeks to further his goals and be successful.

Stewart is also someone who is very family oriented and active in his faith. Stewart was raised in a good home with a family who cares about him deeply. He was raised from an early age on Christian traditions which Stewart holds dear to him. Stewart has always been passionate about his faith especially as he has grown up. He continually seeks a deeper relationship with God and allow this to be a part of his life.

Thank you for your time Mr. Mehta and I hope my words have given you an idea of who Stewart Parks is.

Best Regards,

Karley Adams

EXHIBIT N

**Logan McKee**

████████████

Nashville, TN, 37214

████████████ @gmail.com

August 6th, 2023

To the Honorable Judge Mehta,

      I am writing to you on behalf of Mr. Stewart Parks, who will be appearing in your court. Had i been aware of the process, I would've written a letter detailing the character of Mr. Parks unsolicited. I have known Stewart and his family for more than a decade, and I can say without a doubt that he is a man of integrity with a strong moral foundation.

      Even professionally, Stewart has seemingly gone out of his way to show grace, compassion, and empathy to whoever he comes into contact with. I have had the pleasure to work with Stewart on a few occasions. I am an owner of a small plumbing company based here in Nashville. I am sure you can imagine some of the struggles that come with being a minority small business owner. Stewart has gone out of his way to not only send business my way, but has been an open book and an invaluable resource as I've navigated many obstacles. And I am extremely confident that he shows this same sort of desire just to be helpful to any single person he comes into contact with.

      I genuinely believe that Stewart Parks has a heart full of love and empathy. I do not believe that any mistake he may have made was made with any malicious intent whatsoever, and I am positive that Stewart is remorseful of his actions. What was done cannot be excused, but I believe that leniency for Stewart is appropriate considering his outstanding character how integral he is to the communities he is a part of.

Thank you,

Logan McKee

EXHIBIT O

August 2, 2023 at 8:44 PM — Shared

# Dear Judge Mehta,

I am writing this letter on behalf of Stewart Parks. I am a retired elementary teacher of 32 years with Metro Nashville. I have known Stewart since I meet him in 2003. He attended Ezell Harding Christian School with my 3 children. He graduated with my middle son. Stewart has a very loving heart towards his friends animals, and family. He has a great sense of humor and gives to others in need. I have always known him to be honest and trustworthy. Stewart has 2 amazing parents that have help guide him to be a successful entrepreneur and person. He is always friendly and welcoming to néw people. I hope you will consider these qualities when making your decision.

Thank you,

Mary Kay Wilson

EXHIBIT P

To whom this may concern,

My name is Mary Taylor and I am sending you an email regarding my nephew Stewart Parks. I have watched Stewart grow up and become a well educated hard working young man. He has always been supported when it comes to his family and friends.
 I know he conducted poor judgment with his friend and it was embarrassing to see a family member commit such an act. However, he is still is a good young man.
I still believe he has a bright future and I hope he will make better choices. Please consider all the good things he has accomplished and not the one bad thing he did on that dreadful day.

Sincerely,

Mary Taylor

EXHIBIT Q

Dear Amit Mehta,

Stewart Parks has been in my life for about Eight years now, and I must say I have never met
such a remarkable and honest man. To this day from the day we met I will always consider
Stewart one of the most honest, trustworthy, and loyal human beings I have ever known.
Stewart is a man of his word and would never even dare to hurt a fly let alone have I ever heard
anything negative come from this man. The integrity and passion for life that he carries is very
rare to say the least. He has helped me through so many things in life I'm not sure how I could
ever repay him for any of his overly kind ways. Throughout the years I have watched this man
achieve so many milestones from completing college in three years all the way to watching him
start and accel through his successful career. Stewart is such an honor to have as a friend and is
so passionate and honest towards his friends as well. I wish Stewart Parks everything he has
worked for and deserves in life.

Sincerely,
Nicolas Meyer

EXHIBIT R

United States District Court

Honorable Judge Amit  Mehta

Washington, D.C.

Your Honor,

I am writing you at the request of my nephew, Mr. Stewart Parks who resides in Nashville, Tennessee. I understand from Stewart's parents that you are the presiding judge overseeing his case.  I was asked to provide a character profile of my nephew, so I will tell you what I know.

From the time Stewart was a young child, he was a very caring and sensitive child. He attended a well-respected Christian school and for the most part, made good grades. After high school, he attended and graduated from "Old Miss" Mississippi State University and performed well academically.

According to his parents, he possesses a real estate and broker's license, as well as obtained a pilot's license. Stewart owns his own real-estate business and from what I understand from talking to his parent's he has been quite successful.

Lastly, Your Honor, to my knowledge, Stewart has never abused drugs or alcohol and has never been in any kind of legal trouble.

I hope this letter may help you in your decision in Stewart's case. I also want to thank you for your service to our country.

Sincerely,

Rev. William M. Parks,

Ret. Pastor

United Methodist Church

EXHIBIT S

July 24, 2023

Rhonda Sizemore

Arrington, TN 37014

Dear Judge Amit Mehta,

I am a personal friend of Stewart Parks. He grew up with my children, participating in school and after-school activities. He was over for birthday parties and graduations and sometimes just friendly visits. I've known him for nearly 25 years.

Stewart has always been a hardworking, sincere, honest child and now young man. He sets goals with a purpose and then pursues them with determination. He always aligns his actions with his up bringing, which is to first and always to serve God, to help others where and when he can, and always to be honest in all his affairs.

It is my understanding that Stewart has been found guilty of theft. When I heard this, my heart broke. This could never be, as Stewart Parks would never steal.  Please reconsider this decision. Whatever circumstantial evidence has led to this conclusion cannot be true.

It would be a huge injustice for Stewart to pay the price that this conviction would cost him for maybe the rest of his life. I hope that our justice system will not allow such a devasting outcome for an innocent young man and that you will do what you can to protect him.

I will keep you and Stewart in my prayers.

Thank you,

Rhonda Sizemore

EXHIBIT T

To The Honorable Amit Mehta,

I am writing this letter on behalf of Stewart Parks. I have known him for 22 Years. We have attended the same Church, lived in the same neighborhood, and Stewart played on the same baseball team with my son for several years.

In my experience, Stewart Parks is someone who possesses several remarkable traits such as being a devout Christian, devoted friend, accomplished businessman, honest, trustworthy, kind, caring, respectful, and never meets a stranger. One significant instance that comes to mind is when Stewart met my elderly Mother, I was impressed with the kindness, love, and respect he showed her. Stewart has been a devoted friend to our family for 22 years and his friendship has never wavered throughout these years. He would do anything to help you. I would be very proud to claim him as my son.

Thank you for taking the time to read this letter. I am available to answer any questions you might have and hope this letter will make an impact on how you look at Stewart Parks.

Respectfully submitted,

Richard Warden

███████████████

Mount Juliet, TN 37122

(615)████████

EXHIBIT U

**THOMAS AND LISA PARKS**
**NASHVILLE**
**NOVEMBER 5TH, 2023**

Your honor
Judge Amit Mehta
United States District Court
District of Columbia


Dear Judge Amit Mehta:

I hope this letter finds you well. Our  names are Thomas ( Steve) and Lisa  Parks, parents of
Stewart T. Parks. We are asking for your mercy concerning our son's January 6 th conviction. Here
is why we are asking that he be put on probation and not  be put in jail:

1) He has never been in trouble and is hardworking , generous, well educated, ( BA in Economics,
/Business Admin , Broker, ) community volunteer, Christian, and has worked with the homeless
and  as a church volunteer .

2) He has 2 handicaps  that affects his safety and others on a  daily basis:

******Attached to this letter , you will see 2  medical statements  from an eye and  ear  specialist
regarding Stewart's conditions:

A) He has severe vision problems .

*Zero peripheral vision

* Tunnel vision

*He wears thick glasses for his central vision, without them, he cannot see At All.

* He has no lower vision

He has trouble in the back of  each eye pertaining to how light enters the eyes. This means he
can't see at dusk , dim lit areas, or  in dark areas AT ALL. He has to use his cell phone or a bright
construction lantern to see. If he  enters from a well lit ( bright lights) area to a normal lit area he is
temporarily blind, until his eyes re-adjust.

He did get a pilot's license and automobile license but he never has used the pilot license and
does not own a car. He  uses Uber  mainly , plane rides, or on rare occasions , rents a car for trips
or work projects , mainly during the day.

3) Stewart has a moderate to severe hearing loss and must wear hearing aids :

A) He cannot wear the aids at night so he can sleep, which means he cannot hear at all without
them on.

B) His hearing aids have batteries that have to be changed every week  and they have  to be professionally cleaned so that they work efficiently.

C) His ears have to be professionally cleaned by an ENT so that they work to their maximum level . Ear wax can  clog his ears and prevent him from hearing   and prevents the aids from working if they get clogged with wax.

D) He cannot get his aids wet or any dirt or debris of any kind in them  OR THEY WILL SHUT OFF. They are very expensive to repair and must be sent to a specialist to repair them, without them his world is absolutely silent.

E) He cannot wear his aids in the shower ,  sweat exposure , rain, snow, sauna,  and hot tub areas. One drop of moisture can shut off his ability to hear.  PLEASE  REMEMBER: Hearing aids are not 100%  accurate  like an ear  is as far as creating  accurate hearing.. In noisy or whispering situations , those aids  do not work.


With these two conditions , imagine him in a jail with other inmates. :

*When we are out he occasionally bumps into people  by accident because of his vision  and hearing issues, imagine other inmates dealing with that. ( Safety issue)

*Zero hearing at night in the jail cell and in the shower because he can't wear them . That is definitely a safety issue.

*People around him , possibly

with bad motives,  taking advantage of these  conditions.: zero peripheral vision, zero lower vision and  if they whisper,not face him when talking (,or talk behind him ), or  are noisy ,or loud background noises even with hearing aids on, HE CANNOT  hear them.

Also, he owns thirteen properties and thirteen mortgages  ,( credit card bills , school loans  also) . which he rents these properties out as a business.


My husband and I both still work even though we are in our 60's and cannot  run  his  business , pay his bills, and maintain those properties .  Stewart works 60 hrs a week , sometimes 7 days a week. He has no one to do this for him.  Stewart runs it all by himself literally. He has worked so hard to get these  properties and cannot afford to bankrupt.

If you are a parent , please  consider  a parents heart . He regrets being swept up in that crowd on January 6th and rest assure  , we do too as a parent.

Thank you for taking the time to read and consider Stewart's good character and hard work ethic. We will be praying for you as well as Stewart .

Best Regards,

Thomas (Steve) and Lisa Parks

# EARS 4 U

## RONALD C. SHEFFEY HEARING SERVICES

EXHIBIT U
Attachment A

411 E. Iris Drive, Suite A, Nashville, TN 37204
615-327-8102

NAME _Stewart T. Parks_     DATE _8/5/2016_

ADDRESS _____     AGE _23_

ANSI 1969 STANDARDS



Right Ear — AUDIOGRAM



Left Ear — AUDIOGRAM

AC AVERAGE dB _63_          AC AVERAGE dB _65_

BC AVERAGE dB _57_          BC AVERAGE dB _- - -_

SRT _60_ dB   PBS (SRT+20) _80_ %     SRT _65_ dB   PBS (SRT+20) _88_ %

COMMENTS:

Bilateral moderate to severe sensori-neural hearing loss. Current Phonak Max 411 BTE's bilaterally. These units are 8+ years old and worn out

Removed cerumen from both ears.

| TEST | Right Ear (Red) | Left Ear (Blue) |
|---|---|---|
| AIR | O – O | X – X |
| AIR MASKED | △ – △ | ☐ – ☐ |
| NO RESPONSE | O↘ | ↘X |
| BONE | < | > |
| BONE MASKED | [ | ] |

EXAMINER _Dr. Ronald C. Sheffey_

AUDIOMETER _Tvera II_

TYPE OF MASKING _None_

RELIABILITY _good_

EXHIBIT U
Attachment B

GARY S. GUTOW, M.D., F.A.C.S.
FOUNDING PARTNER
EVERTON L. ARRINDELL, M.D.
CARL C. AWH, M.D.
BRANDON G. BUSBEE, M.D.
KENNETH P. MOFFAT, M.D.
PETER L. SONKIN, M.D.
R. TRENT WALLACE, M.D.



**TENNESSEE RETINA**

CENTENNIAL PROFESSIONAL PLAZA
345 23RD AVENUE NORTH, SUITE 350
NASHVILLE, TN 37203
(615) 983-6000 PHONE
(615) 983-6010 FAX
WWW.TNRETINA.COM

August 25, 2009

Mindy Gaston, O.D.
3904 Hillsboro Pike
Nashville, TN 37215

**RE: STEWART T. PARKS**
**Date Of Birth:** ▮▮▮▮▮▮
**Date Of Exam:** 08/25/2009

Dear Dr. Gaston:

I had the opportunity to see Stewart Parks on August 25, 2009. Stewart is a 16-year-old young man with a history of hearing loss since age 3 and a decrease in night vision.

The vision was 20/25 in the right eye and 20/20 in the left eye. The pressure was 12 mmHg in the right eye and 13 mmHg in the left eye.

Examination showed the lens to be clear in both eyes.

Posteriorly, the cup-to-disc ratio was 0.4 with somewhat attenuated blood vessels and moderate peripheral RPE changes.

**IMPRESSION:** Probable retinitis pigmentosa with hearing loss and moderate-to-high myopia, OU.

I was concerned that Stewart may have hearing loss with retinitis pigmentosa and a decrease in night vision. He is scheduled for a visual field in the near future to help determine his peripheral vision and may need ERG testing as well as possible genetic testing at some point down the road. This combination may be a variation of Usher's syndrome, but in the absence of genetic testing I would not know for sure.

Thank you again for the opportunity to participate in this young man's care.

Sincerely,

R. Trent Wallace, M.D.

RTW/mas/jj

*"Dictated and edited, but not signed to expedite delivery"*

NASHVILLE - BAPTIST, CENTENNIAL, SKYLINE, ST. THOMAS AND SUMMIT
BOWLING GREEN - CLARKSVILLE - COLUMBIA - COOKEVILLE - DICKSON - FRANKLIN - GALLATIN
HOPKINSVILLE - LAWRENCEBURG - LEBANON - MURFREESBORO - TULLAHOMA