IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 21-CR-411 (APM) |
| | : | |
| **STEWART PARKS** | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on November 13, 2023 via USAfx, in relation its sentencing memorandum, ECF No. 99. These exhibits will be offered into evidence during the sentencing hearing scheduled for November 15, 2022.

The proposed exhibits are as follows:

A.  **Gov. Ex. A**: U.S. Capitol Police purchasing and inventory documentation related to handheld metal detectors.

B.  **Gov. Ex. B**: June 24, 2022 interview of Stewart Parks on Heartland Liberty TV.

C.  **Gov. Ex. C**: July 11, 2022 interview of Stewart Parks on Heartland Liberty TV.

D.  **Gov. Ex. D**: Video of Instagram stories posted by Stewart Parks on January 6, 2021 (admitted at trial as Gov. Ex. 531).

E.  **Gov. Ex. E**: U.S. Capitol Police closed-caption video ("CCV") capturing Upper House Door entryway of Capitol building at approximately 2:45 p.m. on Jan. 6, 2021.

If the Court accepts these proposed exhibits into evidence on November 15, 2023, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BY:   */s/ Hutton Marshall*
J. HUTTON MARSHALL
Assistant U.S. Attorney
DC Bar No. 1721890
601 D Street, N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov