# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **21-CR-411 (APM)** |
| v. ) | |
| ) | **Judge: Mehta** |
| **STEWART PARKS,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Stewart Parks, would like to exercise his right to appeal the judgment and sentence imposed in this action on November 15, 2023, and signed by the court on November 22, 2023, to the United States Court of Appeals for the District of Columbia Circuit.

        Respectfully submitted,

        STEWART PARKS
        By Counsel

        /s/ John L. Machado
        John L. Machado, Esq.
        Bar. No. 449961
        Counsel for Stewart Parks
        503 D St, NW, Suite 310
        Washington, DC 20001
        Phone: (703) 989-0840
        E-mail: johnlmachado@gmail.com

## **Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 24th day of November, 2023, which will send a notification of such filing (NEF) to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Stewart Parks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com