UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>) No. 21-CR-411-1 (APM)<br>)<br>STEWART PARKS, )<br>)<br>Defendant. )<br>) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Molly Runkle on behalf of the defendant, Stewart Parks, in the above-captioned matter.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

          /s/
        _____
        MOLLY RUNKLE
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500
        molly_runkle@fd.org