```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )    CR No. 21-411
                                )    Washington, D.C.
    vs.                         )    June 25, 2021
                                )    9:45 a.m.
STEWART PARKS, ET AL.,          )
                                )
        Defendants.             )
_____)


       TRANSCRIPT OF ARRAIGNMENT VIA ZOOM PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Government: | Benet Kearney<br>DOJ-USAO<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212) 637-2260<br>Email: benet.kearney@usdoj.gov |
| | Joseph Hutton Marshall<br>USAO<br>601 D Street NW<br>Washington, D.C. 20001<br>(202) 252-6629<br>Email:<br>joseph.hutton.marshall<br>@usdoj.gov |

```
APPEARANCES CONTINUED:

For Defendant Parks:        John L. Machado
                            LAW OFFICE OF JOHN MACHADO
                            503 D Street, NW
                            Suite 310
                            Washington, D.C. 20001
                            (703) 989-0840
                            Email: johnlmachado@gmail.com

For Defendant Baggott:      Dumaka Shabazz
                            FEDERAL PUBLIC DEFENDER
                            810 Broadway
                            Suite 200
                            Nashville, TN 37203
                            (615) 736-5047
                            Email: dumaka_shabazz@fd.org

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1            P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good morning, Your Honor.
3    This is Criminal Case No. 21-411, United States of America
4    versus Defendant No. 1, Stewart Parks, and Defendant No. 2,
5    Matthew Baggott.
6            Benet Kearney for the government.
7            John Machado for Defendant No. 1, Mr. Parks; and
8    Dumaka Shabazz for Defendant No. 2, Matthew Baggott.
9            Both defendants are appearing via videoconference
10   for this hearing.
11           THE COURT:  Okay, Counsel, good morning to you
12   both.
13           Mr. Baggott and Mr. Parks, good morning to you
14   both.
15           Can you both hear me okay?
16           DEFENDANT BAGGOTT:  Yes, Your Honor.
17           DEFENDANT PARKS:  Yes, sir.
18           THE COURT:  Okay.  Very good.
19           All right.  So we're here this morning for
20   Mr. Baggott and Mr. Parks' first appearance before me.
21   They've now been charged by information, so first order of
22   business is to have them arraigned.
23           So, Mr. Baggott and Mr. Parks, I'm going to ask
24   you to listen closely to the Courtroom Deputy, who is going
25   to announce the charges that have been filed against you,

1    and then I'll turn to counsel to ask whether you waive a
2    formal reading and enter a plea on behalf of your clients.
3             Mr. Douyon?
4             COURTROOM DEPUTY:  And I'll start with Mr. Stewart
5    Parks.
6             May the record reflect that Mr. Parks has
7    received, through counsel, a copy of the information.
8             Mr. Parks, in Criminal Case No. 21-411-1, you have
9    been charged with the following:
10            Count 1, entering and remaining in a restricted
11   building or grounds, in violation of Title 18 United States
12   Code Section 1752(a)(1);
13            Count 2, disorderly and disruptive conduct in a
14   restricted building or grounds, in violation of Title 18
15   United States Code Section 1752(a)(2);
16            Count 3, disorderly conduct in a Capitol Building,
17   in violation of Title 40 United States Code Section
18   5104(e)(2)(D);
19            And Count 4, parading, demonstrating or picketing
20   in a Capitol Building, in violation of Title 40
21   United States Code Section 5104(e)(2)(G);
22            And Count 5, theft of government property, in
23   violation of Title 18 United States Code Section 641.
24            Do you wish to waive a formal reading of the
25   information and how do you wish to plead?

1         MR. MACHADO:  Yes.
2         On behalf of Mr. Parks, John Machado.
3         At this time, we will waive formal reading of the
4    charges, we will enter pleas of not guilty to all the
5    charges, assert my client's Fifth and Sixth Amendment
6    rights, including the right to speedy trial.
7         We would make a speedy trial demand, and we would
8    make a request for discovery under Rule 60.
9         THE COURT:  All right.
10        So the record will reflect the entry of not-guilty
11   pleas as to each count of the information against Mr. Parks.
12        All right.  Let's turn to Mr. Baggott.
13        COURTROOM DEPUTY:  May the record reflect that
14   Mr. Baggott has received a copy of the information through
15   counsel.
16        Mr. Matthew Baggott, in Criminal Case No.
17   21-411-2, you have been charged with the following:
18        Count 1, entering and remaining in a restricted
19   building or grounds, in violation of Title 18 United States
20   Code Section 1752(a)(1);
21        Count 2, disorderly and disruptive conduct in a
22   restricted building or grounds, in violation of Title 18
23   United States Code Section 1752(a)(2);
24        Count 3, disorderly conduct in a Capitol Building,
25   in violation of Title 40 United States Code Section

```
 1   5104(e)(2)(D);
 2            Count 4, parading, demonstrating, or picketing in
 3   a Capitol Building, in violation of Title 40 United States
 4   Code Section 5104(e)(2)(G);
 5            And Count 5, theft of government property, in
 6   violation of Title 18 United States Code Section 641.
 7            Do you wish to waive a formal reading of the
 8   information and how do you wish to plea?
 9            MR. SHABAZZ:  Your Honor, on behalf of Mr. Matthew
10   Baggott, we acknowledge receipt of the information in Case
11   21-411, we waive a formal reading, and we enter a plea of
12   not guilty to all counts included therein.
13            THE COURT:  Okay.
14            So the record will reflect the entry of not-guilty
15   pleas as to each count of the information as against
16   Mr. Baggott.
17            All right.  So with that order of business out of
18   the way, Ms. Kearney.
19            MS. KEARNEY:  If I may, Your Honor, just so that
20   the record is clear, Mr. Baggott is not charged in Count 5.
21            MR. SHABAZZ:  That's correct, he's not charged
22   with the theft.
23            THE COURT:  Okay.  All right.
24            Apologies for that --
25            MS. KEARNEY:  Thank you.
```

1     THE COURT: -- oversight, and thank you for the
2  correction, Ms. Kearney.
3     Okay. So let's talk about where we are and where
4  we go from here.
5     Ms. Kearney, what's the status of providing
6  discovery to these defendants?
7     MS. KEARNEY: Thank you, Your Honor.
8     To date, the government has not yet produced
9  discovery to the defendants.
10    As I'm sure Your Honor is aware from having
11 multiple cases arising out of the January 6th incidents,
12 there's a larger set of discovery that we expect to produce
13 to all defendants charged in connection with that event, and
14 then there's a subset of discovery that is specific to these
15 particular defendants and upon which the complaint and the
16 information is based.
17    With respect to that latter set, that will consist
18 largely of surveillance video from the Capitol Building and
19 the results of an Instagram search warrant. And I expect to
20 be able to get that smaller set to counsel in short order, a
21 matter of weeks.
22    With respect to the larger set, you know, there
23 will be some delay in gathering and processing all of that;
24 A, because it is voluminous; B, because we continue to
25 investigate; and, C, because we are still working on getting

1  a platform that will be able to easily host and allow that
2  material to be searched.
3             THE COURT:  Okay.
4             And is there a protective order that you all have
5  agreed to, or have you provided that to defense counsel?
6             MS. KEARNEY:  We have not discussed that yet,
7  Your Honor.  I expect that we will discuss that and submit
8  that shortly to Your Honor.
9             THE COURT:  Okay.  All right.
10            Let me turn then to defense counsel unless there's
11 anything further from the government?
12            MS. KEARNEY:  At this point, no, although, because
13 we are proceeding by videoconference today, if Your Honor
14 wouldn't mind confirming that the defendants consent to do
15 that.
16            THE COURT:  Sure, I can do that.
17            I'll ask counsel to address whether each defendant
18 consents, and we can talk about how we -- whether everybody
19 consents to doing it in this format as we move forward.
20            Let's start with Mr. Machado and Mr. Parks.
21            Anything you would like to add at this point,
22 Mr. Machado, at this point?
23            MR. MACHADO:  No, Your Honor.
24            We will actually consent to the standard
25 protective order that's been agreed upon, the one that's

1   been created between the Federal Public Defenders and
2   Ms. Kearney.  So hopefully that will save a step.
3              And we have -- I have spoken to Mr. Parks; we have
4   no objection to proceeding via video as well.
5              And then just the last, by way of apology,
6   Mr. Parks and I, he's on Central Time Zone and I'm on
7   Eastern Time Zone -- we are on Eastern Time Zone, and we had
8   a little miscommunication.  So our apologies; we were the
9   ones who caused this to start late.  So apologies about
10  that.
11             THE COURT:  Not a problem.  I was a couple minutes
12  behind myself.
13             Mr. Machado, have you talked to your client?
14  You had indicated earlier an assertion of speedy trial, but
15  have you spoken to him about his willingness to exclude time
16  until the next court date?
17             MR. MACHADO:  Yes, Your Honor, we've spoken about
18  the speedy trial.
19             Between now and the next court date, which I
20  would -- given what Ms. Kearney has indicated, I would
21  suggest maybe 45 or 60 days out, we have no objection to
22  tolling time between now and then.
23             THE COURT:  Okay.
24             All right.  Mr. Shabazz.
25

1            MR. SHABAZZ:  Yes, Your Honor.

2            On behalf of Mr. Matthew Baggott, he does consent

3    to proceed by video today, as well as future proceedings set

4    by the Court.

5            We have no problems excluding the time, and

6    we would suggest 60 days in this matter.

7            I spoke to the prosecutor earlier and don't

8    anticipate there being an issue with the protective order,

9    I have reviewed one in another case, so I don't think there

10   should be any issues on that.

11           THE COURT:  All right.

12           So we are then looking at sort of toward the end

13   of August.  So how about a little bit more than 60 days?

14   That'll afford the government time to produce discovery and

15   for the defendants -- the defense and the defendants to

16   review it and prepare for a trial potentially.

17           So how about August 31st, is everybody available,

18   at 1:30 p.m.?

19           MR. MACHADO:  I am available.

20           MR. SHABAZZ:  One moment, Your Honor.

21           MS. KEARNEY:  I'm sorry, did you say 1:30 or

22   11:30?

23           THE COURT:  1:30 Eastern, yeah.

24           MS. KEARNEY:  That's fine.  Thank you.

25           MR. MACHADO:  1:30 is fine as well.

```
 1              MR. SHABAZZ:  Your Honor, that's fine with us as
 2   well.
 3              THE COURT:  Okay.
 4              So 1:30, August 31st, 1:30 Eastern will be our
 5   next status hearing.
 6              If I could just address the defendants with
 7   respect to speedy trial.
 8              Mr. Parks and Mr. Baggott, you have a right to a
 9   speedy trial.  What that means is that you have a right to a
10   trial within 70 days of being charged in this case.
11              I want to make sure that you understand that you
12   have that speedy trial right, Mr. Parks?
13              DEFENDANT PARKS:  Yes, sir, I understand.
14              THE COURT:  And, Mr. Baggott?
15              DEFENDANT BAGGOTT:  Yes, Your Honor.
16              THE COURT:  And in terms of how we calculate that
17   time, what your lawyers have suggested is that we wouldn't
18   include, that is, we won't count the days between tomorrow
19   and August 31st when you're next in court.  Do you
20   understand that?
21              Mr. Parks?
22              DEFENDANT PARKS:  Yes, sir, I understand.
23              THE COURT:  And, Mr. Baggott?
24              DEFENDANT BAGGOTT:  Yes, sir, I understand.
25              THE COURT:  And are you both prepared to exclude
```

1   the time in calculating your speedy trial time between
2   tomorrow and your next court date of August 31st.
3           Mr. Parks?
4           DEFENDANT PARKS:  Yes, sir.
5           THE COURT:  And, Mr. Baggott?
6           DEFENDANT BAGGOTT:  Yes, Your Honor.
7           THE COURT:  All right.
8           So for the reasons stated in court here today,
9   I do find that the interests of justice outweigh the
10  interests of the public and the defendant in a speedy trial.
11  And specifically the exclusion of time through August the
12  31st is warranted to allow the government to produce what is
13  voluminous discovery to the defendants, to have defense
14  counsel receive that discovery and review it with their
15  clients, and to begin preparation of a defense in
16  preparation for trial.
17          In addition, under the current standing order,
18  time is excluded through August 31st due to the difficulties
19  associated with COVID:  Holding a trial during the pandemic.
20  And for those additional reasons set forth in the standing
21  order, which expires, I think, on August 31st, we will
22  exclude time at least through August 31st in this case as
23  well.
24          Just a couple of other housekeeping matters.
25          One is, since this is the first appearance before

1   me on this matter, I want to just remind the government of
2   its obligation under *Brady* to disclose favorable
3   information, as well as under our Local Rule, to do the
4   same.
5           And I'll just ask government counsel to
6   acknowledge that she understands her obligations under those
7   rules.
8           MS. KEARNEY:  Yes, Your Honor.  Thank you.
9           THE COURT:  All right.  Thank you, Counsel.
10          And then finally, as I alluded to earlier, as we
11  move forward, we'll continue to hold these hearings remotely
12  since we have counsel and defendants in different locations.
13  So just to make it efficient for everyone.  Obviously if the
14  defendants wish to be physically present, that is their
15  right and they are welcome to do so, just let me know.  But
16  unless I hear from you, I will assume that the defendants
17  would rather proceed remotely and are consenting to proceed
18  remotely and we will proceed in that fashion until we
19  require everybody actually physically to be in the
20  courtroom, okay?
21          MR. MACHADO:  Yes, Your Honor.
22          MR. SHABAZZ:  (Nodding head.)
23          THE COURT:  All right.  Anything else anybody
24  wants to raise?
25          MR. MACHADO:  No, Your Honor, not on behalf of

1  Mr. Parks.
2          MR. SHABAZZ:  Nothing on behalf of Mr. Baggott,
3  Your Honor.
4          MS. KEARNEY:  And nothing for the government.
5          THE COURT:  I guess one more thing.
6          Mr. Douyon, do we need to set conditions in this
7  case for both defendants or have those conditions been set.
8          COURTROOM DEPUTY:  They've already been set.
9          THE COURT:  Okay.  Very good.
10         MR. SHABAZZ:  Your Honor, I do have a question to
11 that.
12         So Mr. Baggott, we've all received conditions.
13 I've spoke with the government in this matter, as well as
14 the Probation in this district about a modification that
15 allows him to work in adjacent counties.  Do I need to file
16 that in this court or back to the Honorable Faruqui in --
17 the Magistrate up there?
18         THE COURT:  No, you should file it with me,
19 although if -- I mean, I'm happy to entertain it now if you
20 want to make your motion orally.
21         MR. SHABAZZ:  Okay.
22         THE COURT:  So what's the modification, that you'd
23 just like to expand the radius that allows him to travel?
24         MR. SHABAZZ:  Yes, Your Honor.
25         Mr. Baggott would like to be allowed to also

1    travel in Bedford, Warren, and Coffee Counties.  They are
2    all touching our district but just right -- and touching his
3    home county but just right outside the actual district.
4             THE COURT:  All right.  So that's Bedford, Warren,
5    and Coffee?
6             Did you get that, JC?
7             MR. SHABAZZ:  Yes, Your Honor.
8             THE COURT:  Government, any opposition to
9    expanding the area of travel for Mr. Baggott?
10            MS. KEARNEY:  No, we don't oppose that request.
11            THE COURT:  Okay.
12            So we'll modify the conditions of release to allow
13   Mr. Baggott to travel to the three counties that were
14   previously mentioned.
15            In addition, he obviously can, I believe -- he's
16   restricted to travel within the district where he resides;
17   is that correct?
18            MR. SHABAZZ:  That is correct, Your Honor.
19            THE COURT:  All right.
20            So he obviously can travel within the district in
21   which he resides, plus the three counties that have been
22   mentioned earlier.
23            All right.  Anything else, folks?
24            MR. SHABAZZ:  No, Your Honor.
25

1          THE COURT:  Okay.
2          Thanks, everybody, take care, we'll see you soon.
3          MR. MACHADO:  Thank you, Your Honor.
4          MR. SHABAZZ:  Thank you, Your Honor.
5          (Proceedings concluded at 10:28 a.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 3, 2024_____       _____

                                            William P. Zaremba, RMR, CRR

18

| | | | | |
|---|---|---|---|---|
| **COURTROOM DEPUTY: [4]** 3/2 4/4 5/13 14/8<br>**DEFENDANT BAGGOTT: [4]** 3/16 11/15 11/24 12/6<br>**DEFENDANT PARKS: [4]** 3/17 11/13 11/22 12/4<br>**MR. MACHADO: [8]** 5/1 8/23 9/17 10/19 10/25 13/21 13/25 16/3<br>**MR. SHABAZZ: [14]** 6/9 6/21 9/25 10/20 11/1 13/22 14/2 14/10 14/21 14/24 15/7 15/18 15/24 16/4<br>**MS. KEARNEY: [10]** 6/19 6/25 7/7 8/6 8/12 10/21 10/24 13/8 14/4 15/10<br>**THE COURT: [31]**<br><br>**0**<br>**0840 [1]** 2/4<br><br>**1**<br>**10007 [1]** 1/14<br>**10:28 [1]** 16/5<br>**11:30 [1]** 10/22<br>**1752 [4]** 4/12 4/15 5/20 5/23<br>**18 [6]** 4/11 4/14 4/23 5/19 5/22 6/6<br>**1:30 [6]** 10/18 10/21 10/23 10/25 11/4 11/4<br><br>**2**<br>**200 [1]** 2/7<br>**20001 [3]** 1/18 2/4 2/13<br>**202 [2]** 1/18 2/13<br>**2021 [1]** 1/5<br>**2024 [1]** 17/7<br>**21-411 [3]** 1/4 3/3 6/11<br>**21-411-1 [1]** 4/8<br>**21-411-2 [1]** 5/17<br>**212 [1]** 1/15<br>**2260 [1]** 1/15<br>**25 [1]** 1/5<br>**252-6629 [1]** 1/18<br><br>**3**<br>**310 [1]** 2/3<br>**31st [8]** 10/17 11/4 11/19 12/2 12/12 12/18 12/21 12/22<br>**3249 [1]** 2/13<br>**333 [1]** 2/12<br>**354-3249 [1]** 2/13<br>**37203 [1]** 2/8<br><br>**4**<br>**40 [4]** 4/17 4/20 5/25 6/3<br>**411 [3]** 1/4 3/3 6/11<br>**45 [1]** 9/21 | **5**<br>**503 [1]** 2/3<br>**5047 [1]** 2/8<br>**5104 [4]** 4/18 4/21 6/1 6/4<br><br>**6**<br>**60 [1]** 5/8<br>**60 days [3]** 9/21 10/6 10/13<br>**601 [1]** 1/17<br>**615 [1]** 2/8<br>**637-2260 [1]** 1/15<br>**641 [2]** 4/23 6/6<br>**6629 [1]** 1/18<br>**6th [1]** 7/11<br><br>**7**<br>**70 days [1]** 11/10<br>**703 [1]** 2/4<br>**736-5047 [1]** 2/8<br><br>**8**<br>**810 [1]** 2/7<br><br>**9**<br>**989-0840 [1]** 2/4<br>**9:45 [1]** 1/6<br><br>**A**<br>**a.m [2]** 1/6 16/5<br>**able [2]** 7/20 8/1<br>**about [8]** 7/3 8/18 9/9 9/15 9/17 10/13 10/17 14/14<br>**above [1]** 17/4<br>**above-titled [1]** 17/4<br>**acknowledge [2]** 6/10 13/6<br>**actual [1]** 15/3<br>**actually [2]** 8/24 13/19<br>**add [1]** 8/21<br>**addition [2]** 12/17 15/15<br>**additional [1]** 12/20<br>**address [2]** 8/17 11/6<br>**adjacent [1]** 14/15<br>**afford [1]** 10/14<br>**against [3]** 3/25 5/11 6/15<br>**agreed [2]** 8/5 8/25<br>**aided [1]** 2/15<br>**AL [1]** 1/6<br>**all [21]**<br>**All right [5]** 3/19 10/11 12/7 15/4 15/19<br>**allow [3]** 8/1 12/12 15/12<br>**allowed [1]** 14/25<br>**allows [2]** 14/15 14/23<br>**alluded [1]** 13/10<br>**already [1]** 14/8<br>**also [1]** 14/25<br>**although [2]** 8/12 14/19<br>**am [1]** 10/19<br>**Amendment [1]** 5/5<br>**AMERICA [2]** 1/3 3/3 | **A**<br>**Andrew's [1]** 1/14<br>**announce [1]** 3/25<br>**another [1]** 10/9<br>**anticipate [1]** 10/8<br>**any [2]** 10/10 15/8<br>**anybody [1]** 13/23<br>**anything [4]** 8/11 8/21 13/23 15/23<br>**apologies [3]** 6/24 9/8 9/9<br>**apology [1]** 9/5<br>**appearance [2]** 3/20 12/25<br>**APPEARANCES [2]** 1/12 1/20<br>**appearing [1]** 3/9<br>**are [10]** 3/9 7/3 7/25 8/13 9/7 10/12 11/25 13/15 13/17 15/1<br>**area [1]** 15/9<br>**arising [1]** 7/11<br>**arraigned [1]** 3/22<br>**ARRAIGNMENT [1]** 1/9<br>**as [17]** 5/11 6/15 6/15 7/10 8/19 9/4 10/3 10/3 10/25 11/1 12/22 13/3 13/3 13/10 13/10 14/13 14/13<br>**ask [4]** 3/23 4/1 8/17 13/5<br>**assert [1]** 5/5<br>**assertion [1]** 9/14<br>**associated [1]** 12/19<br>**assume [1]** 13/16<br>**August [9]** 10/13 10/17 11/4 11/19 12/2 12/11 12/18 12/21 12/22<br>**available [2]** 10/17 10/19<br>**Avenue [1]** 2/12<br>**aware [1]** 7/10<br><br>**B**<br>**back [1]** 14/16<br>**Baggott [22]**<br>**Barrett [1]** 2/12<br>**based [1]** 7/16<br>**be [9]** 7/20 7/23 8/1 8/2 10/10 11/4 13/14 13/19 14/25<br>**because [4]** 7/24 7/24 7/25 8/12<br>**Bedford [2]** 15/1 15/4<br>**been [9]** 3/21 3/25 4/9 5/17 8/25 9/1 14/7 14/8 15/21<br>**before [3]** 1/10 3/20 12/25<br>**begin [1]** 12/15<br>**behalf [6]** 4/2 5/2 6/9 10/2 13/25 14/2<br>**behind [1]** 9/12<br>**being [2]** 10/8 11/10<br>**believe [1]** 15/15<br>**Benet [2]** 1/13 3/6<br>**benet.kearney [1]** 1/15<br>**between [5]** 9/1 9/19 | **B**<br>**bit [1]** 10/13<br>**both [6]** 3/9 3/12 3/14 3/15 11/25 14/7<br>**Brady [1]** 13/2<br>**Broadway [1]** 2/7<br>**building [9]** 4/11 4/14 4/16 4/20 5/19 5/22 5/24 6/3 7/18<br>**business [2]** 3/22 6/17<br><br>**C**<br>**calculate [1]** 11/16<br>**calculating [1]** 12/1<br>**can [5]** 3/15 8/16 8/18 15/15 15/20<br>**Capitol [5]** 4/16 4/20 5/24 6/3 7/18<br>**care [1]** 16/2<br>**case [8]** 3/3 4/8 5/16 6/10 10/9 11/10 12/22 14/7<br>**cases [1]** 7/11<br>**caused [1]** 9/9<br>**Central [1]** 9/6<br>**Certified [1]** 2/11<br>**certify [1]** 17/2<br>**CH [1]** 2/12<br>**charged [7]** 3/21 4/9 5/17 6/20 6/21 7/13 11/10<br>**charges [3]** 3/25 5/4 5/5<br>**clear [1]** 6/20<br>**client [1]** 9/13<br>**client's [1]** 5/5<br>**clients [2]** 4/2 12/15<br>**closely [1]** 3/24<br>**Code [10]** 4/12 4/15 4/17 4/21 4/23 5/20 5/23 5/25 6/4 6/6<br>**Coffee [2]** 15/1 15/5<br>**COLUMBIA [1]** 1/1<br>**complaint [1]** 7/15<br>**computer [1]** 2/15<br>**computer-aided [1]** 2/15<br>**concluded [1]** 16/5<br>**conditions [4]** 14/6 14/7 14/12 15/12<br>**conduct [4]** 4/13 4/16 5/21 5/24<br>**confirming [1]** 8/14<br>**connection [1]** 7/13<br>**consent [3]** 8/14 8/24 10/2<br>**consenting [1]** 13/17<br>**consents [2]** 8/18 8/19<br>**consist [1]** 7/17<br>**Constitution [1]** 2/12<br>**continue [2]** 7/24 13/11<br>**CONTINUED [1]** 2/1<br>**copy [2]** 4/7 5/14<br>**correct [4]** 6/21 15/17 15/18 17/3<br>**correction [1]** 7/2<br>**could [1]** 11/6 | **counsel [12]** 3/11 4/1 4/7 5/15 7/20 8/5 8/10 8/17 12/14 13/5 13/9 13/12<br>**count [14]** 4/10 4/13 4/16 4/19 4/22 5/11 5/18 5/21 5/24 6/2 6/5 6/15 6/20 11/18<br>**Count 1 [1]** 4/10<br>**Count 2 [2]** 4/13 5/21<br>**Count 3 [2]** 4/16 5/24<br>**Count 4 [2]** 4/19 6/2<br>**Count 5 [3]** 4/22 6/5 6/20<br>**counties [4]** 14/15 15/1 15/13 15/21<br>**counts [1]** 6/12<br>**county [1]** 15/3<br>**couple [2]** 9/11 12/24<br>**court [10]** 1/1 2/10 2/11 9/16 9/19 10/4 11/19 12/2 12/8 14/16<br>**courtroom [2]** 3/24 13/20<br>**COVID [1]** 12/19<br>**CR [1]** 1/4<br>**created [1]** 9/1<br>**Criminal [3]** 3/3 4/8 5/16<br>**CRR [2]** 17/2 17/8<br>**current [1]** 12/17<br><br>**D**<br>**D.C [4]** 1/5 1/18 2/4 2/13<br>**date [5]** 7/8 9/16 9/19 12/2 17/7<br>**days [5]** 9/21 10/6 10/13 11/10 11/18<br>**defendant [8]** 2/2 2/6 3/4 3/4 3/7 3/8 8/17 12/10<br>**defendants [15]** 1/7 3/9 7/6 7/9 7/13 7/15 8/14 10/15 10/15 11/6 12/13 13/12 13/14 13/16 14/7<br>**DEFENDER [1]** 2/6<br>**Defenders [1]** 9/1<br>**defense [5]** 8/5 8/10 10/15 12/13 12/15<br>**delay [1]** 7/23<br>**demand [1]** 5/7<br>**demonstrating [2]** 4/19 6/2<br>**Deputy [1]** 3/24<br>**did [2]** 10/21 15/6<br>**Did you [1]** 15/6<br>**different [1]** 13/12<br>**difficulties [1]** 12/18<br>**disclose [1]** 13/2<br>**discovery [8]** 5/8 7/6 7/9 7/12 7/14 10/14 12/13 12/14<br>**discuss [1]** 8/7<br>**discussed [1]** 8/6<br>**disorderly [4]** 4/13 4/16 5/21 5/24 |

| | | | | |
|---|---|---|---|---|
| **D** | first [3] 3/10 8/21 12/25 | believe [5] 15/15 | **LAW [1]** 2/2 | Mr. Parks' [1] 3/20 |
| disruptive [2] 4/13 5/21 | folks [1] 15/23 | I can [1] 8/16 | lawyers [1] 11/17 | Mr. Shabazz [1] 9/24 |
| district [8] 1/1 1/1 1/10 14/14 15/2 15/3 15/16 15/20 | following [2] 4/9 5/17 | I do [1] 12/9 | least [1] 12/22 | Mr. Stewart [1] 4/4 |
| | foregoing [1] 17/3 | I don't [1] 10/9 | let [2] 8/10 13/15 | Ms. [5] 6/18 7/2 7/5 9/2 9/20 |
| | formal [5] 4/2 4/24 5/3 6/7 6/11 | I guess [1] 14/5 | let's [3] 5/12 7/3 8/20 | Ms. Kearney [5] 6/18 7/2 7/5 9/2 9/20 |
| do [13] 4/24 4/25 6/7 6/8 8/14 8/16 11/19 12/9 13/3 13/15 14/6 14/10 14/15 | format [1] 8/19 | I have [2] 9/3 10/9 | Let's start [1] 8/20 | multiple [1] 7/11 |
| | forth [1] 12/20 | I mean [1] 14/19 | like [3] 8/21 14/23 14/25 | my [1] 5/5 |
| | forward [2] 8/19 13/11 | I think [1] 12/21 | listen [1] 3/24 | myself [1] 9/12 |
| do you [4] 4/24 4/25 6/7 6/8 | further [1] 8/11 | I understand [1] 11/22 | little [2] 9/8 10/13 | **N** |
| | future [1] 10/3 | I want [1] 11/11 | Local [1] 13/3 | Nashville [1] 2/8 |
| does [1] 10/2 | **G** | I was [1] 9/11 | locations [1] 13/12 | need [2] 14/6 14/15 |
| doing [1] 8/19 | gathering [1] 7/23 | I will [1] 13/16 | looking [1] 10/12 | New [1] 1/14 |
| DOJ [1] 1/13 | get [2] 7/20 15/6 | I'll [4] 4/1 4/4 8/17 13/5 | **M** | next [5] 9/16 9/19 11/5 11/19 12/2 |
| DOJ-USAO [1] 1/13 | getting [1] 7/25 | I'm [5] 3/23 7/10 9/6 10/21 14/19 | Machado [7] 2/2 2/2 3/7 5/2 8/20 8/22 9/13 | no [17] 1/4 3/3 3/4 3/4 3/7 3/8 4/8 5/16 8/12 8/23 9/4 9/21 10/5 13/25 14/18 15/10 15/24 |
| don't [3] 10/7 10/9 15/10 | given [1] 9/20 | I'm going [1] 3/23 | Magistrate [1] 14/17 | |
| Douyon [2] 4/3 14/6 | gmail.com [1] 2/5 | I'm sorry [1] 10/21 | make [5] 5/7 5/8 11/11 13/13 14/20 | |
| due [1] 12/18 | go [1] 7/4 | I've [1] 14/13 | Marshall [1] 1/16 | |
| dumaka [3] 2/6 2/9 3/8 | going [2] 3/23 3/24 | incidents [1] 7/11 | material [1] 8/2 | Nodding [1] 13/22 |
| during [1] 12/19 | good [5] 3/2 3/11 3/13 3/18 14/9 | include [1] 11/18 | matter [5] 7/21 10/6 13/1 14/13 17/4 | not [10] 5/4 5/10 6/12 6/14 6/20 6/21 7/8 8/6 9/11 13/25 |
| **E** | good morning [2] 3/11 3/13 | included [1] 6/12 | matters [1] 12/24 | |
| each [3] 5/11 6/15 8/17 | government [13] 1/13 3/6 4/22 6/5 7/8 8/11 10/14 12/12 13/1 13/5 14/4 14/13 15/8 | including [1] 5/6 | Matthew [5] 3/5 3/8 5/16 6/9 10/2 | not-guilty [2] 5/10 6/14 |
| earlier [4] 9/14 10/7 13/10 15/22 | | indicated [2] 9/14 9/20 | may [3] 4/6 5/13 6/19 | nothing [2] 14/2 14/4 |
| easily [1] 8/1 | | information [10] 3/21 4/7 4/25 5/11 5/14 6/8 6/10 6/15 7/16 13/3 | maybe [1] 9/21 | now [4] 3/21 9/19 9/22 14/19 |
| Eastern [4] 9/7 9/7 10/23 11/4 | grounds [4] 4/11 4/14 5/19 5/22 | | me [6] 3/15 3/20 8/10 13/1 13/15 14/18 | NW [3] 1/17 2/3 2/12 |
| efficient [1] 13/13 | guess [1] 14/5 | Instagram [1] 7/19 | mean [1] 14/19 | NY [1] 1/14 |
| else [2] 13/23 15/23 | guilty [4] 5/4 5/10 6/12 6/14 | interests [2] 12/9 12/10 | means [1] 11/9 | **O** |
| Email [4] 1/15 1/19 2/5 2/9 | | investigate [1] 7/25 | mechanical [1] 2/15 | objection [2] 9/4 9/21 |
| end [1] 10/12 | **H** | is [24] | MEHTA [1] 1/10 | obligation [1] 13/2 |
| enter [3] 4/2 5/4 6/11 | had [2] 9/7 9/14 | is that correct [1] 15/17 | mentioned [2] 15/14 15/22 | obligations [1] 13/6 |
| entering [2] 4/10 5/18 | happy [1] 14/19 | is there [1] 8/4 | Merit [1] 2/10 | obviously [3] 13/13 15/15 15/20 |
| entertain [1] 14/19 | has [4] 4/6 5/14 7/8 9/20 | issue [1] 10/8 | mind [1] 8/14 | |
| entry [2] 5/10 6/14 | have [24] | issues [1] 10/10 | minutes [1] 9/11 | OFFICE [1] 2/2 |
| ET [1] 1/6 | having [1] 7/10 | it [7] 7/24 8/19 10/16 12/14 13/13 14/18 14/19 | miscommunication [1] 9/8 | Official [1] 2/11 |
| event [1] 7/13 | he [5] 10/2 15/15 15/16 15/20 15/21 | | modification [2] 14/14 14/22 | okay [15] 3/11 3/15 3/18 6/13 6/23 7/3 8/3 8/9 9/23 11/3 13/20 14/9 14/21 15/11 15/25 |
| everybody [4] 8/18 10/17 13/19 16/2 | he's [3] 6/21 9/6 15/15 | its [1] 13/2 | modify [1] 15/12 | |
| everyone [1] 13/13 | head [1] 13/22 | **J** | moment [1] 10/20 | one [6] 1/14 8/25 10/9 10/20 12/25 14/5 |
| exclude [3] 9/15 11/25 12/22 | hear [2] 3/15 13/16 | January [2] 7/11 17/7 | more [2] 10/13 14/5 | ones [1] 9/9 |
| | hearing [2] 3/10 11/5 | January 6th [1] 7/11 | morning [4] 3/2 3/11 3/13 3/19 | oppose [1] 15/10 |
| excluded [1] 12/18 | hearings [1] 13/11 | JC [1] 15/6 | motion [1] 14/20 | opposition [1] 15/8 |
| excluding [1] 10/5 | her [1] 13/6 | John [4] 2/2 2/2 3/7 5/2 | move [2] 8/19 13/11 | orally [1] 14/20 |
| exclusion [1] 12/11 | here [3] 3/19 7/4 12/8 | johnlmachado [1] 2/5 | Mr [1] 5/2 | order [8] 3/21 6/17 7/20 8/4 8/25 10/8 12/17 12/21 |
| expand [1] 14/23 | him [3] 9/15 14/15 14/23 | Joseph [1] 1/16 | Mr. [41] | |
| expanding [1] 15/9 | | joseph.hutton.marshall [1] 1/19 | Mr. Baggott [16] 3/13 3/20 3/23 5/12 5/14 6/16 6/20 11/8 11/14 11/23 12/5 14/2 14/12 14/25 15/9 15/13 | other [1] 12/24 |
| expect [3] 7/12 7/19 8/7 | his [2] 9/15 15/2 | JUDGE [1] 1/10 | | our [4] 9/8 11/4 13/3 15/2 |
| expires [1] 12/21 | hold [1] 13/11 | June [1] 1/5 | | out [3] 6/17 7/11 9/21 |
| | Holding [1] 12/19 | just [11] 6/19 9/5 11/6 12/24 13/1 13/5 13/13 13/15 14/23 15/2 15/3 | | outside [1] 15/3 |
| **F** | home [1] 15/3 | | | outweigh [1] 12/9 |
| Faruqui [1] 14/16 | Honor [27] | justice [1] 12/9 | Mr. Douyon [2] 4/3 14/6 | oversight [1] 7/1 |
| fashion [1] 13/18 | HONORABLE [2] 1/10 14/16 | **K** | Mr. Machado [3] 8/20 8/22 9/13 | **P** |
| favorable [1] 13/2 | hopefully [1] 9/2 | Kearney [7] 1/13 3/6 6/18 7/2 7/5 9/2 9/20 | Mr. Matthew [3] 5/16 6/9 10/2 | p.m [1] 10/18 |
| fd.org [1] 2/9 | host [1] 8/1 | know [2] 7/22 13/15 | Mr. Parks [14] 3/7 3/13 3/23 4/6 4/8 5/11 8/20 9/3 9/6 11/8 11/12 11/21 12/3 14/1 | pandemic [1] 12/19 |
| FEDERAL [2] 2/6 9/1 | housekeeping [1] 12/24 | | | parading [2] 4/19 6/2 |
| Fifth [1] 5/5 | how [6] 4/25 6/8 8/18 10/13 10/17 11/16 | **L** | | PARKS [19] |
| file [2] 14/15 14/18 | Hutton [1] 1/16 | largely [1] 7/18 | | Parks' [1] 3/20 |
| filed [1] 3/25 | **I** | larger [2] 7/12 7/22 | | |
| finally [1] 13/10 | I am [1] 10/19 | last [1] 9/5 | | |
| find [1] 12/9 | | late [1] 9/9 | | |
| fine [3] 10/24 10/25 11/1 | | latter [1] 7/17 | | |

**P**

particular [1]  7/15
physically [2]  13/14 13/19
picketing [2]  4/19 6/2
Plaintiff [1]  1/4
platform [1]  8/1
Plaza [1]  1/14
plea [3]  4/2 6/8 6/11
plead [1]  4/25
pleas [3]  5/4 5/11 6/15
plus [1]  15/21
point [3]  8/12 8/21 8/22
potentially [1]  10/16
preparation [2]  12/15 12/16
prepare [1]  10/16
prepared [1]  11/25
present [1]  13/14
Prettyman [1]  2/12
previously [1]  15/14
Probation [1]  14/14
problem [1]  9/11
problems [1]  10/5
proceed [4]  10/3 13/17 13/17 13/18
proceeding [2]  8/13 9/4
proceedings [5]  1/9 2/15 10/3 16/5 17/4
processing [1]  7/23
produce [3]  7/12 10/14 12/12
produced [2]  2/15 7/8
property [2]  4/22 6/5
prosecutor [1]  10/7
protective [3]  8/4 8/25 10/8
provided [1]  8/5
providing [1]  7/5
public [3]  2/6 9/1 12/10

**Q**

question [1]  14/10

**R**

radius [1]  14/23
raise [1]  13/24
rather [1]  13/17
reading [5]  4/2 4/24 5/3 6/7 6/11
Realtime [1]  2/11
reasons [2]  12/8 12/20
receipt [1]  6/10
receive [1]  12/14
received [3]  4/7 5/14 14/12
record [6]  4/6 5/10 5/13 6/14 6/20 17/3
recorded [1]  2/15
reflect [4]  4/6 5/10 5/13 6/14
Registered [1]  2/10
release [1]  15/12
remaining [2]  4/10 5/18
remind [1]  13/1
remotely [3]  13/1 13/17 13/18
Reporter [4]  2/10 2/10 2/11 2/11
request [2]  5/8 15/10
require [1]  13/19
resides [2]  15/16 15/21
respect [3]  7/17 7/22 11/7
restricted [5]  4/10 4/14 5/18 5/22 15/16
results [1]  7/19
review [2]  10/16 12/14
reviewed [1]  10/9
right [21]
rights [1]  5/6
RMR [2]  17/2 17/8
Rule [2]  5/8 13/3
Rule 60 [1]  5/8
rules [1]  13/7

**S**

Saint [1]  1/14
same [1]  13/4
save [1]  9/2
say [1]  10/21
search [1]  7/19
searched [1]  8/2
Section [10]  4/12 4/15 4/17 4/21 4/23 5/20 5/23 5/25 6/4 6/6
see [1]  16/2
set [9]  7/12 7/17 7/20 7/22 10/3 12/20 14/6 14/7 14/8
shabazz [4]  2/6 2/9 3/8 9/24
she [1]  13/6
short [1]  7/20
shortly [1]  8/8
should [2]  10/10 14/18
since [2]  12/25 13/12
sir [5]  3/17 11/13 11/22 11/24 12/4
Sixth [1]  5/5
smaller [1]  7/20
so [24]
some [1]  7/23
soon [1]  16/2
sorry [1]  10/21
sort [1]  10/12
specific [1]  7/14
specifically [1]  12/11
speedy [9]  5/6 5/7 9/14 9/18 11/7 11/9 11/12 12/1 12/10
spoke [2]  10/7 14/13
spoken [3]  9/3 9/15 9/17
standard [1]  8/24
standing [2]  12/17 12/20
start [3]  4/4 8/20 9/9
stated [1]  12/8
STATES [14]  1/1 1/3 1/10 3/3 4/11 4/15 4/17 4/21 4/23 5/19 5/23 5/25 6/3 6/6
status [2]  5/5
stenography [1]  2/15
step [1]  9/2
STEWART [3]  1/6 3/4 4/4
still [1]  7/25
Street [2]  1/17 2/3
submit [1]  8/7
subset [1]  7/14
suggest [2]  9/21 10/6
suggested [1]  11/17
Suite [2]  2/3 2/7
sure [3]  7/10 8/16 11/11
surveillance [1]  7/18

**T**

take [1]  16/2
talk [2]  7/3 8/18
talked [1]  9/13
terms [1]  11/16
than [1]  10/13
thank [8]  6/25 7/1 7/7 10/24 13/8 13/9 16/3 16/4
thank you [7]  6/25 7/1 7/7 10/24 13/8 16/3 16/4
Thanks [1]  16/2
that [54]
That'll [1]  10/14
that's [6]  6/21 8/25 8/25 10/24 11/1 15/4
theft [3]  4/22 6/5 6/22
their [2]  12/14 13/14
them [1]  3/22
then [7]  4/1 7/14 8/10 9/5 9/22 10/12 13/10
there [5]  7/22 8/4 10/8 10/9 14/17
there's [3]  7/12 7/14 8/10
therein [1]  6/12
these [3]  7/6 7/14 13/11
they [2]  13/15 15/1
They've [2]  3/21 14/8
thing [1]  14/5
think [2]  10/9 12/21
this [18]
This is [1]  3/3
those [3]  12/20 13/6 14/7
three [2]  15/13 15/21
through [5]  4/7 5/14 12/11 12/18 12/22
time [14]  5/3 9/6 9/7 9/7 9/15 9/22 10/5 10/14 11/17 12/1 12/1 12/11 12/18 12/22
Title [10]  4/11 4/14 4/17 4/20 4/23 5/19 5/22 5/25 6/3 6/6
titled [1]  17/4
TN [1]  2/8
today [3]  8/13 10/3 12/8
tolling [1]  9/22
tomorrow [2]  12/2
touching [2]  15/2 15/2
toward [1]  10/12
transcript [3]  1/9 2/15 17/3
transcription [1]  2/15
travel [6]  14/23 15/1 15/9 15/13 15/16 15/20
trial [13]  5/6 5/7 9/14 9/18 10/16 11/7 11/9 11/10 11/12 12/1 12/10 12/16 12/19
turn [3]  4/1 5/12 8/10

**U**

under [5]  5/8 12/17 13/2 13/3 13/6
understand [5]  11/11 11/13 11/20 11/22 11/24
understands [1]  13/6
UNITED [14]  1/1 1/3 1/10 3/3 4/11 4/15 4/17 4/21 4/23 5/19 5/23 5/25 6/3 6/6
United States [10]  4/11 4/15 4/17 4/21 4/23 5/19 5/23 5/25 6/3 6/6
United States of [1]  3/3
unless [2]  8/10 13/16
until [2]  9/16 13/18
up [1]  14/17
upon [2]  7/15 8/25
us [1]  11/1
USAO [2]  1/13 1/17
usdoj.gov [2]  1/15 1/20

**V**

versus [1]  3/4
Very [2]  3/18 14/9
via [3]  1/9 3/9 9/4
video [3]  7/18 9/4 10/3
videoconference [2]  3/9 8/13
violation [10]  4/11 4/14 4/17 4/20 4/23 5/19 5/22 5/25 6/3 6/6
voluminous [2]  7/24 12/13
vs [1]  1/5

**W**

waive [5]  4/1 4/24 5/3 6/7 6/11
want [3]  11/11 13/1 14/20
wants [1]  13/24
warrant [1]  7/19
warranted [1]  12/12
Warren [2]  15/1 15/4
was [1]  9/11
Washington [4]  1/5 1/18 2/4 2/13
way [2]  6/18 9/5
we [38]
we will [6]  5/3 5/4 8/7 8/24 12/21 13/18
we would [1]  10/6
we'll [3]  13/11 15/12 16/2
we're [1]  3/19
we've [2]  9/17 14/12
weeks [1]  7/21
welcome [1]  13/15
well [7]  9/4 10/3 10/25 11/2 12/23 13/3 14/13
were [2]  9/8 15/13
what [4]  9/20 11/9 11/17 12/12
what's [2]  7/5 14/22
when [1]  11/19
where [3]  7/3 7/3 15/16
whether [3]  4/1 8/17 8/18
which [4]  7/15 9/19 12/21 15/21
who [2]  3/24 9/9
will [14]  5/3 5/4 5/10 6/14 7/17 7/23 8/1 8/24 9/2 11/4 12/21 13/16 13/18
William [3]  2/10 17/2 17/8
willingness [1]  9/15
wish [5]  4/24 4/25 6/7 6/8 13/14
within [3]  11/10 15/16 15/20
won't [1]  11/18
work [1]  14/15
working [1]  7/25
would [8]  5/7 5/7 8/21 9/20 9/20 10/6 13/17 14/25
wouldn't [2]  8/14 11/17

**Y**

yeah [1]  10/23
Yes [15]  3/16 3/17 5/1 9/17 9/25 11/13 11/15 11/22 11/24 12/4 12/6 13/8 13/21 14/24 15/7
yet [2]  7/8 8/6
York [1]  1/14
you [39]
You had [1]  9/14
you'd [1]  14/22
you're [1]  11/19
your [33]
Your Honor [27]

**Z**

Zaremba [3]  2/10 17/2 17/8
Zone [3]  9/6 9/7 9/7
ZOOM [1]  1/9