IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR No. 21-411 |
| | ) | Washington, D.C. |
| vs. | ) | August 31, 2021 |
| | ) | 1:36 p.m. |
| STEWART PARKS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Benet Kearney
                            DOJ-USAO
                            One Saint Andrew's Plaza
                            New York, NY 10007
                            (212) 637-2260
                            Email: benet.kearney@usdoj.gov

                            Joseph Hutton Marshall
                            USAO
                            601 D Street NW
                            Washington, D.C. 20001
                            (202) 252-6629
                            Email:
                            joseph.hutton.marshall
                            @usdoj.gov

```
For Defendant Parks:        John L. Machado
                            LAW OFFICE OF JOHN MACHADO
                            503 D Street, NW
                            Suite 310
                            Washington, D.C. 20001
                            (703) 989-0840
                            Email: johnlmachado@gmail.com


For Defendant Baggott:      Dumaka Shabazz
                            FEDERAL PUBLIC DEFENDER
                            810 Broadway
                            Suite 200
                            Nashville, TN 37203
                            (615) 736-5047
                            Email: dumaka_shabazz@fd.org


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249
```

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

1           P R O C E E D I N G S

2           COURTROOM DEPUTY:  Good afternoon, Your Honor.

3   This is Criminal Case No. 21-411, United States of America

4   versus Defendant No. 1, Stewart Parks; and Defendant No. 2,

5   Matthew Baggott.

6           Benet Kearney for the government.

7           John Machado for Defendant Parks.

8           And Dumaka Shabazz for Defendant Baggott.

9           Both defendants are appearing via videoconference

10  for this hearing.

11          THE COURT:  All right, Counsel, good afternoon.

12          Mr. Baggott, Mr. Parks, good afternoon to you

13  both.

14          All right.  So we're here for a status conference.

15  Who would like to start?

16          Why don't we start with Ms. Kearney and let us

17  know where things stand in terms of production of discovery

18  and move forward.

19          MS. KEARNEY:  Thank you, Your Honor, and good

20  afternoon.

21          I think when we last spoke at the last conference,

22  I described kind of two buckets of discovery; one

23  particularized to these defendants, and the other kind of

24  global for the cases arising out of the January 6th Capitol

25  breach as a whole.

1          With respect to these two defendants, the bulk of

2     discovery has been produced.  There are a handful of

3     outstanding items.  One is some materials that are still

4     protected by Rule 6(e).  And I recently filed a motion to

5     produce those to the defendants, so they should be ready in

6     short order.

7          The second is we --

8          THE COURT:  I'm sorry, did you file that motion

9     today or was it filed --

10         MS. KEARNEY:  Late yesterday, I think.

11         THE COURT:  Okay.

12         All right.  I'll make sure we get to that.

13         MS. KEARNEY:  Thank you.

14         The second is, the government executed a search

15    warrant on an Instagram account used by Mr. Parks and an

16    iCloud account used by Mr. Parks.

17         The raw data from the Instagram account has been

18    produced to Mr. Parks, but the more particularized returns

19    are still being processed and we'll turn those over as soon

20    as we have them.

21         And the results from the iCloud account, both the

22    raw data and the particularized return, are still being

23    processed, and we will produce those as soon as we have

24    them.

25         And there is one clip of a body camera footage

1    that I believe both defendants appear in for maybe two or

2    three minutes, which we just discovered yesterday, we'll

3    produce that today.

4            The rest of the materials, which is, you know,

5    documentary evidence, mostly Capitol surveillance video,

6    things like that, have already been produced.

7            THE COURT:  Okay.

8            MS. KEARNEY:  I just filed, so I don't know if

9    Your Honor has had a chance to take a look, an update

10   regarding global discovery.

11           THE COURT:  Yeah.

12           And you don't need to go through that,

13   Ms. Kearney.  I've received it in a number of cases and am

14   familiar with it.

15           MS. KEARNEY:  Great.  Then I won't reiterate that

16   here.

17           I briefly spoke with both defense counsel earlier

18   this week.  And I think now that the bulk of the

19   particularized discovery has been pushed out to them, we are

20   well positioned to have some talks regarding pretrial

21   resolution, and so we hope to do that once they've had a

22   chance to review more fully.

23           THE COURT:  Okay.  Good.

24           All right.  Who would like to go first on behalf

25   of the defendants, Mr. Machado, Mr. Shabazz?

1          MR. SHABAZZ:  Thank you, Your Honor.

2          MR. MACHADO:  Mr. Shabazz then.

3          MR. SHABAZZ:  Yeah, good morning.

4          Your Honor, we have received, I believe, the bulk

5     of the discovery as it relates primarily to Mr. Baggott from

6     the government.  We've had different conversations and

7     emails with each other and anticipate the things that she

8     just described.

9          We also do have -- I did -- was a -- reviewed the

10    status filings that the government just filed yesterday, and

11    I believe there was an update.  So we've reviewed those.

12         And Mr. Baggott and myself have met and reviewed

13    the bulk of the discovery that we've received thus far, and

14    we're still plugging along.

15         THE COURT:  Okay.

16         Mr. Machado?

17         MR. MACHADO:  Your Honor, similar representations

18    on behalf of Mr. Parks.

19         We do have some aspects of the large bulk of

20    videos that we think have some relevance to our case,

21    particularly one specific count, and so we feel that we're

22    going to need to be going through that before we can get

23    into what we assume will be a resolution agreeable to both

24    parties, if and when we get to that point.

25         But I'm planning to meet with Mr. Parks later in

1    the week.  We've gone over some discovery, but there's

2    additional discovery that I'll be reviewing with Mr. Parks,

3    and so we're just proceeding as normal as you can with

4    regard to this case.

5              THE COURT:  Okay.

6              So how much -- I take it both sides are -- or at

7    least defendants are -- well, let me ask:  Are both sides

8    asking for additional time then?

9              MS. KEARNEY:  Yes, Your Honor.

10             And may I add, with respect to Mr. Machado's

11   statements, he has made several requests to me of things

12   that he believes may be in the larger discovery materials,

13   and the agents and I are hoping to track that down and tell

14   him whether they are, in fact, there.

15             THE COURT:  Okay.

16             So what is everybody's request here?  Is it

17   30 days?  60 days?  What makes sense here?

18             MR. SHABAZZ:  Your Honor, on behalf of

19   Mr. Baggott, we would request 60 days.

20             Again, we have reviewed the bulk of what we

21   received thus far and there are additional things that we're

22   working on, looking forward to the other videos.  But

23   I think that both of us would be able to use 60 days

24   largely.

25             THE COURT:  Mr. Machado, does that work for you?

1          MR. MACHADO:  Yes, Your Honor, particularly since

2     the timeline that the government has given, as far as those

3     larger materials, yes, I think 60 days is preferable.

4          THE COURT:  And both of your clients are prepared

5     to exclude through the next date?

6          MR. SHABAZZ:  Yes, Your Honor.

7          MR. MACHADO:  Yes.

8          THE COURT:  Okay.

9          MR. MACHADO:  Between now and the next court date,

10    yes.

11         THE COURT:  How about November 5th at 11:30 in the

12    morning?  Again, we'll do it remotely.

13         MR. SHABAZZ:  Let me check one thing, Your Honor.

14         MS. KEARNEY:  That's fine by the government,

15    Your Honor.  Thank you.

16         MR. MACHADO:  The Court's indulgence.

17         MR. SHABAZZ:  What time did you say, Your Honor,

18    at 1:00?

19         THE COURT:  No.  11:30 a.m., Eastern.

20         MR. SHABAZZ:  Yes, I will be available for that.

21         THE COURT:  Okay.

22         Mr. Machado, does that work for you?

23         MR. MACHADO:  But my computer is acting a little

24    slow.

25         Okay.  I have now -- November 5th was the date,

1   Your Honor?

2           THE COURT:  Yes.

3           MR. MACHADO:  November 5th is a good day.

4   Thank you.

5           THE COURT:  All right.

6           So November 5th, 11:30.

7           We'll exclude time under the Speedy Trial Act

8   until then.  The interests of justice outweigh the interests

9   of the public and the defendant in a speedy trial.  And

10  specifically, the exclusion of time is warranted to allow

11  the government to complete discovery, for the defendants to

12  receive and review discovery and continue their preparation

13  of a defense and possible -- seeking possible pretrial

14  disposition in this case.

15          All right.  With that, is there anything else,

16  Counsel?

17          MS. KEARNEY:  Just a question, Your Honor.

18          If we do come to a resolution before the next

19  date, would you prefer to schedule a separate date for that

20  or just take care of it on November 5th.

21          THE COURT:  No, I mean, my -- no.

22          Let's put it this way:  If you want to come in and

23  do it earlier, just contact chambers and let me know.

24  I think there's benefit in getting it done as soon as the

25  agreement is struck, rather than waiting and letting time

1    pass.

2            So if you get to an agreement sooner, just let me

3    know and we'll see what we can get on the schedule.

4            MS. KEARNEY:  Thank you.

5            THE COURT:  Okay?

6            All right.  Thank you, everyone.

7            (Proceedings concluded at 1:45 p.m.)

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:\_\_January 4, 2024_____       

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1] 3/2
MR. MACHADO: [8]
6/2 6/17 8/1 8/7 8/9
8/16 8/23 9/3
MR. SHABAZZ: [7] 6/1
6/3 7/18 8/6 8/13 8/17
8/20
MS. KEARNEY: [9]
3/19 4/10 4/13 5/8 5/15
7/9 8/14 9/17 10/4
THE COURT: [19]

## 0
0840 [1] 2/4

## 1
10007 [1] 1/14
11:30 [3] 8/11 8/19 9/6
1:00 [1] 8/18
1:36 [1] 1/6
1:45 [1] 10/7

## 2
200 [1] 2/7
20001 [3] 1/18 2/3 2/12
202 [2] 1/18 2/13
2021 [1] 1/5
2024 [1] 11/7
21-411 [2] 1/4 3/3
212 [1] 1/15
2260 [1] 1/15
252-6629 [1] 1/18

## 3
30 days [1] 7/17
31 [1] 1/5
310 [1] 2/3
3249 [1] 2/13
333 [1] 2/12
354-3249 [1] 2/13
37203 [1] 2/7

## 4
411 [2] 1/4 3/3

## 5
503 [1] 2/2
5047 [1] 2/8
5th [5] 8/11 8/25 9/3
9/6 9/20

## 6
60 days [4] 7/17 7/19
7/23 8/3
601 [1] 1/17
615 [1] 2/8
637-2260 [1] 1/15
6629 [1] 1/18
6th [1] 3/24

## 7
703 [1] 2/4
736-5047 [1] 2/8

## 8
810 [1] 2/6

989-0840 [1] 2/4

## A
a.m [1] 8/19
able [1] 7/23
about [1] 8/11
above [1] 11/4
above-titled [1] 11/4
account [4] 4/15 4/16
4/17 4/21
Act [1] 9/7
acting [1] 8/23
add [1] 7/10
additional [3] 7/2 7/8
7/21
afternoon [4] 3/2 3/11
3/12 3/20
Again [2] 7/20 8/12
agents [1] 7/13
agreeable [1] 6/23
agreement [2] 9/25
10/2
aided [1] 2/15
AL [1] 1/6
All [7] 3/11 3/14 4/12
5/24 9/5 9/15 10/6
All right [1] 3/11
allow [1] 9/10
along [1] 6/14
already [1] 5/6
also [1] 6/9
am [1] 5/13
AMERICA [2] 1/3 3/3
AMIT [1] 1/10
Andrew's [1] 1/14
anticipate [1] 6/7
anything [1] 9/15
appear [1] 5/1
APPEARANCES [1]
1/12
appearing [1] 3/9
are [13]
arising [1] 3/24
as [12]
ask [1] 7/7
asking [1] 7/8
aspects [1] 6/19
assume [1] 6/23
August [1] 1/5
available [1] 8/20
Avenue [1] 2/12

## B
Baggott [7] 2/5 3/5 3/8
3/12 6/5 6/12 7/19
Barrett [1] 2/11
be [7] 4/5 6/22 6/23 7/2
7/12 7/23 8/20
been [4] 4/2 4/17 5/6
5/19
before [3] 1/10 6/22
9/18
behalf [3] 5/24 6/18
7/18
being [2] 4/19 4/22
believe [3] 5/1 6/4 6/11
believes [1] 7/12

Benet [2] 1/13 3/6
benet.kearney [1] 1/15
Between [1] 8/9
body [1] 4/25
both [6] 3/9 3/13 4/21
5/1 5/17 6/23 7/6 7/7
7/23 8/4
breach [1] 3/25
briefly [1] 5/17
Broadway [1] 2/6
buckets [1] 3/22
bulk [6] 4/1 5/18 6/4
6/13 6/19 7/20

## C
camera [1] 4/25
can [3] 6/22 7/3 10/3
Capitol [2] 3/24 5/5
care [1] 9/20
case [4] 3/3 6/20 7/4
9/14
cases [2] 3/24 5/13
Certified [1] 2/10
certify [1] 11/2
CH [1] 2/11
chambers [1] 9/23
chance [2] 5/9 5/22
check [1] 8/13
clients [1] 8/4
clip [1] 4/25
COLUMBIA [1] 1/1
come [2] 9/18 9/22
complete [1] 9/11
computer [2] 2/15 8/23
computer-aided [1]
2/15
concluded [1] 10/7
conference [1] 1/9
3/14 3/21
Constitution [1] 2/12
contact [1] 9/23
continue [1] 9/12
conversations [1] 6/6
correct [1] 11/3
counsel [3] 3/11 5/17
9/16
count [1] 6/21
court [4] 1/1 2/9 2/11
8/9
Court's [1] 8/16
CR [1] 1/4
Criminal [1] 3/3
CRR [2] 11/2 11/8

## D
D.C [4] 1/5 1/18 2/3
2/12
data [2] 4/17 4/22
date [6] 8/5 8/9 8/25
9/19 9/19 11/7
day [1] 9/3
days [5] 7/17 7/17 7/19
7/23 8/3
defendant [7] 2/1 2/5
3/4 3/4 3/7 3/8 6/9
defendants [9] 1/7 3/9
3/23 4/1 4/5 5/1 5/25

benefit [1] 9/21
Benet [2] 1/13 3/6
DEFENDER [1] 2/6
defense [2] 5/17 9/13
described [2] 3/22 6/8
did [3] 4/8 6/9 8/17
did you [1] 4/8
different [1] 6/6
discovered [1] 5/2
discovery [12]
disposition [1] 9/14
DISTRICT [3] 1/1 1/1
1/10
do [6] 5/21 6/9 6/19
8/12 9/18 9/23
documentary [1] 5/5
does [2] 7/25 8/22
DOJ [1] 1/13
DOJ-USAO [1] 1/13
don't [3] 3/16 5/8 5/12
done [1] 9/24
down [1] 7/13
dumaka [3] 2/5 2/8 3/8

## E
each [1] 6/7
earlier [2] 5/17 9/23
Eastern [1] 8/19
else [1] 9/15
Email [4] 1/15 1/19 2/4
2/8
emails [1] 6/7
ET [1] 1/6
everybody's [1] 7/16
everyone [1] 10/6
evidence [1] 5/5
exclude [2] 8/5 9/7
exclusion [1] 9/10
executed [1] 4/14

## F
fact [1] 7/14
familiar [1] 5/14
far [3] 6/13 7/21 8/2
fd.org [1] 2/8
FEDERAL [1] 2/6
feel [1] 6/21
file [1] 4/8
filed [4] 4/4 4/9 5/8
6/10
filings [1] 6/10
fine [1] 8/14
first [1] 5/24
footage [1] 4/25
foregoing [1] 11/3
forward [2] 3/18 7/22
fully [1] 5/22

## G
get [5] 4/12 6/22 6/24
10/2 10/3
getting [1] 9/24
given [1] 8/2
global [2] 3/24 5/10
gmail.com [1] 2/4
go [2] 5/12 5/24
going [2] 6/22 6/22
gone [1] 7/1
good [7] 3/2 3/11 3/12

419 5/23 6/3 9/3
government [8] 1/13
3/6 4/14 6/4 6/6 6/10 8/2
8/14 9/11
Great [1] 5/15

## H
had [3] 5/9 5/21 6/6
handful [1] 4/2
has [6] 4/2 4/17 5/9
5/19 7/11 8/2
have [4] 4/20 4/23 5/6
5/20 6/4 6/9 6/12 6/19
6/20 7/20 8/25
he [2] 7/11 7/12
hearing [1] 3/10
here [4] 3/14 5/16 7/16
7/17
him [1] 7/14
Honor [15]
HONORABLE [1] 1/10
hope [1] 5/21
hoping [1] 7/13
how [2] 7/6 8/11
Hutton [1] 1/16

## I
I believe [2] 5/1 6/11
I don't [1] 5/8
I have [1] 8/25
I just [1] 5/8
I think [3] 3/21 4/10
5/18 7/23 8/3 9/24
I'll [2] 4/12 7/2
I'm [2] 4/8 6/25
I'm sorry [1] 4/8
I've [1] 5/13
iCloud [2] 4/16 4/21
indulgence [1] 8/16
Instagram [2] 4/15
4/17
interests [1] 9/8 9/8
is [15]
is there [1] 9/15
it [11] 4/9 5/13 5/14 6/5
7/6 7/16 8/12 9/20 9/22
9/23 9/24
items [1] 4/3

## J
January [2] 3/24 11/7
January 6th [1] 3/24
John [3] 2/1 2/2 3/7
johnlmachado [1] 2/4
Joseph [1] 1/16
joseph.hutton.marshal
l [1] 1/19
JUDGE [1] 1/10
just [9] 5/2 5/8 6/8 6/10
7/3 9/17 9/20 9/23 10/2
justice [1] 9/8

## K
Kearney [4] 1/13 3/6
3/16 5/13
kind [2] 3/22 3/23
know [5] 3/17 5/4 5/18
9/23 10/3

**L**

largely [1] 7/24
larger [2] 7/12 8/3
last [2] 3/21 3/21
Late [1] 4/10
later [1] 6/25
LAW [1] 2/2
least [1] 7/7
let [5] 3/16 7/7 8/13 9/23 10/2
Let's [1] 9/22
letting [1] 9/25
like [3] 3/15 5/6 5/24
little [1] 8/23
look [1] 5/9
looking [1] 7/22

**M**

Machado [7] 2/1 2/2 3/7 5/25 6/16 7/25 8/22
Machado's [1] 7/10
made [1] 7/11
make [1] 4/12
makes [1] 7/17
Marshall [1] 1/16
materials [4] 4/3 5/4 7/12 8/3
matter [1] 11/4
Matthew [1] 3/5
may [2] 7/10 7/12
maybe [1] 5/1
me [5] 7/7 7/11 8/13 9/23 10/2
mean [1] 9/21
mechanical [1] 2/14
meet [1] 6/25
MEHTA [1] 1/10
Merit [1] 2/10
met [1] 6/12
minutes [1] 5/2
more [2] 4/18 5/22
morning [2] 6/3 8/12
mostly [1] 5/5
motion [2] 4/4 4/8
move [1] 3/18
Mr. [18]
Mr. Baggott [4] 3/12 6/5 6/12 7/19
Mr. Machado [4] 5/25 6/16 7/25 8/22
Mr. Machado's [1] 7/10
Mr. Parks [7] 3/12 4/15 4/16 4/18 6/18 6/25 7/2
Mr. Shabazz [2] 5/25 6/2
Ms. [2] 3/16 5/13
Ms. Kearney [2] 3/16 5/13
much [1] 7/6
my [2] 8/23 9/21
myself [1] 6/12

**N**

Nashville [1] 2/7
need [2] 5/12 6/22
New [1] 1/14
next [3] 8/5 8/9 9/18

8/19 9/21 9/21
normal [1] 7/3
November [5] 8/11 8/25 9/3 9/6 9/20
now [3] 5/18 8/9 8/25
number [1] 5/13
NW [3] 1/17 2/2 2/12
NY [1] 1/14

**O**

OFFICE [1] 2/2
Official [1] 2/11
Okay [10] 4/11 5/7 5/23 6/15 7/5 7/15 8/8 8/21 8/25 10/5
once [1] 5/21
one [6] 1/14 3/22 4/3 4/25 6/21 8/13
order [1] 4/6
other [3] 3/23 6/7 7/22
our [1] 6/20
out [2] 3/24 5/19
outstanding [1] 4/3
outweigh [1] 9/8
over [2] 4/19 7/1

**P**

p.m [2] 1/6 10/7
PARKS [11] 1/6 2/1 3/4 3/7 3/12 4/15 4/16 4/18 6/18 6/25 7/2
particularized [4] 3/23 4/18 4/22 5/19
particularly [2] 6/21 8/1
parties [1] 6/24
pass [1] 10/1
Plaintiff [1] 1/4
planning [1] 6/25
Plaza [1] 1/14
plugging [1] 6/14
point [1] 6/24
positioned [1] 5/20
possible [2] 9/13 9/13
prefer [1] 9/19
preferable [1] 8/3
preparation [1] 9/12
prepared [1] 8/4
pretrial [1] 5/20 9/13
Prettyman [1] 2/11
primarily [1] 6/5
proceeding [1] 7/3
proceedings [4] 1/9 2/14 10/7 11/4
processed [2] 4/19 4/23
produce [3] 4/5 4/23 5/3
produced [4] 2/15 4/2 4/18 5/6
production [1] 3/17
protected [1] 4/4
public [2] 2/6 9/9
pushed [1] 5/19
put [1] 9/22

**Q**

question [1] 9/17

rather [1] 9/25
raw [2] 4/17 4/22
ready [1] 4/5
Realtime [1] 2/10
receive [1] 9/12
received [4] 5/13 6/4 6/13 7/21
recently [1] 4/4
record [1] 11/3
recorded [1] 2/14
regard [1] 7/4
regarding [2] 5/10 5/20
Registered [1] 2/10
reiterate [1] 5/15
relates [1] 6/5
relevance [1] 6/20
remotely [1] 8/12
Reporter [4] 2/9 2/10 2/10 2/11
representations [1] 6/17
request [2] 7/16 7/19
requests [1] 7/11
resolution [3] 5/21 6/23 9/18
respect [2] 4/1 7/10
rest [1] 5/4
results [1] 4/21
return [1] 4/22
returns [1] 4/18
review [2] 5/22 9/12
reviewed [4] 6/9 6/11 6/12 7/20
reviewing [1] 7/2
right [7] 3/11 3/14 4/12 5/24 9/5 9/15 10/6
RMR [2] 11/2 11/8
Rule [1] 4/4

**S**

Saint [1] 1/14
say [1] 8/17
schedule [2] 9/19 10/3
search [1] 4/14
second [2] 4/7 4/14
see [1] 10/3
seeking [1] 9/13
sense [1] 7/17
separate [1] 9/19
several [1] 7/11
shabazz [5] 2/5 2/8 3/8 5/25 6/2
she [1] 6/7
short [1] 4/6
should [1] 4/5
sides [2] 7/6 7/7
similar [1] 6/17
since [1] 8/1
slow [1] 8/24
so [11] 3/14 4/5 5/8 5/21 6/11 6/21 7/3 7/6 7/16 9/6 10/2
some [5] 4/3 5/20 6/19 6/20 7/1
soon [3] 4/19 4/23 9/24
sooner [1] 10/2
sorry [1] 4/8

specific [1] 9/10
specifically [1] 9/10
speedy [2] 9/7 9/9
Speedy Trial Act [1] 9/7
spoke [2] 3/21 5/17
stand [1] 3/17
start [2] 3/15 3/16
statements [1] 7/11
STATES [4] 1/1 1/3 1/10 3/3
status [3] 1/9 3/14 6/10
stenography [1] 2/14
STEWART [2] 1/6 3/4
still [4] 4/3 4/19 4/22 6/14
Street [2] 1/17 2/2
struck [1] 9/25
Suite [2] 2/3 2/7
sure [1] 4/12
surveillance [1] 5/5

**T**

take [3] 5/9 7/6 9/20
talks [1] 5/20
tell [1] 7/13
terms [1] 3/17
than [1] 9/25
Thank [7] 3/19 4/13 6/1 8/15 9/4 10/4 10/6
Thank you [7] 3/19 4/13 6/1 8/15 9/4 10/4 10/6
that [29]
That's [1] 8/14
their [1] 9/12
them [3] 4/20 4/24 5/19
then [4] 5/15 6/2 7/8 9/8
there [6] 4/2 4/25 6/11 7/14 7/21 9/15
there's [2] 7/1 9/24
these [2] 3/23 4/1
they [2] 4/5 7/14
they've [1] 5/21
thing [1] 8/13
things [5] 3/17 5/6 6/7 7/11 7/21
think [7] 3/21 4/10 5/18 6/20 7/23 8/3 9/24
this [6] 3/3 3/10 5/18 7/4 9/14 9/22
This is [1] 3/3
those [5] 4/5 4/19 4/23 6/11 8/2
three [1] 5/2
through [3] 5/12 6/22 8/5
thus [2] 6/13 7/21
time [5] 7/8 8/17 9/7 9/10 9/25
timeline [1] 8/2
titled [1] 11/4
TN [1] 2/7
today [2] 4/9 5/3
track [1] 7/13
transcript [3] 1/9 2/14 11/3

transcription [1] 2/15
trial [2] 9/7 9/9
turn [1] 4/19
two [3] 3/22 4/1 5/1

**U**

under [1] 9/7
UNITED [4] 1/1 1/3 1/10 3/3
United States of [1] 3/3
until [1] 9/8
update [2] 5/9 6/11
us [2] 3/16 7/23
USAO [2] 1/13 1/17
usdoj.gov [2] 1/15 1/20
use [1] 7/23
used [2] 4/15 4/16

**V**

versus [1] 3/4
via [2] 1/9 3/9
video [1] 5/5
videoconference [1] 3/9
videos [2] 6/20 7/22
vs [1] 1/5

**W**

waiting [1] 9/25
want [1] 9/22
warrant [1] 4/15
warranted [1] 9/10
was [4] 4/9 6/9 6/11 8/25
Washington [4] 1/5 1/18 2/3 2/12
way [1] 9/22
we [23]
we will [1] 4/23
we'll [5] 4/19 5/2 8/12 9/7 10/3
we're [5] 3/14 6/14 6/21 7/3 7/21
we've [4] 6/6 6/11 6/13 7/1
week [2] 5/18 7/1
well [2] 5/20 7/7
what [6] 6/23 7/16 7/17 7/20 8/17 10/3
when [2] 3/21 6/24
where [1] 3/17
whether [1] 7/14
which [2] 5/2 5/4
Who [2] 3/15 5/24
whole [1] 3/25
Why [1] 3/16
will [3] 4/23 6/23 8/20
William [2] 2/9 11/2 11/8
won't [1] 5/15
work [2] 7/25 8/22
working [1] 7/22
would [5] 3/15 5/24 7/19 7/23 9/19

**Y**

Yeah [2] 5/11 6/3

**Y**

**yes [8]**  7/9 8/1 8/3 8/6
8/7 8/10 8/20 9/2
**yesterday [3]**  4/10 5/2
6/10
**York [1]**  1/14
**you [18]**
**your [16]**
**Your Honor [15]**

**Z**

**Zaremba [3]**  2/9 11/2
11/8
**ZOOM [1]**  1/9