```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,       )
                                )
       Plaintiff,               )
                                )   CR No. 21-411
                                )   Washington, D.C.
       vs.                      )   November 5, 2021
                                )   11:48 a.m.
STEWART PARKS, ET AL.,          )
                                )
       Defendants.              )
_____)


       TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:         Benet Kearney
                            DOJ-USAO
                            One Saint Andrew's Plaza
                            New York, NY 10007
                            (212) 637-2260
                            Email: benet.kearney@usdoj.gov

                            Joseph Hutton Marshall
                            USAO
                            601 D Street NW
                            Washington, D.C. 20001
                            (202) 252-6629
                            Email:
                            joseph.hutton.marshall
                            @usdoj.gov

APPEARANCES CONTINUED:

| | |
|---|---|
| For Defendant Parks: | John L. Machado<br>LAW OFFICE OF JOHN MACHADO<br>503 D Street, NW<br>Suite 310<br>Washington, D.C. 20001<br>(703) 989-0840<br>Email: johnlmachado@gmail.com |
| For Defendant Baggott: | Dumaka Shabazz<br>FEDERAL PUBLIC DEFENDER<br>810 Broadway<br>Suite 200<br>Nashville, TN 37203<br>(615) 736-5047<br>Email: dumaka_shabazz@fd.org |
| Court Reporter: | William P. Zaremba<br>Registered Merit Reporter<br>Certified Realtime Reporter<br>Official Court Reporter<br>E. Barrett Prettyman CH<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001<br>(202) 354-3249 |

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Your Honor, good morning,
 3   Your Honor.  This is Criminal Case No. 21-411,
 4   United States of America versus Stewart Parks and
 5   Matthew Baggott.
 6              Benet Kearney for the government.
 7              John Machado for Defendant Parks.
 8              Dumaka Shabazz for Defendant Baggott.
 9              Both defendants are appearing via videoconference
10   for this hearing.
11              THE COURT:  Okay, Counsel, good morning to
12   everyone.
13              Mr. Parks and Mr. Baggott, good morning to both of
14   you.
15              Okay.  We're back for a status conference.
16              Where do things stand and how do the parties wish
17   to proceed?
18              Ms. Kearney?
19              MS. KEARNEY:  Good morning, Your Honor.
20              Just to provide a brief update with respect to
21   discovery, yesterday I produced to both counsel a set of
22   videos, about four body-worn camera videos from officers who
23   were in the area of the Capitol Building where the
24   defendants were.  With that production, I believe that the
25   production of individualized discovery for these defendants
```

1    is complete, subject, of course, to the caveat that if we
2    discover any new materials, we'll produce them promptly.
3            I alluded earlier at prior proceedings to kind of
4    two buckets of discovery; one individualized for the
5    defendants and then two for the cases arising out of
6    January 6th events as a whole.  With respect to that first
7    bucket, I believe that discovery is complete.
8            THE COURT:  Okay.
9            MS. KEARNEY:  And so with that, I think we are
10   well-positioned to continue to engage in discussions about
11   pretrial resolutions of this case.
12           I have met with certain counsel and expect we may
13   be able to get there.  But in any event, I think both
14   counsel will need to review, at the very least, this most
15   recent set of discovery.
16           THE COURT:  That's okay.
17           And I'm sorry to interrupt you, but have formal
18   plea offers been extended or you're just in the process?
19           MS. KEARNEY:  They have not.
20           And that's, Your Honor, because what is in those
21   videos sheds some light on the contours of what the
22   government can and can't offer.
23           THE COURT:  Sure.
24           MS. KEARNEY:  And so now that we've produced
25   those, I think we can have some productive discussions about

1  that.

2           THE COURT:  Okay.

3           So how much -- well, why don't I turn to defense
4  counsel and then we'll talk about next steps.

5           Who would like to go first?  Mr. Machado?

6           MR. MACHADO:  Yes, that's fine, Your Honor.

7           I thank Ms. Kearney, she's been -- we've had
8  productive conversations, and she's been very good as far as
9  discovery is concerned, and we did receive the most recent
10 discovery.

11          I think we need -- we're starting to slowly bump
12 into the holidays, but I think -- I mean, I probably would
13 have asked for 30, 45 days just so I can review things with
14 my client.

15          So I think mid December, if the Court wants to do
16 that.  If the Court wants to wait until after the holidays,
17 we would have no objection to that as well.

18          Just to let the Court know, there is one
19 additional issue with regard to release that we want to
20 discuss that'll be mostly non-controversial, but that's
21 where we are.

22          THE COURT:  Okay.

23          Mr. Shabazz.

24          MR. SHABAZZ:  Yes, Your Honor, I agree.

25          The government has -- we have been in conversation

1   with the government, looking for resolution.  We did receive
2   the new discovery this morning.  I'll review it with the
3   government and --
4              THE COURT:  All right, Mr. Shabazz --
5              MR. SHABAZZ:  -- with my client.
6              THE COURT:  Mr. Shabazz, I'm going to interrupt
7   you.
8              Your connection is not very good and so we're not
9   hearing you very well.  And I can see the court reporter
10  straining to hear what you're saying.  So why don't you
11  reset and maybe that'll help.
12             Now we've lost you.
13             COURTROOM DEPUTY:  And, Your Honor, I'll send him
14  an email.
15             MR. SHABAZZ:  Your Honor, is this better?
16             THE COURT:  That is better, yes.
17             MR. SHABAZZ:  Thank you.  My apologies.
18             Your Honor, I would state that we have been in
19  discussions with the government.
20             And once -- we have also received the new
21  discovery that was sent this morning, my office is
22  processing it, plan to meet with my client.
23             But I do agree that another status, either mid
24  December or early January, would be appropriate.  I believe
25  that we will be on track to have a resolution at that time.

1        We do have a point of clarification that we want
2   to ask the Court; that is what Mr. Machado referenced.
3        In Tennessee, my client has a condition of release
4   stating that he and Mr. Parks are not to have any contact.
5   That is a standard kind of condition of release that we
6   would have in Tennessee.
7        The D.C. conditions of release do not contain
8   that.
9        I've spoken with the U.S. Probation, as well as
10  the government.  Neither of them have any objection to
11  Mr. Parks and Mr. Baggott having contact, as long as they
12  are not speaking about the case outside of the presence of
13  their attorneys.
14       So I wanted to clarify that with the Court.  If I
15  need to file a motion, I have one drafted.  But it may not
16  be an issue, so I wanted to get some guidance from the
17  Court.
18       THE COURT:  Well, if it's not in our conditions of
19  release, then it's not an issue.
20       I mean, unless the folks in Tennessee are
21  insisting on that, then we can clarify that that's not being
22  required in this case.
23       But unless it's a -- it's not a condition of
24  release right now; is that right?
25       MR. SHABAZZ:  That's correct, Your Honor.

1   It's not a condition in D.C --
2              THE COURT:  Okay.
3              MR. SHABAZZ:  -- but it is a standard in
4   Tennessee.
5              THE COURT:  Okay.
6              Well -- and I mean, I guess the question is,
7   is there a -- has a pretrial officer raised the concern?
8   Is that what's prompting this?
9              MR. SHABAZZ:  No, Your Honor.
10             My client -- these two young men have been friends
11  since back in high school.  My client reached out to see if
12  I could seek to modify that condition because it was one in
13  Tennessee but not one in D.C. and I just wanted
14  clarification.
15             I spoke to U.S. Probation that is supervising him,
16  courtesy supervision in this district, they do not have a
17  problem with that modification, and similarly, the
18  government does not either.
19             THE COURT:  Okay.
20             Well -- all right.
21             I guess what I can do is enter a Minute Order that
22  says that a condition of release is not that they -- I mean,
23  I'm not sure what I'm being asked to modify if it's not a
24  condition.
25             MR. SHABAZZ:  Well, and that's -- I'm just

1    clarifying if there even needs to be a modification.
2            THE COURT:  Yeah, I mean, I don't think so.
3            I mean, unless it's a condition, I don't think
4    it's necessary to clarify anything, unless --
5            MS. KEARNEY:  I'll confirm that my understanding
6    is that when the conditions are set in D.C., the conditions
7    in Tennessee are effectively wiped out.
8            MR. MACHADO:  And, Your Honor, I'd be joining
9    with -- Mr. Shabazz and I were working on a joint motion
10   together when we ran into the issue and we decided to just
11   address it with the Court directly, rather than file a
12   motion and the Court issue an order or commenting saying,
13   what am I ruling on because this doesn't exist.
14           THE COURT:  Yeah, I mean, it's not a condition.
15   And if it's not a condition, I don't think I have anything
16   to modify.
17           If there's any doubt in the minds of the folks of
18   the people in Tennessee, they can contact Pretrial Services
19   here and Pretrial Services can let them know that it's not a
20   condition of their release, okay?
21           MR. MACHADO:  Thank you, Your Honor.
22           MR. SHABAZZ:  Thank you, Your Honor.
23           THE COURT:  Why don't we set a next date.
24   Why don't we just be on the safe side -- well, why don't we
25   try and squeeze something in before the holidays.

1                Are you all available December 17th?

2                MR. MACHADO:  On behalf of Mr. Parks, I am.

3                MR. SHABAZZ:  Yes, Your Honor, I am available on

4    the 17th.

5                THE COURT:  Ms. Kearney, does that work for you?

6                MS. KEARNEY:  Yes, that's fine for the government.

7                THE COURT:  All right.

8                How about 2:30 on the 17th of December?  We'll set

9    that down as a continued status date.  If there is an

10   intention to convert that to a plea hearing, just please

11   contact chambers and let us know and get us the paperwork

12   ideally by the 15th, that'll be helpful.

13               I'll exclude time through the 17th as the

14   interests of justice outweigh the interests of the defendant

15   and the public in a speedy trial.  And specifically, the

16   exclusion of time is warranted to allow the defendants to

17   continue to review the discovery they've received, get

18   access to the larger volume of discovery that still is

19   awaiting, and, importantly, consider any opportunities to

20   resolve this matter and discuss potential pretrial

21   resolution with their counsel.  So for those reasons, time

22   will be excluded through the 17th of December.

23               And just to confirm with counsel that both

24   Mr. Parks and Mr. Baggott would prefer to -- let me just ask

25   now and you can change your mind obviously, but if this

1   becomes a plea on the 17th, will both defendants be
2   interested in doing their pleas remotely, if we continue to
3   have authorization to do remote pleas?
4            MR. SHABAZZ:  Your Honor, on behalf of
5   Mr. Baggott, we would request to do remotely if that is
6   still an available option.
7            THE COURT:  Okay.
8            MR. MACHADO:  Likewise for Mr. Parks.
9            THE COURT:  Okay.
10           You know, it's -- I think we right now have
11  authority through November the 23rd, and I know the Chief
12  Judge is considering the extension of that authority.
13           So just stay tuned, but everybody just be mindful
14  of that as we approach the next date.  And if it is going to
15  be a plea date, then we'll have to be mindful of the way
16  they need to appear.
17           MR. SHABAZZ:  Yes, Your Honor.
18           THE COURT:  Okay?
19           And I assume that if this is just a
20  straightforward status, we'll just do it as a remote
21  hearing.  And unless I hear from counsel, we'll proceed as a
22  remote hearing, okay?
23           MR. SHABAZZ:  Yes, Your Honor.
24           THE COURT:  All right.  Thank you, everyone.
25           (Proceedings concluded at 12:03 p.m.)

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__January 5, 2024_____     
_____

                           William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [2]** 3/2 6/13
**MR. MACHADO: [5]** 5/6 9/8 9/21 10/2 11/8
**MR. SHABAZZ: [13]**
**MS. KEARNEY: [6]** 3/19 4/9 4/19 4/24 9/5 10/6
**THE COURT: [22]**

**0**

**0840 [1]** 2/4

**1**

**10007 [1]** 1/14
**11:48 [1]** 1/6
**12:03 [1]** 11/25
**15th [1]** 10/12
**17th [6]** 10/1 10/4 10/8 10/13 10/22 11/1

**2**

**200 [1]** 2/7
**20001 [3]** 1/18 2/4 2/13
**202 [2]** 1/18 2/13
**2021 [1]** 1/5
**2024 [1]** 12/7
**21-411 [2]** 1/4 3/3
**212 [1]** 1/15
**2260 [1]** 1/15
**23rd [1]** 11/11
**252-6629 [1]** 1/18
**2:30 [1]** 10/8

**3**

**30 [1]** 5/13
**310 [1]** 2/3
**3249 [1]** 2/13
**333 [1]** 2/12
**354-3249 [1]** 2/13
**37203 [1]** 2/8

**4**

**411 [2]** 1/4 3/3
**45 [1]** 5/13

**5**

**503 [1]** 2/3
**5047 [1]** 2/8

**6**

**601 [1]** 1/17
**615 [1]** 2/8
**637-2260 [1]** 1/15
**6629 [1]** 1/18
**6th [1]** 4/6

**7**

**703 [1]** 2/4
**736-5047 [1]** 2/8

**8**

**810 [1]** 2/7

**9**

**989-0840 [1]** 2/4

**A**

**a.m [1]** 1/6
**able [1]** 4/13
**about [6]** 3/22 4/10 4/25 5/4 7/12 10/8
**above [1]** 12/4
**above-titled [1]** 12/4
**access [1]** 10/18
**additional [1]** 5/19
**address [1]** 9/11
**after [1]** 5/16
**agree [2]** 5/24 6/23
**aided [1]** 2/15
**AL [1]** 1/6
**all [5]** 6/4 8/20 10/1 10/7 11/24
**All right [2]** 6/4 10/7
**allow [1]** 10/16
**alluded [1]** 4/3
**also [1]** 6/20
**am [3]** 9/13 10/2 10/3
**AMERICA [2]** 1/3 3/4
**AMIT [1]** 1/10
**Andrew's [1]** 1/14
**another [1]** 6/23
**any [6]** 4/2 4/13 7/4 7/10 9/17 10/19
**anything [2]** 9/4 9/15
**apologies [1]** 6/17
**appear [1]** 11/16
**APPEARANCES [2]** 1/12 1/20
**appearing [1]** 3/9
**approach [1]** 11/14
**appropriate [1]** 6/24
**are [9]** 3/9 4/9 5/21 7/4 7/12 7/20 9/6 9/7 10/1
**area [1]** 3/23
**arising [1]** 4/5
**as [13]**
**ask [2]** 7/2 10/24
**asked [2]** 5/13 8/23
**assume [1]** 11/19
**attorneys [1]** 7/13
**authority [2]** 11/11 11/12
**authorization [1]** 11/3
**available [3]** 10/1 10/3 11/6
**Avenue [1]** 2/12
**awaiting [1]** 10/19

**B**

**back [2]** 3/15 8/11
**Baggott [7]** 2/6 3/5 3/8 3/13 7/11 10/24 11/5
**Barrett [1]** 2/12
**be [14]**
**because [3]** 4/20 8/12 9/13
**becomes [1]** 11/1
**been [6]** 4/18 5/7 5/8 5/25 6/18 8/10
**before [2]** 1/10 9/25
**behalf [2]** 10/2 11/4
**being [2]** 7/21 8/23
**believe [3]** 3/24 4/7 6/24
**Benet [1]** 1/13
**benet.kearney [1]** 1/15
**better [2]** 6/15 6/16
**body [1]** 3/22
**body-worn [1]** 3/22
**both [6]** 3/9 3/13 3/21 4/13 10/23 11/1
**brief [1]** 3/20
**Broadway [1]** 2/7
**bucket [1]** 4/7
**buckets [1]** 4/4
**Building [1]** 3/23
**bump [1]** 5/11

**C**

**camera [1]** 3/22
**can [9]** 4/22 4/25 5/13 6/9 7/21 8/21 9/18 9/19 10/25
**can't [1]** 4/22
**Capitol [1]** 3/23
**case [4]** 3/3 4/11 7/12 7/22
**cases [1]** 4/5
**caveat [1]** 4/1
**certain [1]** 4/12
**Certified [1]** 2/11
**certify [1]** 12/2
**CH [1]** 2/12
**chambers [1]** 10/11
**change [1]** 10/25
**Chief [1]** 11/11
**clarification [2]** 7/1 8/14
**clarify [3]** 7/14 7/21 9/4
**clarifying [1]** 9/1
**client [6]** 5/14 6/5 6/22 7/3 8/10 8/11
**COLUMBIA [1]** 1/1
**commenting [1]** 9/12
**complete [2]** 4/1 4/7
**computer [1]** 2/15
**computer-aided [1]** 2/15
**concern [1]** 8/7
**concerned [1]** 5/9
**concluded [1]** 11/25
**condition [11]** 7/3 7/5 7/23 8/1 8/12 8/22 8/24 9/3 9/14 9/15 9/20
**conditions [4]** 7/7 7/18 9/6 9/6
**conference [2]** 1/9 3/15
**confirm [2]** 9/5 10/23
**connection [1]** 6/8
**consider [1]** 10/19
**considering [1]** 11/12
**Constitution [1]** 2/12
**contact [4]** 7/4 7/11 9/18 10/11
**contain [1]** 7/7
**continue [3]** 4/10 10/17 11/2
**continued [2]** 2/1 10/9
**contours [1]** 4/21
**controversial [1]** 5/20
**conversation [1]** 5/25
**conversations [1]** 4/10
**convert [1]** 10/10
**correct [2]** 7/25 12/3
**could [1]** 8/12
**counsel [8]** 3/11 3/21 4/12 4/14 5/4 10/21 10/23 11/21
**course [1]** 4/1
**court [12]** 1/1 2/10 2/11 5/15 5/16 5/18 6/9 7/2 7/14 7/17 9/11 9/12
**courtesy [1]** 8/16
**CR [1]** 1/4
**Criminal [1]** 3/3
**CRR [2]** 12/2 12/8

**D**

**D.C [8]** 1/5 1/18 2/4 2/13 7/7 8/1 8/13 9/6
**date [5]** 9/23 10/9 11/14 11/15 12/7
**days [1]** 5/13
**December [5]** 5/15 6/24 10/1 10/8 10/22
**decided [1]** 9/10
**defendant [5]** 2/2 2/6 3/7 3/8 10/14
**defendants [7]** 1/7 3/9 3/24 3/25 4/5 10/16 11/1
**DEFENDER [1]** 2/6
**defense [1]** 5/3
**did [2]** 5/9 6/1
**directly [1]** 9/11
**discover [1]** 4/2
**discovery [11]** 3/21 3/25 4/4 4/7 4/15 5/9 5/10 6/2 6/21 10/17 10/18
**discuss [2]** 5/20 10/20
**discussions [3]** 4/10 4/25 6/19
**district [4]** 1/1 1/1 1/10 8/16
**do [11]** 3/16 3/16 5/15 6/23 7/1 7/7 8/16 8/21 11/3 11/5 11/20
**does [2]** 8/18 10/5
**doesn't [1]** 9/13
**doing [1]** 11/2
**DOJ [1]** 1/13
**DOJ-USAO [1]** 1/13
**don't [8]** 5/3 6/10 9/2 9/3 9/15 9/23 9/24 9/24
**doubt [1]** 9/17
**down [1]** 10/9
**drafted [1]** 7/15
**dumaka [3]** 2/6 2/9 3/8

**E**

**earlier [1]** 4/3
**early [1]** 6/24
**effectively [1]** 9/7
**either [2]** 6/23 8/18
**email [5]** 1/15 1/19 2/5 2/9 6/14
**engage [1]** 4/10
**enter [1]** 8/21
**even [1]** 9/1
**event [1]** 4/13
**events [1]** 4/6
**everybody [1]** 11/13
**everyone [2]** 3/12 11/24
**exclude [1]** 10/13
**excluded [1]** 10/22
**exclusion [1]** 10/16
**exist [1]** 9/13
**expect [1]** 4/12
**extended [1]** 4/18
**extension [1]** 11/12

**F**

**far [1]** 5/8
**fd.org [1]** 2/9
**FEDERAL [1]** 2/6
**file [2]** 7/15 9/11
**fine [2]** 5/6 10/6
**first [2]** 4/6 5/5
**folks [2]** 7/20 9/17
**foregoing [1]** 12/3
**formal [1]** 4/17
**four [1]** 3/22
**friends [1]** 8/10

**G**

**get [4]** 4/13 7/16 10/11 10/17
**gmail.com [1]** 2/5
**go [1]** 5/5
**going [2]** 6/6 11/14
**good [6]** 3/2 3/11 3/13 3/19 5/8 6/8
**good morning [2]** 3/11 3/13
**government [10]** 1/13 3/6 4/22 5/25 6/1 6/3 6/19 7/10 8/18 10/6
**guess [2]** 8/6 8/21
**guidance [1]** 7/16

**H**

**had [1]** 5/7
**has [3]** 5/25 7/3 8/7
**have [21]**
**having [1]** 7/11
**he [1]** 7/4
**hear [2]** 6/10 11/21
**hearing [5]** 3/10 6/9 10/10 11/21 11/22
**help [1]** 6/11
**helpful [1]** 10/12
**here [1]** 9/19
**high [1]** 8/11
**him [2]** 6/13 8/15
**holidays [3]** 5/12 5/16 9/25
**Honor [18]**
**HONORABLE [1]** 1/10
**how [3]** 3/16 5/3 10/8
**Hutton [1]** 1/16

**I**

**I am [2]** 10/2 10/3
**I assume [1]** 11/19
**I believe [2]** 3/24 6/24

**I**
**I can [3]** 5/13 6/9 8/21
**I don't [3]** 9/2 9/3 9/15
**I guess [2]** 8/6 8/21
**I have [3]** 4/12 7/15 9/15
**I just [1]** 8/13
**I know [1]** 11/11
**I mean [3]** 5/12 8/6 8/22
**I think [6]** 4/9 4/13 4/25 5/11 5/12 11/10
**I'd [1]** 9/8
**I'll [4]** 6/2 6/13 9/5 10/13
**I'm [5]** 4/17 6/6 8/23 8/23 8/25
**I'm just [1]** 8/25
**I'm not [1]** 8/23
**I've [1]** 7/9
**ideally [1]** 10/12
**importantly [1]** 10/19
**individualized [2]** 3/25 4/4
**insisting [1]** 7/21
**intention [1]** 10/10
**interested [1]** 11/2
**interests [2]** 10/14 10/14
**interrupt [2]** 4/17 6/6
**is [29]**
**Is that [1]** 8/8
**is that right [1]** 7/24
**is there [1]** 8/7
**issue [5]** 5/19 7/16 7/19 9/10 9/12
**it [8]** 6/2 6/22 7/15 8/3 8/12 9/11 11/14 11/20
**it's [12]** 7/18 7/19 7/23 7/23 8/1 8/23 9/3 9/4 9/14 9/15 9/19 11/10
**It's not [1]** 8/1

**J**
**January [3]** 4/6 6/24 12/7
**January 6th [1]** 4/6
**John [3]** 2/2 2/2 3/7
**johnlmachado [1]** 2/5
**joining [1]** 9/8
**joint [1]** 9/9
**Joseph [1]** 1/16
**joseph.hutton.marshal l [1]** 1/19
**JUDGE [2]** 1/10 11/12
**just [15]**
**justice [1]** 10/14

**K**
**Kearney [5]** 1/13 3/6 3/18 5/7 10/5
**kind [2]** 4/3 7/5
**know [5]** 5/18 9/19 10/11 11/10 11/11

**L**
**larger [1]** 10/18
**LAW [1]** 2/2

**last [1]** needs [1] 7/1
**let [4]** 5/18 9/19 10/11 10/24
**light [1]** 4/21
**like [1]** 5/5
**Likewise [1]** 11/8
**long [1]** 7/11
**looking [1]** 6/1
**lost [1]** 6/12

**M**
**Machado [5]** 2/2 2/2 3/7 5/5 7/2
**Marshall [1]** 1/16
**materials [1]** 4/2
**matter [2]** 10/20 12/4
**Matthew [1]** 3/5
**Matthew Baggott [1]** 3/5
**may [2]** 4/12 7/15
**maybe [1]** 6/11
**me [1]** 10/24
**mean [7]** 5/12 7/20 8/6 8/22 9/2 9/3 9/14
**mechanical [1]** 2/15
**meet [1]** 6/22
**MEHTA [1]** 1/10
**men [1]** 8/10
**Merit [1]** 2/10
**met [1]** 4/12
**mid [2]** 5/15 6/23
**mind [1]** 10/25
**mindful [2]** 11/13 11/15
**minds [1]** 9/17
**Minute [1]** 8/21
**modification [2]** 8/17 9/1
**modify [3]** 8/12 8/23 9/16
**morning [6]** 3/2 3/11 3/13 3/19 6/2 6/21
**most [2]** 4/14 5/9
**mostly [1]** 5/20
**motion [3]** 7/15 9/9 9/12
**Mr. [16]**
**Mr. Baggott [4]** 3/13 7/11 10/24 11/5
**Mr. Machado [2]** 5/5 7/2
**Mr. Parks [6]** 3/13 7/4 7/11 10/2 10/24 11/8
**Mr. Shabazz [4]** 5/23 6/4 6/6 9/9
**Ms. [3]** 3/18 5/7 10/5
**Ms. Kearney [3]** 3/18 5/7 10/5
**much [1]** 5/3
**my [9]** 5/14 6/5 6/17 6/21 6/22 7/3 8/10 8/11 9/5

**N**
**Nashville [1]** 2/8
**necessary [1]** 9/4
**need [4]** 4/14 5/11 7/15 11/16

**Neither [1]** 7/10
**new [4]** 1/14 4/2 6/2 6/20
**next [3]** 5/4 9/23 11/14
**no [4]** 1/4 3/3 5/17 8/9
**non [1]** 5/20
**non-controversial [1]** 5/20
**not [21]**
**November [2]** 1/5 11/11
**now [5]** 4/24 6/12 7/24 10/25 11/10
**NW [3]** 1/17 2/3 2/12
**NY [1]** 1/14

**O**
**objection [2]** 5/17 7/10
**obviously [1]** 10/25
**offer [1]** 4/22
**offers [1]** 4/18
**office [2]** 2/2 6/21
**officer [1]** 8/7
**officers [1]** 3/22
**Official [1]** 2/11
**okay [14]**
**once [1]** 6/20
**one [6]** 1/14 4/4 5/18 7/15 8/12 8/13
**opportunities [1]** 10/19
**option [1]** 11/6
**order [2]** 8/21 9/12
**our [1]** 7/18
**out [3]** 4/5 8/11 9/7
**outside [1]** 7/12
**outweigh [1]** 10/14

**P**
**p.m [1]** 11/25
**paperwork [1]** 10/11
**PARKS [10]** 1/6 2/2 3/4 3/7 3/13 7/4 7/11 10/2 10/24 11/8
**parties [1]** 3/16
**people [1]** 9/18
**Plaintiff [1]** 1/4
**plan [1]** 6/22
**Plaza [1]** 1/14
**plea [4]** 4/18 10/10 11/1 11/15
**pleas [2]** 11/2 11/3
**please [1]** 10/10
**point [1]** 7/1
**positioned [1]** 4/10
**potential [1]** 10/20
**prefer [1]** 10/24
**presence [1]** 7/12
**pretrial [5]** 4/11 8/7 9/18 9/19 10/20
**Prettyman [1]** 2/12
**prior [1]** 4/3
**probably [1]** 5/12
**Probation [2]** 7/9 8/15
**problem [1]** 8/17
**proceed [2]** 3/17 11/21
**proceedings [5]** 1/9

**process [1]** 4/18
**processing [1]** 6/22
**produce [1]** 4/2
**produced [3]** 2/15 3/21 4/24
**production [2]** 3/24 3/25
**productive [2]** 4/25 5/8
**prompting [1]** 8/8
**promptly [1]** 4/2
**provide [1]** 3/20
**public [2]** 2/6 10/15

**Q**
**question [1]** 8/6

**R**
**raised [1]** 8/7
**ran [1]** 9/10
**rather [1]** 9/11
**reached [1]** 8/11
**Realtime [1]** 2/11
**reasons [1]** 10/21
**receive [2]** 5/9 6/1
**received [2]** 6/20 10/17
**recent [2]** 4/15 5/9
**record [1]** 12/3
**recorded [1]** 2/15
**referenced [1]** 7/2
**regard [1]** 5/19
**Registered [1]** 2/10
**release [8]** 5/19 7/3 7/5 7/7 7/19 7/24 8/22 9/20
**remote [3]** 11/3 11/20 11/22
**remotely [2]** 11/2 11/5
**reporter [5]** 2/10 2/10 2/11 2/11 6/9
**request [1]** 11/5
**required [1]** 7/22
**reset [1]** 6/11
**resolution [3]** 6/1 6/25 10/21
**resolutions [1]** 4/11
**resolve [1]** 10/20
**respect [2]** 3/20 4/6
**review [4]** 4/14 5/13 6/2 10/17
**right [7]** 6/4 7/24 7/24 8/20 10/7 11/10 11/24
**RMR [2]** 12/2 12/8
**ruling [1]** 9/13

**S**
**safe [1]** 9/24
**Saint [1]** 1/14
**saying [2]** 6/10 9/12
**says [1]** 8/22
**school [1]** 8/11
**see [2]** 6/9 8/11
**seek [1]** 8/12
**send [1]** 6/13
**sent [1]** 6/21
**Services [2]** 9/18 9/19
**set [5]** 3/21 4/15 9/6 9/23 10/8
**shabazz [7]** 2/6 2/9 3/8

5/23 6/4 6/6 9/9
**she's [2]** 5/7 5/8
**sheds [1]** 4/21
**side [1]** 9/24
**similarly [1]** 8/17
**since [1]** 8/11
**slowly [1]** 5/11
**so [12]** 4/9 4/24 5/3 5/13 5/15 6/8 6/10 7/14 7/16 9/2 10/21 11/13
**So I think [1]** 5/15
**some [3]** 4/21 4/25 7/16
**something [1]** 9/25
**sorry [1]** 4/17
**speaking [1]** 7/12
**specifically [1]** 10/15
**speedy [1]** 10/15
**spoke [1]** 8/15
**spoken [1]** 7/9
**squeeze [1]** 9/25
**stand [1]** 3/16
**standard [2]** 7/5 8/3
**starting [1]** 5/11
**state [1]** 6/18
**STATES [4]** 1/1 1/3 1/10 3/4
**stating [1]** 7/4
**status [5]** 1/9 3/15 6/23 10/9 11/20
**stay [1]** 11/13
**stenography [1]** 2/15
**steps [1]** 5/4
**STEWART [2]** 1/6 3/4
**still [2]** 10/18 11/6
**straightforward [1]** 11/20
**straining [1]** 6/10
**Street [2]** 1/17 2/3
**subject [1]** 4/1
**Suite [2]** 2/3 2/7
**supervising [1]** 8/15
**supervision [1]** 8/16
**sure [2]** 4/23 8/23

**T**
**talk [1]** 5/4
**Tennessee [7]** 7/3 7/6 7/20 8/4 8/13 9/7 9/18
**than [1]** 9/11
**thank [5]** 5/7 6/17 9/21 9/22 11/24
**Thank you [1]** 9/22
**that [47]**
**that'll [3]** 5/20 6/11 10/12
**that's [8]** 4/16 4/20 5/6 5/20 7/21 7/25 8/25 10/6
**their [4]** 7/13 9/20 10/21 11/2
**them [3]** 4/2 7/10 9/19
**then [5]** 4/5 5/4 7/19 7/21 11/15
**there [5]** 4/13 5/18 8/7 9/1 10/9
**there's [1]** 9/17
**these [2]** 3/25 8/10

**T**

**they [6]**  4/19 7/11 8/16 8/22 9/18 11/16
**they've [1]**  10/17
**things [2]**  3/16 5/13
**think [10]**  4/9 4/13 4/25 5/11 5/12 5/15 9/2 9/3 9/15 11/10
**this [14]**
**This is [1]**  3/3
**those [3]**  4/20 4/25 10/21
**through [3]**  10/13 10/22 11/11
**time [4]**  6/25 10/13 10/16 10/21
**titled [1]**  12/4
**TN [1]**  2/8
**together [1]**  9/10
**track [1]**  6/25
**transcript [3]**  1/9 2/15 12/3
**transcription [1]**  2/15
**trial [1]**  10/15
**try [1]**  9/25
**tuned [1]**  11/13
**turn [1]**  5/3
**two [3]**  4/4 4/5 8/10

**U**

**U.S [2]**  7/9 8/15
**understanding [1]**  9/5
**UNITED [4]**  1/1 1/3 1/10 3/4
**United States of [1]**  3/4
**unless [5]**  7/20 7/23 9/3 9/4 11/21
**until [1]**  5/16
**update [1]**  3/20
**us [2]**  10/11 10/11
**USAO [2]**  1/13 1/17
**usdoj.gov [2]**  1/15 1/20

**V**

**versus [1]**  3/4
**very [4]**  4/14 5/8 6/8 6/9
**via [2]**  1/9 3/9
**videoconference [1]**  3/9
**videos [3]**  3/22 3/22 4/21
**volume [1]**  10/18
**vs [1]**  1/5

**W**

**wait [1]**  5/16
**want [2]**  5/19 7/1
**wanted [3]**  7/14 7/16 8/13
**wants [2]**  5/15 5/16
**warranted [1]**  10/16
**was [2]**  6/21 8/12
**Washington [4]**  1/5 1/18 2/4 2/13
**way [1]**  11/15

**we [21]**
**we will [1]**  6/25
**we'll [6]**  4/2 5/4 10/8 11/15 11/20 11/21
**we're [3]**  3/15 5/11 6/8
**we've [3]**  4/24 5/7 6/12
**well [10]**  4/10 5/3 5/17 6/9 7/9 7/18 8/6 8/20 8/25 9/24
**well-positioned [1]**  4/10
**were [3]**  3/23 3/24 9/9
**what [7]**  4/20 4/21 6/10 7/2 8/21 8/23 9/13
**what's [1]**  8/8
**when [2]**  9/6 9/10
**where [3]**  3/16 3/23 5/21
**who [2]**  3/22 5/5
**whole [1]**  4/6
**why [5]**  5/3 6/10 9/23 9/24 9/24
**Why don't [1]**  9/24
**will [4]**  4/14 6/25 10/22 11/1
**William [3]**  2/10 12/2 12/8
**wiped [1]**  9/7
**wish [1]**  3/16
**work [1]**  10/5
**working [1]**  9/9
**worn [1]**  3/22
**would [8]**  5/5 5/12 5/17 6/18 6/24 7/6 10/24 11/5

**Y**

**Yeah [2]**  9/2 9/14
**yes [7]**  5/6 5/24 6/16 10/3 10/6 11/17 11/23
**yesterday [1]**  3/21
**York [1]**  1/14
**you [14]**
**you're [2]**  4/18 6/10
**young [1]**  8/10
**your [20]**
**Your Honor [16]**

**Z**

**Zaremba [3]**  2/10 12/2 12/8
**ZOOM [1]**  1/9