IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CR No. 21-411-1
) Washington, D.C.
vs. ) May 31, 2022
) 10:21 a.m.
STEWART PARKS, )
)
Defendant. )
___________________________________)

TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Benet Kearney
DOJ-USAO
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2260
Email: benet.kearney@usdoj.gov

Joseph Hutton Marshall
USAO
601 D Street NW
Washington, D.C. 20001
(202) 252-6629
Email:
joseph.hutton.marshall
@usdoj.gov

For the Defendant: John L. Machado
LAW OFFICE OF JOHN MACHADO
503 D Street, NW
Suite 310
Washington, D.C. 20001
(703) 989-0840
Email: johnlmachado@gmail.com

APPEARANCES CONTINUED:

Court Reporter:           William P. Zaremba
                          Registered Merit Reporter
                          Certified Realtime Reporter
                          Official Court Reporter
                          E. Barrett Prettyman CH
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          (202) 354-3249


Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY: Good morning, Judge. This is Criminal Case No. 21-411-1, the United States of America versus Stewart Parks.

Benet Kearney for the government.

John Machado for the defense.

The defendant is appearing via videoconference for this hearing.

THE COURT: Okay, good morning, everyone.

Good morning, Mr. Parks. Can you hear me okay, sir?

Mr. Parks, can you hear me?

THE DEFENDANT: Oh, good morning, sir.

THE COURT: Okay.

All right. So we're back for a status conference in this matter. Where do we stand?

MS. KEARNEY: Good morning, Your Honor.

I guess two updates; one is, although we continue to provide discovery in the larger January 6th cases, discovery with respect to this particular matter is substantially complete.

You know, I have continued to identify video footage of which the defendant is depicted and draw that to Mr. Machado's attention, but those materials have already been produced and we're merely working on highlighting

certain files among them.

The second update is, on April 12th, the government extended a plea offer to Mr. Parks. That offer has since expired. And so I think, dependent on the Court's schedule, I think we should set a motions schedule and the trial date.

THE COURT: Okay.

Mr. Machado.

MR. MACHADO: Your Honor, the representations by Ms. Kearney are correct. A plea offer was extended; my client is rejecting it at this time.

That being said, it isn't necessarily the lines of communication are closed with regard to a plea, but at this time we are setting a trial date.

With regard to the date of the trial, and perhaps it's fortuitous that I have Your Honor on here, as the Court knows, I'm part of one of the Oath Keepers' cases, and I think we are the group that's in limbo that's not exactly sure when we're going to be going. So as long as it doesn't conflict with that, we can set a date around that, Your Honor.

THE COURT: That trial will now be going in February.

MR. MACHADO: That was the rumor, Your Honor.

THE COURT: Yeah, I know. I figured everybody

would understand that, given that I shifted all the trials back in the *Rhodes* matter.

MR. MACHADO: In that case, my availability -- I'm guessing we're setting something towards the end of the year or the beginning of next year, correct me if I am wrong, Your Honor. But I guess that would put me so that I would not be available for most of February, February 6th through, I guess, March 3rd.

MS. KEARNEY: I am more expendable than Mr. Machado, Your Honor, but I do have a trial in front of Judge Sullivan starting November 30th.

THE COURT: So if everything holds, I literally do not have an open trial date -- how long do you think this case will last?

MS. KEARNEY: There are a variety of factors, but I think conservatively a week, Your Honor, I don't think more than that, including jury selection, if necessary.

THE COURT: The earliest I can give you is April 10th.

MR. MACHADO: I'm sorry, the date again, Your Honor?

THE COURT: April 10th.

MS. KEARNEY: So be it.

THE COURT: So, look, I mean, you know, it's up -- I defer to you all, and particularly Mr. Machado and

Mr. Parks. If you want an earlier trial date, I can see if another judge can take this matter.

The reality is that these Oath Keepers' cases are taking up three months of my calendar plus, and it's very hard to get something in. And then I've got other cases in between. So if another judge would like to take this case --

MR. MACHADO: Your Honor, we understand.

And, frankly, Mr. Parks, his release conditions are very light.

And the Court has been generous when he's had to go out of town and even out of the country. So as long as the Court -- as long as Mr. Parks is compliant and the Court has no reason to change his conditions or adjust the way it's been proceeding, we have no problem setting it in April.

THE COURT: Okay.

And remind me again, I just haven't looked, is Mr. Parks -- what's the top charge?

MS. KEARNEY: It depends how you rank them, Your Honor. It's five misdemeanors; two violations of 18 United States Code 1752, two of 40 United States Code 5104, and an 18 U.S.C. 641.

THE COURT: They're all -- the max charge is a one year misdemeanor, right?

MS. KEARNEY: Correct.

MR. MACHADO: Yes.

And, Your Honor, just for the Court's scheduling, at this moment, we are asking for a jury trial but that may -- we may end up asking for a bench trial. We would let the Court know with a lot of time and anticipation if that's the way we plan to proceed.

THE COURT: Well, you know, look, if you do decide to do that, let me know, because it's a lot easier to fit in a bench trial than it is a jury trial. So I can find some time in the calendar that otherwise I couldn't commit to for purposes of a jury trial.

So, Mr. Machado, is that something you think you can come to a conclusion on sooner rather than later so we can have a more definitive sense of scheduling?

MR. MACHADO: I think so.

It's just that -- I think in the next month or two, if that's enough time, we could let the Court know before -- let's say by July 31st.

THE COURT: Well, I'd rather know sooner than that --

MR. MACHADO: Okay.

THE COURT: -- if for no other reason than I can at least take a closer look at the calendar.

I mean, I suppose we could set something up in

April and ask you to let me know in 30 days. And if in 30 days you tell me you want a bench trial, then we can probably find some time sooner than April to get that squeezed in, because I assume that a bench trial would probably just take two or three days, again, depending upon the length of the defense case, of course.

MS. KEARNEY: I think that's an accurate estimate, Your Honor. Perhaps less, but, again, dependent upon the cross in the defense case.

MR. MACHADO: We can let the Court know in 30 days, Your Honor.

THE COURT: All right.

Well, let's do this. Why don't we just come back on June 30th.

Mr. Machado, you're already with me on that date at 4:00 p.m. so at 3:30.

Does that work for everybody?

MR. MACHADO: That's fine, Your Honor.

THE COURT: All right.

MS. KEARNEY: Yes, that's fine.

THE COURT: So let's set that down.

I guess the question is, I just don't get these very often. Do the rules require -- I think the rules require the government's consent to a bench trial.

MS. KEARNEY: They do, Your Honor.

I will discuss with my supervisors immediately after this conference whether we would be prepared to consent, and advise -- if we would not, I think then there's no need to have the status conference and we'll advise the Court. If we would, we'll also let the Court know.

THE COURT: Let me just check one more thing.

Yeah, I can do the 10th. I just wanted to check when the spring break is if I carve out a little time.

All right. So why don't we just set down the 10th through the 14th for now and then we'll come back in 30 days and see where we are on that front.

And in the interim, I'll see what I can do in terms of finding some time on the calendar if we do go in that direction.

Mr. Machado, is Mr. Parks prepared to toll through the 30th?

MR. MACHADO: Yes, he is, Your Honor.

THE COURT: So I'll exclude time through the 30th, as the interests of justice outweigh the interests of the public and the defendant in a speedy trial. And specifically, the exclusion of time for 30 days is warranted to allow counsel and his client to consider whether to proceed by bench trial, in which case the case could actually be accelerated, and so the public and the defendant benefit by exclusion of that time to get in an earlier trial

date.

So is there anything else we need to discuss before we adjourn?

MR. MACHADO: No, Your Honor.

MS. KEARNEY: Nothing from the government.

MR. MACHADO: Nothing from the defense.

THE COURT: Thank you, all. We'll see you all in 30 days.

(Proceedings concluded at 10:32 a.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 6, 2024______ ______________________________

William P. Zaremba, RMR, CRR

COURTROOM DEPUTY: [1] 3/2
MR. MACHADO: [13]
MS. KEARNEY: [10] 3/17 5/9 5/15 5/23 6/20 7/1 8/7 8/20 8/25 10/5
THE COURT: [20]
THE DEFENDANT: [1] 3/13

**0**

0840 [1] 1/23

**1**

10007 [1] 1/14
10:21 [1] 1/6
10:32 [1] 10/9
10th [4] 5/19 5/22 9/7 9/9
12th [1] 4/2
14th [1] 9/10
1752 [1] 6/22
18 U.S.C [1] 6/23
18 United States [1] 6/22

**2**

20001 [3] 1/18 1/23 2/5
202 [2] 1/18 2/5
2022 [1] 1/5
2024 [1] 11/7
21-411-1 [2] 1/4 3/3
212 [1] 1/15
2260 [1] 1/15
252-6629 [1] 1/18

**3**

30 days [6] 8/1 8/2 8/11 9/10 9/21 10/8
30th [4] 5/11 8/14 9/16 9/18
31 [1] 1/5
310 [1] 1/22
31st [1] 7/19
3249 [1] 2/5
333 [1] 2/4
354-3249 [1] 2/5
3:30 [1] 8/16
3rd [1] 5/8

**4**

40 [1] 6/22
4:00 [1] 8/16

**5**

503 [1] 1/22
5104 [1] 6/23

**6**

601 [1] 1/17
637-2260 [1] 1/15
641 [1] 6/23
6629 [1] 1/18
6th [2] 3/19 5/7

**7**

703 [1] 1/23

**9**

989-0840 [1] 1/23

**A**

a.m [2] 1/6 10/9
above [1] 11/4
above-titled [1] 11/4
accelerated [1] 9/24
accurate [1] 8/7
actually [1] 9/24
adjourn [1] 10/3
adjust [1] 6/14
advise [2] 9/3 9/4
after [1] 9/2
again [4] 5/20 6/18 8/5 8/8
aided [1] 2/7
all [9] 3/15 5/1 5/25 6/24 8/12 8/19 9/9 10/7 10/7
allow [1] 9/22
already [2] 3/24 8/15
also [1] 9/5
although [1] 3/18
am [2] 5/5 5/9
AMERICA [2] 1/3 3/3
AMIT [1] 1/10
among [1] 4/1
Andrew's [1] 1/14
another [2] 6/2 6/6
anticipation [1] 7/6
anything [1] 10/2
APPEARANCES [2] 1/12 1/25
appearing [1] 3/7
April [6] 4/2 5/19 5/22 6/16 8/1 8/3
April 10th [1] 5/19
are [9] 4/10 4/13 4/14 4/18 5/15 6/3 6/10 7/4 9/11
around [1] 4/20
as [8] 4/16 4/19 4/19 6/12 6/12 6/13 6/13 9/19
ask [1] 8/1
asking [2] 7/4 7/5
assume [1] 8/4
attention [1] 3/24
availability [1] 5/3
available [1] 5/7
Avenue [1] 2/4

**B**

back [4] 3/15 5/2 8/13 9/10
Barrett [1] 2/4
be [6] 4/19 4/22 5/7 5/23 9/2 9/24
because [2] 7/9 8/4
been [3] 3/25 6/11 6/15
before [3] 1/10 7/19 10/3
beginning [1] 5/5
being [1] 4/12
bench [6] 7/5 7/10 8/2 8/4 8/24 9/23
benefit [1] 9/25
Benet [2] 1/13 3/5
benet.kearney [1] 1/15
between [1] 6/6
break [1] 9/8

**C**

calendar [4] 6/4 7/11 7/24 9/13
can [14]
carve [1] 9/8
case [8] 3/3 5/3 5/14 6/7 8/6 8/9 9/23 9/23
cases [4] 3/19 4/17 6/3 6/5
certain [1] 4/1
Certified [1] 2/3
certify [1] 11/2
CH [1] 2/4
change [1] 6/14
charge [2] 6/19 6/24
check [2] 9/6 9/7
client [2] 4/11 9/22
closed [1] 4/13
closer [1] 7/24
Code [2] 6/22 6/22
COLUMBIA [1] 1/1
come [3] 7/14 8/13 9/10
commit [1] 7/11
communication [1] 4/13
complete [1] 3/21
compliant [1] 6/13
computer [1] 2/7
computer-aided [1] 2/7
concluded [1] 10/9
conclusion [1] 7/14
conditions [2] 6/9 6/14
conference [4] 1/9 3/15 9/2 9/4
conflict [1] 4/20
consent [2] 8/24 9/3
conservatively [1] 5/16
consider [1] 9/22
Constitution [1] 2/4
continue [1] 3/18
continued [2] 2/1 3/22
correct [4] 4/10 5/5 7/1 11/3
could [3] 7/18 7/25 9/23
couldn't [1] 7/11
counsel [1] 9/22
country [1] 6/12
course [1] 8/6
COURT [12]
Court's [2] 4/4 7/3
CR [1] 1/4
Criminal [1] 3/3
cross [1] 8/9
CRR [2] 11/2 11/8

**D**

D.C [4] 1/5 1/18 1/23 2/5
date [10] 4/6 4/14 4/15 4/20 5/13 5/20 6/1 8/15 10/1 11/7
days [7] 8/1 8/2 8/5 8/11 9/10 9/21 10/8
decide [1] 7/8
defendant [6] 1/7 1/21 3/7 3/23 9/20 9/24
defense [4] 3/6 8/6 8/9 10/6
defer [1] 5/25
definitive [1] 7/15
dependent [2] 4/4 8/8
depending [1] 8/5
depends [1] 6/20
depicted [1] 3/23
direction [1] 9/14
discovery [2] 3/19 3/20
discuss [2] 9/1 10/2
DISTRICT [3] 1/1 1/1 1/10
do [12]
Does [1] 8/17
doesn't [1] 4/19
DOJ [1] 1/13
DOJ-USAO [1] 1/13
don't [4] 5/16 8/13 8/22 9/9
down [2] 8/21 9/9
draw [1] 3/23

**E**

earlier [2] 6/1 9/25
earliest [1] 5/18
easier [1] 7/9
else [1] 10/2
Email [3] 1/15 1/19 1/24
end [2] 5/4 7/5
enough [1] 7/18
estimate [1] 8/7
even [1] 6/12
everybody [2] 4/25 8/17
everyone [1] 3/9
everything [1] 5/12
exactly [1] 4/18
exclude [1] 9/18
exclusion [2] 9/21 9/25
expendable [1] 5/9
expired [1] 4/4
extended [2] 4/3 4/10

**F**

factors [1] 5/15
February [3] 4/23 5/7 5/7
figured [1] 4/25
files [1] 4/1
find [2] 7/10 8/3
finding [1] 9/13
fine [2] 8/18 8/20
fit [1] 7/9
five [1] 6/21
footage [1] 3/23
foregoing [1] 11/3
fortuitous [1] 4/16
frankly [1] 6/9
front [2] 5/10 9/11

**G**

generous [1] 6/11
get [4] 6/5 8/3 8/22 9/25
give [1] 5/18
given [1] 5/1
gmail.com [1] 1/24
go [2] 6/12 9/13
going [3] 4/19 4/19 4/22
good [5] 3/2 3/9 3/10 3/13 3/17
good morning [3] 3/9 3/10 3/13
got [1] 6/5
government [4] 1/13 3/5 4/3 10/5
government's [1] 8/24
group [1] 4/18
guess [4] 3/18 5/6 5/8 8/22
guessing [1] 5/4

**H**

had [1] 6/11
hard [1] 6/5
has [3] 4/4 6/11 6/14
have [8] 3/22 3/24 4/16 5/10 5/13 6/15 7/15 9/4
haven't [1] 6/18
he [1] 9/17
he's [1] 6/11
hear [2] 3/10 3/12
hearing [1] 3/8
here [1] 4/16
highlighting [1] 3/25
his [3] 6/9 6/14 9/22
holds [1] 5/12
Honor [18]
HONORABLE [1] 1/10
how [2] 5/13 6/20
Hutton [1] 1/16

**I**

I am [1] 5/9
I assume [1] 8/4
I can [6] 5/18 6/1 7/10 7/23 9/7 9/12
I couldn't [1] 7/11
I don't [1] 5/16
I guess [3] 3/18 5/6 5/8
I have [1] 3/22
I just [3] 6/18 8/22 9/7
I know [1] 4/25
I mean [2] 5/24 7/25
I think [7] 4/5 4/18 5/16 7/17 8/7 8/23 9/3
I will [1] 9/1
I'd [1] 7/20
I'll [2] 9/12 9/18
I'm [3] 4/17 5/4 5/20
I'm guessing [1] 5/4
I'm sorry [1] 5/20
I've [1] 6/5
identify [1] 3/22
immediately [1] 9/1
including [1] 5/17
interests [2] 9/19 9/19

## I

**interim [1]** 9/12
**is [21]**
**is Mr. Parks [1]** 6/19
**isn't [1]** 4/12
**it [7]** 4/11 4/12 4/19 5/23 6/15 6/20 7/10
**it's [7]** 4/16 5/24 6/4 6/15 6/21 7/9 7/17

## J

**January [2]** 3/19 11/7
**January 6th [1]** 3/19
**John [3]** 1/21 1/21 3/6
**johnlmachado [1]** 1/24
**Joseph [1]** 1/16
**joseph.hutton.marshall [1]** 1/19
**judge [5]** 1/10 3/2 5/11 6/2 6/6
**Judge Sullivan [1]** 5/11
**July [1]** 7/19
**June [1]** 8/14
**jury [4]** 5/17 7/4 7/10 7/12
**just [9]** 6/18 7/3 7/17 8/5 8/13 8/22 9/6 9/7 9/9
**justice [1]** 9/19

## K

**Kearney [3]** 1/13 3/5 4/10
**Keepers' [2]** 4/17 6/3
**know [11]** 3/22 4/25 5/24 7/6 7/8 7/9 7/18 7/20 8/1 8/10 9/5
**knows [1]** 4/17

## L

**larger [1]** 3/19
**last [1]** 5/14
**later [1]** 7/14
**LAW [1]** 1/21
**least [1]** 7/24
**length [1]** 8/6
**less [1]** 8/8
**let [7]** 7/5 7/9 7/18 8/1 8/10 9/5 9/6
**let's [3]** 7/19 8/13 8/21
**light [1]** 6/10
**like [1]** 6/6
**limbo [1]** 4/18
**lines [1]** 4/12
**literally [1]** 5/12
**little [1]** 9/8
**long [4]** 4/19 5/13 6/12 6/13
**look [3]** 5/24 7/8 7/24
**looked [1]** 6/18
**lot [2]** 7/6 7/9

## M

**Machado [9]** 1/21 1/21 3/6 4/8 5/10 5/25 7/13 8/15 9/15
**Machado's [1]** 3/24
**March [1]** 5/8
**Marshall [1]** 1/16
**materials [1]** 3/24
**matter [5]** 3/16 3/20 5/2 6/2 11/4
**max [1]** 6/24
**may [3]** 1/5 7/5 7/5
**me [10]** 3/10 3/12 5/5 5/6 6/18 7/9 8/1 8/2 8/15 9/6
**mean [2]** 5/24 7/25
**mechanical [1]** 2/7
**MEHTA [1]** 1/10
**merely [1]** 3/25
**Merit [1]** 2/2
**misdemeanor [1]** 6/25
**misdemeanors [1]** 6/21
**moment [1]** 7/4
**month [1]** 7/17
**months [1]** 6/4
**more [4]** 5/9 5/17 7/15 9/6
**morning [5]** 3/2 3/9 3/10 3/13 3/17
**most [1]** 5/7
**motions [1]** 4/5
**Mr. [15]**
**Mr. Machado [6]** 4/8 5/10 5/25 7/13 8/15 9/15
**Mr. Machado's [1]** 3/24
**Mr. Parks [7]** 3/10 3/12 4/3 6/1 6/9 6/13 9/15
**Ms. [1]** 4/10
**Ms. Kearney [1]** 4/10
**my [4]** 4/10 5/3 6/4 9/1

## N

**necessarily [1]** 4/12
**necessary [1]** 5/17
**need [2]** 9/4 10/2
**New [1]** 1/14
**next [2]** 5/5 7/17
**no [7]** 1/4 3/3 6/14 6/15 7/23 9/4 10/4
**not [4]** 4/18 5/7 5/13 9/3
**Nothing [2]** 10/5 10/6
**November [1]** 5/11
**now [2]** 4/22 9/10
**NW [3]** 1/17 1/22 2/4
**NY [1]** 1/14

## O

**Oath [2]** 4/17 6/3
**offer [3]** 4/3 4/3 4/10
**OFFICE [1]** 1/21
**Official [1]** 2/3
**often [1]** 8/23
**Oh [1]** 3/13
**okay [6]** 3/9 3/10 3/14 4/7 6/17 7/22
**one [5]** 1/14 3/18 4/17 6/24 9/6
**open [1]** 5/13
**other [2]** 6/5 7/23
**otherwise [1]** 7/11
**out [3]** 6/12 6/12 9/8
**outweigh [1]** 9/19

## P

**p.m [1]** 8/16
**PARKS [10]** 1/6 3/4 3/10 3/12 4/3 6/1 6/9 6/13 6/19 9/15
**part [1]** 4/17
**particular [1]** 3/20
**particularly [1]** 5/25
**perhaps [2]** 4/15 8/8
**Plaintiff [1]** 1/4
**plan [1]** 7/7
**Plaza [1]** 1/14
**plea [3]** 4/3 4/10 4/13
**plus [1]** 6/4
**prepared [2]** 9/2 9/15
**Prettyman [1]** 2/4
**probably [2]** 8/3 8/5
**problem [1]** 6/15
**proceed [2]** 7/7 9/23
**proceeding [1]** 6/15
**proceedings [4]** 1/9 2/7 10/9 11/4
**produced [2]** 2/7 3/25
**provide [1]** 3/19
**public [2]** 9/20 9/24
**purposes [1]** 7/12
**put [1]** 5/6

## Q

**question [1]** 8/22

## R

**rank [1]** 6/20
**rather [2]** 7/14 7/20
**reality [1]** 6/3
**Realtime [1]** 2/3
**reason [2]** 6/14 7/23
**record [1]** 11/3
**recorded [1]** 2/7
**regard [2]** 4/13 4/15
**Registered [1]** 2/2
**rejecting [1]** 4/11
**release [1]** 6/9
**remind [1]** 6/18
**Reporter [4]** 2/2 2/2 2/3 2/3
**representations [1]** 4/9
**require [2]** 8/23 8/24
**respect [1]** 3/20
**Rhodes [1]** 5/2
**right [5]** 3/15 6/25 8/12 8/19 9/9
**RMR [2]** 11/2 11/8
**rules [2]** 8/23 8/23
**rumor [1]** 4/24

## S

**said [1]** 4/12
**Saint [1]** 1/14
**say [1]** 7/19
**schedule [2]** 4/5 4/5
**scheduling [2]** 7/3 7/15
**second [1]** 4/2
**see [4]** 6/1 [illegible] 9/12 10/7
**selection [1]** 5/17
**sense [1]** 7/15
**set [5]** 4/5 4/20 7/25 8/21 9/9
**setting [3]** 4/14 5/4 6/15
**shifted [1]** 5/1
**should [1]** 4/5
**since [1]** 4/4
**sir [2]** 3/11 3/13
**so [19]**
**so I think [1]** 4/4
**some [3]** 7/10 8/3 9/13
**something [4]** 5/4 6/5 7/13 7/25
**sooner [3]** 7/14 7/20 8/3
**sorry [1]** 5/20
**specifically [1]** 9/21
**speedy [1]** 9/20
**spring [1]** 9/8
**squeezed [1]** 8/4
**stand [1]** 3/16
**starting [1]** 5/11
**STATES [6]** 1/1 1/3 1/10 3/3 6/22 6/22
**status [3]** 1/9 3/15 9/4
**stenography [1]** 2/7
**STEWART [2]** 1/6 3/4
**Street [2]** 1/17 1/22
**substantially [1]** 3/21
**Suite [1]** 1/22
**Sullivan [1]** 5/11
**supervisors [1]** 9/1
**suppose [1]** 7/25
**sure [1]** 4/19

## T

**take [4]** 6/2 6/6 7/24 8/5
**taking [1]** 6/4
**tell [1]** 8/2
**terms [1]** 9/13
**than [7]** 5/9 5/17 7/10 7/14 7/20 7/23 8/3
**Thank [1]** 10/7
**Thank you [1]** 10/7
**that [30]**
**that's [7]** 4/18 4/18 7/6 7/18 8/7 8/18 8/20
**them [2]** 4/1 6/20
**then [4]** 6/5 8/2 9/3 9/10
**there [2]** 5/15 10/2
**there's [1]** 9/3
**these [2]** 6/3 8/22
**They [1]** 8/25
**They're [1]** 6/24
**thing [1]** 9/6
**think [12]**
**this [12]**
**This is [1]** 3/2
**those [1]** 3/24
**three [2]** 6/4 8/5
**through [4]** 5/8 9/10 9/15 9/18
**time [11]** 4/11 4/14 7/6 7/11 7/18 8/3 9/8 9/13 9/18 9/21 9/25
**titled [1]** 11/4
**toll [1]** 9/15
**top [1]** 6/19
**towards [1]** 5/4
**town [1]** 6/12
**transcript [3]** 1/9 2/7 11/3
**transcription [1]** 2/7
**trial [18]**
**trials [1]** 5/1
**two [5]** 3/18 6/21 6/22 7/18 8/5

## U

**U.S.C [1]** 6/23
**understand [2]** 5/1 6/8
**UNITED [6]** 1/1 1/3 1/10 3/3 6/22 6/22
**United States [1]** 6/22
**United States of [1]** 3/3
**up [4]** 5/24 6/4 7/5 7/25
**update [1]** 4/2
**updates [1]** 3/18
**upon [2]** 8/5 8/8
**USAO [2]** 1/13 1/17
**usdoj.gov [2]** 1/15 1/20

## V

**variety [1]** 5/15
**versus [1]** 3/4
**very [3]** 6/4 6/10 8/23
**via [2]** 1/9 3/7
**video [1]** 3/22
**videoconference [1]** 3/7
**violations [1]** 6/21
**vs [1]** 1/5

## W

**want [2]** 6/1 8/2
**wanted [1]** 9/7
**warranted [1]** 9/21
**was [2]** 4/10 4/24
**Washington [4]** 1/5 1/18 1/23 2/5
**way [2]** 6/14 7/7
**we [26]**
**We would [1]** 7/5
**we'll [4]** 9/4 9/5 9/10 10/7
**we're [4]** 3/15 3/25 4/19 5/4
**week [1]** 5/16
**Well [3]** 7/8 7/20 8/13
**what [1]** 9/12
**what's [1]** 6/19
**when [3]** 4/19 6/11 9/8
**where [2]** 3/16 9/11
**whether [2]** 9/2 9/22
**which [2]** 3/23 9/23
**why [2]** 8/13 9/9
**will [3]** 4/22 5/14 9/1
**William [3]** 2/2 11/2

**W**

**William... [1]** 11/8
**work [1]** 8/17
**working [1]** 3/25
**would [9]** 5/1 5/6 5/7 6/6 7/5 8/4 9/2 9/3 9/5
**wrong [1]** 5/6

**Y**

**Yeah [2]** 4/25 9/7
**year [3]** 5/5 5/5 6/25
**Yes [3]** 7/2 8/20 9/17
**York [1]** 1/14
**you [18]**
**you're [1]** 8/15
**Your [18]**
**Your Honor [18]**

**Z**

**Zaremba [3]** 2/2 11/2 11/8
**ZOOM [1]** 1/9