```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
         Plaintiff,                )
                                   )    CR No. 21-411-1
                                   )    Washington, D.C.
       vs.                         )    June 30, 2022
                                   )    3:33 p.m.
STEWART PARKS,                     )
                                   )
         Defendant.                )
_____)


       TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
             BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Benet Kearney
                             DOJ-USAO
                             One Saint Andrew's Plaza
                             New York, NY 10007
                             (212) 637-2260
                             Email: benet.kearney@usdoj.gov

For the Defendant:           John L. Machado
                             LAW OFFICE OF JOHN MACHADO
                             503 D Street, NW
                             Suite 310
                             Washington, D.C. 20001
                             (703) 989-0840
                             Email: johnlmachado@gmail.com
```

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2             COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 21-411-1, the United States of
 4   America versus Stewart Parks.
 5             Benet Kearney for the government.
 6             John Machado for the defense.
 7             The defendant is appearing via videoconference for
 8   this hearing.
 9             THE COURT:  All right, good afternoon, everyone.
10             Mr. Parks, good afternoon.  Can you hear me okay?
11             THE DEFENDANT:  Good afternoon, Your Honor.
12             MS. KEARNEY:  Good afternoon.
13             MR. MACHADO:  Good afternoon.
14             THE COURT:  All right.
15             So we had set this day down -- date down just to
16   check in and see.
17             Mr. Parks had indicated he wasn't interested in
18   accepting a plea, he wanted a trial, and the question was
19   when that trial could go forward and whether we could
20   potentially do this as a bench trial and move up the trial
21   date.  So I just set this date for the parties to check with
22   their respective clients and see whether we should proceed
23   with a jury trial or a bench trial.
24             So, Mr. Machado, why don't we start with you and
25   then, if your client is prepared to waive, I'll ask whether
```

1  the government is as well.

2           MR. MACHADO:  Yes, Your Honor.

3           So here's the situation, Your Honor.

4           In all candor, Mr. Parks is concerned about having

5  a trial before a D.C. jury.  And, of course, you know,

6  that's an issue that has been prevalent in some of these

7  cases.  But in discussing things with him, he has indicated

8  that he would like for me to file a motion to change venue,

9  which is something that we can do in the normal course.

10          That being said, his feeling of this is -- at this

11 point is so strong that basically we're in a position of he

12 would like to move to change venue.  If we have a change of

13 venue, he would like to have a jury trial.  If there is no

14 motion -- if the motion for change of venue is denied, then

15 he would like a bench trial, if that makes sense.  And it's

16 a logical conclusion or it's a logical following.

17          And so, therefore, what we'll be requesting is,

18 with the understanding that we could revisit this if the

19 motion for change of venue is granted, we're ready to set a

20 bench trial before Your Honor's calendar, and so that would

21 be our position.

22          And then if the motion for a change of venue is

23 granted, if that's the way that the Court rules, then we

24 would ask to revisit the issue of whether -- the waiver of

25 the jury trial.  I hope that makes sense.

1          And it's essentially basically -- it's a
2 consistent position of, we don't think that he would have a
3 jury that would be fair to him, which is the whole reason
4 for a motion for a change of venue and that would be the
5 basis of our argument.  And he feels that so strongly that
6 he would prefer to have Your Honor decide rather than a
7 jury, if, in fact, it does come to trial here in D.C.
8          THE COURT:  All right.
9          Well, let me turn to Ms. Kearney and see what the
10 government's position is, which may obviate some of this.
11 So let me turn to her.
12          MS. KEARNEY:  I don't think it will, Your Honor.
13          Obviously, we would oppose the motion to change
14 venue, and we're prepared to address that issue in due
15 course.
16          Were Mr. Parks to elect to have a bench trial, the
17 government would consent to that.
18          THE COURT:  Okay.
19          All right.  Well, remind me again, Ms. Kearney,
20 how long you think this trial might take?
21          MS. KEARNEY:  Were it a bench trial, Your Honor --
22          THE COURT:  As a bench trial, sorry.
23          MS. KEARNEY:  As a bench trial, maybe two days
24 from the government, if that.
25          THE COURT:  Okay.

1            MS. KEARNEY:  We're getting pretty good at
2    streamlining.
3            THE COURT:  Yeah.
4            All right.  Well, in that case, look, my calendar,
5    as we discussed last time, there's not a lot of flexibility
6    and not a lot of room through the end of the year, even into
7    early next year.
8            In theory, I could try this over a couple days in
9    the last week of August if everybody would be available
10   then.  And if that's the way we end up going, you know, we
11   ought to tee that motion up sooner rather than later so that
12   you all know what we're going to do here.
13           MR. MACHADO:  Okay.
14           Your Honor, I have a jury trial scheduled in
15   Superior Court the last week of August.
16           THE COURT:  Okay.
17           Could you do the week of the 22nd?
18           MR. MACHADO:  Of August?
19           I have one matter in Virginia on that week, and
20   I have -- I would -- I don't think I would be able to,
21   Your Honor.
22           And, frankly --
23           THE COURT:  Well, Mr. Machado, are you telling me
24   you absolutely can't do it?  Because I'm telling you right
25   now, otherwise I don't have a date for even two days through

1  the end of the year, and I have to look more closely at my
2  calendar for two days starting after the first of the year.
3           MR. MACHADO:  What day is the Court looking at of
4  the week of August 22nd?
5           THE COURT:  I'm pretty wide open that week.
6           I was supposed to have a trial that week, it just
7  got moved by a couple weeks, so I'm good any day.
8           Friday is a little more challenging because I've
9  got a bunch of sentencings lined up, but I could do the
10 22nd, 23rd, 24th, 25th.
11          MR. MACHADO:  I have something on the 23rd and on
12 the 25th.  I don't know if --
13          THE COURT:  Is what you have on the 23rd something
14 that can be moved?
15          MR. MACHADO:  Yes, it can, it can.
16          THE COURT:  Okay.
17          So why don't we tentatively set down the 23rd and
18 the 24th for a bench trial.
19          And we'll get the motion.
20          Mr. Machado, how soon do you think you can get it
21 on file?
22          Well, I guess I ought to -- let me pause for a
23 moment before I go down this road, but, Mr. Machado -- well,
24 I guess two things; one, Ms. Kearney, is there any further
25 discovery that the government needs to make available in

1  this case?
2          MS. KEARNEY:  No, Your Honor.
3          I think as we've discussed in the course of these
4  January 6th cases, there's the global discovery, which is
5  continually produced --
6          THE COURT:  Right.
7          MS. KEARNEY:  -- and so that remains outstanding;
8  we'll make the productions as they're available.
9          With respect to Mr. Parks, we -- discovery is,
10 from our perspective, complete, with the caveat that if I
11 discover new materials, I will pass them to Mr. Machado.
12         This past week in the course of reviewing videos
13 in connection with another case, I observed Mr. Parks in a
14 video and passed that along.
15         So with the exception of circumstances like that,
16 we are substantially complete.
17         THE COURT:  Okay.
18         And, Mr. Machado, do you anticipate filing --
19 well, I guess I should ask both sides:  Are you all
20 anticipating any expert disclosures that need to be made?
21         MR. MACHADO:  Not at this time for the defense.
22         MS. KEARNEY:  I don't believe the government will.
23         THE COURT:  Okay.
24         And then how about either Rule 12 motions or
25 motions in limine?  Mr. Machado, do you expect any Rule 12

1    motions?
2            MR. MACHADO:  No.
3            Motions in limine, I would suspect, there would be
4    at least one or two --
5            THE COURT:  Okay.
6            MR. MACHADO:  -- dealing with more evidentiary
7    issues.
8            Your Honor, one thing that I did not -- I have not
9    inquired if my client is available on those days.  I know he
10   does a lot of traveling.  So I just want to make sure that
11   before we set a date, whether he is available as well, if I
12   may, Your Honor.
13           THE COURT:  Of course.
14           MR. MACHADO:  Mr. Parks, what's your situation as
15   far as those dates are concerned?
16           THE DEFENDANT:  And what is the date range again?
17           THE COURT:  August 23rd and August 24th.
18           THE DEFENDANT:  Hold on one second.  I'm going to
19   look.
20           MR. MACHADO:  Apologies, Your Honor.
21           THE COURT:  That's okay.
22           THE DEFENDANT:  So August 22nd and 23rd;
23   is that correct?
24           MR. MACHADO:  23rd and 24th -- or I think it was.
25           THE COURT:  Yeah, 23rd and 24th.

```
 1               Mr. Parks.
 2               THE DEFENDANT:  So I believe I could be available.
 3               THE COURT:  Okay.
 4               All right.  So how soon do you think you can get
 5   your motion on file, Mr. Machado?
 6               MR. MACHADO:  Your Honor, if I could have a couple
 7   weeks.
 8               THE COURT:  Okay.
 9               All right.  Well, it sounds like we can get this
10   briefed by the end of July and I can get you a decision in
11   short order.
12               Mr. Machado, you know how I've -- you know I've
13   considered this issue before.
14               MR. MACHADO:  Yes.
15               THE COURT:  And so, you know, I'm familiar with
16   what the rules are and the legal principles.
17               All right.  So today is the 30th.  So if you can
18   get something on file by the 14th, Mr. Machado.
19               MR. MACHADO:  Yes, Your Honor.
20               THE COURT:  And, Ms. Kearney, can you get a
21   response by July 28th?
22               MS. KEARNEY:  Yes.
23               THE COURT:  All right.
24               And did you want a reply date, Mr. Machado?
25               MR. MACHADO:  Yes, please.
```

1               THE COURT:  August 4th.

2               MR. MACHADO:  Okay.

3               And, Your Honor, that'll be for all motions,

4    I assume?

5               THE COURT:  Well, I guess the question is, are you

6    going to be in a position to -- I mean, I'm happy to put

7    that down as the schedule for all motions, if you're

8    prepared to include motions in limine and the like.

9               MR. MACHADO:  Well, I -- perhaps just for the

10   venue motion, Your Honor.

11              THE COURT:  Yeah, I mean, look, I was going to

12   sort of back out a motions schedule from those two trial

13   dates, but, you know, frankly, it may fall in the same

14   general schedule.

15              So let me just take a look at it and I may just --

16   let's set that down as the schedule right now for all

17   motions.

18              And, you know, if either side needs a little bit

19   of flexibility on getting motions in limine, that's fine by

20   me.

21              And I'm not going to set down -- let's actually --

22   can we actually do a Pretrial Conference, since this is a

23   bench trial, could we do it -- well, why don't we do this.

24              I don't know that we need a Pretrial Conference.

25   So why don't we do this.  We'll set down the 23rd and the

```
1    24th.  To the extent that there are legal issues I have not
2    resolved or that get raised prior to trial, I'll take that
3    up before the start of evidence.
4             And because I'm not going to ask you all to submit
5    a Joint Pretrial Statement, I don't need one and I'm
6    familiar with what the elements are of each of the offenses,
7    so I don't need jury instructions, obviously.
8             And I don't need any of the other typical things
9    that are requested in a Joint Pretrial Statement.  So let's
10   just plan on doing it that way, okay?
11            MR. MACHADO:  Is it the Court's intentions to have
12   the decision on the motion for change of venue decided on
13   the papers, not have an argument?
14            THE COURT:  Look, the bottom line is, I'll have to
15   wait until I see what I get.  And if it's something that
16   I think merits a hearing, I'll ask for one, but why don't we
17   just sort of wait and see what gets filed.
18            MR. MACHADO:  Understood, Your Honor.
19            THE COURT:  Okay?
20            MR. MACHADO:  Thank you.
21            MS. KEARNEY:  And so to be clear for the
22   government's motions in limine, we should adhere to the --
23   I think it may be difficult by the July 14th deadline but
24   I'll see what we can do.
25            MR. MACHADO:  As long as the Court is
```

1  understanding and Ms. Kearney is that I may have a similar
2  issue.
3              THE COURT:  As I said, look, I know this is a
4  compressed time schedule.  I can be flexible as long as you
5  all will be flexible.
6              What that means is that if one side wants an
7  extension to file motions, it means that that may reduce the
8  amount of response time for the other side.  You may not get
9  your full 14 days or seven days.  But with that
10 understanding, you know, I can be flexible on the deadlines.
11             MS. KEARNEY:  Thank you.
12             MR. MACHADO:  Thank you, Your Honor.
13             THE COURT:  All right.  Thanks, everybody.
14             When are we tolled through, JC?
15             MS. KEARNEY:  Until today.
16             THE COURT:  We're tolled through today.  Okay.
17             MS. KEARNEY:  And the government would request
18 that we toll through August 23rd in order to allow the
19 parties to prepare their motions and otherwise prepare for
20 trial.
21             THE COURT:  Mr. Machado, any objection to tolling
22 through the 23rd?
23             MR. MACHADO:  No, Your Honor.  I mean, we're
24 filing motions, so no.
25

1        THE COURT: All right.

2        So we'll toll time through the 23rd. We'll do so

3   as the interests of justice outweigh the interests of the

4   public and the defendant in a speedy trial. The interests

5   of justice warrant the exclusion of time so that the parties

6   can prepare adequately for trial and put on file the

7   necessary motions for the Court to consider before the trial

8   starts, okay?

9        Anything else, folks?

10        MR. MACHADO: No, Your Honor. Thank you.

11        MS. KEARNEY: Thank you.

12        THE COURT: Thank you, everyone.

13        (Proceedings concluded at 3:48 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 6, 2024_____  

                                       William P. Zaremba, RMR, CRR

| | | Benet-Kearney | | |
|---|---|---|---|---|
| **COURTROOM DEPUTY: [1]** 3/2<br>**MR. MACHADO: [26]**<br>**MS. KEARNEY: [14]**<br>3/12 5/12 5/21 5/23 6/1<br>8/2 8/7 8/22 10/22<br>12/21 13/11 13/15<br>13/17 14/11<br>**THE COURT: [36]**<br>**THE DEFENDANT: [5]**<br>3/11 9/16 9/18 9/22<br>10/2<br><br>**0**<br>**0840 [1]** 1/19<br><br>**1**<br>**10007 [1]** 1/14<br>**12 [2]** 8/24 8/25<br>**14 [1]** 13/9<br>**14th [2]** 10/18 12/23<br><br>**2**<br>**20001 [2]** 1/18 2/5<br>**202 [1]** 2/5<br>**2022 [1]** 1/5<br>**2024 [1]** 15/7<br>**21-411-1 [2]** 1/4 3/3<br>**212 [1]** 1/15<br>**2260 [1]** 1/15<br>**22nd [4]** 6/17 7/4 7/10 9/22<br>**23rd [12]** 7/10 7/11 7/13 7/17 9/17 9/22 9/24 9/25 11/25 13/18 13/22 14/2<br>**24th [6]** 7/10 7/18 9/17 9/24 9/25 12/1<br>**25th [2]** 7/10 7/12<br>**28th [1]** 10/21<br><br>**3**<br>**30 [1]** 1/5<br>**30th [1]** 10/17<br>**310 [1]** 1/18<br>**3249 [1]** 2/5<br>**333 [1]** 2/4<br>**354-3249 [1]** 2/5<br>**3:33 [1]** 1/6<br>**3:48 [1]** 14/13<br><br>**4**<br>**4th [1]** 11/1<br><br>**5**<br>**503 [1]** 1/17<br><br>**6**<br>**637-2260 [1]** 1/15<br>**6th [1]** 8/4<br><br>**7**<br>**703 [1]** 1/19<br><br>**9**<br>**989-0840 [1]** 1/19 | **A**<br>**able [1]** 6/20<br>**about [2]** 4/4 8/24<br>**above [1]** 15/4<br>**above-titled [1]** 15/4<br>**absolutely [1]** 6/24<br>**accepting [1]** 3/18<br>**actually [2]** 11/21 11/22<br>**address [1]** 5/14<br>**adequately [1]** 14/6<br>**adhere [1]** 12/22<br>**after [1]** 7/2<br>**afternoon [6]** 3/2 3/9 3/10 3/11 3/12 3/13<br>**again [2]** 5/19 9/16<br>**aided [1]** 2/7<br>**all [19]**<br>**All right [1]** 10/17<br>**allow [1]** 13/18<br>**along [1]** 8/14<br>**AMERICA [2]** 1/3 3/4<br>**AMIT [1]** 1/10<br>**amount [1]** 13/8<br>**Andrew's [1]** 1/14<br>**another [1]** 8/13<br>**anticipate [1]** 8/18<br>**anticipating [1]** 8/20<br>**any [6]** 7/7 7/24 8/20 8/25 12/8 13/21<br>**Anything [1]** 14/9<br>**Apologies [1]** 9/20<br>**APPEARANCES [2]** 1/12 1/21<br>**appearing [1]** 3/7<br>**are [10]** 6/23 8/16 8/19 9/15 10/16 11/5 12/1 12/6 12/9 13/14<br>**argument [2]** 5/5 12/13<br>**as [18]**<br>**ask [5]** 3/25 4/24 8/19 12/4 12/16<br>**assume [1]** 11/4<br>**August [9]** 6/9 6/15 6/18 7/4 9/17 9/17 9/22 11/1 13/18<br>**available [6]** 6/9 7/25 8/8 9/9 9/11 10/2<br>**Avenue [1]** 2/4<br><br>**B**<br>**back [1]** 11/12<br>**Barrett [1]** 2/4<br>**basically [2]** 4/11 5/1<br>**basis [1]** 5/5<br>**be [17]**<br>**because [3]** 6/24 7/8 12/4<br>**been [1]** 4/6<br>**before [8]** 1/10 4/5 4/20 7/23 9/11 10/13 12/3 14/7<br>**being [1]** 4/10<br>**believe [2]** 8/22 10/2<br>**bench [10]** 3/20 3/23 4/15 4/20 5/16 5/21 5/22 5/23 7/18 11/23<br>**Benet [2]** 1/13 3/5 | **bit [1]** 11/18<br>**both [1]** 8/19<br>**bottom [1]** 12/14<br>**briefed [1]** 10/10<br>**bunch [1]** 7/9<br><br>**C**<br>**calendar [3]** 4/20 6/4 7/2<br>**can [16]**<br>**can't [1]** 6/24<br>**candor [1]** 4/4<br>**case [4]** 3/3 6/4 8/1 8/13<br>**cases [2]** 4/7 8/4<br>**caveat [1]** 8/10<br>**Certified [1]** 2/3<br>**certify [1]** 15/2<br>**CH [1]** 2/4<br>**challenging [1]** 7/8<br>**change [9]** 4/8 4/12 4/12 4/14 4/19 4/22 5/4 5/13 12/12<br>**check [2]** 3/16 3/21<br>**circumstances [1]** 8/15<br>**clear [1]** 12/21<br>**client [2]** 3/25 9/9<br>**clients [1]** 3/22<br>**closely [1]** 7/1<br>**COLUMBIA [1]** 1/1<br>**come [1]** 5/7<br>**complete [2]** 8/10 8/16<br>**compressed [1]** 13/4<br>**computer [1]** 2/7<br>**computer-aided [1]** 2/7<br>**concerned [2]** 4/4 9/15<br>**concluded [1]** 14/13<br>**conclusion [1]** 4/16<br>**CONFERENCE [3]** 1/9 11/22 11/24<br>**connection [1]** 8/13<br>**consent [1]** 5/17<br>**consider [1]** 14/7<br>**considered [1]** 10/13<br>**consistent [1]** 5/2<br>**Constitution [1]** 2/4<br>**continually [1]** 8/5<br>**CONTINUED [1]** 2/1<br>**correct [2]** 9/23 15/3<br>**could [9]** 3/19 3/19 4/18 6/8 6/17 7/9 10/2 10/6 11/23<br>**couple [3]** 6/8 7/7 10/6<br>**course [6]** 4/5 4/9 5/15 8/3 8/12 9/13<br>**COURT [8]** 1/1 2/2 2/3 4/23 6/15 7/3 12/25 14/7<br>**Court's [1]** 12/11<br>**CR [1]** 1/4<br>**Criminal [1]** 3/3<br>**CRR [2]** 15/2 15/8<br><br>**D**<br>**D.C [5]** 1/5 1/18 2/5 4/5 | **date [8]** 3/15 3/21 3/21 6/25 9/11 9/16 10/24 15/7<br>**dates [2]** 9/15 11/13<br>**day [3]** 3/15 7/3 7/7<br>**days [7]** 5/23 6/8 6/25 7/2 9/9 13/9 13/9<br>**deadline [1]** 12/23<br>**deadlines [1]** 13/10<br>**dealing [1]** 9/6<br>**decide [1]** 5/6<br>**decided [1]** 12/12<br>**decision [2]** 10/10 12/12<br>**defendant [4]** 1/7 1/16 3/7 14/4<br>**defense [2]** 3/6 8/21<br>**denied [1]** 4/14<br>**did [2]** 9/8 10/24<br>**difficult [1]** 12/23<br>**disclosures [1]** 8/20<br>**discover [1]** 8/11<br>**discovery [3]** 7/25 8/4 8/9<br>**discussed [2]** 6/5 8/3<br>**discussing [1]** 4/7<br>**DISTRICT [3]** 1/1 1/1 1/10<br>**do [16]**<br>**do you [2]** 8/18 8/25<br>**does [2]** 5/7 9/10<br>**doing [1]** 12/10<br>**DOJ [1]** 1/13<br>**DOJ-USAO [1]** 1/13<br>**don't [15]** 3/24 5/2 5/12 6/20 6/25 7/12 7/17 8/22 11/23 11/24 11/25 12/5 12/7 12/8 12/16<br>**down [8]** 3/15 3/15 7/17 7/23 11/7 11/16 11/21 11/25<br>**due [1]** 5/14<br><br>**E**<br>**each [1]** 12/6<br>**early [1]** 6/7<br>**either [2]** 8/24 11/18<br>**elect [1]** 5/16<br>**elements [1]** 12/6<br>**else [1]** 14/9<br>**Email [2]** 1/15 1/19<br>**end [4]** 6/6 6/10 7/1 10/10<br>**essentially [1]** 5/1<br>**even [2]** 6/6 6/25<br>**everybody [2]** 6/9 13/13<br>**everyone [2]** 3/9 14/12<br>**evidence [1]** 12/3<br>**evidentiary [1]** 9/6<br>**exception [1]** 8/15<br>**exclusion [1]** 14/5<br>**expect [1]** 8/25<br>**expert [1]** 8/20<br>**extension [1]** 13/7<br>**extent [1]** 12/1 | **fact [1]** 5/7<br>**fair [1]** 5/3<br>**fall [1]** 11/13<br>**familiar [2]** 10/15 12/6<br>**far [1]** 9/15<br>**feeling [1]** 4/10<br>**feels [1]** 5/5<br>**file [6]** 4/8 7/21 10/5 10/18 13/7 14/6<br>**filed [1]** 12/17<br>**filing [2]** 8/18 13/24<br>**fine [1]** 11/19<br>**first [1]** 7/2<br>**flexibility [2]** 6/5 11/19<br>**flexible [3]** 13/4 13/5 13/10<br>**folks [1]** 14/9<br>**following [1]** 4/16<br>**foregoing [1]** 15/3<br>**forward [1]** 3/19<br>**frankly [2]** 6/22 11/13<br>**Friday [1]** 7/8<br>**full [1]** 13/9<br>**further [1]** 7/24<br><br>**G**<br>**general [1]** 11/14<br>**get [10]** 7/19 7/20 10/4 10/9 10/10 10/18 10/20 12/2 12/15 13/8<br>**gets [1]** 12/17<br>**getting [2]** 6/1 11/19<br>**global [1]** 8/4<br>**gmail.com [1]** 1/19<br>**go [2]** 3/19 7/23<br>**going [7]** 6/10 6/12 9/18 11/6 11/11 11/21 12/4<br>**good [8]** 3/2 3/9 3/10 3/11 3/12 3/13 6/1 7/7<br>**got [2]** 7/7 7/9<br>**government [8]** 1/13 3/5 4/1 5/17 5/24 7/25 8/22 13/17<br>**government's [2]** 5/10 12/22<br>**granted [2]** 4/19 4/23<br>**guess [4]** 7/22 7/24 8/19 11/5<br><br>**H**<br>**had [2]** 3/15 3/17<br>**happy [1]** 11/6<br>**has [2]** 4/6 4/7<br>**have [20]**<br>**having [1]** 4/4<br>**he [12]** 3/17 3/18 4/7 4/8 4/11 4/13 4/15 5/2 5/5 5/6 9/9 9/11<br>**hear [1]** 3/10<br>**hearing [2]** 3/8 12/16<br>**her [1]** 5/11<br>**here [2]** 5/7 6/12<br>**here's [1]** 4/3<br>**him [2]** 4/7 5/3<br>**his [1]** 4/10<br>**Hold [1]** 9/18 |

Case 1:21-cr-00411-APM   Document 120   Filed 03/11/24   Page 17 of 18

**H**

**Honor [21]**
**Honor's [1]** 4/20
**HONORABLE [1]** 1/10
**hope [1]** 4/25
**how [5]** 5/20 7/20 8/24 10/4 10/12

**I**

**I assume [1]** 11/4
**I believe [1]** 10/2
**I can [3]** 10/10 13/4 13/10
**I did [1]** 9/8
**I don't [8]** 5/12 6/20 7/12 8/22 11/24 12/5 12/7 12/8
**I don't have [1]** 6/25
**I guess [2]** 8/19 11/5
**I have [7]** 6/14 6/19 6/20 7/1 7/11 9/8 12/1
**I hope [1]** 4/25
**I just [2]** 3/21 9/10
**I know [2]** 9/9 13/3
**I should [1]** 8/19
**I think [4]** 8/3 9/24 12/16 12/23
**I was [2]** 7/6 11/11
**I will [1]** 8/11
**I'll [5]** 3/25 12/2 12/14 12/16 12/24
**I'm [9]** 6/24 7/5 7/7 9/18 10/15 11/6 11/21 12/4 12/5
**I'm going [1]** 9/18
**I'm not [2]** 11/21 12/4
**I've [3]** 7/8 10/12 10/12
**include [1]** 11/8
**indicated [2]** 3/17 4/7
**inquired [1]** 9/9
**instructions [1]** 12/7
**intentions [1]** 12/11
**interested [1]** 3/17
**interests [3]** 14/3 14/3 14/4
**is [35]**
**is that correct [1]** 9/23
**is there [1]** 7/24
**issue [5]** 4/6 4/24 5/14 10/13 13/2
**issues [2]** 9/7 12/1
**it [17]**
**it's [5]** 4/15 4/16 5/1 5/1 12/15

**J**

**January [2]** 8/4 15/7
**January 6th [1]** 8/4
**JC [1]** 13/14
**John [3]** 1/16 1/17 3/6
**johnlmachado [1]** 1/19
**Joint [2]** 12/5 12/9
**JUDGE [1]** 1/10
**July [3]** 10/10 10/21 12/23
**June [1]** 1/5
**jury [8]** 3/23 4/5 4/13 4/25 5/3 5/7 6/14 12/7

**just [9]** 3/21 6/21 7/1 9/10 11/9 11/15 12/10 12/17
**justice [2]** 14/3 14/5

**K**

**Kearney [7]** 1/13 3/5 5/9 5/19 7/24 10/20 13/1
**know [13]** 4/5 6/10 6/12 7/12 9/9 10/12 10/12 10/15 11/13 11/18 11/24 13/3 13/10

**L**

**last [3]** 6/5 6/9 6/15
**later [1]** 6/11
**LAW [1]** 1/17
**least [1]** 9/4
**legal [2]** 10/16 12/1
**let [4]** 5/9 5/11 7/22 11/15
**let's [3]** 11/16 11/21 12/9
**like [7]** 4/8 4/12 4/13 4/15 8/15 10/9 11/8
**limine [5]** 8/25 9/3 11/8 11/19 12/22
**line [1]** 12/14
**lined [1]** 7/9
**little [2]** 7/8 11/18
**logical [2]** 4/16 4/16
**long [3]** 5/20 12/25 13/4
**look [7]** 6/4 7/1 9/19 11/11 11/15 12/14 13/3
**looking [1]** 7/3
**lot [3]** 6/5 6/6 9/10

**M**

**Machado [15]** 1/16 1/17 3/6 3/24 6/23 7/20 7/23 8/11 8/18 8/25 10/5 10/12 10/18 10/24 13/21
**made [1]** 8/20
**make [3]** 7/25 8/8 9/10
**makes [2]** 4/15 4/25
**materials [1]** 8/11
**matter [2]** 6/19 15/4
**may [8]** 5/10 9/12 11/13 11/15 12/23 13/1 13/7 13/8
**maybe [1]** 5/23
**me [9]** 3/10 4/8 5/9 5/11 5/19 6/23 7/22 11/15 11/20
**mean [3]** 11/6 11/11 13/23
**means [2]** 13/6 13/7
**mechanical [1]** 2/7
**MEHTA [1]** 1/10
**Merit [1]** 2/2
**merits [1]** 12/16
**might [1]** 5/20
**moment [1]** 7/23
**more [3]** 7/1 7/8 9/6
**motion [12]** 4/8 4/14

**just [9]** ...
9/10 11/9 11/15 12/10 12/17
6/11 7/19 10/5 11/10 12/12
**motions [15]** 8/24 8/25 9/1 9/3 11/3 11/7 11/8 11/12 11/17 11/19 12/22 13/7 13/19 13/24 14/7
**move [2]** 3/20 4/12
**moved [2]** 7/7 7/14
**Mr. [20]**
**Mr. Machado [12]** 3/24 6/23 7/20 7/23 8/11 8/18 8/25 10/5 10/12 10/18 10/24 13/21
**Mr. Parks [8]** 3/10 3/17 4/4 5/16 8/9 8/13 9/14 10/1
**Ms [1]** 7/24
**Ms. [4]** 5/9 5/19 10/20 13/1
**Ms. Kearney [4]** 5/9 5/19 10/20 13/1
**my [3]** 6/4 7/1 9/9

**N**

**necessary [1]** 14/7
**need [5]** 8/20 11/24 12/5 12/7 12/8
**needs [2]** 7/25 11/18
**new [2]** 1/14 8/11
**next [1]** 6/7
**no [8]** 1/4 3/3 4/13 8/2 9/2 13/23 13/24 14/10
**normal [1]** 4/9
**not [10]** 6/5 6/6 8/21 9/8 9/8 11/21 12/1 12/4 12/13 13/8
**now [2]** 6/25 11/16
**NW [2]** 1/17 2/4
**NY [1]** 1/14

**O**

**objection [1]** 13/21
**observed [1]** 8/13
**obviate [1]** 5/10
**obviously [2]** 5/13 12/7
**offenses [1]** 12/6
**OFFICE [1]** 1/17
**Official [1]** 2/3
**okay [17]**
**one [9]** 1/14 6/19 7/24 9/4 9/8 9/18 12/5 12/16 13/6
**open [1]** 7/5
**oppose [1]** 5/13
**order [2]** 10/11 13/18
**other [2]** 12/8 13/8
**otherwise [2]** 6/25 13/19
**ought [2]** 6/11 7/22
**our [3]** 4/21 5/5 8/10
**out [1]** 11/12
**outstanding [1]** 8/7
**outweigh [1]** 14/3
**over [1]** 6/8

**P**

**p.m [2]** 1/6 14/13

**papers [1]** 3/17
**PARKS [10]** 1/6 3/4 3/10 3/17 4/4 5/16 8/9 8/13 9/14 10/1
**parties [3]** 3/21 13/19 14/5
**pass [1]** 8/11
**passed [1]** 8/14
**past [1]** 8/12
**pause [1]** 7/22
**perhaps [1]** 11/9
**perspective [1]** 8/10
**Plaintiff [1]** 1/4
**plan [1]** 12/10
**Plaza [1]** 1/14
**plea [1]** 3/18
**please [1]** 10/25
**point [1]** 4/11
**position [5]** 4/11 4/21 5/2 5/10 11/6
**potentially [1]** 3/20
**prefer [1]** 5/6
**prepare [3]** 13/19 13/19 14/6
**prepared [3]** 3/25 5/14 11/8
**Pretrial [4]** 11/22 11/24 12/5 12/9
**pretty [2]** 6/1 7/5
**Prettyman [1]** 2/4
**prevalent [1]** 4/6
**principles [1]** 10/16
**prior [1]** 12/2
**proceed [1]** 3/22
**proceedings [4]** 1/9 2/7 14/13 15/4
**produced [2]** 2/7 8/5
**productions [1]** 8/8
**public [1]** 14/4
**put [2]** 11/6 14/6

**Q**

**question [2]** 3/18 11/5

**R**

**raised [1]** 12/2
**range [1]** 9/16
**rather [2]** 5/6 6/11
**ready [1]** 4/19
**Realtime [1]** 2/3
**reason [1]** 5/3
**record [1]** 15/3
**recorded [1]** 2/7
**reduce [1]** 13/7
**Registered [1]** 2/2
**remains [1]** 8/7
**remind [1]** 5/19
**reply [1]** 10/24
**Reporter [4]** 2/2 2/2 2/3 2/3
**request [1]** 13/17
**requested [1]** 12/9
**requesting [1]** 4/17
**resolved [1]** 12/2
**respect [1]** 8/9
**respective [1]** 3/22
**response [2]** 10/21 13/8

**reviewing [1]** 8/12
**revisit [2]** 4/18 4/24
**right [14]** 3/9 3/14 5/8 5/19 6/4 6/24 8/6 10/4 10/9 10/17 10/23 11/16 13/13 14/1
**RMR [2]** 15/2 15/8
**road [1]** 7/23
**room [1]** 6/6
**Rule [2]** 8/24 8/25
**Rule 12 [2]** 8/24 8/25
**rules [2]** 4/23 10/16

**S**

**said [2]** 4/10 13/3
**Saint [1]** 1/14
**same [1]** 11/13
**schedule [5]** 11/7 11/12 11/14 11/16 13/4
**scheduled [1]** 6/14
**second [1]** 9/18
**see [6]** 3/16 3/22 5/9 12/15 12/17 12/24
**sense [2]** 4/15 4/25
**sentencings [1]** 7/9
**set [8]** 3/15 3/21 4/19 7/17 9/11 11/16 11/21 11/25
**seven [1]** 13/9
**short [1]** 10/11
**should [3]** 3/22 8/19 12/22
**side [3]** 11/18 13/6 13/8
**sides [1]** 8/19
**similar [1]** 13/1
**since [1]** 11/22
**situation [2]** 4/3 9/14
**so [30]**
**some [2]** 4/6 5/10
**something [5]** 4/9 7/11 7/13 10/18 12/15
**soon [2]** 7/20 10/4
**sooner [1]** 6/11
**sorry [1]** 5/22
**sort [2]** 11/12 12/17
**sounds [1]** 10/9
**speedy [1]** 14/4
**start [2]** 3/24 12/3
**starting [1]** 7/2
**starts [1]** 14/8
**Statement [2]** 12/5 12/9
**STATES [4]** 1/1 1/3 1/10 3/3
**STATUS [1]** 1/9
**stenography [1]** 2/7
**STEWART [2]** 1/6 3/4
**streamlining [1]** 6/2
**Street [1]** 1/17
**strong [1]** 4/11
**strongly [1]** 5/5
**submit [1]** 12/4
**substantially [1]** 8/16
**Suite [1]** 1/18
**Superior [1]** 6/15
**supposed [1]** 7/6
**sure [1]** 9/10

**S**

**suspect [1]**  9/3

**T**

**take [3]**  5/20 11/15 12/2
**tee [1]**  6/11
**telling [2]**  6/23 6/24
**tentatively [1]**  7/17
**than [2]**  5/6 6/11
**Thank [6]**  12/20 13/11 13/12 14/10 14/11 14/12
**Thank you [6]**  12/20 13/11 13/12 14/10 14/11 14/12
**Thanks [1]**  13/13
**that [53]**
**that'll [1]**  11/3
**that's [5]**  4/6 4/23 6/10 9/21 11/19
**their [2]**  3/22 13/19
**them [1]**  8/11
**then [6]**  3/25 4/14 4/22 4/23 6/10 8/24
**theory [1]**  6/8
**there [4]**  4/13 7/24 9/3 12/1
**there's [2]**  6/5 8/4
**therefore [1]**  4/17
**these [2]**  4/6 8/3
**they're [1]**  8/8
**thing [1]**  9/8
**things [3]**  4/7 7/24 12/8
**think [10]**  5/2 5/12 5/20 6/20 7/20 8/3 9/24 10/4 12/16 12/23
**this [21]**
**those [3]**  9/9 9/15 11/12
**through [7]**  6/6 6/25 13/14 13/16 13/18 13/22 14/2
**time [6]**  6/5 8/21 13/4 13/8 14/2 14/5
**titled [1]**  15/4
**today [3]**  10/17 13/15 13/16
**toll [2]**  13/18 14/2
**tolled [2]**  13/14 13/16
**tolling [1]**  13/21
**transcript [3]**  1/9 2/7 15/3
**transcription [1]**  2/7
**traveling [1]**  9/10
**trial [27]**
**try [1]**  6/8
**turn [2]**  5/9 5/11
**two [6]**  5/23 6/25 7/2 7/24 9/4 11/12
**typical [1]**  12/8

**U**

**understanding [3]**  4/18 13/1 13/10
**Understood [1]**  12/18
**UNITED [4]**  1/1 1/3

**United States of [1]**  3/3
**until [2]**  12/15 13/15
**up [5]**  3/20 6/10 6/11 7/9 12/3
**USAO [1]**  1/13
**usdoj.gov [1]**  1/15

**V**

**venue [10]**  4/8 4/12 4/13 4/14 4/19 4/22 5/4 5/14 11/10 12/12
**versus [1]**  3/4
**via [2]**  1/9 3/7
**video [1]**  8/14
**videoconference [1]**  3/7
**videos [1]**  8/12
**Virginia [1]**  6/19
**vs [1]**  1/5

**W**

**wait [2]**  12/15 12/17
**waive [1]**  3/25
**waiver [1]**  4/24
**want [2]**  9/10 10/24
**wanted [1]**  3/18
**wants [1]**  13/6
**warrant [1]**  14/5
**was [4]**  3/18 7/6 9/24 11/11
**Washington [3]**  1/5 1/18 2/5
**wasn't [1]**  3/17
**way [3]**  4/23 6/10 12/10
**we [28]**
**we'll [6]**  4/17 7/19 8/8 11/25 14/2 14/2
**we're [7]**  4/11 4/19 5/14 6/1 6/12 13/16 13/23
**we've [1]**  8/3
**week [8]**  6/9 6/15 6/17 6/19 7/4 7/5 7/6 8/12
**weeks [2]**  7/7 10/7
**well [13]**  4/1 5/9 5/19 6/4 6/23 7/22 7/23 8/19 9/11 10/9 11/5 11/9 11/23
**Were [2]**  5/16 5/21
**what [12]**  4/17 5/9 6/12 7/3 7/13 9/16 10/16 12/6 12/15 12/17 12/24 13/6
**what's [1]**  9/14
**when [2]**  3/19 13/14
**whether [5]**  3/19 3/22 3/25 4/24 9/11
**which [4]**  4/9 5/3 5/10 8/4
**whole [1]**  5/3
**why [5]**  3/24 7/17 11/23 11/25 12/16
**wide [1]**  7/5
**will [4]**  5/12 8/11 8/22 13/5

**William [3]**  2/2 15/2 15/8
**would [18]**

**Y**

**Yeah [3]**  6/3 9/25 11/11
**year [4]**  6/6 6/7 7/1 7/2
**Yes [6]**  4/2 7/15 10/14 10/19 10/22 10/25
**York [1]**  1/14
**you [38]**
**you know [1]**  4/5
**you're [1]**  11/7
**your [26]**
**Your Honor [21]**
**Your Honor's [1]**  4/20

**Z**

**Zaremba [3]**  2/2 15/2 15/8
**ZOOM [1]**  1/9