```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )    CR No. 21-411-1
                                 )    Washington, D.C.
        vs.                      )    January 19, 2023
                                 )    3:33 p.m.
STEWART PARKS,                   )
                                 )
        Defendant.               )
_____)


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Benet Kearney
                             DOJ-USAO
                             One Saint Andrew's Plaza
                             New York, NY 10007
                             (212) 637-2260
                             Email: benet.kearney@usdoj.gov

                             Joseph Hutton Marshall
                             USAO
                             601 D Street NW
                             Washington, D.C. 20001
                             (202) 252-6629
                             Email:
                             joseph.hutton.marshall
                             @usdoj.gov

For Defendant Stewart Parks: John L. Machado
                             LAW OFFICE OF JOHN MACHADO
                             503 D Street, NW
                             Suite 310
                             Washington, D.C. 20001
                             (703) 989-0840
                             Email: johnlmachado@gmail.com
```

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Good morning, Your Honor.
 3    This is Criminal Case No. 21-411-1, United States of America
 4    versus Stewart Parks.
 5              Benet Kearney and Joseph Marshall for the
 6    government.
 7              John Machado for the defense.
 8              The defendant is appearing via videoconference for
 9    these proceedings.
10              THE COURT:  All right, Counsel.  Good afternoon.
11              Mr. Parks, good afternoon, although we just lost
12    you.  I don't know if --
13              MR. MACHADO:  Oh.
14              COURTROOM DEPUTY:  And, Mr. Parks, could you
15    please turn on your video?
16              THE COURT:  All right.  There he is.
17              Hi, Mr. Parks.  How are you?
18              THE DEFENDANT:  I'm good for the most part.
19              How are you doing?
20              THE COURT:  Good.  Thank you.
21              All right.  So we're here for a status conference.
22              We were supposed to have trial starting Tuesday of
23    this past week.  It didn't happen, I'm sorry, because of my
24    unrelenting trial schedule.  And anyway, bottom line is we
25    finished today, so we missed it by just this much.
```

1             In any event, so first thing on the table is to
2    figure out when we can try this case.
3             Let me just say the following, which is,
4    Mr. Parks, we'd excluded time up through the 17th under the
5    Speedy Trial Act.  By our calculation, only three days have
6    passed on the speedy trial clock.  So that clock began to
7    run again on the 17th.  And absent some tolling of that
8    clock, we'd have to try the case before -- on or roughly
9    before March the 24th.
10            MR. MACHADO:  Your Honor, I've spoken to
11   Mr. Parks.  And I am well-aware of your unrelenting trial
12   schedule, so we have no problems continuing it and tolling
13   the time to whatever time is needed.  Mr. Parks is willing
14   to wait, as far as the trial is concerned.
15            THE COURT:  So here's the problem I think I have
16   and I think you all have by extension, which is the
17   Speedy Trial Act expressly says time can't be tolled because
18   of a judge's calendar.  That time just cannot be excluded
19   from the calculation.
20            And so if the time can't be excluded from the
21   calculation and the mere consent of the defendant to the
22   exclusion of time isn't enough, it's not clear to me how I
23   could make an ends-of-justice finding lawfully to exclude
24   time just because, A, I'm not available, and, B, Mr. Parks
25   is consenting to the exclusion of time.  So that's a bit of

1   the dilemma I think we find ourselves in.
2           Now, I do have, in theory, depending upon when
3   this case that's about to start, Oath Keepers 3, possibly
4   the 9th and 10th of March could be available.
5           And I should say on the record, I have tried.
6   I sent out a request to some of my colleagues asking if
7   anybody would be available to pick this up, and I had no
8   takers.  So that's kind of where we are, and so that's my
9   thinking about scheduling at this point.
10          MR. MACHADO:  Your Honor, could part of the
11  exclusion -- and I'm sorry I'm not familiar with the Act on
12  this point -- could be with regard to the attorneys'
13  calendar?
14          THE COURT:  So that's the other possibility which
15  is that I set it down for a time that I'm available, but,
16  Mr. Machado, because you are unavailable, I think we could
17  exclude time from that date forward until you're available,
18  because the statute does contemplate exclusion of time to
19  essentially ensure availability and continuity of counsel.
20          MS. KEARNEY:  Your Honor, I apologize for not
21  making this clear in the government's filing about the two
22  days between when trial was supposed to occur and today, but
23  I think one of the bases that we were seeking to exclude
24  time is the fact that Mr. Machado was not available for the
25  proposed alternative date, which was next week.  That's only

1    a short-term proposal.  I understand we still have an issue
2    going forward.
3            THE COURT:  Right.
4            I mean, I am -- yes, that's true, I'm certainly
5    available -- well, I am available next week, so in theory I
6    could get this done a couple of days next week.  But,
7    Mr. Machado, if you're not available, then I suppose we
8    could exclude time on that ground until a date that you are
9    available.
10           MR. MACHADO:  Okay.  Yes, Your Honor.
11           As the Court knows, I am part of the case that's
12   beginning on February 1st, although obviously we'll know by
13   tomorrow whether I'm going to be beginning on February 1st
14   or not, given the number of defendants.
15           Just so that the AUSA understands as well, the
16   Court has not decided how -- whether my client is going to
17   be part of this trial or a subsequent trial at this point,
18   and that may be decided tomorrow.  And I am preparing for
19   the trial and actually have a Pretrial Conference for
20   tomorrow.
21           So I am -- beginning February 1st, I've been asked
22   by Your Honor to be available through March 1st.
23           The next week I have a trial scheduled, which I'll
24   raise that issue in the other matter tomorrow, but a trial
25   scheduled from the 6th through the 10th.

```
 1              I do have -- I then have a trial beginning on the
 2   20th.
 3              THE COURT:  When you say the 6th through the 10th,
 4   you mean of February?
 5              MR. MACHADO:  Of March, of March.
 6              THE COURT:  Oh, of March.  Okay.
 7              MR. MACHADO:  No, no.  February is totally open
 8   for Judge Mehta's calendar.
 9              So basically the judge wanted to get to it as soon
10   as possible, and so basically I set it for the 6th.  But I'm
11   well-aware that that may move a little bit and I'll file a
12   motion if needed.
13              So that being said, if the Court is -- wants to
14   set something with that time and then we still have some
15   days, I'm beginning a trial in Superior Court on the 28th.
16   I believe I'm beginning a trial on the 20th.  Let me just
17   confirm that, Your Honor.  I have the name of the client,
18   but I didn't list whether it was the trial or not.
19              THE COURT:  Well, let me ask, Ms. Kearney:  When
20   are you all available?
21              MS. KEARNEY:  Both Mr. Marshall and I are supposed
22   to start trial March 6th on different cases.  You know, as
23   Your Honor is aware, that's always a bit up in the air, but
24   right now that's our schedule.
25              I have another trial in April and then in June.
```

```
 1   So I think from my perspective, May would be ideal.  But,
 2   you know, we're more expandable than Mr. Machado, and so we
 3   can make it work, kind of given the heavy caseload that the
 4   Court has.
 5            THE COURT:  Yeah, I have -- this is hard to
 6   believe, but with the exception of a week I have reserved
 7   for preparing for the Google summary judgment hearings and
 8   the one vacation I'm going to take this spring, I'm
 9   scheduled to be in trial literally every day.
10            Now, that can change obviously, but as of right
11   now, that's where we are.
12            MS. KEARNEY:  Your Honor, may I -- and I don't
13   know if you're sitting in trial every day for Oath Keepers,
14   but, you know, I think -- look, the government's -- we've
15   already made an effort to streamline our case; I think we
16   could probably make one further.  And so, you know, if
17   Mr. Machado and Mr. Parks and the Court are amenable, we're
18   open to kind of an alternative schedule if we want to
19   squeeze in a couple hours over the course of a week in the
20   evening or something like that.
21            MR. MACHADO:  Would that be during the --
22            MS. KEARNEY:  No, not -- I do care about your
23   health, Mr. Machado.
24            You know, or if there's a time where the Court,
25   say, has an afternoon, we're happy to kind of put on a
```

1   portion of our evidence and come back when the Court has
2   another afternoon.
3           MR. MACHADO:  Well, Your Honor, the problem is
4   that Mr. Parks, who does not reside in D.C., would have to
5   be making multiple trips whenever we would set these dates,
6   and I would definitely prefer not to have this trial during
7   bits and pieces of when I'm also in trial, respectfully.
8           MS. KEARNEY:  Right.  That was not meant to be my
9   proposal.  I'm sorry, I meant in general terms, we're open
10  to kind of alternative arrangements if necessary.
11          MR. MACHADO:  Your Honor, my April is pretty open;
12  I have a sentencing or two.
13          MS. KEARNEY:  And the government can make April
14  work if that works for the Court.
15          THE COURT:  Let's do this.  If you think this is
16  two days?
17          MR. MACHADO:  Yes.
18          And we have made an effort to streamline it,
19  Your Honor.
20          THE COURT:  Why don't we do April 24th and 25th.
21  I'll just have to bump the start of another trial back by a
22  couple of days and just figure it out from there.  I don't
23  know what else to do.
24          MR. MACHADO:  That's fine by me, Your Honor.
25          THE COURT:  Does that work for government counsel?

|  |  |
|---|---|
| 1 | MS. KEARNEY:  Yes, it does.  Thank you. |
| 2 | THE COURT:  Okay. |
| 3 | All right.  So are we then in agreement that, due |
| 4 | to Mr. Machado's schedule, we can exclude time through the |
| 5 | 24th, Mr. Machado? |
| 6 | MR. MACHADO:  I don't know how -- I have no |
| 7 | problem doing that.  I don't know how specific it's |
| 8 | required.  I am a little bit available at the beginning of |
| 9 | April, so I don't know to what extent the -- I will be |
| 10 | willing to waive between now and then, as will Mr. Parks, |
| 11 | but -- and not include any days.  But if some days -- |
| 12 | I mean, I become available beginning April -- I'd say |
| 13 | April 4th to be safe, but I'm willing to waive whatever |
| 14 | needs to be so that we do it on the 24th. |
| 15 | THE COURT:  Okay. |
| 16 | Well, let's go ahead and, I think -- you said |
| 17 | you're available when, Mr. Machado, in April? |
| 18 | MR. MACHADO:  April 4th.  I have a trial that |
| 19 | begins on the 28th, so, you know, if -- that may be a few |
| 20 | days.  So April 4th is when I can absolutely say that I'll |
| 21 | be totally safe and not be in trial. |
| 22 | THE COURT:  Okay. |
| 23 | So why don't we -- I'll toll time through April |
| 24 | the 4th just to be on the safe side. |
| 25 | It is because of my unavailability the week of the |

```
 1   4th, the week of the 10th, and the week of the 17th that we
 2   would not be able to hold trial.
 3              The 10th is the week I'm trying to reserve to get
 4   ready for the Google oral arguments, and the 17th I'm out.
 5   Then I'm in trial the week of the 3rd in theory.
 6              So we'll toll time through the 4th.  The tolling
 7   is warranted due to Mr. Machado's trial schedule and to
 8   ensure his availability to represent Mr. Parks.
 9              And so we'll toll through the 4th and then time
10   will re-start on the 5th.  But by that point, we're only
11   talking about two and a half weeks and we've only had about
12   five days run so I don't think we're in any danger of
13   bumping up against the 90 days.
14              MS. KEARNEY:  I think that's fine, Your Honor.
15   I think we have 60-something days left.
16              THE COURT:  Right.
17              I think I said -- did I say 90?  I meant to say
18   70 days, but in any event.
19              All right.  So let's do that.  We'll reset for it
20   for the 24th, 25th, and we'll take it from there.
21              MS. KEARNEY:  Thank you.
22              MR. MACHADO:  Your Honor, the parties have a
23   stipulation that they're working on, which will make the
24   need of some witnesses from the government unnecessary and
25   we'll provide that to chambers and that'll be ready to go
```

```
 1   soon.
 2             THE COURT:  Terrific.
 3             MR. MACHADO:  Just letting the Court know that two
 4   days is probably going to be two days.
 5             THE COURT:  Okay.  Great.  I appreciate you all
 6   working together to shorten the trial.
 7             Okay.  All right.  So it will be the 24th and
 8   25th.  And if something comes up before then and things
 9   change, I'll let you know and maybe we can get it in sooner.
10             MR. MACHADO:  Yes, Your Honor.  Thank you.
11             MS. KEARNEY:  I don't envy your caseload.
12             THE COURT:  No one should.
13             All right.  Thanks very much, everyone.
14             (Proceedings concluded at 3:19 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 8, 2024_____  

                                     William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [2]** 3/2 3/14
**MR. MACHADO: [16]**
**MS. KEARNEY: [10]** 5/20 7/21 8/12 8/22 9/8 9/13 10/1 11/14 11/21 12/11
**THE COURT: [20]**
**THE DEFENDANT: [1]** 3/18

**0**

**0840 [1]** 1/23

**1**

**10007 [1]** 1/14
**10th [5]** 5/4 6/25 7/3 11/1 11/3
**17th [4]** 4/4 4/7 11/1 11/4
**19 [1]** 1/5
**1st [4]** 6/12 6/13 6/21 6/22

**2**

**20001 [3]** 1/18 1/23 2/5
**202 [2]** 1/18 2/5
**2023 [1]** 1/5
**2024 [1]** 13/7
**20th [2]** 7/2 7/16
**21-411-1 [2]** 1/4 3/3
**212 [1]** 1/15
**2260 [1]** 1/15
**24th [6]** 4/9 9/20 10/5 10/14 11/20 12/7
**252-6629 [1]** 1/18
**25th [3]** 9/20 11/20 12/8
**28th [2]** 7/15 10/19

**3**

**310 [1]** 1/22
**3249 [1]** 2/5
**333 [1]** 2/4
**354-3249 [1]** 2/5
**3:19 [1]** 12/14
**3:33 [1]** 1/6
**3rd [1]** 11/5

**4**

**4th [7]** 10/13 10/18 10/20 10/24 11/1 11/6 11/9

**5**

**503 [1]** 1/22
**5th [1]** 11/10

**6**

**60-something [1]** 11/15
**601 [1]** 1/17
**637-2260 [1]** 1/15
**6629 [1]** 1/18
**6th [4]** 6/25 7/3 7/10 7/22

**7**

**70 days [1]** 11/18
**703 [1]** 1/23

**9**

**90 [2]** 11/13 11/17
**989-0840 [1]** 1/23
**9th [1]** 5/4

**A**

**able [1]** 11/2
**about [6]** 5/3 5/9 5/21 8/22 11/11 11/11
**above [1]** 13/4
**above-titled [1]** 13/4
**absent [1]** 4/7
**absolutely [1]** 10/20
**Act [3]** 4/5 4/17 5/11
**actually [1]** 6/19
**afternoon [4]** 3/10 3/11 8/25 9/2
**again [1]** 4/7
**against [1]** 11/13
**agreement [1]** 10/3
**ahead [1]** 10/16
**aided [1]** 2/7
**air [1]** 7/23
**all [10]** 3/10 3/16 3/21 4/16 7/20 10/3 11/19 12/5 12/7 12/13
**All right [1]** 3/10
**already [1]** 8/15
**also [1]** 9/7
**alternative [3]** 5/25 8/18 9/10
**although [2]** 3/11 6/12
**always [1]** 7/23
**am [7]** 4/11 6/4 6/5 6/11 6/18 6/21 10/8
**amenable [1]** 8/17
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**Andrew's [1]** 1/14
**another [3]** 7/25 9/2 9/21
**any [4]** 4/1 10/11 11/12 11/18
**anybody [1]** 5/7
**anyway [1]** 3/24
**apologize [1]** 5/20
**APPEARANCES [2]** 1/12 1/25
**appearing [1]** 3/8
**appreciate [1]** 12/5
**April [11]** 7/25 9/11 9/13 9/20 10/9 10/12 10/13 10/17 10/18 10/20 10/23
**April 4th [1]** 10/13
**are [10]** 3/17 3/19 5/8 5/16 6/8 7/20 7/21 8/11 8/17 10/3
**arguments [1]** 11/4
**arrangements [1]** 9/10
**as [9]** 4/14 4/14 6/11 6/15 7/9 7/10 7/22 8/10 10/10
**ask [1]** 7/19

**asked [1]** 6/2
**asking [1]** 5/6
**attorneys' [1]** 5/12
**AUSA [1]** 6/15
**availability [2]** 5/19 11/8
**available [15]**
**Avenue [1]** 2/4
**aware [3]** 4/11 7/11 7/23

**B**

**back [2]** 9/1 9/21
**Barrett [1]** 2/4
**bases [1]** 5/23
**basically [2]** 7/9 7/10
**be [26]**
**because [6]** 3/23 4/17 4/24 5/16 5/18 10/25
**become [1]** 10/12
**been [1]** 6/21
**before [4]** 1/10 4/8 4/9 12/8
**began [1]** 4/6
**beginning [8]** 6/12 6/13 6/21 7/1 7/15 7/16 10/8 10/12
**begins [1]** 10/19
**being [1]** 7/13
**believe [2]** 7/16 8/6
**Benet [2]** 1/13 3/5
**benet.kearney [1]** 1/15
**between [2]** 5/22 10/10
**bit [4]** 4/25 7/11 7/23 10/8
**bits [1]** 9/7
**Both [1]** 7/21
**bottom [1]** 3/24
**bump [1]** 9/21
**bumping [1]** 11/13

**C**

**calculation [3]** 4/5 4/19 4/21
**calendar [3]** 4/18 5/13 7/8
**can [7]** 4/2 8/3 8/10 9/13 10/4 10/20 12/9
**can't [2]** 4/17 4/20
**cannot [1]** 4/18
**care [1]** 8/22
**case [6]** 3/3 4/2 4/8 5/3 6/11 8/15
**caseload [2]** 8/3 12/11
**cases [1]** 7/22
**certainly [1]** 6/4
**Certified [1]** 2/3
**certify [1]** 13/2
**CH [1]** 2/4
**chambers [1]** 11/25
**change [2]** 8/10 12/9
**clear [2]** 4/22 5/21
**client [2]** 6/16 7/17
**clock [3]** 4/6 4/6 4/8
**colleagues [1]** 5/6
**COLUMBIA [1]** 1/1
**come [1]** 9/1
**comes [1]** 12/8

**computer [1]** 2/7
**computer-aided [1]** 2/7
**concerned [1]** 4/14
**concluded [1]** 12/14
**conference [3]** 1/9 3/21 6/19
**confirm [1]** 7/17
**consent [1]** 4/21
**consenting [1]** 4/25
**Constitution [1]** 2/4
**contemplate [1]** 5/18
**CONTINUED [1]** 2/1
**continuing [1]** 4/12
**continuity [1]** 5/19
**correct [1]** 13/3
**could [9]** 3/14 4/23 5/4 5/10 5/12 5/16 6/6 6/8 8/16
**counsel [3]** 3/10 5/19 9/25
**couple [3]** 6/6 8/19 9/22
**course [1]** 8/19
**COURT [13]** 1/1 2/2 2/3 6/11 6/16 7/13 7/15 8/4 8/17 8/24 9/1 9/14 12/3
**CR [1]** 1/4
**Criminal [1]** 3/3
**CRR [2]** 13/2 13/8

**D**

**D.C [5]** 1/5 1/18 1/23 2/5 9/4
**danger [1]** 11/12
**date [4]** 5/17 5/25 6/8 13/7
**dates [1]** 9/5
**day [2]** 8/9 8/13
**days [15]**
**decided [2]** 6/16 6/18
**defendant [4]** 1/7 1/21 3/8 4/21
**defendants [1]** 6/14
**defense [1]** 3/7
**definitely [1]** 9/6
**depending [1]** 5/2
**did [1]** 11/17
**didn't [2]** 3/23 7/18
**different [1]** 7/22
**dilemma [1]** 5/1
**DISTRICT [3]** 1/1 1/1 1/10
**do [8]** 5/2 7/1 8/22 9/15 9/20 9/23 10/14 11/19
**does [4]** 5/18 9/4 9/25 10/1
**doing [2]** 3/19 10/7
**DOJ [1]** 1/13
**DOJ-USAO [1]** 1/13
**don't [10]** 3/12 8/12 9/20 9/22 10/6 10/7 10/9 10/23 11/12 12/11
**done [1]** 6/6
**down [1]** 5/15
**due [2]** 10/3 11/7
**during [2]** 8/21 9/6

**E**

**effort [2]** 8/15 9/18
**else [1]** 9/23
**Email [3]** 1/15 1/19 1/24
**ends [1]** 4/23
**enough [1]** 4/22
**ensure [2]** 5/19 11/8
**envy [1]** 12/11
**essentially [1]** 5/19
**evening [1]** 8/20
**event [2]** 4/1 11/18
**every [2]** 8/9 8/13
**everyone [1]** 12/13
**evidence [1]** 9/1
**exception [1]** 8/6
**exclude [5]** 4/23 5/17 5/23 6/8 10/4
**excluded [3]** 4/4 4/18 4/20
**exclusion [4]** 4/22 4/25 5/11 5/18
**expandable [1]** 8/2
**expressly [1]** 4/17
**extension [1]** 4/16
**extent [1]** 10/9

**F**

**fact [1]** 5/24
**familiar [1]** 5/11
**far [1]** 4/14
**February [5]** 6/12 6/13 6/21 7/4 7/7
**few [1]** 10/19
**figure [2]** 4/2 9/22
**file [1]** 7/11
**filing [1]** 5/21
**find [1]** 5/1
**finding [1]** 4/23
**fine [2]** 9/24 11/14
**finished [1]** 3/25
**first [1]** 4/1
**five [1]** 11/12
**following [1]** 4/3
**foregoing [1]** 13/3
**forward [2]** 5/17 6/2
**further [1]** 8/16

**G**

**general [1]** 9/9
**get [4]** 6/6 7/9 11/3 12/9
**given [2]** 6/14 8/3
**gmail.com [1]** 1/24
**go [2]** 10/16 11/25
**going [5]** 6/2 6/13 6/16 8/8 12/4
**good [5]** 3/2 3/10 3/11 3/18 3/20
**Good afternoon [1]** 3/10
**Google [2]** 8/7 11/4
**government [5]** 1/13 3/6 9/13 9/25 11/24
**government's [2]** 5/21 8/14
**Great [1]** 12/5
**ground [1]** 6/8

**H**
had [2]  5/7 11/11
half [1]  11/11
happen [1]  3/23
happy [1]  8/25
hard [1]  8/5
has [4]  6/16 8/4 8/25 9/1
have [27]
he [1]  3/16
health [1]  8/23
hearings [1]  8/7
heavy [1]  8/3
here [1]  3/21
here's [1]  4/15
Hi [1]  3/17
his [1]  11/8
hold [1]  11/2
Honor [16]
HONORABLE [1]  1/10
hours [1]  8/19
how [6]  3/17 3/19 4/22 6/16 10/6 10/7
Hutton [1]  1/16

**I**
I am [7]  4/11 6/4 6/5 6/11 6/18 6/21 10/8
I apologize [1]  5/20
I believe [1]  7/16
I didn't [1]  7/18
I don't [7]  3/12 8/12 9/22 10/6 10/9 11/12 12/11
I have [8]  5/5 6/23 7/17 7/25 8/6 9/12 10/6 10/18
I mean [2]  6/4 10/12
I say [1]  11/17
I sent [1]  5/6
I should [1]  5/5
I think [10]  4/15 5/1 5/16 5/23 8/14 8/15 10/16 11/14 11/15 11/17
I understand [1]  6/1
I will [1]  10/9
I'd [1]  10/12
I'll [6]  6/23 7/11 9/21 10/20 10/23 12/9
I'm [19]
I'm going [2]  6/13 8/8
I'm not [1]  5/11
I'm sorry [3]  3/23 5/11 9/9
I've [2]  4/10 6/21
ideal [1]  8/1
include [1]  10/11
is [27]
isn't [1]  4/22
issue [2]  6/1 6/24
it [17]
it's [2]  4/22 10/7

**J**
January [2]  1/5 13/7
John [3]  1/21 1/21 3/7
johnlmachado [1]  1/24

Joseph [2]  1/16 3/5
Joseph Marshall [1]  3/5
joseph.hutton.marshall [1]  1/19
judge [3]  1/10 7/8 7/9
Judge Mehta's [1]  7/8
judge's [1]  4/18
judgment [1]  8/7
June [1]  7/25
just [11]  3/11 3/25 4/3 4/18 4/24 6/15 7/16 9/21 9/22 10/24 12/3
justice [1]  4/23

**K**
Kearney [3]  1/13 3/5 7/19
Keepers [2]  5/3 8/13
kind [5]  5/8 8/3 8/18 8/25 9/10
know [15]
knows [1]  6/11

**L**
LAW [1]  1/21
lawfully [1]  4/23
left [1]  11/15
let [4]  4/3 7/16 7/19 12/9
let's [3]  9/15 10/16 11/19
letting [1]  12/3
like [1]  8/20
line [1]  3/24
list [1]  7/18
literally [1]  8/9
little [2]  7/11 10/8
look [1]  8/14
lost [1]  3/11

**M**
Machado [11]  1/21 1/21 3/7 5/16 5/24 6/7 8/2 8/17 8/23 10/5 10/17
Machado's [2]  10/4 11/7
made [2]  8/15 9/18
make [5]  4/23 8/3 8/16 9/13 11/23
making [2]  5/21 9/5
March [7]  4/9 5/4 6/22 7/5 7/5 7/6 7/22
March 1st [1]  6/22
Marshall [3]  1/16 3/5 7/21
matter [2]  6/24 13/4
may [5]  6/18 7/11 8/1 8/12 10/19
maybe [1]  12/9
me [5]  4/3 4/22 7/16 7/19 9/24
mean [3]  6/4 7/4 10/12
meant [3]  9/8 9/9 11/17
mechanical [1]  2/7
MEHTA [1]  1/10
Mehta's [1]  7/8

Merit [1]  2/2
missed [1]  3/25
more [1]  8/2
morning [1]  3/2
most [1]  3/18
motion [1]  7/12
move [1]  7/11
Mr. [22]
Mr. Machado [8]  5/16 5/24 6/7 8/2 8/17 8/23 10/5 10/17
Mr. Machado's [2]  10/4 11/7
Mr. Marshall [1]  7/21
Mr. Parks [11]  3/11 3/14 3/17 4/4 4/11 4/13 4/24 8/17 9/4 10/10 11/8
Ms. [1]  7/19
Ms. Kearney [1]  7/19
much [2]  3/25 12/13
multiple [1]  9/5
my [8]  3/23 5/6 5/8 6/16 8/1 9/8 9/11 10/25

**N**
name [1]  7/17
necessary [1]  9/10
need [1]  11/24
needed [2]  4/13 7/12
needs [1]  10/14
New [1]  1/14
next [4]  5/25 6/5 6/6 6/23
no [9]  1/4 3/3 4/12 5/7 7/7 7/7 8/22 10/6 12/12
not [16]
now [5]  5/2 7/24 8/10 8/11 10/10
number [1]  6/14
NW [3]  1/17 1/22 2/4
NY [1]  1/14

**O**
Oath [2]  5/3 8/13
obviously [2]  6/12 8/10
occur [1]  5/22
OFFICE [1]  1/21
Official [1]  2/3
Oh [2]  3/13 7/6
Okay [7]  6/10 7/6 10/2 10/15 10/22 12/5 12/7
one [5]  1/14 5/23 8/8 8/16 12/12
only [4]  4/5 5/25 11/10 11/11
open [4]  7/7 8/18 9/9 9/11
oral [1]  11/4
other [2]  5/14 6/24
our [4]  4/5 7/24 8/15 9/1
ourselves [1]  5/1
out [4]  4/2 5/6 9/22 11/4
over [1]  8/19

**P**
p.m [2]  1/6 12/14
PARKS [14]
part [4]  3/18 5/10 6/11 6/17
parties [1]  11/22
passed [1]  4/6
past [1]  3/23
perspective [1]  8/1
pick [1]  5/7
pieces [1]  9/7
Plaintiff [1]  1/4
Plaza [1]  1/14
please [1]  3/15
point [4]  5/9 5/12 6/17 11/10
portion [1]  9/1
possibility [1]  5/14
possible [1]  7/10
possibly [1]  5/3
prefer [1]  9/6
preparing [2]  6/18 8/7
Pretrial [1]  6/19
pretty [1]  9/11
Prettyman [1]  2/4
probably [2]  8/16 12/4
problem [3]  4/15 9/3 10/7
problems [1]  4/12
proceedings [5]  1/9 2/7 3/9 12/14 13/4
produced [1]  2/7
proposal [2]  6/1 9/9
proposed [1]  5/25
provide [1]  11/25
put [1]  8/25

**R**
raise [1]  6/24
re [1]  11/10
re-start [1]  11/10
ready [2]  11/4 11/25
Realtime [1]  2/3
record [2]  5/5 13/3
recorded [1]  2/7
regard [1]  5/12
Registered [1]  2/2
Reporter [4]  2/2 2/2 2/3 2/3
represent [1]  11/8
request [1]  5/6
required [1]  10/8
reserve [1]  11/3
reserved [1]  8/6
reset [1]  11/19
reside [1]  9/4
respectfully [1]  9/7
right [12]  3/10 3/16 3/21 6/3 7/24 8/10 9/8 10/3 11/16 11/19 12/7 12/13
RMR [2]  13/2 13/8
roughly [1]  4/8
run [2]  4/7 11/12

**S**
safe [3]  10/13 10/21 10/24

said [3]  7/13 10/16 11/17
Saint [1]  1/14
say [8]  4/3 5/5 7/3 8/25 10/12 10/20 11/17 11/17
says [1]  4/17
schedule [6]  3/24 4/12 7/24 8/18 10/4 11/7
scheduled [3]  6/23 6/25 8/9
scheduling [1]  5/9
seeking [1]  5/23
sent [1]  5/6
sentencing [1]  9/12
set [4]  5/15 7/10 7/14 9/5
short [1]  6/1
short-term [1]  6/1
shorten [1]  12/6
should [2]  5/5 12/12
side [1]  10/24
sitting [1]  8/13
so [31]
So I think [1]  8/1
some [5]  4/7 5/6 7/14 10/11 11/24
something [4]  7/14 8/20 11/15 12/8
soon [2]  7/9 12/1
sooner [1]  12/9
sorry [3]  3/23 5/11 9/9
specific [1]  10/7
speedy [3]  4/5 4/6 4/17
Speedy Trial Act [2]  4/5 4/17
spoken [1]  4/10
spring [1]  8/8
squeeze [1]  8/19
start [4]  5/3 7/22 9/21 11/10
starting [1]  3/22
STATES [4]  1/1 1/3 1/10 3/3
status [2]  1/9 3/21
statute [1]  5/18
stenography [1]  2/7
STEWART [3]  1/6 1/21 3/4
still [2]  6/1 7/14
stipulation [1]  11/23
streamline [2]  8/15 9/18
Street [2]  1/17 1/22
subsequent [1]  6/17
Suite [1]  1/22
summary [1]  8/7
Superior [1]  7/15
suppose [1]  6/7
supposed [3]  3/22 5/22 7/21

**T**
table [1]  4/1
take [2]  8/8 11/20
takers [1]  5/8
talking [1]  11/11
term [1]  6/1

**T**

**terms [1]** 9/9
**Terrific [1]** 12/2
**than [1]** 8/2
**Thank [4]** 3/20 10/1 11/21 12/10
**Thank you [2]** 3/20 10/1
**Thanks [1]** 12/13
**that [39]**
**that'll [1]** 11/25
**that's [13]** 4/25 5/3 5/8 5/8 5/14 5/25 6/4 6/11 7/23 7/24 8/11 9/24 11/14
**then [9]** 6/7 7/1 7/14 7/25 10/3 10/10 11/5 11/9 12/8
**theory [3]** 5/2 6/5 11/5
**there [3]** 3/16 9/22 11/20
**there's [1]** 8/24
**these [2]** 3/9 9/5
**they're [1]** 11/23
**thing [1]** 4/1
**things [1]** 12/8
**think [14]**
**thinking [1]** 5/9
**this [17]**
**This is Criminal [1]** 3/3
**three [1]** 4/5
**through [8]** 4/4 6/22 6/25 7/3 10/4 10/23 11/6 11/9
**time [20]**
**titled [1]** 13/4
**today [2]** 3/25 5/22
**together [1]** 12/6
**toll [3]** 10/23 11/6 11/9
**tolled [1]** 4/17
**tolling [3]** 4/7 4/12 11/6
**tomorrow [4]** 6/13 6/18 6/20 6/24
**totally [2]** 7/7 10/21
**transcript [3]** 1/9 2/7 13/3
**transcription [1]** 2/7
**trial [30]**
**tried [1]** 5/5
**trips [1]** 9/5
**true [1]** 6/4
**try [2]** 4/2 4/8
**trying [1]** 11/3
**Tuesday [1]** 3/22
**turn [1]** 3/15
**two [6]** 5/21 9/12 9/16 11/11 12/3 12/4

**U**

**unavailability [1]** 10/25
**unavailable [1]** 5/16
**under [1]** 4/4
**understand [1]** 6/1
**understands [1]** 6/15
**UNITED [4]** 1/1 1/3 1/10 3/3

United States of [1] 3/3
**unnecessary [1]** 11/24
**unrelenting [2]** 3/24 4/11
**until [2]** 5/17 6/8
**up [5]** 4/4 5/7 7/23 11/13 12/8
**upon [1]** 5/2
**USAO [2]** 1/13 1/17
**usdoj.gov [2]** 1/15 1/20

**V**

**vacation [1]** 8/8
**versus [1]** 3/4
**very [1]** 12/13
**via [2]** 1/9 3/8
**video [1]** 3/15
**videoconference [1]** 3/8
**vs [1]** 1/5

**W**

**wait [1]** 4/14
**waive [2]** 10/10 10/13
**want [1]** 8/18
**wanted [1]** 7/9
**wants [1]** 7/13
**warranted [1]** 11/7
**was [5]** 5/22 5/24 5/25 7/18 9/8
**Washington [4]** 1/5 1/18 1/23 2/5
**we [27]**
**we'd [2]** 4/4 4/8
**we'll [6]** 6/12 11/6 11/9 11/19 11/20 11/25
**we're [7]** 3/21 8/2 8/17 8/25 9/9 11/10 11/12
**we've [2]** 8/14 11/11
**week [12]** 3/23 5/25 6/5 6/6 6/23 8/6 8/19 10/25 11/1 11/1 11/3 11/5
**weeks [1]** 11/11
**well [7]** 4/11 6/5 6/15 7/11 7/19 9/3 10/16
**well-aware [2]** 4/11 7/11
**were [2]** 3/22 5/23
**what [2]** 9/23 10/9
**whatever [2]** 4/13 10/13
**when [9]** 4/2 5/2 5/22 7/3 7/19 9/1 9/7 10/17 10/20
**whenever [1]** 9/5
**where [3]** 5/8 8/11 8/24
**whether [3]** 6/13 6/16 7/18
**which [6]** 4/3 4/16 5/14 5/25 6/23 11/23
**who [1]** 9/4
**why [2]** 9/20 10/23
**will [5]** 10/9 10/10 11/10 11/23 12/7
**William [3]** 2/2 13/2

**willing [3]** 4/13 10/10 10/13
**witnesses [1]** 11/24
**work [3]** 8/3 9/14 9/25
**working [2]** 11/23 12/6
**works [1]** 9/14
**would [7]** 5/7 8/1 8/21 9/4 9/5 9/6 11/2

**Y**

**Yeah [1]** 8/5
**yes [5]** 6/4 6/10 9/17 10/1 12/10
**York [1]** 1/14
**you [24]**
**you're [4]** 5/17 6/7 8/13 10/17
**your [20]**
**Your Honor [16]**

**Z**

**Zaremba [3]** 2/2 13/2 13/8
**ZOOM [1]** 1/9