IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )     CR No. 21-411-1
                                    )     Washington, D.C.
          vs.                       )     May 1, 2023
                                    )     9:27 a.m.
STEWART PARKS,                      )
                                    )     Day 1
          Defendant.                )
_____)


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Benet Kearney
                             DOJ-USAO
                             One Saint Andrew's Plaza
                             New York, NY 10007
                             (212) 637-2260
                             Email: benet.kearney@usdoj.gov

                             Joseph Hutton Marshall
                             USAO
                             601 D Street NW
                             Washington, D.C. 20001
                             (202) 252-6629
                             Email:
                             joseph.hutton.marshall
                             @usdoj.gov

For the Defendant:           John L. Machado
                             LAW OFFICE OF JOHN MACHADO
                             503 D Street, NW
                             Suite 310
                             Washington, D.C. 20001
                             (703) 989-0840
                             Email: johnlmachado@gmail.com

APPEARANCES CONTINUED:

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

<u>WITNESSES</u>        <u>DIRECT CROSS REDIRECT RECROSS</u>

GOVERNMENT'S:

SA LANELLE HAWA         18    39
LT. GEORGE McCREE       48    106
SA CHRISTOPHER POTTS 131    198

- - -

INDEX OF EXHIBITS

- - -

| <u>GOVERNMENT'S</u> | ADMITTED |
|---|---|
| 1 | 22 |
| 101 | 26 |
| 800 | 35 |
| 211 | 35 |
| 201, 204, 205 | 48 |
| 206, 208, 210 | 48 |
| 216, 217 | 48 |
| 221, 222, 224 | 48 |
| 226, 227, 228 | 48 |
| 230 | 48 |
| 301 | 48 |
| 401, 407, 408 | 48 |
| 409 THRU 415 | 48 |
| 421, 423, 425 | 48 |

| | |
|---|---|
| 426, 428, 429 | 48 |
| 527, 528 | 48 |
| 529 THRU 531 | 48 |
| 102 | 51 |
| 103 | 51 |
| 104 | 52 |
| 433 | 58 |
| 434 | 59 |
| 408 | 76 |
| 206A | 84 |
| 508, 509 | 140 |
| 511, 513, 515, 518 | 140 |
| 522, 523, 527 | 140 |
| 902 | 165 |
| 221A | 175 |
| 422 | 184 |
| 501 | 185 |

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  Good morning, Your Honor.

3  This is Criminal Case Number 21-411-1, United States of

4  America versus Stewart Parks.

5          Benet Kearney and Hutton Marshall for the

6  government.

7          John Machado for the defense.

8          The defendant is appearing in person for these

9  proceedings.

10          THE COURT:  Okay.  Good morning, everyone; it's

11  nice to be with you all.

12          So we are here today for trial.  Everybody ready

13  to proceed?

14          MS. KEARNEY:  Yes, Your Honor.  I think we have

15  just a handful of housekeeping things before we begin.

16          THE COURT:  Right.

17          So I've got my list and you all may have yours.

18  But me just go through -- there were three motions in limine

19  that the government had filed, and I don't think any of them

20  were opposed.

21          So there's ECF 62, motion in limine regarding the

22  authentication of certain video evidence.  The defense has

23  indicated it doesn't oppose that motion, so I think that

24  takes care of that.

25          MR. MACHADO:  That's correct.

1          THE COURT:  Motion in limine regarding, this is

2   ECF 64, about camera locations, and the defense had

3   indicated it does not intend to cross on that unless

4   necessary, and, if so, you'll let me know, right?

5          MR. MACHADO:  Yes, Your Honor.

6          THE COURT:  And then the same is true with respect

7   to ECF 65, which is the United States' motion in limine

8   regarding cross-examination of Secret Service witnesses; and

9   similarly, the defense hasn't opposed; but if there's some

10  reason to discuss protocols, et cetera, you'll let me know

11  before that testimony is -- before that question --

12         MR. MACHADO:  Yes, Your Honor.  We don't expect to

13  get into any of those areas.

14         THE COURT:  All right.  So that's -- those are the

15  motions.

16         MR. MACHADO:  Your Honor, I've been hearing some

17  static from my client.  He's using the headset.

18         THE COURT:  Okay.  We can see if another one of

19  these works.

20         All right.  Is that better, Mr. Parks?

21         THE DEFENDANT:  Yes, sir.

22         So I could hear you, but it was going in and out.

23  So I couldn't, like, follow along with what you were saying

24  once you entered.

25         THE COURT:  So let me just repeat -- how's this?

1    Can you hear me all right?

2            THE DEFENDANT:  Yes, sir.  It's not cutting in and

3    out as bad with as the first one was.

4            THE COURT:  Okay.  All right.

5            Well, if you are unable to hear consistently,

6    please let your lawyer know so that we can try and get that

7    resolved, because I don't want to -- I want to make sure

8    that you're able to hear everything clearly and able to

9    follow the proceedings.

10           But the bottom line, Mr. Parks, is that the

11   government had filed three motions in limine, those are

12   motions that address evidence and limitations on evidence.

13           None of those motions were opposed, so all of

14   those have been granted.  If your lawyer -- if there's a

15   reason to get into the areas that the government is

16   concerned about, he'll just let us know and then I can take

17   that up as it comes, okay?

18           MR. MACHADO:  Your Honor, I'm just trying to make

19   it -- he has a hearing hoss, and so switching -- I can't

20   actually talk to him privately when using the microphone.

21   So I'm trying to see if there's -- the Court's indulgence.

22           (Defense counsel conferred with the defendant off

23   the record.)

24           MR. MACHADO:  I think we're good.

25           Thank you for the Court's indulgence on that.

1          THE COURT:  All right.

2          And then the last piece of business I had is, I

3   hadn't signed the waiver of trial by jury, which I have just

4   done.

5          All right.  So those were my preliminaries.

6   Anything else -- I've received the parties' updated exhibit

7   lists as well.

8          MS. KEARNEY:  Thank you, Your Honor.  Just

9   briefly.

10          I believe we had already placed this on the record

11   in advance of our last trial date.  But just to make sure

12   everything is clear, the government wanted to put on the

13   record that a plea offer was extended in this case on

14   April 12th, 2022, pursuant to which Mr. Parks would plead

15   guilty to count 5 of the information, and that offer has

16   been rejected.

17          THE COURT:  Okay.

18          MS. KEARNEY:  Additionally, I know Your Honor

19   wanted parties' objections to exhibits raised prior to

20   commencing today.

21          We reviewed Mr. Machado's exhibit list.  I think

22   our objections will depend on how he intends to use his

23   exhibits.  I have some theories about what he might be

24   trying to do that I might object to.  But if Your Honor is

25   okay with it, we can take them up as they come up.

1          THE COURT:  Yeah, I think we can take them up.

2   Why don't we -- I assume -- these are for Mr. Machado's

3   case-in-chief --

4          MS. KEARNEY:  Right.

5          THE COURT:  -- and I think we can take this as it

6   comes.

7          MS. KEARNEY:  And then finally the parties, as you

8   may have seen, have reached stipulations regarding a number

9   of topics.

10         Oh, you haven't looked at our exhibit lists, so,

11  no, you haven't seen that.

12         THE COURT:  Right.

13         MS. KEARNEY:  And so our intention, just to

14  streamline things, would be to kind of admit certain

15  exhibits at the beginning of each witness.

16         THE COURT:  Okay.

17         MS. KEARNEY:  And then to the extent Mr. Machado

18  has an objection, we can take it up at that point, rather

19  than starting and stopping.

20         THE COURT:  Okay.

21         Yeah, that's helpful; that's terrific.

22         MS. KEARNEY:  Thank you very much.

23         MR. MACHADO:  Your Honor, on our end, just to --

24  the parties have been working together as far as exhibits

25  are concerned.

1            The only objections that we would have as far as

2    exhibits are concerned are one of a 403 nature.  And given

3    that the Court is sitting as both adjudicator as well as

4    factfinder, provided that the Court is willing to do that

5    legal fiction of being able to decide separately, we have no

6    problem with it being played if the Court allows us to

7    object at certain portions and the Court not consider it at

8    a time of its decision, that's really, for the most

9    important, any objection that we're going to have.

10            THE COURT:  Okay.

11            Well, I mean, just -- you should make sure any

12    objections you want to make, Mr. Machado, are made and put

13    on the record.

14            And, yes, it's a bench trial; on the other hand,

15    it's a criminal bench trial.  And so, you know, if there are

16    403 objections you want to make, make them, and I'll have to

17    rule.  I don't think it's quite the same as a civil case in

18    which you can be a little bit more flexible; I think I've

19    got to make affirmative rulings here and indicate what I am

20    and am not considering of the evidence.  So I just put that

21    up there as a...

22            MR. MACHADO:  And so just so the Court knows, it's

23    going to be more of the nature of videos showing other parts

24    of what was happening January 6th that didn't necessarily

25    involve my client that we believe might be not probative

1    and, frankly, a little bit more prejudicial and a little

2    inflammatory.  So it's in that regard.

3              THE COURT:  Okay.

4              MR. MACHADO:  Thank you.

5              THE COURT:  All right.

6              Well, as I said, make sure it's on there.  At

7    least at a minimum, I can acknowledge the objection.

8              And to state the obvious, I've seen lots of video

9    about the events of January 6th, and so I think I can

10   discern what is pertinent and what is not and I'm not going

11   to be inflamed by anything that would prejudice Mr. Parks

12   unduly.

13             All right.  With that, is there anything else we

14   need to discuss?

15             MS. KEARNEY:  Nothing from the government.

16             MR. MACHADO:  Not for the defense, Your Honor.

17             THE COURT:  Okay.

18             And just in terms of timing, what are the parties

19   anticipating in terms of timing for today and potentially

20   tomorrow?

21             MS. KEARNEY:  The government anticipates three

22   witnesses in total.  Our first witness will be Inspector

23   Lanelle Hawa, who will be maybe 20 minutes.  The next

24   witness will be Lieutenant George McCree.  I think he'll

25   probably be an hour and a half to two hours.  And then the

1    last witness will be Special Agent Christopher Potts, who

2    will also be an hour and a half, two hours.

3              THE COURT:  All right.

4              MR. MACHADO:  And, Your Honor, we had sent a

5    message to your law clerk with regard to our plans as far as

6    the second day.

7              It is -- we had made the request that the

8    government anticipated having the full day, although it may

9    be shorter at this point, but that at least our secondary

10   witness, he's coming in from out of town --

11             THE COURT:  Right.

12             MR. MACHADO:  -- and we would be asking for him to

13   be called.  And we have no objection to Mr. Parks -- however

14   the Court wants to proceed.  If the Court wants, he can

15   begin his testimony, if it appears that we have time towards

16   the end of this day, or we can do it all tomorrow and we

17   have no -- and the government has no objection as far as

18   interrupting my client's testimony to allow the character

19   witness to come in and out.

20             THE COURT:  Okay.  All right.  Well, we'll take it

21   as it comes.

22             Okay.  All right.  Well, let's get started, and

23   does the government wish to do an opening?

24             MR. MARSHALL:  Yes, Your Honor.

25             Your Honor, the joint session of Congress that

1   convened on January 6th, 2021 at 1:03 p.m.  By this time,

2   the crowd had already begun gathering around the Capitol

3   Building, and the security perimeter surrounding the Capitol

4   Grounds had already been breached.

5           But it was at 2:13 p.m., just over an hour after

6   that session convened, that this crowd first breached the

7   Capitol Building and drove the proceedings to a halt for

8   almost six hours.  The Defendant Stewart Parks was near the

9   front of this crowd.

10          As Your Honor knows, the first breach of the

11  Capitol Building that day occurred at the Senate wing door

12  entrance.  Rioters smashed windows to the left and the right

13  of that door, and the first rioter was able to crawl through

14  that window.  The defendant went into that building

15  45 seconds later.

16          The evidence today will show that the defendant

17  was steps away when that initial breach occurred.  He

18  watched from steps away as those windows were smashed, and

19  he watched from steps away as that door was kicked open.

20          (Video played)

21          MR. MARSHALL:  Your Honor, a mass of people would

22  enter the Capitol Building that day, but the defendant was

23  among the first 50.

24          And it wasn't by chance that he was among the

25  first to breach the building that day.  It wasn't that he

1    found himself in the wrong place at the wrong time.  The

2    defendant was among the first because he was determined to

3    get into that building.

4         On the morning of January 6th when he flew to

5    Washington, D.C., he posted exactly why he was doing so:

6    "On the way to D.C. to stop the steal."  And that evening of

7    January 6th, hours after he had left the Capitol Grounds, he

8    remained committed.

9         He messaged another user on Instagram:  "We ain't

10   giving up, no way in hell Biden is getting the presidency."

11        Your Honor, the evidence will show that the

12   defendant was committed to get in that building and that's

13   what led him to get to that Senate wing door earlier than

14   almost anyone else did that day, and I would like to briefly

15   outline the evidence that shows exactly how he did so.

16        The defendant and his friend Matthew Baggott

17   approached the Capitol from the west, working their way

18   through the West Plaza crowd towards the building.

19        According to the defendant's Instagram, they were

20   tear gassed on their way to the building on that West Plaza,

21   but that didn't stop them from continuing.

22        In fact, he didn't stop continuing until he

23   reached the very front of that West Plaza crowd, where it

24   met a line of police officers who were defending the

25   building there.

1          But even then, he didn't stop, he didn't turn

2     around.  Instead, he found a weak spot.  He joined behind a

3     group of rioters that had pushed past a police line onto the

4     northwest stairs toward the building.

5          He entered into the covered scaffolding that had

6     been erected in advance of the inauguration.  And once in

7     there, he stood feet away and watched as police continually

8     formed and reformed their lines and had to fall back as they

9     were pushed back by crowds.  In fact, when he first entered

10    that scaffolding, he posted on Instagram that made his

11    intent at this time clear:  "We're getting in."

12          The defendant was able to push past that police

13    line, move up the northwest stairs, and access the upper

14    West Terrace.

15          From there, he was able to beeline to the Senate

16    wing door, which as you can see, here he reached so quickly

17    that that window had yet to be shattered and the first

18    rioter had yet to enter the building.

19          And once the window was smashed, once that door

20    was kicked open, Parks would enter and he would have ran

21    inside for 43 minutes.

22          And, Your Honor, I'm not going to preview this

23    entire path through the Capitol right now, but I want to

24    mention that it spanned nearly the entire length of the

25    building while he was inside.

1                  And I will mention that this path included the

2        Ohio Clock Corridor, the entryway to the Senate chamber,

3        which he reached so quickly that Senators had yet to

4        evacuate after the session had been adjourned just minutes

5        earlier.

6                  And his path also extended all the way to the

7        opposite end of the building at the House chamber, where,

8        again, Congress members were waiting and sheltering in

9        place.

10                 And that's not all.  On his way out, the defendant

11       stole a metal detector hand wand from a Capitol Police

12       security checkpoint at the upper House doors entrance.

13                 (Video played)

14                 MR. MARSHALL:  And the defendant would re-enter

15       and re-exit this entrance several more times after this

16       point.  In fact, he remained in there until finally being

17       forced out by police officers, or as he put it, "The party

18       was fun until the SWAT showed up."

19                 Your Honor, the government's case today will be

20       brief, and I'd like to briefly remark on the five charges

21       brought against the defendant.

22                 The defendant's charged with unlawfully entering

23       and remaining in the Capitol Building.  The defendant has

24       stipulated that he entered the building and remained there

25       for 43 minutes.  And the evidence will make clear that he

1    knew he was not permitted to do so.

2         The defendant is also charged with picketing and

3    demonstrating at the Capitol Building.  And here, the

4    evidence will show that he carried with him a large yellow

5    "Don't Tread on Me" flag on a flagpole that he waved in the

6    building and wore a bright red political memorabilia that he

7    brought with him.

8         And, Your Honor, he's also charged with disruptive

9    and disorderly conduct and disrupting the congressional

10   proceedings of that day.  And here you can draw a direct

11   line between his breach at the Senate wing door and the

12   disruption of the congressional proceedings that day.

13        That breach occurred at 2:13 p.m., and within

14   minutes, both houses had adjourned and the building had been

15   sent into lockdown.  That disruption was the defendant's

16   intention that day, and that disruption occurred because of

17   the defendant and other rioters.

18        And finally, the defendant is charged with theft

19   and conversion of a hand wand.  And here the video evidence

20   is clear.  The defendant intended to take that wand, knowing

21   it would deprive the Capitol Police of it.

22        And so, Your Honor, at the conclusion of this

23   case, we'll ask that you find the defendant guilty of all

24   five counts charged against him.  And once we present the

25   evidence, we believe this will be the only just and

```
 1    reasonable conclusion.  Thank you, Your Honor.
 2              THE COURT:  Thank you, Counsel.
 3              All right, Mr. Machado.
 4              MR. MACHADO:  Your Honor, we'll be reserving our
 5    opening statement.  Thank you.
 6              THE COURT:  Okay.  All right.
 7              Is the government ready with its first witness?
 8              MR. MARSHALL:  Yes, Your Honor.  The government
 9    would call U.S. Secret Service Agent Lanelle Hawa.
10              COURTROOM DEPUTY:  Please raise your right hand.
11              (Witness is placed under oath.)
12              COURTROOM DEPUTY:  Thank you.
13              THE COURT:  Ms. Hawa, it's nice to see you again.
14    Welcome.
15              THE WITNESS:  Good morning.
16                          - - -
17    SA LANELLE HAWA, WITNESS FOR THE GOVERNMENT, SWORN
18                     DIRECT EXAMINATION
19                          - - -
20    BY MR. MARSHALL:
21         Q    Good morning.
22              Would you please introduce yourself and your place
23    of employment to the Court.
24         A    Yes.
25              Lanelle Hawa, and I work with the United States
```

```
 1    Secret Service.
 2         Q    And what's your role and title with the Secret
 3    Service?
 4         A    I'm currently an inspector.
 5         Q    How long have you been in that role?
 6         A    In this role, about a year and a half.
 7         Q    How long have you been with the Secret Service in
 8    total?
 9         A    Approximately 24 years.
10         Q    Ms. Hawa, can you tell us the mission of the
11    Secret Service?  Agent Hawa, sorry.
12         A    Yes.
13              We are tasked with protecting some of our nation's
14    highest leaders, as well as protecting the financial
15    infrastructure of the United States.
16         Q    And would you describe the responsibilities in
17    your current position as an inspector?
18         A    Yes.
19              I am currently assigned to the inspection
20    division.  And in that role, we conduct Internal Affairs
21    investigations, as well as office-compliance investigations.
22         Q    I want to jump now to January 6th, 2021.
23              Were you personally working on that day?
24         A    Yes, I was.
25         Q    Were you working in a particular division within
```

1   the Secret Service that day?

2          A     I was with the liaison division.

3          Q     What's that?

4          A     I was with the liaison division.

5          Q     And can you describe what the liaison division

6   does?

7          A     Yes.

8                So in that role, we typically have agents assigned

9   to multiple federal agencies, and we act as counterparts and

10  just coordinate any visits that our protectees would have to

11  those areas of responsibility, those departments that we are

12  liaisoning with.

13         Q     And did you have a particular assignment that day?

14         A     Yes.  I was assigned to the U.S. Capitol.

15         Q     Were you assigned to any particular protectees

16  that day?

17         A     Yes.  To the Vice President.

18         Q     Was the Vice President -- I assume that was the

19  Vice President at the time, Michael Pence?

20         A     Yes.

21         Q     Was he the only protectee visiting the Capitol

22  that day?

23         A     No, he was not.

24         Q     Who else?

25         A     We had his wife, Mrs. Pence, was coming, as well

1    as their daughter Charlotte.  And Vice President-elect

2    Harris was also due to come, I think.

3         Q    I would now like to show you what has been marked

4    as Government's Exhibit 1.

5              Special Agent Hawa, looking at this first page,

6    do you recognize what's shown here?

7         A    Yes.

8         Q    What is this?

9         A    That is an email that I sent on January 5th, 2021,

10   that served as somewhat of a coversheet to an attachment

11   that we refer to as the HOS notification or the

12   head-of-state notification.

13        Q    So you authored this email?

14        A    Yes, I did.

15             MR. MARSHALL:  Could we move to the second page.

16   BY MR. MARSHALL:

17        Q    Do you recognize this?

18        A    Yes, I do.

19        Q    What are we looking at here?

20        A    This is the head-of-state worksheet that I just

21   mentioned.

22             And it's a form that we use when we are notifying

23   the Capitol Police or the sergeant-at-arms offices that we

24   have a protectee coming to the Capitol.  We typically use

25   this for the President and the Vice President and heads of

1    state.

2         Q    And aside from the redactions shown on these

3    pages, do these appear to be a true and correct copy of

4    those documents?

5         A    Yes.

6              MR. MARSHALL:  Your Honor, the government would

7    move to admit Exhibit 1.

8              MR. MACHADO:  No objection.

9              THE COURT:  All right.  Government 1 will be

10   admitted.

11                              (Government's Exhibit 1
                                  received into evidence.)
12

13   BY MR. MARSHALL:

14        Q    Agent Hawa, who was this email sent to?

15        A    The email was sent to our counterparts at the

16   Capitol Police, and the House and Senate sergeant-at-arms

17   offices, as well as I think there were a few Secret Service

18   agents on there as well.

19        Q    And going back to page 2 if you wouldn't mind,

20   does this form indicate who would be visiting the Capitol

21   that day?

22        A    Yes, it does.

23        Q    Who does it list there?

24        A    Vice President Michael Pence, Mrs. Pence, and

25   Charlotte Pence.

1    Q    Does it indicate what time they were scheduled to

2 arrive that day?

3    A    It does.

4    Q    Can you point out where that is indicating?

5 I believe --

6    A    Yes, it's on the itinerary.

7    Q    And so that's 12:30 p.m.?

8    A    That is correct.

9    Q    And does this worksheet indicate the particular

10 areas that those protectees would be visiting within the

11 Capitol that day?

12    A    It does.

13    Q    Can you mark where that's shown?

14    A    Yes, that's also in the itinerary.

15        Usually it's in the arrival location.  It would

16 also be noted in the destination.

17    Q    And can you provide what areas this worksheet

18 indicates they were scheduled to visit that day?

19    A    Yes.

20        So they were scheduled to arrive at the Senate

21 carriage and then move to S214, which is the Vice

22 President's ceremonial office.  It's on the second floor of

23 the Capitol.

24        They were then going to move to the House chamber

25 and then there would be some back and forth between the

```
1    House chamber and the Vice President's office, as well as
2    the Senate chamber.
3         Q    And we'll return to that, but I want to briefly
4    ask:  Were you aware of any security perimeters surrounding
5    the Capitol Building or Capitol Grounds on January 6th?
6         A    Yes.
7         Q    How so?
8              Well, let me ask that in a different way.
9         A    Okay.
10        Q    Why was your awareness of the perimeter relevant
11   to your position that day or your assignment that day?
12        A    Sure.
13             So Capitol Police would have notified us of the
14   perimeter that we were setting up in coordination with them.
15             So a couple perimeters were set up.  There was a
16   main perimeter that was set up.
17             MR. MACHADO:  Objection, Your Honor; hearsay.
18             THE COURT:  It's overruled.
19             THE WITNESS:  There was a new security perimeter
20   based on the events that were occurring at the Capitol that
21   day; specifically, the certification of the Electoral
22   College votes.
23             In relation to events that were happening in town,
24   there was an inauguration platform being built on the west
25   side of the Capitol.
```

1           And there were some closures in effect due to

2    COVID and the public not being allowed at the Capitol.

3    BY MR. MARSHALL:

4       Q    And was it also necessary that day to establish a

5    perimeter based on the visit of the Secret Service

6    protectees that day?

7             MR. MACHADO:  Objection; leading.

8             THE COURT:  Sustained.

9             Just please rephrase.

10   BY MR. MARSHALL:

11      Q    Special Agent Hawa, is there a protocol with

12   respect to perimeters established around an area where a

13   protectee will be visiting that day, such as the Capitol?

14      A    When there is a large event being held at the

15   Capitol or there are events occurring around the Capitol

16   that would dictate that a perimeter be set up, and then

17   based on the individuals attending, our protectees, the

18   leadership from the Capitol, multiple decisions went into --

19   or considerations went into making the decision to have a

20   perimeter that day.

21      Q    And are you familiar with where that perimeter was

22   established around the Capitol Grounds that day?

23      A    Yes.

24            MR. MARSHALL:  Your Honor, I'd now like to pull up

25   Exhibit 101.

1    BY MR. MARSHALL:

2         Q    Agent Hawa, do you recognize what's shown here in

3    this document?

4         A    I do.

5         Q    What are we seeing here?

6         A    That is the agreed-upon security perimeter that

7    was established on January 6th, 2021.

8              MR. MACHADO:  Objection; lack of foundation.

9              THE COURT:  It's overruled.

10             She's testified as to the foundation, how she

11   knows this is a perimeter.

12             Go ahead.

13   BY MR. MARSHALL:

14        Q    And this also shows the Capitol Building and

15   Grounds, correct?

16        A    That is correct.

17             MR. MARSHALL:  Your Honor, we would move to admit

18   Exhibit 101.

19             THE COURT:  101 will be admitted.

20             MR. MARSHALL:  Sorry?

21             THE COURT:  101 will be admitted.

22             MR. MARSHALL:  Oh.  Sorry.

23             MR. MACHADO:  Reserving our objection for the

24   record, Your Honor.

25                            (Government's Exhibit 101
                              received into evidence.)

1          MR. MARSHALL:  Your Honor, for -- sorry.

2    BY MR. MARSHALL:

3          Q    Special Agent Hawa, in this particular case, why

4    was it important to establish a security perimeter that day?

5          A    Again, due to the large event that was happening

6    at the Capitol and the certification of the Electoral

7    College votes, the fact that the Vice President was going to

8    be involved in that and leadership from Congress and there

9    were some events that were occurring around the Capitol or

10   in the vicinity of with regard to an event being held at the

11   Ellipse, and there was expected to be a large crowd of

12   individuals involved in that.

13         Q    As part of these visits, do you prepare any kind

14   of emergency contingency plan in advance of these?

15         A    Yes, we always have an emergency action plan.

16         Q    What's the purpose of such a plan?

17         A    The purpose is just to have alternate plans

18   prepared in the event that we would have to move a protectee

19   within the site or evacuate the protectee from a site.

20              It could be for a multiple number of reasons.

21   It could be for a medical reason involving the protectees.

22   It could be natural disasters, it could be threats.  It's

23   just depending on multiple possibilities, so we always have

24   alternate route and plans.

25         Q    I'd now like to return to January 6th in

1    particular.

2              Was an emergency action plan prepared that day?

3        A    Yes.

4        Q    Were you physically present in the Capitol that

5    day?

6        A    Yes.

7        Q    Did you meet with Vice President Pence at the

8    Capitol that day?

9        A    I met the motorcade, yes, with Vice President

10   Pence.

11       Q    And where did you meet that motorcade?

12       A    At the Senate carriage entrance.

13       Q    Do you recall what time that was?

14       A    It was right around 12:30 p.m.

15       Q    Were Karen Pence and Charlotte Pence with him as

16   well?

17       A    That is true, yes.

18       Q    Where did you and the Pences go after that?

19       A    We moved from the motorcade arrival area to the

20   second floor and into the Vice President's ceremonial

21   office, the S214.

22       Q    And you mentioned this briefly earlier, but could

23   you describe the expected movements of Vice President Pence

24   within that building --

25       A    Yes.

1      Q      -- that day?

2      A      So our understanding was Vice President was going

3  to meet with the Senators in the Senate chamber.

4            And then just before 1:00 p.m., the Vice President

5  and the Senators would move across the Capitol and enter the

6  House chamber, at which point the certification of the

7  Electoral College votes would commence.

8            And we understood that if there were any

9  objections to any of the states' votes, that they would --

10  the House of Representatives and the Senate would break,

11  would separate, and then the Senators and the Vice President

12  would move back over to the Senate chamber.  So we

13  anticipated that happening a couple of times where there

14  would be, again, some back and forth between the two

15  chambers.

16      Q      And were part of your duties that day to escort

17  him as he was moving back and forth between these areas?

18      A      Yes.

19      Q      And so you mentioned that schedule.  Did that, in

20  fact, happen where the first -- well, I'll ask:  Where

21  did you and the protectees go from the Vice President's

22  ceremonial office?

23      A      So from the Vice President's office, we moved,

24  like I said -- a little bit before 1:00, the Vice President

25  and Senators, we moved over to the House chamber.  And then

1    we were in there until about, I want to say, 1:15.

2             My understanding is there was an objection to the

3    votes from Arizona, at which time they -- again, they split.

4    The House of Representatives stayed in the House chamber and

5    then the Senate -- the Senators and the Vice President moved

6    back over to the Senate chamber.

7        Q    And if I could go back slightly, how did you, the

8    Vice President and the other Senators travel from the Senate

9    chamber to the House chamber?

10       A    Straight across on the second floor, it's a

11   straight shot through the Rotunda, Statuary Hall.  It was

12   just -- like I said, just from one side to the other.

13       Q    And after the objection when you returned to the

14   Senate chamber, did you follow that same path?

15       A    Yes.  It's just a path across the second floor.

16       Q    And so once you returned to that Senate chamber

17   after that objection in the House, what was Vice President

18   Pence's role in those proceedings?

19       A    I don't specifically know all that he was to do,

20   but I know that he met with the Senators on the Senate

21   chamber floor for a little bit, and then he moved back into

22   his office.

23       Q    And did you remain with the Vice President as he

24   was in the Senate chamber conducting that business?

25       A    I don't go into the Senate chamber, I stay on the

1    outside.  But I was aware of the movements back and forth.

2    We have -- other agents were inside with him.

3         Q    Did you have access to radio communications at

4    this time?

5         A    Yes, I did.

6         Q    Can you provide when you, if you recall -- do you

7    recall hearing any significant radio chatter that day?

8         A    Yes.

9         Q    Can you provide when you first recall hearing such

10   chatter?

11        A    So when we were moving back from the House side to

12   the Senate side, again, it was a little bit after 1:00,

13   about 1:15 p.m., my -- I was hearing radio chatter from my

14   Capitol Police counterparts' radio, which they wear on their

15   uniform, and it's -- the volume is such that I could hear

16   what was happening, and it sounded like there was some sort

17   of --

18             MR. MACHADO:  Objection; hearsay.

19             THE COURT:  It's overruled.

20             She can answer as to what she -- it's not even

21   clear to me she's testifying as to a statement at this

22   point.

23             But go ahead.

24             THE WITNESS:  So I could hear the radio chatter

25   that was on the Capitol police officer's radio.

1          I then asked him what -- I asked to clarify what

2     I was hearing because it sounded to be as if there was some

3     sort of a scuffle occurring, at which time he let me know

4     that there had been a security breach on the west side of

5     our security perimeter.  And some unauthorized individuals

6     had made their way to the inauguration platform that was

7     being erected for the upcoming inauguration.  And there was

8     some fighting occurring between the Capitol police officers

9     and these unidentified individuals who were trying to breach

10    the main Capitol Building.

11          MR. MACHADO:  Objection; hearsay.

12          THE COURT:  It's overruled.

13          I'll accept it for the effect it had on her and

14    her future steps in connection with her protection duties of

15    the Vice President.

16          Go ahead.

17          MR. MARSHALL:  Thank you, Your Honor.

18    BY MR. MARSHALL:

19    Q     And so at this time, your understanding, based on

20    what you had heard, was that the exterior perimeter had been

21    breached.  Did the proceedings continue at that time?

22    A     The proceedings continued as far as the Vice

23    President leading the Senators over to the Senate chamber.

24    And then the Senators and the Vice President, you know,

25    congregating in the Senate chamber.  I can't speak to what

1    was happening in the House chamber; I wasn't over there.

2    But they stayed in session for a little bit, meaning having

3    their gatherings as separate units.

4              But as we continued to get information about the

5    security breaches, at some point, as it got worse, a

6    decision was made to halt the proceedings because my

7    understanding is they were removing some of the

8    congressional leadership from the House chamber, and we

9    eventually made a decision to move the Vice President from

10   the Senate chamber area.

11   Q     Can you describe where you evacuated Vice

12   President Pence to immediately from the Senate chamber?

13   A     So we removed him from his office to a location

14   that was still within the Capitol Grounds, within the secure

15   perimeter, but it's a location that we felt was safer than

16   him being in the Senate chamber area, because we were,

17   again, getting information, hearing -- I came face to face

18   with some of the unauthorized individuals in the Senate --

19   on the Senate side, so we made that decision to move him to

20   a safer location as to not get trapped in the Senate area.

21             MR. MARSHALL:  I'd like now to now pull up

22   Government's Exhibit 211.

23             MR. MACHADO:  Was that 201, Counsel?

24             MR. MARSHALL:  I believe it should be 211.

25             MR. MACHADO:  I couldn't hear.  I'm sorry.

1          MR. MARSHALL:  Oh, sorry.

2    BY MR. MARSHALL:

3      Q    Agent Hawa, do you see the person at the landing

4    standing halfway down the stairs in a black mask and blue

5    shirt?

6      A    Yes.

7      Q    Do you recognize that person?

8      A    That's me.

9      Q    Do you recognize this location?

10     A    Yes.

11     Q    Where is this?

12     A    So this is the area just outside of the backside

13   of the Senate chamber.  We refer to those stairs as the

14   member stairs.  This is the staircase that we typically

15   utilize when we are bringing the Vice President into the

16   Capitol and up to the Senate chamber or his office.

17     Q    Do you see the time stamp on the top left of the

18   video?

19     A    Yes.

20     Q    Could you read that for us?

21     A    Sure.

22          It says 2:25:48 p.m.

23          MR. MARSHALL:  And, Your Honor, this video has

24   been -- the admissibility has been stipulated to by the

25   parties.

1          And I guess at this point I would move to

2  introduce as evidence the stipulations which are marked as

3  Exhibit 800.

4          THE COURT:  Okay.  So the stips will be admitted

5  and 211 will be admitted.

6                                    (Government's Exhibit 800
                                       received into evidence.)
7                                    (Government's Exhibit 211
                                       received into evidence.)
8

9          MR. MARSHALL:  Thank you, Your Honor.

10          MR. MACHADO:  Just to clarify, we're just

11  admitting them all in 800 right now, I mean, it's fine, or

12  is that the specific one?

13          MR. MARSHALL:  Yeah, just the -- all stipulations

14  in evidence.

15          MR. MACHADO:  Okay.  That's fine.

16          MR. MARSHALL:  But just 211.

17          MR. MACHADO:  Thank you, Your Honor.

18          No objection, Your Honor.

19          THE COURT:  Okay.

20          MR. MARSHALL:  Could you now play the video into

21  13 seconds.

22          (Video played)

23  BY MR. MARSHALL:

24      Q    Do you recognize Vice President Pence in this

25  frame?

1          A     I do.

2          Q     Do you recognize Karen and Charlotte Pence?

3          A     I do.

4          Q     Could you identify those three?

5          A     Yeah, this is the Vice President, this is her

6     daughter Charlotte, and that is Mrs. Pence.

7          Q     And where are they going in this video?

8          A     This is the moment that we're moving up to a more

9     secure location.  Moving them.

10         Q     And, again, I won't ask for exact details

11    regarding this location, but was this location in the

12    security perimeter established that day?

13         A     Yes, it was.

14         Q     Were you with Vice President Pence the entire time

15    that he was at this secured location?

16         A     Yes, I was.

17         Q     And did Vice President Pence and his family ever

18    leave that security perimeter in the building while it was

19    in lockdown that day while they were at that secured

20    location that day?

21         A     No, they did not.

22         Q     Approximately how long did you and Vice President

23    Pence remain in that location?

24         A     For approximately five hours.

25         Q     And why was it necessary to remain in that secured

1    location for that long?

2         A    We had to remain in that area until we felt it was

3    secure and safe to bring the Vice President and Mrs. Pence

4    and Charlotte back into the Senate chamber area or the main

5    Capitol Building, which entailed getting -- by that point,

6    there had been numerous unauthorized individuals that had

7    entered or breached the main Capitol Building.  So we had --

8    there was a call for multiple federal, state, and local law

9    enforcement counterparts to come to the Capitol to assist in

10   removing these unauthorized individuals from the Capitol.

11        And for our purposes, we needed to make sure that

12   it was rendered safe, that the area was clean of, again, the

13   unauthorized individuals or any devices or anything that

14   could cause harm to not only our protectees but anyone else

15   who was returning to the event.

16        Q    And so based on your experience, Vice President

17   Pence could not have safely returned to either the House or

18   Senate chambers during that period?

19             MR. MACHADO:  Objection; leading.

20             THE COURT:  Rephrase if you would, please.

21   BY MR. MARSHALL:

22        Q    Based on your experience and training, would it

23   have been advisable to allow Vice President Pence to return

24   to either the House or the Senate chamber at that time?

25        A    No.

1      Q    Why not?

2      A    It was rendered unsafe because we didn't know who

3  the unauthorized individuals were that were in the building.

4  We knew they had not gone through a security sweep or they

5  weren't checked for any weapons or devices or anything that

6  could harm others.  So, no, we would not have recommended

7  that he return until, again, those individuals were cleared

8  out of the building.

9           MR. MARSHALL:  Just one moment.

10           The Court's indulgence, Your Honor.

11  BY MR. MARSHALL:

12      Q    And just to clarify, before Vice President Pence

13  returned to the Capitol Building, you were able to clear the

14  building along with other law enforcement agencies, correct?

15      A    That is correct.

16           MR. MARSHALL:  Okay.  Thank you.

17           Sorry, Your Honor.

18           No further questions, Your Honor.

19           THE COURT:  All right.  Mr. Machado, any

20  cross-examination?

21           MR. MACHADO:  Thank you, Your Honor.

22

23

24

25

1                          - - -

2                    CROSS-EXAMINATION

3    BY MR. MACHADO:

4         Q    Good morning.

5         A    Good morning.

6         Q    So just to be clear, the gentleman sitting there,

7    that's my client, you don't recognize him, correct?

8         A    I do not recognize him.

9         Q    You did not hear anything specific during all

10   these communications and chatter that -- the name

11   Stewart Parks, correct?

12        A    I did not.

13        Q    Okay.

14             Just so I get an understanding of the timing of

15   what you were hearing, it appears that you actually saw some

16   of the people, as well as hearing what was going on;

17   is that correct?

18        A    That is correct.

19        Q    Okay.

20             Did there come a time where the incident, the

21   concern was higher than others?

22             Do you understand what I'm saying, where there

23   was -- things were a little less in control than at other

24   times?

25        A    Yes.

```
 1        Q     Okay.
 2              When it began, presumably everything was a little
 3    up in the air, correct?
 4        A     It was a concern.
 5              Then when we got the immediate notification that
 6    there had been a breach, that's an immediate concern.  But
 7    we gathered -- continued to gather information and
 8    intelligence regarding what was occurring.  And then the
 9    more we gather and the more significant it becomes,
10    obviously it escalates.
11        Q     Okay.
12              Do you know about what time you heard that there
13    was an initial breach, if you recall a time?
14        A     An initial breach?
15              Sometime between -- well, the security breach on
16    the exterior was right around 1:15, between 1:00 and 1:15
17    p.m.
18        Q     And when you say "on the exterior," what do you
19    mean?
20        A     The exterior perimeter.  That was meaning that we
21    had gotten word that unauthorized individuals had breached
22    the security fencing that was on the west side.
23        Q     And did you hear exactly how that happened?
24        A     No, I didn't get specific details at that time.
25        Q     All right.
```

1    When was it that you heard that people started

2  entering essentially what was the U.S. Capitol building, if

3  you recall?

4    A    Well, there were multiple notifications.

5         So sometime after that 1:15, near the initial, was

6  that it was just the exterior perimeter that was breached.

7         And then eventually, again, after that 1:15 p.m.

8  time frame between the 2 -- I would say 2:00 or so, to, you

9  know, before we moved him, the Vice President, at 2:25,

10  there were multiple breaches on the main building:  On the

11  House side, the Senate side, west side, there was breaches

12  on the east side.  So I can't give exact times that each of

13  those were happening.

14    Q    So it sounds that, from what you testified, that

15  originally there were some -- there were law enforcement but

16  then a considerable amount of backup came; is that correct?

17    A    That is correct.

18    Q    Do you know, as far as the initial amount of law

19  enforcement, who they were?

20    A    I know some of them, where they came from you

21  mean, what divisions or departments?

22    Q    Were they U.S. Capitol police, presumably?

23    A    There was U.S. Capitol police.

24         We had Secret Service, FBI, ATF, I think, DEA,

25  multiple Park Police, Metropolitan Police officers arrived.

1    Q    During this radio chatter, did you hear anyone

2  indicating about how to proceed; in other words, keep them

3  out at all costs or use non-lethal or lethal -- well, let me

4  ask -- I'm asking multiple parts so let me just start.

5         Did you hear something to the effect of "what type

6  of force should be used"?

7    A    I did not.

8    Q    Okay.

9         Did you hear anything about what instructions

10  should -- were given about how to deal with the people

11  entering?

12    A    Instructions from who?

13    Q    On the people breaching the area; in other words,

14  were they told, use whatever force necessary or use

15  nonlethal or lethal force?

16    A    I don't have communications with all the federal

17  agencies and the state and locals that were responding.

18  I don't share communications, radio communications with

19  Capitol police.  We stay on our own frequency.  So I was not

20  getting the information directly as far as the directions

21  being given to the law enforcement entities that were

22  responding.

23    Q    So the radio chatter that you talked about where

24  you were hearing that people were breaching, who was that

25  from or what agencies was that from?

1      A      Yes.

2             So initially I heard it on my Capitol police

3      officer counterparts' radio as we were walking across from

4      the House to the Senate, again, at approximately 1:15 p.m.

5             And then after that, like I said, I wasn't --

6      I was hearing it because I was standing next to him.

7             And then after that as we separated and moved

8      apart from one another, I don't have -- again, I was in the

9      earshot of whole time of hearing the communication from his

10     radio.

11     Q      So as far as what you heard with regard to Capitol

12     Police counterparts, did you hear anything about how they

13     were dealing with or how law enforcement in general was

14     going to be dealing with the people who were entering?

15     A      I just knew that there was a call for assistance

16     to help them, you know, secure the perimeter, maintain the

17     perimeter, hold the perimeter.  And obviously to keep the

18     individuals, unauthorized individuals out of the main

19     Capitol building.

20            But as far as specifically what they were told,

21     no, I can't speak to that.

22     Q      You said part of what you heard was that they were

23     told to hold the perimeter; is that correct?

24     A      Right, to hold the areas that they had.

25     Q      Okay.

1           And how exactly -- if you heard, how exactly, were
2    they supposed to be doing that?
3           A    I don't have specifics as to how they were
4    supposed to be doing that.
5           Q    Did you hear at any time, as far as the initial
6    breach is concerned, did you hear about the number of people
7    that were involved or how many people were -- unauthorized
8    people were coming in?
9           A    Not specific numbers, no.
10          Q    Did you hear, within this radio chatter, any
11   indication of how they were dealing with or how successful
12   they were as far as stopping the breaches?
13          A    I knew at the initial broach, the one that I did
14   hear on the radio, and my conversation with the Capitol
15   Police officer, my counterpart, and then just hearing what I
16   heard on the radio, I remember hearing them saying that they
17   were, you know, they were outnumbered and to send backup,
18   that they needed assistance out there.
19          Q    Because they were outnumbered, did you hear how
20   they were supposed to deal with this larger throng of people
21   coming in?
22          A    No, not specifically.
23          Q    Did they give any indication about that they were
24   kind of shepherding them or leading them in a certain
25   direction?

1      A      No.

2      Q      Okay.

3      A      I wouldn't have heard that.

4      Q      I'm sorry?

5      A      I did not hear that.

6      Q      And about what time would you say that, if you

7  know, that things seemed to be a little back more under

8  control?

9      A      More under control?

10     Q      Yes.

11     A      Gosh, that wasn't until much later in the

12  afternoon, early evening.  So I would say, I mean, probably

13  7:00 p.m.

14     Q      Did you hear during these conversations that

15  people were voluntarily leaving at some point or that they

16  had, for lack of a better term, turned the tide around and

17  the situation was -- people exiting as opposed to people

18  entering?

19     A      Voluntarily?

20     Q      Yes.

21     A      I don't recall hearing that, no.

22     Q      Do you recall, perhaps involuntarily, I guess

23  since you put that distinction, that they were being told to

24  leave or made to leave?

25     A      Yes, once we had the additional law enforcement

1  entities arrive.

2      Q    And do you know about what time we're talking

3  about, that these additional entities arrived?

4      A    Oh, gosh, I think they were coming, you know, in

5  different period of time from -- I would say anytime after

6  that 1:15 p.m. initial breach.

7            MR. MACHADO:  All right.  Thank you.  Nothing

8  further.

9            THE WITNESS:  Of course.

10           THE COURT:  Any redirect?

11           MR. MARSHALL:  No redirect, Your Honor.

12           THE COURT:  All right.

13           MR. MARSHALL:  And, Your Honor, next we would

14  call -- and no further questions for Agent Hawa.

15           THE COURT:  Special Agent Hawa, you may step down.

16           THE WITNESS:  Okay.  Thank you very much.

17           MR. MARSHALL:  Your Honor, we would next call

18  Capitol Police Lieutenant George McCree.

19           THE COURT:  I'm sorry, George?

20           MR. MARSHALL:  McCree.

21           COURTROOM DEPUTY:  Please raise your right hand.

22           (Witness is placed under oath.)

23           COURTROOM DEPUTY:  Thank you.

24           THE COURT:  Lieutenant, welcome.

25           THE WITNESS:  Good morning.

1          MR. MARSHALL:  And, Your Honor, to save some time

2     here, as we previewed, we would like to mention the exhibits

3     that were agreed as admissible pursuant to stipulation that

4     we plan to discuss here during Lieutenant McCree's

5     testimony.

6          And, Your Honor, the Court's indulgence, I'm just

7     waiting for my computer to load the list now.

8          THE COURT:  Okay.

9          MR. MARSHALL:  So I'll read those now.  There's

10    quite a few, my apologies, and I'll go slowly here.

11         We'd move to admit Exhibits 201, 204, 205, 206.

12         THE COURT:  Hang on.

13         204, 205, 206, okay.

14         MR. MARSHALL:  208, 210, 216, 217, 221, 222, 224,

15    226, 227, 228, 230, 301, 401, 407, 408, 409 through 415,

16    421, 423, 425, 426, 428, 429, promise I'm almost done --

17    527, 528, and 529 through 531.

18         THE COURT:  I'm sorry, 529.

19         Then what was the last set?

20         MR. MARSHALL:  529, 530, and 531.

21         THE COURT:  Okay.

22         All right.  So, Mr. Machado, no objection to

23    those?

24         MR. MACHADO:  Your Honor, I did agree as far as

25    authenticity was concerned, but I think the relevance is

1    still an issue.  And while I think that most of them will be

2    relevant, I'll just make any objection as needed.

3              But no objection as to authenticity or the fact

4    that they are fair and accurate representations of what they

5    represent.

6              THE COURT:  Okay.

7              All right.  So all of those will be provisionally

8    admitted subject to further objection from the defense if

9    and when raised.

10             MR. MARSHALL:  Thank you, Your Honor.

11      (Government's Exhibits 201, 204, 205, 206, 208, 210, 216,
        217, 221, 222, 224, 226, 227, 228, 230, 301, 401, 407, 408,
12      409 thru 415, 421, 423, 425, 426, 428, 429, 527, 528, 521
        thru 513 received into evidence.)

13

14                              - - -

15   LT. GEORGE McCREE, WITNESS FOR THE GOVERNMENT, SWORN

16                        DIRECT EXAMINATION

17                              - - -

18   BY MR. MARSHALL:

19        Q    Lieutenant McCree, thanks for being with us there.

20             Would you please introduce yourself and state your

21   name and title.

22        A    Good morning.

23             I'm Lieutenant George McCree with the

24   United States Capitol Police.

25        Q    And what is your current position with the Capitol

1    Police?

2        A    I'm a lieutenant in the House chamber section.

3        Q    How long have you been in that position?

4        A    I've been in that position for approximately seven

5    months.

6        Q    And what are your responsibilities in that role?

7        A    I command the activities of the civilians and

8    officers that work the division.

9        Q    How long have you been with the Capitol Police in

10   total?

11       A    I've been the United States Capitol Police since

12   September 1st, 1993.

13       Q    And your current role, is that based in the U.S.

14   Capitol Building itself?

15       A    That is actually in the House office buildings

16   currently.

17       Q    And the Capitol Building is based in Washington,

18   D.C.?

19       A    It is.

20            MR. MARSHALL:  Thank you.

21            I'd now like to pull up Government's Exhibit 101

22   which is previously admitted.

23   BY MR. MARSHALL:

24       Q    Lieutenant McCree, does this appear to be --

25   setting aside the Red Line shown here for now, does this

1    appear to be a fair and accurate representation of the

2    Capitol Building and Grounds?

3         A    It does.

4         Q    And I would now like to mark one point on here.

5    Is that the green dot that indicates the middle of the

6    Capitol Building itself?

7         A    It is.  That's the Capitol dome.

8         Q    And would this indicate -- or where would this

9    indicate?

10        A    That is the Senate wing with a chamber where the

11   United States Senate is located.

12        Q    And how about over here?

13        A    That is the House wing where the chamber for the

14   House of Representatives is located.

15        Q    And how about this area right here?

16        A    That is the Lower West Terrace fountain.

17        Q    And so based on your experience working within the

18   Capitol Building, are you also familiar with the interior

19   layout of the building?

20        A    I am.

21             MR. MARSHALL:  So I would now like to show

22   Government's Exhibits 102 and 103.

23             You can pull up 102 first.

24   BY MR. MARSHALL:

25        Q    Lieutenant McCree, does this appear to be an

1    accurate representation of the Capitol Building as it

2    appeared on January 6th, 2021?

3         A    It does.

4              MR. MARSHALL:  Your Honor, we would move to admit

5    Government's Exhibit 102.

6              MR. MACHADO:  No objection.

7              THE COURT:  102 is admitted.

8                                   (Government's Exhibit 102
                                       received into evidence.)
9

10             MR. MACHADO:  The next I'd like to show is

11   Government's Exhibit 103 which is here with us, but we'll

12   admit it using the screen first.

13   BY MR. MARSHALL:

14        Q    Lieutenant McCree, do you recognize this?

15        A    I do.

16        Q    What's shown here?

17        A    This is a map of the first floor of the

18   United States Capitol Building.

19        Q    Does it appear to be true and accurate?

20        A    It does.

21             MR. MARSHALL:  Your Honor, we'd move to admit

22   Government's Exhibit 103.

23             MR. MACHADO:  No objection.

24             THE COURT:  That'll be admitted as well.

25                                   (Government's Exhibit 103
                                       received into evidence.)

1

2          MR. MARSHALL:  Next, could we pull up Government's

3    Exhibit 104.

4    BY MR. MARSHALL:

5        Q    Lieutenant McCree, can you tell us what we're

6    looking at here?

7        A    This is the map of the second floor of the

8    United States Capitol Building.

9        Q    Does it appear true and accurate?

10       A    It does.

11         MR. MARSHALL:  Your Honor, we'd move to admit

12   Government's Exhibit 104.

13         MR. MACHADO:  No objection.

14         THE COURT:  It will be admitted.

15                              (Government's Exhibit 104
                                  received into evidence.)
16   BY MR. MARSHALL:

17       Q    Lieutenant McCree, is the Capitol Building secured

18   24 hours a day?

19       A    It is.

20       Q    Who's in charge of securing that building?

21       A    The United States Capitol Police.

22       Q    What about the grounds surrounding the Capitol

23   Building?

24       A    The same, the United States Capitol Police is in

25   charge of the grounds and building.

1      Q    And so specifically thinking about the weeks

2  leading up to January 6th, were any additional restrictions

3  in place at that?

4      A    Yes.

5           During the weeks prior, there was -- we were in

6  COVID mode, and so the building was not open to the general

7  public the way that it would be today.  So it was staff and

8  members only.

9      Q    So no tourists permitted inside?

10     A    That is correct.

11     Q    Were any visitors for any reason allowed inside?

12     A    Yes.

13          Official business, if a member has -- a member has

14  a guest coming in, their name is submitted to the guest

15  lists and they're granted permission to come, escorted

16  through the building to their location.

17     Q    And so for those authorized visitors, is there any

18  sort of screening or security protocol in place for them

19  entering the building?

20     A    Yes.

21          The screening for any visitor, or anyone that's

22  not a member of Congress actually, is very similar to the

23  airport security, where the walk-through metal detector,

24  X-rays for the packages, et cetera.

25     Q    What's the standard equipment at these security

1    checkpoints?

2        A    We have a walk-through metal detector,

3    magnetometer.

4            And we have an X-ray.

5            The officers additionally will have a hand wand if

6    needed.

7        Q    Why is that hand wand important for that security

8    screening?

9        A    If there's a discrepancy with the walk-through

10   metal detecter and they need to determine if there's a

11   threat, to clear that threat, they use the handheld wand.

12       Q    So changing subjects a little bit, were you

13   working as a Capitol police officer at the Capitol Building

14   itself on January 6th, 2021?

15       A    Yes.

16           On January 6th, I was assigned to the Capitol

17   Building itself.  I worked in the House chamber that day.

18       Q    And what was your position at the time with the

19   Capitol Police?

20       A    I was an assistant commander for the House chamber

21   section.

22       Q    And when did you arrive at the Capitol Building

23   that day?

24       A    Approximately 7:30 in the morning.

25       Q    And so could you tell us a little bit about your

1    assignments and duties that day on January 6th, 2021 in that

2    capacity?

3         A    Certainly.

4              My duties that day were to give the duty

5    assignments for the civilians and officers that were working

6    the House chamber, provide them detail of what the day's

7    activities would be, give them their assignments, and

8    oversee those assignments throughout the day.

9         Q    Are you aware of what official business was

10   scheduled to take place at the Capitol that day?

11        A    Yes.

12             They were in session, in routine session, and they

13   were expecting the vote for the Electoral College, the

14   confirmation of the Electoral College vote that day.

15        Q    Were any additional security measures taken in

16   advance of those proceedings?

17        A    Yes.

18             The grounds were secured with both manpower,

19   we utilized our CDU squads, as well as physical barriers.

20             There were bike racks and snow fencing placed

21   around the Capitol square, both the north, south, east, and

22   west of the building.

23        Q    And why were those enhanced -- why were those

24   additional security measures deemed necessary?

25        A    We were provided intelligence that there was going

1   to be a demonstration taking place at the -- near the

2   White House, and that they would be planning to march toward

3   to the Capitol Building.  So to not disrupt Congress, the

4   additional measures were taken to secure the building.

5         Q    You'd mentioned the physical barriers erected

6   around the building.  Did you observe these yourself?

7         A    I did.

8              They had -- they were in place when I arrived to

9   work.  So as I drove -- and near where I parked, so I was

10  able to physically see the barriers in place and I had to

11  reroute my entry into the building as a result.

12        Q    Did they encircle the entire building?

13        A    They did.

14        Q    How are you aware of that?

15        A    I saw it and I was made aware of it through

16  several intelligence briefings.

17        Q    You mentioned that some Capitol police officers

18  were deployed in CDU squads that day, but were any

19  additional officers on staff?

20        A    Yes.

21             It was -- we had canceled a lot of the leave --

22  not leave, but we had a leave restriction that date.  So a

23  lot of officers that would not have been working were

24  working on that date.  So we had as much manpower as we were

25  able to muster at that point.

1      Q    Did the Capitol Police coordinate with any other

2  law enforcement agencies regarding January 6th?

3      A    Yes.

4           Routinely, we liaised with Metropolitan, and we

5  certainly did that day, as well as Secret Service.  And

6  that's to my knowledge.  We probably liaised with some

7  others as well.

8           MR. MARSHALL:  I would now like to show

9  Government's Exhibit 432.

10          433.  Sorry.

11 BY MR. MARSHALL:

12     Q    Lieutenant McCree, do you recognize what's shown

13 here?

14     A    I do.

15     Q    What are we looking at?

16     A    This is the west front of the U.S. Capitol.

17     Q    Do you see that green fencing shown in the

18 foreground?

19     A    I do.

20     Q    What's that?

21     A    That is the snow fencing that was in place as part

22 of the physical barrier to keep the public out of the

23 restricted areas.

24     Q    Does this appear to be an accurate representation

25 of how this side of the Capitol Building appeared on

1    January 6th, 2021?

2         A    It does.

3              MR. MARSHALL:  Your Honor, we would move to admit

4    Government's Exhibit 433.

5              MR. MACHADO:  No objection.

6              THE COURT:  433 is admitted.

7                                   (Government's Exhibit 433
                                        received into evidence.)
8

9              MR. MARSHALL:  Can we now pull up Government's

10   Exhibit 434.

11   BY MR. MARSHALL:

12        Q    Do you recognize what we're looking at here?

13        A    I do.

14        Q    What is this?

15        A    This is the signage that was placed around the

16   building, probably every four feet or so, along the snow

17   fencing and/or the bike racks.  So it encircled the building

18   with warnings, advising individuals that the area was

19   closed.

20        Q    Could you read that sign for us.

21        A    Certainly.

22             "Area closed by order of the United States Capitol

23   Police Board."

24             MR. MARSHALL:  And finally, I'd like to go briefly

25   back to Government's Exhibit -- sorry, the government would

1    move to admit Government's Exhibit 434.

2              MR. MACHADO:  No objection.

3              THE COURT:  434 is admitted.

4                             (Government's Exhibit 434
                                 received into evidence.)
5

6              MR. MARSHALL:  I'd like to briefly return to

7    Government's Exhibit 101, which is a photo.

8    BY MR. MARSHALL:

9         Q    And so now looking at that red line, does that

10   appear to be an accurate representation of that security

11   perimeter you had mentioned surrounding Capitol Grounds?

12        A    It does.

13        Q    So in advance of January 6th, were there any

14   demonstrations that were lawfully authorized to take place

15   around Capitol Grounds on January 6th itself?

16        A    On the grounds or around the grounds?

17        Q    Around the grounds.

18        A    Around the grounds, yes.

19        Q    But were any of these authorized demonstrations

20   planned to take place within the restricted perimeter

21   itself?

22        A    No, they were not.

23        Q    Did there come a time on January 6th, 2021, that

24   you learned that that perimeter had been breached?

25        A    Yes.

1    Q    Do you recall approximately when you heard this?

2    A    I heard it on the radio probably around 12:00 --

3    and I apologize for not knowing the exact time, it's been

4    some time.

5    Q    It's understandable.

6         Do you recall where you were when you learned

7    this?

8    A    I was in the House chamber when I heard that the

9    fence line had been breached.

10        MR. MACHADO:  Objection to hearsay.

11        THE COURT:  Overruled.

12   BY MR. MARSHALL:

13   Q    And so in response to hearing that the security

14   perimeter had been breached, did your duties or actions

15   change within that House chamber?

16   A    Yes.

17        So -- it did, yes, sir.

18   Q    How did they change?

19   A    We heightened our security at that point, which

20   would mean that officers who were on break would respond to

21   post or respond to assist with other areas.

22        And eventually we locked down the chamber due to

23   the building being breached.

24   Q    Did the congressional proceedings that were taking

25   place inside the chamber continue at that time?

1     A     They did not.

2           As part of the standard operating procedure for us

3     to secure the chamber in either a lockdown or an evacuation,

4     we advise the Parliamentarian to recess Congress, which

5     means that they will stop all proceedings and then we will

6     take any security measures at that point.

7     Q     I apologize, Lieutenant McCree.  Let me back up

8     and clarify for a second.

9           When you first learned that the Capitol Grounds,

10    rather than the building, had been breached, were the

11    proceedings ended at that time?

12    A     No, they were not ended at that time.

13    Q     And so do you recall the time of day that the

14    building itself had been breached?

15    A     The building itself had been breached around 2:13,

16    2:15, somewhere in that time frame.

17    Q     And why are you able to pinpoint this time so

18    exactly?

19    A     Well, I have seen footage of this, as well as the

20    fact that I was there and I just recall it.

21          So it was a time of day that kind of stuck out

22    because of the activities.

23    Q     And can you repeat what actions you took in

24    response to that breach just to clarify the record.

25    A     Certainly.

1          For the building breach --

2     Q    That's right.

3     A    -- we -- both in the House chamber where I was and

4  in the Senate chamber, we had to recess Congress in order to

5  lock down the chambers and...

6          So being that we were in COVID mode and the

7  members were seated in the galleries above, that was an

8  extension of the House chamber.  So everything had locked

9  down, both on the third and second floor, to prevent access

10  to the members to protect them.

11     Q    Did the Congress members evacuate the building --

12  or the chamber?

13     A    They did.

14          Not at that time, but they did, yes.

15     Q    At the time before they evacuated, what did they

16  do instead?

17     A    So we had locked down the chamber, which meant

18  that they were secured in the chamber, and we were

19  evaluating when and where and how to remove them and move

20  them.

21     Q    And what was your role during this lockdown?

22     A    I physically directed the officers in my area of

23  responsibility to lock down the chamber, meaning to close

24  the doors, provide additional security, and be prepared to

25  move the members of Congress when we were provided direction

1    to.

2         Q    How would you describe the atmosphere in the House

3    chamber during this period?

4         A    It was very --

5              MR. MACHADO:  Objection; relevance.

6              THE WITNESS:  I'm sorry.

7              THE COURT:  It's overruled.

8              THE WITNESS:  The atmosphere was very chaotic,

9    intense.

10             It was a lot of fear amongst the members.

11             And the officers had to take the actions that they

12   were dictated to -- the situation dictated.

13   BY MR. MARSHALL:

14        Q    Do you recall how long the Congress members

15   remained in that chamber prior being able to evacuate?

16        A    It was a little -- almost just short of two hours

17   that they were locked down, locked down in the chambers.

18        Q    Was there any point during this lockdown that

19   people that had unlawfully entered the building were

20   actually able to enter the House chamber?

21        A    There was -- no.

22             There were activities, but no.

23        Q    Was there any point where you feared they would?

24        A    Absolutely.  Absolutely.

25        Q    Can you describe what those moments were.

```
 1        A    Certainly.
 2             You could hear the chanting and the banging on the
 3   doors that were coming at that location, both on the third
 4   floor and the second floor.
 5             There were glass shattered from the glass windows.
 6             There was just, you know, the reports from the
 7   radio calls, which would include tear gas in the nearby
 8   chambers.
 9             And just all kinds of chaos.
10             And then there was finally, of course, there was a
11   shooting at the -- shortly after 4:00.
12             MR. MACHADO:  Objection; move to strike.
13             MR. MARSHALL:  Your Honor, I don't plan to ask
14   further questions on that subject.
15             THE COURT:  The objection is sustained, but I'll
16   ignore the fact of that testimony.
17             Go ahead.
18   BY MR. MARSHALL:
19        Q    Lieutenant McCree, did you remain in the House
20   chamber until the session was able to resume?
21        A    I evacuated the chambers with the members.
22             I evacuated the members from the chamber, returned
23   to the chamber to retrieve my personnel, and then I staged
24   them at a secure location until we were able to return and
25   resecure the chamber.
```

1    Q    And what time was that that -- well, let me back

2  up.

3         Can you describe the process of resecuring that

4  chamber?

5    A    Certainly.

6         There was a lot of debris that had to be cleaned

7  up.

8         There were furniture that had been moved to

9  barricade the doors, they all had to be put back in place.

10        There was damage that was either sort of covered

11 up or repaired or minimized so that the members could safely

12 return to the chamber prior to that.

13        And then, of course, my personnel had to be

14 re-posted at that time.

15   Q    Do you recall what time approximately you were

16 able to resume the session?

17   A    It was after 8:00 in the evening.

18   Q    So changing subjects now, does the Capitol Police

19 maintain a system of closed-circuit TV cameras?

20   A    Yes, we do.

21   Q    Are you familiar with that system?

22   A    I am.

23   Q    How are you familiar with it?

24   A    I earlier in my career was a physical security

25 specialist.

1           And during the time that we were -- I'm going to

2    give my age away -- but during the '80s and '90s, we were

3    installing both the cameras and bringing the building up to

4    code for the Americans with Disabilities Act.

5           So that was my function for several years, to

6    dictate where cameras would go, you know, to best be placed

7    there, and so I'm very familiar with the camera system.

8           MR. MARSHALL:  I would now like to pull up

9    Government's Exhibit 201, which has been previously

10   admitted.

11   BY MR. MARSHALL:

12   Q    And since there's no sound, I'll ask you while

13   this is playing:  Do you recognize this location?

14   A    I do.

15          This is the west front of the U.S. Capitol.

16   Q    Do you recognize the line of individuals in the

17   dark and yellow clothing?

18   A    I do.

19          The yellow and black is primarily Metropolitan

20   Police.

21   Q    Why was Metropolitan Police there that day?

22   A    They augmented our personnel.

23          We clearly didn't have enough personnel for the

24   crowd to provide the security.

25          Metropolitan had additionally been working with

1    the protest as it came down the Mall.  So they were -- part

2    of the plan, part of the liaison plan was to have them work

3    with us if needed.

4        Q    And you mentioned that some of these were

5    Metropolitan police officers.  Who were the other officers?

6        A    They were our officers, United States Capitol

7    Police, mostly the CDU squad.

8        Q    And can you describe what appears they are trying

9    to do here?

10       A    Yes, they're attempting to keep back the --

11            MR. MACHADO:  Objection, Your Honor; speculation.

12            THE COURT:  It's overruled.

13            Go ahead, you can answer.

14            THE WITNESS:  They're attempting to keep back the

15   crowds that had overrun the security measures, namely the

16   barriers and the CDUs that were in place further out.  So at

17   this point, they've come closer to the building than was

18   permitted.

19            MR. MARSHALL:  I'd now like to show Government's

20   Exhibit 301 that's been previously admitted.

21            (Video played)

22   BY MR. MARSHALL:

23       Q    Lieutenant McCree, are you able to recognize the

24   location shown here?

25       A    Yes, this is the Lower West Terrace on the west

1    front of the U.S. Capitol.

2         Q    How do you recognize it?

3         A    Up in the upper left is the stanchion for the

4    press for the impending inaugural address from the U.S.

5    Capitol -- or U.S. President.

6         Q    And these are metropolitan police officers shown

7    here, correct?

8         A    They are, yes.

9         Q    What's that metal object they appear to be holding

10   on to?

11        A    Those are the snow fencing.  That's the snow

12   fencing that was in place to protect the Capitol.

13        Q    And what are they using that fencing there for?

14        A    To provide a barrier between the protesters, the

15   rioters, and the building, or the area they're trying to

16   keep safe.

17             MR. MARSHALL:  I would now like to pull up

18   Government's Exhibit 527, which has been previously

19   admitted.

20   BY MR. MARSHALL:

21        Q    Lieutenant McCree, do you recognize this area

22   shown here?

23        A    I do.

24             This is the west front of the U.S. Capitol,

25   looking towards the Capitol.

1          MR. MARSHALL:  And now I would like to play --

2    pull up Government's Exhibit 530.

3          (Video played)

4    BY MR. MARSHALL:

5      Q    Lieutenant McCree, I believe this shows three

6    separate frames, but you able to recognize the locations of

7    these videos or each of these videos?

8      A    Yeah.

9          This is on the west front looking towards to the

10   U.S. Capitol in the area of the Lower West Terrace.

11         MR. MARSHALL:  Can we now play

12   Government's Exhibit 528.

13         THE COURT:  I'm sorry, that was just 530 you

14   showed?

15         MR. MARSHALL:  That's right, Your Honor.

16         THE COURT:  Okay.  Just making sure.

17         MR. MARSHALL:  All right.

18         (Video played)

19   BY MR. MARSHALL:

20     Q    And, Lieutenant McCree, that was pretty quick, we

21   can replay it if you need to, but were you able to recognize

22   the location of that video?

23         MR. MACHADO:  Objection.  I was not able to hear

24   the question because I have the speaker in front of me.  So

25   if we can -- I would ask the government to speak while the

1    sound is off.

2              MR. MARSHALL:  My apologies.

3    BY MR. MARSHALL:

4         Q    Lieutenant McCree, were you able to recognize the

5    location of that video?

6         A    Yes.

7         Q    Where was that?

8         A    That is the Lower West Terrace of the Capitol,

9    looking towards the Capitol Building.

10             MR. MARSHALL:  And can we now pull up

11   Government's Exhibit 531 and begin playing at 10 seconds.

12             And you can stop at 20 seconds.

13             (Video played)

14   BY MR. MARSHALL:

15        Q    Do you recognize the location of those videos?

16        A    I do, yes.

17        Q    Where is that?

18        A    In the same vicinity where the rioters were

19   protesting on the Lower West Terrace of the U.S. Capitol.

20             MR. MARSHALL:  And, Mr. Jennings, could we back up

21   just one second there.

22   BY MR. MARSHALL:

23        Q    Are you able to identify or see any police

24   officers in this video?

25        A    Yeah, I can see the helmets of the CDU squads that

1    were in front of the rioters, yes.

2            MR. MARSHALL:  Pulling up Government's Exhibit

3    102, which is a photo, and previously admitted.

4            I think we're going to pull out the big easel for

5    this one.

6            MS. KEARNEY:  I don't know if anyone who has to

7    see it can see it.  I can adjust it.

8            MR. MACHADO:  We can only see the top part.

9            Your Honor, may my client and I stand so we can

10   see it?

11           THE COURT:  Just move as you need to see the

12   exhibit.

13   BY MR. MARSHALL:

14       Q    Lieutenant McCree, and I can replay the video if

15   it would be helpful, but could you identify approximately

16   where that video appears to be taken on Government's Exhibit

17   102 I'm showing you?

18       A    Certainly.

19           Can you replay the video real quick, just make

20   sure I get it right.

21           MR. MARSHALL:  And that was 5:31.

22   BY MR. MARSHALL:

23       Q    Is that sufficient or would you like to play a

24   portion?

25       A    Yes, that's fine.

1          May I get up and --

2          So they would be somewhere in this area here.

3    BY MR. MARSHALL:

4        Q    And can you indicate on there where the line of

5    police officers we saw earlier in Exhibit 201 showing the

6    closed-caption video of the West Plaza?

7        A    So they were -- that line was sort of mobile, but

8    they were in this general vicinity down here.  So it kept

9    pushing back and forth during the protest activities.

10       Q    Thank you, Lieutenant McCree.  You can take your

11   seat again.

12          MR. MACHADO:  Your Honor, the record should

13   reflect he was indicating on 1 or 2, the lower -- I guess

14   the lower 2 -- about 2 or 3 inches above from the bottom in

15   the center.  Thank you.

16          MR. MARSHALL:  Can we now pull up Government's

17   Exhibit 407.

18          You can pause at the beginning.

19   BY MR. MARSHALL:

20       Q    Lieutenant McCree, do you recognize this location

21   shown here?

22       A    I do.

23       Q    Do you recognize that white structure on the left

24   side of the screen?

25       A    I do, yes.

1      Q    What is that?

2      A    That is part of the -- so behind that is the

3  stanchioning for the seating for the Presidential

4  inauguration, and that's part of the facade that they built

5  for esthetics around the seating.

6      Q    Are you able to identify any police officers shown

7  in this frame?  And I can -- why don't we play it for ten

8  seconds here.

9           (Video played)

10           MR. MARSHALL:  Let's go ahead and pause there.

11           That was an unfortunate pause.

12  BY MR. MARSHALL:

13      Q    Do you recognize any police officers in this scene

14  here?

15      A    I do.

16           I see the officers that are in place inside of

17  the -- inside of that facade to prevent the rioters from

18  coming up the steps, the location.

19      Q    And where do those particular steps lead?

20      A    They lead from the Lower West Terrace to the Upper

21  West Terrace.

22           MR. MARSHALL:  And this is paused for the record

23  at 6 seconds.

24           Can you now play to the 30-second mark.

25           (Video played)

1    BY MR. MARSHALL:

2        Q    And so if these rioters were to continue up the

3    stairs in this direction, where would they reach?

4        A    They would reach the Upper West Terrace of the

5    Capitol, basically the first floor of the Capitol Building.

6            MR. MARSHALL:  I would now like to go to

7    Government's Exhibit 401.

8            And you can play that from 10 seconds from the

9    beginning.

10           (Video played)

11   BY MR. MARSHALL:

12       Q    Does this appear to be the same area as shown in

13   Government's Exhibit 407?

14       A    It does.

15           MR. MARSHALL:  I would now like to go quickly to

16   Government's Exhibit 408, beginning at 50 seconds.

17           You can play until 1:25.

18           (Video played)

19   BY MR. MARSHALL:

20       Q    Do you recognize this area shown in this video?

21       A    I do.

22       Q    Where is this?

23       A    This is the interior of the area that we saw from

24   the outside.

25           Basically, the underneath of the stanchions, the

1    seatings that are set up for the Presidential inauguration.

2    Those are the stairs that go up from the Lower West Terrace

3    to the Upper West Terrace.

4         Q    Were you able to recognize the individuals that

5    appear behind this beige wall?

6         A    The officers at this point on the right-hand side,

7    yes.

8         Q    Those are Capitol police officers?

9         A    Those are Capitol police officers.

10        Q    What do they appear to be doing here?

11        A    They're attempting to keep the rioters from coming

12   any further than they are.

13             MR. MARSHALL:  Can we now skip to that 2:40 minute

14   mark in that same video.

15             And then you can play until 3:30.

16             (Video played)

17             MR. MACHADO:  Your Honor, I'm going to object on

18   403 grounds.  My client is not anywhere visible in this, and

19   it's more prejudicial than probative.

20             MR. MARSHALL:  Your Honor, to that I would say

21   that, there are a series of videos that will be shown both

22   before this witness and our other witness that's yet to

23   testify that will -- some videos show what the defendant

24   likely observed, and some show the positioning of the

25   defendant.  And so viewed in tandem, we would argue that

```
 1    they are both relevant.

 2              THE COURT:  Okay.

 3              I'll admit it.  I don't think it's more

 4    prejudicial than probative, and ultimately I can discern

 5    which videos are probative to the ultimate question of where

 6    Mr. Parks is and what he may be observing at any particular

 7    point in time.

 8                                    (Government's Exhibit 408
                                        received into evidence.)
 9

10    BY MR. MARSHALL:

11        Q    Lieutenant McCree, do you recognize Capitol police

12    officers in the frame shown here?

13        A    I do.

14        Q    What do they appear to be doing here?

15        A    They're attempting to keep the rioters from

16    accessing the restricted areas.

17              MR. MACHADO:  Objection; speculation.

18    BY MR. MARSHALL:

19        Q    Your Honor, based on -- or, Lieutenant McCree,

20    based on your experience as a law enforcement officer --

21              THE COURT:  It's overruled.

22              Go ahead.  He already testified.

23              I think it's pretty clear what they're doing.

24              Go ahead.

25              MR. MARSHALL:  The Court's indulgence.  Sorry,
```

1    Your Honor.

2              And could we now pull up Government's Exhibit 407

3    at the 11-minute mark.

4              THE COURT:  Counsel, before you do that, let's

5    go ahead and take our morning break.  It's a little after

6    11:00 now.  So at least according to my watch here, it's

7    11:05.  So let's take 15 minutes.  We will resume at 11:20.

8              MR. MACHADO:  Thank you, Your Honor.

9              COURTROOM DEPUTY:  All rise.

10             This Court stands in recess.

11             (Recess from 11:05 a.m. to 11:21 a.m.)

12             COURTROOM DEPUTY:  All rise.  The Honorable

13   Amit P. Mehta presiding again.

14             THE COURT:  Please be seated, everyone.

15             Lieutenant, welcome back.

16             All right.  Are you ready to continue with

17   testimony?

18             THE WITNESS:  Yes, sir.

19             MR. MARSHALL:  All right.

20             Could we pull up Government's Exhibit 531, which

21   is a video, and begin playing at 25 seconds, until 35

22   seconds.

23             MR. MACHADO:  I'm sorry.  When you turn, I'm not

24   able to hear.

25             MR. MARSHALL:  I'll turn this way.

1          Government's Exhibit 531, from 25 seconds to

2    35 seconds.

3          MR. MACHADO:  Thank you.

4          (Video played)

5    BY MR. MARSHALL:

6      Q    Lieutenant McCree, do you recognize the location

7    of these three clips?

8      A    I do.

9      Q    Where is this?

10     A    This is the west front of the Capitol, the Lower

11   West Terrace.  These are the north side steps, going from

12   the Lower West to the Upper West Terrace.

13         MR. MARSHALL:  I would now like to go to

14   Government's Exhibit 407 again and play from the 11-minute

15   mark just for ten seconds.

16         (Video played)

17   BY MR. MARSHALL:

18     Q    Do you recognize this area?

19     A    I do, sir, yes.

20     Q    Where is this?

21     A    This is the stairs on the west front of the

22   Capitol.

23     Q    Do you recognize that metal object there that

24   those two officers are holding?

25     A    Yes.  That's a bike rack.

1          MR. MARSHALL:  And can we now skip to the

2    12-minute mark.

3          And just play until the 13-minute mark.

4          (Video played)

5          MR. MACHADO:  Your Honor, just for preservation

6    purposes, I'll maintain my objection on 407 on 403 grounds.

7          THE COURT:  Okay.

8          MR. MARSHALL:  Thank you.

9    BY MR. MARSHALL:

10    Q    Lieutenant McCree, were you able to recognize

11    where officers appear to have been moving in this video?

12    A    They were retreating towards the Upper West

13    Terrace.

14    Q    Are you able to see where that would be on this

15    screen in terms of -- do you see that white building in the

16    background here?

17    A    Yes, on the right-hand side of the screen here.

18    Q    And so is that what you're referring to in terms

19    of moving up the northwest stairs?

20    A    Yes.

21          MR. MARSHALL:  I would now like to jump to the

22    17-minute-and-33-second mark.  You can play that until

23    17:55.

24          (Video played)

25

BY MR. MARSHALL:

Q    Is this that staircase you were referring to as the officers retreating to?

A    Yes.  They're fallen back to the Upper West Terrace.  They're attempting to keep the rioters as far away from the Capitol as possible.

MR. MACHADO:  I preserve my objection, Your Honor.

MR. MARSHALL:  Next could we open Government's Exhibit 409 and play it from the beginning.

And, Your Honor, I would note that we're not offering this for the narration that appears in this video.

(Video played)

BY MR. MARSHALL:

Q    Lieutenant McCree, do you recognize that area?

A    I do.

Q    Where is that?

A    That is the stairs leading to the Upper West Terrace.

MR. MARSHALL:  And next can we return one last time to Government's Exhibit 408 and play at the 13:10 mark until 13:40.

(Video played)

MR. MACHADO:  Your Honor, we'd object on 403 grounds.  There's no indication my client is present, so there's no probative value.  And it's more prejudicial than

1    probative.

2              MR. MARSHALL:  Again, Your Honor, we would just

3    ask that we be allowed the opportunity to prove up relevance

4    with the next witness to show the proximity of the defendant

5    to this scene.

6              THE COURT:  Okay.  It will be overruled.

7              As I said, I ultimately will be able to determine

8    the relevance of any particular video to this to Mr. Park's

9    presence at the Capitol that day.

10   BY MR. MARSHALL:

11        Q    Lieutenant McCree, were you able to see where this

12   location is that's shown here?

13        A    Yes, sir.  That's the Upper West Terrace of the

14   U.S. Capitol, the west side.

15        Q    And that was the Capitol Building in the

16   background here?

17        A    It is.

18        Q    What floor is that?

19        A    That's the first floor of the Capitol on the

20   Senate side.

21             MR. MARSHALL:  Can we now pull up Government's

22   Exhibit 205.

23             And you can pause it at the beginning.

24   BY MR. MARSHALL:

25        Q    Lieutenant McCree, do you recognize this area

1    here?

2         A    I do.

3              That's the Upper West Terrace, and those are the

4    Senate wing doors on the first floor of the Capitol.

5         Q    Could I ask you to stand up and identify that on

6    the map.

7              MR. MARSHALL:  And actually, I think at this

8    point, we would like to put up the previously admitted

9    Government's Exhibit 104 there.

10   BY MR. MARSHALL:

11        Q    Lieutenant McCree, are you able to identify that

12   area on the map here?

13        A    I am.

14             This is the west front of the Capitol.

15             This is the Upper West Terrace.

16             And what you're looking at in that image is the

17   west wing doors.

18             MR. MARSHALL:  Okay.  Thank you.

19             And now I would like to briefly return to

20   Government's Exhibit 204.

21   BY MR. MARSHALL:

22        Q    Lieutenant McCree, do you recognize this area?

23        A    I do.

24        Q    Where is this?

25        A    These are the stairs leading to the Upper West

1    Terrace on the Lower West Terrace.

2              MR. MARSHALL:  Okay.  Thank you.

3              Can we now return to Government's Exhibit 205.

4    BY MR. MARSHALL:

5         Q    You mentioned this was the Senate wing door

6    entrance, correct?

7         A    Correct.

8         Q    Was this entrance breached on January 6th?

9         A    It was.

10        Q    Do you recall when it was breached?

11        A    Around 2:13 in the afternoon.

12             MR. MARSHALL:  Can we pull up Government's Exhibit

13   410 and play for ten seconds.

14             (Video played)

15   BY MR. MARSHALL:

16        Q    Looking at the landing here and not the

17   background, do you recognize that area?

18        A    I do.

19        Q    Where is that?

20        A    That's the Upper West Terrace.

21             MR. MARSHALL:  And can we now play Government's

22   Exhibit 411 from the beginning for ten seconds.

23             (Video played)

24   BY MR. MARSHALL:

25        Q    Lieutenant McCree, do you recognize this area?

1      A      I do.

2      Q      Where is this?

3      A      This is the same area of the Upper West Terrace in

4  the Senate wing.

5              MR. MARSHALL:  I would now like to go back to 206

6  and -- well, actually, first can we pull up 206A, which is a

7  photo exhibit.

8              And I believe I may not have mentioned this in my

9  list of exhibits to be admitted at the outset, but I would

10 also note that this is admissible pursuant to stipulation

11 between the parties and we would move to admit it.

12             MR. MACHADO:  No objection on 206A.

13             THE COURT:  All right.  206A is admitted.

14                                  (Government's Exhibit 206A
                                       received into evidence.)
15 BY MR. MARSHALL:

16     Q      Lieutenant McCree, do you recognize this location

17 shown here?

18     A      I do.

19             This is an interior view of the Senate wing door.

20     Q      And that's in the U.S. Capitol building?

21     A      In the U.S. Capitol Building.

22             MR. MARSHALL:  Can we now return to the 206 video

23 exhibit at 1 minute and 20 seconds.

24             And you can it pause it, actually.

25 BY MR. MARSHALL:

1     Q    This is the same Senate wing door entrance

2  location?

3     A    Yes, it is.

4     Q    This would be after those rioters first entered

5  the building; is that correct?

6          MR. MACHADO:  Objection; leading.

7          MR. MARSHALL:  Can we back up to 40 seconds?

8          THE COURT:  It's all right.  The video speaks for

9  itself.

10         Go ahead.

11         MR. MARSHALL:  Can we go to, in that case,

12 Government's Exhibit 412.

13         And can we skip to 1 minute and 35 seconds.

14         And would you play this video until the end.

15         (Video played)

16         MR. MACHADO:  Your Honor, I'll be objecting to a

17 403 basis on this exhibit as well.

18         THE COURT:  Okay.  Same ruling.

19         MR. MARSHALL:  Can we pause here briefly.

20         Would you mind if we paused and went back about

21 two seconds.

22 BY MR. MARSHALL:

23    Q    Lieutenant McCree, what entrance is this?

24    A    This is the Senate wing door, the doorway to the

25 Senate wing door.

1      Q    On a typical day at the Capitol, how is this

2 entrance used?

3           MR. MACHADO:  Objection; relevance.

4           THE COURT:  It's overruled.

5           Go ahead.

6           THE WITNESS:  It's not used.  We don't use that as

7 an entrance, and so it's secured and it's not manned.

8 BY MR. MARSHALL:

9      Q    And so by secured, I presume you mean locked?

10     A    Well, it is locked.

11          We don't use that as an entrance, so there's no

12 officer screening at that location to allow visitors or

13 members in.

14          MR. MARSHALL:  We can now jump to Government's

15 Exhibit 413 and play it for 40 seconds.

16          (Video played)

17          MR. MARSHALL:  Can we pause there actually?

18 BY MR. MARSHALL:

19     Q    Lieutenant McCree, are you able to recognize this

20 room shown here?

21     A    Yes.

22          This is the -- directly in front of you is -- the

23 desk that you see in front of you is the visitors desk for

24 the Senate wing.  That is approaching the media corridors.

25 And the corridor that's to your right would take you to the

```
 1   Senate door or otherwise referred to as the Senate carriage
 2   door.
 3             MR. MARSHALL:  Thank you.
 4             I'd note that the video is paused at 35 seconds.
 5   BY MR. MARSHALL:
 6        Q    And, Lieutenant McCree, could I also ask you again
 7   to stand and identify where this location is shown,
 8   reflected on the Exhibit 103.
 9        A    So they're coming in this door here.
10             THE COURT:  Hang on for a second.
11             I'm going to need to see this.
12             So actually, could you maybe do that from the jury
13   box with your left hand instead.  Thank you.
14             THE WITNESS:  So they've entered -- they've
15   entered the door here, the Senate wing door.  They were in
16   the corridor going down this way.
17             And it looks as if they're turning towards the
18   Senate door, the carriage door this way.
19             MR. MACHADO:  Objection to the speculation end of
20   it.
21             THE WITNESS:  I'm sorry.  I'll say they are going
22   down this corridor and they are turning to go down this
23   corridor.
24             MR. MACHADO:  With that, I'll withdraw the
25   objection.
```

 1              THE COURT:  Okay.

 2              MR. MARSHALL:  Thank you, Lieutenant.

 3              Can we play for five more seconds on this one.

 4              (Video played)

 5    BY MR. MARSHALL:

 6         Q    And so it seems they turn right rather than

 7    continue to the carriage door; is that correct?

 8         A    Yes.  They turned right to go towards the carriage

 9    doors, yes.

10              MR. MARSHALL:  And let's keep going just until the

11    one-minute mark.

12    BY MR. MARSHALL:

13         Q    Lieutenant McCree, do you recognize that officer?

14         A    I do.

15         Q    Who is that?

16         A    It's Officer Eugene Goodman.

17         Q    How do you recognize him?

18         A    He worked for me for several years.

19         Q    Can you recognize where in the Capitol he's

20    located right now?

21         A    He's at the first-floor landing for the east grand

22    stairs on the Senate side of the building.

23         Q    Okay.

24              I'm sorry to keep asking you to do this.  Would

25    you mind indicating where that is on Government's Exhibit

1    103?

2        A    Certainly.

3            So the rioters came down the stairway this way,

4    they turned right again, and you can see the indication for

5    the stairway, the east grand stairway going up to the second

6    floor.

7            MR. MARSHALL:  Thank you.

8            Can we now skip to the last -- the 1:38 mark in

9    this video.

10           MR. MACHADO:  I'm going to object to 413 unless

11   there's some indication that my client was, as they have

12   proffered in, that he was present in the video or that this

13   was something he was seeing.

14           MR. MARSHALL:  Your Honor, we would have the same

15   response as before.  In fact, I can clarify why I think it

16   is we need to do this in two witnesses rather than one if

17   that would be helpful at this time.

18           THE COURT:  It's not necessary.

19           I mean, look, the bottom line is, it is a bench

20   trial, all of this has been admitted subject to an

21   objection.

22           But ultimately if the video exhibits are not

23   connected up in terms of relevance, I'll be able to discern

24   then.

25           MR. MACHADO:  Thank you, Your Honor.

1          MR. MARSHALL:  Thank you, Your Honor.

2          Mr. Jenkins, would you mind playing until the end

3    here.

4          (Video played)

5    BY MR. MARSHALL:

6     Q    Lieutenant McCree, were you able to recognize that

7    staircase?

8     A    Yeah.

9          That, again, is the East Grand staircase on the

10   Senate side, and they were going from the first floor to the

11   second floor.

12         MR. MARSHALL:  Thank you.

13         Can we now pull up Government's Exhibit 414 and

14   play from the beginning.

15         And can we pause there.

16   BY MR. MARSHALL:

17    Q    Just to avoid playing a similar video, what

18   location is shown here, if you recognize it?

19    A    It's the Upper West Terrace.

20         And I'm not -- I believe that's the

21   Parliamentarian's office, and I need to see more of the

22   video to be sure.

23         MR. MARSHALL:  Can you play it for a few more

24   seconds.

25         (Video played)

1          THE WITNESS:  That's the west wing door.

2          Sorry, I just couldn't tell from the other

3   snippet.

4          MR. MARSHALL:  Thank you.

5          Can we briefly now pull up Government's Exhibit

6   415 and pause at the beginning.

7   BY MR. MARSHALL:

8      Q    Lieutenant McCree, do you recognize this area?

9      A    That's the second floor landing of the Senate East

10  Grand steps.

11         MR. MARSHALL:  Can we just play this for ten

12  seconds.

13         We can pause there actually and re-pause at the

14  6-second mark.

15  BY MR. MARSHALL:

16     Q    Do you recognize Eugene Goodman in this video?

17     A    I do.  He's on the left-hand side of the screen.

18     Q    Are you able to tell where he appears to be

19  walking?

20     A    Yes, he's walking backward, which would lead him

21  to the Ohio Clock Corridor.

22     Q    And so it appears they -- which direction do they

23  return when they reach that landing on the staircase?

24     A    They're turning to the left, which would be south.

25     Q    And if they turned right, where would that have

1    taken them?

2        A    That would take them to the -- there's two doors

3    that would lead on to the Senate floor, the Republican door

4    and the lobby door if they were to turn to the right.

5             MR. MARSHALL:  Could we now return to Government's

6    Exhibit 408 and play at 16:10.

7             You can just play for five seconds.

8             (Video played)

9    BY MR. MARSHALL:

10       Q    Is this the base of the East Grand Stairs;

11   is that correct?

12       A    That's correct.

13            MR. MARSHALL:  Can we play this now until 17:24.

14            (Video played)

15   BY MR. MARSHALL:

16       Q    Lieutenant McCree, do you recognize this room

17   they've just entered?

18       A    Yes.  This is in the Ohio Clock Corridor.

19       Q    Would you mind marking it on Government's Exhibit

20   104 which I'll --

21       A    This is the Ohio Clock Corridor on the Senate side

22   of the building.

23       Q    Would you point out the east stairs they took to

24   get there too?

25       A    These are the east stairs.

1       So they came up here, went down this corridor and

2  turned into this corridor.

3       And, of course, the Ohio Clock Corridor is the

4  main entrance to the Senate, U.S. Senate floor at this door

5  right here, the Senate wing door.

6       MR. MARSHALL:  Thank you.

7       Could we now go to Government's Exhibit 208.

8       And you can pause.

9       Can you play for 45 seconds.

10       (Video played)

11       MR. MARSHALL:  You can skip ahead to 45, actually.

12  BY MR. MARSHALL:

13       Q    Lieutenant McCree, do you recognize this area?

14       A    I do.

15       This is, again, the Ohio Clock Corridor.

16       Q    Are you able to recognize Officer Goodman in this

17  video?

18       A    Yes.

19       Q    Can you identify him for us?

20       A    He is, if you're looking at the corridors on the

21  right-hand side, on the right-hand side of the line of

22  officers that are there.

23       Q    Could you read the time stamp shown on the top

24  left of the page.

25       A    Certainly.  It's 2:15:57 p.m.

1        Q    And returning to the map, if you would, what

2   portions of the Capitol are behind the line of police

3   officers shown here?

4        A    The floor -- the main floor of the U.S. Senate is

5   located there.

6        Q    Would you mind showing us where that is.

7        A    So this is where the Senators sit.  This is the

8   main floor of the U.S. Senate.  This is their door.  The

9   officers in that photograph are roughly about there.

10        Q    To your knowledge, what other officers were

11   defending that entrance at the time?

12        A    The gentleman with the hat on, the scrambled eggs,

13   that's the bureau commander inspector, Tom Loyd.

14             There were several other officers, Officer Su.

15   And I can't see the faces of the other ones.  I'm sure

16   I know who they are, I just can't see them from the

17   photograph, sorry.

18             MR. MARSHALL:  Can we now pull up Government's

19   Exhibit 421, which is a photograph.

20   BY MR. MARSHALL:

21        Q    Do you recognize what's shown here?

22        A    Yeah, that's Inspector Loyd addressing the

23   rioters.

24        Q    Do you recognize what room this is in?

25        A    This is the same corridor, the Ohio Clock

```
 1   Corridor.
 2             MR. MARSHALL:  Thank you.
 3             Can we now go to Government's Exhibit 210.
 4             And you can pause it there.
 5             And that's at 3 seconds.
 6             You can re-open it and pause at the beginning as
 7   well.
 8             You can it pause there, and that's paused at 5
 9   seconds.
10   BY MR. MARSHALL:
11        Q    Lieutenant McCree, this is the Senate door
12   entrance we saw earlier; is that correct?
13        A    Yes, sir.
14        Q    Can you recognize the time stamp at the top left
15   corner of the video?
16        A    2:24:25.
17             MR. MARSHALL:  Thank you.
18             I'd now like to pull up Government's Exhibit 423
19   and play it.
20             (Video played)
21             MR. MARSHALL:  Again, I would note we're not
22   admitting this for any relevance of the narration.
23   BY MR. MARSHALL:
24        Q    Lieutenant McCree, do you recognize that area?
25        A    I do.  That's the spiral stairs going up to the
```

1    Speaker's suite.

2        Q    And could I ask you to identify that on the map as

3    well.

4             And since this is a staircase, I'll ask that we

5    identify it on both Exhibit 103 and 104.  I'll come help

6    facilitate that.

7        A    Certainly.

8             The Speaker's suite is on the House side of the

9    Capitol.

10            And they're coming from the Crypt into the area

11   with the long door.  This spiral stair leads up to the

12   Speaker's suite on the second floor.

13            And so this is the same spiral stairs that comes

14   here.  This opens into the -- they call it the little House

15   Rotunda.  And so that goes directly into the Speaker's

16   suite, which is this L-shaped area here.  So they're coming

17   up directly in front of the Speaker's suite.

18       Q    Thank you.

19       A    You're welcome.

20            MR. MARSHALL:  I would now like to pull up

21   Government's Exhibit 216.

22            And you can pause at the beginning there.

23   BY MR. MARSHALL:

24       Q    Do you recognize this area?

25       A    Yes, that's Statuary Hall.

1    Q    And I hate to ask again:  Do you mind marking this

2    on 104.

3    A    This one is actually has a label for the room.

4    It's right here.  This is Statuary Hall.  It's the old House

5    chamber.

6          MR. MARSHALL:  Okay.

7          Thank you.

8          Can you now open and play Government's Exhibit

9    425.

10         (Video played)

11         MR. MARSHALL:  You can pause it there at 17

12   seconds.

13   BY MR. MARSHALL:

14   Q    Do you recognize this area?

15   A    I do.  That is Statuary Hall.

16   Q    So the same room shown as the previous exhibit?

17   A    Yes, sir.

18         MR. MARSHALL:  Next I'd like to go to Government's

19   Exhibit 425 -- or 217.

20   BY MR. MARSHALL:

21   Q    And I'll ask while the video is playing while

22   there's no sound, do you recognize this area here?

23   A    I do.

24         This is looking into -- this is looking into

25   Statuary Hall from the House door area, House main door.

```
 1        Q    Could you read the time stamp at the top left.

 2        A    2:31:10.

 3        Q    Are you able to recognize any law enforcement

 4   officers in this video?

 5        A    I see some that are -- they have their backs

 6   immediately to us in the forefront of this video.

 7        Q    Are you able to discern what they appear to be

 8   doing?

 9        A    They are attempting to keep the rioters --

10             MR. MACHADO:  Objection.

11             THE WITNESS:  They're attempting to keep the

12   rioters from entering the area of the House main door.

13             THE COURT:  Sorry.  The video speaks for itself.

14   He can provide a description.  It's fine.

15             Go ahead.

16   BY MR. MARSHALL:

17        Q    Can you describe what parts of the Capitol would

18   be behind the officers, so what they're facing away from

19   here?

20        A    Certainly.

21             The House main door is the main entrance to the

22   House floor.

23        Q    Would you mind marking that on 104 if you will?

24        A    Certainly.

25             This is, again, the second floor of the Capitol.
```

1    They're coming from Statuary Hall down what is called the
2    Will Rogers corridor.
3              This is the House, main House door.  And this area
4    is the House floor.
5         Q    And do you recall where you would have been on at
6    2:30 p.m. on January 6th?
7         A    Yes.  I would have been on the third floor of this
8    area in the House galleries.
9         Q    And what was happening in the House chamber at
10   that time if you recall?
11        A    We were locked down at that point.
12             We were locked down at that point.  And so we had
13   secured the doors, and we were providing direction to the
14   members to secure themselves away from the doors.
15        Q    Had the Congress members evacuated from the House
16   chamber at that point?
17        A    Not at 2:30, no.
18             MR. MARSHALL:  Thank you.
19             I would like to now pull up 4:26 and play it from
20   the beginning for just five seconds.
21             (Video played)
22   BY MR. MARSHALL:
23        Q    Lieutenant McCree, do you recognize this area?
24        A    Yes.  That's the external door to the House
25   chamber.  So it's in the corridor leading to the House

1    chamber.  That's the House main door on the right-hand side.

2         Q    That wooden double doors with the arch, that's the

3    entrance you're referring to?

4         A    Yes, sir.

5              So there's two doors there.

6              This is sort of a glass door that opens to a small

7    vestibule.  And then the main door is just beyond that.

8         Q    So this would just be a small hallway vestibule in

9    between those two doors?

10        A    Yes, sir.

11        Q    Were you present in the House chamber earlier in

12   the day when Vice President Pence and the Senators had

13   entered the chamber?

14        A    I was.

15        Q    Do you recall which entrance they used for the

16   House chamber?

17        A    They used this entrance to enter the chamber.

18             MR. MARSHALL:  Thank you.

19             I'd now like to move to Government's Exhibit 221.

20             And you can pause here at five seconds.

21   BY MR. MARSHALL:

22        Q    Do you recognize this area?

23        A    Yes, this is the Upper House door.

24        Q    Could you read the time stamp on this video.

25        A    This is 2:45:25.

1     Q    So on a typical day at the Capitol, who's

2    permitted to enter through these doors?

3     A    It's a members-only door.

4     Q    You testified earlier about the security

5    checkpoint and protocols for members and visitors.  Is this

6    one of those checkpoints shown here?

7     A    It is.

8     Q    Do you see the black and yellow object on the

9    table next to the walk-through metal detector?

10     A    Yes, sir.

11     Q    What is that?

12     A    That is a hand wand, a hand-held magnetometer.

13     Q    And does that appear to be the type typically used

14    by Capitol Police?

15     A    Yes.

16          MR. MARSHALL:  I would now like to play this video

17    until the 50-second mark, until the end.

18          (Video played)

19          MR. MARSHALL:  I just have a handful more for you,

20    Lieutenant.

21          Could we quickly pull up Government's Exhibit 220.

22    BY MR. MARSHALL:

23     Q    Does this provide that same view of the Upper

24    House doors?

25     A    Yes, it is.

1          MR. MARSHALL:  Pull up Government's Exhibit 224.

2    BY MR. MARSHALL:

3      Q    Again, this shows that same view of the Upper

4    House doors?

5      A    It is.

6      Q    Thank you.

7          THE COURT:  I'm sorry, can you just restate the --

8    what did you call the name of the doors?

9          Upper House doors is what you said.

10          MR. MARSHALL:  Could we now go to Government's

11    Exhibit 226.

12    BY MR. MARSHALL:

13      Q    Lieutenant McCree, do you recognize this location?

14      A    Yes, sir.

15          It's the same area from the opposite view.

16          So we were looking towards the exterior, and now

17    we're looking from -- towards the interior.

18      Q    And could you read the time stamp here at the top

19    left of the page.

20      A    It's 2:48:53.

21          MR. MARSHALL:  Thank you.

22          Could we go now quickly to Government's Exhibit

23    228.

24

25

1    BY MR. MARSHALL:

2        Q    This provides that same view of the Upper House

3    doors?

4        A    Yes, sir.

5             MR. MARSHALL:  Thank you.

6             And Government's Exhibit 230.

7             You can pause there.

8    BY MR. MARSHALL:

9        Q    Lieutenant McCree, are you able to recognize this

10   doorway?

11       A    Yes.

12            This is the same Upper House door, looking from

13   the top down, if you will, towards the exterior of the

14   building.

15       Q    So those are the doors themselves on that bottom

16   left and bottom right?

17       A    That is correct.

18            MR. MARSHALL:  Thank you.

19            And I would now like to pull up

20   Government's Exhibit 531 at 40 seconds.

21            You can play there.

22            (Video played)

23   BY MR. MARSHALL:

24       Q    So those last two clips, do you recognize the

25   areas shown in those clips?

1      A    Yes.

2           The last two were on the House side from the Upper

3    West Terrace, from the upper -- excuse me, from the Upper

4    House door.  I apologize.

5      Q    And so what portion of that area did that first

6    video show, if we could pull up just, I believe, the

7    42-second mark of that same video.

8           And so this is the video you're referring to.

9    This would be the interior of the House doors?

10     A    Yes.

11          MR. MARSHALL:  And then if we skip to 49 seconds.

12          Well, 47.

13   BY MR. MARSHALL:

14     Q    This would be the exterior area of that Upper

15   House doors?

16     A    Yes.

17     Q    And final exhibit, can we pull up Government's

18   Exhibit 428 and play for five seconds.

19          (Video played)

20   BY MR. MARSHALL:

21     Q    Lieutenant McCree, are you able to recognize this

22   area?

23     A    Yes.  It's the Upper House.  That's coming down

24   the Upper House stairs.

25          If you could --

1           MR. MARSHALL:  Yeah, we could -- could you

2    continue playing for ten seconds.

3           (Video played)

4           THE WITNESS:  So these are the center steps from

5    the east front of the Capitol, coming down from the Rotunda

6    steps.

7           MR. MARSHALL:  Could you continue playing for

8    another 15 seconds, Mr. Jennings.

9           (Video played)

10   BY MR. MARSHALL:

11       Q    And so this would be the center steps of the east

12   side of the Capitol?

13       A    Yes, sir.

14   BY MR. MARSHALL:

15       Q    So it would be -- could you mark that on the map

16   that's shown there.  We could also pull up the first floor

17   if it would be indicated there.

18       A    This is the Rotunda.

19           And these are the center steps coming down to the

20   east front.

21       Q    Could you indicate where the Upper House doors

22   would be on this map?

23       A    Upper House door is located over here.

24           MR. MARSHALL:  Thank you.

25           And the Court's indulgence just one moment,

```
 1    Your Honor.  I believe that's all I have.
 2              (Government counsel conferred off the record.)
 3              MR. MARSHALL:  No further questions, Your Honor.
 4    Thank you.
 5              THE COURT:  Thank you.
 6              Mr. Machado.
 7              MR. MACHADO:  Yes, Your Honor.
 8                            - - -
 9                        CROSS-EXAMINATION
10    BY MR. MACHADO:
11         Q    Good afternoon, sir.
12         A    Good afternoon.
13         Q    I represent Mr. Parks here.
14              You're not familiar with Mr. Parks?
15         A    I've never met Mr. Parks, no.
16         Q    Now, I want to talk to you about your role on that
17    day, first of all.
18              Now, you are -- were you a lieutenant at that
19    time?
20         A    At that time I was a sergeant, sir.
21         Q    Okay.
22              And with regard to your involvement, it seemed --
23    my understanding is that you were more -- your information
24    was more detailing what was going on inside rather than
25    outside; is that correct?
```

1    A    My assignment was that day was inside, yes.

2    Q    So as far as what was going on outside, you're --

3    basically the information that you had was just what was

4    being relayed to you by others, correct?

5    A    There were moments when I looked out the window

6    and saw the activity.

7    Q    So you are -- so some of these views that you were

8    shown with regard to the moving of bike racks, for instance,

9    at the top of the steps, that's something that you didn't

10   see in person, correct?

11   A    I did not see that in person, sir.

12   Q    With regard to the snow fence and the bike racks,

13   you said that you were aware of it because of you had seen

14   it when you had been parking or, you know, or previous times

15   before entering in there, correct?

16   A    Yes.

17        It took several days for them to put it up, so I

18   saw it as they were putting up.

19        And I did see it fully in place as I was coming to

20   work, reporting to work that day.

21   Q    And it sounds like, it, in fact, might have been a

22   little annoying or you had to change where you went in order

23   to park because of this; is that correct?

24   A    I wouldn't call it an annoyance, but I did have to

25   reroute my entry into the building.

1        Q     Fir enough.

2              So when we're talking about these items that you

3        saw as far as bike racks and snow fences, those are things

4        that you're basing the location of where they were based

5        upon your knowledge of incidents either the morning of

6        January 6th or prior to January 6th, correct?

7        A     I'm not sure I understand your question, sir.

8        Q     Well, you talked about that there were no fences

9        up, correct?

10       A     Yes.

11       Q     You talked about there were some bike racks that

12       were set up, correct?

13       A     Yes.

14       Q     And, in fact, you were shown and you indicated

15       that there was a perimeter that was created, correct?

16       A     That is correct.

17       Q     So your knowledge of those bike racks and those

18       snow fences and where they were are based on your

19       recollection what you saw prior to, let's say, 1:00 on

20       January 6th, correct?

21       A     They were based on the command briefings that I

22       received, notifying me that they would be there.

23             We've worked other events where we've used them.

24       And I've worked both CDU and inside, so I'm familiar with

25       it.  And I visually saw the rack, the bike racks on that

particular day, yes.

Q    So while you may have seen some stuff while you were looking inside, you really don't know what the conditions or status of the bike racks is or the snow fence from 1:00 onward on January 6th, correct?

A    I've certainly seen it.  I've seen documentaries, I've seen whatever -- I consider myself very familiar with it.

Q    Well, taking aside what you've seen on documentaries and other videos, your personal knowledge is not based on anything that you physically saw, correct?

A    I saw the aftermath of it.

Q    Okay.

A    So I saw the before and I saw the after.

Q    Okay.

What did you see after the aftermath as far as the snow fences?

A    They had been overrun.  That had been, at many points, knocked down or removed out of the way.

Q    Okay.  Would you say the same for bike racks?

A    Yes, sir.

Q    But you don't know either how they got into those positions, at least not personal knowledge, correct?

A    Did I see them on that day get knocked over personally?  No, I was inside the building, sir.

1    Q    And you do not know at what time that happened,

2    correct?

3    A    I do.

4         In real-time, I was provided that information via

5    my radio.  As we work, I scan, I listen to everything that's

6    going on.

7         So as they breached an area, I was advised by the

8    officers at that location, as was everyone in the

9    department, via the radio communication.

10        So for instance, as they breached First Street,

11   there was an announcement that they breached First Street.

12   So I knew -- although I didn't see it, I knew that the bike

13   racks and whatever was overrun at that point.

14   Q    So when did they breach First Street?

15   A    I don't recall off the top of my head.  But if I

16   had to guess, it would be around 1:00.

17   Q    I'm not asking you to guess.

18   A    Then I don't know, sir, I'm sorry.

19   Q    Okay.

20        And so while you have indicated that you knew that

21   things had been breached and had been informed of when

22   they'd been breached, other than possibly saying it was

23   before or after 1:00, you can't say with certainty what time

24   it happened, correct?

25   A    I do not know exactly what time it was.

1      Q     So you do not know if someone came from -- went

2   over to the west side of the Capitol, what, if any,

3   blockades or signs were up at the time they walked through,

4   based on your own personal knowledge, correct?

5      A     I knew at approximately 7:00 what was there, yes.

6      Q     And would it be safe to say you knew better what

7   was not there because most of it had been either run over or

8   had been pushed aside, correct?

9      A     In the morning, everything was in place.

10     Q     I'm sorry, I guess when you said 7:00, you meant

11  7:00 a.m. rather than 7:00 p.m.?

12     A     0700 hours.

13     Q     Misunderstanding.  Sorry.

14           Okay.  But after 1:00, you can't say what was not

15  knocked down and what was in place?

16     A     No, I was inside, sir, I did not see that.

17     Q     Now, with regard to entries into the Capitol, it

18  sounds like there are some entries that are permitted for

19  the public and there are some entries that are permitted for

20  House members or staff possibly and then there are some that

21  are not permitted by anyone, they're more of emergency exits

22  or something to that effect.  Is that a correct statement?

23     A     Almost.

24           On that date, there was no public entry to the

25  building.

1      Q    Okay.

2           All right.  But as far as while there was no

3    public entry, there are places where normally, and this is,

4    I guess, pre-COVID or -- and not on a day like this, that

5    people would be able to enter through there, correct?

6      A    Yes.

7      Q    Okay.

8           For instance, I mean, just the -- what would be

9    one of those entrances, for instance, that the public would

10   normally be able to come in through?

11     A    Members -- excuse me, the public that have

12   scheduled meetings.

13     Q    Well, let's start with public that didn't have

14   scheduled meetings.  This is pre-COVID.

15     A    Pre-COVID, public that did not have a scheduled

16   meeting, and after COVID, would not be allowed into the

17   building without an escorted access.  They would be allowed

18   into the visitors center, which is a separate building from

19   the Capitol --

20     Q    Okay.

21     A    -- designed to accept and screen security members.

22     Q    So from the visitors center, how are they allowed

23   to enter at that point?  Is it they've been given permission

24   or they go through some sort of screening process?

25     A    They would be screened to assure that they don't

1    have any prohibited items on them.  And then they would be

2    granted access to the visitors center.

3              If they're coming into the Capitol building, they

4    would be given a badge and they would be escorted through

5    the building, which was the process, the standard operating

6    procedure before, during, and after COVID.

7        Q    And the entry would be, is it Statuary Hall they

8    would be entering or is it some other?

9        A    No.

10             Statuary Hall is in the building itself on the

11   second floor of the Capitol.

12       Q    But when a visitor is entering the building,

13   what's the room that they would be going to?

14       A    There's a screening area on the lower level of the

15   Capitol visitors center.

16             And I believe you're trying to reference

17   Emancipation Hall, am I correct?  So that they would come

18   from there and enter into Emancipation Hall, where they

19   would be given their access, whatever they have for access.

20       Q    And in that entrance, you would find the X-ray

21   machine, magnetometer, and the wands?

22       A    Yes.

23       Q    Now, as far as -- it seems to me that we

24   referenced an entry area in which you said House members

25   were able to enter, I guess it was the House door.  I'm

1    trying to remember specifics.

2    A    Both the House door and the Upper House door

3    members are allowed entry there, yes.

4    Q    And there's actually also a magnetometer and a

5    wand through those doors as well, correct?

6    A    Yes, the door is restricted for members.

7          But if they bring, I'm going to say, a member of

8    the press in the middle of an interview or a senior staffer

9    with them, we need to be prepared to either reject them or

10   screen them at that location.  So we do have auxiliary

11   screening materials at those locations just in case we have

12   to screen someone.

13   Q    So how would a person be aware that they were not

14   able to enter through that door, the one that we were just

15   talking about?  Would it be because one of the security

16   guards would tell them?

17   A    There are stanchions on the steps that have signs

18   prohibiting individuals.

19         There are officers posted on the steps to advise

20   people, pre-screeners, if you will.

21         At the top of the stairs is another set of

22   officers to advise and prohibit unauthorized entry.

23         And then when you come in the building, there are

24   officers at that location.

25   Q    With regard to the door that you saw that people

1    entered through where you saw that they broke the glass and

2    they kicked the door in, do you recall which door that was?

3         A    The Senate wing doors, is that what you're

4    referring to, sir?

5         Q    Yes.

6              The one that was on the Upper Terrace?

7         A    Yes.

8         Q    On that door, are there any signs?

9         A    No.

10        Q    Okay.

11        A    There are not -- well, emergency exit only.

12        Q    Well, let me clarify.

13             There's an emergency exit only that's from the

14   inside, but it's not on the outside, correct?

15        A    There should be posted -- signs on posts on the

16   exterior of the building that advise you of that as well.

17        Q    Okay.

18        A    There's like a ramp that goes up.  And there

19   should be signs on one side or the other, I don't know which

20   side, but there should be some sort of signage.

21        Q    Okay.

22             So you believe there was -- there were signs that

23   indicated at that point people were not able to -- people

24   who were coming in from the outside would know that they

25   could not go through that door.  Is that your testimony?

1     A    I believe there should be a sign, that we usually

2   keep a posted sign on the doors that are like that, so I

3   would believe that there were signs there.

4          Additionally, that is a restricted area.  So you

5   would have to have gone past officers advising you not to --

6   the Lower West Terrace is a restricted area.  So anything

7   going above there, they're going to advise you at any point

8   whether you're coming from the east or the west.

9     Q    So it would be officers advising you that you

10  couldn't get up there; is that correct?

11    A    Normally there would be signage.

12         There was construction for the inaugural address,

13  so I don't know if the signage was in place.

14         But there would normally be signs on a post that

15  would say restricted area or some sort of restriction.

16    Q    You saw several of these videos that we showed of

17  people going up these stairs, correct?

18    A    I did.

19    Q    Did you in any of those see any signage indicating

20  that people couldn't go and proceed there?

21    A    I did not.

22    Q    In fact, what we did see on the videos was, in

23  fact, police officers who were trying to stop people at the

24  top of the stairs, correct?

25    A    Yes, sir.

1    Q    And at one point, the police officers essentially

2  got overrun and people passed them, correct?

3    A    Correct.

4    Q    Okay.

5         Did the police officers -- are you aware whether

6  the police officers tried to stop the people that were

7  coming up after they had been overrun?

8    A    Yes, sir.

9    Q    Okay.

10        And how did they do that?

11   A    As we saw on the videos, they were combating with

12 them.

13   Q    I'm saying after they got overrun?

14   A    After --

15   Q    Once the throng of people started going in, where

16 did the police officers go?

17   A    I couldn't tell you exactly.

18        I'm not 100 percent sure of your question, but

19 I couldn't tell you exactly where they went.

20   Q    And from the looks of it, hundreds of people went

21 up those stairs, correct?

22   A    Yes, sir.

23   Q    Now, there were a couple places inside, I think

24 one of them was in the Ohio -- the Ohio clock room, is

25 that -- am I remembering that?

1       A       The Ohio Clock Corridor.

2       Q       Yeah, that Ohio Clock Corridor, where police

3    officers lined up and basically were kind of creating a wall

4    where people were not allowed past them, correct?

5       A       That's correct.

6       Q       And, in fact, at least on the Ohio Clock Corridor,

7    from what we saw as far as videos are concerned, no one

8    crossed and passed those officers, correct?

9       A       No, I did not see that in the video, no.

10      Q       I guess also in the Will Rogers hall, Will Rogers

11   corridor, there was a similar line of police officers?

12      A       Yes.

13      Q       And I think they were leading -- they were

14   blocking the entrance to the House, correct?

15      A       That is correct.

16      Q       And they also created some sort of line or a wall

17   of police officers where they were not letting people pass,

18   correct?

19      A       They attempted to, yes.  That failed.

20      Q       Did, in fact, people overrun those officers?

21      A       They did.

22              I know that because I heard it on the radio.

23      Q       All right.

24              Do you know what time that happened?

25      A       I do not know what time that happened.

1      Q    Okay.

2           So with regard to the camera system that we've

3  seen just overall the closed-circuit camera system, there

4  was one -- there were several that were shown where there

5  was the magnetometer and the wand, do you remember those,

6  those would be Exhibits 228, 230, do you remember seeing

7  those?

8      A    At the Upper House door, yes, sir.

9      Q    At the Upper House door.  Thank you.

10          And then on those, on those, do you recall seeing

11 that there was a camera that pointed down and was at the

12 entrance entering and leaving it kind of had a bird's eye

13 view of the actual door that we were talking about, correct?

14     A    Yes, sir.

15     Q    Okay.

16          And that camera runs continuously, correct?

17     A    Yes, sir.

18     Q    And then after the fact, you saw it -- or you were

19 also shown a video as far as coming down the Upper House --

20 the center steps, as indicated on exhibit, if I can

21 approach, Your Honor -- toward the end, there were people,

22 this was towards the end of your testimony, that were coming

23 down on this stairs that are in the middle here which you

24 called the Capitol, what was the name?

25     A    The Rotunda steps.

1     Q     The Rotunda steps.

2           And as far as those Rotunda steps, there was --

3     was there any police officer presence there?

4     A     Yes, sir.

5     Q     Okay.

6           With regard to just generally the protocols or the

7     determination of how to proceed, would it be safe to say

8     that when things began, it was more of a -- well, let me not

9     put words in your mouth.

10          What was essentially the strategy or protocol that

11    was taken when things began, to your knowledge?  When people

12    started entering into the U.S. Capitol itself?

13    A     When the building was breached?

14    Q     Yes.

15    A     The building went into lockdown.

16    Q     Okay.

17          When you say "went into lockdown," what does that

18    mean?

19    A     There would be no further entrance or exit from

20    the building; that we would secure the doors to the best of

21    our abilities, and there's a -- that's it.

22    Q     I just wanted to make sure you finished your

23    sentence.

24          When you say "secure it," did this also include

25    the fact that people who would be coming in would be stopped

1   by any means necessary?

2       A    No.

3       Q    Okay.

4           So what was the protocol or what was the

5   determination about how to deal with the people who were

6   breaching?

7       A    Well, there's an acceleration of activities in

8   terms of how we deal with people in terms of, say, deadly

9   force versus not-deadly force.

10          And so unless the officers were confronted with a

11  situation where they felt that life or liberty were in

12  jeopardy, they would not utilize deadly force at that time.

13      Q    And what force would they use?

14      A    Whatever force is necessary to perform the

15  mission.

16      Q    Now, if there was a situation whereby, and it

17  appears that it happened, where the people that were

18  entering outnumbered the officers, is there a certain

19  protocol or a certain determination that they would make as

20  far as how to act in those circumstances?

21      A    Yes.

22          It would be determined on what the threat is and

23  what the threat is to.  Is it to property that is a threat

24  or is it a life that's at threat.

25      Q    Okay.

1              Well, as you saw in these circumstances, there was

2       a rush of people who came in once windows had been broken

3       and the door had been breached.

4              What would have been the protocol for them to

5       proceed -- how to proceed at that point when it's just

6       physical entrance into the building?

7       A     We would do our best to push that back out.

8       Q     Okay.

9              Well, in a situation whereby the officers are

10      outnumbered or it's just physically impossible to try and

11      keep the number, the grand number of people coming in, what

12      would be the protocol?

13      A     At that point, we lock down the chambers, the

14      House and the Senate chambers, which was the location where

15      the members of Congress were located.

16             The staff were told that the building was in

17      lockdown, so they locked their doors and barricaded

18      themselves in their offices while we attempted to mitigate

19      the threat.

20      Q     So it would be safe to say that when we're talking

21      about because of the huge number of people that were here,

22      were entering at the same time, there went from a position

23      of trying to keep everyone out to trying to keep areas of

24      importance or areas where there are people of significance

25      protected, would that be a correct statement?

1      A     Well, we consider everyone to be important.

2      Q     Well --

3      A     So life -- a threat to life or whatever is what

4  the consideration was.

5            And, in fact, there was a shooting when they

6  breached the area where they could actually access the

7  members of Congress.

8      Q     Well, understanding that every life is important,

9  and I'm not -- I wasn't trying to get to that.

10           What I was trying to suggest is that there became

11  a time in which the role was switched from, keep the rioters

12  out as best we can to protect the nonrioters within the

13  Capitol; is that correct?

14     A     Yes, we do -- we're sworn to protect our

15  stakeholders, yes, sir.

16     Q     But at one point, it's more keeping everyone out,

17  as opposed to -- I mean, you're always wanting to protect

18  the people that are inside, but as far as the goal that

19  you're first trying to do is you're trying to keep people

20  out?

21     A     Yes.

22     Q     And it's then if you're not successful on that,

23  then it's to protect those that are within; is that correct?

24     A     Yes.

25     Q     And would you say that how much time had it took

1    to go from one to the other as far as switching from trying

2    to keep people out to protecting those that are in?

3         A    For that particular situation, it was minutes,

4    mere minutes.

5         Q    And, in fact, the way that you did that, at least

6    in some part, was creating those police walls and police

7    lines to protect areas where you knew that there were

8    several people, people that you needed to protect, correct?

9         A    Yes.

10        Q    And did there come a time when -- well, there came

11   a time when there are other officer police officers who came

12   and helped support your numbers; MPD, for instance, came in;

13   is that correct?

14        A    Yes, sir.

15        Q    And at that point, I guess beyond protecting

16   people, then you were able to have better ability to control

17   the people and try -- and push them out; is that correct?

18        A    Yes.

19        Q    And you weren't able to do that in the beginning

20   because you were -- well, for whatever reason but at least

21   part of it because you were outnumbered considerably,

22   correct?

23        A    Yes, sir.

24        Q    And did people at this point when you were

25   ordering people out when you had these larger numbers, were

1    people cooperating at that point mostly?

2        A    Yes, sir.  To the best of my knowledge, yes.

3        Q    Just to go back to a particular area, the

4    inauguration portion, there was a facade there.  And how

5    long had that been there?

6        A    It was under construction.  And the construction

7    had been going on for several weeks, if not months.  So it

8    had been there for some time.

9        Q    Although through that area, there was the ability

10   to walk through it going up the stairs, correct?

11       A    Yes, that's part of the design.

12       Q    Okay.

13            And with the exception of the officers that were

14   at the top of the stairs with bike racks, there really

15   wasn't anything that necessarily hindered them -- hindered

16   people in general from being able to go from downstairs to

17   upstairs; is that correct?

18       A    Actually, no, sir.

19            In addition to the screening or the physical

20   barriers that were around the square, there was an existing

21   construction barrier, snow fencing with signage, clear

22   signage that said that the area was closed, and that had

23   been place, again, for months.

24            So after there was an initial breach of the

25   grounds, there was an additional breach of the area to go

1    into the construction area.  And so, you know, anybody

2    entering that area, whether the signs were on the ground or

3    still on the snow fencing would have seen that restricted

4    area.

5            In addition to that, there were CDU deployed to

6    that area during that day.

7        Q    I'm sorry, there were?

8        A    CDU, civil disturbance unit, deployed, officers

9    deployed to that area.

10       Q    But you said that you looked afterwards at

11   essentially the damage that was outside, correct?

12       A    Yes.

13       Q    Did you see those construction barriers still up

14   there?

15       A    I saw them laying on the ground, yeah.

16       Q    But they were not set up the way that they had

17   been the day before or months before, correct?

18       A    No.

19       Q    And you don't know at what time that happened,

20   correct?

21       A    No.  Exactly, no.

22            MR. MACHADO:  The Court's indulgence.

23   BY MR. MACHADO:

24       Q    With regard to magnetometers that are used,

25   do you know one way or the other whether any of the items

1    had been -- any of those magnetometers had been recovered in

2    different locations?

3        A    I'm not sure what the question is, sir.

4        Q    Well, as you saw, there was a magnetometer that

5    apparently had been picked up by someone and they left the

6    building?

7        A    One of the handheld magnetometers.

8        Q    Yes.  I'm sorry, yes.

9            I'm saying magnetometers.  I actually mean the

10   hand wands.

11       A    Yes.

12       Q    So as far as the hand wands, someone was seen to

13   have picked it up and exited the building.  Do you remember

14   seeing that video?

15       A    I did see that video, yes.

16       Q    Do you know one way or the other whether any of

17   those wands had been declared missing?

18       A    I know that -- yes, from several doors, we had a

19   lot of equipment, security equipment that went missing that

20   day.

21       Q    And where did you hear that from, from someone who

22   had been in charge of the equipment or inventory?

23       A    Yeah.

24            We get reports of theft and loss on a daily basis

25   and so that was on the day's -- posts that day.

1          There were -- there was a lot of equipment, both

2    safety equipment for the officers, equipment for security

3    screening, all types of equipment went missing.  And I saw,

4    as being a section commander, those reports were coming

5    across my desk every day.

6          Q    But your role is not dealing with those types of

7    items, you just hear reports, correct?

8          A    I'm sorry, dealing with them in terms of --

9          Q    Dealing with?

10         A    I had to replace those equipment to get the doors

11   up and running.  So I had to make a request to get a

12   handheld at that particular door that you're talking about,

13   so I do recall having to do that.

14         Q    But it's another individual who deals with what

15   inventory exists and what is missing, correct?  You just get

16   reports of what is and is not missing?

17         A    So my officers would report that a hand wand is

18   missing and it's my responsibility to request and provide

19   them the security equipment that they need.  So for that

20   particular item, I had to make a later request for

21   replacement.

22         Q    So if some other person within the Senate staff

23   told you that, for instance, no hand wand were reported

24   missing, you have no reason to think otherwise, that they

25   were actually missing, correct?

1          A     No.

2          Q     A person in charge of the inventories themselves,

3     correct?

4          A     Can you repeat the question again, I'm sorry.

5          Q     There's another part your staff, or I should say,

6     the congressional staff or congressional police staff that

7     is in charge of items, replacing items and ordering items

8     and checking to see what items are missing, correct?  That's

9     not your job?

10          A     It's the -- well, it's my responsibility that my

11     officers do that when they respond to a post.  So I'm

12     ultimately responsible for that.

13          Q     You're talking about overall?

14          A     Yeah, I guess.

15          Q     Okay.

16               So it's someone else who deals with that, correct,

17     not you, it's, as far as replacing -- ordering and replacing

18     items and determining whether items had been stolen or not

19     overall?

20          A     So I understand it to be two questions.  The first

21     one is, I do have a responsibility to assure that my

22     officers have the equipment that they need to work.

23          Q     Right.

24          A     So if that item is missing, they're going to

25     report it to me and I would make that request.

1           I do not order from the manufacturer or anything

2    like that if that's what you're asking.  I make a request to

3    the entities that we have to say that I'm missing an item,

4    please provide it for my officers by such and such a time.

5         Q    Okay.

6              THE COURT:  Mr. Machado, how much more

7    do you have?

8              MR. MACHADO:  I was about to say nothing further,

9    Your Honor.

10             THE COURT:  All right.  Terrific.

11             All right.  Any redirect examination?

12             MR. MARSHALL:  No further questions, Your Honor.

13             THE COURT:  Lieutenant, thank you very much for

14   your time and your testimony today.  You may step down.

15             All right.  So it's a little after 12:30.  Why

16   don't we take our lunch break.  So we'll resume at 1:35.

17   See you all shortly.

18             COURTROOM DEPUTY:  All rise.

19             This Court stands in recess.

20             (Recess from 12:34 p.m. to 1:35 p.m.)

21             THE COURT:  Okay.  I hope everybody had a good

22   lunch hour.

23             So we are ready to resume.

24             Government ready with their next witness.

25             Ms. Kearney.

1          MS. KEARNEY:  Thank you, Your Honor.

2          The government calls Special Agent

3    Christopher Potts.

4          COURTROOM DEPUTY:  Please raise your right hand.

5          (Witness is placed under oath.)

6          COURTROOM DEPUTY:  Thank you.

7          THE COURT:  All right.  Agent Potts, welcome.

8                         - - -

9    SA CHRISTOPHER POTTS, WITNESS FOR THE GOVERNMENT, SWORN

10                    DIRECT EXAMINATION

11                         - - -

12   BY MS. KEARNEY:

13       Q    Good afternoon.

14       A    Good afternoon.

15       Q    Could you please introduce yourself to the Court

16   and spell your name for the record.

17       A    Sure.

18          My name is Special Agent Christopher Potts with

19   the Federal Bureau of Investigation.

20          C-h-r-i-s-t-o-p-h-e-r, P-o-t-t-s.

21       Q    And you said you're with the Federal Bureau of

22   Investigation.  What's your title there?

23       A    Special agent.

24       Q    And how long have you been a special agent with

25   the FBI?

1    A    Approximately 14 years.

2    Q    And where is your office located?

3    A    Nashville, Tennessee.

4    Q    How long have you been in Nashville?

5    A    Approximately four years.

6    Q    And where were you assigned prior to that?

7    A    Prior to that, I was in Columbus, Ohio.

8    Q    And how long were you stationed in Ohio?

9    A    Approximately ten years.

10   Q    So that's your whole tenure at the FBI?

11   A    Ten years in Columbus, Ohio, four years in

12   Nashville.  That's the total amount, yes.

13   Q    Okay.

14        And what are your general responsibilities as a

15   special agent in Nashville with the FBI?

16   A    Yeah.

17        I'm currently assigned to the Joint Terrorism Task

18   Force, where I participate in investigations involving both

19   domestic and international terrorism.

20   Q    And in Ohio, what was your assignment?

21   A    I worked on a foreign counterintelligence squad.

22   Q    Do certain of your investigations involve

23   individuals who are alleged to have committed offenses on

24   U.S. Capitol Grounds on January 6th, 2021?

25   A    Yes, they do.

1      Q     And did there come a time when you became involved

2    in investigation of Stewart Parks?

3      A     Yes.

4      Q     And did there come a time when you became involved

5    in the investigation of someone named Matthew Baggott?

6      A     Yes.

7      Q     Have you interacted with either Mr. Parks or

8    Mr. Baggott in person?

9      A     Yes, I have.

10      Q     And in what context did you do that?

11      A     As -- I was the lead investigator for the FBI's

12    case on Stewart Parks and Matthew Baggott.

13           And I was the arresting officer for Mr. Parks and

14    helped with transport for Mr. Baggott.

15      Q     So you were present when Mr. Parks was arrested?

16      A     Yes.

17           MS. KEARNEY:  Okay.

18           Mr. Jennings, could you please pull up

19    Government's Exhibit 429.

20           And I believe this is already in evidence,

21    Your Honor.

22    BY MS. KEARNEY:

23      Q     Do you recognize the individuals on the left-hand

24    side of this photograph?

25      A     Yes, I do.

1    Q    All right.  I'm going to circle them.

2  Do you recognize this individual?

3    A    Yes

4    Q    Who is that?

5    A    That's Stewart Parks.

6    Q    And this individual?

7    A    That's Matthew Baggott.

8    Q    Can you describe what Mr. Parks is wearing and

9  what Mr. Baggott is wearing?

10    A    Mr. Parks in this photo is wearing a red hat and a

11  gray jacket.

12         And Mr. Baggott is wearing a black hat and red

13  shirt.

14         MS. KEARNEY:  Okay.

15         Mr. Jennings, could you please pull up

16  Government's Exhibit 206A.

17         And I'm going to circle two individuals.

18  BY MS. KEARNEY:

19    Q    Do you recognize them?

20    A    Yes, I do.

21    Q    Who are they?

22    A    That's Mr. Parks and Mr. Baggott.

23    Q    Okay.

24         Do you see Mr. Parks in the courtroom today?

25    A    Yes, I do.

1    Q    Can you describe where he's sitting and an article

2    of clothing that want he's wearing?

3    A    He's sitting over at the one of the front tables.

4    He's wearing a blue suit and a yellow tie.

5         MS. KEARNEY:  May the record reflect the agent has

6    identified the defendant.

7         MR. MACHADO:  Objection.

8         THE COURT:  All right.  The record will reflect an

9    in-court ID.

10   BY MS. KEARNEY:

11   Q    So, Agent Potts, during the course of your

12   investigation, have you reviewed photographic and video

13   footage from the area around the United States Capitol on

14   June 6th, 2021?

15   A    Yes, I have.

16   Q    And in general terms, what were the sources of

17   that footage?

18   A    Those sources would include open-source

19   photographs and videos from the Internet, CV, or

20   closed-circuit television video, and body-worn camera video.

21   Q    And you used the term "open source," you said from

22   the Internet.  Do you always know who the photographer or

23   the filmer was of those videos?

24   A    No, not always.

25        MS. KEARNEY:  Your Honor, I'm going to ask

1    Mr. Jennings to pull up Government's Exhibit 800, which is

2    the parties' stipulation.

3                And I know the Court is capable of reading, so

4    I'm not going to read all six pages of them but, I do want

5    to direct your attention the Court's attention to certain

6    stipulations.

7                THE COURT:  Okay.

8                MS. KEARNEY:  So the first starting on page 1 is a

9    stipulation regarding the Capitol Building and Grounds,

10   which is a physical description of the Capitol Grounds.

11               The second on page 2 is titled Certification of

12   the Electoral College Vote, which contains a timeline of

13   certain events on January 6th, 2021.

14               On page 3, there are stipulations regarding

15   United States Capitol Police closed-circuit-video monitoring

16   and Metro Transit Police body-worn cameras, which concern

17   Government's Exhibits in the 200 series and 300 series.

18               On page 4, there's a stipulation regarding

19   third-party photographic and video footage, which concerns

20   exhibits in the 400 series of the Government's Exhibit list.

21               And then there's also a stipulation regarding

22   materials obtained from the defendant's Instagram account,

23   the defendant's iCloud account.

24               On page 5, there's a stipulation regarding

25   United States Capitol Police metal detector wand --

1    I'm sorry, and I skipped beginning on page 4, a stipulation

2    regarding the defendant's presence inside the United States

3    Capitol Building and on the United States Capitol Grounds.

4            And I expect I'll reference certain of these

5    stipulations throughout this testimony.

6            THE COURT:  Okay.

7    BY MS. KEARNEY:

8        Q    So, Agent Potts, what, if anything, did your

9    investigation determine about whether Mr. Parks and

10   Mr. Baggott were on the U.S. Capitol Grounds on January 6th,

11   2021?

12       A    It indicated that he was on the Capitol Grounds

13   that day.

14       Q    And by "he," who do you mean?

15       A    Mr. Parks.

16       Q    And what about Mr. Baggott?

17       A    Same thing for Mr. Baggott.

18       Q    And what, if anything, did your investigation

19   determine about whether Mr. Parks or Mr. Baggott were inside

20   the U.S. Capitol building on January 6th, 2021?

21       A    The investigation indicated that both Mr. Parks

22   and Mr. Baggott were inside the building on January 6th,

23   2021.

24           MS. KEARNEY:  And I'll direct the Court's

25   attention to that stipulation I just referenced beginning on

page 4:

The defendant's presence in the United States Capitol Building and on the U.S. Capitol Grounds as depicted in time stamp USCP CCTV footage, including Government's Exhibits 206, 229 and 230.

On January 6th, 2021, Stewart Parks and Matthew Baggott entered the U.S. Capitol Building on January 6th, 2021, at approximately 2:13 p.m., and exited at approximately 2:56 p.m.

Government's Exhibit 206A depicts Parks and Baggott near the Senate wing doors on the west side of the U.S. Capitol building at approximately 2:13 p.m. on January 6th, 2021.

Government's Exhibit 429 was taken on January 6th, 2021 and depicts Parks and Baggott on the set of the steps -- on a set of steps on the east side of the U.S. Capitol Building.

And Government's Exhibits 206A and 429, Parks is wearing a gray fleece jacket, blue jeans, a red baseball cap, and is carrying a yellow flag on a white flagpole.

Baggott is wearing a red long-sleeved shirt, blue jeans, and a dark-colored baseball cap.

Your Honor, pursuant to that and the parties' stipulations regarding CCTV footage, the government offers 206A if we have not already?

1        THE COURT:  I think it's already in.

2        MS. KEARNEY:  Then never mind.  Thank you.

3        All right.  Now, I'm also going to reference

4   page 4, the stipulation regarding the defendant's Instagram

5   account.

6        Government's Exhibit 500 was obtained through

7   legal process, and this is an authentic, accurate and exact

8   copy of the Instagram account associated with the user name

9   @pastorparks, which is an Instagram account used by the

10   Defendant Stuart Parks for the time period from November

11   3rd, 2020, through March 9th, 2021.

12        And Government's Exhibits 530 and 531 are

13   authentic, accurate, and exact recordings of Instagram

14   Stories posted by the Instagram account associated with the

15   user name @pastorparks on January 6th, 2021.

16   BY MS. KEARNEY:

17   Q    So, Special Agent Potts, are you familiar with

18   Government's Exhibit 500?  Have you had a chance to review

19   that prior to your testimony today?

20   A    Yes, I have.

21   Q    And have you reviewed the following Government's

22   Exhibits?

23        And I'll go slowly:  508, 509, 511, 513, 515, 517,

24   518, 522, 523, 527, and 528 prior to your testimony today?

25   A    Yes, I have.

1      Q    And are those exhibits I just listed, are they

2 contained within Government's Exhibit 500?

3      A    Yes.

4           MS. KEARNEY:  The government offers Exhibits 508,

5 509, 511, 513, 515, 518, 522, 523, 527.

6           And I think 528, 530, and 3531 are already

7 admitted, but if not, the government offers them now.

8           MR. MACHADO:  Your Honor, there may be some

9 relevance objections we'll make, but we will proceed with no

10 objection unless made when they are introducing the

11 evidence.

12           THE COURT:  Okay.

13           So let me just make sure I have all those.

14 So it's 508, 509, 511 -- are you introducing --

15           MS. KEARNEY:  Nothing prior to 508.

16           THE COURT:  All right.

17           So then 511, -13, -15, -17, and -22, -23, -27, and

18 -28, correct?

19           MS. KEARNEY:  And 518.

20           THE COURT:  And 518.  Okay.

21           All right.  So those will be admitted.

22           (Government's Exhibits 508, 509, 511, 513, 515, 518,
                                    522, 523, 527
23                                 received into evidence.)

24           MS. KEARNEY:  Let's start with Government's

25 Exhibit 530 and 531.

1          Mr. Jennings, could you please play

2    Government's Exhibit 530, please.

3               (Video played)

4          MS. KEARNEY:  And can you also please play

5    Government's Exhibit 531.

6               (Video played)

7    BY MS. KEARNEY:

8        Q    All right.

9               Special Agent Potts, were these two exhibits, 530

10   and 531 that we just played, were they contained within

11   Government's Exhibit 500?

12       A    Yes.

13       Q    How did the FBI receive those videos?

14       A    Those were submitted with -- via tips from the

15   public.

16       Q    So were they in the copy of the account that you

17   obtained pursuant to legal process?

18       A    Yes.

19          MS. KEARNEY:  So let's go to

20   Government's Exhibit 531.

21          Mr. Jennings, could you just pull up the opening

22   frame, please.

23          One second back.  Thank you.

24   BY MS. KEARNEY:

25       Q    And, Special Agent Potts, could you please read

1    the text at the bottom of that image.

2         A    Sure.

3              It says "On the way to D.C. to Stop the Steal."

4         Q    And what is this a picture of?

5         A    The picture?

6         Q    Oh.  So the actual picture, not the graphic?

7         A    Oh, okay.

8              It's a picture of what looks like an Instagram

9    Story.

10        Q    And what does it depict?

11        A    It looks like the inside of an airplane.

12             MS. KEARNEY:  Mr. Jennings, could you please pull

13   up Government's Exhibit 527.

14             (Video played)

15             MS. KEARNEY:  And could you please play

16   Government's Exhibit 528.

17             And, Mr. Jennings, could you play 528 again and

18   stop at 4 seconds in, please.

19             (Video played)

20   BY MS. KEARNEY:

21        Q    Can you read the words on that image, Agent Potts?

22        A    Sure.

23             It says "They're gassing us."

24             MS. KEARNEY:  Now, Mr. Jennings, can you please

25   play Government's Exhibit 530 from 7 seconds to 11 seconds.

1    BY MS. KEARNEY:

2        Q    And can you read the words on that image?

3        A    It says, "They're gassing us."

4        Q    Do those four seconds that we just played of 5:30

5    appear to be the same video as Government's Exhibit 528?

6        A    Yes, they do.

7        Q    What are the differences?

8        A    One's just clearer than the other.  One's a little

9    blurry.

10       Q    And on Instagram Stories -- I'm sorry, you had

11   described this as an Instagram Story?

12       A    Yes, ma'am.

13       Q    On Instagram Stories when there's writing or an

14   added picture, who applies that?

15            MR. MACHADO:  Objection.

16            THE COURT:  He can speak about it in general terms

17   to the extent he has a foundation and understanding for how

18   it works.

19            THE WITNESS:  Usually the person that makes the

20   Instagram Story puts the words on there, whatever they want

21   to write about that particular photo or video.

22   BY MS. KEARNEY:

23       Q    Mr. Jennings, could you please play Government's

24   Exhibit 301 and stop at 15 seconds.

25            (Video played)

1          MS. KEARNEY:   Thank you.

2    BY MS. KEARNEY:

3          Q    What's the time stamp on this video?

4          A    It says 13:43:45, which is, on the 24-hour clock,

5    1:43:43 [sic] p.m.

6          Q    I'm going to circle a couple of things.   What is

7    this?

8          A    A blue Trump flag.

9          Q    And what is this?

10         A    A yellow Gadsden flag.

11         Q    All right.

12              And then between here, what is that?

13         A    That looks like a flag with red and white stripes

14   and white stars maybe.

15         Q    Do you see the two individuals below the yellow

16   flag?

17         A    Yes, I do.

18         Q    Do you recognize them?

19         A    Yes.

20         Q    Who are they?

21         A    One -- the individual wearing the red hat is

22   Mr. Parks, and the individual wearing the black hat with the

23   red shirt is Mr. Baggott.

24              MS. KEARNEY:   Mr. Jennings, could you please play

25   Government's Exhibit 201 and go to 1:43:45 on the clock

1    which is 4 minutes and 59 seconds.  Thank you.

2              (Video played)

3              MS. KEARNEY:  And, Mr. Jennings -- oh, can you

4    pause it there at 4 minutes, 59 seconds.

5              Thank you.

6              And I'm going to ask you to zoom in on the

7    right-hand side to the group immediately in front of the

8    police line.

9              Great.  Thank you.

10   BY MS. KEARNEY:

11        Q    Agent Potts, do you see there's a police officer

12   in a blue jacket here?

13        A    Yes.

14        Q    Right above him, do you see a blue flag?

15        A    Yes.

16        Q    And to the right of that flag, do you see a yellow

17   flag?

18        A    Yes.

19        Q    And then kind of up and to the right, a red and

20   white flag?

21        A    Yes.

22        Q    I want to focus on that yellow flag.

23             Can you see the person holding it?

24        A    It's an individual wearing a red ball cap.

25        Q    What color top are they wearing?

1        A     And a gray top.

2        Q     And do you see the person to their right, our

3    left?

4        A     Yes.

5        Q     What color shirt are they wearing?

6        A     Red shirt.

7        Q     Can you tell if they're wearing a hat?

8        A     I don't know.  Maybe not from this far away.

9              MS. KEARNEY:  All right.

10             Mr. Jennings, could you please pull up

11   Government's Exhibit 401.  And I'd like you to play from the

12   beginning until about 16 seconds.

13             (Video played)

14             MS. KEARNEY:  Can you go just frame by frame maybe

15   a bit farther, Mr. Jennings.

16             That's great.

17             So this is 16 seconds.

18   BY MS. KEARNEY:

19       Q     I'm going to -- do you see a yellow flag?

20       A     Yes.

21       Q     And do you see the two individuals right below it?

22       A     Yes, I do.

23       Q     Can you describe what they're wearing?

24       A     The individual holding the yellow flag is wearing

25   a red ball cap and a gray jacket, and the other individual

1    is wearing a black hat and a red shirt.

2         Q    And are those clothes consistent with the clothing

3    we saw on Mr. Parks and Mr. Baggott in Government's Exhibit

4    429?

5         A    Yes, they are.

6              MS. KEARNEY:  All right.

7              Mr. Jennings, could you please play until

8    45 seconds.

9              (Video played)

10             MS. KEARNEY:  And, Mr. Jennings, let's go to 407,

11   video exhibit 407.  If you could please start playing at

12   2 minutes and 15 seconds and then pause at 2 minutes and

13   22 seconds.

14             (Video played)

15   BY MS. KEARNEY:

16        Q    Agent Potts, do you see a yellow flag?

17        A    Yes, I do.

18        Q    Can you see who's holding the flag?

19             Or let's put it this way:  Do you see who's right

20   below the flag?

21        A    I see who's right below the flag.

22        Q    Can you describe what they're wearing?

23        A    Wearing a red ball cap and a gray jacket.

24        Q    And immediately in front of that person, what are

25   they wearing?

1      A     It's an individual wearing a black hat and a red

2   shirt.

3           MS. KEARNEY:  Mr. Jennings, can you please play to

4   3 minutes and 7 seconds.

5           (Video played)

6           MS. KEARNEY:  Thanks.

7           And next, Mr. Jennings, could you please pull up

8   Government Exhibit 408 and play starting from the beginning

9   until 57 seconds.

10          (Video played)

11  BY MS. KEARNEY:

12     Q     Agent Potts, can I direct your attention to the

13  bottom left-hand corner of the frame right now at

14  57 seconds.

15     A     Yes.

16     Q     Do you see a yellow flag?

17     A     Yes.

18          MS. KEARNEY:  Mr. Jennings, could you just do a

19  frame-by-frame advance.

20          (Video played)

21          MS. KEARNEY:  That's great.  Thank you.

22          We're at 58 seconds now.

23  BY MS. KEARNEY:

24     Q     Agent Potts, can you see the top of the head of

25  the person right below the flag?

1     A    Yes.

2     Q    And what are they wearing?

3     A    I'm sorry, right below?

4     Q    Right below the yellow flag?

5     A    With the red hat?

6     Q    Yes.

7     A    Yes, an individual wearing a red hat.

8     MS. KEARNEY:  Mr. Jennings, could you please play

9 is until about 1 minute and 32 seconds.

10    (Video played)

11    MS. KEARNEY:  Thank you.

12 BY MS. KEARNEY:

13    Q    Agent Potts, in the foreground on the left-hand

14 side, there's an individual in the red shirt.

15 Do you recognize that person?

16    A    Yes.  That's Mr. Baggott.

17    Q    And behind him, what is that person wearing?

18    A    Wearing a red ball cap and a gray sweatshirt or a

19 gray jacket.

20    MS. KEARNEY:  Mr. Jennings, can you please play

21 until 2 minutes and 15 seconds.

22    (Video played)

23    MS. KEARNEY:  Thank you.

24    Mr. Jennings, let's go back to Government's

25 Exhibit 407.

1          And if you could play starting at 8 minutes until

2    8 minutes and 14 seconds, please.

3          (Video played)

4          MS. KEARNEY:  Thank you.

5    BY MS. KEARNEY:

6      Q    In the middle of the frame if I circle someone,

7    can you describe what that person is wearing?

8      A    Yes.  He's wearing a red ball cap and a gray

9    jacket.

10     Q    And what does it look like he's holding?

11     A    A yellow flag.

12         MS. KEARNEY:  Mr. Jennings, could you please play

13   until 8 minutes, 19 seconds.

14         (Video played)

15         MS. KEARNEY:  Can you advance frame by frame just

16   a little bit.

17         Actually, Mr. Jennings, sorry, can you go back two

18   seconds.  I apologize.

19         Can you go frame by frame, please.

20         That's great.  Thank you.

21         All right.  So we're at 8 minutes, 19 seconds.

22   BY MS. KEARNEY:

23     Q    And I'm going to circle another individual in the

24   middle of the frame.  Can you describe what that person is

25   wearing?

1       A     That individual is wearing a red ball cap and a
2  red and black jacket.
3       Q     What direction is his hat in, can you tell us?
4       A     Backwards.
5             MS. KEARNEY:  Mr. Jennings, could you please pull
6  up Government's Exhibit 531.
7             And can you play from 2 seconds to 36 seconds,
8  please.
9             (Video played)
10            MS. KEARNEY:  Mr. Jennings, could you please back
11 up to 30 seconds and just hold the frame there.
12 BY MS. KEARNEY:
13      Q     I'm going to circle an individual, Agent Potts.
14            What is he wearing?
15      A     That individual is wearing a red ball cap facing
16 backwards and a red and black jacket.
17      Q     Does this appear to be the same outfit as in the
18 previous video we just watched?
19      A     Yes.
20            MS. KEARNEY:  Mr. Jennings, can you go back to
21 Government's Exhibit 407, please, and let's start again at
22 8 minutes and 10 seconds.
23            And you can go until 8 minutes and 50 seconds.
24            (Video played)
25            MS. KEARNEY:  Thank you.

1          Can you advance to 9 minutes, 30 seconds, and play

2     until 9 minutes and 42 seconds, please.

3               (Video played)

4               MS. KEARNEY:  Thank you.

5     BY MS. KEARNEY:

6          Q    I'm going to circle another individual,

7     Agent Potts.

8               In the middle of the frame, what does that

9     individual appear to be doing?

10         A    Looks like he is trying to pull apart the

11    plastic -- or whatever the white covering is that's over the

12    scaffolding.

13              MR. MACHADO:  Objection; speculation.

14              THE COURT:  He can describe it, and I'll look at

15    it and see what actually happens.

16              Go ahead.

17    BY MS. KEARNEY:

18         Q    What is that individual wearing?

19         A    He's wearing a black hat and a red shirt.

20         Q    And the individual below and to the left of him --

21         A    Yes.

22         Q    -- what is he wearing?

23         A    He's wearing a red ball cap and a gray jacket.

24              MS. KEARNEY:  Mr. Jennings, could you please play

25    until 10 minutes and 11 seconds.

```
 1              (Video played)
 2    BY MS. KEARNEY:
 3         Q    All right.
 4              On the right-hand side of the frame, I'm going to
 5    circle an individual.  Can you describe what they're
 6    wearing, please.
 7         A    Yes.
 8              Looks like a gray jacket.
 9              MS. KEARNEY:  Mr. Jennings, can you play at
10    11 minutes, please.  Play until 11, sorry.
11              (Video played)
12              MS. KEARNEY:  Mr. Jennings, could you skip ahead
13    to 12 minutes and 30 seconds, please.
14              And play until 12 minutes, 50 seconds.
15              (Video played)
16    BY MS. KEARNEY:
17         Q    All right.
18              In the bottom left-hand corner at 12 minutes,
19    50 seconds, can you describe what that individual is
20    wearing?
21         A    Yes.
22              He's wearing a red ball cap and a gray jacket.
23              MS. KEARNEY:  Mr. Jennings, could you please play
24    until 13 minutes, 20 seconds.
25              (Video played)
```

```
 1   BY MS. KEARNEY:
 2        Q    All right.
 3             On the right-hand side of the screen,
 4   do you recognize those two individuals?
 5        A    Yes.
 6        Q    Who are they?
 7        A    One is Mr. Parks in the red hat and gray jacket.
 8   The other is Mr. Baggott in the black hat and the red shirt.
 9             MS. KEARNEY:  Mr. Jennings, could you please play
10   until 13:30.
11             (Video played)
12             MS. KEARNEY:  Thank you.
13             And could you advance to 17:30, please, and play
14   until 18:08.
15             (Video played)
16             MS. KEARNEY:  Thank you.  You can take that down.
17             And could you please play, Mr. Jennings,
18   Government's Exhibit 409.
19             And, again, Your Honor, there's narration in this
20   one and we're not offering the narration into evidence.
21             THE COURT:  All right.
22             (Video played)
23             MS. KEARNEY:  And, Mr. Jennings, can you go to
24   6 seconds of 409 and just hold the frame there.
25   BY MS. KEARNEY:
```

1        Q    I'm going circle two individuals, Agent Potts.
2   What are they wearing?

3        A    Yes.

4             One individual is wearing a red ball cap and a
5   gray jacket, the other is wearing a black hat and a red
6   shirt.

7             MS. KEARNEY:   Mr. Jennings, could you please pull
8   up Government's Exhibit 204 and play until 32 seconds,
9   please.

10             (Video played)

11   BY MS. KEARNEY:

12        Q    I'm going to circle two individuals.

13             Do you recognize them?

14        A    Yes.

15        Q    Who are they?

16        A    The individual wearing the black hat and red shirt
17   is Mr. Baggott.

18             And the individual wearing the red ball cap and
19   gray jacket is Mr. Parks.

20             MS. KEARNEY:   Mr. Jennings, could you please play
21   till the end.

22             (Video played)

23             MS. KEARNEY:   And, Mr. Jennings, could you please
24   play Government's Exhibit 410 until 6 seconds.

25             (Video played)

1   BY MS. KEARNEY:

2       Q     All right.

3             I'm going to circle two individuals.  Can you

4   describe what the one in front is wearing.

5       A     He's wearing a dark colored, probably black

6   colored, hat and a red shirt.

7       Q     And the individual behind him, what is he holding?

8       A     He's holding a yellow flag.

9             MS. KEARNEY:  Mr. Jennings, could you please play

10  to the end.

11  BY MS. KEARNEY:

12      Q     And, Agent Potts, could you focus on those two

13  individuals.

14      A     Sure.

15      Q     Thanks.

16            (Video played)

17  BY MS. KEARNEY:

18      Q     What did those two individuals do in that video?

19      A     They were running towards the U.S. Capitol

20  Building.

21            MS. KEARNEY:  Mr. Jennings, can you please play

22  Government's Exhibit 205, starting at 30 seconds.

23            (Video played)

24            MS. KEARNEY:  And play until 42 seconds, please.

25  BY MS. KEARNEY:

```
 1      Q     I'm going to direct your attention to the bottom

 2  right-hand corner of the screen.  I'm going to circle two

 3  individuals.  Can you describe what they're wearing and

 4  holding?

 5      A     Yes.

 6            The individual in front is wearing a black ball

 7  cap and a red shirt.

 8            The individual in the back is wearing a red ball

 9  cap and a gray jacket and he's holding a yellow flag.

10            MS. KEARNEY:  Mr. Jennings, could you please play

11  until one minute and five seconds.

12            (Video played)

13            MS. KEARNEY:  Thank you.

14            Mr. Jennings, could you please pull up

15  Government's Exhibit 411 and play until -- pause it at two

16  seconds.

17            (Video played)

18            MS. KEARNEY:  Could you back up slightly.  I know

19  that's very hard.

20  BY MS. KEARNEY:

21      Q     Agent Potts, do you recognize anyone in that

22  image?

23      A     Yes.

24      Q     Who do you recognize?

25      A     The individuals wearing -- with the red shirt, and
```

```
 1    the other individual wearing the red ball cap and the gray

 2    jacket.

 3         Q    Can you circle them?

 4         A    Sure.

 5              MS. KEARNEY:  Thank you.

 6              And, Mr. Jennings, could you play till the end of

 7    that clip, please.

 8              (Video played)

 9              MS. KEARNEY:  Mr. Jennings, could you please play

10    Government's Exhibit 206.  I'll ask you to pause it at

11    34 seconds when we get there, please.

12              (Video played)

13              MS. KEARNEY:  Mr. Jennings, could you please zoom

14    in on the right-hand window.

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   BY MS. KEARNEY:

 2        Q    And, Agent Potts, I'm going to circle an

 3   individual.

 4             Do you recognize that person?

 5        A    Yes.

 6        Q    Who is that?

 7        A    That's Mr. Baggott.

 8             MS. KEARNEY:  Mr. Jennings, could you play with it

 9   still zoomed in until 38 seconds.

10   BY MS. KEARNEY:

11        Q    And, Agent Potts, I'm going to circle a second

12   individual.

13             Do you recognize that person?

14        A    Yes.

15        Q    Who is that?

16        A    That's Mr. Parks.

17             MS. KEARNEY:  Mr. Jennings, can you please play

18   until 40 seconds.

19   BY MS. KEARNEY:

20        Q    Agent Potts, it looks like Mr. Parks has his hand

21   up.

22        A    Yes.

23        Q    What does it look like he's doing?

24        A    It looks like he's holding a cell phone in attempt

25   to take a picture or a video.
```

1          MS. KEARNEY:  Mr. Jennings, you can zoom out.

2   Thank you.

3          And can you play until 1 minute and 50 seconds,

4   please.

5          (Video played)

6   BY MS. KEARNEY:

7      Q    All right.

8          I'm going to circle two individuals, Agent Potts,

9   in the middle of the frame.

10         Do you recognize them?

11     A    Yes, I do.

12     Q    And who are they?

13     A    That's Mr. Baggott in front and Mr. Parks in the

14  back.

15         MS. KEARNEY:  Mr. Jennings, could you please pull

16  up Government's Exhibit 412 and start at 1 minute,

17  35 seconds.

18         (Video played)

19         MS. KEARNEY:  If you could pause there, that's at

20  3 minutes and 3 seconds.  Thanks.

21  BY MS. KEARNEY:

22     Q    There's an individual in the red shirt on the

23  left-hand side.  Do you recognize that individual?

24     A    Yes.

25     Q    Who is that?

1    A    That's Mr. Baggott.

2    Q    And do you see there's an object behind his head?

3    A    Yes.

4    Q    What is that?

5    A    That's a white-colored flagpole.

6         MS. KEARNEY:  All right.

7         Mr. Jennings, could you please play Government's

8    Exhibit 413, please.

9         (Video played)

10         MS. KEARNEY:  Mr. Jennings, I'm going to ask you

11   to go back to 23 seconds and then go frame by frame.

12         (Video played)

13         MS. KEARNEY:  I think we just missed the one I

14   wanted.  I'm sorry.

15         Can you go back to 23 seconds.

16         All right.  Stop there.

17   BY MS. KEARNEY:

18    Q    I'm going to circle an individual in the upper

19   left-hand corner.

20         Do you recognize that individual?

21    A    Yes.

22    Q    Who is that?

23    A    That individual wearing the red ball cap, that is

24   Mr. Parks.

25         MS. KEARNEY:  Mr. Jennings, could you please play

```
 1   414.
 2              (Video played)
 3              MS. KEARNEY:  Can you stop there.
 4              That's 29 seconds.
 5              Could you back up to 25 seconds.
 6              And then just play a little bit.
 7              Great.  Thanks.
 8              This is 26 seconds.
 9   BY MS. KEARNEY:
10        Q    Agent Potts, do you see an individual in a red
11   shirt?
12        A    Yes.
13        Q    And behind him, what color is the top of the
14   person behind him?
15        A    He's wearing a gray jacket.
16              MS. KEARNEY:  One moment, Your Honor.
17              (Government counsel conferred off the record.)
18              MS. KEARNEY:  Okay.  Thanks, Mr. Jennings.  You
19   can take that down.
20              Mr. Jennings, can you play 415, please.
21              And pause at 20 seconds.
22              (Video played)
23   BY MS. KEARNEY:
24        Q    All right.
25              Agent Potts, I'm going to circle two individuals
```

1    turning on the stairwell.  Do you recognize the one in

2    front?

3         A    Yes.

4         Q    Who is that?

5         A    That's Mr. Baggott.

6         Q    And behind him, what is he wearing and what is he

7    carrying?

8         A    That individual is wearing a red hat and a gray

9    jacket, carrying a yellow flag.

10             MS. KEARNEY:  Thanks, Mr. Jennings.  Can you play

11   till the end, please.

12             (Video played)

13             MS. KEARNEY:  Mr. Jennings, could you please pull

14   up Government's Exhibit 208.

15             (Video played)

16             MS. KEARNEY:  Mr. Jennings, you can stop there.

17   BY MS. KEARNEY:

18        Q    Agent Potts, did you have a chance to watch

19   Government's Exhibit 208 before your testimony today?

20        A    Yes.

21             MS. KEARNEY:  And, Mr. Jennings, can you please

22   pull up Government's Exhibit 422.

23             You can pause there.  That's at 5 seconds.

24   BY MS. KEARNEY:

25        Q    Did you also have a chance to watch Government's

1    Exhibit 422 before your testimony today?

2         A    Yes, I did.

3              MS. KEARNEY:  Can you pull up Government's Exhibit

4    902, Mr. Jennings.

5              And just pause it on the first couple frames.

6    BY MS. KEARNEY:

7         Q    Is this just a comparison of Government's Exhibit

8    208 and 422?

9         A    Yes, ma'am.

10             A side by side of it.  Same videos.

11        Q    There's a red arrow on the left-hand frame.

12   Who is that indicating?

13        A    Yes, ma'am.  That's the individual with the red

14   hat and gray jacket.

15             MS. KEARNEY:  All right.

16             Mr. Jennings, can you please play the exhibit and

17   pause at 18 minutes, 9 seconds.

18             (Video played)

19             MS. KEARNEY:  Oh.

20             Actually, Mr. Jennings, can you pause.

21             Your Honor, I don't think I offered this into

22   evidence yet.  The government offers 902.

23             MR. MACHADO:  No objection.

24             THE COURT:  902 is admitted.

25

```
 1                              (Government's Exhibit 902
                                 received into evidence.)
 2

 3           MS. KEARNEY:  Mr. Jennings, can you please play

 4     from the beginning.

 5                And, Mr. Jennings, could you please play

 6     Government's Exhibit 408, starting at 17 minutes and 25

 7     seconds.

 8                And pause at 18 minutes, 9 seconds.

 9                18, 9.  Thanks.

10                (Video played)

11           MS. KEARNEY:  Thanks.

12     BY MS. KEARNEY:

13        Q    Agent Potts, I'm going to circle an individual on

14     the right-hand side of the screen.  Do you recognize him?

15        A    Yes.

16        Q    Who is that?

17        A    That's Mr. Baggott.

18           MS. KEARNEY:  And, Mr. Jennings, could you just

19     advance a couple of frames.

20                I think we missed it again.

21                Can you go back to 18:08, please.

22                Thanks.

23     BY MS. KEARNEY:

24        Q    At 18:08, I'm going to circle something on the

25     right-hand side.
```

1            What is that?

2       A    That's a white flagpole with a yellow flag on it.

3            MS. KEARNEY:  Mr. Jennings, could you please pull

4  up Government's Exhibit 421.  It's a photo.  Sorry.

5  Thank you.

6  BY MS. KEARNEY:

7       Q    I'm going to circle a couple people.

8  Do you recognize this individual?

9       A    Yes.  That's Mr. Baggott.

10      Q    And the person standing behind him,

11 do you recognize him?

12      A    That's Mr. Parks.

13           MS. KEARNEY:  Mr. Jennings, can you please pull up

14 Government's Exhibit 208 and play starting at 6 minutes.

15           (Video played)

16           MS. KEARNEY:  Actually, can you pause it?

17 Thank you.

18 BY MS. KEARNEY:

19      Q    Agent Potts, I'm going to circle someone on the

20 left-hand side.  Do you recognize that individual?

21      A    Yes.

22      Q    And who's that?

23      A    That's Mr. Parks.

24           MS. KEARNEY:  Mr. Jennings, could you please play

25 until the end.

1          (Video played)

2          MS. KEARNEY:  Thanks.

3          And, Mr. Jennings, could you please pull up

4   Government's Exhibit 210 and play starting at 50 seconds.

5          (Video played)

6          MS. KEARNEY:  And I'm going to ask you to pause at

7   54 seconds.

8   BY MS. KEARNEY:

9     Q    Agent Potts, there are two individuals in the

10  bottom of the frame slightly on the right-hand side.

11    A    Yeah.

12    Q    Do you recognize them?

13    A    Yes.

14    Q    Who are they?

15    A    The individual with the black hat, red shirt is

16  Mr. Baggott.  Individual with the red hat, gray jacket is

17  Mr. Parks.

18         MS. KEARNEY:  Mr. Jennings, could you please play

19  till 1 minute and 15 seconds.

20         (Video played)

21         MS. KEARNEY:  Thank you.

22         And now, Mr. Jennings, can you please play

23  Government's Exhibit 423.

24         And, again, Your Honor, this has some narration

25  overlaid.  I'm not offering it for that.

1          (Video played)

2          MS. KEARNEY:  Could you pause.

3          Can you go back to three seconds, please,

4   Mr. Jennings.

5   BY MS. KEARNEY:

6     Q    I'm going to circle an individual, Agent Potts.

7   Do you recognize him?

8     A    Yes, I do.

9     Q    Who is that?

10    A    That's Mr. Parks.

11         MS. KEARNEY:  All right.

12         Mr. Jennings, could you please keep playing.

13         (Video played)

14         MS. KEARNEY:  And can you pause at 8 seconds.

15   BY MS. KEARNEY:

16    Q    I'm going to circle an individual.

17         Do you recognize him?

18    A    Yes.  That's Mr. Parks.

19         MS. KEARNEY:  Mr. Jennings, can you play till the

20   end.

21         (Video played)

22         MS. KEARNEY:  Mr. Jennings, can you please play

23   Government's Exhibit 425 and pause it at about 5 seconds in.

24         Actually, about 10 seconds in, I'm sorry.

25         (Video played)

1    BY MS. KEARNEY:

2        Q    The two individuals who just entered the frame,

3    do you recognize them?

4        A    Yes.

5        Q    Who are they?

6        A    That's Mr. Parks and Mr. Baggott.

7             MS. KEARNEY:  And, Mr. Jennings, could you please

8    play till the end.

9             (Video played)

10            MS. KEARNEY:  And, Mr. Jennings, could you please

11   start with Government's Exhibit 217 and play starting at

12   20 seconds.

13            Actually, keep the frame at 20 seconds.

14            Mr. Jennings, will you be able to zoom in on that

15   hallway under the archway.  That's great.  Thank you.

16   BY MS. KEARNEY:

17       Q    Agent Potts, I'm going to circle an item.  What is

18   that?

19       A    That's a yellow flag.

20       Q    All right.

21            And can you see the person who's holding it?

22       A    Not very clearly in this photo.

23            MS. KEARNEY:  Mr. Jennings, can you zoom out.

24   BY MS. KEARNEY:

25       Q    And, Agent Potts, I'm going to ask you to follow

1   that flag.

2       A    Okay.

3            MS. KEARNEY:  Mr. Jennings, can you please play

4   until 1 minute and 20 seconds.

5            (Video played)

6            MS. KEARNEY:  Mr. Jennings, can you pause there at

7   1 minute, 2 seconds.

8   BY MS. KEARNEY:

9       Q    Now that the person with the flag is closer to the

10  front of the frame, do you recognize him?

11      A    Yes, I do.

12      Q    Who is it?

13      A    That's Mr. Parks.

14           MS. KEARNEY:  All right.

15           Mr. Jennings, can you keep playing until 1 minute,

16  20 seconds.

17           (Video played)

18           MS. KEARNEY:  Thanks.

19  BY MS. KEARNEY:

20      Q    Agent Potts, there's a line of individuals at the

21  bottom of the frame.  Who do those individuals appear to be?

22      A    They appear to be officers with the U.S. Capitol

23  police.

24      Q    And what do they appear to be doing with respect

25  to the crowd?

1      A     Preventing them from going further into the U.S.

2   Capitol.

3            MS. KEARNEY:  Mr. Jennings, could I ask you to

4   play starting at 5 minutes and 5 seconds.

5            Actually, keep the frame at 5 minutes and 5

6   seconds.

7   BY MS. KEARNEY:

8      Q     And, Agent Potts, I'm going to circle an item.

9   What is that?

10     A     That's a yellow flag.

11           MS. KEARNEY:  Mr. Jennings, could you please play

12  from that point until the end.

13  BY MS. KEARNEY:

14     Q     And, Agent Potts, if you could follow that flag.

15     A     Okay.

16           MS. KEARNEY:  Thanks.

17           (Video played)

18           MS. KEARNEY:  And, Mr. Jennings, can you please

19  play Government's Exhibit 426 from the beginning until

20  22 seconds.

21           (Video played)

22           MS. KEARNEY:  Can you back up to about 15 seconds,

23  please.

24           Sorry, farther than that.  Ten seconds.

25           You know, let's go from the beginning.  I'm sorry

1    about that, Mr. Jennings.

2              (Video played)

3              MS. KEARNEY:  You can pause there.

4    BY MS. KEARNEY:

5         Q    The two individuals at the very front of the

6    frame, do you recognize them?

7         A    Yes.

8         Q    And who are they?

9         A    One's Mr. Parks, and the other is Mr. Baggott.

10             MS. KEARNEY:  Thanks, Mr. Jennings.  You can take

11   that down.

12             Mr. Jennings, could you please play Government's

13   Exhibit 221, starting at the beginning and pause at about

14   10 seconds.

15             (Video played)

16   BY MS. KEARNEY:

17        Q    I'm going to circle two individuals.

18   Do you recognize them?

19        A    Yes.  That's Mr. Parks and Mr. Baggott.

20        Q    And which one is Mr. Parks?

21        A    Mr. Parks is wearing the red hat with the gray

22   jacket holding the yellow flag.

23             MS. KEARNEY:  Mr. Jennings, could you please play

24   until 20 seconds.

25   BY MS. KEARNEY:

1      Q     What did Mr. Parks just do?

2      A     He picked up one of the handheld magnetometers and

3    then put it back down on that table.

4            MS. KEARNEY:  Mr. Jennings, could you please play

5    until 38 seconds.

6            (Video played)

7    BY MS. KEARNEY:

8      Q     Agent Potts, do you recognize the person who just

9    picked up that wand?

10     A     Yes.

11     Q     Who is that?

12     A     That's Mr. Parks.

13           MS. KEARNEY:  All right.

14           Mr. Jennings, could you please play until the end.

15           (Video played)

16           MS. KEARNEY:  And at this point, Your Honor, I

17   want to reference another part of the parties' stipulation.

18   This is on page 5.  And it says:  "Government's Exhibit 221A

19   is a still image from Government's Exhibit 221 with an

20   object circled in red."

21           Mr. Jennings, could you please pull up

22   Government's Exhibit 221A.  Thank you.

23           "The circled object is a Garrett Brands metal

24   detector hand wand that was the property of U.S. Capitol

25   police on January 6th, 2021 and which had a value of less

 1    than $1,000.

 2          "The parties agree that if called to testify at

 3    trial, Supervisory Asset Management Specialist James Hoover

 4    of the United States Capitol Police would testify as

 5    follows:

 6          "Mr. Hoover is responsible for the receipt of

 7    equipment used by the United States Capitol Police.

 8          "Following January 6th, 2021, Mr. Hoover received

 9    many reports regarding items that were lost or missing,

10    mostly items that had been taken from USCP officers'

11    persons.

12          "Metal detector hand wands are not assigned a

13    particular officer, and USPC does not track them by serial

14    number.

15          "Mr. Hoover does not know if an inventory was done

16    of hand wands in the days following January 6th, but did not

17    receive any reports that the hand wand was missing.

18          "USCP uses Garrett Brands metal detector hand

19    wands, and USCP is the only entity responsible for

20    maintaining security check points at Capitol entry points."

21          Mr. Jennings, could you please play Government's

22    Exhibit 222 and pause at 10 seconds.

23          I'm sorry -- and the government offers 221A.

24          MR. MACHADO:  No objection.

25          THE COURT:  It will be admitted.

1                                    (Government's Exhibit 221A
                                       received into evidence.)
2

3              (Video played)

4    BY MS. KEARNEY:

5        Q    Agent Potts, I'm going to circle two individuals.

6             Do you recognize them?

7        A    Yes.

8        Q    Who are they?

9        A    That's Mr. Baggott and Mr. Parks.

10            MS. KEARNEY:  Thank you.

11            And, Mr. Jennings, could you please zoom in on

12   Mr. Parks' hand.

13   BY MS. KEARNEY:

14       Q    Based on this video and Government's Exhibit 221,

15   can you tell what Mr. Parks is holding here?

16       A    No.

17            MS. KEARNEY:  Mr. Jennings, could you please

18   play -- actually, can you zoom out.

19   BY MS. KEARNEY:

20       Q    And can you read the time stamp at the top of this

21   frame at 10 seconds, Agent Potts?

22       A    Oh.  Yes.  Sorry.  2:46:06 p.m.

23            MS. KEARNEY:  Mr. Jennings, could you please play

24   Government's Exhibit 221.

25            (Video played)

1          MS. KEARNEY:  Can you play the last 20 seconds, so

2    starting at 30 seconds, please.

3          I'm going to pause at 38 seconds.

4    BY MS. KEARNEY:

5      Q    And at 38 seconds, what's the time stamp on that

6    video?

7      A    2:45:58 p.m.

8          MS. KEARNEY:  Thanks.

9          And, Mr. Jennings, could you play until the last

10   second or so, to 49 seconds.

11         (Video played)

12   BY MS. KEARNEY:

13     Q    And at 48 seconds, what's the time stamp on that

14   video?

15     A    2:46:08 p.m.

16         MS. KEARNEY:  Okay.  Thanks.

17         Mr. Jennings, could you please play Government's

18   Exhibit 224 and pause at 24 seconds.

19         (Video played)

20   BY MS. KEARNEY:

21     Q    I'm going to circle an individual.  Who is that?

22     A    That's Mr. Baggott -- I'm sorry, Mr. Parks.

23     Q    And what is Mr. Parks holding in his left hand?

24     A    Mr. Parks is holding one of the handheld

25   magnetometers.

1          MS. KEARNEY:  Mr. Jennings, could you play till

2    30 seconds, please.

3          And can you skip until 1 minute, Mr. Jennings, and

4    play till 1 minute and 21 seconds.

5          (Video played)

6          MS. KEARNEY:  Thank you.

7          And can you skip to 2 minutes and 10 seconds,

8    please.

9          And play till the end.

10          (Video played)

11   BY MS. KEARNEY:

12       Q    And in each of those sections that we just played,

13   was Mr. Parks still holding the handheld magnetometer?

14       A    Yes, he was.

15          MS. KEARNEY:  Mr. Jennings, could you please play

16   Government's Exhibit 226.

17          (Video played)

18          MS. KEARNEY:  Actually, Mr. Jennings, could you

19   pause there at 48 seconds and back up to about 40 seconds.

20   BY MS. KEARNEY:

21       Q    Agent Potts, do you recognize this individual?

22       A    Yes.

23       Q    Who is it?

24       A    That's Mr. Parks.

25       Q    And what is he holding in his right hand?

1    A    He's holding the handheld magnetic wand and the

2    flag, yellow flag.

3         MS. KEARNEY:  Mr. Jennings can, you play until the

4    end, please.

5         (Video played)

6         MS. KEARNEY:  Mr. Jennings, could you play 2:27,

7    please.

8         (Video played)

9         MS. KEARNEY:  Mr. Jennings, can you go to about 15

10   seconds in that exhibit.

11        Thank you.

12        Let's say 10 seconds in that exhibit.

13   BY MS. KEARNEY:

14   Q    Agent Potts, I'm going to circle an individual.

15   What's he holding?

16   A    He's holding a yellow flag.

17   Q    And what's he wearing?

18   A    He's wearing a red ball cap and a gray jacket.

19        MS. KEARNEY:  Mr. Jennings, could you please play

20   Government's Exhibit 228.

21        (Video played)

22        MS. KEARNEY:  Can you pause there, Mr. Jennings.

23   This is 27 seconds.

24   BY MS. KEARNEY:

25   Q    I'm going to circle an item, Agent Potts.  What is

```
 1   that?

 2         A     That's a yellow flag.

 3         Q     Can you follow that flag, please?

 4         A     Okay.

 5               MS. KEARNEY:  Thanks.

 6               Mr. Jennings, could you play.

 7               (Video played)

 8               MS. KEARNEY:  And could you pause there,

 9   Mr. Jennings.

10               This is at 46 seconds.

11   BY MS. KEARNEY:

12         Q     Who is this?

13         A     That's Mr. Parks.

14         Q     And what has he got in his right hand?

15         A     Magnetic wand and the yellow flag.

16               MS. KEARNEY:  You can play till the end,

17   Mr. Jennings.  Thanks.

18               (Video played)

19               MS. KEARNEY:  Mr. Jennings, could you please play

20   Government's Exhibit 230, starting at 1 minute and

21   20 seconds.

22               And can you play until 1 minute, 35 seconds.

23               (Video played)

24               MS. KEARNEY:  You can stop there.

25               Let's back up to 1 minute and 30 seconds.
```

1           Let's back up to 1:20.  I'm sorry.

2           And let's play until 1:25.

3           (Video played)

4    BY MS. KEARNEY:

5        Q    Do you recognize the individual I've circled at

6    the middle bottom of the frame?

7        A    Yes.

8        Q    Who is that?

9        A    That's Mr. Parks.

10          MS. KEARNEY:  Mr. Jennings, could you go frame by

11   frame, please.

12          (Video played)

13          MS. KEARNEY:  You can stop there.

14          That's 1 minute, 27 seconds.

15   BY MS. KEARNEY:

16       Q    Agent Potts, what is Mr. Parks holding in his

17   right hand?

18       A    He's holding the yellow flag and the handheld

19   magnetic wand.

20          MS. KEARNEY:  Mr. Jennings, could you skip to

21   3 minutes and 35 seconds, please.

22          And then play and pause at 4 minutes, 8 seconds.

23          (Video played)

24          MS. KEARNEY:  Thank you.

25

1    BY MS. KEARNEY:

2          Q    Agent Potts, who is this that I've circled?

3          A    That's Mr. Parks.

4          Q    What is Mr. Parks holding in his right hand?

5          A    He is holding the yellow -- oh, in his right hand?

6          Q    Yeah -- oh, sorry, his left hand.

7          A    Left hand.

8               He's holing the yellow flag.

9               MS. KEARNEY:  Mr. Jennings, could you please zoom

10   in on Mr. Parks.

11              Thank you.

12   BY MS. KEARNEY:

13         Q    Now, what's he doing with his right hand?

14         A    In his right -- what -- he's put his right hand in

15   his jacket pocket.

16         Q    In his right jacket pocket?

17         A    Yes.

18         Q    And, Agent Potts, I'm going to ask you to focus on

19   Mr. Parks' left jacket pocket.

20         A    Okay.

21              MS. KEARNEY:  And, Mr. Jennings, can you please

22   advance frame by frame.

23              Actually, focus on both pockets.

24              THE WITNESS:  Okay.

25              MS. KEARNEY:  And, Mr. Jennings, play it frame by

```
 1    frame.
 2              (Video played)
 3              MS. KEARNEY:  You can stop there.
 4              And can you refocus the zoom so that it focuses on
 5    Mr. Parks.
 6              And keep advancing.
 7              You can stop there.  That's at 4 minutes and
 8    10 seconds.
 9    BY MS. KEARNEY:
10        Q    And what is Mr. Parks holding in his right hand?
11        A    That's his cell phone.
12        Q    And his left hand?
13        A    Left hand is the yellow flag.
14              MS. KEARNEY:  Well, let's stay zoomed in.
15              And, Mr. Jennings, could you please play until
16    4 minutes and 27 seconds.
17              (Video played)
18              MS. KEARNEY:  And, Mr. Jennings, could you please
19    refocus to the zoom so it's on Mr. Parks.  Thank you.
20    BY MS. KEARNEY:
21        Q    Agent Potts, what do you observe about Mr. Parks'
22    left-hand pocket?
23        A    Looks like there's something in the pocket, kind
24    of bulky, rectangular shaped.
25              MS. KEARNEY:  Let's stay zoomed in, Mr. Jennings,
```

1    and play until 5 minutes, 1 second.

2                (Video played)

3    BY MS. KEARNEY:

4        Q    And what did Mr. Parks do with respect to his

5    jacket pockets in those seconds we just watched?

6        A    He felt the outside of the pocket as if to check

7    it if there was something in there.

8                MR. MACHADO:  Objection; speculation.

9                THE COURT:  I'll sustain that objection.  I can

10   see what the video shows.

11               MS. KEARNEY:  And, Mr. Jennings, could you please

12   play until 5 minutes and 20 seconds, keeping it zoomed in on

13   Mr. Parks.

14               And then can you unzoom, please, and just play

15   until 6 minutes.

16               (Video played)

17               MS. KEARNEY:  Now, Mr. Jennings, could you please

18   play Government's Exhibit 428.

19               THE COURT:  Actually, Ms. Kearney, before we do

20   that, it's 3:00, so why don't we take our afternoon break.

21               It's almost 3:05, so let's resume at 3:20.

22               Thank you, all, very much, I'll see you shortly.

23               I'll ask the agent not to discuss your testimony

24   over the break.  Thank you.

25               COURTROOM DEPUTY:  All rise.  This Court stands in

```
 1   recess.

 2               (Recess from 3:04 p.m. to 3:29 p.m.)

 3               COURTROOM DEPUTY:  All rise.  The Honorable

 4   Amit P. Mehta is again in session.  Be seated and come to

 5   order.

 6               THE COURT:  Come on back up, Agent Potts.

 7               MS. KEARNEY:  Thank you, Your Honor.

 8               Your Honor's Deputy pointed out to me that I did

 9   not offer 422 into evidence.

10               THE COURT:  Okay.

11               MS. KEARNEY:  And so pursuant to the parties'

12   stipulation, the government offers 422 that I already showed

13   the witness.

14               THE COURT:  Yep.  Okay.

15                                  (Government's Exhibit 422
                                      received into evidence.)
16

17               MS. KEARNEY:  And, Mr. Jennings, could you please

18   pull up Government's Exhibit 428.

19               (Video played)

20               MS. KEARNEY:  Can you pause there, Mr. Jennings.

21   BY MS. KEARNEY:

22        Q    Agent Potts, this is 1 minute and 14 seconds.

23               I'm going to circle an individual in the middle of

24   the frame.

25               Who is that?
```

```
 1        A    Yes.  That's Mr. Parks.

 2             MS. KEARNEY:  Mr. Jennings, could you please put

 3   up Government's Exhibit 501, and this is not yet in

 4   evidence.

 5   BY MS. KEARNEY:

 6        Q    Agent Potts, we had talked about

 7   Government's Exhibit 500, the Instagram records, previously.

 8        A    Yes.

 9        Q    Did you also have a chance to review

10   Government's Exhibit 501 prior to your testimony today?

11        A    Yes, I did.

12        Q    And is that contained within

13   Government's Exhibit 500?

14        A    Yes.

15             MS. KEARNEY:  Now the government offers

16   Exhibit 501.

17             MR. MACHADO:  No objection.

18             THE COURT:  All right.  501 is admitted.

19                              (Government's Exhibit 501
                                   received into evidence.)
20

21             MS. KEARNEY:  Mr. Jennings, could you please go to

22   the second page.

23             And could you zoom in on the registration date at

24   the first half of the page.

25   BY MS. KEARNEY:
```

1       Q     And what is the registration date for this

2   account, Agent Potts?

3       A     Registration date is December 25th, 2013.

4             MS. KEARNEY:  Thank you.

5             And, Mr. Jennings, could you please go to, I

6   forget what it's called, the account end date, account end

7   and account closure date.

8   BY MS. KEARNEY:

9       Q     And what was the account closure date for this

10  account?

11      A     That date was January 10th, 2021.

12      Q     Now, Agent Potts, we watched two Instagram

13  Stories, Government's Exhibit 530 and 531.

14            MS. KEARNEY:  Mr. Jennings, could you just play

15  the first few seconds of each of those.

16            (Video played)

17            MS. KEARNEY:  That's great.

18            Thanks.

19  BY MS. KEARNEY:

20      Q     Now, were these two exhibits provided to the FBI

21  by third parties or were they contained in the Instagram

22  results?

23      A     I know one was from a third party.  I can't

24  remember which one.

25      Q     Okay.

1          But regardless, the FBI, obtained some of that

2     footage from a third party, rather than from Instagram?

3          A    That's correct.

4               MS. KEARNEY:  Okay.

5               Mr. Jennings, could you please pull up

6     Government's Exhibit 523.

7               It's an image, I'm sorry.

8               Now, this is a series of messages.

9               And, Mr. Jennings, if you could zoom in on the

10    messages.  Thank you.

11    BY MS. KEARNEY:

12         Q    And, Agent Potts, there are some time codes

13    associated with these messages.

14         A    Yes.

15         Q    And they're in UTC.

16              What is UTC?

17         A    UTC stands for Universal Time Code.

18         Q    And how is it different from Washington, D.C. time

19    on January 6th, 2021?

20         A    It's five-hours-difference.

21         Q    Five hours earlier or five hours later?

22         A    It would be five hours later, I believe.

23         Q    Okay.

24              If you don't mind, I'd like to read this exchange.

25    If you would read the pastorparks account --

1      A      Okay.

2      Q      -- and I'll read the zachfarnum account.

3      A      Okay.

4              MR. MACHADO:  Your Honor, I'm going to object to

5      this conversation.  It's hearsay, and I don't know what

6      relevance it has.

7              And I'm most particularly concerned about the

8      second-to-last statement, which indicates you should all be

9      thrown in jail.  I think that's -- that would also be 403,

10     but I don't see the relevance of this.

11             MS. KEARNEY:  First off, these are statements of

12     the defendant.

13             THE COURT:  Right.  I know.

14             MS. KEARNEY:  Your Honor, this is his Instagram

15     account.

16             And in response to his associate's statement, "you

17     all should be thrown in jail," Mr. Parks responds:  "What I

18     was asleep on the couch in Nashville," which I think

19     evidences his recognition that what he did on January 6th

20     was wrong.

21             THE COURT:  Okay.  All right.  I'll overrule the

22     objection.

23     BY MS. KEARNEY:

24     Q      Could you read the pastorparks, starting at the

25     beginning, please.

1        A      Sure.

2               It says:  "On the way to dc where you at."

3               "Why?"

4               "Oh no."

5               "Fuckn stew."

6               "Hahaha."

7               "It's going to be" -- oh.  Sorry.

8               "It's going to be wild.

9               "I'm gonna pick your parents up I bet they'll

10       wanna come to the rally with me.

11              "Ridiculous.

12              "You should all be thrown in jail.

13              "What I was asleep on the couch in Nashville when

14       I heard the news."

15       Q      Now, immediately prior to that statement, there's

16       some empty boxes.

17       A      Yes.

18       Q      What do those represents?

19       A      Those are emojis.

20       Q      Do you know which emojis?

21       A      No, it's not possible to tell from looking at

22       this.

23              MS. KEARNEY:  Mr. Jennings, can you go to the next

24       page, please.

25              We don't need to read that last one.

1           Can you go to the first page, Mr. Jennings, and

2   zoom in on the conversation again.

3   BY MS. KEARNEY:

4       Q    So we're talking about UTC.

5           In Washington, D.C. time, when was this first

6   message sent if it was sent at 13:29:32 UTC on January 6th?

7       A    So this one would have been five hours prior to

8   that.  So that would have been -- I'm doing the math --

9   8:29.

10      Q    A.m. or p.m.?

11      A    A.m.

12      Q    Okay.

13          And we won't do that for every message.  I assume

14  the Court can do math.

15          But the message, "what I was asleep on the couch

16  in Nashville when I heard the news," what time was that

17  sent?

18      A    I'm sorry, can you repeat that?

19      Q    Sorry.

20          The last message on the page, "What I was asleep

21  on the couch in Nashville when I heard the news," what time

22  was that sent?

23      A    That was 1:42:22 UTC.

24      Q    On which date?

25      A    On January 7th, 2021.

1      Q    And so in Washington, D.C. time?

2      A    So that would have been at approximately 8:42 p.m.

3  on January 6th.

4           MS. KEARNEY:  Mr. Jennings, could you please pull

5  up Government's Exhibit 511.

6  BY MS. KEARNEY:

7      Q    And I will read nashvilletyler if you'll read

8  pastorparks.

9      A    Okay.

10     Q    "Hahaha you got in the capital."

11     A    "Yes I love it."

12          THE COURT:  I'm sorry, can you blow this up,

13  because I can't see it.

14          MS. KEARNEY:  Sorry.

15          Mr. Jennings, would you mind blowing up the text.

16          You can do it in two chunks if that's easier.

17          Yeah, I don't think that helped much.

18          Can we do the first half.  Thanks.

19  BY MS. KEARNEY:

20     Q    "Hahaha you got in the capital."

21     A    "Yes I love it.

22          "I wished I had went to the trump rally today in

23  dc I heard it was wild."

24     Q    "Liked a message.

25          "emojis.

192

```
 1              "You son of a bitch."

 2       A      "emojis."

 3              MS. KEARNEY:  And I think we can actually stop

 4       there.

 5              Mr. Jennings, could you pull up 522, please.

 6              And zoom in on the exchange.

 7              And I'll read jashackley.

 8              "Emojies.

 9              "How is it?

10              More "emojies."

11       A      "How was what?  I was asleep on my couch in

12       Nashville today."

13              MS. KEARNEY:  Mr. Jennings, if you could go to the

14       next page, please.

15              And zoom in.

16              "Lolol.

17              "That's awesome you were there.

18              "Emojies.

19              "Shack.

20              "Why on earth would you think I was there.

21              "Liked a message.

22              "Come on stew."

23              Mr. Jennings, could you please pull up

24       Government's Exhibit 508.

25              And zoom in on the conversation, please.
```

BY MS. KEARNEY:

Q    And I'll read alexander_shields if you read pastorparks.

A    Okay.

Q    "Send me the videos you deleted.  Lol.

"Did you delete thinking you might get in trouble?

A    "emojis.

"What are you talking about I was asleep on my couch in Nashville and woke up to the horrifying news people got into the capital.

"That's terrible who would do that emojis."

Q    "Hahaha."

A    "You and me need to get lunch sometime I have something on my phone I need to show you emojis."

MS. KEARNEY:  "Haha fair enough."

Is there a second page to that, Mr. Jennings?

THE WITNESS:  "Hope you are doing well, great to hear from you.  If anyone ask say sadly I wasn't able to make it to dc this time."

MS. KEARNEY:  "Liked a message."

And, Mr. Jennings, could you pull up 517, please, and zoom in on the conversation.

BY MS. KEARNEY:

Q    And I will read gordon_oliver if you read pastorparks.

1     A     Okay.

2     Q     "Stop ur in the capitol?"

3     A     "What?  No are you crazy?  I wouldn't do such a

4  thing I was sleep home on my couch when I heard the news.

5           "Who would do such a terrible thing.

6           MS. KEARNEY:  And the next page, please.

7  BY MS. KEARNEY:

8     Q     "Hahahaha I love it emojis."

9     A     "Emojies."

10    Q     "How was the Capitol"

11          "Shake any hands?

12    A     "emojis.

13          "Gordon.

14          "I was right next to the patriot that got shot."

15    Q     "No way.  Oh my lord.

16          "What happened"?

17    A     "Laugh out loud this was way more eventful than my

18  8th grade dc trip my school took us."

19          MS. KEARNEY:  "Liked a message."

20          And we can stop there.

21          Let's pull up Government's Exhibit 513.

22  BY MS. KEARNEY:

23    Q     And I will read wrichter24 if you read

24  pastorparks.

25    A     Okay.

1    Q    "You guys are famous haha emojis."

2    A    "We ain't giving up.

3         "No way in hell Biden is getting the presidency."

4    Q    "I'm with you in spirit god sir.  God be with

5    you."

6         Let's do -- oh.  Sorry.

7    A    "Baggott wants to know why you weren't there

8    emojis."

9    Q    "Haha I wish I could have been.  Too much going

10   on.  Baggott go up there too?"

11        MS. KEARNEY:  And 518, please, Mr. Jennings.

12   BY MS. KEARNEY:

13   Q    And I will read kelseyrist if you read

14   pastorparks.

15   A    Okay.

16   Q    "Where is this?  I know your in DC."

17   A    "Kelsey.

18        "It was insane.

19        "People from all over flooded into dc.

20        MS. KEARNEY:  "Stay safe."

21        515, please, Mr. Jennings.

22        MR. MACHADO:  The Court's indulgence.  He's

23   getting a little static which I heard.

24        The Court's indulgence.  Thank you, Your Honor.

25        Thank you, Your Honor.

```
 1    BY MS. KEARNEY:

 2         Q    515, I'll read countryboi160 if you read

 3    pastorparks.

 4         A    Okay.

 5         Q    "Are you really taking part in this domestic

 6    terrorism?

 7              "Wow.

 8         A    "Sorry I was sleep on my couch in Nashville when I

 9    heard the news.

10              "I couldn't believe they got into the Capital.

11    Emojis."

12              MS. KEARNEY:  And we can stop there.

13              509, please, Mr. Jennings.

14    BY MS. KEARNEY:

15         Q    And if you read pastorparks, I will read

16    we_trippy_mane707.

17         A    Okay.

18              "Emojies."

19         Q    "LOL no why'd you delete that capital shit.  That

20    was fucking awesome.  Emojis."

21         A    "emojis."

22              MR. MACHADO:  Your Honor, I'm going to object to

23    the hearsay portion.

24              THE COURT:  What was the hearsay portion?

25              MR. MACHADO:  The "why did you delete?"
```

1          THE COURT:  You would seem to recall the issue of

2     whether a question constitutes hearsay, Mr. Machado.

3          MR. MACHADO:  I think I will back off on my

4     objection, Your Honor.

5          I'll withdraw.

6     BY MS. KEARNEY:

7     Q     I'm sorry, I couldn't see you said -- oh, I think

8     this is pastorparks at the top.

9     A     Okay.

10         "Let's go out for lunch sometime.

11         "I have some things to show you."

12    Q     "LOL just let me know."

13    A     "Let's just say this dc trip was more eventful

14    than the 8th grade trip ezell took us on."

15    Q     "Liked a message.

16         "It fucking looked it.  I'm glad you took those

17    vids down now because the fbi is hunting y'all.  Emojis."

18    A     "emojis."

19    Q     And we can stop there.

20         There's a reference to Ezell there.  Do you know

21    what Ezell is?

22    A     Yes.  It's a reference to Ezell-Harding Christian

23    School.  It's a school in Nashville, Tennessee.

24         MS. KEARNEY:  One moment, Your Honor.

25         No further questions.

1          THE COURT:  Cross-examination, Mr. Machado.

2          MR. MACHADO:  Thank you, Your Honor.

3                         - - -

4                    CROSS-EXAMINATION

5     BY MR. MACHADO:

6     Q     Good afternoon, sir.

7     A     Good afternoon.

8     Q     So I assume that all of these -- you spent quite a

9     bit of time looking through these videos with regard to

10    Mr. Parks and Mr. Baggott, correct?

11    A     Yes, sir.

12    Q     So in reviewing these videos, and we've seen a

13    lot -- most of them here, it's safe to say that in most of

14    these videos, it was Mr. Baggott who was in front as they're

15    walking and -- I'll at least say a majority -- and Mr. Parks

16    holding on to him.  Do you recall that?

17    A     Yes.

18    Q     Okay.

19          And that's at multiple times when they're walking

20    through on many of the videos that we saw, correct?

21    A     I seem to recall that, yes.

22    Q     Yes.

23          And it would be safe to say that it appeared that

24    any conversations that were being had the other individuals

25    seemed mostly to be done by Mr. Baggott.  Would you agree

```
 1   with me on that?
 2        A    I don't know that I'd -- no, I don't know that I'd
 3   agree with that.
 4        Q    Okay.
 5             Would you -- well, in most of the videos,
 6   Mr. Parks had a mask on, correct?
 7        A    Yes.
 8        Q    Okay.
 9             And you can't tell if he was saying anything,
10   correct?
11        A    There were videos that I observed where he was
12   making non-verbal movements as if he were talking with
13   people but...
14        Q    But you didn't see anything --
15        A    When the mask was --
16        Q    Let me withdraw.  Sorry.
17        A    Okay.
18        Q    What videos are you talking about that he was
19   talking to people?  Can you --
20        A    I don't remember the specific number.  I just --
21   even in the ones that we watched today, I recall the -- him
22   patting an individual on the back as if he were talking with
23   him.
24        Q    Okay.
25             All right.  So when -- let's talk about what you
```

1    found, first of all, when he arrived.

2           So you were shown a lot of videos with regard to

3    the process as far as him climbing up and going into --

4    going on some stairs, correct?

5    A    Yes, sir.

6    Q    Before that, there was a large group of people,

7    one of the first videos that you saw, where there was just a

8    large group of people and you were able to see the flag and

9    we zoomed in with the red and white flag in the back,

10   correct?

11   A    Yes, sir.

12   Q    So it would be correct to say that Mr. Parks and

13   Mr. Baggott in those videos, they weren't in the, for lack

14   of better term, the front lines in direct contact with the

15   police officers, correct?

16   A    Not on the ones going up the stairs, no.

17   Q    I'm talking about before they went up the stairs?

18   A    Oh.

19   Q    Although I'll get to that one.

20   A    Okay.

21   Q    But before they went up the stairs when they were

22   just down at the bottom where the video that I'm talking

23   about -- I could pull it up if you need -- but they were

24   downstairs and there was a red and white flag that the

25   government used to kind of --

1    A    Yep.

2    Q    -- indicate -- you know the one I'm talking --

3    A    I know which one you're talking about, yeah.

4    Q    So they were several people back and they weren't,

5    like, right at the front line, correct?

6    A    They were not the first in line.

7    Q    Right.  Okay.

8         Now moving on to as far as I want to get into the

9    top of the stairs, we have kind of a similar situation.

10   There were many people, and we saw various videos of people

11   that were right there as well, and actually Mr. Baggott and

12   Mr. Parks were kind of a little bit over to the side,

13   correct?

14   A    Yes.

15   Q    And, in fact, in some of the videos, they weren't

16   even facing what was going on, they were facing the opposite

17   direction.  Do you recall that?

18   A    Yes.

19   Q    All right.

20        So now let's talk about when they went up and

21   moved towards the door.

22        While they were at the door, they're not --

23   Mr. Baggott and Mr. Parks are not any of the individuals who

24   are breaking the windows, correct?

25   A    That's correct.

1      Q    They are also not the ones breaking down the door;

2  is that correct?

3      A    Correct.

4      Q    And, in fact, similarly, they're a few people back

5  from that; is that correct?

6      A    A few people, yes, sir.

7      Q    Yeah.

8           I'm not saying that they were far away, there was

9  just a few people, correct?

10     A    Right.

11     Q    And when the door opens, and we've seen the video,

12 a flood of people come in, would you agree with me that

13 about, maybe about 30 or 40 people come in before they come

14 in?

15     A    Approximately.

16     Q    Okay.

17          Do you want to increase or lower that number?

18     A    No.  I'm good with that.

19     Q    Okay.  That's fine.

20          And then we have the fact that when Mr. Parks

21 is -- when Baggott and Mr. Parks are with that police line,

22 this is the, I guess, the first one that we saw, you see

23 Mr. Baggott kind of being right up in front of the -- kind

24 of face to face with the police officers, correct?

25     A    Yes.

1      Q      Okay.

2             And Mr. Parks is behind him, holding on to him, if

3   you recall?

4      A      Yes.

5      Q      Okay.

6             You didn't see Mr. Parks engaging in any dialogue,

7   correct?

8      A      No, not that I know of.

9      Q      When Mr. Parks entered, he did have a flag but it

10  was upside-down and it was unfurled, correct?

11     A      When he first entered where?

12     Q      Entered into the U.S. Capitol?

13     A      Yes.

14     Q      Eventually it got turned around, but when he came

15  in, it wasn't --

16     A      That's correct.

17     Q      -- he wasn't holding the flag with the flag part

18  on the top, correct?

19     A      That's correct.

20     Q      It was rolled up and kind of -- he was holding it

21  upside-down, correct?

22     A      Yes.

23     Q      So now with regard to -- there's a point where

24  I -- it may be the same group that we're talking about where

25  you have this police line.  At some point, there is a fire

1    extinguisher that goes off.  Do you recall that?

2        A    Yes.

3        Q    And their reaction to the fire extinguisher is

4    that they leave that area, correct?

5        A    Yes.

6        Q    Okay.

7             And with regard to the times where there is some

8    sort of involvement between police officers and where

9    Mr. Baggott and/or Mr. Parks are, they're never making any

10   effort to try and push past them; would you agree with me on

11   that?

12       A    No.

13            There's one video that we showed where they go

14   past the police line that had disintegrated due to the

15   amount of people.

16       Q    Well, but they weren't a part of that front line,

17   it was other people, but they followed those people,

18   correct?

19       A    Yes.

20       Q    And then as far as they're leaving, just to finish

21   up as far as interactions with the police, Mr. Baggott at

22   one point had some sort of altercation, for lack of a better

23   term, with a police officer where there may be a grabbing of

24   a baton or something like that, correct?

25       A    Yes.

1      Q     You do recall that?

2      A     I do, yes.

3      Q     And, again, Mr. Parks is right behind and he's not

4    either assisting or doing anything similar to what

5    Mr. Baggott is doing, correct?

6      A     Correct.

7      Q     And then as far as leaving, at some point police

8    officers start making people leave and -- through the door

9    with the magnetometer and the wand, and they eventually

10   leave?  Granted they go back and forth inside a few times

11   but they do leave, correct?

12     A     Yes.

13     Q     And now let me just kind of move into a couple of

14   videos.  And let's take that -- the last part as far as the

15   wand is concerned, all right?

16           So I'm going to show you Government's Exhibit

17   Number 429, which is a photo -- and let me see if I've

18   mastered this -- and there we go.  Just waiting for it to

19   come up.

20           All right.  So now this is a photo, to your

21   understanding and from your investigation, happened after

22   the fact; is that correct?

23     A     I believe so, yes.

24     Q     When I say "after the fact," I mean after they

25   left the U.S. Capitol, correct?

1      A    Correct.

2      Q    Do you see anything sticking out from his left

3  pocket at that time?

4      A    This picture is not a good example of that.

5      Q    Okay.

6      A    No.

7      Q    And I won't play it again, and I'm sure the Court

8  can view it, but with regard to when there was a -- when

9  they came back to the door and it appeared that he was

10 holding it with his left hand, you did not see anything

11 sticking out of the pocket, correct, you only saw, like, a

12 rectangular shape inside the pocket, correct?

13     A    That's correct.

14     Q    And nothing that you have viewed in all these

15 videos give any indication that Mr. Parks had the wand in a

16 pocket, other than a possible rectangular shape that he had

17 in his pocket, correct?

18     A    I did not observe him put that item into the

19 pocket, if that's what --

20     Q    And you also did not observe the item actually

21 sticking out of his pocket where would be able to see it,

22 correct?

23     A    Correct.

24     Q    And just so we're clear, to your knowledge, about

25 how big are these -- is this magnetometer or this wand?

1    A    I don't know the exact dimensions.

2         If I had to guess, I'd say maybe somewhere like --

3    Q    About a foot long?

4    A    Maybe so, yeah.

5         MR. MACHADO:  Okay.

6         The record will reflect he's indicated a length of

7    about one foot.

8    BY MR. MACHADO:

9    Q    And so I mean obviously you don't know the size of

10   Mr. Parks' pocket, but normally a jacket like that would not

11   have a footlong pocket, would it?

12   A    I don't know.

13        MR. MACHADO:  All right.

14        So let me show you then what I have -- what is

15   Government's Exhibit -- the Court's indulgence.

16        Actually, this is probably a good time --

17   unfortunately, there was a change of an exhibit, so the

18   government has graciously offered to pull it up for me and

19   this is Exhibit 230.

20        (Video played)

21        MR. MACHADO:  I'm going to ask if we can move it

22   to about 35 seconds.

23        If you could just play it.

24        (Video played)

25

```
 1    BY MR. MACHADO:
 2        Q    And just while we're seeing this, this is the exit
 3    that is where the magnetometer was, correct?
 4        A    Yes.
 5        Q    Okay.
 6             And at some point very shortly, we'll be seeing,
 7    well -- I guess we'll see the flag first coming out;
 8    is that correct?
 9        A    I don't know.
10        Q    Well, we'll see.
11        A    We'll see.
12        Q    You don't have it that well memorized?
13             There we go.  About 1:07.
14             Is that the flag that belongs to Mr. Parks?
15        A    Yes.
16        Q    Okay.
17             And shortly we'll be seeing he and Mr. Baggott
18    coming out, correct?
19        A    Yes.
20        Q    And as I've indicated before, you see that
21    Mr. Parks grabbed onto the strings of the backpack that
22    Mr. Baggott had, correct?
23        A    Yes.
24        Q    And that's what he was doing often in a lot of
25    these videos, correct?
```

1      A      Often, yes.

2             MR. MACHADO:  If you can move it up to 2:30.

3             If you could play it.  Thank you.

4             (Video played)

5   BY MR. MACHADO:

6      Q      Now, to your knowledge, did you see any videos

7   that show Mr. Parks and/or Mr. Baggott around this time from

8   the outside?

9      A      I can't remember if I did or not.

10     Q      Okay.

11            But with regard to the videos that you have seen,

12  you have not seen any video showing what, if anything,

13  Mr. Parks did with the magnetometer, correct?

14     A      That's correct.

15     Q      And it is safe to say from this point onward,

16  since we're going to see it shortly, at no time, either by

17  pictures or by videos or by this closed-circuit video --

18  when I say "videos," I should say third-party videos -- do

19  we see Mr. Parks with --

20            MR. MACHADO:  Can you back it up a few seconds.

21  I should have interrupted myself.  Okay.  All right.

22            If you could just play it until it stops.  We're

23  at 3:37.

24            Okay.  Stop, please.

25

1    BY MR. MACHADO:

2        Q    Okay.

3             So I'm stopped at 3:42.

4             As you can see, Mr. Baggott, again, is leading in

5    the front, and Mr. Parks is holding on to his backpack,

6    correct?

7        A    Correct.

8        Q    And Mr. Parks, we have a clear view of his left

9    pocket, correct?

10       A    Correct.

11       Q    And do we see anything coming out of his pocket?

12       A    I do not.

13            MR. MACHADO:  Thank you very much.  You can take

14   it down.

15   BY MR. MACHADO:

16       Q    So going through a few things in addition.  Bear

17   with me.  I think we've covered a lot and I was ready to

18   show you videos if you weren't sure.

19            So now I'm going to show you Exhibit 206A, the

20   government has marked as Exhibit 206A.

21            And this is a still from the closed-circuit camera

22   that was taken, correct?

23       A    Yes.

24       Q    Okay.

25            Again, as I indicated earlier, the flag is not --

1   is being held upside-down, correct?

2        A    Yes.

3        Q    And there is no sound on this, correct --

4        A    Correct.

5        Q    -- on these videos?  Okay.

6             And we just have Mr. Parks, again, behind

7   Mr. Baggott, correct?

8        A    Yes.

9        Q    Okay.

10            I'm going to show you what government has marked

11  Exhibit 412.

12            I'm going to play this.

13            And this is a video of -- let me just bring it

14  up -- and we don't necessarily need the sound here, but let

15  me move it up to the portion that I'd like to show.

16            This is the door -- okay.

17            As I go to 1:40, this is the doors that Mr. Parks

18  and Mr. Baggott came in, correct?

19       A    Yes.

20       Q    And we see some glass breaking.

21            None of these are Mr. Parks or Mr. Baggott,

22  correct?

23       A    That's correct.

24       Q    Now, as I am playing this -- and actually let me

25  back it up.

1          As we're approaching, could you please tell me if

2    you see any signs that indicate that a person cannot enter

3    through that door.

4          (Video played)

5          MR. MACHADO:  I'll stop at 2:08.

6    BY MR. MACHADO:

7    Q    Do you see anywhere there's any indication that --

8    from the outside -- that people can't come in through that

9    door?

10         I'm just talking about signage, I'm not talking

11   about breaking windows or anything like that.

12   A    I don't see any signs.

13   Q    And that is the way that -- well --

14        And we actually do see Mr. Parks and Mr. Baggott

15   shortly after this portion of the video, correct?

16   A    Yes.

17   Q    And they are not in any way doing any breaking of

18   the windows or breaking down of the door, correct?

19   A    Correct.

20   Q    I want to show you now what's marked as

21   Government's Exhibit 208.

22        And just first we see kind of a rash of maybe a

23   couple of photographers and a police officer and he's drawn

24   joined by other police officers, correct?

25   A    Yes.

1    Q    And after about, I think about 40 seconds, we're

2  going to be able to see Mr. Parks and Mr. Baggott come in.

3         And while we're at it, there's some person who has

4  a riot shield up, is that correct, or has a riot shield in

5  his hand?

6    A    I was going to say, I don't -- I'm not familiar

7  with which individual that was.

8         Okay.

9    Q    You see him?

10   A    Yes, sir.

11   Q    In the center?

12   A    Yep.

13   Q    And just so we're clear, Mr. Parks and Mr. Baggott

14  do not have anything -- well, what they have in their

15  hands -- Mr. Baggott has a water bottle and Mr. Parks has

16  the flag, correct?

17   A    Yes.

18   Q    And you would agree with me that at no time did

19  either of them use those as any -- in any offensive way or

20  offensively as a weapon, correct?

21   A    Correct.

22   Q    Okay.

23        And as I indicated earlier, you have Mr. Baggott

24  in the front talking to the police officers, and Mr. Parks

25  is directly behind him, correct?

1      A      Yes, they're more on the front lines on this one.

2      Q      But eventually, I won't keep on playing it, but

3   eventually they retreat in the opposite direction or they

4   don't try and break the line, correct?

5      A      Yes.

6      Q      Thank you.

7             And now I'm going to show you what's marked as

8   Government's Exhibit 423.

9             And, okay, you see -- you saw Mr. Baggott there?

10     A      Yes.

11     Q      And here we are at about 10 seconds, 11 seconds

12   and they're walking up the stairs?

13     A      Yes.

14     Q      Apparently, I missed the point that I was going to

15   try and make with this, so let me back up.

16            Now, Mr. Parks, at this point, as you can see

17   in -- he's there behind Mr. Baggott again.  His mask is not

18   fully over his mouth, correct?

19     A      Correct.

20     Q      Okay.

21            From what you see on that view, he's not -- he

22   doesn't appear to be -- actually, here's a good shot at 002.

23   He does not appear to be talking or yelling, at least it

24   does not appear that he is, correct?

25     A      Well, with it still-shotted, I wouldn't know if he

1   was talking anyway.

2        Q     Fair point.

3              I'll back it up a little bit and just tell me

4    whether you can see that Mr. Parks was actually saying

5    anything or doing anything?  Or saying anything, I should

6    say.

7        A     I think it's difficult to tell with the shakiness

8    of the camera and how fast it goes.

9        Q     Okay.  That's fine.

10             So now -- and I will kind of not need to show

11   this, I'll just talk about this.

12             But with regard to the wand, there seems to be

13   that Mr. Parks picks it up and puts it back at least twice,

14   correct?

15       A     He picks it up -- according to the videos that I

16   watched, he picked it up but put it down, picked it up

17   again.

18       Q     So he picked it up twice at least?

19       A     Picked it up twice, yeah.

20       Q     And then he walks out and we see him with the wand

21   walking out, correct?

22       A     That's correct.

23       Q     However, when he comes back on the scene, we don't

24   see the wand in his hand anymore?

25       A     Not -- that's correct, yeah.

1    Q    Towards the end -- and I'll just -- if I need to

2  show the video, I will -- but as they are exiting, and this

3  is the last time, it seems that the police officers are kind

4  of forcing people out, and, in fact, I think at some point

5  they use some sort of pepper spray.  Do you recall that?

6    A    Yes.

7    Q    Okay.

8         Do you see Mr. Baggott and/or Mr. Parks trying to

9  challenge the police officers at that point?

10    A    No, I wouldn't say so.

11    Q    Okay.

12         At any time during these videos, did you see

13  Mr. Parks appearing -- since a lot of it is -- you can't

14  hear -- but appearing to be yelling anything or saying

15  anything?

16    A    Yes.

17    Q    When was that?

18    A    When they first went in the door at the -- the

19  door where they entered into the Capitol.

20    Q    Okay.

21         Do you know -- did it appear -- can you tell what

22  he was saying?

23    A    No, I don't know what he was saying.  It just

24  looked like he was yelling.

25    Q    Okay.

1              At some point after they had left -- and we're

2     kind of tying this out -- he actually went down some

3     different steps than from where he exited, correct?

4         A    Yes.

5         Q    Are you familiar with the maps?

6         A    A little bit.

7         Q    Okay.

8              Could I ask you, as far as the map that's in front

9     of you, and I think -- is that 104 -- my eyesight isn't what

10    it used to be, but, yes, 104, does either window 103 or 104

11    show the door that they exited, if you know?

12        A    I actually don't know from these.  I wouldn't be

13    the best to ask about that.

14        Q    Okay.

15             Did at any point you see in any of these videos

16    Mr. Parks trying to hide anything?

17        A    No.

18             MR. MACHADO:  Thank you.  Nothing further.

19             THE COURT:  All right.  Any redirect?

20             MS. KEARNEY:  No redirect.

21             THE COURT:  Okay.

22             Agent, you can step down.  Thank you for your

23    testimony, sir.

24             All right.  Ms. Kearney, any additional evidence

25    or witnesses?

1          MS. KEARNEY:  If we might have just a few minutes

2    to make sure our exhibit lists are what they're supposed to

3    be.

4          THE COURT:  Sure.  Take a few minutes.

5          (Pause)

6          MR. MACHADO:  Your Honor, as far as timing is

7    concerned, I saw that you have a 4:30 matter.  I'll ask the

8    Court --

9          THE COURT:  I pushed it back, but I think we'll

10   just start with the defense case tomorrow.

11         MR. MACHADO:  Okay.  Thank you, Your Honor.

12   That's much appreciated.

13         (Pause)

14         MS. KEARNEY:  Your Honor, the government rests.

15         THE COURT:  Okay.

16         All right.  So with that, it's about 4:15.  So if

17   the government has rested, why don't we begin tomorrow with

18   the defense case.

19         Mr. Machado, do you want to make a motion at this

20   time?

21         MR. MACHADO:  Your Honor, we'll make a motion for

22   a judgment of acquittal.

23         We'll submit on the record at this time.  I don't

24   know if there are any specific arguments we're making, but

25   at this point, we'll just submit on the record.

1          THE COURT:  Okay.

2          So I'll deny the motion.  I think viewing all the

3    facts in a light most favorable to the government, the

4    government has carried its burden at this stage that a

5    reasonable factfinder could find against the defendant in

6    this case and find him guilty beyond a reasonable doubt.

7          In terms of the entering and remaining in a

8    restricted building or grounds, the evidence has shown that

9    he did enter or remain in a restricted building, and that,

10   again, drawing the inferences in a light most favorable to

11   the government at this point, that he did so knowingly,

12   there's certainly indicia that would suggest that he should

13   have known he was not supposed to be where he was.

14         Same is true with respect to disorderly or

15   disruptive conduct.  Given the locations, the multiple

16   locations where the defendant was, it's apparent that he was

17   aware of the connection between January 6th and the

18   presidential -- or at least the evidence could be

19   interpreted that he would understand the events of

20   January 6th, what was happening in Congress related to the

21   transition of power, and, therefore, he understood that his

22   conduct would be disrupting government business or official

23   functions when he entered the building and that he acted

24   knowingly and with the intent to impede the official

25   business of government and its official functions and that

1    he engaged in disorderly, disruptive conduct on that day.

2            The same is true for the same reasons with respect

3    to disorderly conduct in a Capitol Building.

4            And I think the same is true with respect to the

5    parading, demonstrating, or picketing in a Capitol Building.

6    Again, this is all taking the evidence in a light most

7    favorable to the government at this stage, and so I'll deny

8    the motion for those reasons.

9            And with respect to the theft charge, I think the

10   evidence does, again, viewed in a light most favorable to

11   the government, could show that he did take the wand, and

12   his intent was, again, in a light most favorable to the

13   government, intend to use -- intended to deny the

14   United States Government of the benefit to use that wand.

15   So for those reasons, I'll deny the motion at this stage.

16           And so we'll start, Mr. Machado, you've got an

17   out-of-town witness tomorrow; is that right?

18           MR. MACHADO:  Yes, Your Honor.  My understanding

19   he's in town now.

20           He's flying in tonight.

21           THE COURT:  All right.  Great.

22           All right.  So we'll begin tomorrow -- I've got a

23   plea at 9:15.  So let's start at 10:00 tomorrow and we'll

24   pick up there, all right?

25           MR. MACHADO:  Your Honor, just to -- and I

1  apologize because this is the first time in this Court that

2  I had dealt with a subpoena, but my witness that I'm

3  calling, I filed --

4          THE COURT:  I know.

5          I don't know the answer -- I mean, he's coming, so

6  I don't know that we need a marshal to serve him.

7          I mean, if you want, I can have a marshal -- maybe

8  you can find a marshal and have him served tomorrow.  If

9  that's what they need just for the paperwork for witness

10  fees and the like, then --

11          MR. MACHADO:  Obviously he's a friendly witness.

12          THE COURT:  Right, he's a friendly witness.

13          MR. MACHADO:  So all of a sudden I found that I

14  had to do some back flips in order to get the witness fee.

15  So if the Court can help me, whatever I need to do to get

16  that done.

17          THE COURT:  Is it your understanding that he

18  actually needs to be served by a marshal with the subpoena

19  in order to do that?

20          MR. MACHADO:  It appears.

21          Then maybe --

22          THE COURT:  And that's based on what?

23          MR. MACHADO:  On what we were told by the U.S.

24  Marshals office; that in order to get the fee, that it had

25  to be submitted to the Marshals office, which would then

1    transmit it over to Tennessee, the Middle District of

2    Tennessee where my client and my witness live, and they

3    serve that.

4              And I only found this out like in the last week,

5    which just seems like much ado about nothing.

6              THE COURT:  I'll just ask the marshal to be

7    present here tomorrow at 10:00 and we can just provide him

8    with a subpoena at that point.

9              MR. MACHADO:  Thank you, Your Honor.

10             THE COURT:  That ought to satisfy whatever

11   bureaucratic box needs to be checked.

12             All right.  Thank you, everybody.  We'll see you

13   in a the morning.

14             COURTROOM DEPUTY:  All rise.

15             This Court stands in recess.

16             (Proceedings concluded at 4:22 p.m.)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 16, 2023_____



    William P. Zaremba, RMR, CRR

BY MR. MACHADO:
**[10]** 39/3 106/10
126/23 198/5 207/8
207/25 209/5 209/25
210/15 212/6
BY MR. MARSHALL:
**[89]** 18/20 21/16 22/13
25/3 25/10 26/1 26/13
27/2 32/18 34/2 35/23
37/21 38/11 48/18
49/23 50/24 51/13 52/4
52/16 57/11 58/11 59/8
60/12 63/13 64/18
66/11 67/22 68/20 69/4
69/19 70/3 70/14 70/22
71/13 71/22 72/3 72/19
73/12 74/1 74/11 74/19
76/10 76/18 78/5 78/17
79/9 79/25 80/13 81/10
81/24 82/10 82/21 83/4
83/15 83/24 84/15
84/25 85/22 86/8 86/18
87/5 88/5 88/12 90/5
90/16 91/7 91/15 92/9
92/15 93/12 94/20
95/10 95/23 96/23
97/13 97/20 98/16
99/22 100/21 101/22
102/2 102/12 102/24
103/8 103/23 104/13
104/20 105/10 105/14
BY MS. KEARNEY:
**[98]** 131/12 133/22
134/18 135/10 137/7
139/16 141/7 141/24
142/20 143/1 143/22
144/2 145/10 146/18
147/15 148/11 148/23
149/12 150/5 150/22
151/12 152/5 152/17
153/2 153/16 154/1
154/25 155/11 156/1
156/11 156/17 156/25
157/20 158/15 159/10
159/19 160/6 160/21
161/17 162/9 162/23
163/17 163/24 164/6
165/12 165/23 166/6
166/18 167/8 168/5
168/15 169/1 169/16
169/24 170/8 170/19
171/7 171/13 172/4
172/16 172/25 173/7
175/4 175/13 175/19
176/4 176/12 176/20
177/11 177/20 178/13
178/24 179/11 180/4
180/15 180/25 181/12
182/9 182/20 183/3
184/21 185/5 185/25
186/8 186/19 187/11
188/23 190/3 191/6
191/19 193/1 193/23
194/7 194/22 195/12
196/1 196/14 197/6
COURTROOM
DEPUTY: **[13]** 5/2

46/23 77/9 77/12
130/18 131/4 131/6
183/25 184/3 222/14
MR. MACHADO: **[94]**
5/25 6/5 6/12 6/16 7/18
7/24 9/23 10/22 11/4
11/16 12/4 12/12 18/4
22/8 24/17 25/7 26/8
26/23 31/18 32/11
33/23 33/25 35/10
35/15 35/17 37/19
38/21 46/7 47/24 51/6
51/10 51/23 52/13 58/5
59/2 60/10 63/5 64/12
67/11 69/23 71/8 72/12
75/17 76/17 77/8 77/23
78/3 79/5 80/7 80/23
84/12 85/6 85/16 86/3
87/19 87/24 89/10
89/25 98/10 106/7
126/22 130/8 135/7
140/8 143/15 152/13
164/23 174/24 183/8
185/17 188/4 195/22
196/22 196/25 197/3
198/2 207/5 207/13
207/21 209/2 209/20
210/13 212/5 217/18
218/6 218/11 218/21
220/18 220/25 221/11
221/13 221/20 221/23
222/9
MR. MARSHALL: **[122]**
12/24 13/21 16/14 18/8
21/15 22/6 25/24 26/17
26/20 26/22 27/1 32/17
33/21 33/24 34/1 34/23
35/9 35/13 35/16 35/20
38/9 38/16 46/11 46/13
46/17 46/20 47/1 47/9
47/14 47/20 48/10
49/20 50/21 51/4 51/21
52/2 52/11 57/8 58/3
58/9 58/24 59/6 64/13
66/8 67/19 68/17 69/1
69/11 69/15 69/17 70/2
70/10 70/20 71/2 71/21
72/16 73/10 73/22 74/6
74/15 75/13 75/20
76/25 77/19 77/25
78/13 79/1 79/8 79/21
80/8 80/19 81/2 81/21
82/7 82/18 83/2 83/12
83/21 84/5 84/22 85/7
85/11 85/19 86/14
86/17 87/3 88/2 88/10
89/7 89/14 90/1 90/12
90/23 91/4 91/11 92/5
92/13 93/6 93/11 94/18
95/2 95/17 95/21 96/20
97/6 97/11 97/18 99/18
100/18 101/16 101/19
102/1 102/10 102/21
103/5 103/18 104/11
105/1 105/7 105/24
106/3 130/12
MS. KEARNEY: **[186]**

9/13 9/17 9/22 11/15
11/21 71/6 131/1
133/17 134/14 135/5
135/25 136/8 137/24
139/2 140/4 140/15
140/19 140/24 141/4
141/19 142/12 142/15
142/24 144/1 144/24
145/3 146/9 146/14
147/6 147/10 148/3
148/6 148/18 148/21
149/8 149/11 149/20
149/23 150/4 150/12
150/15 151/5 151/10
151/20 151/25 152/4
152/24 153/9 153/12
153/23 154/9 154/12
154/16 154/23 155/7
155/20 155/23 156/9
156/21 156/24 157/10
157/13 157/18 158/5
158/9 158/13 159/8
159/17 160/1 160/15
160/19 161/6 161/10
161/13 161/25 162/3
162/16 162/18 163/10
163/13 163/16 163/21
164/3 164/15 164/19
165/3 165/11 165/18
166/3 166/13 166/16
166/24 167/2 167/6
167/18 167/21 168/2
168/11 168/14 168/19
168/22 169/7 169/10
169/23 170/3 170/6
170/14 170/18 171/3
171/11 171/16 171/18
171/22 172/3 172/10
172/23 173/4 173/13
173/16 175/10 175/17
175/23 176/1 176/8
176/16 177/1 177/6
177/15 177/18 178/3
178/6 178/9 178/19
178/22 179/5 179/8
179/16 179/19 179/24
180/10 180/13 180/20
180/24 181/9 181/21
181/25 182/3 182/14
182/18 182/25 183/11
183/17 184/7 184/11
184/17 184/20 185/2
185/15 185/21 186/4
186/14 186/17 187/4
188/11 188/14 189/23
191/4 191/14 192/3
192/13 193/15 193/20
194/6 194/19 195/11
195/20 196/12 197/24
217/20 218/1 218/14
THE COURT: **[117]**
5/10 5/16 6/1 6/6 6/14
6/18 6/25 7/4 8/1 8/17
9/1 9/5 9/12 9/16 9/20
10/10 11/3 11/5 11/17
12/3 12/11 12/20 18/2
18/6 18/13 22/9 24/18

31/19 32/12 35/4 35/19
37/20 38/19 46/10
46/12 46/15 46/19
46/24 47/8 47/12 47/18
47/21 48/6 51/7 51/24
52/14 58/6 59/3 60/11
63/7 64/15 67/12 69/13
69/16 71/11 76/2 76/21
77/4 77/14 79/7 81/6
84/13 85/8 85/18 86/4
87/10 88/1 89/18 98/13
102/7 106/5 130/6
130/10 130/13 130/21
131/7 135/8 136/7
137/6 139/1 140/12
140/16 140/20 143/16
152/14 154/21 164/24
174/25 183/9 183/19
184/6 184/10 184/14
185/18 188/13 188/21
191/12 196/24 197/1
198/1 217/19 217/21
218/4 218/9 218/15
219/1 220/21 221/4
221/12 221/17 221/22
222/6 222/10
THE DEFENDANT: **[2]**
6/21 7/2
THE WITNESS: **[19]**
18/15 24/19 31/24 46/9
46/16 46/25 63/6 63/8
67/14 77/18 86/6 87/14
87/21 91/1 98/11 105/4
143/19 181/24 193/17

**$**

**$1,000 [1]** 174/1

**,**

**'80s [1]** 66/2
**'90s [1]** 66/2

**-**

**-13 [1]** 140/17
**-15 [1]** 140/17
**-17 [1]** 140/17
**-22 [1]** 140/17
**-23 [1]** 140/17
**-27 [1]** 140/17
**-28 [1]** 140/18

**0**

**002 [1]** 214/22
**0700 [1]** 111/12
**0840 [1]** 1/23

**1**

**10 [10]** 70/11 74/8
151/22 152/25 168/24
174/22 175/21 177/7
178/12 214/11
**10 seconds [2]** 172/14
182/8
**100 [1]** 117/18
**10007 [1]** 1/14
**101 [7]** 25/25 26/18
26/19 26/21 26/25
49/21 59/7

**[7]** 50/22 50/23
51/5 51/7 51/8 71/3
71/17
**103 [8]** 50/22 51/11
51/22 51/25 87/8 89/1
96/5 217/10
**104 [11]** 52/3 52/12
52/15 82/9 92/20 96/5
97/2 98/23 217/9
217/10 217/10
**10:00 [2]** 220/23 222/7
**10th [1]** 186/11
**11 [4]** 142/25 152/25
153/10 214/11
**11 minutes [1]** 153/10
**11-minute [2]** 77/3
78/14
**11:00 [1]** 77/6
**11:05 [2]** 77/7 77/11
**11:20 [1]** 77/7
**11:21 [1]** 77/11
**12 [3]** 153/13 153/14
153/18
**12-minute [1]** 79/2
**12:00 [1]** 60/2
**12:30 [3]** 23/7 28/14
130/15
**12:34 [1]** 130/20
**12th [1]** 8/14
**13 [3]** 35/21 140/17
153/24
**13-minute [1]** 79/3
**13:10 [1]** 80/20
**13:29:32 [1]** 190/6
**13:30 [1]** 154/10
**13:40 [1]** 80/21
**13:43:45 [1]** 144/4
**14 [3]** 132/1 150/2
184/22
**15 [9]** 77/7 105/8
140/17 143/24 147/12
149/21 167/19 171/22
178/9
**16 [3]** 146/12 146/17
223/7
**16:10 [1]** 92/6
**17 [3]** 97/11 140/17
165/6
**17:24 [1]** 92/13
**17:30 [1]** 154/13
**17:55 [1]** 79/23
**18 [3]** 164/17 165/8
165/9
**18:08 [3]** 154/14
165/21 165/24
**19 [2]** 150/13 150/21
**1993 [1]** 49/12
**1:00 [9]** 29/4 29/24
31/12 40/16 108/19
109/5 110/16 110/23
111/14
**1:03 [1]** 13/1
**1:07 [1]** 208/13
**1:15 [8]** 30/1 31/13
40/16 40/16 41/5 41/7
43/4 46/6
**1:20 [1]** 180/1
**1:25 [2]** 74/17 180/2

**1**

**1:35 [2]** 130/16 130/20
**1:38 [1]** 89/8
**1:40 [1]** 211/17
**1:42:22 [1]** 190/23
**1:43:43 [1]** 144/5
**1:43:45 [1]** 144/25
**1st [1]** 49/12

**2**

**2 minutes [1]** 147/12
**20 [11]** 11/23 70/12
84/23 153/24 162/21
169/13 170/4 170/16
172/24 176/1 183/12
**20 seconds [2]** 169/12
179/21
**200 [1]** 136/17
**20001 [3]** 1/18 1/23 2/5
**201 [6]** 33/23 47/11
48/11 66/9 72/5 144/25
**2013 [1]** 186/3
**202 [2]** 1/18 2/5
**2020 [1]** 139/11
**2021 [26]** 13/1 19/22
21/9 26/7 51/2 54/14
55/1 58/1 59/23 132/24
135/14 136/13 137/11
137/20 137/23 138/6
138/8 138/13 138/15
139/11 139/15 173/25
174/8 186/11 187/19
190/25
**2022 [1]** 8/14
**2023 [2]** 1/5 223/7
**204 [5]** 47/11 47/13
48/11 82/20 155/8
**205 [6]** 47/11 47/13
48/11 81/22 83/3
156/22
**206 [7]** 47/11 47/13
48/11 84/5 84/22 138/5
158/10
**206A [10]** 84/6 84/12
84/13 84/14 134/16
138/10 138/18 138/25
210/19 210/20
**208 [8]** 47/14 48/11
93/7 163/14 163/19
164/8 166/14 212/21
**21 [1]** 177/4
**21-411-1 [2]** 1/4 5/3
**210 [4]** 47/14 48/11
95/3 167/4
**211 [5]** 33/22 33/24
35/5 35/7 35/16
**212 [1]** 1/15
**216 [3]** 47/14 48/11
96/21
**217 [4]** 47/14 48/11
97/19 169/11
**22 [1]** 140/17
**22 seconds [2]** 147/13
171/20
**220 [1]** 101/21
**221 [7]** 47/14 48/11
100/19 172/13 173/19
175/14 175/24

**024A [4]** 79/18
174/23 175/1
**222 [3]** 47/14 48/11
174/22
**224 [4]** 47/14 48/11
102/1 176/18
**226 [4]** 47/15 48/11
102/11 177/16
**2260 [1]** 1/15
**227 [2]** 47/15 48/11
**228 [5]** 47/15 48/11
102/23 119/6 178/20
**229 [1]** 138/5
**23 [3]** 140/17 161/11
161/15
**230 [7]** 47/15 48/11
103/6 119/6 138/5
179/20 207/19
**24 [3]** 19/9 52/18
176/18
**24-hour [1]** 144/4
**25 [4]** 77/21 78/1 162/5
165/6
**252-6629 [1]** 1/18
**25th [1]** 186/3
**26 [1]** 162/8
**27 [4]** 140/17 178/23
180/14 182/16
**28 [1]** 140/18
**29 [1]** 162/4
**2:00 [1]** 41/8
**2:08 [1]** 212/5
**2:13 [6]** 13/5 17/13
61/15 83/11 138/8
138/12
**2:15 [1]** 61/16
**2:15:57 [1]** 93/25
**2:24:25 [1]** 95/16
**2:25 [1]** 41/9
**2:25:48 [1]** 34/22
**2:27 [1]** 178/6
**2:30 [3]** 99/6 99/17
209/2
**2:31:10 [1]** 98/2
**2:40 [1]** 75/13
**2:45:25 [1]** 100/25
**2:45:58 [1]** 176/7
**2:46:06 [1]** 175/22
**2:46:08 [1]** 176/15
**2:48:53 [1]** 102/20
**2:56 [1]** 138/9

**3**

**3 minutes [1]** 180/21
**30 [7]** 151/11 152/1
153/13 156/22 176/2
179/25 202/13
**30 seconds [1]** 177/2
**30-second [1]** 73/24
**300 [1]** 136/17
**301 [4]** 47/15 48/11
67/20 143/24
**310 [1]** 1/22
**32 [2]** 149/9 155/8
**3249 [1]** 2/5
**333 [1]** 2/4
**34 seconds [1]** 158/11
**35 [6]** 77/21 85/13 87/4

**35 seconds [2]** 78/2
160/17
**3531 [1]** 140/6
**354-3249 [1]** 2/5
**36 [1]** 151/7
**38 [4]** 159/9 173/5
178/3 176/5
**3:00 [1]** 183/20
**3:04 [1]** 184/2
**3:05 [1]** 183/21
**3:20 [1]** 183/21
**3:29 [1]** 184/2
**3:30 [1]** 75/15
**3:37 [1]** 209/23
**3:42 [1]** 210/3
**3rd [1]** 139/11

**4**

**4 minutes [1]** 182/16
**40 [7]** 85/7 86/15
103/20 159/18 177/19
202/13 213/1
**400 [1]** 136/20
**401 [4]** 47/15 48/11
74/7 146/11
**403 [7]** 10/2 10/16
75/18 79/6 80/23 85/17
188/9
**407 [11]** 47/15 48/11
72/17 74/13 77/2 78/14
79/6 147/10 147/11
149/25 151/21
**408 [8]** 47/15 48/11
74/16 76/8 80/20 92/6
148/8 165/6
**409 [5]** 47/15 48/12
80/9 154/18 154/24
**410 [2]** 83/13 155/24
**411 [2]** 83/22 157/15
**412 [3]** 85/12 160/16
211/11
**413 [3]** 86/15 89/10
161/8
**414 [2]** 90/13 162/1
**415 [4]** 47/15 48/12
91/6 162/20
**42 [2]** 152/2 156/24
**42-second [1]** 104/7
**421 [4]** 47/16 48/12
94/19 166/4
**422 [6]** 163/22 164/1
164/8 184/9 184/12
184/15
**423 [5]** 47/16 48/12
95/18 167/23 214/8
**425 [5]** 47/16 48/12
97/9 97/19 168/23
**426 [3]** 47/16 48/12
171/19
**428 [5]** 47/16 48/12
104/18 183/18 184/18
**429 [7]** 47/16 48/12
133/19 138/14 138/18
147/4 205/17
**43 [2]** 15/21 16/25
**432 [1]** 57/9
**433 [4]** 57/10 58/4 58/6

**434 [4]** 58/10 59/1 59/3
59/4
**45 [2]** 93/9 93/11
**45 seconds [2]** 13/15
147/8
**46 [1]** 179/10
**47 [1]** 104/12
**48 [2]** 176/13 177/19
**49 [2]** 104/11 176/10
**4:00 [1]** 64/11
**4:15 [1]** 218/16
**4:22 [1]** 222/16
**4:26 [1]** 99/19
**4:30 [1]** 218/7

**5**

**50 [6]** 13/23 74/16
151/23 153/14 160/3
167/4
**50 seconds [1]** 153/19
**50-second [1]** 101/17
**500 [6]** 139/6 139/18
140/2 141/11 185/7
185/13
**501 [5]** 185/3 185/10
185/16 185/18 185/19
**503 [1]** 1/22
**508 [6]** 139/23 140/4
140/14 140/15 140/22
192/24
**509 [5]** 139/23 140/5
140/14 140/22 196/13
**511 [6]** 139/23 140/5
140/14 140/17 140/22
191/5
**513 [5]** 48/12 139/23
140/5 140/22 194/21
**515 [5]** 139/23 140/5
140/22 195/21 196/2
**517 [2]** 139/23 193/21
**518 [6]** 139/24 140/5
140/19 140/20 140/22
195/11
**521 [1]** 48/12
**522 [4]** 139/24 140/5
140/22 192/5
**523 [4]** 139/24 140/5
140/22 187/6
**527 [7]** 47/17 48/12
68/18 139/24 140/5
140/22 142/13
**528 [8]** 47/17 48/12
69/12 139/24 140/6
142/16 142/17 143/5
**529 [3]** 47/17 47/18
47/20
**530 [10]** 47/20 69/2
69/13 139/12 140/6
140/25 141/2 141/9
142/25 186/13
**531 [13]** 47/17 47/20
70/11 77/20 78/1
103/20 139/12 140/25
141/5 141/10 141/20
151/6 186/13
**54 [1]** 167/7
**57 [1]** 148/9

**6 seconds [1]** 148/14
**58 [1]** 148/22
**59 [2]** 145/1 145/4
**5:30 [1]** 143/4
**5:31 [1]** 71/21
**5th [1]** 21/9

**6**

**6 seconds [1]** 154/24
**6-second [1]** 91/14
**601 [1]** 1/17
**62 [1]** 5/21
**637-2260 [1]** 1/15
**64 [1]** 6/2
**65 [1]** 6/7
**6629 [1]** 1/18
**6th [45]** 10/24 11/9
13/1 14/4 14/7 19/22
24/5 26/7 27/25 51/2
53/2 54/14 54/16 55/1
57/2 58/1 59/13 59/15
59/23 83/8 99/6 108/6
108/6 108/20 109/5
132/24 135/14 136/13
137/10 137/20 137/22
138/6 138/7 138/13
138/14 139/15 173/25
174/8 174/16 187/19
188/19 190/6 191/3
219/17 219/20

**7**

**703 [1]** 1/23
**7:00 [5]** 45/13 111/5
111/10 111/11 111/11
**7:30 [1]** 54/24
**7th [1]** 190/25

**8**

**8 minutes [1]** 151/22
**800 [4]** 35/3 35/6 35/11
136/1
**8:00 [1]** 65/17
**8:29 [1]** 190/9
**8:42 [1]** 191/2
**8th [2]** 194/18 197/14

**9**

**902 [4]** 164/4 164/22
164/24 165/1
**989-0840 [1]** 1/23
**9:15 [1]** 220/23
**9:27 [1]** 1/6
**9th [1]** 139/11

**A**

**a.m [6]** 1/6 77/11 77/11
111/11 190/10 190/11
**abilities [1]** 120/21
**ability [2]** 124/16 125/9
**able [51]** 7/8 7/8 10/5
13/13 15/12 15/15
38/13 56/10 56/25
61/17 63/15 63/20
64/20 64/24 65/16
67/23 69/6 69/21 69/23
70/4 70/23 73/6 75/4
77/24 79/10 79/14 81/7
81/11 82/11 86/19

# A

**able... [21]** 89/23 90/6
91/18 93/16 98/3 98/7
103/9 104/21 112/5
112/10 113/25 114/14
115/23 124/16 124/19
125/16 169/14 193/18
200/8 206/21 213/2
**about [81]** 6/2 7/16
8/23 11/9 19/6 30/1
31/13 33/4 40/12 42/2
42/9 42/10 42/23 43/12
44/6 44/23 45/6 46/2
46/3 50/12 50/15 52/22
53/1 54/25 72/14 85/20
94/9 101/4 106/16
108/2 108/8 108/11
114/15 119/13 121/5
122/21 128/12 129/13
130/8 137/9 137/16
137/19 143/16 143/21
146/12 149/9 168/23
168/24 171/22 172/1
172/13 177/19 178/9
182/21 185/6 188/7
190/4 193/8 199/18
199/25 200/17 200/23
201/3 201/20 202/13
202/13 203/24 206/24
207/3 207/7 207/22
208/13 212/10 212/11
213/1 213/1 214/11
215/11 217/13 218/16
222/5
**above [5]** 62/7 72/14
116/7 145/14 223/4
**above-titled [1]** 223/4
**Absolutely [2]** 63/24
63/24
**acceleration [1]** 121/7
**accept [2]** 32/13
112/21
**access [8]** 15/13 31/3
62/9 112/17 113/2
113/19 113/19 123/6
**accessing [1]** 76/16
**according [3]** 14/19
77/6 215/15
**account [16]** 136/22
136/23 139/5 139/8
139/9 139/14 141/16
186/2 186/6 186/6
186/7 186/9 186/10
187/25 188/2 188/15
**accurate [9]** 48/4 50/1
51/1 51/19 52/9 57/24
59/10 139/7 139/13
**acknowledge [1]** 11/7
**acquittal [1]** 218/22
**across [5]** 29/5 30/10
30/15 43/3 128/5
**act [2]** 20/9 66/4
121/20
**acted [1]** 219/23
**action [2]** 27/15 28/2
**actions [2]** 60/14 61/23
63/11
**activities [6]** 49/7 55/7

**activity [1]** 107/6
**actual [2]** 119/13 142/6
**actually [40]** 7/20
39/15 49/15 53/22
63/20 82/7 84/6 84/24
86/17 87/12 91/13
93/11 97/3 114/4 123/6
125/18 127/9 128/25
150/17 152/15 164/20
166/16 168/24 169/13
171/5 175/18 177/18
181/23 183/19 192/3
201/11 206/20 207/16
211/24 212/14 214/22
215/4 217/2 217/12
221/18
**added [1]** 143/14
**addition [3]** 125/19
126/5 210/16
**additional [10]** 45/25
46/3 53/2 55/15 55/24
56/4 56/19 62/24
125/25 217/24
**additionally [4]** 8/18
54/5 66/25 116/4
**address [3]** 7/12 68/4
116/12
**addressing [1]** 94/22
**adjourned [2]** 16/4
17/14
**adjudicator [1]** 10/3
**adjust [1]** 71/7
**admissibility [1]** 34/24
**admissible [1]** 47/3
84/10
**admit [12]** 9/14 22/7
26/17 47/11 51/4 51/12
51/21 52/11 58/3 59/1
76/3 84/11
**admitted [26]** 3/11
22/10 26/19 26/21 35/4
35/5 48/8 49/22 51/7
51/24 52/14 58/6 59/3
66/10 67/20 68/19 71/3
82/8 84/9 84/13 89/20
140/7 140/21 164/24
174/25 185/18
**admitting [2]** 35/11
95/22
**ado [1]** 222/5
**advance [11]** 8/11 15/6
27/14 55/16 59/13
148/19 150/15 152/1
154/13 165/19 181/22
**advancing [1]** 182/6
**advisable [1]** 37/23
**advise [5]** 61/4 114/19
114/22 115/16 116/7
**advised [1]** 110/7
**advising [3]** 58/18
116/5 116/9
**Affairs [1]** 19/20
**affirmative [1]** 10/19
**after [35]** 13/5 14/7
16/4 16/15 28/18 30/13
30/17 31/12 41/5 41/7
43/5 43/7 46/5 64/11

109/16 110/23 111/14
112/16 113/6 117/7
117/13 117/14 119/18
125/24 130/15 205/21
205/24 205/24 212/15
213/1 217/1
**aftermath [2]** 109/12
109/16
**afternoon [9]** 45/12
83/11 106/11 106/12
131/13 131/14 183/20
198/6 198/7
**afterwards [1]** 126/10
**again [45]** 16/8 18/13
27/5 29/14 30/3 31/12
33/17 36/10 37/12 38/7
41/7 43/4 43/8 72/11
77/13 78/14 81/2 87/6
89/4 90/9 93/15 95/21
97/1 98/25 102/3
125/23 129/4 142/17
151/21 154/19 165/20
167/24 184/4 190/2
205/3 206/7 210/4
210/25 211/6 214/17
215/17 219/10 220/6
220/10 220/12
**against [6]** 16/21 17/24
219/5
**age [1]** 66/2
**agencies [5]** 20/9
38/14 42/17 42/25 57/2
**agent [68]** 12/1 18/9
19/11 21/5 22/14 25/11
26/2 27/3 34/3 46/14
46/15 131/2 131/7
131/18 131/23 131/24
132/15 135/5 135/11
137/8 139/17 141/9
141/25 142/21 145/11
147/16 148/12 148/24
149/13 151/13 152/7
155/1 156/12 157/21
159/2 159/11 159/20
160/8 162/10 162/25
163/18 165/13 166/19
167/9 168/6 169/17
169/25 170/20 171/8
171/14 173/8 175/5
175/21 177/21 178/14
178/25 180/16 181/2
181/8 182/21 183/23
184/6 184/22 185/6
186/2 186/12 187/12
217/22
**Agent Potts [41]**
135/11 137/8 141/25
142/21 145/11 147/16
148/24 149/13 152/7
155/1 157/21 159/11
159/20 162/10 162/25
163/18 165/13 166/19
167/9 168/6 169/17
169/25 170/20 171/8
171/14 173/8 175/5
175/21 177/21 178/14
178/25 180/16 181/2

184/22 185/6 186/2
186/12 187/12
**agents [3]** 20/8 22/18
31/2
**agree [7]** 47/24 174/2
198/25 199/3 202/12
204/10 213/18
**agreed [2]** 26/6 47/3
**agreed-upon [1]** 26/6
**ahead [15]** 26/12 31/23
32/16 64/17 67/13
73/10 76/22 76/24 77/5
85/10 86/5 93/11 98/15
152/16 153/12
**aided [1]** 2/7
**ain't [2]** 14/9 195/2
**air [1]** 40/3
**airplane [1]** 142/11
**airport [1]** 53/23
**alexander [1]** 193/2
**all [111]** 5/11 5/17 6/14
6/20 7/1 7/4 7/13 8/1
8/5 11/5 11/13 12/3
12/16 12/20 12/22 16/6
16/10 17/23 18/3 18/6
22/9 30/19 35/11 35/13
38/19 39/9 40/25 42/3
42/16 46/7 46/12 47/22
48/7 48/7 61/5 64/9
65/9 69/17 77/9 77/12
77/16 77/19 84/13 85/8
89/20 106/1 106/17
112/2 118/23 128/3
130/10 130/11 130/15
130/17 130/18 131/7
134/1 135/8 136/4
139/3 140/13 140/16
140/21 141/8 144/11
146/9 147/6 150/21
153/3 153/17 154/2
154/21 156/2 160/7
161/6 161/16 162/24
164/15 168/11 169/20
170/14 173/13 183/22
183/25 184/3 185/18
188/8 188/17 188/21
189/12 195/19 198/8
199/25 200/1 201/19
205/15 205/20 206/14
207/13 209/21 217/19
217/24 218/16 219/2
220/6 220/21 220/22
220/24 221/13 222/12
222/14
**all right [6]** 12/3 69/17
154/21 205/15 205/20
220/24
**alleged [1]** 132/23
**allow [3]** 12/18 37/23
86/12
**allowed [8]** 25/2 53/11
81/3 112/16 112/17
112/22 114/3 118/4
**allows [1]** 10/6
**almost [6]** 13/8 14/14
47/16 63/16 111/23
183/21

**along [3]** 6/23 38/14
58/16
**already [9]** 8/10 13/2
13/4 76/22 133/20
138/25 139/1 140/6
184/12
**also [26]** 12/2 16/6
17/2 17/8 21/2 23/14
23/16 25/4 26/14 50/18
84/10 87/6 105/16
114/4 118/10 118/16
119/19 120/24 136/21
139/3 141/4 163/25
185/9 188/9 202/1
206/20
**altercation [1]** 204/22
**alternate [2]** 27/17
27/24
**although [4]** 12/8
110/12 125/9 200/19
**always [5]** 27/15 27/23
123/17 135/22 135/24
**am [9]** 10/19 10/20
19/19 50/20 65/22
82/13 113/17 117/25
211/24
**AMERICA [2]** 1/3 5/4
**Americans [1]** 66/4
**AMIT [3]** 1/10 77/13
184/4
**Amit P [1]** 184/4
**Amit P. Mehta [1]**
77/13
**among [3]** 13/23 13/24
14/2
**amongst [1]** 63/10
**amount [4]** 41/16
41/18 132/12 204/15
**Andrew's [1]** 1/14
**announcement [1]**
110/11
**annoyance [1]** 107/24
**annoying [1]** 107/22
**another [10]** 6/18 14/9
43/8 105/8 114/21
128/14 129/5 150/23
152/6 173/17
**answer [3]** 31/20 67/13
221/5
**anticipated [2]** 12/8
29/13
**anticipates [1]** 11/21
**anticipating [1]** 11/19
**any [74]** 5/19 6/13 10/9
10/11 20/10 20/15 24/4
27/13 29/8 29/9 31/7
37/13 38/5 38/19 44/5
44/10 44/23 46/10 48/2
53/2 53/11 53/11 53/17
53/21 55/15 56/18 57/1
59/13 59/19 61/6 63/18
63/23 70/23 73/6 73/13
75/12 76/6 81/8 95/22
98/3 111/2 113/1 115/8
116/7 116/19 116/19
120/3 121/1 126/25
127/1 127/16 130/11
174/17 194/11 198/24

**A**

any... **[19]** 201/23
203/6 204/9 206/15
209/6 209/12 212/2
212/7 212/12 212/17
212/17 213/19 213/19
216/12 217/15 217/15
217/19 217/24 218/24
**anybody [1]** 126/1
**anymore [1]** 215/24
**anyone [8]** 14/14 37/14
42/1 53/21 71/6 111/21
157/21 193/18
**anything [29]** 8/6
11/11 11/13 37/13 38/5
39/9 42/9 43/12 109/11
116/6 125/15 130/1
137/6 137/18 199/9
199/14 205/4 206/2
206/10 209/12 210/11
212/11 213/14 215/5
215/5 215/5 216/14
216/15 217/16
**anytime [1]** 46/5
**anyway [1]** 215/1
**anywhere [2]** 75/18
212/7
**apart [1]** 43/8 152/10
**apologies [2]** 47/10
70/2
**apologize [5]** 60/3 61/7
104/4 150/18 221/11
**apparent [1]** 219/16
**apparently [2]** 127/5
214/14
**appear [26]** 22/3 49/24
50/1 50/25 51/19 52/9
57/24 59/10 68/9 74/12
75/5 75/10 76/14 79/11
98/7 101/13 143/5
151/17 152/9 170/21
170/22 170/24 214/22
214/23 214/24 216/21
**APPEARANCES [2]**
1/12 2/1
**appeared [4]** 51/2
57/25 198/23 206/9
**appearing [3]** 5/8
216/13 216/14
**appears [9]** 12/15
39/15 67/8 71/16 80/11
91/18 91/22 121/17
221/20
**applies [1]** 143/14
**appreciated [1]** 218/12
**approach [1]** 119/21
**approached [1]** 14/17
**approaching [1]** 86/24
212/1
**approximately [18]**
19/9 36/22 36/24 43/4
49/4 54/24 60/1 65/15
71/15 111/5 132/1
132/5 132/9 138/8
138/9 138/12 191/2
202/15
**April [1]** 8/14
**April 12th [1]** 8/14

**archway [1]** 169/15
**are [157]** 5/12 6/14 7/5
7/11 9/2 9/25 10/2 10/2
10/12 10/15 11/18
19/13 20/11 21/19
21/22 25/15 25/21 26/5
34/15 35/2 36/7 48/4
49/6 50/18 55/9 56/14
57/15 61/17 65/21
65/23 67/8 67/23 68/6
68/8 68/11 68/13 70/23
73/6 73/16 75/1 75/2
75/8 75/9 75/12 75/21
76/1 76/5 77/16 78/11
78/24 79/14 82/3 82/11
82/25 86/19 87/21
87/22 89/22 91/18
92/25 93/16 93/22 94/2
94/9 94/16 98/3 98/5
98/7 98/9 103/9 103/15
104/21 105/4 105/19
106/18 107/7 108/3
108/18 111/18 111/18
111/19 111/19 111/20
111/21 112/3 112/22
114/3 114/17 114/19
114/23 115/8 115/11
116/2 117/5 118/7
119/23 122/9 122/24
123/18 123/23 124/2
124/11 126/24 129/8
130/23 132/14 132/23
134/21 136/14 139/12
139/17 140/1 140/1
140/6 140/10 140/14
143/7 144/20 145/25
146/5 147/2 147/5
147/24 149/2 154/6
155/2 155/15 160/12
167/9 167/14 169/5
172/8 174/12 175/8
187/12 188/11 189/19
193/8 193/17 194/3
195/1 196/5 199/18
201/23 201/24 202/1
202/21 204/9 206/25
211/21 212/17 214/11
216/2 216/3 217/5
218/2 218/24
**area [65]** 25/12 28/19
33/10 33/16 33/20
34/12 37/2 37/4 37/12
42/13 50/15 58/18
58/22 62/22 68/15
68/21 69/10 72/2 74/12
74/20 74/23 78/18
80/14 81/25 82/12
82/22 83/17 83/25 84/3
91/8 93/13 93/24 96/10
96/16 96/24 97/14
97/22 97/25 98/12 99/3
99/8 99/23 100/22
102/15 104/5 104/14
104/22 110/7 113/14
113/24 116/4 116/6
116/22 118/23 118/23
125/9 125/21 125/25

126/6 126/9 135/13
204/4
**areas [14]** 6/13 7/15
20/11 23/10 23/17
29/17 43/24 57/23
60/21 76/16 103/25
122/23 122/24 124/7
**argue [1]** 75/25
**arguments [1]** 218/24
**Arizona [1]** 30/3
**arms [2]** 21/23 22/16
**around [25]** 13/2 15/2
25/12 25/15 25/22 27/9
28/14 40/16 45/16
55/21 56/6 58/15 59/15
59/16 59/17 59/18 60/2
61/15 73/5 83/11
110/16 125/20 135/13
203/14 209/7
**arrested [1]** 133/15
**arresting [1]** 133/13
**arrival [2]** 23/15 28/19
**arrive [4]** 23/2 23/20
46/1 54/22
**arrived [4]** 41/25 46/3
56/8 200/1
**arrow [1]** 164/11
**article [1]** 135/1
**as [204]** 7/3 7/3 7/17
8/7 8/25 9/5 9/7 9/24
9/24 10/1 10/1 10/3
10/3 10/3 10/17 10/21
11/6 12/5 12/5 12/17
12/17 12/21 13/10
13/18 13/19 15/7 15/8
15/16 16/17 19/14
19/14 19/17 19/21
19/21 20/9 20/25 21/1
21/4 21/10 21/11 22/17
22/17 22/18 24/1 24/1
25/13 26/10 27/13
28/15 29/17 30/23
31/20 31/21 32/2 32/22
32/22 33/3 33/4 33/5
33/20 34/13 35/2 35/2
39/16 39/16 41/18
41/18 42/20 42/20 43/3
43/7 43/11 43/11 43/20
43/20 44/3 44/5 44/5
44/12 44/12 45/17 47/2
47/3 47/24 47/24 48/2
48/3 51/1 51/24 54/13
55/19 55/19 56/9 56/11
56/24 56/24 57/5 57/5
57/7 57/21 61/2 61/19
61/19 67/1 71/11 74/12
76/20 80/2 80/5 80/6
81/7 85/17 86/6 86/11
87/1 87/17 89/11 89/15
95/6 96/2 97/16 107/2
107/2 107/18 107/19
108/3 108/3 109/16
109/16 110/5 110/7
110/8 110/10 110/12
112/2 113/23 113/23
114/5 115/16 117/11
118/7 118/7 119/19

120/2 121/19 121/20
122/1 123/12 123/17
123/18 123/18 124/1
124/1 127/4 127/12
127/12 128/4 129/17
129/17 132/14 133/11
138/3 143/5 143/11
151/17 174/4 183/6
198/14 199/12 199/22
200/3 200/3 201/8
201/8 201/11 204/20
204/20 204/21 204/21
205/7 205/7 205/14
205/14 208/20 210/4
210/20 210/25 211/17
211/24 212/1 212/20
213/19 213/20 213/23
214/7 214/16 216/2
217/8 217/8 218/6
218/6
**aside [4]** 22/2 49/25
109/9 111/8
**ask [31]** 17/23 24/4
24/8 29/20 36/10 42/4
64/13 66/12 69/25 81/3
82/5 87/6 96/2 96/4
97/1 97/21 135/25
145/6 158/10 161/10
167/6 169/25 171/3
181/18 183/23 193/18
207/21 217/8 217/13
218/7 222/6
**asked [2]** 32/1 32/1
**asking [5]** 12/12 42/4
88/24 110/17 130/2
**asleep [6]** 188/18
189/13 190/15 190/20
192/11 193/8
**Asset [1]** 174/3
**assigned [8]** 19/19
20/8 20/14 20/15 54/16
132/6 132/17 174/12
**assignment [4]** 20/13
24/11 107/1 132/20
**assignments [4]** 55/1
55/5 55/7 55/8
**assist [2]** 37/9 60/21
**assistance [2]** 43/15
44/18
**assistant [1]** 54/20
**assisting [1]** 205/4
**associate's [1]** 188/16
**associated [3]** 139/8
139/14 187/13
**assume [4]** 9/2 20/18
190/13 198/8
**assure [2]** 112/25
129/21
**ATF [1]** 41/24
**atmosphere [2]** 63/2
63/8
**attachment [1]** 21/10
**attempt [1]** 159/24
**attempted [2]** 118/19
122/18
**attempting [7]** 67/10
67/24 75/11 76/15 80/5

attending **[1]** 25/17
**attention [5]** 136/5
136/5 137/25 148/12
157/1
**augmented [1]** 66/22
**authentic [2]** 139/7
139/13
**authentication [1]** 5/22
**authenticity [2]** 47/25
48/3
**authored [1]** 21/13
**authorized [3]** 53/17
59/14 59/19
**auxiliary [1]** 114/10
**Avenue [1]** 2/4
**avoid [1]** 90/17
**aware [9]** 24/4 31/1
55/9 56/14 56/15
107/13 114/13 117/5
219/17
**awareness [1]** 24/10
**away [10]** 13/17 13/18
13/19 15/7 66/2 80/5
98/18 99/14 146/8
202/8
**awesome [2]** 192/11
196/20

**B**

**back [63]** 15/8 15/9
22/19 23/25 29/12
29/14 29/17 30/6 30/7
30/21 31/1 31/11 37/4
45/7 58/25 61/7 65/1
65/9 67/10 67/14 70/20
72/9 77/15 80/4 84/5
85/7 85/20 122/7 125/3
141/23 149/24 150/17
151/10 151/20 157/8
157/18 160/14 161/11
161/15 162/5 165/21
168/3 171/22 173/3
177/19 179/25 180/1
184/6 197/3 199/22
200/9 201/4 202/4
205/10 206/9 209/20
211/25 214/15 215/3
215/13 215/23 218/9
221/14
**background [3]** 79/16
81/16 83/17
**backpack [2]** 208/2
210/5
**backs [1]** 98/5
**backside [1]** 98/3
**backup [2]** 41/16 44/17
**backward [1]** 91/20
**backwards [2]** 151/4
151/16
**bad [1]** 7/3
**badge [1]** 113/4
**Baggott [63]** 14/16
133/5 133/8 133/12
133/14 134/7 134/9
134/12 134/22 137/10
137/16 137/17 137/19
137/22 138/7 138/11

228

**B**

**Baggott... [47]** 138/15
138/21 144/23 147/3
149/16 154/8 155/17
159/7 160/13 161/1
163/5 165/17 166/9
167/16 169/6 172/9
172/19 175/9 176/22
195/7 195/10 198/10
198/14 198/25 200/13
201/11 201/23 202/21
202/23 204/9 204/21
205/5 208/17 208/22
209/7 210/4 211/7
211/18 211/21 212/14
213/2 213/13 213/15
213/23 214/9 214/17
216/8
**ball [16]** 145/24 146/25
147/23 149/18 150/8
151/1 151/15 152/23
153/22 155/4 155/18
157/6 157/8 158/1
161/23 178/18
**banging [1]** 64/2
**Barrett [1]** 2/4
**barricade [1]** 65/9
**barricaded [1]** 122/17
**barrier [3]** 57/22 68/14
125/21
**barriers [6]** 55/19 56/5
56/10 67/16 125/20
126/13
**base [1]** 92/10
**baseball [2]** 138/19
138/22
**based [18]** 24/20 25/5
25/17 32/19 37/16
37/22 49/13 49/17
50/17 76/19 76/20
108/4 108/18 108/21
109/11 111/4 175/14
221/22
**basically [4]** 74/5
74/25 107/3 118/3
**basing [1]** 108/4
**basis [2]** 85/17 127/24
**baton [1]** 204/24
**be [177]** 5/11 8/23 9/14
10/18 10/23 10/25
11/11 11/22 11/23
11/24 11/25 12/1 12/2
12/9 12/12 12/13 15/17
16/19 17/25 18/4 22/3
22/9 22/20 23/10 23/16
23/25 25/13 25/16
26/19 26/21 27/8 27/11
27/20 27/21 27/22
27/22 29/14 32/2 33/24
35/4 35/5 39/6 42/6
43/14 44/2 44/4 45/7
48/1 48/7 49/24 50/1
50/25 51/19 51/24
52/14 53/7 55/7 56/1
56/2 57/24 59/10 62/24
65/6 65/9 65/13 66/6
68/9 71/15 71/16 72/2
74/12 75/10 75/21 76/6
81/6 81/7 84/9 85/4
85/16 89/17 89/23
90/22 91/18 91/24 98/7
98/18 100/8 101/13
104/9 104/14 105/11
105/15 105/17 105/22
108/22 110/16 111/6
112/5 112/8 112/10
112/16 112/17 112/25
113/1 113/4 113/4
113/7 113/8 113/13
113/19 114/9 114/13
114/15 115/15 115/19
115/20 116/1 116/9
116/11 116/14 116/19
120/7 120/19 120/25
120/25 121/22 122/12
122/20 122/25 123/1
129/20 140/8 140/21
143/5 151/17 152/9
169/14 170/21 170/22
170/24 174/25 184/4
187/22 188/8 188/9
188/17 189/7 189/8
189/12 195/4 198/23
198/25 200/12 203/24
204/23 206/21 208/6
208/17 213/2 214/22
214/23 215/12 216/14
217/10 217/12 218/3
219/13 219/18 219/22
221/18 221/25 222/6
222/11
**Bear [1]** 210/16
**became [3]** 123/10
133/1 133/4
**because [22]** 7/7 14/2
17/16 32/2 33/6 33/16
38/2 43/6 44/19 61/22
69/24 107/13 107/23
111/7 114/15 118/22
122/21 124/20 124/21
191/13 197/17 221/1
**becomes [1]** 40/9
**beeline [1]** 15/15
**been [71]** 6/16 7/14
8/16 9/24 13/4 15/6
16/4 17/14 19/5 19/7
21/3 32/4 32/20 34/24
34/24 37/6 37/23 40/6
49/3 49/4 49/9 49/11
56/23 59/24 60/3 60/9
60/14 61/10 61/14
61/15 65/8 66/9 66/25
67/20 68/18 79/11
89/20 99/5 99/7 107/14
107/21 109/18 109/18
110/21 110/21 110/22
111/7 111/8 112/23
117/7 122/2 122/3
122/4 125/5 125/7
125/8 125/23 126/17
127/1 127/1 127/5
127/17 127/22 129/18
131/24 132/4 174/10
190/7 190/8 191/2
195/9
6/11 6/11 29/4 29/24
38/12 41/9 41/9 62/15 75/22
77/4 89/15 107/15
109/14 110/23 113/6
126/17 126/17 163/19
164/1 183/19 200/6
200/17 200/21 202/13
208/20
**began [3]** 40/2 120/8
120/11
**begin [6]** 5/15 12/15
70/11 77/21 218/17
220/22
**beginning [22]** 9/15
72/18 74/9 74/16 80/9
81/23 83/22 90/14 91/6
95/6 96/22 99/20
124/19 137/1 137/25
146/12 148/8 165/4
171/19 171/25 172/13
188/25
**begun [1]** 13/2
**behind [17]** 15/2 73/2
75/5 94/2 98/18 149/17
156/7 161/2 162/13
162/14 163/6 166/10
203/2 205/3 211/6
213/25 214/17
**beige [1]** 75/5
**being [21]** 10/5 10/6
16/16 24/24 25/2 25/14
27/10 32/7 33/16 42/21
45/23 48/19 60/23 62/6
63/15 107/4 125/16
128/4 198/24 202/23
211/1
**believe [18]** 8/10 10/25
17/25 23/5 33/24 69/5
84/8 90/20 104/6 106/1
113/16 115/22 116/1
116/3 133/20 187/22
196/10 205/23
**belongs [1]** 208/14
**below [8]** 144/15
146/21 147/20 147/21
148/25 149/3 149/4
152/20
**bench [4]** 1/9 10/14
10/15 89/19
**benefit [1]** 220/14
**Benet [2]** 1/13 5/5
**benet.kearney [1]** 1/15
**best [6]** 66/6 120/20
122/7 123/12 125/2
217/13
**bet [1]** 189/9
**better [6]** 6/20 45/16
111/6 124/16 200/14
204/22
**between [14]** 17/11
23/25 29/14 29/17 32/8
40/15 40/16 41/8 68/14
84/11 100/9 144/12
204/8 219/17
**beyond [3]** 100/7
124/15 219/6
**Biden [1]** 14/10 195/3
**bike [13]** 55/20 58/17
78/25 107/8 107/12
108/3 108/11 108/17
108/25 109/4 109/20
110/12 125/14
**bird's [1]** 119/12
**bit [15]** 10/18 11/1
29/24 30/21 31/12 33/2
54/12 54/25 146/15
150/16 162/6 198/9
201/12 215/3 217/6
**bitch [1]** 192/1
**black [16]** 34/4 66/19
101/8 134/12 144/22
147/1 148/1 151/2
151/16 152/19 154/8
155/5 155/16 156/5
157/6 167/15
**blockades [1]** 111/3
**blocking [1]** 118/14
**blow [1]** 191/12
**blowing [1]** 191/15
**blue [7]** 34/4 135/4
138/19 138/21 144/8
145/12 145/14
**blurry [1]** 143/9
**Board [1]** 58/23
**body [2]** 135/20 136/16
**body-worn [2]** 135/20
136/16
**both [17]** 10/3 17/14
55/18 55/21 62/3 62/9
64/3 66/3 75/21 76/1
96/5 108/24 114/2
128/1 132/18 137/21
181/23
**bottle [1]** 213/15
**bottom [13]** 7/10 72/14
89/19 103/15 103/16
142/1 148/13 153/18
157/1 167/10 170/21
180/6 200/22
**box [2]** 87/13 222/11
**boxes [1]** 189/16
**Brands [2]** 173/23
174/18
**breach [18]** 13/10
13/17 13/25 17/11
17/13 32/4 32/9 40/6
40/13 40/14 40/15 44/6
46/6 61/24 62/1 110/14
125/24 125/25
**breached [23]** 13/4
13/6 32/21 37/7 40/21
41/6 59/24 60/9 60/14
60/23 61/10 61/14
61/15 83/8 83/10 110/7
110/10 110/11 110/21
110/22 120/13 122/3
123/6
**breaches [4]** 33/5
41/10 41/11 44/12
**breaching [3]** 42/13
42/24 121/6
**break [7]** 29/10 60/20
77/5 130/16 183/20
183/24 214/4
**breaking [6]** 201/24
202/1 211/20 212/11
212/17 212/18
**brief [1]** 16/20
**briefings [2]** 56/16
108/21
**briefly [10]** 8/9 14/14
16/20 24/3 28/22 58/24
59/6 82/19 85/19 91/5
**bright [1]** 17/6
**bring [3]** 37/3 114/7
211/13
**bringing [2]** 34/15 66/3
**broach [1]** 44/13
**broke [1]** 115/1
**broken [1]** 122/2
**brought [2]** 16/21 17/7
**building [114]** 13/3
13/7 13/11 13/14 13/22
13/25 14/3 14/12 14/18
14/20 14/25 15/4 15/18
15/25 16/7 16/23 16/24
17/3 17/6 17/14 24/5
26/14 28/24 32/10
36/18 37/5 37/7 38/3
38/8 38/13 38/14 41/2
41/10 43/19 49/14
49/17 50/2 50/6 50/18
50/19 51/1 51/18 52/8
52/17 52/20 52/23
52/25 53/6 53/16 53/19
54/13 54/17 54/22
55/22 56/3 56/4 56/6
56/11 56/12 57/25
58/16 58/17 60/23
61/10 61/14 61/15 62/1
62/11 63/19 66/3 67/17
68/15 70/9 74/5 79/15
81/15 84/20 84/21 85/5
88/22 92/22 103/14
107/25 109/25 111/25
112/17 112/18 113/3
113/5 113/10 113/12
114/23 115/16 120/13
120/15 120/20 122/6
122/16 127/6 127/13
136/9 137/3 137/20
137/22 138/3 138/7
138/12 138/17 156/20
219/8 219/9 219/23
220/3 220/5
**buildings [1]** 49/15
**built [2]** 24/24 73/4
**bulky [1]** 182/24
**burden [1]** 219/4
**bureau [3]** 94/13
131/19 131/21
**bureaucratic [1]**
222/11
**business [6]** 8/2 30/24
53/13 55/9 219/22
219/25

**C**

**C-h-r-i-s-t-o-p-h-e-r [1]**
131/20
**call [8]** 18/9 37/8 43/15
46/14 46/17 96/14

**C**

call... [2] 102/8 107/24
called [5] 12/13 99/1
119/24 174/2 186/6
calling [1] 221/3
calls [2] 64/7 131/2
came [14] 33/17 41/16
41/20 67/1 89/3 93/1
111/1 122/2 124/10
124/11 124/12 203/14
206/9 211/18
camera [9] 6/2 66/7
119/2 119/3 119/11
119/16 135/20 210/21
215/8
cameras [2] 65/19 66/3
66/6 136/16
can [225]
can you [1] 190/18
can't [14] 7/19 32/25
41/12 43/21 94/15
94/16 110/23 111/14
186/23 191/13 199/9
209/9 212/8 216/13
canceled [1] 56/21
cannot [1] 212/2
cap [18] 138/20 138/22
145/24 146/25 147/23
149/18 150/8 151/1
151/15 152/23 153/22
155/4 155/18 157/7
157/9 158/1 161/23
178/18
capable [1] 136/3
capacity [1] 55/2
capital [5] 191/10
191/20 193/10 196/10
196/19
capitol [167] 13/2 13/3
13/7 13/11 13/22 14/7
14/17 15/23 16/11
16/23 17/3 17/21 20/14
20/21 21/23 21/24
22/16 22/20 23/11
23/23 24/5 24/5 24/13
24/20 24/25 25/2 25/13
25/15 25/15 25/18
25/22 26/14 27/6 27/9
28/4 28/8 29/5 31/14
31/25 32/8 32/10 33/14
34/16 37/5 37/7 37/9
37/10 38/13 41/2 41/22
41/23 42/19 43/2 43/11
43/19 44/14 46/18
48/24 48/25 49/9 49/11
49/14 49/17 50/2 50/6
50/7 50/18 51/1 51/18
52/8 52/17 52/21 52/22
52/24 54/13 54/13
54/16 54/19 54/22
55/10 55/21 56/3 56/17
57/1 57/16 57/25 58/22
59/11 59/15 61/9 65/18
66/15 67/6 68/1 68/5
68/12 68/24 68/25
69/10 70/8 70/9 70/19
74/5 74/5 75/8 75/9
76/11 78/10 78/22 80/6
82/4 82/14 84/20 84/21
86/1 88/19 94/2 96/9
98/17 98/25 101/1
101/14 105/5 105/12
111/2 111/17 112/19
113/3 113/11 113/15
119/24 120/12 123/13
132/24 135/13 136/9
136/10 136/15 136/25
137/3 137/3 137/10
137/12 137/20 138/3
138/3 138/7 138/12
138/17 156/19 170/22
171/2 173/24 174/4
174/7 174/20 194/2
194/10 203/12 205/25
216/19 220/3 220/5
Capitol Grounds [9]
25/22 59/11 59/15 61/9
132/24 136/10 137/3
137/10 137/12
caption [1] 72/6
care [1] 5/24
career [1] 65/24
carriage [6] 23/21
28/12 87/1 87/18 88/7
88/8
carried [2] 17/4 219/4
carrying [3] 138/20
163/7 163/9
case [13] 5/3 8/13 9/3
10/17 16/19 17/23 27/3
85/11 114/11 133/12
218/10 218/18 219/6
cause [1] 37/14
CCTV [2] 138/4 138/24
CDU [7] 55/19 56/18
67/7 70/25 108/24
126/5 126/8
CDUs [1] 67/16
cell [2] 159/24 182/11
center [10] 72/15 105/4
105/11 105/19 112/18
112/22 113/2 113/15
119/20 213/11
ceremonial [3] 23/22
28/20 29/22
certain [10] 5/22 9/14
10/7 44/24 121/18
121/19 132/22 136/5
136/13 137/4
certainly [14] 55/3 57/5
58/21 61/25 64/1 65/5
71/18 89/2 93/25 96/7
98/20 98/24 109/6
219/12
certainty [1] 110/23
certification [4] 24/21
27/6 29/6 136/11
Certified [1] 2/3
certify [1] 223/2
cetera [2] 6/10 53/24
CH [1] 2/4
challenge [1] 216/9
chamber [65] 16/2
16/7 23/24 24/1 24/2
29/3 29/6 29/12 29/25
30/14 30/16 30/21
30/24 30/25 32/23
32/25 33/1 33/8 33/10
33/12 33/16 34/13
34/16 37/4 37/24 49/2
50/10 50/13 54/17
54/20 55/6 60/8 60/15
60/22 60/25 61/3 62/3
62/4 62/8 62/12 62/17
62/18 62/23 63/3 63/15
63/20 64/20 64/22
64/23 64/25 65/4 65/12
97/5 99/9 99/16 99/25
100/1 100/11 100/13
100/16 100/17
chambers [8] 29/15
37/18 62/5 63/17 64/8
64/21 122/13 122/14
chance [5] 13/24
139/18 163/18 163/25
185/9
change [4] 60/15 60/18
107/22 207/17
changing [2] 54/12
65/18
chanting [1] 64/2
chaos [1] 64/9
chaotic [1] 63/8
character [1] 12/18
charge [6] 52/20 52/25
127/22 129/2 129/7
220/9
charged [5] 16/22 17/2
17/8 17/18 17/24
charges [1] 16/20
Charlotte [6] 21/1
22/25 28/15 36/2 36/6
37/4
chatter [8] 31/7 31/10
31/13 31/24 39/10 42/1
42/23 44/10
check [2] 174/20 183/6
checked [2] 38/5
222/11
checking [1] 129/8
checkpoint [2] 16/12
101/5
checkpoints [2] 54/1
101/6
chief [1] 9/3
Christian [1] 197/22
Christopher [4] 12/1
131/3 131/9 131/18
Christopher Potts [2]
131/3 131/9
chunks [1] 191/16
circle [32] 134/1
134/17 144/6 150/6
150/23 151/13 152/6
153/5 155/1 155/12
156/3 157/2 158/3
159/2 159/11 160/8
161/18 162/25 165/13
165/24 166/7 166/19
168/6 168/16 169/17
171/8 172/17 175/5
176/21 178/14 178/25
circled [4] 173/20
173/23 180/5 181/2
circuit [6] 65/19 119/3
135/20 136/15 209/17
210/21
circumstances [2]
121/20 122/1
civil [2] 10/17 126/8
civilians [2] 49/7 55/5
clarify [7] 32/1 35/10
38/12 61/8 61/24 89/15
115/12
clean [1] 37/12
cleaned [1] 65/6
clear [13] 8/12 15/11
16/25 17/20 31/21
38/13 39/6 54/11 76/23
125/21 206/24 210/8
213/13
cleared [1] 38/7
clearer [1] 143/8
clearly [3] 7/8 66/23
169/22
clerk [1] 12/5
client [5] 6/17 10/25
39/7 71/9 75/18 80/24
89/11 222/2
client's [1] 12/18
climbing [1] 200/3
clip [1] 158/7
clips [3] 78/7 103/24
103/25
clock [13] 16/2 91/21
92/18 92/21 93/3 93/15
94/25 117/24 118/1
118/2 118/6 144/4
144/25
close [1] 62/23
closed [10] 58/19
58/22 65/19 72/6 119/3
125/22 135/20 136/15
209/17 210/21
closed-caption [1]
72/6
closed-circuit [5]
65/19 119/3 135/20
209/17 210/21
closed-circuit-video
[1] 136/15
closer [2] 67/17 170/9
closure [2] 186/7 186/9
closures [1] 25/1
clothes [1] 147/2
clothing [3] 66/17
135/2 147/2
code [2] 66/4 187/17
codes [1] 187/12
College [6] 24/22 27/7
29/7 55/13 55/14
136/12
color [3] 145/25 146/5
162/13
colored [4] 138/22
156/5 156/6 161/5
COLUMBIA [1] 1/1
Columbus [2] 132/7
132/11
combating [1] 117/11
come [25] 8/25 12/19
21/2 37/9 39/20 53/15
59/23 67/17 96/5
112/10 113/17 114/23
124/10 133/1 133/4
184/4 184/6 189/10
192/22 202/12 202/13
202/13 205/19 212/8
213/2
comes [5] 7/17 9/6
12/21 96/13 215/23
coming [31] 12/10
20/25 21/24 44/8 44/21
46/4 53/14 64/3 73/18
75/11 87/9 96/10 96/16
99/1 104/23 105/5
105/19 107/19 113/3
115/24 116/8 117/7
119/19 119/22 120/25
122/11 128/4 208/7
208/18 210/11 221/5
command [2] 49/7
108/21
commander [3] 54/20
94/13 128/4
commence [1] 29/7
commencing [1] 8/20
committed [3] 14/8
14/12 132/23
communication [2]
43/9 110/9
communications [5]
31/3 39/10 42/16 42/18
42/18
comparison [1] 164/7
compliance [1] 19/21
computer [2] 2/7 47/7
computer-aided [1]
2/7
concern [4] 39/21 40/4
40/6 136/16
concerned [9] 7/16
9/25 10/2 44/6 47/25
118/7 188/7 205/15
218/7
concerns [1] 136/19
concluded [1] 222/16
conclusion [2] 17/22
18/1
conditions [1] 109/4
conduct [6] 17/9 19/20
219/15 219/22 220/1
220/3
conducting [1] 30/24
conferred [3] 7/22
106/2 162/17
confirmation [1] 55/14
confronted [1] 121/10
congregating [1]
32/25
Congress [14] 12/25
16/8 27/8 53/22 56/3
61/4 62/4 62/11 62/25
63/14 99/15 122/15
123/7 219/20
congressional [6] 17/9
17/12 33/8 60/24 129/6

**C**

congressional... [1] 129/6
connected [1] 89/23
connection [2] 32/14 219/17
consider [3] 10/7 109/7 123/1
considerable [1] 41/16
considerably [1] 124/21
consideration [1] 123/4
considerations [1] 25/19
considering [1] 10/20
consistent [1] 147/2
consistently [1] 7/5
constitutes [1] 197/2
Constitution [1] 2/4
construction [6] 116/12 125/6 125/6 125/21 126/1 126/13
contact [1] 200/14
contained [4] 140/2 141/10 185/12 186/21
contains [1] 136/12
context [1] 133/10
contingency [1] 27/14
continually [1] 15/7
continue [7] 32/21 60/25 74/2 77/16 88/7 105/2 105/7
continued [4] 2/1 32/22 33/4 40/7
continuing [2] 14/21 14/22
continuously [1] 119/16
control [4] 39/23 45/8 45/9 124/16
convened [2] 13/1 13/6
conversation [5] 44/14 188/5 190/2 192/25 193/22
conversations [2] 45/14 198/24
conversion [1] 17/19
cooperating [1] 125/1
coordinate [2] 20/10 57/1
coordination [1] 24/14
copy [3] 22/3 139/8 141/16
corner [5] 95/15 148/13 153/18 157/2 161/19
correct [158] 5/25 22/3 23/8 26/15 26/16 38/14 38/15 39/7 39/11 39/17 39/18 40/3 41/16 41/17 43/23 53/10 68/7 83/6 83/7 85/5 88/7 92/11 92/12 95/12 103/17 106/25 107/4 107/10 107/15 107/23 108/6 108/9 108/12 108/15 108/16 108/20 109/5

110/24 111/4 111/8 111/22 112/5 113/17 114/5 115/14 116/10 116/17 116/24 117/2 117/3 117/21 118/4 118/5 118/8 118/14 118/15 118/18 119/13 119/16 122/25 123/13 123/23 124/8 124/13 124/17 124/22 125/10 125/17 126/11 126/17 126/20 128/7 128/15 128/25 129/3 129/8 129/16 140/18 187/3 198/10 198/20 199/6 199/10 200/4 200/10 200/12 200/15 201/5 201/13 201/24 201/25 202/2 202/3 202/5 202/9 202/24 203/7 203/10 203/16 203/18 203/19 203/21 204/4 204/18 204/24 205/5 205/6 205/11 205/22 205/25 206/1 206/11 206/12 206/13 206/17 206/22 206/23 208/3 208/8 208/18 208/22 208/25 209/13 209/14 210/6 210/7 210/9 210/10 210/22 211/1 211/3 211/4 211/7 211/18 211/22 211/23 212/15 212/18 212/19 212/24 213/4 213/16 213/20 213/21 213/25 214/4 214/18 214/19 214/24 215/14 215/21 215/22 215/25 217/3 223/3
corridor [20] 16/2 86/25 87/16 87/22 87/23 91/21 92/18 92/21 93/1 93/2 93/3 93/15 94/25 95/1 99/2 99/25 118/1 118/2 118/6 118/11
corridors [2] 86/24 93/20
costs [1] 42/3
couch [6] 188/18 189/13 190/15 190/21 192/11 193/9 194/4 196/8
could [157] 6/22 21/15 27/20 27/21 27/22 27/22 28/22 30/7 31/15 31/24 34/20 35/20 36/4 37/14 37/17 38/6 52/2 54/25 58/20 64/2 65/11 70/20 71/15 77/2 77/20 80/8 82/5 87/6 87/12 92/5 93/7 93/23 96/2 98/1 100/24 101/21 102/10 102/18 102/22 104/6 104/25 105/1 105/1 105/7 105/15

123/6 131/15 133/18 134/15 141/1 141/21 141/25 142/12 142/15 142/17 143/23 144/24 146/10 147/7 147/11 148/7 148/18 149/8 150/1 150/12 151/5 151/10 152/24 153/12 153/23 154/9 154/13 154/17 155/7 155/20 155/23 156/9 156/12 157/10 157/14 157/18 158/6 158/9 158/13 159/8 160/15 160/19 161/7 161/25 162/5 163/13 165/5 165/18 166/3 166/24 167/3 167/18 168/2 168/12 169/7 169/10 171/3 171/11 171/14 172/12 172/23 173/4 173/14 173/21 174/21 175/11 175/17 175/23 176/9 176/17 177/1 177/15 177/18 178/6 178/19 179/6 179/8 179/19 180/10 180/20 181/9 182/15 182/18 183/11 183/17 184/17 185/2 185/21 185/23 186/5 186/14 187/5 187/9 188/24 191/4 192/5 192/13 192/23 193/21 195/9 200/23 207/23 209/3 209/22 212/1 217/8 219/5 219/18 220/11
could you [1] 144/24
couldn't [9] 6/23 33/25 91/2 116/10 116/20 117/17 117/19 196/10 197/7
counsel [6] 7/22 18/2 33/23 77/4 106/2 162/17
count [1] 8/15
counterintelligence [1] 132/21
counterpart [1] 44/15
counterparts [2] 20/9 22/15 37/9 43/12
counterparts' [2] 31/14 43/3
countryboi160 [1] 196/2
counts [1] 17/24
couple [9] 24/15 29/13 117/23 144/6 164/5 165/19 166/7 205/13 212/23
course [5] 46/9 64/10 65/13 93/3 135/11
court [23] 1/1 2/2 2/3 10/3 10/4 10/6 10/7 10/22 12/14 12/14 18/23 77/10 130/19 131/15 135/9 136/3

218/8 221/1 221/15 222/15
Court's [12] 7/21 7/25 38/10 47/6 76/25 105/25 126/22 136/5 137/24 195/22 195/24 207/15
courtroom [1] 134/24
covered [3] 15/5 65/10 210/17
covering [1] 152/11
coversheet [1] 21/10
COVID [8] 25/2 53/6 62/6 112/4 112/14 112/15 112/16 113/6
CR [1] 1/4
crawl [1] 13/13
crazy [1] 194/3
created [2] 108/15 118/16
creating [2] 118/3 124/6
criminal [2] 5/3 10/15
cross [8] 3/4 6/3 6/8 38/20 39/2 106/9 198/1 198/4
cross-examination [6] 6/8 38/20 39/2 106/9 198/1 198/4
crossed [1] 118/8
crowd [8] 13/2 13/6 13/9 14/18 14/23 27/11 66/24 170/25
crowds [2] 15/9 67/15
CRR [2] 223/2 223/8
Crypt [1] 96/10
current [3] 19/17 48/25 49/13
currently [4] 19/4 19/19 49/16 132/17
cutting [1] 7/2
CV [1] 135/19

**D**

D.C [11] 1/5 1/18 1/23 2/5 14/5 14/6 49/18 142/3 187/18 190/5 191/1
daily [1] 127/24
damage [2] 65/10 126/11
dark [3] 66/17 138/22 156/5
dark-colored [1] 138/22
date [13] 8/11 56/22 56/24 111/24 185/23 186/1 186/3 186/6 186/7 186/9 186/11 190/24 223/7
daughter [2] 21/1 36/6
day [68] 1/7 12/6 12/8 12/16 13/11 13/22 13/25 14/14 17/10 17/12 17/16 19/23 20/1 20/13 20/16 20/22 22/21 23/2 23/11 23/18

25/6 25/13 25/20 25/22 27/4 28/2 28/5 28/8 29/1 29/16 31/7 36/12 36/19 36/20 52/18 54/17 54/23 55/1 55/4 55/8 55/10 55/14 56/18 57/5 61/13 61/21 66/21 81/9 86/1 100/12 101/1 106/17 107/1 107/20 109/1 109/24 112/4 126/6 126/17 127/20 127/25 128/5 137/13 220/1
day's [2] 55/6 127/25
days [2] 107/17 174/16
dc [7] 189/2 191/23 193/19 194/18 195/16 195/19 197/13
DEA [1] 41/24
deadly [3] 121/8 121/9 121/12
deal [4] 42/10 44/20 121/5 121/8
dealing [6] 43/13 43/14 44/11 128/6 128/8 128/9
deals [2] 128/14 129/16
dealt [1] 221/2
debris [1] 65/6
December [1] 186/3
decide [1] 10/5
decision [5] 10/8 25/19 33/6 33/9 33/19
decisions [1] 25/18
declared [1] 127/17
deemed [1] 55/24
defendant [29] 1/7 1/21 5/8 7/22 13/8 13/14 13/16 13/22 14/2 14/12 14/16 15/12 16/10 16/14 16/21 16/23 17/2 17/17 17/18 17/20 17/23 75/23 75/25 81/4 135/6 139/10 188/12 219/5 219/16
defendant's [8] 14/19 16/22 17/15 136/22 136/23 137/2 138/2 139/4
defending [2] 14/24 94/11
defense [9] 5/7 5/22 6/2 6/9 7/22 11/16 48/8 218/10 218/18
delete [3] 193/6 196/19 196/25
deleted [1] 193/5
demonstrating [2] 17/3 220/5
demonstration [1] 56/1
demonstrations [2] 59/14 59/19
deny [4] 219/2 220/7 220/13 220/15

**D**

department [1] 110/9
departments [2] 20/11 41/21
depend [1] 8/22
depending [1] 27/23
depict [1] 142/10
depicted [1] 138/3
depicts [2] 138/10 138/15
deployed [4] 56/18 126/5 126/8 126/9
deprive [1] 17/21
Deputy [1] 184/8
describe [20] 19/16 20/5 28/23 33/11 63/2 63/25 65/3 67/8 98/17 134/8 135/1 146/23 147/22 150/7 150/24 152/14 153/5 153/19 156/4 157/3
described [1] 143/11
description [2] 98/14 136/10
design [1] 125/11
designed [1] 112/21
desk [3] 86/23 86/23 128/5
destination [1] 23/16
detail [1] 55/6
detailing [1] 106/24
details [2] 36/10 40/24
detecter [1] 54/10
detector [8] 16/11 53/23 54/2 101/9 136/25 173/24 174/12 174/18
determination [3] 120/7 121/5 121/19
determine [4] 54/10 81/7 137/9 137/19
determined [2] 14/2 121/22
determining [1] 129/18
devices [2] 37/13 38/5
dialogue [1] 203/6
dictate [2] 25/16 66/6
dictated [2] 63/12 63/12
did [114] 14/14 14/15 20/13 21/14 28/7 28/11 28/18 29/19 29/21 30/7 30/14 30/23 31/3 31/5 32/21 36/17 36/21 36/22 39/9 39/12 39/20 40/23 42/1 42/5 42/7 42/9 43/12 44/5 44/6 44/10 44/13 44/19 44/23 45/5 45/14 47/24 54/22 56/6 56/7 56/12 56/13 57/1 57/5 59/23 60/14 60/17 60/18 60/24 61/1 62/11 62/3 62/14 62/15 64/19 102/8 104/5 107/11 107/19 107/24 109/16 109/24 110/14 111/16 112/15 116/18 116/19

117/10 117/16 118/9 118/20 118/21 120/24 124/5 124/10 124/24 126/13 127/15 127/21 133/1 133/4 133/10 137/8 137/18 141/13 156/18 163/18 163/25 164/2 173/1 174/16 183/4 184/8 185/9 185/11 188/19 193/6 196/25 203/9 206/10 206/18 206/20 209/6 209/9 209/13 213/18 216/12 216/21 217/15 219/9 219/11 220/11
did you [14] 28/11 28/18 29/21 30/14 30/23 36/22 54/22 56/6 64/19 102/8 163/25 185/9 193/6 196/25
didn't [13] 10/24 14/21 14/22 15/1 15/1 38/2 40/24 66/23 107/9 110/12 112/13 199/14 203/6
difference [1] 187/20
differences [1] 143/7
different [5] 24/8 46/5 127/2 187/18 217/3
difficult [1] 215/7
dimensions [1] 207/1
direct [10] 3/4 17/10 18/18 48/16 131/10 136/5 137/24 148/12 157/1 200/14
directed [1] 62/22
direction [8] 44/25 62/25 74/3 91/22 99/13 151/3 201/17 214/3
directions [1] 42/20
directly [5] 42/20 86/22 96/15 96/17 213/25
Disabilities [1] 66/4
disasters [1] 27/22
discern [4] 11/10 76/4 89/23 98/7
discrepancy [1] 54/9
discuss [6] 6/10 11/14 47/4 183/23
disintegrated [1] 204/14
disorderly [4] 17/9 219/14 220/1 220/3
disrupt [1] 56/3
disrupting [2] 17/9 219/22
disruption [3] 17/12 17/15 17/16
disruptive [3] 17/8 219/15 220/1
distinction [1] 45/23
DISTRICT [4] 1/1 1/1 1/10 222/1
disturbance [1] 126/8
division [6] 19/20 19/25 20/2 20/4 20/5 49/8

do [243]
do you [20] 27/13 28/13 31/6 45/22 60/1 60/6 61/13 63/14 65/15 80/14 83/10 99/5 100/15 115/2 119/10 135/22 198/16 201/17 204/1 216/5
do you have [1] 130/7
do you know [6] 46/2 118/24 126/25 189/20 197/20 216/21
do you recognize [72] 21/6 21/17 34/7 34/9 35/24 36/2 51/14 57/12 58/12 66/13 66/16 68/2 68/21 70/15 72/20 73/13 74/20 76/11 78/6 78/18 78/23 81/25 82/22 83/17 83/25 84/16 88/13 88/17 91/8 91/16 92/16 93/13 94/21 94/24 95/24 96/24 97/14 97/22 99/23 100/22 102/13 103/24 133/23 134/2 134/19 144/18 149/15 154/4 155/13 157/21 157/24 159/4 159/13 160/10 160/23 161/20 163/1 165/14 166/8 166/11 166/20 167/12 168/7 168/17 169/3 170/10 172/6 172/18 173/8 175/6 177/21 180/5
do you remember [3] 119/5 119/6 127/13
do you see [19] 34/3 34/17 79/15 101/8 134/24 144/15 145/11 145/14 145/16 146/2 146/19 147/16 147/19 148/16 161/2 162/10 206/2 212/7 216/8
Do you understand [1] 39/22
document [1] 26/3
documentaries [2] 109/6 109/10
documents [1] 22/4
does [40] 6/3 12/23 20/6 22/20 22/22 22/23 23/1 23/3 23/9 23/12 49/24 49/25 50/3 50/25 51/3 51/19 51/20 52/9 52/10 57/24 58/2 59/9 59/12 65/18 74/12 74/14 101/13 101/23 120/17 122/17 127/18 128/10 138/11 211/17
doesn't [2] 5/23 214/22
doing [18] 14/5 44/2 44/4 75/10 76/14 76/23 98/8 152/9 159/23

193/17 205/4 205/5 208/24 212/17 215/5
DOJ [1] 1/13
DOJ-USAO [1] 1/13
dome [1] 50/7
domestic [2] 132/19 196/5
don't [56] 5/19 6/12 7/7 9/2 10/17 17/5 30/19 30/25 39/7 42/16 42/18 43/8 44/3 45/21 64/13 71/6 73/7 76/3 86/6 86/11 109/3 109/22 110/15 110/18 112/25 115/19 116/13 126/19 130/16 146/8 164/21 183/20 187/24 188/5 188/10 189/25 191/17 199/2 199/22 199/20 207/1 207/9 207/12 208/9 208/12 211/14 212/12 213/6 214/4 215/23 216/23 217/12 218/17 218/23 221/5 221/6
done [5] 8/4 47/16 174/15 198/25 221/16
door [70] 13/11 13/13 13/19 14/13 15/16 15/19 17/11 83/5 84/19 85/1 85/24 85/25 87/1 87/2 87/9 87/15 87/15 87/18 88/7 91/1 92/3 92/4 93/4 93/5 94/8 95/11 96/11 97/25 97/25 98/12 98/21 99/3 99/24 100/1 100/6 100/7 100/23 101/3 103/12 104/4 105/23 113/25 114/2 114/2 114/6 114/14 114/25 115/2 115/2 115/8 115/25 119/8 119/9 119/13 122/3 128/12 201/21 201/22 202/1 202/11 205/8 206/9 211/16 212/3 212/9 212/18 216/18 216/19 217/11
doors [32] 16/12 62/24 64/3 65/9 82/4 82/17 88/9 92/2 99/13 99/14 100/2 100/5 100/9 101/2 101/24 102/4 102/8 102/9 103/3 103/15 104/9 104/15 105/21 114/5 115/3 116/2 120/20 122/17 127/18 128/10 138/11 211/17
doorway [2] 85/24 103/10
dot [1] 50/5
double [1] 100/2
doubt [1] 219/6
down [45] 34/4 46/15 60/22 62/5 62/9 62/17

63/17 63/17 67/1 72/8 87/16 87/22 87/22 89/3 93/1 99/1 99/11 99/12 103/13 104/23 105/5 105/19 109/19 111/15 119/11 119/19 119/23 122/13 130/14 154/16 162/19 172/11 173/3 197/17 200/22 202/1 203/10 203/21 210/14 211/1 212/18 215/16 217/2 217/22
downstairs [2] 125/16 200/24
draw [1] 17/10
drawing [1] 219/10
drawn [1] 212/23
drove [2] 13/7 56/9
due [5] 21/2 25/1 27/5 60/22 204/14
during [16] 37/18 39/9 42/1 45/14 47/4 53/5 62/21 63/3 63/18 66/1 66/2 72/9 113/6 126/6 135/11 216/12
duties [5] 29/16 32/14 55/1 55/4 60/14
duty [1] 55/4

**E**

each [5] 9/15 41/12 69/7 177/12 186/15
earlier [11] 14/13 16/5 28/22 65/24 72/5 95/12 100/11 101/4 187/21 210/25 213/23
early [1] 45/12
earshot [1] 43/9
earth [1] 192/20
easel [1] 71/4
easier [1] 191/16
east [14] 41/12 55/21 88/21 89/5 90/9 91/9 92/10 92/23 92/25 105/5 105/11 105/20 116/8 138/16
ECF [3] 5/21 6/2 6/7
effect [4] 25/1 32/13 42/5 111/22
effort [1] 204/10
eggs [1] 94/12
either [13] 37/17 37/24 61/3 65/10 108/5 109/22 111/7 114/9 133/7 205/4 209/16 213/19 217/10
elect [1] 21/1
Electoral [6] 24/21 27/6 29/7 55/13 55/14 136/12
Ellipse [1] 27/11
else [6] 8/6 11/13 14/14 20/24 37/14 129/16
email [7] 1/15 1/19 1/24 21/9 21/13 22/14 22/15
Emancipation [2]

**E**

Emancipation... [2] 113/17 113/18
emergency [6] 27/14 27/15 28/2 111/21 115/11 115/13
emojies [5] 192/8 192/10 192/18 194/9 196/18
emojis [16] 189/19 189/20 191/25 192/2 193/7 193/11 193/14 194/8 194/12 195/1 195/8 196/11 196/20 196/21 197/17 197/18
employment [1] 18/23
empty [1] 189/16
encircle [1] 56/12
encircled [1] 58/17
end [24] 9/23 12/16 16/7 85/14 87/19 90/2 101/17 119/21 119/22 155/21 156/10 158/6 163/11 166/25 168/20 169/8 171/12 173/14 177/9 178/4 179/16 186/6 186/6 216/1
ended [2] 61/11 61/12
enforcement [10] 37/9 38/14 41/15 41/19 42/21 43/13 45/25 57/2 76/20 98/3
engaged [1] 220/1
engaging [1] 203/6
enhanced [1] 55/23
enough [3] 66/23 108/1 193/15
entailed [1] 37/5
enter [15] 13/22 15/18 15/20 16/14 29/5 63/20 100/17 101/2 112/5 112/23 113/18 113/25 114/14 212/2 219/9
entered [19] 6/24 15/5 15/9 16/24 37/7 63/19 85/4 87/14 87/15 92/17 100/13 115/1 138/7 169/2 203/9 203/11 203/12 216/19 219/23
entering [16] 16/22 41/2 42/11 43/14 45/18 53/19 98/12 107/15 113/8 113/12 119/12 120/12 121/18 122/22 126/2 219/7
entire [4] 15/23 15/24 36/14 56/12
entities [4] 42/21 46/1 46/3 130/3
entity [1] 174/19
entrance [23] 13/12 16/12 16/15 28/12 83/6 83/8 85/1 85/23 86/2 86/7 86/11 93/4 94/11 95/12 98/21 100/3 100/15 100/17 113/20 118/14 119/12 120/19 122/6

entries [3] 111/17 111/18 111/19
entry [9] 56/11 107/25 111/24 112/3 113/7 113/24 114/3 114/22 174/20
entryway [1] 16/2
equipment [12] 53/25 127/19 127/19 127/22 128/1 128/2 128/2 128/3 128/10 128/19 129/22 174/7
erected [3] 15/6 32/7 56/5
escalates [1] 40/10
escort [1] 29/16
escorted [3] 53/15 112/17 113/4
essentially [4] 41/2 117/1 120/10 126/11
establish [2] 25/4 27/4
established [4] 25/12 25/22 26/7 36/12
esthetics [1] 73/5
et [2] 6/10 53/24
et cetera [1] 53/24
Eugene [2] 88/16 91/16
evacuate [4] 16/4 27/19 62/11 63/15
evacuated [5] 33/11 62/15 64/21 64/22 99/15
evacuation [1] 61/3
evaluating [1] 62/19
even [4] 15/1 31/20 199/21 201/16
evening [3] 14/6 45/12 65/17
event [5] 25/14 27/5 27/10 27/18 37/15
eventful [2] 194/17 197/13
events [8] 11/9 24/20 24/23 25/15 27/9 100/23 136/13 219/19
eventually [7] 33/9 41/7 60/22 203/14 205/9 214/2 214/3
ever [1] 36/17
every [4] 58/16 123/8 128/5 190/13
everybody [3] 5/12 130/21 222/12
everyone [6] 5/10 77/14 110/8 122/23 123/1 123/16
everything [6] 7/8 8/12 40/2 62/8 110/5 111/9
evidence [41] 5/22 7/12 7/12 10/20 13/16 14/11 14/15 16/25 17/4 17/19 17/25 22/11 26/25 35/2 35/6 35/7 35/14 48/12 51/8 51/25 52/15 58/7 59/4 76/8 84/14 133/20 140/11

165/1 175/1 184/9 184/15 185/4 185/19 217/24 219/8 219/18 220/6 220/10
evidences [1] 188/19
exact [6] 36/10 41/12 60/3 139/7 139/13 207/1
examination [10] 6/8 18/18 38/20 39/2 48/16 106/9 130/11 131/10 198/1 198/4
example [1] 206/4
exception [1] 125/13
exchange [2] 187/24 192/6
excuse [2] 104/3 112/11
exhibit [177] 8/6 8/21 9/10 21/4 22/7 22/11 25/25 26/18 26/25 33/22 35/3 35/6 35/7 49/21 51/5 51/8 51/11 51/22 51/25 52/3 52/12 52/15 57/9 58/4 58/7 58/10 58/25 59/1 59/4 59/7 66/9 67/20 68/18 69/2 69/12 70/11 71/2 71/12 71/16 72/5 72/17 74/7 74/13 74/16 76/8 77/2 77/20 78/1 78/14 80/9 80/20 81/22 82/9 82/20 83/3 83/12 83/22 84/7 84/14 84/23 85/12 85/17 86/15 87/8 88/25 90/13 91/5 92/6 92/19 93/7 94/19 95/3 95/18 96/5 96/21 97/8 97/16 97/19 100/19 101/21 102/1 102/11 102/22 103/6 103/20 104/17 104/18 119/20 133/19 134/16 136/1 136/20 138/10 138/14 139/6 139/8 140/2 140/5 141/2 141/5 141/11 141/20 142/13 142/16 142/25 143/5 143/24 144/25 146/11 147/3 147/11 148/8 149/25 151/6 151/21 154/18 155/8 155/24 156/22 157/15 158/10 160/16 161/8 163/14 163/19 163/22 164/1 164/3 164/7 164/16 165/1 165/6 166/4 166/14 167/4 167/23 168/23 169/11 171/19 172/13 173/18 173/19 173/22 174/22 175/1 175/14 175/24 176/18 177/16 178/10 178/12 178/20

184/18 185/3 185/7 185/10 185/13 185/16 185/19 186/13 187/6 191/5 192/24 194/21 205/16 207/15 207/17 207/19 210/19 210/20 211/11 212/21 214/8 218/2
Exhibit 205 [1] 156/22
Exhibit 216 [1] 96/21
Exhibit 221A [1] 173/18
Exhibit 407 [1] 74/13
Exhibit 413 [1] 161/8
Exhibit 429 [1] 133/19
Exhibit 501 [1] 185/16
exhibits [24] 3/9 8/19 8/23 9/15 9/24 10/2 47/2 47/11 48/11 50/22 84/9 89/22 119/6 136/17 136/20 138/5 138/18 139/12 139/22 140/1 140/4 140/22 141/9 186/20
existing [1] 125/20
exists [1] 128/15
exit [5] 16/15 115/11 115/13 120/19 208/2
exited [4] 127/13 138/8 217/3 217/11
exiting [2] 45/17 216/2
exits [1] 111/21
expect [2] 6/12 137/4
expected [2] 27/11 28/23
expecting [1] 55/13
experience [4] 37/16 37/22 50/17 76/20
extended [2] 8/13 16/6
extension [1] 62/8
extent [2] 9/17 143/17
exterior [9] 32/20 40/16 40/18 40/20 41/6 102/16 103/13 104/14 115/16
external [1] 99/24
extinguisher [2] 204/1 204/3
eye [1] 119/12
eyesight [1] 217/9
ezell [4] 197/14 197/20 197/21 197/22
Ezell-Harding [1] 197/22

**F**

facade [3] 73/4 73/17 125/4
face [4] 33/17 33/17 202/24 202/24
faces [1] 94/15
facilitate [1] 96/6
facing [4] 98/18 151/15 201/16 201/16
fact [25] 14/22 15/9 16/16 27/7 29/20 48/3 61/20 64/16 89/15

50/21 108/14 116/22 116/23 118/6 118/20 119/18 120/25 123/5 124/5 201/15 202/4 202/20 205/22 205/24 216/4
factfinder [2] 10/4 219/5
facts [1] 219/3
failed [1] 118/19
fair [4] 48/4 50/1 193/15 215/2
fall [1] 15/8
fallen [1] 80/4
familiar [11] 25/21 50/18 65/21 65/23 66/7 106/14 108/24 109/7 139/17 213/6 217/5
family [1] 36/17
famous [1] 195/1
far [36] 9/24 10/1 12/5 12/17 32/22 41/18 42/20 43/11 43/20 44/5 44/12 47/24 80/5 107/2 108/3 109/16 112/2 113/23 118/7 119/19 120/2 121/20 123/18 124/1 127/12 129/17 146/8 200/3 201/8 202/8 204/20 204/21 205/7 205/14 217/8 218/6
farther [2] 146/15 171/24
fast [1] 215/8
favorable [5] 219/3 219/10 220/7 220/10 220/12
fbi [8] 41/24 131/25 132/10 132/15 141/13 186/20 187/1 197/17
FBI's [1] 133/11
fear [1] 63/10
feared [1] 63/23
federal [5] 20/9 37/8 42/16 131/19 131/21
fee [2] 221/14 221/24
fees [1] 221/10
feet [2] 15/7 58/16
felt [4] 33/15 37/2 121/11 183/6
fence [6] 60/9 107/12 109/4
fences [4] 108/3 108/8 108/18 109/17
fencing [10] 40/22 55/20 57/17 57/21 58/17 68/11 68/12 68/13 125/21 126/3
few [12] 22/17 47/10 90/23 186/15 202/4 202/6 202/9 205/10 209/20 210/16 218/1 218/9
fiction [1] 10/5
fighting [1] 32/8
filed [3] 5/19 7/11 221/3

**filmer [1]** 135/23

**final [1]** 104/17

**finally [5]** 9/7 16/16 17/18 58/24 64/10

**financial [1]** 19/14

**find [5]** 17/23 113/20 219/5 219/6 221/8

**fine [6]** 35/11 35/15 71/25 98/14 202/19 215/9

**finish [1]** 204/20

**finished [1]** 120/22

**Fir [1]** 108/1

**fire [2]** 203/25 204/3

**first [50]** 7/3 11/22 13/6 13/10 13/13 13/23 13/25 14/2 15/9 15/17 18/7 21/5 29/20 31/9 50/23 51/12 51/17 61/9 74/5 81/19 82/4 84/6 85/4 88/21 90/10 104/5 105/16 106/17 110/10 110/11 110/14 123/19 129/20 136/8 164/5 185/24 186/15 188/11 190/1 190/5 191/18 200/1 200/7 201/6 202/22 203/11 208/7 212/22 216/18 221/1

**first-floor [1]** 88/21

**five [14]** 16/20 17/24 36/24 88/3 92/7 99/20 100/20 104/18 157/11 187/20 187/21 187/21 187/22 190/7

**five-hours-difference [1]** 187/20

**flag [50]** 17/5 138/20 144/8 144/10 144/13 144/16 145/14 145/16 145/17 145/20 145/22 146/19 146/24 147/16 147/18 147/20 147/21 148/16 148/25 149/4 150/11 156/8 157/9 163/9 166/2 169/19 170/1 170/9 171/10 171/14 172/22 178/2 178/2 178/16 179/2 179/3 179/15 180/18 181/8 182/13 200/8 200/9 200/24 203/9 203/17 203/17 208/7 208/14 210/25 213/16

**flagpole [4]** 17/5 138/20 161/5 166/2

**fleece [1]** 138/19

**flew [1]** 14/4

**flexible [1]** 10/18

**flips [1]** 221/14

**flood [1]** 202/12

**flooded [1]** 195/19

**floor [31]** 23/22 28/20 30/10 30/15 30/21 51/17 52/7 62/9 64/4 64/4 74/5 81/18 81/19 82/4 88/21 89/6 90/10

**flying [1]** 220/20

**focus [4]** 145/22 156/12 181/18 181/23

**focuses [1]** 182/4

**follow [6]** 6/23 7/9 30/14 169/25 171/14 179/3

**followed [1]** 204/17

**following [3]** 139/21 174/8 174/16

**follows [1]** 174/5

**foot [2]** 207/3 207/7

**footage [7]** 61/19 135/13 135/17 136/19 138/4 138/24 187/2

**footlong [1]** 207/11

**force [9]** 42/6 42/14 42/15 121/9 121/9 121/12 121/13 121/14 132/18

**forced [1]** 16/17

**forcing [1]** 216/4

**forefront [1]** 98/6

**foregoing [1]** 223/3

**foreground [2]** 57/18 149/13

**foreign [1]** 132/21

**forget [1]** 186/6

**form [2]** 21/22 22/20

**formed [1]** 15/8

**forth [6]** 23/25 29/14 29/17 31/1 72/9 205/10

**found [5]** 14/1 15/2 200/1 221/13 222/4

**foundation [3]** 26/8 26/10 143/17

**fountain [1]** 50/16

**four [4]** 58/16 132/5 132/11 143/4

**frame [41]** 35/25 41/8 61/16 73/7 76/12 141/22 146/14 146/14 148/13 148/19 148/19 150/6 150/15 150/15 150/19 150/19 150/24 151/11 152/8 153/4 154/24 160/9 161/11 161/11 164/11 167/10 169/2 169/13 170/10 170/21 171/5 172/6 175/21 180/6 180/10 180/11 181/22 181/22 181/25 182/1 184/24

**frames [3]** 69/6 164/5 165/19

**frankly [1]** 11/1

**frequency [1]** 42/19

**friend [1]** 14/16

**friendly [2]** 221/11 221/12

**front [35]** 13/9 14/23 57/16 66/15 68/1 68/24 69/9 69/24 71/1 78/10 78/21 82/14 86/22

**G**

**Gadsden [1]** 144/10

**galleries [2]** 62/7 99/8

**Garrett [2]** 173/23 174/18

**gas [1]** 64/7

**gassed [1]** 14/20

**gassing [2]** 142/23 143/3

**gather [2]** 40/7 40/9

**gathered [1]** 40/7

**gathering [1]** 13/2

**gatherings [1]** 33/3

**general [7]** 43/13 53/6 72/8 125/16 132/14 135/16 143/16

**generally [1]** 120/6

**gentleman [2]** 39/6 94/12

**George [5]** 11/24 46/18 46/19 48/15 48/23

**get [29]** 6/13 7/6 7/15 12/22 14/3 14/12 14/13 33/4 33/20 39/14 40/24 71/20 72/1 92/24 109/24 116/10 123/9 127/24 128/10 128/11 128/15 158/11 193/6 193/13 200/19 201/8 221/14 221/15 221/24

**getting [7]** 14/10 15/11 33/17 37/5 42/20 195/3 195/23

**give [6]** 41/12 44/23 55/4 55/7 66/2 206/15

**given [7]** 10/2 42/10 42/21 112/23 113/4 113/19 219/15

**giving [2]** 14/10 195/2

**glad [1]** 197/16

**glass [5]** 64/5 64/5 100/6 115/1 211/20

**gmail.com [1]** 1/24

**go [473]** 26/23 28/18 29/21 30/7 30/25 31/23 32/16 47/10 58/24 64/17 66/6 67/13 73/10 74/6 74/15 75/2 76/22 76/24 77/5 78/13 84/5 85/10 85/11 86/5 87/22 88/8 93/7 95/3 97/18 98/15 102/10 102/22 112/24 115/25 116/20 117/16 124/1 125/3 125/16 125/25 139/23 141/19 144/25 146/14 147/10 149/24 150/17 150/19 151/20 151/23 152/16 154/23 161/1 161/11 161/15 165/21 168/3 171/25 178/9 180/10 185/21 186/5 189/23 190/1 192/13 195/10 197/10 204/13 205/10 205/18 208/13 211/17

**go ahead [12]** 26/12 31/23 32/16 64/17 67/13 76/22 76/24 77/5 85/10 86/5 98/15 152/16

**goal [1]** 123/18

**god [2]** 195/4 195/4

**goes [4]** 96/15 115/18 204/1 215/8

**going [99]** 6/22 10/9 10/23 11/10 15/22 22/19 23/24 27/7 29/2 36/7 39/16 43/14 55/25 66/1 71/4 75/17 78/11 87/11 87/16 87/21 88/10 89/5 89/10 90/10 95/25 106/24 107/2 110/6 113/13 114/7 116/7 116/7 116/17 117/15 125/7 125/10 129/24 134/1 134/17 135/25 136/4 139/3 144/6 145/6 146/19 150/23 151/13 152/6 153/4 155/1 155/12 156/3 157/1 157/2 159/2 159/11 160/8 161/10 161/18 162/25 165/13 165/24 166/7 166/19 167/6 168/6 168/16 169/17 169/25 171/1 171/8 172/17 175/5 176/3 176/21 178/14 178/25 181/18 184/23 188/4 189/7 189/8 195/9 196/22 200/3 200/4 200/16 201/16 205/16 207/21 209/16 210/16 210/19 211/10 211/12 213/2 213/6 214/7 214/14

**gone [2]** 38/4 116/5

**gonna [1]** 189/9

**good [20]** 5/2 5/10 7/24 18/15 18/21 39/4

**good morning [4]** 18/21 39/5 46/25 48/22

**Goodman [3]** 88/16 91/16 93/16

**gordon [2]** 193/24 194/13

**gosh [2]** 45/11 46/4

**got [52]** 5/17 10/19 33/5 40/5 109/22 117/2 117/13 179/14 191/10 191/20 193/10 194/14 196/10 203/14 220/16 220/22

**gotten [1]** 40/21

**government [47]** 1/13 5/6 5/19 7/11 7/15 8/12 11/15 11/21 12/8 12/17 12/23 18/7 18/8 18/17 22/6 22/9 48/15 58/25 69/25 106/2 130/24 131/2 131/9 138/24 140/4 140/7 148/8 162/17 164/22 174/23 184/12 185/15 200/25 207/18 210/20 211/10 218/14 218/17 219/3 219/4 219/11 219/22 219/25 220/7 220/11 220/13 220/14

**government's [159]** 3/5 3/11 16/19 21/4 22/11 26/25 33/22 35/6 35/7 48/11 49/21 50/22 51/5 51/8 51/11 51/22 51/25 52/2 52/12 52/15 57/9 58/4 58/7 58/9 58/25 59/1 59/4 59/7 66/9 67/19 68/18 69/2 69/12 70/11 71/2 71/16 72/16 74/7 74/13 74/16 76/8 77/2 77/20 78/1 78/14 80/8 80/20 81/21 82/9 82/20 83/3 83/12 83/21 84/14 85/12 86/14 88/25 90/13 91/5 92/5 92/19 93/7 94/18 95/3 95/18 96/21 97/8 97/18 100/19 101/21 102/1 102/10 102/22 103/6 103/20 104/17 133/19 134/16 136/1 136/17 136/20 138/4 138/10 138/14 138/18 139/6 139/12 139/18 139/21 140/2 140/22 140/24 141/2 141/5 141/11 141/20 142/13 142/16 142/25 143/5 143/23 144/25 146/11 147/3 149/24 151/6 151/21 154/18 155/8 155/24 156/22 157/15 158/10 160/16 161/7

**G**

**government's... [44]**
163/14 163/19 163/22
163/25 164/3 164/7
165/1 165/6 166/4
166/14 167/4 167/23
168/23 169/11 171/19
172/12 173/18 173/19
173/22 174/21 175/1
175/14 175/24 176/17
177/16 178/20 179/20
183/18 184/15 184/18
185/3 185/7 185/10
185/13 185/19 186/13
187/6 191/5 192/24
194/21 205/16 207/15
212/21 214/8

**Government's Exhibit
500 [5]** 139/18 140/2
141/11 185/7 185/13

**Government's Exhibit
501 [1]** 185/10

**Government's Exhibit
511 [1]** 191/5

**Government's Exhibit
513 [1]** 194/21

**Government's Exhibit
523 [1]** 187/6

**Government's Exhibit
527 [2]** 68/18 142/13

**Government's Exhibit
528 [3]** 69/12 142/16
143/5

**Government's Exhibit
530 [4]** 69/2 141/2
142/25 186/13

**Government's Exhibit
531 [6]** 70/11 77/20
103/20 141/5 141/20
151/6

**grabbed [1]** 208/21
**grabbing [1]** 204/23
**graciously [1]** 207/18
**grade [2]** 194/18
197/14
**grand [6]** 88/21 89/5
90/9 91/10 92/10
122/11
**granted [4]** 7/14 53/15
113/2 205/10
**graphic [1]** 142/6
**gray [22]** 134/11
138/19 146/1 146/25
147/23 149/18 149/19
150/8 152/23 153/8
153/22 154/7 155/5
155/19 157/9 158/1
162/15 163/8 164/14
167/16 172/21 178/18
**great [9]** 145/9 146/16
148/21 150/20 162/7
169/15 186/17 193/17
220/21
**green [2]** 50/5 57/17
**ground [2]** 126/2
126/15
**grounds [29]** 13/4 14/7
24/5 25/22 26/15 33/14

59/11 59/15 59/16
59/16 59/19 61/18 61/9
75/18 79/6 80/24
125/25 132/24 136/9
136/10 137/3 137/10
137/12 138/3 219/8
**group [5]** 15/3 145/7
200/6 200/8 203/24
**guards [1]** 114/16
**guess [14]** 35/1 45/22
72/13 110/16 110/17
111/10 112/4 113/25
118/10 124/15 129/14
202/22 207/2 208/7
**guest [2]** 53/14 53/14
**guilty [3]** 8/15 17/23
219/6
**guys [1]** 195/1

**H**

**had [114]** 5/19 6/2 7/11
8/2 8/10 12/4 12/7 13/2
13/4 14/7 15/3 15/5
15/8 15/17 15/18 16/3
16/4 17/14 17/14 20/25
32/4 32/6 32/13 32/20
32/20 37/2 37/6 37/6
37/7 38/4 40/6 40/21
40/21 41/24 43/24
45/16 45/25 56/8 56/10
56/21 56/22 56/24
59/11 59/24 60/9 60/14
61/10 61/14 61/15 62/4
62/8 62/17 63/11 63/19
65/6 65/8 65/9 65/13
66/25 67/15 99/12
99/15 100/12 107/3
107/13 107/14 107/22
109/18 109/18 110/16
110/21 110/21 111/7
111/8 117/7 119/12
122/2 122/3 123/25
124/25 125/5 125/7
125/8 125/22 126/16
127/1 127/1 127/5
127/17 127/18 127/22
128/10 128/11 128/20
129/18 130/21 139/18
143/10 173/25 174/10
185/6 191/22 198/24
199/6 204/14 204/22
206/15 206/16 207/2
208/22 217/1 221/2
221/14 221/24
**hadn't [1]** 8/3
**haha [3]** 193/15 195/1
195/9
**Hahaha [4]** 189/6
191/10 191/20 193/12
**Hahahaha [1]** 194/8
**half [5]** 11/25 12/2 19/6
185/24 191/18
**halfway [1]** 34/4
**hall [11]** 30/11 96/25
97/4 97/15 97/25 99/1
117/3 113/10 113/17
113/18 118/10

169/15
**halt [2]** 13/7 33/6
**hand [61]** 10/14 16/11
17/19 18/10 46/21 54/5
54/7 75/6 79/17 87/13
91/17 93/21 93/21
100/1 101/12 101/12
127/10 127/12 128/17
128/23 131/4 133/23
145/7 148/13 149/13
153/4 153/18 154/3
157/2 158/14 159/20
160/23 161/19 164/11
165/14 165/25 166/20
167/10 173/24 174/12
174/16 174/17 174/18
175/12 176/23 177/25
179/14 180/17 181/4
181/5 181/6 181/7
181/13 181/14 182/10
182/12 182/13 182/22
206/10 213/5 215/24
**hand-held [1]** 101/12
**handful [2]** 5/15
101/19
**handheld [8]** 54/11
127/7 128/12 173/2
176/24 177/13 178/1
180/18
**hands [2]** 194/11
213/15
**Hang [2]** 47/12 87/10
**happen [1]** 29/20
**happened [9]** 40/23
110/1 110/24 118/24
118/25 121/17 126/19
194/16 205/21
**happening [9]** 10/24
24/23 27/5 29/13 31/16
33/1 41/13 99/9 219/20
**happens [1]** 152/15
**hard [1]** 157/19
**Harding [1]** 197/22
**harm [2]** 37/14 38/6
**Harris [1]** 2/7
**has [32]** 5/22 7/19 8/15
9/18 12/17 16/23 21/3
34/23 34/24 53/13
53/13 66/9 68/18 71/6
89/20 97/3 135/5
143/17 159/20 167/24
179/14 188/6 207/18
210/20 211/10 213/3
213/4 213/15 213/15
218/17 219/4 219/8
**hasn't [1]** 6/9
**hat [22]** 94/12 134/10
134/12 144/21 144/22
146/7 147/1 148/1
149/5 149/7 151/3
152/19 154/7 154/8
155/5 155/16 156/6
163/8 164/14 167/15
167/16 172/21
**hate [1]** 97/1
**have [123]** 5/14 5/17
7/14 8/3 8/23 9/8 9/8

10/16 12/13 12/15
12/17 15/20 19/5 19/7
20/8 20/10 20/13 21/24
24/13 25/19 27/15
27/17 27/18 27/23 31/2
31/3 37/17 37/23 38/6
42/16 43/8 44/3 45/3
49/3 49/9 54/2 54/4
54/5 56/23 61/19 66/23
67/2 69/24 79/11 84/8
89/11 89/14 91/25 98/5
99/5 99/7 101/19 106/1
107/21 107/24 109/2
110/20 112/11 112/13
112/15 113/1 113/19
114/10 114/11 114/17
116/5 116/5 122/4
124/16 126/3 127/13
128/24 129/21 129/22
130/3 130/7 131/24
132/4 132/23 133/7
133/9 135/12 135/15
138/25 139/18 139/20
139/21 139/25 140/13
163/18 163/25 185/9
190/7 190/8 191/2
193/13 195/9 197/11
201/9 202/20 203/9
203/25 206/14 207/11
207/14 208/12 209/11
209/12 209/21 210/8
211/6 213/14 213/14
213/23 218/1 218/7
219/13 221/7 221/8
**haven't [2]** 9/10 9/11
**having [3]** 12/8 33/2
128/13
**Hawa [15]** 11/23 18/9
18/13 18/17 18/25
19/10 19/11 21/5 22/14
25/11 26/2 27/3 34/3
46/14 46/15
**he [121]** 7/19 8/22 8/23
12/14 13/17 13/19
13/24 13/25 14/2 14/4
14/5 14/5 14/7 14/7
14/9 14/15 14/22 14/22
15/1 15/1 15/2 15/2
15/5 15/7 15/9 15/10
15/15 15/16 15/20
15/25 16/3 16/16 16/17
16/24 16/25 17/1 17/4
17/5 17/6 20/21 20/23
29/17 30/19 30/20
30/21 30/23 32/3 36/15
38/7 72/13 76/6 76/22
88/18 89/12 89/13
91/18 93/20 98/14
137/12 137/14 143/16
143/17 151/14 152/10
152/14 152/22 156/7
163/6 163/6 173/2
177/14 177/25 178/15
178/17 179/14 181/5
181/13 183/6 188/19
199/9 199/11 199/12
199/18 199/22 200/1

10/16 12/13 12/15
12/17 15/20 19/5 19/7
203/17 203/20 206/9
206/16 208/17 208/24
214/21 214/23 214/24
214/25 215/15 215/16
215/18 215/20 215/23
216/22 216/23 216/24
217/2 217/3 219/9
219/11 219/12 219/13
219/13 219/16 219/19
219/21 219/23 219/23
220/1 220/11 221/17
**he wasn't [1]** 203/17
**he'll [2]** 7/16 11/24
**he's [39]** 6/17 12/10
17/8 88/19 88/21 91/17
91/20 135/1 135/2
135/3 135/4 150/8
150/10 152/19 152/23
153/22 156/5 156/8
157/9 159/23 159/24
162/15 178/1 178/16
178/18 180/18 181/8
181/14 195/22 205/3
207/6 212/23 214/17
214/21 220/19 220/20
221/5 221/11 221/12
**head [5]** 21/12 21/20
110/15 148/24 161/2
**heads [1]** 21/25
**headset [1]** 6/17
**hear [27]** 6/22 7/1 7/5
7/8 31/15 31/24 33/25
39/9 40/23 42/1 42/5
42/9 43/12 44/5 44/6
44/10 44/14 44/19 45/5
45/14 64/2 69/23 77/24
127/21 128/7 193/18
216/14
**heard [20]** 32/20 40/12
41/1 43/2 43/11 43/22
44/1 44/16 45/3 60/1
60/2 60/8 118/22
189/14 190/16 190/21
191/23 194/4 195/23
196/9
**hearing [16]** 6/16 7/19
31/7 31/9 31/13 32/2
33/17 39/15 39/16
42/24 43/6 43/9 44/15
44/16 45/21 60/13
**hearsay [8]** 24/17
31/18 32/11 60/10
188/5 196/23 196/24
197/2
**heightened [1]** 60/19
**held [4]** 25/14 27/10
101/12 211/1
**hell [2]** 14/10 195/3
**helmets [1]** 70/25
**help [3]** 43/16 96/5
221/15
**helped [3]** 124/12
133/14 191/17
**helpful [3]** 9/21 71/15
89/17
**her [4]** 32/13 32/14
32/14 36/5

**H**
here [72] 5/12 10/19 15/16 17/3 17/10 17/19 21/6 21/19 26/2 26/5 47/2 47/4 47/10 49/25 50/4 50/12 50/15 51/11 51/16 52/6 57/13 58/12 67/9 67/24 68/7 68/22 72/2 72/8 72/21 73/8 73/14 75/10 76/12 76/14 77/6 79/16 79/17 81/12 81/16 82/1 82/12 83/16 84/17 85/19 86/20 87/9 87/15 90/3 90/18 93/1 93/5 94/3 94/21 96/14 96/16 97/4 97/22 98/19 100/20 101/6 102/18 105/23 106/13 119/23 122/21 144/12 145/12 175/15 198/13 211/14 214/11 222/7
here's [1] 214/22
hide [1] 217/16
higher [1] 39/21
highest [1] 19/14
him [47] 7/20 12/12 14/13 17/4 17/7 17/24 28/15 29/17 31/2 32/1 33/13 33/16 33/19 39/7 39/8 41/9 43/6 88/17 91/20 93/19 145/14 149/17 152/20 156/7 162/13 162/14 163/6 165/14 166/10 166/11 168/7 168/17 170/10 198/16 199/21 199/23 200/3 203/2 203/2 206/18 213/9 213/25 215/20 219/6 221/6 221/8 222/7
himself [1] 14/1
hindered [2] 125/15 125/15
his [48] 8/22 12/15 14/16 15/10 16/6 16/10 17/11 20/25 30/22 33/13 34/16 36/17 43/9 151/3 159/20 161/2 176/23 177/25 179/14 180/16 181/4 181/5 181/6 181/13 181/14 181/14 181/15 181/16 182/10 182/11 182/12 183/4 188/14 188/16 188/19 206/2 206/10 206/17 206/21 210/5 210/8 210/11 213/5 214/17 214/18 215/24 219/21 220/12
hold [5] 43/17 43/23 43/24 151/11 154/24
holding [32] 68/9 78/24 145/23 146/24 147/18 150/10 156/7 156/8 157/4 157/9 159/24 169/21 172/22 175/15 176/23 176/24

178/15 178/16 180/16 180/18 181/4 181/5 182/10 198/16 203/2 203/17 203/20 206/10 210/5
holing [1] 181/8
home [1] 194/4
Honor [101] 5/2 5/14 6/5 6/12 6/16 7/18 8/8 8/18 8/24 9/23 11/16 12/4 12/24 12/25 13/10 13/21 14/11 15/22 16/19 17/8 17/22 18/1 18/4 18/8 22/6 24/17 25/24 26/17 26/24 27/1 32/17 34/23 35/9 35/17 35/18 38/10 38/17 38/18 38/21 46/11 46/13 46/17 47/1 47/6 47/24 48/10 51/4 51/21 52/11 58/3 64/13 67/11 69/15 71/9 72/12 75/17 75/20 76/19 77/1 77/8 79/5 80/7 80/10 80/23 81/2 85/16 89/14 89/25 90/1 106/1 106/3 106/7 119/21 130/9 130/12 131/1 133/21 135/25 138/23 140/8 154/19 162/16 164/21 167/24 173/16 184/7 188/4 188/14 195/24 195/25 196/22 197/4 197/24 198/2 218/6 218/11 218/14 218/21 220/18 220/25 222/9
Honor's [1] 184/8
HONORABLE [3] 1/10 77/12 184/3
Hoover [4] 174/3 174/6 174/8 174/15
hope [2] 130/21 193/17
horrifying [1] 193/9
HOS [1] 21/11
hoss [1] 7/19
hour [5] 11/25 12/2 13/5 130/22 144/4
hours [13] 11/25 12/2 13/8 14/7 36/24 52/18 63/16 111/12 187/20 187/21 187/21 187/22 190/7
House [77] 16/7 16/12 22/16 23/24 24/1 29/6 29/10 29/25 30/4 30/4 30/9 30/17 31/11 33/1 33/8 37/17 37/24 41/11 43/4 49/2 49/15 50/13 50/14 54/17 54/20 55/6 56/2 60/8 60/15 62/3 62/8 63/2 63/20 64/19 96/8 96/14 97/4 97/25 97/25 98/12 98/21 98/22 99/3 99/3 99/4 99/8 99/9 99/15 99/24 99/25 100/1 100/11 100/16 100/23 101/24

103/12 104/2 104/4 104/9 104/15 104/23 104/24 105/21 105/23 111/20 113/24 113/25 114/2 114/2 118/14 119/8 119/9 119/19 122/14
housekeeping [1] 5/15
houses [1] 17/14
how [57] 8/22 14/15 19/5 19/7 24/7 26/10 30/7 36/22 40/23 42/2 42/10 43/12 43/13 44/1 44/1 44/3 44/7 44/11 44/11 44/19 49/3 49/9 50/12 50/15 56/14 57/25 60/18 62/19 63/2 63/14 65/23 68/2 86/1 88/17 109/22 112/22 114/13 117/10 120/7 121/5 121/8 121/20 122/5 123/25 125/4 130/6 131/24 132/4 132/8 141/13 143/17 187/18 192/9 192/11 194/10 206/25 215/8
how's [1] 6/25
however [2] 12/13 215/23
huge [1] 122/21
hundreds [1] 117/20
hunting [1] 197/17
Hutton [2] 1/16 5/5

**I**
I also [1] 87/6
I am [6] 10/19 19/19 50/20 65/22 82/13 211/24
I apologize [3] 61/7 104/4 150/18
I assume [3] 9/2 190/13 198/8
I believe [12] 8/10 23/5 33/24 69/5 84/8 90/20 104/6 106/1 113/16 116/1 133/20 187/22
I can [10] 7/16 11/7 11/9 70/25 71/7 71/14 73/7 89/15 183/9 221/7
I can't [4] 7/19 32/25 41/12 43/21
I couldn't [4] 6/23 33/25 117/17 117/19
I did [12] 39/12 42/7 44/13 45/5 47/24 56/7 107/11 107/19 111/16 116/21 184/8 206/18
I didn't see [1] 110/12
I don't [8] 10/17 30/19 42/18 64/13 76/3 191/17 199/20 213/6
I don't have [3] 42/16 43/8 44/3
I don't recall [2] 45/21 110/15
I guess [11] 35/1 45/22

113/25 118/10 124/15 129/14 202/22 208/7
I have [7] 8/23 61/19 69/24 106/1 140/13 193/13 197/11
I hope [1] 130/21
I just [10] 21/20 43/15 61/20 91/2 94/16 101/19 120/22 137/25 140/1 199/20
I know [13] 30/20 41/20 94/16 118/22 127/18 136/3 157/18 186/23 188/13 195/16 201/3 203/8 221/4
I mean [9] 10/11 35/11 45/12 89/19 112/8 123/17 205/24 221/5 221/7
I recall [1] 199/21
I see [1] 109/24
I should [4] 129/5 209/18 209/21 215/5
I think [36] 5/14 7/24 8/21 9/1 9/5 10/18 11/24 21/2 22/17 41/24 46/4 47/25 48/1 71/4 82/7 89/15 117/23 118/13 139/1 140/6 161/13 165/20 188/9 188/18 192/3 197/3 197/7 210/17 213/1 215/7 216/4 217/9 218/9 219/2 220/4 220/9
I understand [2] 108/7 129/20
I want [8] 7/7 15/23 24/3 30/1 106/16 145/22 201/8 212/20
I was [31] 20/2 20/4 32/2 42/19 43/6 43/8 54/20 56/9 56/15 60/8 61/20 69/23 100/14 106/20 107/19 110/4 110/7 123/10 132/7 133/11 133/13 189/13 190/15 190/20 192/11 192/20 194/4 194/14 196/8 210/17 214/14
I will [9] 16/1 191/7 193/24 194/23 195/13 196/15 197/3 215/10 216/2
I work [1] 18/25
I worked [2] 54/17 132/21
I wouldn't [5] 45/3 194/3 214/25 216/10 217/12
I'd [19] 16/20 25/24 27/25 33/21 49/21 51/10 58/24 59/6 67/19 87/4 95/18 97/18 100/19 146/11 187/24 199/2 199/2 207/2 211/15

32/13 47/9 47/10 48/2 64/15 66/12 76/3 77/25 79/6 85/16 87/21 87/24 89/23 92/20 96/4 96/5 97/21 137/4 137/24 139/23 152/14 158/10 183/9 183/22 183/23 188/2 188/21 192/7 193/2 196/2 197/5 198/15 200/19 212/15 215/3 215/11 216/1 218/7 219/2 220/7 220/15 222/6
I'll look [1] 152/14
I'm [128] 7/18 7/21 11/10 15/22 19/4 33/25 39/22 42/4 45/4 46/19 47/6 47/16 47/18 48/23 49/2 63/6 66/1 66/7 69/13 71/7 71/17 75/17 77/23 77/23 87/11 87/21 88/24 89/10 90/20 94/15 102/7 108/7 108/24 110/17 110/18 111/10 113/25 114/7 117/13 117/18 123/9 126/7 127/3 127/8 127/9 128/8 129/4 129/11 130/3 132/17 134/1 134/17 135/25 136/4 137/1 139/3 143/10 144/6 145/6 146/19 149/3 150/23 151/13 152/6 153/4 155/1 155/12 156/3 157/1 157/2 159/2 159/11 160/8 161/10 161/14 161/18 162/25 165/13 165/24 166/7 166/19 167/6 167/25 168/6 168/16 168/24 169/17 169/25 171/8 171/25 172/17 174/23 175/5 176/3 176/21 176/22 178/14 178/25 180/1 181/18 184/23 187/7 188/4 188/7 189/9 190/8 190/18 191/12 195/4 196/22 197/7 197/16 200/17 200/22 201/2 206/7 207/21 210/3 210/19 211/10 211/12 212/10 212/10 213/6 214/7 221/2
I'm going [27] 87/11 114/7 134/1 134/17 145/6 150/23 151/13 152/6 153/4 155/1 156/3 157/2 159/2 159/11 161/10 162/25 165/13 165/24 166/7 166/19 167/6 168/16 169/25 171/8 175/5 178/25 181/18
I'm gonna [1] 189/9

**I**

**I'm just [3]** 7/18 47/6 212/10
**I'm not [10]** 11/10 77/23 90/20 117/18 123/9 136/4 167/25 202/8 212/10 213/6
**I'm not sure [1]** 108/7
**I'm sorry [25]** 45/4 46/19 47/18 63/6 69/13 77/23 87/21 88/24 102/7 110/18 111/10 126/7 127/8 128/8 129/4 137/1 149/3 168/24 171/25 176/22 180/1 187/7 190/18 191/12 197/7
**I'm sure [2]** 94/15 206/7
**I've [17]** 5/17 6/16 8/6 10/18 11/8 49/4 49/11 106/15 108/24 109/6 109/6 109/7 180/5 181/2 205/17 208/20 220/22
**iCloud [1]** 136/23
**ID [1]** 135/9
**identified [1]** 135/6
**identify [10]** 36/4 70/23 71/15 73/6 82/5 82/11 87/7 93/19 96/2 96/5
**ignore [1]** 64/16
**image [7]** 82/16 142/1 142/21 143/2 157/22 173/19 187/7
**immediate [2]** 40/5 40/6
**immediately [5]** 33/12 98/6 145/7 147/24 189/15
**impede [1]** 219/24
**impending [1]** 68/4
**importance [1]** 122/24
**important [5]** 10/9 27/4 54/7 123/1 123/8
**impossible [1]** 122/10
**inaugural [2]** 68/4 116/12
**inauguration [7]** 15/6 24/24 32/6 32/7 73/4 75/1 125/4
**inches [1]** 72/14
**incident [1]** 39/20
**incidents [1]** 108/5
**include [3]** 64/7 120/24 135/18
**included [1]** 16/1
**including [1]** 138/4
**increase [1]** 202/17
**INDEX [2]** 3/2 3/9
**indicate [10]** 10/19 22/20 23/1 23/9 50/8 50/9 72/4 105/21 201/2 212/2
**indicated [13]** 5/23 6/3 105/17 108/14 110/20 115/23 119/20 137/12 137/21 207/6 208/20

**indicates [3]** 23/18 50/5 188/8
**indicating [6]** 23/4 42/2 72/13 88/25 116/19 164/12
**indication [7]** 44/11 44/23 80/24 89/4 89/11 206/15 212/7
**indicia [1]** 219/12
**individual [52]** 128/14 134/2 134/6 144/21 144/22 145/24 146/24 146/25 148/1 149/7 149/14 150/23 151/1 151/13 151/15 152/6 152/9 152/18 152/20 153/5 153/19 155/4 155/16 155/18 156/7 157/6 157/8 158/1 159/3 159/12 160/22 160/23 161/18 161/20 161/23 162/10 163/8 164/13 165/13 166/8 166/20 167/15 167/16 168/6 168/16 176/21 177/21 178/14 180/5 184/23 199/22 213/7
**individuals [41]** 25/17 27/12 32/5 32/9 33/18 37/6 37/10 37/13 38/3 38/7 40/21 43/18 43/18 58/18 66/16 75/4 114/18 132/23 133/23 134/17 144/15 146/21 154/4 155/1 155/12 156/3 156/13 156/18 157/3 157/25 160/8 162/25 167/9 169/2 170/20 170/21 172/5 172/17 175/5 198/24 201/23
**indulgence [10]** 7/21 7/25 38/10 47/6 76/25 105/25 126/22 195/22 195/24 207/15
**inferences [1]** 219/10
**inflamed [1]** 11/11
**inflammatory [1]** 11/12
**information [8]** 8/15 33/4 33/17 40/7 42/20 106/23 107/3 110/4
**informed [1]** 110/21
**infrastructure [1]** 19/15
**initial [9]** 13/17 40/13 40/14 41/5 41/18 44/5 44/13 46/6 125/24
**initially [1]** 43/2
**insane [1]** 195/18
**inside [23]** 15/21 15/25 31/2 53/9 53/11 60/25 73/16 73/17 106/24 107/1 108/24 109/3 109/25 111/16 115/14 117/23 123/18 137/2 137/19 137/22 142/11 205/10 206/12

**inspection [1]** 219/18
**inspector [5]** 11/22 19/4 19/17 94/13 94/22
**Instagram [19]** 14/9 14/19 15/10 136/22 139/4 139/8 139/9 139/13 139/14 142/8 143/10 143/11 143/13 143/20 185/7 186/12 186/21 187/2 188/14
**installing [1]** 66/3
**instance [6]** 107/8 110/10 112/8 112/9 124/12 128/23
**instead [3]** 15/2 62/16 87/13
**instructions [2]** 42/9 42/12
**intelligence [3]** 40/8 55/25 56/16
**intend [2]** 6/3 220/13
**intended [2]** 17/20 220/13
**intends [1]** 8/22
**intense [1]** 63/9
**intent [3]** 15/11 219/24 220/12
**intention [2]** 9/13 17/16
**interacted [1]** 133/7
**interactions [2]** 204/21
**interior [5]** 50/18 74/23 84/19 102/17 104/9
**Internal [1]** 19/20
**international [1]** 132/19
**Internet [2]** 135/19 135/22
**interpreted [1]** 219/19
**interrupted [1]** 209/21
**interrupting [1]** 12/18
**interview [1]** 114/8
**introduce [4]** 18/22 35/2 48/20 131/15
**introducing [2]** 140/10 140/14
**inventories [1]** 129/2
**inventory [3]** 127/22 128/15 174/15
**investigation [9]** 131/19 131/22 133/2 133/5 135/12 137/9 137/18 137/21 205/21
**investigations [4]** 19/21 19/21 132/18 132/22
**investigator [1]** 133/11
**involuntarily [1]** 45/22
**involve [2]** 10/25 132/22
**involved [5]** 27/8 27/12 44/7 133/1 133/4
**involvement [2]** 106/22 204/8
**involving [2]** 27/21 132/18
**is [425]**
**is that correct [19]**

88/7 92/11 95/12 106/25 107/23 116/10 123/13 123/23 124/13 124/17 125/17 202/2 205/22 208/8 213/4
**is there [5]** 11/13 25/11 53/17 121/18 193/16
**isn't [1]** 217/9
**issue [2]** 48/1 197/1
**it [306]**
**It could [1]** 27/21
**it happened [2]** 110/24 121/17
**it would be [10]** 53/7 71/15 105/17 110/16 116/9 121/22 122/20 187/22 198/23 200/12
**it's [87]** 5/10 7/2 10/14 10/15 10/17 10/22 11/2 11/6 18/13 21/22 23/6 23/15 23/22 24/18 26/9 27/22 30/10 30/15 31/15 31/19 31/20 32/12 33/15 35/11 60/3 60/5 63/7 67/12 75/19 76/3 76/21 76/23 77/5 77/6 80/25 85/8 86/4 86/6 86/7 86/7 88/16 89/18 90/19 93/25 97/4 97/4 98/14 99/25 101/3 102/15 102/20 104/23 115/14 122/5 122/10 123/16 123/22 123/23 128/14 128/18 129/10 129/10 129/16 129/17 130/15 139/1 140/14 142/8 145/24 148/1 166/4 182/19 183/20 183/21 186/6 187/7 187/20 188/5 189/7 189/8 189/21 197/22 197/23 198/13 215/7 218/16 219/16
**item [8]** 128/20 129/24 130/3 169/17 171/8 178/25 206/18 206/20
**items [12]** 108/2 113/1 126/25 128/7 129/7 129/7 129/7 129/8 129/18 129/18 174/9 174/10
**itinerary [2]** 23/6 23/14
**its [4]** 10/8 18/7 219/4 219/25
**itself [12]** 49/14 50/6 54/14 54/17 59/15 59/21 61/14 61/15 85/9 98/13 113/10 120/12

**J**

**jacket [28]** 134/11 138/19 145/12 146/25 147/23 149/19 150/9 151/2 151/16 152/23 153/8 153/22 154/7 155/5 155/19 157/9 158/2 162/15 163/9

88/12 167/16 172/22 178/18 181/15 181/16 181/19 183/5 207/10
**jail [3]** 188/9 188/17 189/12
**James [1]** 174/3
**January [47]** 10/24 11/9 13/1 14/4 14/7 19/22 21/9 24/5 26/7 27/25 51/2 53/2 54/14 54/16 55/1 57/2 58/1 59/13 59/15 59/23 83/8 99/6 108/6 108/6 108/20 109/5 132/24 136/13 137/10 137/20 137/22 138/6 138/7 138/13 138/14 139/15 173/25 174/8 174/16 186/11 187/19 188/19 190/6 190/25 191/3 219/17 219/20
**January 6th [39]** 10/24 11/9 13/1 14/4 14/7 19/22 24/5 26/7 27/25 51/2 53/2 54/14 54/16 55/1 57/2 58/1 59/13 59/15 83/8 99/6 108/6 108/20 109/5 132/24 136/13 137/10 137/20 138/6 138/7 138/13 138/14 139/15 173/25 187/19 190/6 191/3 219/17 219/20
**jashackley [1]** 192/7
**jeans [2]** 138/19 138/22
**Jenkins [1]** 90/2
**Jennings [140]** 70/20 105/8 133/18 134/15 136/1 141/1 141/21 142/12 142/17 142/24 143/23 144/24 145/3 146/10 146/15 147/7 147/10 148/3 148/7 148/18 149/8 149/20 149/24 150/12 150/17 151/5 151/10 151/20 152/24 153/9 153/12 153/23 154/9 154/17 154/23 155/7 155/20 155/23 156/9 156/21 157/10 157/14 158/6 158/9 158/13 159/8 159/17 160/1 160/15 161/7 161/10 161/25 162/18 162/20 163/10 163/13 163/16 163/21 164/4 164/16 164/20 165/3 165/5 165/18 166/3 166/13 166/24 167/3 167/18 167/22 168/4 168/12 168/19 168/22 169/7 169/10 169/14 169/23 170/3 170/6 170/15 171/3 171/11 171/18 172/1 172/10 172/12 172/23 173/4 173/14 173/21

**J**

Jennings... [49] 174/21 175/11 175/17 175/23 176/9 176/17 177/1 177/3 177/15 177/18 178/3 178/6 178/9 178/19 178/22 179/6 179/9 179/17 179/19 180/10 180/20 181/9 181/21 181/25 182/15 182/18 182/25 183/11 183/17 184/17 184/20 185/2 185/21 186/5 186/14 187/5 187/9 189/23 190/1 191/4 191/15 192/5 192/13 192/23 193/16 193/21 195/11 195/21 196/13
jeopardy [1] 121/12
job [1] 129/9
John [3] 1/21 1/21 5/7
johnlmachado [1] 1/24
joined [2] 15/2 212/24
joint [2] 12/25 132/17
Joseph [1] 1/16
joseph.hutton.marshal l [1] 1/19
JUDGE [1] 1/10
judgment [1] 218/22
jump [3] 19/22 79/21 86/14
June [1] 135/14
jury [2] 8/3 87/12
just [136] 5/15 5/18 6/25 7/16 7/18 8/3 8/8 8/11 9/13 9/23 10/11 10/20 10/22 11/18 13/5 16/4 17/25 20/10 21/20 25/9 27/17 27/23 29/4 30/12 30/12 30/15 34/12 35/10 35/10 35/13 35/16 38/9 38/12 39/6 39/14 41/6 42/4 43/15 44/15 47/6 48/2 61/20 61/24 63/16 64/6 64/9 69/13 69/16 70/21 71/11 71/19 78/15 79/3 79/5 81/2 88/10 90/17 91/2 91/11 92/7 92/17 94/16 99/20 100/7 100/8 101/19 102/7 104/6 105/25 107/3 112/8 114/11 114/14 119/3 120/6 120/22 122/5 122/10 125/3 128/7 128/15 137/25 140/1 140/13 141/10 141/21 143/4 143/8 146/14 148/18 150/15 151/11 151/18 154/24 161/13 162/6 164/5 164/7 165/18 169/2 173/1 173/8 177/12 183/5 183/14 186/14 197/12 197/13 199/20 200/7 200/22 202/9 204/20 205/13 205/18

**K**

Karen [2] 28/15 36/2
Kearney [5] 1/13 5/5 130/25 183/19 217/24
keep [26] 42/2 43/17 57/22 67/10 67/14 68/16 75/11 76/15 80/5 88/10 88/24 98/9 98/11 116/2 122/11 122/23 122/23 123/11 123/19 124/2 168/12 169/13 170/15 171/5 182/6 214/2
keeping [2] 123/16 183/12
Kelsey [1] 195/17
kelseyrist [1] 195/13
kept [1] 72/8
kicked [3] 13/19 15/20 115/2
kind [19] 9/14 27/13 44/24 61/21 118/3 119/12 145/19 182/23 200/25 201/9 201/12 202/23 202/23 203/20 205/13 212/22 215/10 216/3 217/2
kinds [1] 64/9
knew [10] 17/1 38/4 43/15 44/13 110/12 110/12 110/20 111/5 111/6 124/7
knocked [3] 109/19 109/24 111/15
know [74] 6/4 6/10 7/6 7/16 8/18 10/15 30/19 30/20 32/3 32/24 38/2 40/12 41/9 41/18 41/20 43/16 44/17 45/7 46/2 46/4 64/6 66/6 71/6 94/16 107/14 109/3 109/22 110/1 110/18 110/25 111/1 115/19 115/24 116/13 118/22 118/24 118/25 126/1 126/19 126/25 127/16 127/18 135/22 136/3 146/8 157/18 171/25 174/15 186/23 188/5 188/13 189/20 195/7 195/16 197/12 197/20 199/2 199/2 201/2 201/3 203/8 207/1 207/9 207/12 208/9 214/25 216/21 216/23 217/11 217/12 218/24 221/4 221/5 221/6
knowing [2] 17/20 60/3
knowingly [2] 219/11 219/24

knowledge [4] 94/10 108/5 108/17 109/10 109/23 111/4 120/11 125/2 206/24 209/6
known [1] 219/13
knows [3] 10/22 13/10 26/11

**L**

L-shaped [1] 96/16
label [1] 97/3
lack [4] 26/8 45/16 200/13 204/22
landing [5] 34/3 83/16 88/21 91/9 91/24
Lanelle [4] 11/23 18/9 18/17 18/25
large [6] 17/4 25/14 27/5 27/11 200/6 200/8
larger [2] 44/20 124/25
last [16] 8/2 8/11 12/1 47/19 80/19 89/8 103/24 104/2 176/1 176/9 188/8 189/25 190/20 205/14 216/3 222/4
later [5] 13/15 45/11 128/20 187/21 187/22
Laugh [1] 194/17
law [12] 1/21 12/5 37/8 38/14 41/15 41/18 42/21 43/13 45/25 57/2 76/20 98/3
lawfully [1] 59/14
lawyer [2] 7/6 7/14
laying [1] 126/15
layout [1] 50/19
lead [5] 73/19 73/20 91/20 92/3 133/11
leaders [1] 19/14
leadership [3] 25/18 27/8 33/8
leading [11] 25/7 32/23 37/19 44/24 53/2 80/17 82/25 85/6 99/25 118/13 210/4
leads [1] 96/11
learned [3] 59/24 60/6 61/9
least [12] 11/7 12/9 77/6 109/23 118/6 124/5 124/20 198/15 214/23 215/13 215/18 219/18
leave [10] 36/18 45/24 45/24 56/21 56/22 56/22 204/4 205/8 205/10 205/11
leaving [4] 45/15 119/12 204/20 205/7
led [1] 14/13
left [36] 13/12 14/7 34/17 68/3 72/23 87/13 91/17 91/24 93/24 95/14 98/1 102/19 103/16 127/5 133/23 146/3 148/13 149/13

knowledge [20] 161/19 164/11 166/20 176/23 181/6 181/7 181/19 182/12 182/13 182/22 205/25 206/2 206/10 210/8 217/1
left-hand [10] 91/17 133/23 148/13 149/13 153/18 160/23 161/19 164/11 166/20 182/22
legal [3] 10/5 139/7 141/17
length [1] 52/14 207/6
less [2] 39/23 173/25
let [23] 6/4 6/10 6/25 7/6 7/16 24/8 32/3 42/3 42/4 61/7 65/1 115/12 120/8 140/13 197/12 199/16 205/13 205/17 207/14 211/13 211/14 211/24 214/15
let's [29] 12/22 73/10 77/4 77/7 88/10 108/19 112/13 140/24 141/19 147/10 147/19 149/24 151/21 171/25 178/12 179/25 180/1 180/2 182/14 182/25 183/21 194/21 195/6 197/10 197/13 199/25 201/20 205/14 220/23
lethal [3] 42/3 42/3 42/15
letting [1] 118/17
level [1] 113/14
liaised [2] 57/4 57/6
liaison [4] 20/2 20/4 20/5 67/2
liaisoning [1] 20/12
liberty [1] 121/11
lieutenant [53] 11/24 46/18 46/24 47/4 48/19 48/23 49/2 49/24 50/25 51/14 52/5 52/17 57/12 61/7 64/19 67/23 68/21 69/5 69/20 70/4 71/14 72/10 72/20 76/11 76/19 77/15 78/6 79/10 80/14 81/11 81/25 82/11 82/22 83/25 84/16 85/23 86/19 87/6 88/2 88/13 90/6 91/8 92/16 93/13 95/11 95/24 99/23 101/20 102/13 103/9 104/21 106/18 130/13
life [5] 121/11 121/24 123/3 123/3 123/8
light [5] 219/3 219/10 220/6 220/10 220/12
like [67] 6/23 14/14 16/20 21/3 25/24 27/25 29/24 30/12 31/16 33/21 43/5 47/3 49/21 50/4 50/21 51/10 57/8 58/24 59/6 66/8 67/19 68/17 69/1 71/23 74/6 74/15 78/13 79/21 82/8

**L**
84/5 95/18 96/20 97/18 99/19 100/19 101/16 103/19 107/21 111/18 112/4 115/18 116/2 130/2 142/8 142/11 144/13 146/11 150/10 152/10 153/8 159/20 159/23 159/24 182/23 187/24 201/5 204/24 206/11 207/2 207/10 211/15 212/11 216/24 221/10 222/4 222/5
Liked [5] 191/24 192/21 193/20 194/19 197/15
likely [1] 75/24
limine [5] 5/18 5/21 6/1 6/7 7/11
limitations [1] 7/12
line [25] 7/10 14/24 15/3 15/13 17/11 49/25 59/9 60/9 66/16 72/4 72/7 89/19 93/21 94/2 118/11 118/16 145/8 170/20 201/5 201/6 202/21 203/25 204/14 204/16 214/4
lined [1] 118/3
lines [4] 15/8 124/7 200/14 214/1
list [6] 5/17 8/21 22/23 47/7 84/9 136/20
listed [1] 140/1
listen [1] 110/5
lists [4] 8/7 9/10 53/15 218/2
little [24] 10/18 11/1 11/1 29/24 30/21 31/12 33/2 39/23 40/22 45/7 54/12 54/25 63/16 77/5 96/14 107/22 130/15 143/8 150/16 162/6 195/23 201/12 215/3 217/6
live [1] 222/2
load [1] 47/7
lobby [1] 92/4
local [1] 37/8
locals [1] 42/17
located [7] 50/11 50/14 88/20 94/5 105/23 122/15 132/2
location [35] 23/15 33/13 33/15 33/20 34/9 36/9 36/11 36/11 36/15 36/20 36/23 37/1 53/16 64/3 64/24 66/13 67/24 69/22 70/5 70/15 72/20 73/18 78/6 81/12 84/16 85/2 86/12 87/7 90/18 102/13 108/4 110/8 114/10 114/24 122/14
locations [6] 6/2 69/6 114/11 127/2 219/15 219/16
lock [3] 62/5 62/23 122/13

**L**

lockdown [8] 17/15
36/19 61/3 62/21 63/18
120/15 120/17 122/17
locked [10] 60/22 62/8
62/17 63/17 63/17 86/9
86/10 99/11 99/12
122/17
Lol [3] 193/5 196/19
197/12
Lolol [1] 192/16
long [14] 19/5 19/7
36/22 37/1 49/3 49/9
63/14 96/11 125/5
131/24 132/4 132/8
138/21 207/3
long-sleeved [1]
138/21
look [4] 89/19 150/10
152/14 159/23
looked [5] 9/10 107/5
126/10 197/16 216/24
looking [20] 21/5
21/19 52/6 57/15 58/12
59/9 68/25 69/9 70/9
97/24 97/24 102/16
102/17 103/12 109/3
189/21 198/9
looks [10] 87/17
117/20 142/8 142/11
144/13 152/10 153/8
159/20 159/24 182/23
lord [1] 194/15
loss [1] 127/24
lost [1] 174/9
lot [11] 56/21 56/23
63/10 65/6 127/19
128/1 198/13 200/2
208/24 210/17 216/13
lots [1] 11/8
loud [1] 194/12
love [3] 191/11 191/21
194/8
lower [15] 50/16 67/25
69/10 70/8 70/19 72/13
72/14 73/20 75/2 78/10
78/12 83/1 113/14
116/6 202/17
Lower West Terrace
[2] 67/25 69/10
Loyd [2] 94/13 94/22
LT [1] 48/15
lunch [4] 130/16
130/22 193/13 197/10

**M**

ma'am [3] 143/12
164/9 164/13
Machado [14] 1/21
1/21 5/7 9/17 10/12
18/3 38/19 47/22 106/6
130/6 197/2 198/1
218/19 220/16
Machado's [2] 8/21 9/2
machine [1] 113/21
made [10] 10/12 12/7
15/10 32/6 33/6 33/9
140/10
magnetic [3] 178/1
179/15 180/19
magnetometer [11]
54/3 101/12 113/21
114/4 119/5 127/4
177/13 205/9 206/25
208/3 209/13
magnetometers [6]
126/24 127/1 127/7
127/9 173/2 176/25
main [6] 24/16 32/10
37/4 37/7 41/10 43/18
93/4 94/4 94/8 97/25
98/12 98/21 98/21 99/3
100/1 100/7
maintain [3] 43/16
65/19 79/6
maintaining [1] 174/20
majority [1] 198/15
make [26] 7/7 7/18
8/11 10/11 10/12 10/16
10/16 10/19 11/6 16/25
37/11 48/2 71/19
120/22 121/19 128/11
128/20 129/25 130/2
140/9 140/13 193/19
214/15 218/2 218/19
218/21
makes [1] 143/19
making [6] 25/19 69/16
199/12 204/9 205/8
218/24
Mall [1] 67/1
Management [1] 174/3
mane707 [1] 196/16
manned [1] 86/7
manpower [2] 55/18
56/24
manufacturer [1]
130/1
many [5] 44/7 109/18
174/9 198/20 201/10
map [9] 51/17 52/7
82/6 82/12 94/1 96/2
105/15 105/22 217/8
maps [1] 217/5
march [2] 56/2 139/11
mark [16] 23/13 50/4
73/24 75/14 77/3 78/15
79/2 79/3 79/22 80/20
88/11 89/8 91/14
101/17 104/7 105/15
marked [6] 21/3 35/2
210/20 211/10 212/20
214/7
marking [3] 92/19 97/1
98/23
marshal [5] 221/6
221/7 221/8 221/18
222/6
Marshall [2] 1/16 5/5
Marshals [2] 221/24
221/25
mask [4] 34/4 199/6
199/15 214/17
mass [1] 13/21
materials [2] 114/11
136/22
math [2] 190/8 190/14
matter [2] 218/7 223/4
Matthew [5] 14/16
133/5 133/12 134/7
138/6
may [16] 1/5 5/17 9/8
12/8 46/15 71/9 72/1
76/6 84/8 109/2 130/14
135/5 140/8 203/24
204/23 223/7
maybe [11] 11/23
87/12 144/14 146/8
146/14 202/13 207/2
207/4 212/22 221/7
221/21
McCree [47] 11/24
46/18 46/20 48/15
48/19 48/23 49/24
50/25 51/14 52/5 52/17
57/12 61/7 64/19 67/23
68/21 69/5 69/20 70/4
71/14 72/10 72/20
76/11 76/19 78/6 79/10
80/14 81/1 81/25
82/11 82/22 83/25
84/16 85/23 86/19 87/6
88/13 90/6 91/8 92/16
93/13 95/11 95/24
99/23 102/13 103/9
104/21
McCree's [1] 47/4
me [46] 5/18 6/4 6/10
6/25 7/1 17/5 24/8
31/21 32/3 34/8 42/3
42/4 61/7 65/1 69/24
88/18 104/3 108/22
112/11 113/23 115/12
120/8 129/25 140/13
184/8 189/10 193/5
193/13 197/12 199/1
199/16 202/12 204/10
205/13 205/17 207/14
207/18 210/17 211/13
211/15 211/24 212/1
213/18 214/15 215/3
221/15
mean [17] 10/11 35/11
40/19 41/21 45/12
60/20 86/9 89/19 112/8
120/18 123/17 127/9
137/14 205/24 207/9
221/5 221/7
meaning [3] 33/2 40/20
62/23
means [2] 61/5 121/1
meant [2] 62/17 111/10
measures [2] 55/15
55/24 56/4 61/6 67/15
mechanical [1] 2/7
media [1] 86/24
medical [1] 27/21
meet [3] 28/7 28/11
29/3
meeting [1] 112/16
meetings [2] 112/12
MEHTA [3] 1/10 77/13
184/4
member [5] 34/14
53/13 53/13 53/22
114/7
members [24] 16/8
53/8 62/7 62/10 62/11
62/25 63/10 63/14
64/21 64/22 65/11
86/13 99/14 99/15
101/3 101/5 111/20
112/11 112/21 113/24
114/3 114/6 122/15
123/7
members-only [1]
101/3
memorabilia [1] 176/1
memorized [1] 208/12
mention [3] 15/24 16/1
47/2
mentioned [9] 21/21
28/22 29/19 56/5 56/17
59/11 67/4 83/5 84/8
mere [1] 124/4
Merit [1] 2/2
message [10] 12/5
190/6 190/13 190/15
190/20 191/24 192/21
193/20 194/19 197/15
messaged [1] 14/9
messages [3] 187/8
187/10 187/13
met [4] 14/24 28/9
30/20 106/15
metal [11] 16/11 53/23
54/2 54/10 68/9 78/23
101/9 136/25 173/23
174/12 174/18
Metro [1] 136/16
metropolitan [7] 41/25
57/4 66/19 66/21 66/25
67/5 68/6
Michael [2] 20/19
22/24
Michael Pence [2]
20/19 22/24
microphone [1] 7/20
middle [10] 50/5 114/8
119/23 150/6 150/24
152/8 160/9 180/6
184/23 222/1
might [6] 8/23 8/24
10/25 107/21 193/6
218/1
mind [11] 22/19 85/20
88/25 90/2 92/19 94/6
97/1 98/23 139/2
187/24 191/15
minimized [1] 65/11
minimum [1] 11/7
minute [24] 75/13 77/3
78/14 79/2 79/3 79/22
84/23 85/13 88/11
149/9 157/11 160/3
160/16 167/19 170/4
170/7 170/15 177/3
177/4 179/20 179/22
minutes [45] 11/23
15/21 16/14 16/25 17/14
77/7 124/3 124/4 145/1
145/4 147/12 147/12
148/4 149/21 150/1
150/2 150/13 150/21
151/22 151/23 152/1
152/2 152/25 153/10
153/13 153/14 153/18
153/24 160/20 164/17
165/6 165/8 166/14
171/4 171/5 177/7
180/21 180/22 182/7
182/16 183/1 183/12
183/15 218/1 218/14
missed [3] 161/13
165/20 214/14
missing [13] 127/17
127/19 128/3 128/15
128/16 128/18 128/24
128/25 129/8 129/24
130/3 174/9 174/17
mission [2] 19/10
121/15
Misunderstanding [1]
111/13
mitigate [1] 122/18
mobile [1] 72/7
mode [2] 53/6 62/6
moment [5] 36/8 38/9
105/25 162/16 197/24
moments [2] 63/25
107/5
monitoring [1] 136/15
months [4] 49/5 125/7
125/23 126/17
more [26] 10/18 10/23
11/1 16/15 36/8 40/9
40/9 45/7 45/9 75/19
76/3 80/25 88/3 90/21
90/23 101/19 106/23
106/24 111/21 120/8
123/16 130/6 192/10
194/17 197/13 214/1
morning [14] 5/2 5/10
14/4 18/15 18/21 39/4
39/5 46/25 48/22 54/24
77/5 108/5 111/9
222/13
most [12] 10/8 48/1
111/7 188/7 198/13
198/13 199/5 219/3
219/10 220/6 220/10
220/12
mostly [4] 67/7 125/1
174/10 198/25
motion [9] 5/21 5/23
6/1 6/7 218/19 218/21
219/2 220/8 220/15
motions [5] 5/18 6/15
7/11 7/12 7/13
motorcade [3] 28/9
28/11 28/19
mouth [2] 120/9
214/18
move [28] 15/13 21/15
22/7 23/21 23/24 26/17

**M**

move... **[22]** 27/18 29/5
29/12 33/9 33/19 35/1
47/11 51/4 51/21 52/11
58/3 59/1 62/19 62/25
64/12 71/11 84/11
100/19 205/13 207/21
209/2 211/15
**moved [9]** 28/19 29/23
29/25 30/5 30/21 41/9
43/7 65/8 201/21
**movements [3]** 28/23
31/1 199/12
**moving [8]** 29/17 31/11
36/8 36/9 79/11 79/19
107/8 201/8
**MPD [1]** 124/12
**Mr [2]** 47/22 183/11
**Mr. [308]**
**Mr. Baggott [52]** 133/8
133/14 134/9 134/12
134/22 137/10 137/16
137/17 137/19 137/22
144/23 147/3 149/16
154/8 155/17 159/7
160/13 161/1 163/5
165/17 166/9 167/16
169/6 172/9 172/19
175/9 176/22 198/10
198/14 198/25 200/13
201/11 201/23 202/23
204/9 204/21 205/5
208/17 208/22 209/7
210/4 211/7 211/18
211/21 212/14 213/2
213/13 213/15 213/23
214/9 214/17 216/8
**Mr. Hoover [3]** 174/6
174/8 174/15
**Mr. Jenkins [1]** 90/2
**Mr. Jennings [139]**
70/20 105/8 133/18
134/15 136/1 141/1
141/21 142/12 142/17
142/24 143/23 144/24
145/3 146/10 146/15
147/7 147/10 148/3
148/7 148/18 149/8
149/20 149/24 150/12
150/17 151/5 151/10
151/20 152/24 153/9
153/12 153/23 154/9
154/17 154/23 155/7
155/20 155/23 156/9
156/21 157/10 157/14
158/6 158/9 158/13
159/8 159/17 160/1
160/15 161/7 161/10
161/25 162/18 162/20
163/10 163/13 163/16
163/21 164/4 164/16
164/20 165/3 165/5
165/18 166/3 166/13
166/24 167/3 167/18
167/22 168/4 168/12
168/19 168/22 169/7
169/10 169/14 169/23
170/3 170/6 170/15

172/11 172/10 172/12
172/23 173/4 173/14
173/21 174/21 175/11
175/17 175/23 176/9
176/17 177/1 177/3
177/15 177/18 178/3
178/6 178/9 178/19
178/22 179/6 179/9
179/17 179/19 180/10
180/20 181/9 181/21
181/25 182/15 182/18
182/25 183/17 184/17
184/20 185/2 185/21
186/5 186/14 187/5
187/9 189/23 190/1
191/4 191/15 192/5
192/13 192/23 193/16
193/21 195/11 195/21
196/13
**Mr. Machado [10]** 9/17
10/12 18/3 38/19 106/6
130/6 197/2 198/1
218/19 220/16
**Mr. Machado's [2]**
8/21 9/2
**Mr. Park's [1]** 81/8
**Mr. Parks [96]** 6/20
7/10 8/14 11/11 12/13
76/6 106/13 106/14
106/15 133/7 133/13
133/15 134/8 134/10
134/22 134/24 137/9
137/15 137/19 137/21
144/22 147/3 154/7
155/19 159/16 159/20
160/13 161/24 166/12
166/23 167/17 168/10
168/18 169/6 170/13
172/9 172/19 172/20
172/21 173/1 173/12
175/9 175/15 176/22
176/23 176/24 177/13
177/24 179/13 180/9
180/16 181/3 181/4
181/10 182/5 182/10
182/19 183/4 183/13
185/1 188/17 198/10
198/15 199/6 200/12
201/12 201/23 202/20
202/21 203/2 203/6
203/9 204/9 205/3
206/15 208/14 208/21
209/7 209/13 209/19
210/5 210/8 211/6
211/17 211/21 212/14
213/2 213/13 213/15
213/24 214/16 215/4
215/13 216/8 216/13
217/16
**Mr. Parks' [4]** 175/12
181/19 182/21 207/10
**Mrs. [4]** 20/25 22/24
36/6 37/3
**Mrs. Pence [4]** 20/25
22/24 36/6 37/3
**Ms. [5]** 18/13 19/10
130/25 183/19 217/24

19/10
**Ms. Kearney [3]**
130/25 183/19 217/24
**much [13]** 9/22 45/11
46/16 56/24 123/25
130/6 130/13 183/22
191/17 195/9 210/13
218/12 222/5
**multiple [11]** 20/9
25/18 27/20 27/23 37/8
41/4 41/10 41/25 42/4
198/19 219/15
**muster [1]** 56/25
**my [61]** 5/17 6/17 8/5
10/25 12/18 30/2 31/13
31/13 33/6 39/7 43/2
44/14 44/15 47/7 47/10
55/4 56/11 57/6 62/22
64/23 65/13 65/24 66/2
66/5 70/2 71/9 75/18
77/6 79/6 80/7 80/24
84/8 89/11 106/23
107/1 107/25 110/5
110/15 125/2 128/5
128/17 128/18 129/10
129/10 129/21 130/4
131/18 192/11 193/8
193/14 194/4 194/15
194/17 194/18 196/8
197/3 217/9 220/18
221/2 222/2 222/2
**myself [2]** 109/7
209/21

**N**

**name [9]** 39/10 48/21
53/14 102/8 119/24
131/16 131/18 139/8
139/15
**named [1]** 133/5
**namely [1]** 67/15
**narration [5]** 80/11
95/22 154/19 154/20
167/24
**Nashville [12]** 132/3
132/4 132/12 132/15
188/18 189/13 190/16
190/21 192/12 193/9
196/8 197/23
**nashvilletyler [1]**
191/7
**nation's [1]** 19/13
**natural [1]** 27/22
**nature [2]** 10/2 10/23
**near [5]** 13/8 41/5 56/1
56/9 138/11
**nearby [1]** 64/7
**nearly [1]** 15/24
**necessarily [3]** 10/24
125/15 211/14
**necessary [8]** 6/4 25/4
36/25 42/14 55/24
89/18 121/1 121/14
**need [20]** 11/14 54/10
69/21 71/11 87/11
89/16 90/21 114/9
128/19 129/22 189/25

211/14 215/10 216/1
221/6 221/9 221/15
**needed [6]** 37/11 44/18
48/2 54/6 67/3 124/8
**needs [2]** 221/18
222/11
**never [3]** 106/15 139/2
204/9
**new [2]** 1/14 24/19
**news [6]** 189/14
190/16 190/21 193/9
194/4 196/9
**next [17]** 11/23 43/6
46/13 46/17 51/10 52/2
80/8 80/19 81/4 97/18
101/9 130/24 148/7
189/23 192/14 194/6
194/14
**nice [2]** 5/11 18/13
**no [89]** 1/4 9/11 10/5
12/13 12/17 12/17
14/10 20/23 22/8 35/18
36/21 37/25 38/6 38/18
40/24 43/21 44/9 44/22
45/1 45/21 46/11 46/14
47/22 48/3 51/6 51/23
52/13 53/9 58/5 59/2
59/22 61/12 63/21
63/22 66/12 80/24
80/25 84/12 86/11
97/22 99/17 106/3
106/15 108/8 109/25
111/16 111/24 112/2
113/9 115/9 118/7
118/9 118/9 120/19
121/2 125/18 126/18
126/21 126/21 128/23
128/24 129/1 130/12
135/24 140/9 164/23
174/24 175/16 185/17
189/4 189/21 194/3
194/15 195/3 196/19
197/25 199/2 200/16
202/18 203/8 204/12
206/6 209/16 211/3
213/18 216/10 216/23
217/17 217/20
**non [2]** 42/3 199/12
**non-lethal [1]** 42/3
**non-verbal [1]** 199/12
**None [2]** 7/13 211/21
**nonlethal [1]** 42/15
**nonrioters [1]** 123/12
**normally [5]** 112/3
112/10 116/11 116/14
207/10
**north [2]** 55/21 78/11
**northwest [3]** 15/4
15/13 79/19
**not [139]** 6/3 7/2 10/7
10/20 10/25 11/10
11/10 11/16 15/22
16/10 17/1 20/23 25/2
31/20 33/20 36/21
37/14 37/17 38/1 38/4
38/6 39/8 39/9 39/12
42/7 42/19 44/9 44/22

45/25 53/6 53/22 56/3
56/22 56/23 59/22 60/3
61/1 61/12 62/14 69/23
75/18 77/23 80/10
83/16 84/8 86/6 86/7
89/18 89/22 90/20
95/21 99/17 106/14
107/11 108/7 109/11
109/23 110/1 110/17
110/25 111/1 111/7
111/14 111/16 111/21
112/4 112/15 112/16
114/13 115/11 115/14
115/23 115/25 116/5
116/21 117/18 118/4
118/9 118/17 118/25
120/8 121/9 121/12
123/9 123/22 125/7
126/16 127/3 128/6
128/16 129/9 129/17
129/18 130/1 135/24
136/4 138/25 140/7
142/6 146/8 154/20
167/25 169/22 174/12
174/13 174/15 174/16
183/23 184/9 185/3
189/21 200/16 201/6
201/22 201/23 202/1
202/8 203/8 205/3
206/4 206/10 206/18
206/20 207/10 209/9
209/12 210/12 210/25
212/10 212/17 213/6
213/14 214/17 214/21
214/23 214/24 215/10
215/25 219/13
**not-deadly [1]** 121/9
**note [4]** 80/10 84/10
87/4 95/21
**noted [1]** 23/16
**nothing [7]** 11/15 46/7
130/8 140/15 206/14
217/18 222/5
**notification [3]** 21/11
21/12 40/5
**notifications [1]** 41/4
**notified [1]** 24/13
**notifying [2]** 21/22
108/22
**November [1]** 139/10
**now [95]** 15/23 19/22
21/3 25/24 27/25 33/21
33/21 35/11 35/20 47/7
47/9 49/21 49/25 50/4
50/21 57/8 58/9 59/9
65/18 66/8 67/19 68/17
69/1 69/11 70/10 72/16
73/24 74/6 74/15 75/13
77/2 77/6 78/13 79/1
79/21 81/21 82/19 83/3
83/21 84/5 84/22 86/14
88/20 89/8 90/13 91/5
92/5 92/13 93/7 94/18
95/3 95/18 96/20 97/8
99/19 100/19 101/16
102/10 102/16 102/22
103/19 106/16 106/18
111/17 113/23 117/22

**N**

now... [29] 121/16
139/3 140/7 142/24
148/13 148/22 167/22
170/9 181/13 183/17
185/15 186/12 186/20
187/8 189/15 197/17
201/8 201/20 203/23
205/13 205/20 209/6
210/19 211/24 212/20
214/7 214/16 215/10
220/19
number [11] 5/3 9/8
27/20 44/6 122/11
122/11 122/21 174/14
199/20 202/17 205/17
numbers [3] 44/9
124/12 124/25
numerous [1] 37/6
NW [3] 1/17 1/22 2/4
NY [1] 1/14

**O**

oath [3] 18/11 46/22
131/5
object [13] 8/24 10/7
68/9 75/17 78/23 80/23
89/10 101/8 161/2
173/20 173/23 188/4
196/22
objecting [1] 85/16
objection [53] 9/18
10/9 11/7 12/13 12/17
22/8 24/17 25/7 26/8
26/23 30/2 30/13 30/17
37/19 47/22 48/2 48/3
48/8 51/6 51/23 52/13
58/5 59/2 60/10 63/5
64/12 64/15 67/11
69/23 76/17 79/6 80/7
84/12 85/6 86/3 87/19
87/25 89/21 98/10
135/7 140/10 143/15
152/13 164/23 174/24
183/8 183/9 185/17
188/22 197/4
objections [7] 8/19
8/22 10/11 10/12 10/16
29/9 140/9
observe [4] 56/6
182/21 206/18 206/20
observed [2] 75/24
199/11
observing [1] 76/6
obtained [4] 136/22
139/6 141/17 187/1
obvious [1] 11/8
obviously [4] 40/10
43/17 207/9 221/11
occurred [4] 13/11
13/17 17/13 17/16
occurring [6] 24/20
25/15 27/9 32/3 32/8
40/8
off [8] 7/22 70/1 106/2
110/15 162/17 188/11
197/3 204/1

offense [1] 213/19
offensively [1] 213/20
offer [3] 8/13 8/15
184/9
offered [2] 164/21
207/18
offering [3] 80/11
154/20 167/25
offers [7] 138/24 140/4
140/7 164/22 174/23
184/12 185/15
office [15] 1/21 19/21
23/22 24/1 28/21 29/22
29/23 30/22 33/13
34/16 49/15 90/21
132/2 221/24 221/25
office-compliance [1]
19/21
officer [16] 43/3 44/15
54/13 76/20 86/12
88/13 88/16 93/16
94/14 120/3 124/11
133/13 145/11 174/13
204/23 212/23
officer's [1] 31/25
officers [72] 14/24
16/17 32/8 41/25 49/8
54/5 55/5 56/17 56/19
56/23 60/20 62/22
63/11 67/5 67/5 67/6
68/6 70/24 72/5 73/6
73/13 73/16 75/6 75/8
75/9 76/12 78/24 79/11
80/3 93/22 94/3 94/9
94/10 94/14 98/4 98/18
110/8 114/19 114/22
114/24 116/5 116/9
116/23 117/1 117/5
117/6 117/16 118/3
118/8 118/11 118/17
118/20 121/10 121/18
122/9 124/11 125/13
126/8 128/2 128/17
129/11 129/22 130/4
170/22 200/15 202/24
204/8 205/8 212/24
213/24 216/3 216/9
officers' [1] 174/10
offices [3] 21/23 22/17
122/18
official [6] 2/3 53/13
55/9 219/22 219/24
219/25
often [2] 208/24 209/1
oh [17] 9/10 26/22 34/1
46/4 142/6 142/7 145/3
164/19 175/22 181/5
181/6 189/4 189/7
194/15 195/6 197/7
200/18
Ohio [16] 16/2 91/21
92/18 92/21 93/3 93/15
94/25 117/24 117/24
118/1 118/2 118/6
132/7 132/8 132/11
132/20
okay [138] 5/10 6/18

9/20 10/10 11/3 11/17
12/20 12/22 18/6 29/4
35/4 35/15 35/19 38/16
39/13 39/19 40/1 40/11
42/8 43/25 45/2 46/16
47/8 47/13 47/21 48/6
69/16 76/2 79/7 81/6
82/18 83/2 85/18 88/1
88/23 97/6 106/21
109/13 109/15 109/20
110/19 111/14 112/1
112/7 112/20 115/10
115/17 115/21 117/4
117/9 119/1 119/15
120/5 120/16 121/3
121/25 122/8 125/12
125/13 125/20 130/21
132/13 133/17 134/14
134/23 136/7 137/6
140/12 140/20 142/7
162/18 170/2 171/15
176/16 179/4 181/20
181/24 184/10 184/14
186/25 187/4 187/23
188/1 188/3 188/21
190/12 191/9 193/4
194/1 194/25 195/15
196/4 196/17 197/9
198/18 199/4 199/8
199/17 199/24 200/20
201/7 202/16 202/19
201/3 203/5 204/6
206/5 207/5 208/5
208/16 209/10 209/21
209/24 210/2 210/24
211/5 211/9 211/16
213/8 213/22 214/9
214/20 215/9 216/7
216/11 216/20 216/25
217/7 217/14 217/21
218/11 218/15 219/1
old [1] 97/4
oliver [1] 193/24
once [9] 6/24 15/6
15/19 15/19 17/24
30/16 45/25 117/15
122/2
one [62] 1/14 6/18 7/3
10/2 30/12 35/12 38/9
43/8 44/13 50/4 70/21
71/5 80/19 88/3 88/11
89/16 97/3 101/6
105/25 112/9 114/14
114/15 115/6 115/19
117/1 117/24 118/7
119/4 123/16 124/1
126/25 127/7 127/16
129/21 135/3 141/23
144/21 154/7 154/20
155/4 156/4 157/11
161/13 162/16 163/1
172/20 173/2 176/24
186/23 186/24 189/25
190/7 197/24 200/7
200/19 201/2 201/3
202/22 204/13 204/22
207/7 214/1

one-minute [1] 88/11
ones [4] 94/15 199/21
200/16 202/1
only [12] 10/1 17/25
20/21 37/14 53/8 71/8
101/3 115/11 115/13
174/19 206/11 222/4
onward [2] 109/5
209/15
open [8] 13/19 15/20
53/6 80/8 95/6 97/8
135/18 135/21
open-source [1]
135/18
opening [3] 12/23 18/5
141/21
opens [3] 96/14 100/6
202/11
operating [2] 61/2
113/5
opportunity [1] 81/3
oppose [1] 5/23
opposed [5] 5/20 6/9
7/13 45/17 123/17
opposite [4] 16/7
102/15 201/16 214/3
order [58] 58/22 62/4
107/22 130/1 184/5
221/14 221/19 221/24
ordering [3] 124/25
129/7 129/17
originally [1] 41/15
other [38] 10/14 10/23
17/17 30/8 30/12 31/2
38/14 39/23 42/2 42/13
57/1 60/21 67/5 75/22
91/2 94/10 94/14 94/15
108/23 109/10 110/22
113/8 115/19 124/1
124/11 126/25 127/16
128/22 143/8 146/25
154/8 155/5 158/1
172/9 198/24 204/17
206/16 212/24
others [4] 38/6 39/21
57/7 107/4
otherwise [2] 87/1
128/24
ought [1] 222/10
our [32] 8/11 8/22 9/10
9/13 9/23 11/22 12/5
12/9 18/4 19/13 20/10
22/15 25/17 26/23 29/2
32/5 37/11 37/14 42/19
55/19 60/19 66/22 67/6
75/22 77/5 120/21
122/7 123/14 130/16
146/2 183/20 218/2
out [44] 6/22 7/3 12/10
12/19 16/10 16/17 23/4
38/8 42/3 43/18 44/18
57/22 61/21 67/16 71/4
92/23 107/5 109/19
122/7 122/23 123/12
123/16 123/20 125/20
124/17 124/25 160/1

169/23 175/18 184/8
194/17 197/10 206/2
206/11 206/21 208/7
208/18 210/11 215/20
215/21 216/4 217/2
220/17 222/4
outfit [1] 151/17
outline [1] 14/15
outnumbered [5]
44/17 44/19 121/18
122/10 124/21
outset [1] 84/9
outside [11] 31/1 34/12
74/24 106/25 107/2
115/14 115/24 126/11
183/6 209/8 212/8
over [18] 13/5 29/12
29/25 30/6 32/23 33/1
50/12 105/23 109/24
111/2 111/7 135/3
152/11 183/24 195/19
201/12 214/18 222/1
overall [3] 119/3
129/13 129/19
overlaid [1] 167/25
overrule [1] 195/13
overruled [10] 24/8
26/9 31/19 32/12 60/11
63/7 67/12 76/21 81/6
86/4
overrun [7] 67/15
109/18 110/13 117/2
117/7 117/13 118/20
oversee [1] 55/8
own [2] 42/19 111/4

**P**

P-o-t-t-s [1] 131/20
P. [1] 77/13
p.m [30] 13/1 13/5
17/13 23/7 28/14 29/4
31/13 34/22 40/17 41/7
43/4 45/13 46/6 93/25
99/6 111/11 130/20
130/20 138/8 138/9
138/12 144/5 175/22
176/7 176/15 184/2
184/2 190/10 191/2
222/16
packages [1] 53/24
page [22] 21/5 21/15
22/19 93/24 102/19
136/8 136/11 136/14
136/18 136/24 137/1
138/1 139/4 173/18
185/22 185/24 189/24
190/1 190/20 192/14
193/16 194/6
page 4 [1] 139/4
pages [2] 22/3 136/4
paperwork [1] 221/9
parading [1] 220/5
parents [1] 189/9
park [2] 41/25 107/23
Park's [1] 81/8
parked [1] 56/9
parking [1] 107/14
PARKS [109] 1/6 5/4

**P**

**PARKS... [107]** 6/20
7/10 8/14 11/11 12/13
13/8 15/20 39/11 76/6
106/13 106/14 106/15
133/2 133/7 133/12
133/13 133/15 134/5
134/8 134/10 134/22
134/24 137/9 137/15
137/19 137/21 138/6
138/10 138/15 138/18
139/10 144/22 147/3
154/7 155/19 159/16
159/20 160/13 161/24
166/12 166/23 167/17
168/10 168/18 169/6
170/13 172/9 172/19
172/20 172/21 173/1
173/12 175/9 175/15
176/22 176/23 176/24
177/13 177/24 179/13
180/9 180/16 181/3
181/4 181/10 182/5
182/10 182/19 183/4
183/13 185/1 188/17
198/10 198/15 199/6
200/12 201/12 201/23
202/20 202/21 203/2
203/6 203/9 204/9
205/3 206/15 208/14
208/21 209/7 209/13
209/19 210/5 210/8
211/6 211/17 211/21
212/14 213/2 213/13
213/15 213/24 214/16
215/4 215/13 216/8
216/13 217/16
**Parks' [4]** 175/12
181/19 182/21 207/10
**Parliamentarian [1]**
61/4
**Parliamentarian's [1]**
90/21
**part [19]** 27/13 29/16
43/22 57/21 61/2 67/1
67/2 71/8 73/2 73/4
124/6 124/21 125/11
129/5 173/17 196/5
203/17 204/16 205/14
**participate [1]** 132/18
**particular [16]** 19/25
20/13 20/15 23/9 27/3
28/1 73/19 76/6 81/8
109/1 124/3 125/3
128/12 128/20 143/21
174/13
**particularly [1]** 188/7
**parties [7]** 9/7 9/24
11/18 34/25 84/11
174/2 186/21
**parties' [6]** 8/6 8/19
136/2 138/23 173/17
184/11
**parts [3]** 10/23 42/4
98/17
**party [5]** 16/17 136/19
186/23 187/2 209/18
**pass [1]** 118/17

**passed [2]** 7/8 208/8
**past [6]** 15/3 15/12
116/5 118/4 204/10
204/14
**pastorparks [12]** 139/9
139/15 187/25 188/24
191/8 193/3 193/25
194/24 195/14 196/3
196/15 197/8
**path [5]** 15/23 16/1
16/6 30/14 30/15
**patriot [1]** 194/14
**patting [1]** 199/22
**pause [48]** 72/18 73/10
73/11 81/23 84/24
85/19 86/17 90/15 91/6
91/13 91/13 93/8 95/4
95/6 95/8 96/22 97/11
100/20 103/7 145/4
147/12 157/15 158/10
160/19 162/21 163/23
164/5 164/17 164/20
165/8 166/16 167/6
168/2 168/14 168/23
170/6 172/3 172/13
174/22 176/3 176/18
177/19 178/22 179/8
180/22 184/20 218/5
218/13
**paused [4]** 73/22 85/20
87/4 95/8
**Pence [22]** 20/19 20/25
22/24 22/24 22/25 28/7
28/10 28/15 28/15
28/23 33/12 35/24 36/2
36/6 36/14 36/17 36/23
37/3 37/17 37/23 38/12
100/12
**Pence's [1]** 30/18
**Pences [1]** 28/18
**people [72]** 13/21
39/16 41/1 42/10 42/13
42/24 43/14 44/6 44/7
44/8 44/20 45/15 45/17
45/17 63/19 112/5
114/20 114/25 115/23
115/23 116/17 116/20
116/23 117/2 117/6
117/15 117/20 118/4
118/17 118/20 119/21
120/11 120/25 121/5
121/8 121/17 122/2
122/11 122/21 122/24
123/18 123/19 124/2
124/8 124/8 124/16
124/17 124/24 124/25
125/1 125/16 166/7
193/9 195/19 199/13
199/19 200/6 200/8
201/4 201/10 201/10
202/4 202/6 202/9
202/12 202/13 204/15
204/17 204/17 205/8
212/8 216/4
**pepper [1]** 216/5
**percent [1]** 117/18
**perform [1]** 121/14
**perhaps [1]** 45/22

**perimeter [2]** 24/10
24/10 24/24 24/16
24/19 25/5 25/16 25/20
25/21 26/6 26/11 27/4
32/5 32/20 33/15 36/12
36/18 40/20 41/6 43/16
43/17 43/17 43/23
59/11 59/20 59/24
60/14 108/15
**perimeters [3]** 24/4
24/15 25/12
**period [4]** 37/18 46/5
63/3 139/10
**permission [2]** 53/15
112/23
**permitted [7]** 17/1 53/9
67/18 101/2 111/18
111/19 111/21
**person [27]** 5/8 34/3
34/7 107/10 107/11
114/13 128/22 129/2
133/8 143/19 145/23
146/2 147/24 148/25
149/15 149/17 150/7
150/24 159/4 159/13
162/14 166/10 169/21
170/9 173/8 212/2
213/3
**personal [3]** 109/10
109/23 111/4
**personally [2]** 19/23
109/25
**personnel [4]** 64/23
65/13 66/22 66/23
**persons [1]** 174/11
**pertinent [1]** 11/10
**phone [3]** 159/24
182/11 193/14
**photo [9]** 59/7 71/3
84/7 134/10 143/21
166/4 169/22 205/17
205/20
**photograph [4]** 94/9
94/17 94/19 133/24
**photographer [1]**
135/22
**photographers [1]**
212/23
**photographic [2]**
135/12 136/19
**photographs [1]**
135/19
**physical [7]** 55/19 56/5
57/22 65/24 122/6
125/19 136/10
**physically [5]** 28/4
56/10 62/22 109/11
122/10
**pick [2]** 189/9 220/24
**picked [8]** 127/5
127/13 173/2 173/9
215/16 215/16 215/18
215/19
**picketing [2]** 17/2
220/5
**picks [2]** 215/13
215/15
**picture [1]** 142/4 142/5

**pictures [1]** 209/17
**piece [1]** 8/2
**pinpoint [1]** 61/17
**place [22]** 14/1 16/9
18/22 53/3 53/18 55/10
56/1 56/8 56/10 57/21
59/14 59/20 60/25 65/9
67/16 68/12 73/16
107/19 111/9 111/15
116/13 125/23
**placed [7]** 8/10 18/11
46/22 55/20 58/15 66/6
131/5
**places [2]** 112/3
117/23
**Plaintiff [1]** 1/4
**plan [8]** 27/14 27/15
27/16 28/2 47/4 64/13
67/2 67/2
**planned [1]** 59/20
**planning [1]** 56/2
**plans [2]** 12/5 27/17
27/24
**plastic [1]** 152/11
**platform [2]** 24/24 32/6
**play [126]** 35/20 69/1
69/11 71/23 73/7 73/24
74/8 74/17 75/15 78/14
79/3 79/22 80/9 80/20
83/13 83/21 85/14
86/15 88/3 90/14 90/23
91/11 92/6 92/7 92/13
93/9 95/19 97/8 99/19
101/16 103/21 104/18
141/1 141/4 142/15
142/17 142/25 143/23
144/24 146/11 147/7
148/3 148/8 149/8
149/20 150/1 150/12
151/7 152/1 152/24
153/9 153/10 153/14
153/23 154/9 154/13
154/17 155/8 155/20
155/24 156/9 156/21
156/24 157/10 157/15
158/6 158/9 159/8
159/17 160/3 161/7
161/25 162/6 162/20
163/10 164/16 165/3
165/5 166/14 166/24
167/4 167/17 167/22
168/19 168/22 169/8
170/5 170/17 171/17
171/21 172/2 172/15
173/6 173/15 175/3
175/25 176/11 176/19
177/5 177/10 177/12
177/17 178/5 178/8
178/21 179/7 179/18
179/23 180/3 180/12
180/23 182/2 182/17
183/2 183/16 184/19
186/16 207/20 207/24
209/4 212/4
**playing [13]** 66/13
70/11 77/21 90/2 90/17
97/21 105/2 105/7
147/11 168/12 170/15
211/24 214/2
**Plaza [5]** 1/14 14/18
14/20 14/23 72/6
**plea [2]** 8/13 220/23
**plead [1]** 8/14
**please [136]** 7/6 18/10
18/22 25/9 37/20 46/21
48/20 77/14 130/4
131/4 131/15 133/18
134/15 141/1 141/2
141/4 141/22 141/25
142/12 142/15 142/18
142/24 143/23 144/24
146/10 147/7 147/11
148/3 148/7 149/8
149/20 150/2 150/12
150/19 151/5 151/8
151/10 151/21 152/2
152/24 153/6 153/10
153/13 153/23 154/9
154/13 154/17 155/7
155/9 155/20 155/23

**P**

**please... [85]** 156/9
156/21 156/24 157/10
157/14 158/7 158/9
158/11 158/13 159/17
160/4 160/15 161/7
161/8 161/25 162/20
163/11 163/13 163/21
164/16 165/3 165/5
165/21 166/3 166/13
166/24 167/3 167/18
167/22 168/3 168/12
168/22 169/7 169/10
170/3 171/11 171/18
171/23 172/12 172/23
173/4 173/14 173/21
174/21 175/11 175/17
175/23 176/2 176/17
177/2 177/8 177/15
178/4 178/7 178/19
179/3 179/19 180/11
180/21 181/9 181/21
182/15 182/18 183/11
183/14 183/17 184/17
185/2 185/21 186/5
187/5 188/25 189/24
191/4 192/5 192/14
192/23 192/25 193/21
194/6 195/11 195/21
196/13 209/24 212/1
**pocket [17]** 181/15
181/16 181/19 182/22
182/23 183/6 206/3
206/11 206/12 206/16
206/17 206/19 206/21
207/10 207/11 210/9
210/11
**pockets [2]** 181/23
183/5
**point [53]** 9/18 12/9
16/16 23/4 29/6 31/22
33/5 35/1 37/5 45/15
50/4 56/25 60/19 61/6
63/18 63/23 67/17 75/6
76/7 82/8 92/23 99/11
99/12 99/16 110/13
112/23 115/23 116/7
117/1 122/5 122/13
123/16 124/15 124/24
125/1 171/12 173/16
203/23 203/25 204/22
205/7 208/6 209/15
214/14 214/16 215/2
216/4 216/9 217/1
217/15 218/25 219/11
222/8
**pointed [2]** 119/11
184/8
**points [3]** 109/19
174/20 174/20
**police [84]** 14/24 15/3
15/7 15/12 16/11 16/17
17/21 21/23 22/16
24/13 31/14 31/25 32/8
41/22 41/23 41/25
41/25 42/19 43/2 43/12
44/15 46/18 48/24 49/1
49/9 49/11 52/21 52/24

58/23 65/18 66/20
66/21 67/5 67/7 68/6
70/23 72/5 73/6 73/13
75/8 75/9 76/11 94/2
101/14 116/23 117/1
117/5 117/6 117/16
118/2 118/11 118/17
120/3 124/6 124/6
124/11 129/6 136/15
136/16 136/25 145/8
145/11 170/23 173/25
174/4 174/7 200/15
202/21 202/24 203/25
204/8 204/14 204/21
204/23 205/7 212/23
212/24 213/24 216/3
216/9
**political [1]** 17/6
**portion [7]** 71/24 104/5
125/4 196/23 196/24
211/15 212/15
**portions [2]** 107/4 94/2
**position [7]** 19/17
24/11 48/25 49/3 49/4
54/18 122/22
**positioning [1]** 75/24
**positions [1]** 109/23
**possibilities [1]** 27/23
**possible [3]** 80/6
189/21 206/16
**possibly [2]** 110/22
111/20
**post [3]** 60/21 116/14
129/11
**posted [7]** 14/5 15/10
65/14 114/19 115/15
116/2 139/14
**posts [2]** 115/15
127/25
**potentially [1]** 11/19
**Potts [53]** 12/1 131/3
131/7 131/9 131/18
135/11 137/8 139/17
141/9 141/25 142/21
145/11 147/16 148/12
148/24 149/13 151/13
152/7 155/1 156/12
157/21 159/2 159/11
159/20 160/8 162/10
162/25 163/18 165/13
166/19 167/9 168/6
169/17 169/25 170/20
171/8 171/14 173/8
175/5 175/21 177/21
178/14 178/25 180/16
181/2 181/18 182/21
184/6 184/22 185/6
186/2 186/12 187/12
**power [1]** 219/21
**pre [4]** 112/4 112/14
112/15 114/20
**pre-COVID [3]** 112/4
112/14 112/15
**pre-screeners [1]**
114/20
**prejudice [1]** 11/11
**prejudicial [4]** 11/1

**preliminaries [1]** 8/5
**prepare [1]** 27/14
**prepared [4]** 27/18
28/2 62/24 114/9
**presence [4]** 81/9
120/3 137/2 138/2
**present [7]** 17/24 28/4
80/24 89/12 100/11
133/15 222/7
**preservation [1]** 79/5
**preserve [1]** 80/7
**presidency [2]** 14/10
195/3
**President [37]** 20/17
20/18 20/19 21/1 21/25
21/25 22/24 27/7 28/7
28/9 28/23 29/2 29/4
29/11 29/24 30/5 30/8
30/17 30/23 32/15
32/23 32/24 33/9 33/12
34/15 35/24 36/5 36/14
36/17 36/22 37/3 37/16
37/23 38/12 41/9 68/5
100/12
**President's [5]** 23/22
24/1 28/20 29/21 29/23
**President-elect [1]**
21/1
**presidential [3]** 73/3
75/1 219/18
**presiding [1]** 77/13
**press [2]** 68/4 114/8
**presumably [2]** 40/2
41/22
**presume [1]** 86/9
**pretty [2]** 69/20 76/23
**Prettyman [1]** 2/4
**prevent [2]** 62/9 73/17
**Preventing [1]** 171/1
**preview [1]** 15/22
**previewed [1]** 47/2
**previous [3]** 97/16
107/14 151/18
**previously [7]** 49/22
66/9 67/20 68/18 71/3
82/8 185/7
**primarily [1]** 66/19
**prior [14]** 8/19 53/5
63/15 65/12 108/6
108/19 132/6 132/7
139/19 139/24 140/15
185/10 189/15 190/7
**privately [1]** 7/20
**probably [7]** 11/25
45/12 57/6 58/16 60/2
156/5 207/16
**probative [6]** 10/25
75/19 76/4 76/5 80/25
81/1
**problem [1]** 10/6
**procedure [2]** 61/2
113/6
**proceed [8]** 5/13 12/14
42/2 116/20 120/7
122/5 122/5 140/9
**proceedings [17]** 1/9
2/7 5/9 7/9 13/7 17/10

32/22 33/6 55/16 60/24
61/5 61/11 222/16
223/4
**process [6]** 65/3
112/24 113/5 139/7
141/17 200/3
**produced [1]** 2/7
**proffered [1]** 89/12
**prohibit [1]** 114/22
**prohibited [1]** 113/1
**prohibiting [1]** 114/18
**promise [1]** 47/16
**property [2]** 121/23
173/24
**protect [8]** 62/10 68/12
123/12 123/14 123/17
123/23 124/7 124/8
**protected [1]** 122/25
**protectee [5]** 20/21
21/24 25/13 27/18
27/19
**protectees [8]** 20/10
20/15 23/10 25/6 25/17
27/21 29/21 37/14
**protecting [4]** 19/13
19/14 124/2 124/15
**protection [1]** 32/14
**protest [2]** 67/1 72/9
**protesters [1]** 68/14
**protesting [1]** 70/19
**protocol [7]** 25/11
53/18 120/10 121/4
121/19 122/4 122/12
**protocols [3]** 6/10
101/5 120/6
**prove [1]** 81/3
**provide [12]** 23/17
31/6 31/9 55/6 62/24
66/24 68/14 98/14
101/23 128/18 130/4
222/7
**provided [5]** 10/4
55/25 62/25 110/4
186/20
**provides [1]** 103/2
**providing [1]** 99/13
**provisionally [1]** 48/7
**proximity [1]** 81/4
**public [11]** 25/2 53/7
57/22 111/19 111/24
112/3 112/9 112/11
112/13 112/15 141/15
**pull [57]** 25/24 33/21
49/21 50/23 52/2 58/9
66/8 68/17 69/2 70/10
71/4 72/16 77/2 77/20
81/21 83/12 84/6 90/13
91/5 94/18 95/18 96/20
99/19 101/21 102/1
103/19 104/6 104/17
105/16 133/18 134/15
136/1 141/21 142/12
146/10 148/7 151/5
152/10 155/7 157/14
160/15 163/13 163/22
164/3 166/3 166/13
167/3 173/21 184/18

630/5 191/4 192/5
192/23 193/21 194/21
200/23 207/18
**Pulling [1]** 71/2
**purpose [2]** 27/16
27/17
**purposes [2]** 37/11
79/6
**pursuant [6]** 8/14 47/3
84/10 138/23 141/17
184/11
**push [4]** 15/12 122/7
124/17 204/10
**pushed [4]** 15/3 15/9
111/8 218/9
**pushing [1]** 72/9
**put [15]** 8/12 10/12
10/20 16/17 45/23 65/9
82/8 107/17 120/9
147/19 173/3 181/14
185/2 206/18 215/16
**puts [2]** 143/20 215/13
**putting [1]** 107/18

**Q**

**question [8]** 6/11
69/24 76/5 108/7
117/18 127/3 129/4
197/2
**questions [7]** 38/18
46/14 64/14 106/3
129/20 130/12 197/25
**quick [2]** 69/20 71/19
**quickly [5]** 15/16 16/3
74/15 101/21 102/22
**quite [3]** 10/17 47/10
198/8

**R**

**rack [1]** 78/25 108/25
**racks [11]** 55/20 58/17
107/8 107/12 108/3
108/11 108/17 108/25
109/4 109/20 110/13
125/14
**radio [19]** 31/3 31/7
31/13 31/14 31/24
31/25 42/1 42/18 42/23
43/3 43/10 44/10 44/14
44/16 60/2 64/7 110/5
110/9 118/22
**raise [3]** 18/10 46/21
131/4
**raised [2]** 8/19 48/9
**rally [2]** 189/10 191/22
**ramp [1]** 115/18
**ran [1]** 15/20
**rash [1]** 212/22
**rather [7]** 9/18 61/10
88/6 89/16 106/24
111/11 187/2
**ray [2]** 54/4 113/20
**rays [1]** 53/24
**re [14]** 16/14 16/15
65/14 91/13 95/6
**re-enter [1]** 16/14
**re-exit [1]** 16/15
**re-open [1]** 95/6

**re-pause [1]** 91/13
**re-posted [1]** 65/14
**reach [3]** 74/3 74/4 91/23
**reached [4]** 9/8 14/23 15/16 16/3
**reaction [1]** 204/3
**read [32]** 34/20 47/9 58/20 93/23 98/1 100/24 102/18 136/4 141/25 142/21 143/2 175/20 187/24 187/25 188/2 188/24 189/25 191/7 191/7 192/7 193/2 193/2 193/24 193/24 194/23 194/23 195/13 195/13 196/2 196/2 196/15 196/15
**reading [1]** 136/3
**ready [6]** 5/12 18/7 77/16 130/23 130/24 210/17
**real [2]** 71/19 110/4
**real-time [1]** 110/4
**really [4]** 10/8 109/3 125/14 196/5
**Realtime [1]** 2/3
**reason [6]** 6/10 7/15 27/21 53/11 124/20 128/24
**reasonable [3]** 18/1 219/5 219/6
**reasons [4]** 27/20 220/2 220/8 220/15
**recall [31]** 28/13 31/6 31/7 31/9 40/13 41/3 45/21 45/22 60/1 60/6 61/13 61/20 63/14 65/15 83/10 99/5 99/10 100/15 110/15 115/2 119/10 128/13 197/1 198/16 198/21 199/21 201/17 203/3 204/1 205/1 216/5
**receipt [1]** 174/6
**receive [2]** 141/13 174/17
**received [20]** 8/6 22/11 26/25 35/6 35/7 48/12 51/8 51/25 52/15 58/7 59/4 76/8 84/14 108/22 140/23 165/1 174/8 175/1 184/15 185/19
**recess [9]** 61/4 62/4 77/10 77/11 130/19 130/20 184/1 184/2 222/15
**recognition [1]** 188/19
**recognize [92]** 21/6 21/17 26/2 34/7 34/9 35/24 36/2 39/7 39/8 51/14 57/12 58/12 66/13 66/16 67/23 68/2 68/21 69/6 69/21 70/4 70/15 72/20 72/23 73/13 74/20 75/4 76/11 78/6 78/18 78/23 79/10

83/17 83/25 84/16 86/19 88/13 88/17 88/19 90/6 90/18 91/8 91/16 92/16 93/13 93/16 94/21 94/24 95/14 95/24 96/24 97/14 97/22 98/3 99/23 100/22 102/13 103/9 103/24 104/21 133/23 134/2 134/19 144/18 149/15 154/4 155/13 157/21 157/24 159/4 159/13 160/10 160/23 161/20 163/1 165/14 166/8 166/11 166/20 167/12 168/7 168/17 169/3 170/10 172/6 172/18 173/8 175/6 177/21 180/5
**recollection [1]** 108/19
**recommended [1]** 38/6
**record [17]** 7/23 8/10 8/13 10/13 26/24 61/24 72/12 73/22 106/2 131/16 135/5 135/8 162/17 207/6 218/23 218/25 223/3
**recorded [1]** 2/7
**recordings [1]** 139/13
**records [1]** 185/7
**recovered [1]** 127/1
**RECROSS [1]** 3/4
**rectangular [3]** 182/24 206/12 206/16
**red [53]** 17/6 49/25 59/9 134/10 134/12 138/19 138/21 144/13 144/21 144/23 145/19 145/24 146/6 146/25 147/1 147/23 148/1 149/5 149/7 149/14 149/18 150/8 151/1 151/2 151/15 151/16 152/19 152/23 153/22 154/7 154/8 155/4 155/5 155/16 155/18 156/6 157/7 157/8 161/25 158/1 160/22 161/23 162/10 163/8 164/11 164/13 167/15 167/16 172/21 173/20 178/18 200/9 200/24
**redactions [1]** 2/2
**redirect [6]** 3/4 46/10 46/11 130/11 217/19 217/20
**refer [2]** 21/11 34/13
**reference [6]** 113/16 137/4 139/3 173/17 197/20 197/22
**referenced [2]** 113/24 137/25
**referred [1]** 87/1
**referring [5]** 79/18 80/2 100/3 104/8 115/4
**reflect [4]** 72/13 135/5 135/8 207/6

**refocus [2]** 182/4 182/19
**reformed [1]** 15/8
**regard [19]** 11/2 12/5 27/10 43/11 106/22 107/8 107/12 111/17 114/25 119/2 120/6 126/24 198/9 200/2 203/23 204/7 206/8 209/11 215/12
**regarding [16]** 5/21 6/1 6/8 9/8 36/11 40/8 57/2 136/9 136/14 136/18 136/21 136/24 137/2 138/24 139/4 174/9
**regardless [1]** 187/1
**Registered [1]** 2/2
**registration [3]** 185/23 186/1 186/3
**reject [1]** 114/9
**rejected [1]** 8/16
**related [1]** 219/20
**relation [1]** 24/23
**relayed [1]** 107/4
**relevance [10]** 47/25 63/5 81/3 81/8 86/3 89/23 95/22 140/9 188/6 188/10
**relevant [3]** 24/10 48/2 76/1
**remain [6]** 30/23 36/23 36/25 37/2 64/19 219/9
**remained [4]** 14/8 16/16 16/24 63/15
**remaining [2]** 16/23 219/7
**remark [1]** 16/20
**remember [8]** 44/16 114/1 119/5 119/6 127/13 186/24 199/20 209/9
**remembering [1]** 117/25
**remove [1]** 62/19
**removed [2]** 33/13 109/19
**removing [2]** 33/7 37/10
**rendered [2]** 37/12 38/2
**repaired [1]** 65/11
**repeat [4]** 6/25 61/23 129/4 190/18
**rephrase [2]** 25/9 37/20
**replace [1]** 128/10
**replacement [1]** 128/21
**replacing [3]** 129/7 129/17 129/17
**replay [3]** 69/21 71/14 71/19
**report [2]** 128/17 129/25
**reported [1]** 128/23
**Reporter [4]** 2/2 2/2 2/3 2/3

**reporting [2]** 64/2 250/1
**reports [7]** 64/6 127/24 128/4 128/7 128/16 174/9 174/17
**represent [2]** 48/5 106/13
**representation [4]** 50/1 51/1 57/24 59/10
**representations [1]** 48/4
**Representatives [3]** 29/10 30/4 50/14
**represents [1]** 189/18
**Republican [1]** 92/3
**request [6]** 12/7 128/11 128/18 128/20 129/25 130/2
**reroute [2]** 56/11 107/25
**resecure [1]** 64/25
**resecuring [1]** 65/3
**reserving [2]** 18/4 26/23
**resolved [1]** 7/7
**respect [8]** 6/6 25/12 170/24 183/4 219/14 220/2 220/4 220/9
**respond [3]** 60/20 60/21 129/11
**responding [2]** 42/17 42/22
**responds [1]** 188/17
**response [4]** 60/13 61/24 89/15 188/16
**responsibilities [3]** 19/16 49/6 132/14
**responsibility [5]** 20/11 62/23 128/18 129/10 129/21
**responsible [3]** 129/12 174/6 174/19
**restate [1]** 102/7
**rested [1]** 218/17
**restricted [10]** 57/23 59/20 76/16 114/6 116/4 116/6 116/15 126/3 219/8 219/9
**restriction [2]** 56/22 116/15
**restrictions [1]** 53/2
**rests [1]** 218/14
**result [1]** 56/11
**results [1]** 186/22
**resume [6]** 64/20 65/16 77/7 130/16 130/23 183/21
**retreat [1]** 214/3
**retreating [2]** 79/12 80/3
**retrieve [1]** 64/23
**return [13]** 24/3 27/25 37/23 38/7 59/6 64/24 65/12 80/19 82/19 83/3 84/22 91/23 92/5
**returned [5]** 30/13 30/16 37/17 38/13 64/22
**returning [2]** 37/15

**review [2]** 139/18 185/9
**reviewed [3]** 8/21 135/12 139/21
**reviewing [1]** 198/12
**Ridiculous [1]** 189/11
**right [143]** 5/16 6/4 6/14 6/20 7/1 7/4 8/1 8/5 9/4 9/12 11/5 11/13 12/3 12/11 12/20 12/22 13/12 15/23 18/3 18/6 18/10 22/9 28/14 35/11 38/19 40/16 40/25 43/24 46/7 46/12 46/21 47/22 48/7 50/15 62/2 69/15 69/17 71/20 75/6 77/16 77/19 79/17 84/13 85/8 86/25 88/6 92/4 93/5 93/21 93/21 97/4 100/1 103/16 112/2 118/23 129/23 130/10 130/11 130/15 131/4 131/7 134/1 135/8 139/3 140/16 140/21 141/8 144/11 145/7 145/14 145/16 145/19 146/2 146/9 146/21 147/6 147/19 147/21 148/13 148/25 149/3 149/4 150/21 153/3 153/4 153/17 154/2 154/3 154/21 156/2 157/2 158/14 160/7 161/6 161/16 162/24 164/15 165/14 165/25 167/10 168/11 169/20 170/14 173/13 177/25 179/14 180/17 181/4 181/5 181/13 181/14 181/14 181/16 182/10 185/18 188/13 188/21 194/14 199/25 201/5 201/7 201/11 201/19 202/10 202/23 205/3 205/15 205/20 207/13 209/21 217/19 217/24 218/16 220/17 220/21 220/22 220/24 221/12 222/12
**right-hand [13]** 75/6 79/17 93/21 93/21 100/1 145/7 153/4 154/3 157/2 158/14 165/14 165/25 167/10
**riot [2]** 213/4 213/4
**rioter [2]** 13/13 15/18
**rioters [17]** 13/12 15/3 17/17 68/15 70/18 71/1 73/17 74/2 75/11 76/15 80/5 85/4 89/3 94/23 98/9 98/12 123/11
**rise [6]** 77/9 77/12 130/18 183/25 184/3 222/14
**RMR [2]** 223/2 223/8
**Rogers [2]** 99/2 118/10

**R**

Rogers... [1] 118/10
role [12] 19/2 19/5 19/6 19/20 20/8 30/18 49/6 49/13 62/21 106/16 123/11 128/6
rolled [1] 203/20
room [7] 86/20 92/16 94/24 97/3 97/16 113/13 117/24
Rotunda [7] 30/11 96/15 105/5 105/18 119/25 120/1 120/2
roughly [1] 94/9
route [1] 27/24
routine [1] 55/12
Routinely [1] 57/4
rule [1] 10/17
ruling [1] 85/18
rulings [1] 10/19
run [1] 111/7
running [2] 128/11 156/19
runs [1] 119/16
rush [1] 122/2

**S**

S214 [2] 23/21 28/21
SA [2] 18/17 131/9
sadly [1] 193/18
safe [10] 37/3 37/12 68/16 111/6 120/7 122/20 195/20 198/13 198/23 209/15
safely [1] 37/17 65/11
safer [2] 33/15 33/20
safety [1] 128/2
said [15] 11/6 29/24 30/12 43/5 43/22 81/7 102/9 107/13 111/10 113/24 125/22 126/10 131/21 135/21 197/7
Saint [1] 1/14
same [31] 6/6 10/17 30/14 52/24 70/18 74/12 75/14 84/3 85/1 85/18 89/14 94/25 96/13 97/16 101/23 102/3 102/15 103/2 103/12 104/7 109/20 122/22 137/17 143/5 151/17 164/10 203/24 219/14 220/2 220/2 220/4
satisfy [1] 222/10
save [1] 47/1
saw [32] 39/15 56/15 72/5 74/23 95/12 107/6 107/18 108/3 108/19 108/25 109/11 109/12 109/14 109/14 114/25 115/1 116/16 117/11 118/7 119/18 122/1 126/15 127/4 128/3 147/3 198/20 200/7 201/10 202/22 206/11 214/9 218/7
say [39] 30/1 40/18

75/20 87/21 108/19 109/20 110/23 111/6 111/14 114/7 116/15 120/7 120/17 120/24 121/8 122/20 123/25 129/5 130/3 130/8 178/12 193/18 197/13 198/13 198/15 198/23 200/12 205/24 207/2 209/15 209/18 209/18 213/6 215/6 216/10
saying [13] 6/23 39/22 44/16 110/22 117/13 127/9 199/9 202/8 215/4 215/5 216/14 216/22 216/23
says [7] 34/22 142/3 142/23 143/3 144/4 173/18 189/2
scaffolding [3] 15/5 15/10 152/12
scan [1] 110/5
scene [3] 73/13 81/5 215/23
schedule [1] 29/19
scheduled [7] 23/1 23/18 23/20 55/10 112/12 112/14 112/15
school [3] 194/18 197/23 197/23
scrambled [1] 94/12
screen [11] 51/12 72/24 79/15 79/17 91/17 112/21 114/10 114/12 154/3 157/2 165/14
screened [1] 112/25
screeners [1] 114/20
screening [9] 53/18 53/21 54/8 86/12 112/24 113/14 114/11 125/19 128/3
scuffle [1] 32/3
seat [1] 72/11
seated [3] 62/7 77/14 184/4
seating [2] 73/3 73/5
seatings [1] 75/1
second [31] 12/6 21/15 23/22 28/20 30/10 30/15 52/7 61/8 62/9 64/4 70/21 73/24 79/22 87/10 89/5 90/11 91/9 91/14 96/12 98/25 101/17 104/7 113/11 136/11 141/23 159/11 176/10 183/1 185/22 188/8 193/16
secondary [1] 12/9
seconds [148] 13/15 35/21 70/11 70/12 73/8 73/23 74/8 74/16 77/21 77/22 78/11 78/12 78/15 83/13 83/22 84/23 85/7 85/13 85/21 86/15 87/4 88/3 90/24 91/12 92/7 93/9 95/5 95/9 97/12

104/11 104/18 105/2 105/8 142/18 142/25 142/25 143/4 143/24 145/1 145/4 146/12 146/17 147/8 147/12 147/13 148/4 148/9 148/14 148/22 149/9 149/21 150/2 150/13 150/18 150/21 151/7 151/7 151/11 151/22 151/23 152/1 152/2 152/25 153/13 153/14 153/19 153/24 154/24 155/8 155/24 156/22 156/24 157/11 157/16 158/11 159/9 159/18 160/3 160/17 160/20 161/11 161/15 162/4 162/5 162/8 162/21 163/23 164/17 165/7 165/8 167/4 167/7 167/19 168/3 168/14 168/23 168/24 169/12 169/13 170/4 170/7 170/16 171/4 171/6 171/20 171/22 171/24 172/14 172/24 173/5 174/22 175/21 176/1 176/2 176/3 176/5 176/10 176/13 176/18 177/2 177/4 177/7 177/19 177/19 178/10 178/12 178/23 179/10 179/21 179/22 179/25 180/14 180/21 180/22 182/8 182/16 183/5 183/12 184/22 186/15 207/22 209/20 213/1 214/11 214/11
Secret [11] 6/8 18/9 19/1 19/2 19/7 19/11 20/1 22/17 25/5 41/24 57/5
section [3] 49/2 54/21 128/4
sections [1] 177/12
secure [10] 33/14 36/9 37/3 43/16 56/4 61/3 64/24 99/14 120/20 120/24
secured [9] 36/15 36/19 36/25 52/17 55/18 62/18 86/7 86/9 99/13
securing [1] 52/20
security [35] 13/5 16/12 24/4 24/19 26/6 27/4 32/4 32/5 33/5 36/12 36/18 38/4 40/15 40/22 53/18 53/23 53/25 54/7 55/15 55/24 59/10 60/13 60/19 61/6 62/24 65/24 66/24 67/15 101/4 112/21 114/15 127/19 128/2 128/19 174/20
see [100] 6/18 7/21

56/10 57/17 70/23 70/25 71/7 71/7 71/8 71/10 71/11 73/16 79/14 79/15 81/11 86/23 87/11 89/4 90/21 94/15 94/16 98/5 101/8 107/10 107/11 107/19 109/16 109/24 110/12 111/16 116/19 116/22 118/9 126/13 127/15 129/8 130/17 134/24 144/15 145/11 145/14 145/16 145/23 146/2 146/19 146/21 147/16 147/18 147/19 147/21 148/16 148/24 152/15 161/2 162/10 169/21 183/10 183/22 188/10 191/13 197/7 199/14 200/8 202/22 203/6 205/17 206/2 206/10 206/21 208/7 208/10 208/11 208/20 209/6 209/16 209/19 210/4 210/11 211/20 212/2 212/7 212/12 212/14 212/22 213/2 213/9 214/9 214/16 214/21 215/4 215/20 215/24 216/8 216/12 217/15 222/12
seeing [8] 26/5 89/13 119/6 119/10 127/14 208/2 208/6 208/17
seem [2] 197/1 198/21
seemed [3] 45/7 106/22 198/25
seems [5] 88/6 113/23 215/12 216/3 222/5
seen [17] 9/8 9/11 11/8 61/19 107/13 109/2 109/6 109/6 109/7 109/9 119/3 126/3 127/12 198/12 202/11 209/11 209/12
Senate [67] 13/11 14/13 15/15 16/2 17/11 22/16 23/20 24/2 28/12 29/3 29/10 29/12 30/5 30/6 30/8 30/14 30/16 30/20 30/24 30/25 31/12 32/23 32/25 33/10 33/12 33/16 33/18 33/19 33/20 34/13 34/16 37/4 37/18 37/24 41/11 43/4 50/10 50/11 62/4 81/20 82/4 83/5 84/4 84/19 85/1 85/24 85/25 86/24 87/1 87/1 87/15 87/18 88/22 90/10 91/9 92/3 92/21 93/4 93/4 93/5 94/4 94/8 95/11 115/3 122/14 128/22 138/11
Senators [12] 16/3 29/3 29/5 29/11 29/25 30/3 30/8 30/20 32/23

send [2] 44/17 193/5
senior [1] 114/8
sent [9] 12/4 17/15 21/9 22/14 22/15 190/6 190/6 190/17 190/22
sentence [1] 120/23
separate [4] 29/11 33/3 69/6 112/18
separated [1] 43/7
separately [1] 10/5
September [1] 49/12
sergeant [3] 21/23 22/16 106/20
serial [1] 174/13
series [5] 75/21 136/17 136/17 136/20 187/8
serve [2] 221/6 222/3
served [3] 21/10 221/8 221/18
Service [11] 6/8 18/9 19/1 19/3 19/7 19/11 20/1 22/17 25/5 41/24 57/5
session [9] 12/25 13/6 16/4 33/2 55/12 55/12 64/20 65/16 184/4
set [10] 24/15 24/16 25/16 47/19 75/1 108/12 114/21 126/16 138/15 138/16
setting [2] 24/14 49/25
seven [1] 49/4
several [12] 16/15 56/16 66/5 88/18 94/14 107/17 116/16 119/4 124/8 125/7 127/18 201/4
Shack [1] 192/19
Shake [1] 194/11
shakiness [1] 215/7
shape [2] 206/12 206/16
shaped [2] 96/16 182/24
share [1] 42/18
shattered [2] 15/17 64/5
she [3] 26/10 31/20 31/20
she's [2] 26/10 31/21
sheltering [1] 16/8
shepherding [1] 44/24
shield [2] 213/4 213/4
shields [1] 193/2
shirt [19] 34/5 134/13 138/21 144/23 146/5 146/6 147/1 148/2 149/14 152/19 154/8 155/6 155/16 156/6 157/7 157/25 160/22 162/11 167/15
shit [1] 196/19
shooting [2] 64/11 123/5
short [1] 63/16
shorter [1] 12/9
shortly [7] 65/18

**shortly... [6]** 130/17 183/22 208/6 208/17 209/16 212/15

**shot [3]** 30/11 194/14 214/22

**shotted [1]** 214/25

**should [17]** 10/11 33/24 42/6 42/10 72/12 115/15 115/19 115/20 116/1 129/5 188/8 188/17 189/12 209/18 209/21 215/5 219/12

**showed [5]** 16/18 69/14 116/16 184/12 204/13

**showing [5]** 10/23 71/17 72/5 94/6 209/12

**shown [35]** 21/6 22/2 23/13 26/2 49/25 51/16 57/12 57/17 67/24 68/6 68/22 72/21 73/6 74/12 74/20 75/21 76/12 81/12 84/17 86/20 87/7 90/18 93/23 94/3 94/21 97/16 101/6 103/25 105/16 107/8 108/14 119/4 119/19 200/2 219/8

**shows [5]** 14/15 26/14 69/5 102/3 183/10

**sic [1]** 144/5

**side [46]** 24/25 30/12 31/11 31/12 32/4 33/19 40/22 41/11 41/11 41/11 41/12 57/25 72/24 75/6 78/11 79/17 81/14 81/20 88/22 90/10 91/17 92/21 93/21 93/21 96/8 100/1 104/2 105/12 111/2 115/19 115/20 133/24 138/11 138/16 145/7 149/14 153/4 154/3 160/23 164/10 164/10 165/14 165/25 166/20 167/10 201/12

**sign [3]** 58/20 116/1 116/2

**signage [8]** 58/15 115/20 116/11 116/13 116/19 125/21 125/22 212/10

**signed [1]** 8/3

**significance [1]** 122/24

**significant [2]** 31/7 40/9

**signs [11]** 111/3 114/17 115/8 115/15 116/14 126/2 212/2 212/12

**similar [5]** 53/22 90/17 118/11 201/9 205/4

**similarly [2]** 6/9 202/4

**since [6]** 45/23 49/11 66/12 96/4 209/16 216/13

**sir [44]** 6/21 7/2 60/17 77/18 78/19 81/13 95/13 97/17 100/4 100/10 101/10 102/14 103/4 105/13 106/11 106/20 107/11 108/7 109/21 109/25 110/18 111/16 115/4 116/25 117/8 117/22 119/8 119/14 119/17 120/4 123/15 124/14 124/23 125/2 125/18 127/3 195/4 198/6 198/11 200/5 200/11 202/6 213/10 217/23

**sit [1]** 94/7

**site [2]** 27/19 27/19

**sitting [4]** 10/3 39/6 135/1 135/3

**situation [7]** 45/17 63/12 121/11 121/16 122/9 124/3 201/9

**six [2]** 13/8 136/4

**size [1]** 207/9

**skip [10]** 75/13 79/1 85/13 89/8 93/11 104/11 153/12 177/3 177/7 180/20

**skipped [1]** 137/1

**sleep [2]** 194/4 196/8

**sleeved [1]** 138/21

**slightly [3]** 30/7 157/18 167/10

**slowly [2]** 47/10 139/23

**small [2]** 100/6 100/8

**smashed [3]** 13/12 13/18 15/19

**snippet [1]** 91/3

**snow [12]** 55/20 57/21 58/16 68/11 68/11 107/12 108/3 108/18 109/4 109/17 125/21 126/3

**so [251]**

**so I think [2]** 5/23 11/9

**so it's [5]** 11/2 86/7 99/25 140/14 182/19

**so this is [5]** 34/12 94/7 96/13 104/8 146/17

**So this one [1]** 190/7

**some [62]** 6/9 6/16 8/23 19/13 23/25 25/1 27/9 29/14 31/16 32/2 32/5 32/8 33/5 33/7 33/18 39/15 41/15 41/20 45/15 47/1 56/17 57/6 60/4 67/4 75/23

**someone [9]** 111/1 114/12 127/5 127/12 127/21 129/16 133/5 150/6 166/19

**something [9]** 42/5 89/13 107/9 111/22 165/24 182/23 183/7 193/14 204/24

**sometime [4]** 40/15 41/5 193/13 197/10

**somewhat [1]** 21/10

**somewhere [3]** 61/16 72/2 207/2

**son [1]** 192/1

**sorry [54]** 19/11 26/20 26/22 27/1 33/25 34/1 38/17 45/4 46/19 47/18 57/10 58/25 63/6 69/13 76/25 77/23 87/21 88/24 91/2 94/7 98/13 102/7 110/18 111/10 111/13 126/7 127/8 128/8 129/4 137/1 143/10 149/3 150/17 153/10 161/14 166/4 168/24 171/24 171/25 174/23 175/22 176/22 180/1 181/6 187/7 189/7 190/18 190/19 191/12 191/14 195/6 196/8 197/7 199/16

**sort [13]** 31/16 32/3 53/18 65/10 72/7 100/6 112/24 115/20 116/15 118/16 204/8 204/22 216/5

**sound [5]** 66/12 70/1 97/22 211/3 211/14

**sounded [2]** 31/16 32/2

**sounds [3]** 41/14 107/21 111/18

**source [2]** 135/18 135/21

**sources [2]** 135/16 135/18

**south [2]** 55/21 91/24

**spanned [1]** 15/24

**speak [4]** 32/25 43/21 69/25 143/16

**speaker [1]** 69/24

**Speaker's [5]** 96/1 96/8 96/12 96/15 96/17

**speaks [2]** 85/8 98/13

**special [13]** 12/1 21/5 25/11 27/3 46/15 131/2

**someone [9]**

132/15 139/17 141/9 141/25

**specialist [2]** 65/25 174/3

**specific [6]** 35/12 39/9 40/24 44/9 199/20 218/24

**specifically [5]** 24/21 30/19 43/20 44/22 53/1

**specifics [2]** 44/3 114/1

**speculation [5]** 67/11 76/17 87/19 152/13 183/8

**spell [1]** 131/16

**spent [1]** 198/8

**spiral [3]** 95/25 96/11 96/13

**spirit [1]** 195/4

**split [1]** 30/3

**spot [1]** 15/2

**spray [1]** 216/5

**squad [2]** 67/7 132/21

**squads [3]** 55/19 56/18 70/25

**square [2]** 55/21 125/20

**staff [8]** 53/7 56/19 111/20 122/16 128/22 129/5 129/6 129/6

**staffer [1]** 114/8

**stage [3]** 219/4 220/7 220/15

**staged [1]** 64/23

**stair [1]** 96/11

**staircase [6]** 34/14 80/2 90/7 90/9 91/23 96/4

**stairs [31]** 15/4 15/13 34/4 34/13 34/14 74/3 75/2 78/21 79/19 80/17 82/25 88/22 92/10 92/23 92/25 95/25 96/13 104/24 114/21 116/7 116/24 117/21 119/23 125/10 125/14 200/4 200/16 200/17 200/21 201/9 214/12

**stairway [3]** 89/3 89/5 89/5

**stairwell [1]** 163/1

**stakeholders [1]** 123/15

**stamp [11]** 34/17 93/23 95/14 98/1 100/24 102/18 138/4 144/3 175/20 176/5 176/13

**stanchion [1]** 68/3

**stanchioning [1]** 73/3

**stanchions [2]** 74/25 114/17

**stand [3]** 71/9 82/5 87/7

**standard [3]** 53/25 61/2 113/5

**standing [3]** 34/4 43/6 166/10

**stands [5]** 77/10 130/19 183/25 187/17 222/15

**stars [1]** 144/14

**start [11]** 42/4 112/13 140/24 147/11 151/21 160/16 169/11 205/8 218/10 220/16 220/23

**started [4]** 12/22 41/1 117/15 120/12

**starting [14]** 9/19 136/8 148/8 150/1 156/22 165/6 166/14 167/4 169/11 171/4 172/13 176/2 179/20 188/24

**state [7]** 11/8 21/12 21/20 22/1 37/8 42/17 48/20

**statement [7]** 18/5 31/21 111/22 122/25 188/8 188/16 189/15

**statements [1]** 188/11

**STATES [24]** 1/1 1/3 1/10 5/3 18/25 19/15 48/24 49/11 50/11 51/18 52/8 52/21 52/24 58/22 67/6 135/13 136/15 136/25 137/2 137/3 138/2 174/4 174/7 220/14

**states' [2]** 6/7 29/9

**static [2]** 6/17 195/23

**stationed [1]** 132/8

**Statuary [8]** 30/11 96/25 97/4 97/15 97/25 99/1 113/7 113/10

**status [1]** 109/4

**stay [5]** 30/25 42/19 182/14 182/25 195/20

**stayed [2]** 30/4 33/2

**steal [2]** 14/6 142/3

**stenography [1]** 2/7

**step [3]** 46/15 130/14 217/22

**steps [22]** 13/17 13/18 13/19 32/14 73/18 73/19 78/11 91/10 105/4 105/6 105/11 105/19 107/9 114/17 114/19 119/20 119/25 120/1 120/2 138/16 138/16 217/3

**stew [2]** 189/5 192/22

**STEWART [8]** 1/6 5/4 13/8 39/11 133/2 133/12 134/5 138/6

**Stewart Parks [1]** 39/11

**sticking [3]** 206/2 206/11 206/21

**still [9]** 33/14 48/1 52/3 126/13 159/9 173/19 177/13 210/21 214/25

**still-shotted [1]** 214/25

**stips [1]** 35/4

**stipulated [2]** 16/24

**stipulated... [1]** 34/24
**stipulation [12]** 47/3
84/10 136/2 136/9
136/18 136/21 136/24
137/1 137/25 139/4
173/17 184/12
**stipulations [7]** 9/8
35/2 35/13 136/6
136/14 137/5 138/24
**stole [1]** 16/11
**stolen [1]** 129/18
**stood [1]** 15/7
**stop [25]** 14/6 14/21
14/22 15/1 61/5 70/12
116/23 117/6 142/3
142/18 143/24 161/16
162/3 163/16 179/24
180/13 182/3 182/7
192/3 194/2 194/20
196/12 197/19 209/24
212/5
**stopped [2]** 120/25
210/3
**stopping [2]** 9/19
44/12
**stops [1]** 209/22
**Stories [4]** 139/14
143/10 143/13 186/13
**Story [3]** 142/9 143/11
143/20
**straight [2]** 30/10
30/11
**strategy [1]** 120/10
**streamline [1]** 9/14
**Street [5]** 1/17 1/22
110/10 110/11 110/14
**strike [1]** 64/12
**strings [1]** 208/21
**stripes [1]** 144/13
**structure [1]** 72/23
**Stuart [1]** 139/10
**stuck [1]** 61/21
**stuff [1]** 109/2
**Su [1]** 94/14
**subject [3]** 48/8 64/14
89/20
**subjects [2]** 54/12
65/18
**submit [2]** 218/23
218/25
**submitted [3]** 53/14
141/14 221/25
**subpoena [3]** 221/2
221/18 222/8
**successful [2]** 44/11
123/22
**such [8]** 25/13 27/16
31/9 31/15 130/4 130/4
194/3 194/5
**sudden [1]** 221/13
**sufficient [1]** 71/23
**suggest [2]** 123/10
219/12
**suit [1]** 135/4
**suite [6]** 1/22 96/1 96/8
96/12 96/16 96/17
**Supervisory [1]** 174/3

**supported [1]** 24/2

**supposed [5]** 44/2
44/4 44/20 218/2
219/13
**sure [26]** 7/7 8/11
10/11 11/6 24/12 34/21
37/11 69/16 71/20
90/22 94/15 108/7
117/18 120/22 127/3
131/17 140/13 142/2
142/22 156/14 158/4
189/1 206/7 210/18
218/2 218/4
**surrounding [4]** 13/3
24/4 52/22 59/11
**sustain [1]** 183/9
**sustained [2]** 25/8
64/15
**SWAT [1]** 16/18
**sweatshirt [1]** 149/18
**sweep [1]** 38/4
**switched [1]** 123/11
**switching [2]** 7/19
124/1
**sworn [4]** 18/17 48/15
123/14 131/9
**system [5]** 65/19 65/21
66/7 119/2 119/3

**T**
**table [2]** 101/9 173/3
**tables [1]** 135/3
**take [27]** 7/16 8/25 9/1
9/5 9/18 12/20 17/20
55/10 59/14 59/20 61/6
63/11 72/10 77/5 77/7
86/25 92/2 130/16
154/16 159/25 162/19
172/10 183/20 205/14
210/13 218/4 220/11
**taken [8]** 55/15 56/4
71/16 92/1 120/11
138/14 174/10 210/22
**takes [1]** 5/24
**taking [5]** 56/1 60/24
109/9 196/5 220/6
**talk [5]** 7/20 106/16
199/25 201/20 215/11
**talked [4]** 42/23 108/8
108/11 185/6
**talking [23]** 46/2 108/2
114/15 119/13 122/20
128/12 129/13 190/4
193/8 199/12 199/18
199/19 199/22 200/17
200/22 201/2 201/3
203/24 212/10 212/10
213/24 214/23 215/1
**tandem [1]** 75/25
**Task [1]** 132/17
**tasked [1]** 19/13
**tear [2]** 14/20 64/7
**television [1]** 135/20
**tell [17]** 19/10 52/5
54/25 91/2 91/18
114/16 117/17 117/19
146/7 151/3 175/15
189/21 199/9 212/1

**ten [9]** 73/7 78/15
83/13 83/22 91/11
105/2 132/9 132/11
171/24
**Tennessee [4]** 132/3
197/23 222/1 222/2
**tenure [1]** 132/10
**term [4]** 45/16 135/21
200/14 204/23
**terms [11]** 11/18 11/19
79/15 79/18 89/23
121/8 121/8 128/8
135/16 143/16 219/7
**Terrace [27]** 15/14
50/16 67/25 69/10 70/8
70/19 73/20 73/21 74/4
75/2 75/3 78/11 78/12
79/13 80/5 80/18 81/13
82/3 82/15 83/1 83/1
83/20 84/3 90/19 104/3
115/6 116/6
**terrible [2]** 193/11
194/5
**terrific [2]** 9/21 130/10
**terrorism [3]** 132/17
132/19 196/6
**testified [2]** 26/10
41/14 76/22 101/4
**testify [3]** 75/23 174/2
174/4
**testifying [1]** 31/21
**testimony [17]** 6/11
12/15 12/18 47/5 64/16
77/17 115/25 119/22
130/14 137/5 139/19
139/24 163/19 164/1
183/23 185/10 217/23
**text [2]** 142/1 191/15
**than [24]** 9/19 14/13
33/15 39/21 39/23
61/10 67/17 75/12
75/19 76/4 80/25 88/6
89/16 106/24 110/22
111/11 143/8 171/24
174/1 187/2 194/17
197/14 206/16 217/3
**thank [96]** 7/25 8/8
9/22 11/4 18/1 18/2
18/5 18/12 32/17 35/9
35/17 38/16 38/21 46/7
46/16 46/23 48/10
49/20 72/10 72/15 77/8
78/3 79/8 82/18 83/2
87/3 87/13 88/2 89/7
89/25 90/1 90/12 91/4
93/6 95/2 95/17 96/18
97/7 99/18 100/18
102/6 102/21 103/5
103/18 105/24 106/4
106/5 119/9 130/13
131/1 131/6 139/2
141/23 144/1 145/1
145/5 145/9 148/21
149/1 149/23 150/4
150/20 151/25 154/2
150/20 151/25 152/4
149/12 154/16 157/13
158/5 160/2 166/5

173/22 175/10 177/6
178/11 180/24 181/11
182/19 183/22 183/24
184/7 186/4 187/10
195/24 195/25 198/2
209/3 210/13 214/6
217/18 217/22 218/11
222/9 222/12
**thank you [77]** 7/25
8/8 11/4 18/1 18/5
18/12 35/9 35/17 38/16
38/21 46/7 46/23 48/10
49/20 72/15 77/8 78/3
82/18 83/2 88/2 89/7
89/25 90/1 91/4 93/6
95/2 95/17 96/18 97/7
100/18 102/6 102/21
103/5 103/18 106/4
119/9 130/13 131/1
131/6 139/2 141/23
144/1 145/1 145/5
145/9 148/21 149/1
149/23 150/4 150/20
151/25 152/4 154/12
158/5 160/2 166/5
166/17 169/15 173/22
175/10 177/6 178/11
180/24 181/11 183/24
184/7 187/10 195/24
195/25 198/2 209/3
214/6 217/18 217/22
218/11 222/9 222/12
**Thank you very much
[3]** 9/22 46/16 210/13
**thanks [20]** 48/19
148/6 156/15 160/20
162/7 162/18 163/10
165/9 165/11 165/22
167/2 170/18 171/16
172/10 176/8 176/16
179/5 179/17 186/18
191/18
**that [894]**
**That'll [1]** 51/24
**that's [126]** 5/25 6/14
9/21 9/21 10/8 14/12
16/10 23/7 23/13 23/14
34/8 35/15 39/7 40/6
50/7 53/21 57/6 62/2
67/20 68/11 69/15
71/25 73/4 75/22 78/25
81/12 81/13 81/19 82/3
83/20 84/20 86/25
90/20 91/1 91/9 92/12
94/13 94/22 95/5 95/8
95/25 96/25 99/24
100/1 100/2 104/23
105/16 106/1 107/9
110/5 115/13 118/5
120/21 121/24 125/11
129/8 130/2 132/10
132/12 134/5 134/7
134/22 146/16 148/21
149/16 150/20 152/11
157/19 159/7 159/16
160/13 160/19 161/1
161/5 162/4 163/5

246
163/23 164/13 165/17
166/2 166/9 166/12
166/23 168/10 168/18
169/6 169/15 169/19
170/13 171/10 172/19
173/12 175/9 176/22
177/24 179/2 179/13
180/9 180/14 181/3
182/7 182/11 185/1
186/17 187/3 188/9
191/16 192/17 193/11
198/19 201/25 202/19
203/16 203/19 206/13
206/19 208/24 209/14
211/23 215/9 215/22
215/25 217/8 218/12
221/9 221/22
**theft [3]** 17/18 127/24
220/9
**their [19]** 14/17 14/20
15/8 21/1 31/14 32/6
33/3 53/14 53/16 55/7
94/8 98/5 113/19
122/17 122/18 130/24
146/2 204/3 213/14
**them [62]** 5/19 8/25 9/1
10/16 14/21 24/14
35/11 36/9 41/20 42/2
43/16 44/16 44/24
44/24 48/1 53/18 55/6
55/7 62/10 62/19 62/20
64/24 67/2 92/1 92/2
94/16 107/17 108/23
109/24 113/1 114/9
114/9 114/10 114/16
117/2 117/12 117/24
118/4 122/4 124/17
125/15 126/15 128/8
128/19 134/1 134/19
136/4 140/7 144/18
155/13 158/3 160/10
167/12 169/3 171/1
172/6 172/18 174/13
175/6 198/13 204/10
213/19
**themselves [4]** 99/14
103/15 122/18 129/2
**then [62]** 6/6 7/16 8/2
9/7 9/17 11/25 15/1
23/21 23/24 23/25
25/16 29/4 29/11 29/25
30/5 30/21 32/1 32/24
40/5 40/8 41/7 41/16
43/5 43/7 44/15 47/19
61/5 64/10 64/23 65/13
75/15 89/24 100/7
104/11 110/18 111/20
113/1 114/23 119/10
119/18 123/22 123/23
124/16 136/21 139/2
140/17 144/12 145/19
147/12 161/11 162/6
173/3 180/22 183/14
202/20 204/20 205/7
207/14 215/20 221/10
221/21 221/25
**theories [1]** 8/23
**there [225]**

**T**

there's [41] 5/21 6/9
7/14 7/21 47/9 54/9
54/10 66/12 80/24
80/25 86/11 89/11 92/2
97/22 100/5 113/14
114/4 115/13 115/18
120/21 121/7 129/5
136/18 136/21 136/24
143/13 145/11 149/14
154/19 160/22 161/2
164/11 170/20 182/23
189/15 197/20 203/23
204/13 212/7 213/3
219/12

therefore [1] 219/21
these [51] 5/8 6/19 9/2
22/2 22/3 27/13 27/14
29/17 32/9 37/10 39/10
45/14 46/3 53/25 56/6
59/19 67/4 68/6 69/7
69/7 74/2 78/7 78/11
82/25 92/25 101/2
105/4 105/19 107/7
108/2 116/16 116/17
122/1 124/25 137/4
141/9 186/20 187/13
188/11 198/8 198/9
198/12 198/14 206/14
206/25 208/25 211/5
211/21 216/12 217/12
217/15

they [224]
they'd [1] 110/22
they'll [1] 189/9
they're [38] 53/15
67/10 67/14 68/15
75/11 76/15 76/23 80/4
80/5 87/9 87/17 91/24
96/10 96/16 98/11
98/18 99/1 111/21
113/3 116/7 129/24
142/23 143/3 146/7
146/23 147/22 153/5
157/3 187/15 198/14
198/19 201/22 202/4
204/9 204/20 214/1
214/12 218/2

they've [5] 67/17 87/14
87/14 92/17 112/23
thing [3] 137/17 194/4
194/5
things [11] 5/15 9/14
39/23 45/7 108/3
110/21 120/8 120/11
144/6 197/11 210/16
think [46] 5/14 5/19
5/23 7/24 8/21 9/1 9/5
10/17 10/18 11/9 11/24
21/2 22/17 41/24 46/4
47/25 48/1 71/4 76/3
76/23 82/7 89/15
117/23 118/13 128/24
139/1 140/6 161/13
164/21 165/20 188/9
188/18 191/17 192/3
192/20 197/3 197/7
210/17 213/1 215/7

219/22 220/4 220/9
thinking [2] 53/1 193/6
third [8] 62/9 64/3 99/7
136/19 186/21 186/23
187/2 209/18
third-party [2] 136/19
209/18
this [322]
This is [1] 5/3
those [90] 6/13 6/14
7/11 7/13 7/14 8/5
13/18 20/11 20/11 22/4
23/10 30/18 34/13 36/4
38/7 41/13 47/9 47/23
48/7 53/17 55/8 55/16
55/23 55/23 63/25
68/11 70/15 73/19 75/2
75/8 75/9 78/24 82/3
85/4 100/9 101/6
103/15 103/24 103/25
108/3 108/17 108/17
109/22 112/9 114/5
114/11 116/19 117/21
118/8 118/20 119/5
119/6 119/7 119/10
119/10 120/2 121/20
123/23 124/2 124/6
126/13 127/1 127/17
128/4 128/6 128/10
135/18 135/23 140/1
140/13 140/21 141/13
141/14 143/4 147/2
154/4 156/12 156/18
170/21 177/12 183/5
186/15 189/18 189/19
197/16 200/13 204/17
213/19 220/8 220/15
threat [8] 54/11 54/11
121/22 121/23 121/23
121/24 122/19 123/3
threats [1] 27/22
three [7] 5/18 7/11
11/21 36/4 69/5 78/7
168/3
throng [2] 44/20
117/15
through [34] 5/18
13/13 14/18 15/23
30/11 38/4 47/15 47/17
53/16 53/23 54/2 54/9
56/15 101/2 101/9
111/3 112/5 112/10
112/24 113/4 114/5
114/14 115/15 125/5
125/9 125/10 139/6
139/11 198/9 198/20
205/8 210/16 212/3
212/8
throughout [2] 55/8
137/5
thrown [3] 188/9
188/17 189/12
thru [2] 48/12 48/12
tide [1] 45/16
tie [1] 135/4
till [10] 155/21 158/6
163/11 167/19 168/19

177/9 179/16
time [100] 10/8 12/15
13/1 14/11 15/11 20/19
23/1 28/13 30/3 31/4
32/3 32/19 32/21 34/17
36/14 37/24 39/20
40/12 40/13 40/24 41/8
43/9 44/5 45/6 46/2
46/5 47/1 54/18 59/23
60/3 60/4 60/25 61/11
61/12 61/13 61/16
61/17 61/21 62/14
62/15 65/1 65/14 65/15
66/1 76/7 80/20 89/17
93/23 94/11 95/14 98/1
99/10 100/24 102/18
106/19 106/20 110/1
110/4 110/23 110/25
111/3 118/24 118/25
121/12 122/22 123/11
123/25 124/10 124/11
125/8 126/19 130/4
130/14 133/1 133/4
138/4 139/10 144/3
175/20 176/5 176/13
187/12 187/17 187/18
190/5 190/16 190/21
191/1 193/19 198/9
206/3 207/16 209/7
209/16 213/18 216/3
216/12 218/20 218/23
221/1
timeline [1] 136/12
times [8] 16/15 29/13
39/24 41/12 107/14
198/19 204/7 205/10
timing [4] 11/18 11/19
39/14 218/6
tips [1] 141/14
title [3] 19/2 48/21
131/22
titled [2] 136/11 223/4
today [16] 5/12 8/20
11/19 13/16 16/19 53/7
130/14 134/24 139/19
139/24 163/19 164/1
185/10 191/22 192/12
199/21
together [1] 9/24
told [7] 42/14 43/20
43/23 45/23 122/16
128/23 221/23
Tom [1] 94/13
tomorrow [9] 11/20
12/16 218/10 218/17
220/17 220/22 220/23
221/8 222/7
tonight [1] 220/20
too [3] 92/24 195/9
195/10
took [7] 61/23 92/23
107/17 123/25 194/18
197/14 197/16
top [20] 34/17 71/8
93/23 95/14 98/1
102/18 103/13 107/9
110/15 114/21 116/24

148/24 162/13 175/20
197/8 201/9 203/18
topics [1] 9/9
total [4] 11/22 19/8
49/10 132/12
tourists [1] 53/9
toward [3] 15/4 56/2
119/21
towards [15] 12/15
14/18 68/25 69/9 70/9
79/12 87/17 88/8
102/16 102/17 103/13
119/22 156/19 201/21
216/1
town [4] 12/10 24/23
220/17 220/19
track [1] 174/13
training [1] 37/22
transcript [3] 1/9 2/7
223/3
transcription [1] 2/7
Transit [1] 136/16
transition [1] 219/21
transmit [1] 222/1
transport [1] 133/14
trapped [1] 33/20
travel [1] 30/8
Tread [1] 17/5
trial [8] 1/9 5/12 8/3
8/11 10/14 10/15 89/20
174/3
tried [1] 117/6
trip [3] 194/18 197/13
197/14
trippy [1] 196/16
trouble [1] 193/6
true [8] 6/6 22/3 28/17
51/19 52/9 219/14
220/2 220/4
trump [2] 144/8 191/22
try [6] 7/6 122/10
124/17 204/10 214/4
214/15
trying [19] 7/18 7/21
8/24 32/9 67/8 68/15
113/16 114/1 116/23
122/23 122/23 123/9
123/10 123/19 123/19
124/1 152/10 216/8
217/16
turn [5] 15/1 77/23
77/25 88/6 92/4
turned [6] 45/16 88/8
89/4 91/25 93/2 203/14
turning [4] 87/17 87/22
91/24 163/1
TV [1] 65/19
twice [3] 215/13
215/18 215/19
two [36] 11/25 12/2
29/14 63/16 78/24
85/21 89/16 92/2 100/5
100/9 103/24 104/2
129/20 134/17 141/9
144/15 146/21 150/17
154/4 155/1 155/12
156/3 156/12 156/18

150/2 157/15 160/8
162/25 167/9 169/2
172/5 172/17 175/5
186/12 186/20 191/16
tying [1] 217/2
type [2] 42/5 101/13
types [2] 128/3 128/6
typical [2] 86/1 101/1
typically [4] 20/8 21/24
34/14 101/13

**U**

U.S [31] 18/9 20/14
41/2 41/22 41/23 49/13
57/16 66/15 68/1 68/4
68/5 68/24 69/10 70/19
81/14 84/20 84/21
120/12 132/24 137/10
137/20 138/7 138/12
138/16 156/19 170/22
171/1 173/24 203/12
205/25 221/23
U.S. [4] 93/4 94/4 94/8
138/3
U.S. Capitol [1] 138/3
U.S. Senate [3] 93/4
94/4 94/8
ultimate [1] 76/5
ultimately [4] 76/4 81/7
89/22 129/12
unable [1] 7/5
unauthorized [10] 32/5
33/18 37/6 37/10 37/13
38/3 40/21 43/18 44/7
114/22
under [7] 18/11 45/7
45/9 46/22 125/6 131/5
169/15
underneath [1] 74/25
understand [4] 39/22
108/7 129/20 219/19
understandable [1]
60/5
understanding [11]
29/2 30/2 32/19 33/7
39/14 106/23 123/8
143/17 205/21 220/18
221/17
understood [2] 29/8
219/21
unduly [1] 11/12
unfortunate [1] 73/11
unfortunately [1]
207/17
unfurled [1] 203/10
unidentified [1] 32/9
uniform [1] 31/15
unit [1] 126/8
UNITED [25] 1/1 1/3
1/10 5/3 6/7 18/25
19/15 48/24 49/11
50/11 51/18 52/8 52/21
52/24 58/22 67/6
135/13 136/15 136/25
137/2 137/3 138/2
174/4 174/7 220/14
United States [20]
18/25 19/15 48/24

**U**

United States... [17]
49/11 50/11 51/18 52/8
52/21 52/24 58/22 67/6
135/13 136/15 136/25
137/2 137/3 138/2
174/4 174/7 220/14
United States' [1] 6/7
units [1] 33/3
Universal [1] 187/17
unlawfully [2] 16/22
63/19
unless [4] 6/3 89/10
121/10 140/10
unsafe [1] 38/2
until [62] 14/22 16/16
16/18 30/1 37/2 38/7
45/11 64/20 64/24
74/17 75/15 77/21 79/3
79/22 80/21 85/14
88/10 90/2 92/13
101/17 101/17 146/12
147/7 148/9 149/9
149/21 150/1 150/13
151/23 152/2 152/25
153/10 153/14 153/24
154/10 154/14 155/8
155/24 156/24 157/11
157/15 159/9 159/18
160/3 166/25 170/4
170/15 171/12 171/19
172/24 173/5 173/14
176/9 177/3 178/3
179/22 180/2 182/15
183/1 183/12 183/15
209/22
unzoom [1] 183/14
up [157] 7/17 8/25 8/25
9/1 9/18 10/21 14/10
15/13 16/18 24/14
24/15 24/16 25/16
25/24 33/21 34/16 36/8
40/3 49/21 50/23 52/2
53/2 58/9 61/7 65/2
65/7 65/11 66/3 66/8
68/3 68/17 69/2 70/10
70/20 71/2 72/1 72/16
73/18 74/2 75/1 75/2
77/2 77/20 79/19 81/3
81/21 82/5 82/8 83/12
84/6 85/7 89/5 89/23
90/13 91/5 93/1 94/18
95/18 95/25 96/11
96/17 96/20 99/19
101/21 102/1 103/19
104/6 104/17 105/16
107/17 107/18 108/9
108/12 111/3 115/18
116/10 116/17 117/7
117/21 118/3 125/10
126/13 126/16 127/5
127/13 128/11 133/18
134/15 136/1 141/21
142/13 145/19 146/10
148/7 151/6 151/11
155/8 157/14 157/18
159/21 160/16 162/5
163/14 163/22 164/3
171/22 173/2 173/9
173/21 177/19 179/25
180/1 184/6 184/18
185/3 187/5 189/9
191/5 191/12 191/15
192/5 192/23 193/9
193/21 194/21 195/2
195/10 200/3 200/16
200/17 200/21 200/23
201/20 202/23 203/20
204/21 205/19 207/18
209/2 209/20 211/14
211/15 211/25 213/4
214/12 214/15 215/3
215/13 215/15 215/16
215/16 215/18 215/19
220/24
upcoming [1] 32/7
updated [1] 8/6
upon [2] 26/6 108/5
upper [37] 15/13 16/12
68/3 73/20 74/4 75/3
78/12 79/12 80/4 80/17
81/13 82/3 82/15 82/25
83/20 84/3 90/19
100/23 101/23 102/3
102/9 103/2 103/12
102/4 104/3 104/3
104/14 104/23 104/24
105/21 105/23 114/2
115/6 119/8 119/9
119/19 161/18
upside [3] 203/10
203/21 211/1
upside-down [3]
203/10 203/21 211/1
upstairs [1] 125/17
ur [1] 194/2
us [20] 7/16 10/6 19/10
24/13 34/20 48/19
51/11 52/5 54/25 58/20
61/2 67/3 93/19 94/6
98/6 142/23 143/3
151/3 194/18 197/14
USAO [2] 1/13 1/17
USCP [4] 138/4 174/10
174/18 174/19
usdoj.gov [2] 1/15
1/20
use [14] 8/22 21/22
21/24 42/3 42/14 42/14
54/11 86/6 86/11
121/13 213/19 216/5
220/13 220/14
used [13] 42/6 86/2
86/6 100/15 100/17
101/13 108/23 126/24
135/21 139/9 174/7
200/25 217/10
user [3] 14/9 139/8
139/15
uses [1] 174/18
using [4] 6/17 7/20
51/12 68/13
USPC [1] 174/13
usually [3] 23/15 116/1
143/19

utilize [2] 34/15 121/12
utilized [1] 55/19

**V**

value [2] 80/25 173/25
various [1] 201/10
verbal [1] 199/12
versus [2] 5/4 121/9
very [15] 9/22 14/23
46/16 53/22 63/4 63/8
66/7 109/7 130/13
157/19 169/22 172/5
183/22 208/6 210/13
vestibule [2] 100/7
100/8
via [3] 110/4 110/9
141/14
Vice [40] 20/17 20/18
20/19 21/1 21/25 22/24
23/21 24/1 27/7 28/7
28/9 28/20 28/23 29/2
29/4 29/11 29/21 29/23
29/24 30/5 30/8 30/17
30/23 32/15 32/22
32/24 33/9 33/11 34/15
35/24 36/5 36/14 36/17
36/22 37/3 37/16 37/23
38/12 41/9 100/12
vicinity [3] 27/10 70/18
72/8
video [193] 5/22 11/8
13/20 16/13 17/19
34/18 34/23 35/20
35/22 36/7 67/21 69/3
69/18 69/22 70/5 70/13
70/24 71/14 71/16
71/19 72/6 73/9 73/25
74/10 74/18 74/20
75/14 75/16 77/21 78/4
78/16 79/4 79/11 79/24
80/11 80/12 80/22 81/8
83/14 83/23 84/22 85/8
85/14 85/15 86/16 87/4
88/4 89/9 89/12 89/22
90/4 90/17 90/22 90/25
91/16 92/8 92/14 93/10
93/17 95/15 95/20
97/10 97/21 98/4 98/6
98/13 99/21 100/24
101/16 101/18 103/22
104/6 104/7 104/8
104/19 105/3 105/9
118/9 119/19 127/14
127/15 135/12 135/20
135/20 136/15 136/19
141/3 141/6 142/14
142/19 143/5 143/21
143/25 144/3 145/2
146/13 147/9 147/11
147/14 148/5 148/10
148/20 149/10 149/22
150/3 150/14 151/9
151/18 151/24 152/3
153/1 153/11 153/15
153/25 154/11 154/15

155/25 156/16 156/18
156/23 157/12 157/17
158/8 158/12 159/25
160/5 160/18 161/9
161/12 162/2 162/22
163/12 163/15 164/18
165/10 166/15 167/1
167/5 167/20 168/1
168/13 168/21 168/25
169/9 170/5 170/17
171/17 171/21 172/2
172/15 173/6 173/15
175/3 175/14 175/25
176/6 176/11 176/14
176/19 177/5 177/10
177/17 178/5 178/8
178/21 179/7 179/18
179/23 180/3 180/12
180/23 182/2 182/17
183/2 183/10 183/16
184/19 186/16 200/22
202/11 204/13 207/20
207/24 209/4 209/12
209/17 211/13 212/4
212/15 216/2
videos [42] 10/23 69/7
69/7 70/15 75/21 75/23
76/5 109/10 116/16
116/22 117/11 118/7
135/19 135/23 141/13
164/10 193/5 198/9
198/12 198/14 198/20
199/5 199/11 199/18
200/2 200/7 200/13
201/10 201/15 205/14
206/15 208/25 209/6
209/11 209/17 209/18
209/18 210/18 211/5
215/15 216/12 217/15
vids [1] 197/17
view [9] 84/19 101/23
102/3 102/15 103/2
119/13 206/8 210/8
214/21
viewed [3] 75/25
206/14 220/10
viewing [1] 219/2
views [1] 107/7
visible [1] 75/18
visit [2] 23/18 25/5
visiting [4] 20/21 22/20
23/10 25/13
visitor [2] 53/21 113/12
visitors [9] 53/11 53/17
86/12 86/23 101/5
112/18 112/22 113/2
113/15
visits [2] 20/10 27/13
visually [1] 108/25
volume [1] 31/15
voluntarily [2] 45/15
45/19
vote [3] 55/13 55/14
136/12
votes [5] 24/22 27/7
29/7 29/9 30/3
vs [1] 1/5

waiting [3] 16/8 47/7
205/18
waiver [1] 8/3
walk [5] 53/23 54/2
54/9 101/9 125/10
walk-through [4] 53/23
54/2 54/9 101/9
walked [1] 111/3
walking [7] 43/3 91/19
91/20 198/15 198/19
214/12 215/21
walks [1] 215/20
wall [3] 75/5 118/3
118/16
walls [1] 124/6
wand [27] 16/11 17/19
17/20 54/5 54/7 54/11
101/12 114/5 119/5
128/17 128/23 136/25
173/9 173/24 174/17
178/1 179/15 180/19
205/9 205/15 206/15
206/25 215/12 215/20
215/24 220/11 220/14
wands [7] 113/21
127/10 127/12 127/17
174/12 174/16 174/19
wanna [1] 189/10
want [19] 7/7 7/7 10/12
10/16 15/23 19/22 24/3
30/1 106/16 135/2
136/4 143/20 145/22
173/17 201/8 202/17
212/20 218/19 221/7
wanted [4] 8/12 8/19
120/22 161/14
wanting [1] 123/17
wants [3] 12/14 12/14
195/7
warnings [1] 58/18
was [330]
Washington [9] 1/5
1/18 1/23 2/5 14/5
49/17 187/18 190/5
191/1
wasn't [10] 13/24
13/25 33/1 43/5 45/11
123/9 125/15 193/18
203/15 203/17
watch [3] 77/6 163/18
163/25
watched [8] 13/18
13/19 15/7 151/18
183/5 186/12 199/21
215/16
water [1] 213/15
waved [1] 17/5
way [27] 14/6 14/10
14/17 14/20 16/6 16/10
24/8 32/6 53/7 77/25
87/16 87/18 89/3
109/19 124/5 126/16
126/25 127/16 142/3
142/19 189/2 194/15
194/17 195/3 212/13
212/17 213/19
we [260]

**we believe [1]** 17/25
**we utilized [1]** 55/19
**we will [3]** 61/5 77/7 140/9
**we would [1]** 12/12
**we'd [4]** 47/11 51/21 52/11 80/23
**we'll [20]** 12/20 17/23 18/4 24/3 51/11 130/16 140/9 208/6 208/7 208/10 208/11 208/17 218/9 218/21 218/23 218/25 220/16 220/22 220/23 222/12
**we're [30]** 7/24 10/9 15/11 35/10 36/8 46/2 52/5 58/12 71/4 80/10 95/21 102/17 108/2 122/20 123/14 148/22 150/21 154/20 190/4 203/24 206/24 208/2 209/16 209/22 212/1 213/1 213/3 213/13 217/1 218/24
**we've [6]** 108/23 108/23 119/2 198/12 202/11 210/17
**weak [1]** 15/2
**weapon [1]** 213/20
**weapons [1]** 38/5
**wear [1]** 31/14
**wearing [57]** 134/8 134/9 134/10 134/12 135/2 135/4 138/19 138/21 144/21 144/22 145/24 145/25 146/5 146/7 146/23 146/24 147/1 147/22 147/23 147/25 148/1 149/2 149/7 149/17 149/18 150/7 150/8 150/25 151/1 151/14 151/15 152/18 152/19 152/22 152/23 153/6 153/20 153/22 155/2 155/4 155/5 155/16 155/18 156/4 156/5 157/3 157/6 157/8 157/25 158/1 161/23 162/15 163/6 163/8 172/21 178/17 178/18
**week [1]** 222/4
**weeks [3]** 53/1 53/5 125/7
**welcome [5]** 18/14 46/24 77/15 96/19 131/7
**well [62]** 7/5 8/7 10/3 10/11 11/6 12/20 12/22 19/14 19/21 20/25 22/17 22/18 24/1 24/8 28/16 29/20 39/16 40/15 41/4 42/3 51/24 55/19 57/5 57/7 61/19 61/19 65/1 84/6 85/17 86/10 95/7 96/3 104/12 108/8 109/9 112/13

115/16 120/8 121/7 122/1 122/9 123/1 123/2 123/8 124/10 124/20 127/4 129/10 182/14 193/17 199/5 201/1 204/16 208/7 208/10 208/12 212/13 213/14 214/25
**went [20]** 13/14 25/18 25/19 85/20 93/1 107/22 111/1 117/19 117/20 120/15 120/17 122/22 127/19 128/3 191/22 200/17 200/21 201/20 216/18 217/2
**were [247]**
**weren't [8]** 38/5 124/19 195/7 200/13 201/4 201/15 204/16 210/18
**west [51]** 14/17 14/18 14/20 14/23 15/14 24/24 32/4 40/22 41/11 50/16 55/22 57/16 66/15 67/25 67/25 68/24 69/9 69/10 70/8 70/19 72/6 73/20 73/21 74/4 75/2 75/3 78/10 78/11 78/12 78/12 78/21 79/12 80/4 80/17 81/13 81/14 82/3 82/14 82/15 82/17 82/25 83/1 83/20 84/3 90/19 91/1 104/3 111/2 116/6 116/8 138/11
**what [224]**
**what's [21]** 19/2 20/3 21/6 26/2 27/16 51/16 53/25 57/12 57/20 68/9 94/21 113/13 131/22 144/3 176/5 176/13 178/15 178/17 181/13 212/20 214/7
**whatever [11]** 42/14 109/7 110/13 113/19 121/14 123/3 124/20 143/20 152/11 221/15 222/10
**when [82]** 7/20 13/17 14/4 15/9 21/22 25/14 30/13 31/6 31/9 31/11 34/15 40/2 40/5 40/18 41/1 48/9 54/22 56/8 60/1 60/6 60/8 61/9 62/19 62/25 77/23 83/10 91/23 100/12 107/5 107/14 108/2 110/14 110/21 111/10 113/12 114/23 120/8 120/11 120/11 120/13 120/17 120/24 122/5 122/20 123/5 124/10 124/11 124/24 124/25 129/11 133/1 133/4 133/15 140/10 143/13 158/11 189/13 190/5 190/16 190/21 194/4 196/8 198/19 199/15

201/20 202/11 202/20 202/21 203/9 203/11 203/14 205/24 206/8 206/8 209/18 215/23 216/17 216/18 219/23
**where [98]** 14/23 16/7 23/4 23/13 25/12 25/21 28/11 28/18 29/13 29/20 29/20 33/11 34/11 36/7 39/20 39/22 41/20 42/23 50/8 50/10 50/13 53/23 56/9 60/6 62/3 62/19 63/23 66/6 70/7 70/17 70/18 71/16 72/4 73/19 74/3 74/22 76/5 78/9 78/20 79/11 79/14 80/16 81/11 82/24 83/19 84/2 87/7 88/19 88/25 91/18 91/25 94/6 94/7 99/5 105/21 107/22 108/4 108/18 108/23 112/3 113/18 115/1 117/15 117/19 118/2 118/4 118/17 119/4 121/1 121/17 122/14 122/24 123/6 124/7 127/21 132/2 132/6 132/18 135/1 189/2 195/16 199/11 200/7 200/22 203/11 203/23 203/24 204/7 204/8 204/13 204/23 206/21 208/3 216/19 217/3 219/13 219/16 222/2
**whereby [2]** 121/16 122/9
**whether [10]** 116/8 117/5 126/2 126/25 127/16 129/18 137/9 137/19 197/2 215/4
**which [62]** 6/7 8/3 8/14 10/18 15/16 16/3 23/21 29/6 30/3 31/14 32/3 35/2 37/5 49/22 51/11 59/7 60/19 61/4 62/17 64/7 66/9 68/18 71/3 76/5 77/20 84/6 91/20 91/22 91/24 92/20 94/19 96/16 100/15 112/18 113/5 113/24 115/2 115/19 119/23 122/14 123/11 136/1 136/10 136/12 136/16 136/19 139/9 144/14 145/1 172/20 173/25 186/24 188/8 188/18 189/20 190/24 195/23 201/3 205/17 213/7 221/25 222/5
**while [16]** 15/25 36/18 36/19 48/1 66/12 69/25 97/21 97/21 109/2 109/2 110/20 112/2 122/18 201/22 208/2 213/3
**white [12]** 56/2 72/23

144/14 145/20 152/11 161/5 166/2 200/9 200/24
**White House [1]** 56/2
**white-colored [1]** 161/5
**who [67]** 11/23 12/1 14/24 20/24 22/14 22/20 22/23 32/9 37/15 38/2 41/19 42/12 42/24 43/14 60/20 67/5 71/6 88/15 94/16 115/24 116/23 120/25 121/5 122/2 124/11 127/21 128/14 129/16 132/23 134/4 134/21 135/22 137/14 143/14 144/20 154/6 155/15 157/24 159/6 159/15 160/12 160/25 161/22 163/4 164/12 165/16 167/14 168/9 169/2 169/5 170/12 170/21 172/8 173/8 173/11 175/8 176/21 177/23 179/12 180/8 181/2 184/25 193/11 194/5 198/14 201/23 213/3
**Who is [1]** 164/12
**who's [7]** 52/20 101/1 147/18 147/19 147/21 166/22 169/21
**whole [2]** 43/9 132/10
**why [20]** 9/2 14/5 24/10 27/3 36/25 38/1 54/7 55/23 55/23 61/17 66/21 73/7 89/15 130/15 183/20 189/3 192/20 195/7 196/25 218/17
**why'd [1]** 196/19
**wife [1]** 20/25
**wild [2]** 189/8 191/23
**will [50]** 8/22 11/22 11/23 11/24 12/1 12/2 13/16 14/11 16/1 16/19 16/25 17/4 17/25 22/9 25/13 26/19 26/21 35/4 35/5 48/1 48/7 52/14 54/5 61/5 61/5 75/21 75/23 77/7 81/6 81/7 98/23 99/2 103/13 114/20 118/10 118/10 135/8 140/9 140/21 169/14 174/25 191/7 193/24 194/23 195/13 196/15 197/3 207/6 215/10 216/2
**William [3]** 2/2 223/2 223/8
**willing [1]** 10/4
**window [6]** 13/14 15/17 15/19 107/5 158/14 217/10
**windows [7]** 13/12 13/18 64/5 122/2 201/24 212/11 212/18

**wing [20]** 13/11 14/13 15/16 17/11 50/10 50/13 82/4 82/17 83/5 84/4 84/19 85/1 85/24 85/25 86/24 87/15 91/1 93/5 115/3 138/11
**wish [2]** 12/23 195/9
**wished [1]** 191/22
**withdraw [3]** 87/14 197/5 199/16
**within [17]** 17/13 19/25 23/10 27/19 28/24 33/14 33/14 44/10 50/17 59/20 60/15 123/12 123/23 128/22 140/2 141/10 185/12
**without [1]** 112/17
**witness [26]** 3/2 9/15 11/22 11/24 12/1 12/10 12/19 18/7 18/11 18/17 46/22 48/15 75/22 75/22 81/4 130/24 131/5 131/9 184/13 220/17 221/2 221/9 221/11 221/12 221/14 222/2
**witnesses [5]** 3/4 6/8 11/22 89/16 217/25
**woke [1]** 193/9
**won't [4]** 36/10 190/13 206/7 214/2
**wooden [1]** 100/2
**word [1]** 40/21
**words [6]** 42/2 42/13 120/9 142/21 143/2 143/20
**wore [1]** 17/6
**work [8]** 18/25 49/8 56/9 67/2 107/20 107/20 110/5 129/22
**worked [5]** 54/17 88/18 108/23 108/24 132/21
**working [10]** 9/24 14/17 19/23 19/25 50/17 54/13 55/5 56/23 56/24 66/25
**works [2]** 6/19 143/18
**worksheet [3]** 21/20 23/9 23/17
**worn [2]** 135/20 136/16
**worse [1]** 33/5
**would [193]** 8/14 9/14 10/1 11/11 12/12 13/21 14/14 15/20 15/20 16/14 17/21 18/9 18/22 19/16 20/10 21/3 22/6 22/20 23/10 23/15 23/25 24/13 25/16 26/17 27/18 29/5 29/7 29/9 29/10 29/11 29/12 29/14 35/1 37/20 37/22 38/6 41/8 45/6 45/12 46/5 46/13 46/17 47/2 48/20 50/4 50/8 50/8 50/21 51/4 53/7 55/7 56/2 56/23 57/8 58/3 58/25 60/20 60/20 63/2 63/23 64/7 66/6 66/8

**W**

would... [130] 68/17
69/1 69/25 71/15 71/23
72/2 74/3 74/4 74/6
74/15 75/20 75/25
78/13 79/14 79/21
80/10 81/2 82/8 82/19
84/5 84/9 84/11 85/4
85/14 85/20 86/25
88/24 89/14 89/17 90/2
91/20 91/24 91/25 92/2
92/3 92/19 92/23 94/1
94/6 95/21 96/20 98/17
98/23 99/5 99/7 99/19
100/8 101/16 103/19
104/9 104/14 105/11
105/15 105/17 105/22
108/22 109/20 110/16
111/6 112/5 112/8
112/9 112/16 112/17
112/25 113/1 113/4
113/4 113/7 113/8
113/13 113/17 113/19
113/20 114/13 114/15
114/16 115/24 116/3
116/5 116/9 116/11
116/14 116/15 119/6
120/7 120/19 120/20
120/25 120/25 121/12
121/13 121/19 121/22
122/4 122/7 122/12
122/20 122/25 123/25
126/3 128/17 129/25
135/18 174/4 187/22
187/25 188/9 190/7
190/8 191/2 191/15
192/20 193/11 194/5
197/1 198/23 198/25
199/5 200/12 202/12
204/10 206/21 207/10
207/11 213/18 219/12
219/19 219/22 221/25
wouldn't [7] 22/19
45/3 107/24 194/3
214/25 216/10 217/12
Wow [1] 196/7
wrichter24 [1] 194/23
write [1] 143/21
writing [1] 143/13
wrong [3] 14/1 14/1
188/20

**X**

X-ray [2] 54/4 113/20
X-rays [1] 53/24

**Y**

y'all [1] 197/17
yeah [22] 9/1 9/21
35/13 36/5 69/8 70/25
90/8 94/22 105/1 118/2
126/15 127/23 129/14
132/16 167/11 181/6
191/17 201/3 202/7
207/4 215/19 215/25
year [1] 19/6
years [8] 19/9 66/5
88/18 132/1 132/5

yelling [3] 214/23
216/14 216/24
yellow [31] 17/4 66/17
66/19 101/8 135/4
138/20 144/10 144/15
145/16 145/22 146/19
146/24 147/16 148/16
149/4 150/11 156/8
157/9 163/9 166/2
169/19 171/10 172/22
178/2 178/16 179/2
179/15 180/18 181/5
181/8 182/13
Yep [3] 184/14 201/1
213/12
yes [271]
yet [6] 15/17 15/18
16/3 75/22 164/22
185/3
York [1] 1/14
you [888]
You'd [1] 56/5
you'll [3] 6/4 6/10
191/7
you're [22] 7/8 79/18
82/16 93/20 96/19
100/3 104/8 106/14
107/2 108/4 113/16
115/3 116/8 123/17
123/19 123/19 123/22
128/12 129/13 130/2
131/21 201/3
you've [2] 109/9
220/16
your [180] 5/2 5/14 6/5
6/12 6/16 7/6 7/14 7/18
8/8 8/18 8/24 9/23
11/16 12/4 12/5 12/24
12/25 13/10 13/21
14/11 15/22 16/19 17/8
17/22 18/1 18/4 18/8
18/10 18/22 19/2 19/17
22/6 24/10 24/11 24/11
24/17 25/24 26/17
26/24 27/1 29/16 32/17
32/19 34/23 35/9 35/17
35/18 37/16 37/22
38/10 38/17 38/18
38/21 46/11 46/13
46/17 46/21 47/1 47/6
47/24 48/10 48/20
48/25 49/6 49/13 50/17
51/4 51/21 52/11 54/18
54/25 58/3 60/14 62/21
64/13 67/11 69/15 71/9
72/10 72/12 75/17
75/20 76/19 76/20 77/1
77/8 79/5 80/7 80/10
80/23 81/2 85/16 86/25
87/13 89/14 89/25 90/1
94/10 106/1 106/3
106/7 106/16 106/22
106/23 108/5 108/7
108/17 108/18 109/10
111/4 115/25 117/18
119/21 119/22 120/9
120/11 120/22 124/12

130/9 130/12 130/14
130/14 131/1 131/4
131/16 131/22 132/2
132/10 132/14 132/20
132/22 133/21 135/11
135/25 136/5 137/8
137/18 138/23 139/19
139/24 140/8 148/12
154/19 157/1 162/16
163/19 164/1 164/21
167/24 173/16 183/23
184/7 184/8 185/10
188/4 188/14 189/9
195/16 195/24 195/25
196/22 197/4 197/24
198/2 205/20 205/21
206/24 209/6 217/22
218/6 218/11 218/14
218/21 220/18 220/25
221/17 222/9
Your Honor [95] 5/2
5/14 6/5 6/12 6/16 7/18
8/8 8/18 8/24 9/23
11/16 12/4 12/24 12/25
13/10 13/21 14/11
15/22 16/19 17/8 17/22
18/1 18/4 18/8 24/17
25/24 26/17 26/24 27/1
32/17 34/23 35/9 35/17
35/18 38/10 38/17
38/18 38/21 46/11
46/17 47/1 47/6 47/24
48/10 51/4 51/21 52/11
58/3 64/13 67/11 69/15
71/9 75/20 76/19 77/1
77/8 79/5 80/7 80/10
80/23 81/2 85/16 89/14
89/25 90/1 106/1 106/3
106/7 119/21 130/9
130/12 131/1 133/21
135/25 138/23 140/8
154/19 162/16 164/21
167/24 173/16 184/7
188/4 195/24 195/25
197/4 197/24 198/2
218/6 218/11 218/14
218/21 220/18 220/25
222/9
Your Honor's [1] 184/8
yours [1] 5/17
yourself [4] 18/22
48/20 56/6 131/15

**Z**

zachfarnum [1] 188/2
Zaremba [3] 2/2 223/2
223/8
zoom [17] 145/6
158/13 160/1 169/14
169/23 175/11 175/18
181/9 182/4 182/19
185/23 187/9 190/2
192/6 192/15 192/25
193/22
zoomed [5] 159/9
182/14 182/25 183/12
200/9