IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )    CR No. 21-411-1
                                     )    Washington, D.C.
          vs.                        )    May 2, 2023
                                     )    10:05 a.m.
STEWART PARKS,                       )
                                     )    Day 2
          Defendant.                 )
_____)


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Benet Kearney
                             DOJ-USAO
                             One Saint Andrew's Plaza
                             New York, NY 10007
                             (212) 637-2260
                             Email: benet.kearney@usdoj.gov

                             Joseph Hutton Marshall
                             USAO
                             601 D Street NW
                             Washington, D.C. 20001
                             (202) 252-6629
                             Email:
                             joseph.hutton.marshall
                             @usdoj.gov

For the Defendant:           John L. Machado
                             LAW OFFICE OF JOHN MACHADO
                             503 D Street, NW
                             Suite 310
                             Washington, D.C. 20001
                             (703) 989-0840
                             Email: johnlmachado@gmail.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

DYLAN LEVERETT         257
STEWART PARKS          267   320      364

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                              ADMITTED

1A, 1B, 1C                                 270

2                                          272

4                                          274

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  Good morning, Your Honor.

3   This is Criminal Case No. 21-411-1, United States of America

4   versus Stewart Parks.

5          Benet Kearney and Hutton Marshall for the

6   government.

7          John Machado for the defense.

8          The defendant is present in the courtroom for

9   these proceedings.

10          THE COURT:  All right.  Good morning, everybody.

11          (Discussion held off the record.)

12          MR. MACHADO:  Your Honor, I don't know if this is

13   what the Court was just talking about, but the marshal was

14   just here earlier and basically explained the rigmarole of

15   what needs to happen in order for my client to get the

16   witness fee and whatever reimbursement he needs.

17          He's outside right now.  And presumably once the

18   subpoena has been provided to the marshal who was here, he

19   will serve it right before my client takes the stand -- or

20   my witness takes the stand, and that is what should be

21   sufficient.

22          And for what it's worth, the marshal said, in five

23   and a half years, this is the first time that he's had to

24   deal with, which I'm a little at a loss of the bureaucracy

25   but...

1          THE COURT:  Okay.  Well, it is what it is.

2          MR. MACHADO:  Thank you, Your Honor.

3          THE COURT:  Mr. Douyon had to go out for a moment,

4   he's got to docket the order and forward it to somebody.  So

5   it will just take a few minutes, and then we'll get started

6   once he gets back, okay?

7          MR. MACHADO:  Thank you, Your Honor.

8          May I step outside for a moment, Your Honor?

9          Thank you, Your Honor.

10         (Pause)

11         THE COURT:  All right.

12         Okay.  Good morning, everyone.  So I think we're

13  ready to get started.

14         So we had rested with the government's case

15  yesterday, and so we're now to the defense case.

16         Mr. Machado, you have a witness, at least a

17  witness?

18         MR. MACHADO:  Your Honor, just a brief opening

19  statement.

20         THE COURT:  Oh, yes, right, I'm sorry.  Thank you

21  for the reminder.

22         MR. MACHADO:  Your Honor, since we're not before a

23  jury, I'm just going to cut to the heart of it.

24         But basically our evidence is going to be that,

25  for the most part, the actions that my client took were not

1    knowingly or with criminal intent.

2            You will be hearing testimony from Mr. Leverett,

3    who will provide character evidence with regard to my

4    client's veracity.

5            And you will hear my client who intends to take

6    the stand and explain the reasons of what he did and also

7    the things that he did not do on that day.  And we believe

8    that once the Court has heard the evidence, that the Court

9    will find my client not guilty, as the government will not

10   have met their burden beyond a reasonable doubt.

11           Thank you.

12           THE COURT:  Okay.  Thank you, Mr. Machado.

13           All right.  Then ready with your first witness.

14           MR. MACHADO:  Your Honor, we'll call Mr. Leverett

15   to the stand if I may retrieve him.  Thank you.

16           COURTROOM DEPUTY:  Please raise your right hand.

17           (Witness is placed under oath.)

18           COURTROOM DEPUTY:  Thank you.

19           THE COURT:  All right.  Mr. Leverett, welcome.

20           Mr. Machado.

21           MR. MACHADO:  Thank you, Your Honor.

22

23

24

25

```
 1                              - - -

 2   DYLAN LEVERETT, WITNESS FOR THE DEFENDANT, SWORN

 3                      DIRECT EXAMINATION

 4                              - - -

 5   BY MR. MACHADO:

 6        Q    Good morning.

 7             Could you please state your name for the record.

 8        A    Dylan Leverett.

 9        Q    Okay.

10             And, Mr. Leverett, how old are you, sir?

11        A    24.

12        Q    And what is your education background?

13        A    I've got a bachelor's in business.

14        Q    Okay.

15             And are you currently employed?

16        A    I am.

17        Q    And what do you do for a living?

18        A    I'm a realtor and I own a small business that does

19   life safety.

20        Q    Life safety, you said?

21        A    Fire alarm access control, that sort of thing.

22        Q    Okay.

23             With regard to your realtor business, is that

24   something that you do as -- well, is it, are you required to

25   be licensed to do that?
```

1       A    Oh, absolutely.

2       Q    And are you licensed?

3       A    Absolutely.

4       Q    And are you licensed by the State of Tennessee?

5       A    Uh-huh, yes.

6       Q    You have to say "yes" or "no."

7       A    Yes.

8       Q    Okay.

9            And with regard to your realtor duties, what is it

10   that you do?

11      A    We engage in the buying and selling of properties

12   for clients.

13           So showing property, making offers, binding

14   agreements.  That sort of thing.

15           We also offer broker price opinions, value

16   property.

17      Q    What does that last part, if you could describe

18   that, what exactly does that mean?

19      A    Sure.

20           So a broker price opinion, there's a couple

21   different things you might do with that.

22           Other realtors will reach out to you and ask for

23   your opinion of the price of a property or your opinion on a

24   prospective rent, just evaluation of sorts.

25           Do that for other Realtors as a second opinion and

1    clients as well.

2        Q    Okay.

3             And these are known as BPOs?

4        A    Uh-huh, BPOs.

5        Q    And that was a "yes," by the way?

6        A    Yes.

7        Q    Thank you.

8             Now, so would it be safe to say that your

9    involvement as far as working with other Realtors is common

10   practice?

11       A    Oh, absolutely.  That's the job.  You work, you

12   know, kind of hand in hand with a listing agent or a buying

13   agent depending on which side of the transaction you fall

14   on.

15       Q    And the gentleman who's sitting there,

16   do you recognize who that is?

17       A    Stewart Parks.

18       Q    And do you know Mr. Parks?

19       A    I do.

20       Q    And how do you know him?

21       A    We're Realtors together.

22            We were part of the same association of Realtors.

23            MTAR, Middleton, it's the Association of Realtors.

24            THE COURT:  Mr. Leverett, I'm going to ask you to

25   move the mic a little closer and keep your voice up so we

1   can hear you.

2            THE WITNESS:  Sure.  Is that better?

3            THE COURT:  Perfect.  Thank you.

4   BY MR. MACHADO:

5        Q    And how did you come about meeting Mr. Parks?

6        A    I believe it was late 2017, early 2018, we were

7   doing some continuing education at the association together

8   and we talked rental property.

9        Q    And as far as this meeting, this was in a

10  professional setting?

11       A    It was.

12       Q    And how did you come to interact with Mr. Parks at

13  this point?

14       A    That day, like I said, we spoke about rental

15  properties, rental futures, how someone might invest, that

16  sort of thing.

17            We were both young Realtors at the time, didn't

18  have a lot of money and we were looking to make some, right.

19            We talked about rental property listings, that

20  sort of thing.

21            And I believe we might have set up a showing that

22  day to go see a potential rental property or something.

23  I don't recall exactly.

24       Q    Okay.

25            Would Mr. Parks be one of these Realtors that you

1    started working with in order to do your job?

2         A    Yes, absolutely.

3         Q    In what aspect were you doing work with him?

4         A    I offered him BPOs a couple times.

5              You know, they're informal, call me about a

6    property, hey, pull this listing up, what do you think, how

7    do the numbers look, give me a proposed rental amount, that

8    kind of thing.

9              I showed a couple properties of his, I previewed a

10   couple properties for him, and I think he did the same for

11   me.

12        Q    And is this common practice that Realtors do with

13   each other in the realty community?

14        A    Oh, absolutely.

15             You know, you look out for each other as far as

16   pricing, because you don't want to get out of line and

17   somebody have a property sitting too long.

18        Q    Okay.

19             And I kind of threw out the term "real estate

20   community," the realtor community.

21             Is there essentially a community of real estate

22   agents that work alongside each other?

23        A    Oh, for sure.  It's a pretty small world.

24        Q    It's what?

25        A    It's a pretty small world.

1     Q     Okay.

2           How many real estate agents or Realtors would you

3     say that you work with on a regular basis?

4     A     They say 20 percent of Realtors do 80 percent of

5     the business, right.

6           So you see the same names over and over again.

7     There might be 50 names that keep coming up in the area that

8     we list in and work in primarily in Rutherford County.

9     Q     And that's the county that both of you are in?

10    A     That was the office that we worked in, yes, at

11    that time.

12    Q     You worked in an office at the same time?

13    A     We did, yeah.

14          We were both at Bob Lamb's office for a short

15    time.

16    Q     And can you spell that for the court reporter?

17    A     B-o-b, L-a-m-b.

18    Q     And how long did you two work together?

19    A     At least a year.

20          I believe it might have been a little longer.

21    I moved my license at some point in there.

22    Q     And what time period are we talking as far as

23    that's concerned?

24    A     That would have been 2018 or 2019.

25    Q     So at this point you do not work together,

1    correct?

2         A    No, no longer.

3         Q    But you do work --

4         A    Adjacent.

5         Q    -- adjacent and work on similar projects together?

6         A    Yes.

7         Q    And so you do a lot of these things that you

8    mentioned still with Mr. Parks, correct, the BPOs and

9    checking on property values and things to that regard,

10   right?

11        A    Sure.

12             More infrequently now than before.  I've

13   transitioned some of my attention away from real estate.

14             But in the past year, we've talked several times

15   about property.

16        Q    So have you come to speak or talk to others in

17   this real estate community about my client's reputation?

18        A    Sure.

19             Typically more indirectly, I guess, right?  Like

20   no news is good news.

21        Q    Okay.

22        A    That kind of thing.

23             But whenever someone speaks of Stewart, it's

24   always in high regard.  He's viewed as a trustworthy guy.

25        Q    So as far as truthfulness, is truthfulness an

1   important thing as far as your business is concerned?

2        A    Oh, absolutely.

3        Q    Okay.

4        A    We're held to a very high standard with the

5   Tennessee State Association of Realtors and all that.

6             You can lose your license if you're caught lying

7   in a transaction.  It's something we take very seriously.

8        Q    Is it common for Realtors to talk about each

9   other's reputation, good or bad?

10       A    Absolutely.

11            So the MTAR functions pretty similarly to middle

12  school girls' gossip, frankly.

13            If there's something bad to be said about someone,

14  it will be said repeatedly.  And I've never heard anything

15  negative about Stewart.

16       Q    Okay.

17            And with regard to any specific dealings that

18  you've heard about, have you ever heard that he's been not

19  truthful as far as those business dealings or a little shady

20  or something to that effect?

21       A    No.  Quite the opposite.

22            Engaged in the business that he's in, he buys and

23  rehabs properties.  It's ripe for taking advantage of, you

24  know, unknown sellers.

25            And so when someone closes on a property, it's

1    listed in the tax record as closed, and they list the sales
2    price.
3              And kind of a quick way, a litmus test that you
4    can do on a Realtor, is the property he buys personally, if
5    he offered a fair price or not.
6              And every time that I've seen Stewart buy
7    property, it's been at a fair price with people that weren't
8    represented necessarily, so they would have been easy to
9    take advantage of had he so chose.
10   Q    So he could have chosen to in these
11   circumstances --
12             MS. KEARNEY:  Your Honor, I think we're getting
13   very close to specific-acts evidence.
14             MR. MACHADO:  I'll move on.
15   BY MR. MACHADO:
16   Q    So with regard to this real estate community, have
17   you come to develop an opinion as to Mr. Parks' reputation
18   for truthfulness or veracity?
19   A    Oh, absolutely.
20             He's welcome in any room, which says a lot.
21   Q    And what would you say his reputation for veracity
22   is?
23   A    That he's honest; he's an upstanding man.
24   Q    And have you ever heard any circumstances to
25   indicate otherwise?

1          A      Never.

2                 MR. MACHADO:  Thank you.  Nothing further.

3                 MS. KEARNEY:  No questions, Your Honor.

4                 THE COURT:  Okay.  Thank you very much for your

5     time and testimony.

6                 THE WITNESS:  Yes, sir.  You're welcome.

7                 THE COURT:  Safe travels home.

8                 MR. MACHADO:  Your Honor, may I indulge the Court

9     for about 60 seconds to see where we are?

10                (Pause)

11                MR. MACHADO:  Thank you, Your Honor.

12                At this time, we'll call Mr. Stewart Parks to the

13    stand.

14                I understand the Court's practice; he doesn't need

15    to be questioned about testifying.  The reverse *Boyd*

16    inquiry, so to speak.  Thank you.

17                COURTROOM DEPUTY:  Please raise your right hand.

18                (Witness is placed under oath.)

19                COURTROOM DEPUTY:  Thank you.

20                THE COURT:  All right.

21                Mr. Parks, welcome.  Have a seat.

22                Do you need any water or anything, Mr. Parks?

23                Mr. Parks, do you need any water?

24                THE DEFENDANT:  May I have a little?

25                                 - - -

```
 1   STEWART PARKS, WITNESS FOR THE DEFENDANT, SWORN

 2                     DIRECT EXAMINATION

 3                         -  -  -

 4   BY MR. MACHADO:

 5        Q    Okay.

 6             Mr. Parks, can you please state your name for the

 7   record.

 8        A    My name is Stewart Parks.

 9        Q    And just to get this out of the way, do you have

10   any hearing or -- issues?

11        A    You mean like at the time or just like my

12   condition?

13        Q    In general.

14        A    Yes, sir.

15             I have moderate hearing loss.  Just something I've

16   had since I was very little.

17        Q    Okay.

18             So if at any point you can't hear anything or

19   there's some issues, please let me know.

20        A    Yes, sir.

21        Q    Or let the Court know, all right?

22             All right.  How old are you, sir?

23        A    I'm 30 years old.

24        Q    And what is your level of education?

25        A    I have a bachelor's degree in economics and a
```

```
1   minor in business administration from the University of

2   Mississippi.

3        Q    Are you currently married?

4        A    No, sir.

5        Q    Do have any children?

6        A    No, sir.

7        Q    And where do you reside?

8        A    I reside in Nashville, Tennessee.

9        Q    And what do you do for a living?

10        A    I'm heavily involved in the real estate community.

11   I'm a licensed real estate broker for the state of

12   Tennessee.

13        Q    And how long have you been a licensed broker for

14   the state of Tennessee?

15        A    It's been a number of years.

16             I first started as a Realtor since, I believe,

17   2016, 2017, and then upgraded my license through continuing

18   education and now serve as a principal broker.

19        Q    Now, have you been -- in order to get a license

20   from Tennessee, what is it that's required?

21        A    What's required in the state of Tennessee is you

22   have to take a number of courses.  I believe to reach the

23   broker level, it has to be 120 hours of continuing education

24   courses, as well as serving in the capacity of a Realtor for

25   at least two years.
```

1    Q    Okay.

2         And have you done that?

3    A    Yes, sir.

4    Q    Now, I'm going to show you briefly, once I get

5    things set up here -- well, as far as getting your license,

6    is that something that you have to renew on a regular basis?

7    A    Yes, sir.

8         You have to take continued education courses to

9    maintain your education and familiarity with the real estate

10   market.

11   Q    Okay.

12        And how much continuing legal education are we

13   talking about?

14   A    I know at the least to get my broker's license,

15   I have 120 hours.

16        And since then, I've amassed a number of hours to

17   maintain my license.  So I know I have at least 120 hours.

18   If I had to guess, I'm -- you know, maybe above the 130-hour

19   mark.  I don't know -- I don't have it in front of me at the

20   moment.

21   Q    Okay.

22        I'm moving to the screen what is marked as

23   Exhibit 1A.

24        Can you identify -- let me pull it up so you can

25   see it well.

1          What is that?

2     A    This is my Tennessee real estate broker's license.

3     Q    Okay.

4          And this one expired -- it expired September 2022?

5     A    Yes, sir.

6     Q    I'm going snow you Exhibit 1B.

7          Similarly, what is this?

8     A    And this is my real estate firm license.

9          This is -- I'm a real estate principal broker,

10    which means I'm the principal of a firm that I created.  And

11    so this is the license that the state of Tennessee requires

12    both the broker and the firm to have.

13    Q    I'm now going to show you Exhibit 1C.

14         And, again, what is this?

15    A    And this is my real estate broker's license.  This

16    is the current one I have which is active.

17    Q    And are all these three that I'm showing you 1A,

18    1B, and 1C, are they all fair and accurate representations

19    of the documentation you received?

20    A    Yes, sir.

21         MR. MACHADO:  At this time, I'll move Exhibits 1A,

22    1B, and 1C into evidence.

23         MR. MARSHALL:  No objection, Your Honor.

24         THE COURT:  All right.  They'll be admitted.

25                   (Defendant's Exhibits 1A, 1B, 1C
                      received into evidence.)

1

2   BY MR. MACHADO:

3      Q   And then I'm going just going to show you

4   Exhibit 2.

5          And what exactly is this?

6          And let me try and shrink it so you can see it a

7   little better.

8          Okay.  Is this an Internet printout?

9      A   Yes.

10         So in the real estate community, the real estate

11  commission has it so that if someone from the public wanted

12  to verify the active nature of a licensee, they can go on

13  the website.

14         And this is what shows on my profile when you look

15  it up.  As stated, I began my real estate -- my realtor

16  career July 5th, 2017, and it's been active ever since.

17      Q   And that is your license number up there?

18      A   Yes, sir.

19      Q   And you are active as it indicates, currently

20  active?

21      A   Repeat the question, I'm sorry.

22      Q   You are currently an active broker as it says

23  here?

24      A   Yes, sir.

25

1          MR. MACHADO:  We'll move Exhibit 2 into evidence.

2          MR. MARSHALL:  No objection.

3          THE COURT:  Exhibit 2 is admitted.

4                                    (Defendant's Exhibit 2
                                     received into evidence.)
5

6   BY MR. MACHADO:

7      Q    Now, do you have any other work-related interests

8   that you have?

9      A    Yes, sir.

10          I'm also working on my pilot's license.

11     Q    And your pilot's license, what does that entail?

12     A    So that entails taking classes, studying,

13  familiarize yourself with the rules in the aviation

14  industry, and also having flight hours and working with the

15  flight instructor, and I'm in the early stages of that.

16     Q    And are you what's known as a student pilot?

17     A    Yes, sir.

18     Q    And what following of rules or regulations

19  do you have to do in order to be able to become a student

20  pilot and presumably eventually a pilot?

21     A    Yes, sir.

22          So that involves, you know, working with an

23  instructor, having all your flight logs logged into the

24  correct database.

25          That entails obviously strict documentation on

```
 1    your hours, where you traveled to, it's helpful of what

 2    plane you were in.

 3           That entails the proper protocol, demonstrating to

 4    your flight instructor that you, you know, do preflight

 5    checks, you know, follow the rules while you're flying.

 6           And then after you've safely landed properly, if

 7    you will, securing the plane once it's been landed, and, you

 8    know, making sure it's ready for the next student or the

 9    next user.

10    Q    So it would be safe to say it requires following

11    of lots of rules and regulations that are put out by the

12    FAA, correct?

13    A    Yes.

14           MR. MARSHALL:  We're going to object on relevance

15    grounds to this.

16           THE COURT:  You can't just introduce the license.

17    I understand what the concept is.

18           Go ahead.

19           MR. MACHADO:  Yes.

20    BY MR. MACHADO:

21    Q    And if you could take a look at the screen, I'm

22    showing you what's been marked as Exhibit 4.

23           What is that that we're seeing?

24    A    So this is my student pilot's license that I have

25    on me in the event someone from the FAA or a government
```

 1    agency requests access or my credentials, why I'm in a

 2    certain area on the runway or the airport, I can show them

 3    this.

 4              MR. MACHADO:  At this time, we'll move Exhibit 4

 5    into evidence.

 6              MR. MARSHALL:  We would object on relevance

 7    grounds.

 8              THE COURT:  Okay.

 9              Overruled.  I'll admit it.

10              Go ahead.

11              MR. MACHADO:  Okay.  Thank you.

12                                      (Defendant's Exhibit 4
                                         received into evidence.)
13

14    BY MR. MACHADO:

15         Q    So now let's talk about -- move to -- let's first

16    talk about a gentleman by the name of Matthew Baggott.

17              Do you know who Matthew Baggott is?

18         A    Yes, sir.

19         Q    And who is he?

20         A    He's a friend of mine that I've known since

21    sophomore year of high school.

22         Q    How did you all meet?

23         A    We met through our high school.

24              I just happened to -- I'm a nice, friendly guy and

25    I made him feel welcome.  It was August, his first day at

1    school, so I introduced myself to him.

2        Q     So you've been friends with him for about 15 years

3    or so?

4        A     Yes, sir.

5        Q     So now, do you work with him on a work level or is

6    he a friend or both?

7        A     It's safe to say both.

8              We've -- he has his professional career involved

9    in wildlife removal and -- which heavily involves itself in

10   real estate.  So I have actively sought his advice on

11   situations to prevent wildlife from entering certain real

12   estate interests of mine.

13       Q     And with regard to attending events, particularly

14   political events, have you gone with Mr. Baggott to attend

15   political events?

16       A     Yes, sir.

17             We were at President Trump's inauguration.

18       Q     And that was here in Washington, D.C.?

19       A     Yes, sir.

20       Q     And just so we're clear, although it will connect

21   later, but you didn't go to the Capitol on -- back during

22   the Trump inauguration, you never made your way to the

23   Capitol?

24       A     Correct.

25             I just observed President Trump's speech from far

```
1    off.
2         Q    So now turning the attention to January 6th,
3    did you make any arrangements with Mr. Baggott with regard
4    to what you were planning to do on that day?
5         A    I had a conversation with Matthew and a number of
6    individuals that I thought would be interested in attending
7    the peaceful events for January 6th.  And since it was on a
8    weekday, Matthew Baggott was the only one that expressed
9    interest in attending the events with me.
10        Q    And how did you all plan to get here, you and
11   Matthew?
12        A    We both booked flights to Washington, D.C. for the
13   morning.  And then planned to attend the events and then fly
14   back to Nashville that night.
15        Q    So it was just going to be a one-day trip?
16        A    Yes, sir, just for a few hours for Washington,
17   D.C.
18        Q    And what was the reason that you were going
19   specifically to Washington, D.C. on that day?
20        A    It was my understanding that the President of the
21   United States at the time would be making speeches, and then
22   there would be peaceful events at the Capitol.  So we were
23   going to above the events that were taking place.
24        Q    Are you familiar with the term that was used as
25   far as what this event was?
```

1      A      So it was presented to me as -- it was heavily

2    advertised on social media and the Internet as Stop the

3    Steal.

4      Q      And when -- what "Steal" did you understand that

5    they were meaning?

6      A      It's my understanding that the event organizers

7    were interpreting Stop the Steal as the election that had

8    just recently taken place, the 2020 election.

9      Q      And with regard to stopping the steal, was it ever

10   your understanding or intention that there was going to be

11   some physical attempt to stop the electoral count?

12     A      My understanding was we were going to attend the

13   event to observe political opinions, you know, political

14   authors, people that had an interpretation of the

15   Constitution and how elections should take place.

16          So we were only going to watch and observe and

17   listen to the speakers that were organized that day.  So

18   there were no violent, no, you know, aggressive actions that

19   were planned.

20     Q      Would it be safe to say that you and/or

21   Mr. Baggott are political -- interested in politics more

22   than the usual person?

23     A      I believe that we pay attention.

24          You know, if there's a news headline, you know, we

25   would observe and, you know, maybe express an opinion.

1          We're not radical or by any means aggressive or

2     impose our views on other people.  I just believe we pay

3     attention.

4          Q    Would y'all say you're a history -- have interest

5     in history as well?

6          A    Yes, sir.

7               I have renovated and saved and preserved

8     historical properties in Tennessee.

9          Q    Now, with regard to the electoral vote, did you

10    know that was going to be happening on January 6th?

11         A    Yes, sir.

12         Q    Did you know where that was happening?

13         A    It was my understanding the House of

14    Representatives and the Senate would be meeting in their

15    chambers.

16         Q    Stepping back to the Stop the Steal, was it ever

17    your intention to, prior to arriving, to actually take

18    physical steps in order to make that happen for the "Steal"

19    to be stopped, so to speak?

20         A    No, sir.

21              My intent and the plan was to attend the events

22    and observe the speakers that were speaking.

23         Q    Prior to that, to you getting there, what was your

24    understanding that these speeches were going to take place?

25    Was it one place or multiple locations?

1      A     It was my understanding that President Trump would

2  be speaking at his designated area somewhere else, and then

3  the conclusion of the schedule of events would take place at

4  the Capitol, and that was all I knew.

5      Q     Okay.

6            So do you recall about what time you arrived on

7  January 6th?

8      A     I do not have my flight itinerary in front of me.

9  I just recall scheduling the flight, arriving early in the

10 morning, I want to say maybe 10:00, 11:00 a.m., Washington,

11 D.C. time.

12     Q     Okay.

13           And so do you know what airport you came into?

14     A     I believe we came in through an airport from

15 Maryland because all the flights were sold out.  So there

16 was, you know, considerable driving time from that airport

17 to Washington, D.C.

18     Q     So about what time do you recall -- how much time

19 did it take for you to get to downtown Washington, D.C. on

20 that day?

21     A     I remember it taking longer than planned.

22           I want to say maybe an hour, two -- maybe two

23 hours between the extensive traffic and the difficulty

24 finding parking.

25     Q     So when you arrived -- and you rented a car?

1    A    Yes, sir.

2    Q    And when you arrived, what -- where did you go?

3    A    When we arrived, we could hear the President in

4    the conclusion of his speech and applause and so forth and

5    people leaving, I guess, to attend the next series of events

6    which was at the Capitol.

7        So we basically was actually seeking -- you know,

8    because we understand we were late so we were trying to, you

9    know, go where the next scheduled event was.

10   Q    So as far as hearing the President speaking, it

11   sounds like you only heard him and you weren't actually at

12   the event at that time, correct?

13   A    Correct.

14       We were not present.  We could just hear -- you

15   know, it sounded like his voice, and, you know, then

16   applause and so forth.  And I couldn't accurately make out

17   what was being said.

18   Q    And when you arrived to the area where it appears

19   that the speech had taken place, at least to your knowledge,

20   what were people doing?

21   A    So once we arrived, we saw the crowd and they were

22   peacefully walking.

23       From what I seen was the President's speech area

24   to the Capitol, and we just followed the crowds to the

25   Capitol.

1      Q     Now, you say peacefully walking, as opposed to

2   just walking.  What were they -- why do you indicate that it

3   was peacefully walking?

4      A     So I'm saying, we'll get to it later today, the

5   demeanor and the deportment and the gait of the people

6   walking.

7            There was no aggressive -- no, like -- I didn't

8   observe any clenched fists or any, you know, aggressive

9   statements.

10           These were people, like, family, children, walking

11  to the Capitol.  This wasn't -- you know, I wasn't walking

12  with militant people, people with expression on them.  So it

13  was just an innocuous walk to the Capitol.

14     Q     So did you see any individuals with any arms or

15  anything of a physical weapon or anything in that regard?

16     A     No, sir, I did not see any weapons or guns or

17  firearms or anything.

18     Q     Okay.

19           Now, along the way, did you make any purchases?

20     A     Yes, sir.

21           So due to my admiration of American history, I

22  noticed a street vendor had a -- what appeared to be a small

23  number of flags still left, so I gave them cash for an

24  American Gadsden flag.

25     Q     You indicated a Gadsden flag.  Is that that yellow

1    flag that we've seen?

2         A    Yes, sir.

3         Q    Can you describe what exactly is the Gadsden flag,

4    to your knowledge?

5         A    Yes, sir.

6              So the gadsden flag was heavily involved --

7    associated with the freedom that we enjoy today.

8              It's associated, named after Christopher Gadsden.

9    And also showed he had donated the flag to early American

10   Navy and, my understanding, the early, you know, years of

11   the American Marines also had the flag.  So it's heavily

12   involved in our nation's history.

13        Q    So as you saw the flag, to you, was that some sort

14   of sign of some revolutionary or some aggressive statement?

15        A    No, sir.

16             As I stated, that flag, the street vendor, he had

17   sold out as -- it's my understanding that a bunch of people

18   had approached him, bought all of his flags for the Trump

19   speech.  And I had come in at the last remaining inventory

20   he had and purchased the flag.

21             And I do not have an aggressive or an

22   inappropriate view of that flag, I just view it as a

23   peaceful part of American history.

24        Q    Were you trying to make some sort of statement by

25   having the Gadsden flag?

```
 1        A     No, sir.
 2        Q     And we've seen some videos that have shown what
 3   appear to be you and Mr. Baggott.
 4              Are those you two that we've seen in the videos
 5   that they've indicated?
 6        A     Yes, sir.
 7        Q     Okay.
 8              And with regard to what you were wearing, were you
 9   wearing a gray jacket?
10        A     Yes, sir.
11              Due to the cold weather that day, I had layered up
12   with a gray, you know, professional jacket.  Nothing
13   aggressive.  Just a name-brand jacket and dress jeans and
14   dress shoes.
15        Q     So it was cold that day?
16        A     Yes, sir.
17        Q     Did you have a hat on?
18        A     Yes, sir.
19        Q     And why did you have a hat on?
20        A     I normally don't wear hats.
21              And, you know, I'm not used to the Washington,
22   D.C. weather, so I just threw a hat on just as an extra
23   layer of weatherproof.
24        Q     Now, did you wear a mask?
25        A     Yes, sir.
```

1      Q    What type of mask were you wearing?

2      A    It was a medical-related mask.

3           During that time, COVID was prevalent, and so that

4    was just a trend, to have a mask on.

5      Q    Were you wearing the mask in any way to conceal

6    your identity?

7      A    I'm sorry, it went in and out.  Sorry.

8      Q    Were you wearing the mask for concealing your

9    identity?

10     A    No, sir.

11     Q    Let's talk about going -- walking towards the

12   Capitol.

13          Along the way, did you see any police officers?

14     A    Yes, sir.

15     Q    And where did you see these police officers?

16          I'm talking about before we actually get into what

17   we'll say is the Capitol Grounds.

18     A    Okay.

19          I can remember seeing police officers just in a

20   professional, non-threatening demeanor just standing by,

21   observing.

22          This was before I got to the Capitol, yes, sir.

23     Q    So when you get to the Capitol, do you see any

24   sort of barriers or signs saying "do not enter" in any way?

25     A    No, sir.

1      Q     Did you see any snow gates that said you couldn't

2   pass through them or acted as an obstacle?

3      A     No, sir.

4      Q     With regard to bike racks, and let's not talk

5   about the bike racks that were at the top of the stairs, but

6   were there any -- did you see any bike racks along the way?

7      A     No, sir.

8            I can remember, you know, there being a crowd of

9   people in front of me, and so my view was limited.

10           I might have seen like one, but it was constantly

11  being moved and adjusted by the police, so it was hard to

12  tell where that bike rack was stationed, so to speak.

13     Q     Were there any bike racks that along the way

14  seemed to be impeding progress to the Capitol?

15     A     No, sir.

16           Because it was hard to determine where the bike

17  rack was supposed to be permanently positioned, because the

18  police, I noticed they were being adjusted and moved and

19  eventually they were withdrawn so we could go close to the

20  Capitol.

21     Q     Now, we've talked about, and perhaps we shouldn't

22  make assumptions here, but was it just you two or -- and a

23  few other people or how many people are we talking about

24  were walking along with you?

25     A     So I only attended Washington, D.C. with Matthew

1    Baggott.  I don't know anybody else that was there in the

2    crowd, didn't talk to them.  So it was just me and Matthew

3    Baggott together.

4         Q    Well, was there just tens of people, hundreds of

5    people, thousands of people?

6              I mean, how big was this crowd that was going to

7    the Capitol?

8         A    This was a very large, my understanding, a

9    historic crowd.

10        Q    And were you in the front of this group, in the

11   middle, in the back; do you know?

12        A    It's hard to tell, because, you know, at different

13   points, you know, crowd size shifted and moved.

14             I was never in the forefront.

15        Q    At any point, did you -- before you get to what

16   we'll call the U.S. Capitol itself, the building itself, did

17   you see any people moving any items out of the way?

18        A    No, sir.

19             Like I said, I seen the Capitol Police make

20   adjustments and back -- you know, backtrack the bike racks,

21   and it was just hard to tell, you know, where they'd

22   permanently be.

23        Q    Did any of those officers, while they were

24   possibly moving things or moving these racks, were they

25   saying that you couldn't proceed, at least did you hear them

```
 1   say that?
 2        A    No, sir.
 3             They never once said, you know, stop, or tell me
 4   to -- I couldn't go.
 5        Q    Do you recall about what time you got to
 6   essentially what was the Capitol Building?
 7        A    You mean like on the premises or to the building
 8   itself?
 9        Q    The premises.
10        A    The premises.
11             So this -- due to the large nature of this event,
12   I couldn't -- I didn't have, like, Internet access, so
13   I couldn't, you know, look at my phone, get text message, so
14   forth, like the event has been canceled, so forth.
15             I really don't, you know, recall seeing the time
16   that I arrived.  I just remember being later because there
17   was already a very large crowd of people there before me.
18        Q    Let's talk briefly about the Internet access.
19             Did you have a phone, a cell phone with you?
20        A    Yes, sir, I had my personal cell phone.
21        Q    And does it have Internet access?
22        A    Yes, sir.
23        Q    Were you able to access what -- the Internet while
24   you were at the Capitol?
25        A    No, sir.
```

1    Q    And to your knowledge, why was that?

2    A    To my knowledge, and I received notifications,

3    usually the phone will notify you that, hey, this is a dead

4    area, no Internet.  And this means no text messages, no

5    messages from social media.  You know, I wasn't sending or

6    receiving anything.

7    Q    Prior to you getting to the Capitol, did you know

8    where the events were going to be, as far as the speeches or

9    whatever was going to be happening at the Capitol?

10    A    I was told that the events were at the Capitol,

11    and, I repeat, at the Capitol.  It wasn't specified where on

12    the Capitol.

13    Q    Was it specified whether it was going to be

14    outside or inside of the Capitol?

15    A    Correct.

16         I wasn't specified, you know, where the events --

17    whether they'd be on the stage or on the steps or inside the

18    Capitol.  It's just -- the invitations and advertisements

19    said "at the Capitol."

20    Q    And so once you arrive -- and do you recall seeing

21    a video of just thousands of people behind some police and

22    some bike racks?  Do you recall that video?

23    A    Yes, sir.

24    Q    Okay.

25         And you were in that group as indicated by the

1  government?

2       A     Yes, sir.

3       Q     At some pont, did you pass those bike racks?

4       A     Once the bike racks were rescinded and the

5  security measures withdrawn, I did follow the crowd.

6             And, again, I followed the crowd, you know, from

7  the latter end as we got closer to the building.

8             And the police never once, you know, stopped me,

9  screamed at me, told me, you know -- and I -- due to my

10 hearing situation, I'm always looking at reading people's

11 mouths and their body language to accurately assess the

12 situation.

13            And the police body language was never in a

14 fearful stance, or never in a, hey-what-are-you-doing type

15 of manner.  You know, they just withdrew security measures

16 and allowed us to go closer.

17      Q     Were you looking for body language as far as what

18 the police officers were doing?

19      A     This was just a -- you know, just a prudent manner

20 of mine.

21            I just wanted to -- you know, because, again, at

22 this point, I don't know what's planned to take place.

23            Like I said, my cell phone is dead.  I had nobody

24 telling me that the events that were scheduled at the

25 Capitol were canceled.

1      So I'm observing the crowd and I'm led to believe

2  that the event is still on, you know, it's just in the early

3  stages, you know.

4      So, you know, I wasn't -- I didn't know to look

5  that -- never looked at the police to -- you know, there was

6  no event taking place.

7      Q    Did there come a time when you arrived at some

8  sort of a facade or some steps that went underneath the

9  facade?

10     A    Yes, sir.

11     Q    And did you know what that construction was that

12 was going on?

13     A    No, sir.

14     I just thought this was an entryway to whatever

15 event that was scheduled at the Capitol.  And I followed the

16 crowds, yes, sir.

17     Q    And as you followed the crowds, did the crowd go

18 up the stairs?

19     A    Yes, sir.

20     Q    Did there come a time -- was there anything, to

21 your knowledge, blocking them from continuing to go up the

22 stairs?

23     A    At the time, no, sir.

24     There was a very large crowd of people.  And, you,

25 know -- so I've been to a lot of events.  And, you know,

1    I've enjoyed sharing moments with friends.  So a lot of

2    times I was just, like, looking in my phone or talking to

3    Matthew or just looking around not even paying attention.

4              And so this is a lot of times what you see of my

5    social media.  I'll film something.

6              And my understanding since there's dead service,

7    it will just replay on my phone, so to speak, until I get to

8    better service and then upload for my viewers on social

9    media to see.

10             So a lot of times I was playing on my phone not

11   even paying attention.

12   Q    So you're saying that you were looking at your

13   phone, but there was no Internet service.

14             What exactly were you doing with your phone if

15   there wasn't Internet service?

16   A    Yes, sir.

17             So, again, as stated, I've been to a lot of

18   sporting events, a lot of high-crowd events.

19             And how Instagram and social media and, quite

20   frankly, even iMessage works, that I can still take a video

21   and send it to a person even without service and the phone

22   will -- just hold the video, so to speak, so that when I get

23   back into better service, it will continue to upload.

24             So I knew, even though I didn't have service, I

25   could still videotape everything.  And when I get back to,

```
 1    you know, a better service area, the video will be able to
 2    upload and whoever I was sending it to would be able to
 3    observe.
 4         Q    At the point that you and Matthew -- and just to
 5    be clear, would it be safe to say that you and Matthew were
 6    constantly next to each other throughout this entire
 7    procedure, entry and exit into the Capitol?
 8              MR. MARSHALL:  I'm going to object on that as
 9    leading.
10              MR. MACHADO:  I'll rephrase, Your Honor.
11              THE COURT:  If you would, please.
12              Go ahead.
13    BY MR. MACHADO:
14         Q    With regard to Matthew Baggott --
15         A    I'm sorry, this went out.  I'm sorry.
16         Q    Can you hear okay now?
17         A    Sorry, can you speak again?
18         Q    Testing.  Can you hear me?
19         A    No, sir.
20         Q    Can you hear now?  Is it better now?
21         A    Sorry, say it again.
22         Q    Can you hear me now?
23         A    Yes, sir.
24         Q    Thank you.
25              During the time that you were walking to the
```

```
 1   Capitol, was there any time that you and Mr. Baggott were
 2   more than ten feet away from each other?
 3        A    No, sir.
 4             Matthew had left his cell phone in the rental car.
 5   And due to the tight nature of our itinerary, we were flown
 6   to -- you know, flown to Maryland, drove to Washington, D.C.
 7   to attend the events, and then were flying back home to
 8   Nashville that night.
 9             And I had a constant concern of being separated
10   from Matthew and not being able to reach him, because he
11   didn't have his cell phone, my Internet wasn't working.  So
12   due to the large crowd of people, I could have easily lost
13   him.
14        Q    So did you stay next to Mr. Baggott through the
15   entire day?
16        A    Yes, sir.
17        Q    And for the reasons you've just indicated?
18        A    Yes, sir.
19        Q    With regard to going back then to the steps, about
20   how long do you recall that you were -- you and Mr. Baggott
21   were at the steps?
22        A    I want to say maybe ten minutes.
23             I mean, time, you know, flew by.
24             I really don't recall.  Maybe ten minutes.  I was
25   just hanging out at the steps.
```

1      Q    And what was the crowd doing at that point from
2    what you saw?
3      A    So from what I saw, you know, I was in a limited
4    viewing area under the stairs.  You know, I just remember
5    looking around, looking down at my phone, talking to
6    Matthew.
7           I just remember, you know, people being, you know,
8    more loud or more vocal.
9           But I don't recall seeing all the events that the
10   videos project.
11     Q    Were you being loud or vocal?
12     A    No, sir.
13     Q    At that point, was Matthew being loud or vocal?
14     A    To my knowledge, no, sir.  We just stood by and
15   was observing, just looking around.
16     Q    Did there come a point where -- at which point you
17   got to the landing and people made their way up to the --
18   from the top of the stairs?
19     A    Again, so by the time I got to this stage of this
20   time point of the day, the police had already, you know --
21   we've already walked past a large number of police officers,
22   you know, peaceful body language.  You know, at no point did
23   I coerce a police officer or insist that he let me through,
24   none of that.
25           So, you know, by this point, I'm seeing the police

1   withdraw any type of line and allow us to go even more close

2   to the Capitol.  So this is the second time I've witnessed,

3   you know, the police officers allow us to go closer to the

4   building.

5        Q    Did you see the police officers, why they were

6   withdrawing?

7        A    No, sir.

8             It was just my understanding that -- like I said,

9   I've been to several events and I've seen police officers

10  and people in charge of events.

11            You know, they say line up here or, you know,

12  whatever have you just to get people, you know, in a certain

13  area in an orderly manner and then they allow people to go

14  closer or do whatever.  So this is what my state of mind was

15  at the time.

16       Q    So up to this point and prior, had there been any

17  police officer indicating that you could not go somewhere?

18       A    Correct.

19            I have not -- no police officer, you know, stopped

20  us, you know, said anything to us that we couldn't be here

21  or be this close to the building.

22            No police officer, you know, even their body

23  language, they didn't hold out a hand or make any gestures,

24  hey, stop what you're doing, you can't be here, none of

25  that.

1    Q    So once you get to the top of the landing with
2    Mr. Baggott, where do you both go?
3    A    So we followed the crowd.
4         You know, we just peacefully walked up the stairs.
5    And by then, I believe it opened up to a much larger area.
6         And, again, you know, we have, like, no direction.
7    For all we know, the event was taking place at the Capitol,
8    so we just walked closer to the Capitol.
9    Q    And when you went to the Capitol, did you arrive
10   at a particular door as indicated in the videos?
11   A    Yes, sir.
12        I just peacefully walked up to what I believe was
13   the door to the Capitol.
14   Q    When you arrived to that door, did you see any
15   signs indicating that you couldn't enter or some indication
16   that you couldn't proceed?
17   A    I did not see any signs saying that.
18   Q    So when you arrived, about how many people were at
19   that door?
20   A    I don't remember counting.
21        I mean, I remember it was a large number, you
22   know, maybe, you know, 15, 20, 25, 30, you know, congregated
23   around that area.
24   Q    When you arrived, were you -- some of the people
25   at the front where the door was or were you further back?

1     A    I was further back.  There was a number of people

2    in front of me.

3     Q    Okay.

4          So while you're there when you arrive, is the door

5    closed or open?

6     A    The door was closed.

7     Q    Did you see people doing anything that would be

8    considered destructive?

9     A    I remember, because I had my phone out, and,

10    again, I'm just frivolously just filming on my phone.

11          And I do remember people having an aggressive

12    nature towards the building.

13          Me being in real estate and have a, you know, love

14    and affection for our country and, you know, even the

15    country's history, I strongly disagree with, you know, any

16    type of aggressive manner towards, you know, any object

17    associated with the building.

18          So I do remember people being aggressive, you

19    know, towards the window and walls.  And like I said, I

20    don't know them, I didn't talk to them.  That's just

21    something I, you know, casually observed.

22     Q    Okay.

23          Didn't that give you some sense that maybe you

24    shouldn't enter?

25     A    These same individuals from the state of mind I

1    was in, they were around us walking up to the Capitol, they

2    didn't show -- you know, I didn't observe any type of

3    aggressive behaviors.  You know, I didn't hear anything,

4    nobody said to me, hey, you want to get there, I want to

5    bust this window, like none of that stuff.  So I was shocked

6    to see some of these individuals, once they got closer to

7    the building, take an aggressive nature towards the

8    building.

9         I don't know, I've never been to the Capitol.

10   So I didn't know that once they bust the window, they would

11   turn around and attempt to let me in or whatever have you.

12        I didn't know how the layout was.  Once they took

13   an aggressive nature and gained access through the window,

14   you know, I didn't know where that room was and what it

15   would lead to, because I've been in real estate, I've been

16   in so many buildings and nontraditional layouts, I had no

17   idea what the layout of the Capitol was.

18   Q    Did you at that time think or ask yourself why

19   they were breaking the windows?

20   A    I mean, I can remember, you know, people having

21   alcohol on their breaths and, you know, marijuana, you know,

22   smelling that.  So I just thought they were under the

23   influence.

24        And like I said, I've been to sporting events

25   where people have gotten -- had a moment of passion from a,

1    you know, sporting -- a sport play from their favorite team

2    and have -- took an aggressive stance or, you know, maybe

3    slammed their fists or, you know, did property damage.

4            So like I said, I thought that was just a moment

5    of outburst for them.  Like I said, I don't know them,

6    I don't support what they did.  I didn't have any type of

7    dialogue with these people.  You know, I can't answer for

8    why they did that.

9        Q    At some point, did the door open?

10       A    Yes, sir.

11       Q    Do you know how it went about that the door got

12   opened?

13       A    No, sir.

14           Because the format of that door, it didn't allow

15   me to look in to see how it was opened or who opened it.  It

16   wasn't like a, you know, full glass door that we would see

17   on a regular residential property, so I had no way of

18   knowing who let me in and how they did it.

19           I was just led to believe, at this point, I've

20   seen two large lines of police officers, you know, withdraw

21   measures, security measures to allow us to peacefully walk

22   toward the Capitol.  So at this point, my state of mind was

23   that this was an authority figure or someone in charge of

24   access to the Capitol allowing us to peacefully walk in.

25       Q    When you went in, there wasn't any sort of a

1     magnetometer at that door or any sort of security presence

2     at the door, correct?

3          A    To my knowledge, that's correct, I did not see any

4     sort of magnetometer, correct.

5          Q    Had you ever been in the Capitol before?

6          A    No, sir.

7          Q    Did you know that there would be security measures

8     to go in?

9          A    No, sir.

10              Because I didn't have a reason.  I wasn't armed.

11    I'm not disruptive.  I'm a professional individual.  So, you

12    know, I know how to conduct myself in a, you know, any type

13    of environment.

14         Q    Well, let's talk about this not being armed.  You

15    did have a flag in your hand, didn't you?

16         A    Yes.

17         Q    Well, how were you holding the flag?

18         A    So once I entered the building, due to my

19    affection and admiration of this country, as well as this

20    country's history, I've been in a number of real estate

21    situations where, you know, the atmosphere of the interior

22    is fragile, so I take extra caution not to bump up against

23    the wall or anything in my hand to cause any type of slight

24    damage or bump anything.

25              So that's why when I entered the Capitol,

1    I quickly throw my flag and turned it upside-down just so I

2    would be in a professional manner in the Capitol and not to

3    disrupt or hit anything or hit anybody, you know, even

4    accidentally.  So that's why that was my posture going into

5    the Capitol.

6         Q    So as you walk in, you're there with Mr. Baggott?

7         A    Yes, sir.

8         Q    And now who's taking the lead about where you are

9    going?

10        A    So he and I have never been in the Capitol, and

11   so, like I said, at this point, we're, confused.

12             You know, we've been going through several lines

13   of police, which I thought, you know, was some sort of

14   measurement of security.

15             So we've already gone through, you know, several

16   large police presence and gone in the Capitol.

17             So we just essentially just aimlessly wandered

18   around the building because at this point we're like, well,

19   where's the event that's supposed to take place.  So I just

20   followed Matthew.

21        Q    When you say you followed him, did you have

22   physical contact with him?

23        A    Yes, I did at various points of the day, just

24   ensure that we didn't get separated.  I held on to his light

25   sack, so to speak, string backpack, if you will, that was on

1    his person.

2        Q    Now, as you're walking around, are you saying

3    anything?

4        A    No, sir.

5        Q    Are you marching in any way?

6        A    No, sir.

7             It's just peacefully, you know, walking the

8    Capitol Grounds.

9        Q    Are you trying to make any sport of political

10   statement?

11       A    No, sir.

12       Q    So what was your full purpose for being inside the

13   Capitol?

14       A    So my purpose for being inside the Capitol was

15   I was led to believe that there was still some sort of

16   event, Stop the Steal event at the Capitol.

17            And still I didn't know at this time that the

18   event was canceled because I had no access to Internet on my

19   phone, you know, I didn't have any conversations with any of

20   the event attendees around me.

21            So my intent walking to the Capitol was, you know,

22   there was some sort of event, where is it taking place, and

23   nothing nefarious or disruptive.

24       Q    And were you saying that a Stop the Steal event in

25   your mind, that wasn't actually to disrupt Congress,

1    correct?

2        A    Correct, yes, sir.

3        Q    So while you're walking around, do you encounter

4    police officers?

5        A    Yes, sir.

6             At various points, we did encounter police

7    officers in the same manner as outside.

8             And by this time, this is the third, fourth time

9    I've peacefully, you know, encountered police officers who

10   were friendly to us.

11            Never once did a police officer act hostile

12   towards me.  I'm a huge supporter of the police, I love the

13   police community.

14            Like I said, I'm very comfortable with the police.

15   The only time I approached police officers was because of my

16   hearing situation.  I just wanted to, you know, observe the

17   conversations that were taking place.

18       Q    Should we say "hear the conversations" that were

19   taking place?

20       A    Yes, sir, hear and observe, yes, sir.

21       Q    So we've seen videos where you and Mr. Baggott

22   approached and arrived where there was essentially multiple

23   police officers making a line.  Do you recall seeing those

24   videos?

25       A    Yes, sir.

1     Q    What were those interactions like?

2     A    So those interactions, I know there were, you

3  know, individuals in the room that, I guess, have a

4  different philosophy on how to talk to police.  Me, I've

5  always been a "yes, sir," "no, sir," you know, whatever the

6  police say goes.  You know, always abide by the rules.  You

7  know, the police, they had the authority and they insert

8  directions in whatever environment they're in.

9         So this was the state of mind I was in.  I was

10  observing the police, you know, in conversation with other

11  individuals in the room.

12         And like I said, some may have taken a more, you

13  know, verbal behavior, pattern than I did.  I just simply

14  observed what was taking place.  You know, my conduct was

15  minimal and nonserious.

16     Q    Just to jump overall, at any time did you do

17  anything that was disrespectful or disorderly while you were

18  in the Capitol?

19     A    I did not do anything disrespectful or disorderly

20  in the Capitol.

21     Q    When you got to these police lines that I've

22  talked -- I think we saw a couple of them, did you at any

23  point make any effort to try and go past them?

24     A    No, sir.

25     Q    Why not?

1       A    Because it's, you know, just a southern-manner

2    thing.  I don't, you know, walk past someone without first

3    addressing them.

4            And you can see in the videos, anytime that I had

5    walked past the police was after they had backed up or their

6    body language had given us -- had led us to believe that we

7    could go forward.

8            So never once did I, you know, brush past or use

9    my shoulder to -- in a way of get out of the way, I'm going

10   here, none of that.  I never do that to anybody, police

11   officer or normal civilian.

12           So each time that I may have moved forward was

13   only after the police officer allowed us to move forward.

14      Q    At any point were you chanting or cheering along

15   with other folks that were doing that?

16      A    No, sir.

17      Q    Did you hear other people chanting and cheering?

18      A    I do recall people making verbal statements,

19   and -- yes, sir.

20      Q    But you didn't join them?

21      A    No, sir.

22      Q    Did there come a time when you and Mr. Baggott

23   realized, let's leave?

24      A    There was one instance, and I believe it was shown

25   in the exhibit, I believe it was going -- again, we

1    aimlessly wandered, followed the crowd, and there was a

2    point where we had approached the line of police officers

3    who were, again, very friendly, very friendly to us, and I

4    believe I was going into the Senate chamber.

5          And at one point, I remember there were

6    individuals in the room that were verbal.  And a fire

7    extinguisher or something went off made a very loud noise,

8    made loud enough for me in my hearing condition to hear it.

9    And I observed steam or whatever was coming out of the fear

10   extinguisher.

11         And by then, the state of mind I was in, I was

12   like, we probably shouldn't be here.  So we had -- that's

13   why in the video, people had stayed or moved forward,

14   Matthew and I, we left, and was actively seeking an exit out

15   of the building.

16   Q    So at that point when you saw the fire

17   extinguisher, is that the first time that you believed that

18   you shouldn't be there --

19   A    So --

20   Q    -- or decided that you shouldn't be there?

21   A    So I remember something loud going off behind me.

22   I didn't even see the fire extinguisher going off or being

23   used.  So at that point, it was kind of a startling moment.

24   It's like what's going on, so forth, you know, shocked us.

25         And then I believe as we were exiting, someone

1    said, oh, it was just a fire extinguisher.  So that was the

2    state of mind I was in.  I didn't know what caused the loud

3    noise or objects that were floating in the air.  So at that

4    time we actively sought a way out of the building.

5         Q    And you saw in the videos that eventually you and

6    Matthew made it to a door where there was a magnetometer and

7    a hand wand, correct?

8         A    Yes, sir.

9         Q    And that's the door that you eventually exited

10   from?

11        A    Yes, sir.

12        Q    So now let's talk about that.

13             As you're walking out, there's a hand wand on the

14   table.  Do you recall that?

15        A    Yes, sir.

16        Q    Do you pick it up?

17        A    Yes, sir.

18        Q    Why did you pick it up?

19        A    So this -- Matthew and I, we have a very slight,

20   you know, sense of humor going back to our sophomore days in

21   high school.

22             Again, I should have never picked it up.  I just

23   picked it up in an innocuous, you know, silly manner.

24             It wasn't shown on the video, but Matthew and I,

25   we made sarcastic notes.  And he knows my character, that

1    I've never committed a crime in a day in my life and I'm not

2    a criminal, I don't do criminal activities.  And he knows

3    with my real estate background, I know not to steal.

4            So I was just in a gesturing manner, poking at him

5    in a sarcastic manner.  That's why I picked it up.  And I

6    had, you know, my contact for a short of amount of time and

7    then I put it back.

8            Unfortunately due to the police line, I was not

9    able to put it back immediately where I picked it up.  I set

10   it as close as I could at the base of a pillar.

11       Q    Before we get there, you picked it up twice?

12       A    Yes, sir.

13       Q    Why did you pick it up a second time?

14       A    I was doing it in a gesturing manner, in a comedic

15   fashion towards Matthew.

16            Like I said, I was just poking fun.  Just again,

17   he and I just have a sense of humor.

18            I had zero intent to steal the wand.  I despise

19   stealing, any type of theft.  I would never steal something.

20   Even my real estate background shows that I know, you know,

21   what's proper and never to steal.  So I just did it in a

22   comedic, facetious manner.

23       Q    But now you saw videos that show that you were --

24   you actually exited past the door with the item in your

25   hand, correct?

1        A       Yes, sir.

2        Q       Why did you do that?  Why didn't you just put it

3   back on the table?

4        A       So at the end of the day, again, this is my

5   nature, my state of mind, I always follow the police.

6   I never push back or -- you know, whatever the police tell

7   me to do, that's final authority.

8               So there was an instance where the police were,

9   you know, escorting people out of the building.  And I

10  realized that I had the wand still in my hand and

11  I didn't know that that was the last time I would be able to

12  gain access into the building.

13              So I actively sought a way to show that, hey, you

14  know, I'm putting it back up, you know, I'm not a thief.

15  This was just, you know, just a gesturing moment of me

16  coming into contact with the wand.

17       Q       Were you able to get back in the building?

18       A       No, sir.

19       Q       And did you try and go back in the building?

20       A       I did come close.

21              If I remember correctly, I was trying to think

22  this through, because now it's like, oh, no, this is a

23  government property in my hand, I want to actively seek to

24  return the item, and I couldn't because at that point the

25  police were heavily armed, blocking the door, so I couldn't

1    go back in, so that's why I actively sought to return the

2    wand and I put it at where the best location was, the base

3    of a pillar just right outside the door.

4        Q    And that putting it down at the base, that's not

5    shown in any of the videos, correct?

6        A    Correct, it's just on the outer frame of some of

7    the videos.

8            So I didn't go far, you know, I didn't go down the

9    stairs with the wand, just, you know, a very short distance

10   from the time I first picked it up.

11       Q    And just so you can indicate, although I think we

12   had the officer indicate, about how long would you say this

13   wand was, if you could show with your hands?

14       A    I mean, I would say, you know, maybe -- this is

15   just a rough guesstimate.

16           MR. MACHADO:  Your Honor, 14, 16 inches.

17           Would the record reflect.  Thank you.

18   BY MR. MACHADO:

19       Q    So now when you put it down, you did, at least it

20   appears in the video, that you came back to the door,

21   correct?

22       A    Yes, sir.

23       Q    Did you have the wand in your hand at that time

24   when you returned to the last time to the door that you had

25   exited from?

1    A    No, sir.

2         At that particular point in the video, I had

3    already set -- you know, returned the wand at the base of

4    the pillar.  And at that point, I was just, you know,

5    videotaping on my cell phone; I did not have the wand on my

6    possession.

7    Q    Well, let's talk about what we heard the

8    government present.

9         First of all, let's talk about your jacket.  How

10   deep were these pockets that were in your jacket?

11   A    So I just had a -- I believe it was a gray

12   Columbia jacket.

13        This was a jacket that zipped from the top all the

14   way to the neck -- up to the bottom, and you could exit the

15   jacket, kind of like the blazer I have on in front of you.

16        And the pockets, you know, they were just normal

17   size, nothing -- not like a giant hoodie or anything.  So I

18   could only, you know, fit the essentials, so to speak, the

19   everyday items that people carry.

20   Q    We'll go to that in a minute, but at any point did

21   you try and put it in your pocket or -- the wand?

22   A    No, sir.

23   Q    So the government was indicating some sort of

24   rectangular shape that was in your left pocket.  Do you

25   recall seeing that?

```
 1        A     Yes, sir.

 2        Q     What was in your pocket?

 3        A     So I normally traditionally carry a very large

 4   wallet and my cell phone.

 5              I had my iPhone charger and my rental car keys,

 6   and if I recall, maybe I brought my hearing aid batteries,

 7   too.

 8        Q     When you say "very large wallet," do you have your

 9   wallet on your right now?

10        A     Yes, sir.

11        Q     Is it in your pocket right now?

12        A     Yes, sir.

13        Q     Could you please pull it out and show the Court

14   how your wallet appears.

15              MR. MACHADO:  Will the record reflect he's pulling

16   it from his front pocket.

17              THE WITNESS:  Yes, sir.

18              MR. MACHADO:  If you can kind of turn it sideways

19   so we can see a little.

20              Your Honor, the record will reflect he's

21   indicating a wallet that's about a normal standard-size

22   wallet but it's about two inches thick.  Okay.

23   BY MR. MACHADO:

24        Q     Can you open it up a little bit just so we get a

25   better sense.
```

1           Just open it.

2           MR. MACHADO:  A trifold wallet, I'll add,

3    Your Honor.

4    BY MR. MACHADO:

5        Q    And what's all that in there?

6        A    So this is -- it's my fault, I have a bad habit of

7    not cleaning out my wallet.

8           These are, like, my college ID, you know, my

9    Global Entry credentials.

10           You know, my broker license, my pilot license

11    which I have to carry in the event I'm questioned by any

12    individual on my credentials.

13           You know, I have, like, debit cards, credit cards,

14    you know.  Car insurance for when I rent a vehicle, I have

15    to display proof of insurance.

16           Like said, it is my fault, I just didn't clean out

17    my wallet.

18           So, you know, I have expired debit cards.  Just a

19    variety of items that shouldn't be in there.

20        Q    Well, was it close to that form or that size on

21    January 6th?

22        A    Yes, sir.

23        Q    Was that what was in your left-hand pocket?

24        A    Yes, sir.

25           Because I'd had the rental car, so I had to have

1    proof of insurance and a form of payment and proof of my
2    Tennessee driver's license.
3         Q    So once you have exited and you've left the wand,
4    do you recall what stairs you went down?
5         A    I believe that we just turned around at that
6    point, just went back with the crowd to outside the Capitol.
7              I remember, you know, there were just people
8    singing God bless America and patriot songs and so forth.
9         Q    Did you go down the stairs, the same stairs that
10   you came up?
11        A    I don't know the Capitol Grounds that well.
12   I really don't -- I want to say maybe in the general
13   vicinity.
14        Q    Okay.
15             Well, do you recall going through scaffolding or
16   anything like that while you were going down the stairs?
17        A    To my knowledge, no, sir.  We just went, you know,
18   down regular stairs.
19             It was a very crowded event, so we had to, you
20   know, exit as best we could.
21        Q    And did you actually -- while you were on the
22   stairs, did you do anything like take any pictures?
23        A    To my knowledge, yes.
24             I believe a photographer had approached us and
25   asked to take our photo.

1          And then I had my iPhone camera, and I, while the

2    photographer was taking our photo, I asked them to take a

3    photo of us.

4        Q    And when you took the photo, did you have -- well,

5    did you have the wand with you at that point?

6        A    No, sir.

7        Q    Did you at any time -- well, did you have your

8    flag with you still?

9        A    I believe so, I did have the flag on me, I

10   believe, yes, sir.

11       Q    And was there anything that you had done at that

12   point that you had regretted or thought that you had broken

13   some sort of law?

14       A    My state of mind at that time was that we did not,

15   you know, commit any crime or do anything wrong, so I had no

16   understanding that I had broken a law at that time.

17       Q    I'm going to show you what's been marked as

18   Exhibit 429.

19            THE COURT:  Mr. Machado, sorry to interrupt you.

20            Do you know how much longer you have on direct?

21            MR. MACHADO:  Only about five more minutes or so,

22   Your Honor.

23            Thank you, Your Honor.

24   BY MR. MACHADO:

25       Q    Bear with me.  I'm going to show you what's been

1    marked as Government's Exhibit 429.  It's been introduced

2    into evidence.

3              And can you explain to us what's going on in that

4    picture.

5         A    So this is the action that I indicated.  I believe

6    that that looks like my cell phone in that individual's hand

7    beside me.  I had handed that to the individual to take our

8    photo.  And this photo is taken from someone beside him who

9    I don't know.

10        Q    And that is you and Mr. Baggott, correct?

11        A    Yes, sir.

12        Q    And that's the flag that you had in your left

13   hand, correct?

14        A    Yes, sir.

15        Q    And there's no wand in your pocket, correct?

16        A    Correct.

17        Q    And now let's just turn back to -- well, let's

18   just finalize and talk about your Instagram account.

19        A    Yes, sir.

20        Q    Do you have an Instagram account?

21        A    I did at the time, yes, sir.

22        Q    We've seen various things that were posted on your

23   Instagram account.  Do you recall sees those, both pictures

24   and videos?

25        A    Yes, sir.

1    Q    Those are from you?

2    A    Yes, sir.

3    Q    So let's talk about the Instagram.

4         When you were posting and there was a picture

5    about "on our way to Stop the Steal," what did you mean by

6    saying that?

7    A    If I recall, that's the photo of me on the

8    airplane to Washington, D.C.

9         And this was a, you know, just a snap -- a photo

10   I'd taken on the airplane.  And I put the caption "On the

11   way to Stop the Steal," meaning on the way to Stop the Steal

12   event that was taking place, as that was the name of the

13   event.

14   Q    With regard to some messages that seem to have

15   come from you, first of all, let's ask, your name there was

16   "pastorparks"?

17   A    Yes, sir.

18   Q    Do you have any religious denomination or training

19   that used "pastorparks"?

20   A    Well, that was a nickname that was given to me

21   growing up, as I never committed a crime.  I'm always -- I'm

22   never actively seeking criminal activity.  I've always been

23   a good student, followed all the rules.

24        So that was just a nickname that I was given going

25   up.  And I believe when I created the account, that was

 1    still a popular nickname for me.

 2        Q    Okay.

 3             So it's sort of in a teasing nature that people

 4    will call you "pastorparks"?

 5        A    Yes, sir.

 6        Q    I guess you don't take offense to it, though?

 7        A    No, sir.  It's just humor.

 8        Q    Now, we saw various messages about you claiming

 9    that you were asleep at your home while all this was going

10    on.  Do you recall seeing those messages?

11        A    Yes, sir.

12        Q    Were those conversations you were having with

13    several people?

14        A    Those were individuals I group up with.  And these

15    are individuals like Matthew who I actively jest and make

16    facetious remarks to.

17        Q    And so when you were saying that you were at home

18    sleeping, was it that you were creating some sort of alibi?

19        A    No, sir.

20        Q    Were there times in other Instagram messages that

21    you said, in fact, that you had gone to the January 6th?

22        A    Yes, sir.

23             It was clearly evident on my social media, because

24    by then I'd already reached a point where videos could

25    upload since I was in good service and people observed, you

1    know, I was in Washington, D.C. that day.

2         Q    And that included videos, for instance, the video

3    that said "On my way to Stop the Steal"?

4         A    Yes, sir.

5              So that was, you know, in a good cell phone

6    environment, Internet.  So people already knew, you know,

7    before I went to the Capitol and so forth that I was in

8    Washington, D.C.

9         Q    So before you sent the message saying "I was at

10   home in Nashville," had you already -- had these videos

11   already been provided to your Instagram?

12        A    Yes, sir.

13             And that's what, you know, encouraged or promoted,

14   provoked the individual, if you will, to comment, because

15   they could clearly see that I was in Washington, D.C.

16        Q    Just to finalize some things, you're sitting here

17   in trial because of this case.  Knowing what you know now

18   about what was going on, would you have gone in the Capitol?

19        A    No, sir.

20             Because these videos, these were a different

21   vantage point from mine and taken from individuals.  And a

22   lot of these videos, this is the first time I've seen them.

23        Q    On that day, did you have any belief or -- well,

24   did you have any belief that you were breaking the law?

25        A    I had no belief that I was breaking the law.

```
 1        Q    Did you have any desire to break the law?

 2        A    I had no desire to break the law.

 3             MR. MACHADO:  Okay.  Thank you.  Nothing further.

 4             THE COURT:  Okay.  Let's take our morning break.

 5             It's about 11:25.  We will resume at 11:40.  See

 6   you all shortly.  Thank you.

 7             COURTROOM DEPUTY:  All rise.

 8             This Court stands in recess.

 9             (Recess from 11:25 a.m. to 11:43 p.m.)

10             COURTROOM DEPUTY:  All rise.  The Honorable

11   Amit P. Mehta presiding.

12             THE COURT:  Mr. Marshall, cross-examination.

13                          -  -  -

14                     CROSS-EXAMINATION

15   BY MR. MARSHALL:

16        Q    Mr. Parks, can you hear me all right?

17        A    Pardon me.  One second.

18             Can you try it again?  Sorry.

19        Q    Can you hear me all right now?

20        A    Yes, sir.

21        Q    Thank you.

22             So I'd like to start talking about the hand wand

23   that you mentioned with your attorney.

24             So you mentioned that you picked it up and put it

25   down and then picked it up and put it down outside of the
```

1    building in a joking way; is that correct?

2        A    So I picked it up twice, you know, in a gesturing,

3    joking way, and I returned it outside the building, yes,

4    sir.

5        Q    And you mentioned that you had wanted to return it

6    to the original spot; is that right?

7        A    Yes, sir.

8        Q    But you never got to the opportunity to do so; is

9    that right?

10       A    Yes, sir.

11           MR. MARSHALL:  Can we pull up Government's Exhibit

12   221 at 30 seconds.

13           THE COURT:  Could you say the exhibit number one

14   more time?

15           MR. MARSHALL:  221.

16           And if you can play it from there.

17           (Video played)

18   BY MR. MARSHALL:

19       Q    And so this doesn't show that moment before where

20   you picked it up and put it back down.  This is the moment

21   after that where you picked it up.  And then after this, you

22   were looking for a place to put it down; is that right?

23       A    The moment right after I picked it up the second

24   time, I was just gesturing with Matthew.  There were several

25   facetious remarks I made towards him that aren't shown in

```
 1    the video.  And so I had it in my hand for a short amount of
 2    time, yes, sir.
 3         Q    And then you began looking for how to put it back
 4    in that original place?
 5         A    As I was walking out the final time, not this
 6    time, but there's -- later on this shows the police were
 7    having people depart the building.
 8              And so I didn't know when I exited that was my
 9    last time in the building.  And so that's when I started,
10    like, actively seeking to put it back in the spot.  And my
11    entryway into the building was blocked by the police, so
12    I just put it back at the base of the column.
13         Q    So you came back in once or twice after that but
14    you didn't put it down then because you didn't know that
15    would be your last time?
16         A    Correct.
17         Q    Why were you going back in the building?
18         A    The police had allowed us -- you know, they didn't
19    tell us we couldn't.  They didn't tell us, you know, stop,
20    don't come back in.
21              The state of mind people were in, including
22    myself, was we were allowed to freely roam the premises.
23    You know, I just peacefully walked around, just aimlessly
24    wandered --
25              MR. MACHADO:  I apologize for interrupting.
```

1          MR. MARSHALL:  No, that's fine.

2          MR. MACHADO:  I see that my witness is waiting.

3     I'm just seeing if it's okay.  I'm not planning to recall

4     him if he can remain in the courtroom.

5          THE COURT:  He was here already.

6          MR. MACHADO:  Thank you.

7     BY MR. MARSHALL:

8     Q     Why were you still carrying the metal detector

9     wand at this point?

10    A     At that point, I was still just joking with

11    Matthew.  I was just carrying, in a sarcastic, facetious

12    manner, just gesturing towards Matthew.  I had no intent to

13    steal it.

14         MR. MARSHALL:  Can we pull up Government's

15    Exhibit 224 at the 1:05 mark.

16         (Video played)

17         MR. MARSHALL:  And pause there.

18    BY MR. MARSHALL:

19    Q     And so this shows you with that metal detector

20    wand; is that right?

21    A     Yes, sir.

22    Q     So this would have been after that last clip where

23    you picked it up and you walked out of the building?

24    A     Yes, sir.

25    Q     And so this would have been one of those times

1     where you walked in, you walked out, you weren't sure

2     whether it was going to be your last time in the building;

3     is that right?

4         A    I had no knowledge that, you know, I wouldn't be

5     able to go back in.

6              As I'm looking at the table right there, making a

7     visual remembrance where to put the wand pack.

8              MR. MARSHALL:  Could you play the video for

9     another 20 seconds or so.

10             (Video played)

11    BY MR. MARSHALL:

12        Q    What's the joking that you're doing in this video

13    with it?

14        A    At this point, I'm just, you know, teasing, you

15    know, being facetious with Matthew that I had the wand in my

16    hand.

17             He knows I would never steal it.  I don't do any

18    type of criminal activity.

19             MR. MARSHALL:  Sorry, I think I missed that.

20             Could we back it up 20 seconds and play that

21    again.

22             (Video played)

23    BY MR. MARSHALL:

24        Q    Can you point out the facetious activity here

25    where you're joking with him?

1       A       Yes, sir.

2               If we walk out the door, you can't see it, you

3       know, on the camera, but Matthew, and he knows I have it in

4       my hand and I'm just joking with him.

5               MR. MARSHALL:  Can we pull back up Government's

6       Exhibit 221 and play that again from 30 seconds.

7               (Video played)

8       BY MR. MARSHALL:

9       Q       And you testified earlier that you picked it up in

10      a joking way, too; is that right?

11      A       Yes, sir.

12      Q       Can you describe how that was picked up in a

13      joking way?

14      A       Because the idea of me having it in my hand, you

15      know, just teasing with Matthew, showing him that, hey, you

16      know, I have this in my hand, just being sarcastic.

17              I did show him, it's not in this clip, that I had

18      it in my hand, and so that was the, you know, point of the

19      gesture.

20      Q       So the joke was you were pretending to steal it?

21      A       The joke was that, you know, I was just, you know,

22      being sarcastic, you know, in a facetious manner just had it

23      in my hand.  I had zero intent to steal it.

24      Q       So we can move on.

25              So it's your testimony today that it was not clear

1    to you that you weren't allowed inside the Capitol; is that

2    right?

3         A    That is correct.

4         Q    You testified that on your way into the Capitol,

5    you didn't witness any violence before entering there; is

6    that right?

7         A    That is correct.

8         Q    And that, you know, if it had been apparent to you

9    on your way to the Capitol that the police did not want you

10   to enter, you wouldn't have gone in?

11        A    Correct.

12             If the police had demonstrated that we wasn't

13   allowed in the Capitol or knowingly and voluntarily close to

14   the Capitol, I would have obeyed their orderers.

15        Q    And then when you went in the Capitol, at some

16   point you got some indication with that fire extinguisher

17   that you weren't supposed to be there, and at that point you

18   started looking for an exit?

19        A    At that point, I didn't know that a fire

20   extinguisher had gone off, so that seemed like a very highly

21   unusual occurrence.

22             And so by then, you know, I'm wondering like,

23   okay, we've been walking around on the Capitol, there's been

24   no speakers, nothing indicating that an event was taking

25   place, and so we turned around and walked out.

1    Q    So at that point you're thinking, okay, maybe
2    we're not supposed to be here, let's find a way to leave?
3    A    At that point, we just actively sought a way out
4    of the building.
5         MR. MARSHALL:  Let's go to Government's Exhibit
6    208 at 605.
7         And you can play it from there once you get there.
8         (Video played)
9    BY MR. MARSHALL:
10   Q    And that's you over on the left; is that right?
11   A    Yes, sir.
12   Q    That's Mr. Baggott to the left of you?
13   A    It appears to be Matthew in the red shirt, yes,
14   sir.
15   Q    And it looks like we can see that fire
16   extinguisher, looks like it's going off right there?
17   A    That's when I made the final decision that this is
18   not the event that we were led to believe that would be
19   taking place at the Capitol.  So we just, you know, made our
20   way -- we exited.
21   Q    And can you read the time stamp at the top left of
22   that video there.
23   A    It says Wednesday, January 6th, 2021, 2:21:52 p.m.
24        MR. MARSHALL:  Okay.  Thank you.
25        Can we pull up Government's Exhibit 206 at 108.

 1           And you can play it from there.

 2           (Video played)

 3           MR. MARSHALL:  And sorry, you could skip forward

 4    actually 30 seconds.

 5           And so play now from 1:30, 1:32.

 6           (Video played)

 7           MR. MARSHALL:  And so if you pause it right there

 8    and that's at 1:50.

 9    BY MR. MARSHALL:

10       Q    So that's you and Mr. Baggott first coming into

11    the building; is that right?

12       A    Yes, sir.

13       Q    Can you read the time stamp for us at the top left

14    of this video.

15       A    It says Wednesday, January 6th, 2021, 2:13:46 p.m.

16       Q    It's about eight minutes before that fire

17    extinguisher video?

18       A    Yes, sir.

19           MR. MARSHALL:  So now if we go to Government's

20    Exhibit 210 and we play from 50 seconds.

21           (Video played)

22    BY MR. MARSHALL:

23       Q    And can you first pause it there actually.

24           So this appears to be that same room where y'all

25    came in at 2:13; is that right?

1    A    Yes, sir.

2    Q    Can you read the time stamp on this video at the

3    top left.

4    A    It's Wednesday, January 6th, 2021, at 2:25:10 p.m.

5    Q    So this would be about four minutes after that

6    fire extinguisher video?

7    A    Yes, sir.

8         MR. MARSHALL:  Can you play it from there.

9         (Video played)

10        MR. MARSHALL:  If you pause it there for me,

11   that's 56 seconds.

12   BY MR. MARSHALL:

13   Q    That's you and Mr. Baggott there at the bottom of

14   that screen; is that right?

15   A    Yes, sir.

16   Q    And so this is that same entrance that y'all had

17   entered in at 2:13 p.m.; is that right?

18   A    Yes, sir.

19   Q    And so this is after that fire extinguisher video

20   where you decided maybe we're not supposed to be here, let's

21   start looking for a way out; is that right?

22   A    Yes, sir.

23   Q    So this is that same exit; y'all knew it took you

24   out of the building, why didn't you leave then?

25   A    I was following Matthew as he was aimlessly

1   wandering.

2          We did exit a short amount of time after this

3   video.

4      Q     How much longer, do you think?

5      A     I do not recall at the time, but I do know we had

6   left a short amount of time after this video.

7      Q     Did you try to get him to leave in this moment?

8      A     I do recall having conversations with him saying,

9   hey, you know, we need to leave and so forth, and I just

10  followed him around the building.

11     Q     Why didn't you leave without him?

12     A     Because he and I had attended the event together.

13  And he had his possessions, you know, like his cell phone in

14  my rental car parked blocks away.  And we had, you know,

15  flown together, as well as flown back, bought, you know,

16  flight tickets simultaneously.

17     Q     So I want to talk more about your testimony

18  earlier that you witnessed no violence or indications that

19  the police didn't want you there before going into the

20  building and I'd like to go to Government's Exhibit 528.

21          (Video played)

22          MR. MARSHALL:  And you can pause it there.

23  BY MR. MARSHALL:

24     Q     Now, this is from your Instagram account; is that

25  right?

1      A     Yes, sir.

2      Q     Do you remember being teargassed that day on

3  January 6th?

4      A     This video, I incorrectly put that caption

5  "they're gassing us."

6            I was led to believe at the time, I thought, you

7  know, with the -- I've never been in this type of

8  environment, being teargassed.

9            So when there was gas being expelled, later my

10  understanding is that they were pointing at somebody else

11  and the wind was blowing it towards my way.

12           So this was an inadvertent statement I made.

13     Q     So when you say "they're pointing at someone

14  else," who do you mean by "they"?

15     A     Oh, the Capitol Police.

16     Q     So the Capitol Police were spraying OC spray at

17  someone or some kind of spray?

18     A     That's my understanding, they were spraying some

19  sort of spray.

20           You know, my understanding is someone else that

21  may have been more aggressive, that individual whom I don't

22  know or ever came into contact with.

23     Q     So you assumed, oh, the police are probably

24  fighting with someone else over there?

25     A     That's what I was -- that's my understanding.

1      Q    So you're able to tell the police were fighting

2    with someone at the time?

3      A    You know, I didn't witness it.

4           I don't know whether there was, you know, a

5    verbal -- you know, them verbally going back and forth, or

6    if, you know, the event attendee over there had overstepped

7    the line.  Like I don't know the reason the police would

8    expel gas like that.

9      Q    When you say that "the police might have sprayed a

10   protester for overstepping the line," do you mean a line

11   that the police had established that protesters weren't

12   supposed to go across?

13     A    What I mean is maybe a protester had gotten too

14   close into a police officer's space.  You know, may have

15   done something inappropriate that you wouldn't do to a

16   police officer, and that's what promoted the officer to

17   spray this gas.

18          MR. MARSHALL:  Can we go to

19   Government's Exhibit 531 at 23 seconds, and you can pause it

20   there.

21          (Video played)

22   BY MR. MARSHALL:

23     Q    This is another one from your Instagram;

24   is that right?

25     A    Yes, sir.

1      Q    Can you tell what we're looking at here?

2      A    This appears to be -- an individual had their hand

3  up, you know, in the stair area where we were going closer

4  to the Capitol.

5      Q    That individual looks like a police officer,

6  right?

7      A    Yes, sir.

8      Q    And can you tell what the police officers are

9  doing here?

10         Do you recall or are you able to tell by looking

11  at this?

12     A    I see the individual has their right hand up.

13         I'm unable to tell, you know, if the individual is

14  waving or what they're doing with that right hand.

15         MR. MARSHALL:  Can we play this for just about

16  8 seconds.

17         (Video played)

18         MR. MARSHALL:  And so can we go back to, I think,

19  about the 26-second mark there.

20  BY MR. MARSHALL:

21     Q    Those look like other police officers, correct?

22     A    It's kind of hard to tell based on this footage.

23     Q    But you can recall from being in that moment that

24  those were police officers right there?

25     A    I can recall that there were police officers in

1    that vicinity, yes, sir.

2        Q    And it looks like they're standing between the

3    crowd and the staircase that's leading upward;

4    is that right?

5        A    It appears that they're copying the same manner

6    that they were -- that I witnessed when I first arrived at

7    the Capitol.  They were just, you know, peacefully standing

8    between us and the Capitol Building.  So it seemed like

9    they're doing the same act.

10       Q    They're peacefully standing between the crowd and

11   the Capitol Building; is that right?

12       A    Yes, sir.

13       Q    And they're standing there so the crowd couldn't

14   move toward the Capitol Building; is that right?

15       A    For me, it's hard to tell, you know, why they're

16   standing there.

17            At that time, it appears that they're just having

18   the crowd stay in a congregated area.

19            To me, you know, as time goes by, they withdraw

20   the security measures and we go up.  So I don't know, you

21   know, the true intent, why they're standing there.

22       Q    What did you mean when you wrote, we're getting in

23   here?

24       A    So I was relaying a message that I'd heard.

25            This is not something I verbally said, this is a

1    message that I heard from the crowd, and so this is just an

2    echo from what individuals were standing in the crowd.

3         Q     What do you think they meant by it?

4         A     "We're getting in."

5              That individual, you know, probably saw what I

6    saw, the first line of police officers withdraw security

7    measures.

8              And so, you know, by then, the police line is

9    thinning out; there's not as many from the first time I came

10   into contact.  So it's safe to assume that they would be

11   withdrawing security measures again to allow us to get

12   closer to the Capitol, but that's me -- just my assumption.

13        Q     But you would agree right here it looks like they

14   hadn't withdrawn yet, at least these officers?

15        A     Correct.

16             In a matter of moments after this, the security

17   lines will be withdrawn and we will be allowed to go closer

18   to the Capitol Building.

19        Q     But someone had yelled, "we're getting in" before

20   these officers had withdrawn, I guess; is that correct?

21        A     Yes, sir.

22        Q     And so they assumed "we're getting in" regardless

23   of whether these officers withdrew because they don't know

24   they're going to withdraw that; is that right?

25             MR. MACHADO:  Objection.

1          THE COURT:  It's overruled.

2          You can answer the question.

3          THE WITNESS:  Okay.

4          Obviously I can't tell the future, but it's my

5  understanding that they view this as, you know, the same

6  introduction to access that we saw when we first came to the

7  Capitol Grounds.  And so that's the only way I can tell

8  that, you know, that's why the individual made that

9  statement.

10     Q    And when you're saying "withdraw," do you mean

11  retreat?

12     A    I mean, intentionally withdrawing, as in they --

13  you know, they didn't run away, they just stepped aside.

14          These officers did not engage in any type of

15  self-defense posture or any type of still trying to hold the

16  line, so to speak.  They just peacefully withdrawn.

17          And several times they had their back to us.

18  So they knew we were non-threatening.  So I didn't -- my

19  state of mind was this was not some sort of a retreat by the

20  police.

21     Q    So at some points like this, they are forming that

22  police line, but then at other moments, they're moving out

23  of y'all's way; is that correct?

24     A    Based on my memory and the state of mind I was in,

25  that they had just withdrawn.

1          And it was sort of, you know, no different,

2    somebody having a ticket go to a sporting event, and the

3    police saying, okay, you can go on in, or the security team

4    making a decision, okay, right this way.

5          So there was no, you know, them running away or

6    giving up, so to speak.  It was just -- the security

7    measures were withdrawn so we could peacefully walk closer

8    to the Capitol.

9    Q    So you thought these officers here that you're

10   seeing, their function was basically checking tickets,

11   letting people by?

12   A    They made the decision; I didn't coerce them.

13         This is just me standing off to the side

14   observing, you know, officers and event attendees, you know,

15   verbally interacting back and forth.  And officers made the

16   decision to withdraw the security measures and allow the

17   event attendees to go in, and we just followed the crowd.

18   Q    But there was a certain point before they withdrew

19   that they weren't just letting people by and then it changed

20   and they began letting people by; is that fair to say?

21   A    That was their decision to let us -- to withdraw

22   the security measures to go in.

23         I don't know why they had a change of heart or

24   changed their mind to allow people to go in.

25   Q    You don't think it was because they were

```
 1   overwhelmed by the crowd?

 2        A    No, sir.

 3             I've been to a number of sporting events where the

 4   ratios were the same.

 5             And, you know, this is the United States, you

 6   know, the most powerful, wealthiest nation, and these are

 7   highly trained police officers to handle large crowds.

 8             So most events I go to, there is way more people

 9   in attendance than officers and security decision-makers, so

10   I do not believe they were overwhelmed.

11             And the police officers, you know, their body

12   language showed they wasn't afraid.  They turned their backs

13   to us.  They were friendly towards us.  So never one time

14   did they say, get out or what are you doing or we're afraid

15   of you or -- none of that.

16             MR. MARSHALL:  Could we play in Government's

17   Exhibit 408 at 1 minute and 33 seconds.

18             THE COURT:  Sorry, again the number, 408?

19             MR. MARSHALL:  408.

20             THE COURT:  Yep.

21   BY MR. MARSHALL:

22        Q    That's Mr. Baggott there on the bottom left; is

23   that right?

24        A    Yes, sir.

25        Q    And you can't see your face, but that looks like
```

```
 1   red hat, gray shirt.  That's probably you?

 2        A    More than likely, yes, sir.

 3             MR. MARSHALL:  Why don't we -- can we actually get

 4   sound for this.

 5             And you can play that until 1:57.

 6             (Video played)

 7             MR. MARSHALL:  Do you mind backing up to 1:33 and

 8   playing it from there.

 9             (Video played)

10   BY MR. MARSHALL:

11        Q    So those appear to be the same officers that are

12   shown in that Instagram photo that we just saw; is that

13   right?

14        A    It appears to be, yes, sir.

15        Q    And it doesn't look like they're letting folks by

16   at this point; is that right?

17        A    At this moment, there -- appears they're just

18   standing there and not letting people by.

19        Q    So they're trying to block the crowd's path to the

20   building; is that right?

21        A    I'm not sure why they're standing there.

22             But in moments later, they allowed people to go

23   closer to the building, so I'm not sure why.

24             MR. MARSHALL:  Can we go to 237.

25             And can you play it there until 2:57.
```

1          (Video played)

2    BY MR. MARSHALL:

3        Q    That doesn't look like police officers are

4    voluntarily letting people get closer to the Capitol, does

5    it?

6        A    This is my first time seeing this.

7              And, you know, I didn't know this -- I didn't have

8    this knowledge before I was in that area.

9        Q    So you didn't see anything like this that day?

10       A    I did not see this line of action, no, sir,

11   because this is an enclosed space, so I don't know where I'm

12   at.

13             This is not my video.  I'm probably, like, waiting

14   in the back not even looking this direction.  This is my

15   first time seeing this.

16             MR. MARSHALL:  Why don't we play this just for ten

17   more seconds.

18             (Video played)

19   BY MR. MARSHALL:

20       Q    So it didn't look like that officer was

21   voluntarily stepping out of the way, did it?

22       A    This is my first time seeing this, so I didn't

23   have this knowledge before I was in this area.

24             I don't even know where I'm at, but I'm very

25   confident I haven't gotten to this point yet.

341

1          So I had no idea this was happening because this

2    is an enclosed covered space and I'm way several rows back

3    either looking at my phone or looking at another area.

4          Q    Well, we can agree that that officer was not

5    standing out of the crowd's way voluntarily; is that right?

6          A    I don't know the situation between the two.

7          Q    We can watch it again if you want.

8          I mean, if it's unclear what the officer's

9    intention was, whether he was getting out of the way on

10   purpose or not?

11         A    Yeah, see, I don't know those individuals, you

12   know, the individual doing that, I've never spoken to him.

13   Like I said, I didn't know this happened.

14         Q    Uh-huh.

15         But you did see the crowd fighting with officers

16   onto that scaffolding area, didn't you?

17         A    I don't recall -- you mean like once I was in the

18   area or you're saying before I approached the area?

19         Q    When you were under the scaffolding right here,

20   you did see the crowd fighting with officers, didn't you?

21         A    No, sir, not to my knowledge.

22         There may have been, like, a contact or two

23   between an event attendee or officer.  Again, I didn't

24   instigate it, I'm just staying off to the side just looking

25   around observing, talking to Matthew, looking at my phone.

1           Like I said, I don't know any of these people.

2      Q    Can you describe those one or two instances of

3 physical contact that you mentioned?

4      A    I know there were individuals, whether they were

5 under the influence.  You know, they may have gotten a close

6 verbal contact where they were screaming in a police

7 officer's face, which I highly, you know, condemn, I do not

8 do that type of behavior, and I don't -- that's highly

9 disrespectful, and I don't support that behavior.  So there

10 may have been individuals acting on their own accord.  You

11 know, it was a very large event.  Like I said, I don't know

12 these individuals.

13     Q    And why was that person screaming in the officer's

14 face?

15     A    I don't know.

16     Q    You saw the crowd throw things at the officers,

17 though, didn't you?

18     A    Not that I recall.

19     Q    Not once?

20     A    Not that I recall, no, sir.

21     Q    But you certainly, I think, in that video where it

22 seemed like you were pretty close by, you would have seen at

23 some point the crowd pushing against the line of officers,

24 right?

25     A    Like I said, this incident, this is my first time

1    seeing this, as I think I'm several -- I don't see a time

2    stamp so I don't know where I'm at in this video.  This is

3    my first time seeing this level of action between an event

4    attendee and a police officer.

5        Q    Yeah, I don't mean the video, I just mean from

6    what you remember being underneath that scaffolding.  You

7    said you were there for about ten minutes or so.  You saw

8    people fighting and pushing the officers, didn't you?

9        A    There may have been people, you know, being

10   aggressive, whatever have you, acting on their own accord.

11            Like I said, I'm just standing in the back

12   observing, looking at my phone, talking to Matthew.  I don't

13   know any of these individuals.

14            And there are several times -- so a lot of these

15   videos, this is the first time I'm seeing this because

16   there's crowd, there's objects in front of me.

17            So like I said, a lot of this stuff, this is the

18   first I'm seeing this taking place.

19            And, again, I'm not in any of this.

20            MR. MARSHALL:  So I'd like to go now to

21   Government's Exhibit 432A.

22            And you can pause at 34 seconds.

23            Could you play that --

24   BY MR. MARSHALL:

25       Q    Well, I guess before I start, do you recognize

```
1    yourself in this video?

2         A    Yes, sir.

3         Q    And this is when you were running for Congress; is

4    that correct?

5         A    Yes, sir.

6              MR. MARSHALL:  Can you play this just for --

7    let's see.  My apologies.

8              Can you play this for about 30 seconds.

9              (Video played)

10   BY MR. MARSHALL:

11        Q    So we can agree that's downplaying it a little

12   bit; is that right?

13        A    Is it possible to play it again.  I couldn't hear

14   it through the hearing device.

15             MR. MARSHALL:  Yeah, that's fine.

16             Can we turn it up a little bit.

17             34 seconds.

18             (Video played)

19   BY MR. MARSHALL:

20        Q    So that's downplaying it a little bit, isn't it?

21        A    I'm making reference to no police officer ever

22   whipped out a baton or, you know, said, hey, what are you

23   doing, to Matthew and I.

24             Like I said, we were peacefully, you know -- just

25   peaceful by standards of just observing what's taking place,
```

1    you know, around us, this very large area.

2        Q    But you did see people, the officers try to stop

3    other people from getting into the building?

4        A    There were instances where the officers, you know,

5    grazed in contact with individuals that may have been under

6    the influence or were more aggressive than others.

7             But like I said, that wasn't me.  I didn't do

8    anything disruptive or get inappropriate or, you know, get

9    in an officer's face.  Like I'm just off to the side.

10            And like I said, many of these videos, I'm not in

11   them.  And a lot of these times, this action between the

12   officer and the event attendees, this is my first time

13   seeing it here, this is years after January 6th.

14       Q    But you did see people in the crowd getting

15   aggressive, as you said, and making physical contact, as you

16   said, right?

17            MR. MACHADO:  Objection, facts not in evidence.

18            THE COURT:  It's cross-examination.

19            Go ahead, he can answer the question.

20            Why don't you re-ask the question.

21   BY MR. MARSHALL:

22       Q    You did testify just a moment ago that you saw

23   members of the crowd getting aggressive with officers and

24   making physical contact once or twice with the officers.

25   That's right, isn't it?

1    A    Those individuals, again, were acting on their own

2  accord.

3         Like I said, there was -- you know, this was a

4  record amount of event attendees in a crowd.  You know, I've

5  never seen a crowd like this big before.  So it was

6  impossible for me to be able to say what took place with

7  each individual as they came into contact with the police

8  officers.

9         I do know these officers turned their back to us.

10  Never once did they get in a self-defense stance or scared

11  or whatever have you.

12         You know, I walked past several officers and

13  nobody attempted to stop me.  As I stated in this video,

14  nobody whipped out a baton or some sort of self-protection

15  device to shun me away or tell me to go the other way.

16    Q    How would you describe the conduct of the police

17  at the Capitol that day that you interacted with?

18    A    The police, my personal interactions with the

19  police, they were very friendly, cordial, professional.

20         Like I said, I never brushed past an officer or

21  had to coerce or intimidate an officer or put him in some

22  sort of duress in order for me to walk past him or, you

23  know, go any type of direction.

24         The police were very friendly and professional to

25  Matthew and I that day, especially me.

1          MR. MARSHALL:  Could we pull up

2    Government's Exhibit 519, and that's a PDF.

3    BY MR. MARSHALL:

4          Q     You and your attorney had spoken about your

5    Instagram account earlier, that your user name was

6    "pastorparks"; is that correct?

7          A     Yes, sir.

8          MR. MARSHALL:  Can we go to page 2 of this and

9    then zoom in at the -- to the middle of the page, the three

10   or four messages in the middle.

11   BY MR. MARSHALL:

12         Q     Do you see where it says "Author pastorparks"

13   under a couple of these messages?

14         A     Yes, sir.

15         Q     So that would be your Instagram account?

16         A     Yes, sir.

17         Q     Who's Carrigan McCullough?

18         A     This was an acquaintance that I knew of.

19         Q     Do you see that second message down, says "Cue has

20   said too much, we are in red 2 right now"?

21         A     Yes, sir.

22         Q     Could you read the message below that.

23         A     Yes, sir.

24               So I stated, "Yeah, I am seeing the police treat

25   the peaceful protesters horribly when they let BLM and

1    Antifa get away with so much vandalism."

2       Q   And that looks like it was sent on January 7th,

3    2021, 1:52 a.m. UTC; is that right?

4       A   Yes, sir.

5       Q   What are you referring to there when you say

6    "police treated the protesters horribly"?

7       A   That was -- again, I didn't know -- that was the

8    state of mind I was in as I sent that message.

9            This is -- so this must have been at the airport.

10   So I didn't have any TVs in front of me to -- for a

11   full-picture view of what was going on.  All I saw was from

12   my vantage point.

13          So this was just a message -- this was what I

14   stated that I thought at the time was, you know, people

15   being -- you know, I'd heard someone got shot.

16          So, you know, I hate it when life is lost.  And so

17   that was something that I observed that the police may have

18   used unnecessary force.  And we later know that individual

19   was Ashli Babbitt.

20          So I do remember hearing somebody being shot and

21   people saying there was blood everywhere and so forth.

22          But I didn't have all the facts like I do now at

23   the time when I sent that message.

24          MR. MARSHALL:  I'd like to go back to Government's

25   Exhibit 432A, which is a video exhibit.

1            And if we could go to 1:21.

2            (Video played)

3            MR. MARSHALL:  And you can play that until 1:49.

4            (Video played)

5    BY MR. MARSHALL:

6       Q    Is there any part of that that is not accurate

7    that you wish to correct?

8       A    Are you referencing to my statements on the doors?

9       Q    That's right.

10      A    My -- I've been through -- you know, having been

11   involved in real estate pretty much my whole adult life.

12           So my -- I've seen a variety of doors.  And most

13   doors I've seen, you know, glass, front doors on a

14   residential area, you can see -- you approach, knock on the

15   door, you can see who lets you in.

16           These particular doors that I went through, they

17   didn't have that.  They had, you know, a thin section of

18   glass.  And even then with the glare from the outside, I had

19   no way of knowing how I was let in and who let me in.

20           MR. MARSHALL:  On that point, could we go to

21   Government's Exhibit 408 at 14:42.  It's a video.

22           Could you just play it for like -- or go frame by

23   frame so it gets less blurry.

24           Could you play it for a second longer there.

25           I think I might have the wrong time stamp.

1          Would you play it for like a second or two.

2          (Video played)

3          MR. MARSHALL:  Just a little bit longer until you

4    see the door.

5          (Video played)

6          MR. MARSHALL:  You can pause it there.

7    BY MR. MARSHALL:

8    Q    So this door does have windows on it, doesn't it?

9    A    This does have an abbreviated thin panel of

10   windows.  And to me that's not, you know, wide enough.

11         And this is not my video.  I'm, you know, several

12   individuals back.  So my view is obstructed due to the

13   individuals that are in front of me between me and the door.

14         And my angle, you know, I'm not facing the door

15   head-on at the time when they're opened.

16         And plus, you know, with the glare from my angle,

17   I had no way of knowing who let me know in and how I was let

18   in.

19         I'm led to believe at this point -- we all saw me

20   go through several, I guess at this point, hundreds of

21   officers, and they peacefully allowed me to go forward

22   toward the Capitol.  They didn't hinder me or use any body

23   language or any verbal or non-verbal cues to me saying, you

24   can't go this far or stop what you're doing.  The officers

25   never did that.

1          So at this point, I'm led to believe that's the
2   state of mind as I get to closer to the door, that the
3   security team involved with that door allowed me to go in.
4        Q    Mr. Parks, my question was just:  Does this door
5   have windows?
6        A    They're smaller windows.  You know, they're not
7   visibly, you know, accurate for me to see who let me in.
8        Q    So, yes, it has windows?
9        A    If your definition of windows is, you know, thin
10  sliver, then, yes, sir.
11       Q    Mr. Parks, is that glass there between the wooden
12  portions of this window between this door?
13       A    Say that again, I'm sorry.
14       Q    Do you see glass on that door?
15       A    Yes, sir.
16       Q    How would you define that?
17       A    It's just, you know, part of the glass ornament of
18  the door.
19            If you want to call it a window.  Some people have
20  different definitions of a window.
21       Q    So if someone came up and shattered that, you
22  would say someone just broke that glass ornament on that
23  door?
24       A    I would say someone broke the glass portion of the
25  door, because I've seen -- during my real estate career,

1    I've seen all sorts of door designs.  And, you know, this

2    doesn't constitute a window, you can't, like, open and close

3    the glass.

4        Q    I think we can move on from that.

5             So your testimony during that -- or your statement

6    during that candid interview was that it wasn't clear to you

7    whether it was police officers or someone else that had

8    opened the door; is that correct?

9        A    I had no way of knowing who opened the door.

10            MR. MARSHALL:  Could we pull up Government's

11   Exhibit 414 at 25 seconds.

12            (Video played)

13            MR. MARSHALL:  Can you play it for just a second.

14            (Video played)

15   BY MR. MARSHALL:

16       Q    That was Mr. Baggott and yourself that we just saw

17   there?

18       A    Yes, sir.

19            We were behind several individuals.

20       Q    So looks like you were close enough to at least

21   have seen parts of the window smashing -- I believe that was

22   your testimony earlier to your -- with your counsel?

23       A    You're referencing the windows?

24       Q    To the --

25       A    -- different --

1    Q    Not the windows on the door but the windows to the

2    side of the door?

3    A    I do recall seeing people taking aggressive nature

4    toward those windows.  Like I said, I don't know them, I

5    never talked to them.  You know, I don't support that type

6    of behavior.  So I can't answer for them why they engaged in

7    that level of behavior.

8    Q    And you saw some of them crawl through that

9    window; is that right?

10   A    I don't recall, because I know I was like, you

11   know, trying to keep up with Matthew, as well as I had my

12   cell phone on me.

13        I do remember them taking aggressive nature, like

14   I said, towards the door.  I don't know -- I don't remember

15   seeing people go through at that point.  You know, I'm

16   following Matthew towards the door to go inside the Capitol.

17   Q    Well, you testified earlier that you weren't sure

18   whether or not rioters might have opened the door because

19   you didn't know what the layout was on the inside of the

20   building; is that right?

21   A    Correct.

22   Q    So it could have been they crawled through the

23   window, but there was a wall in between where that window

24   came in and where the door let in; is that right?

25   A    Yes, sir.

1          I've been in several real estate formats,

2   commercial and residential, where, you know, I have no idea

3   if there's a wall, something obstructing the individuals

4   going in through the window.  So I have no way -- you know,

5   if they go in through that window if they're going through

6   another room, other parts of the building, so I have no idea

7   how the format of the Capitol Building is.

8          MR. MARSHALL:  So why don't we just play this now

9   for about ten more seconds.

10          (Video played)

11   BY MR. MARSHALL:

12   Q    So you're able to walk in and see that there was

13   no wall between the window and the door; is that right?

14   A    This is -- has me walking in.  Like I said, I have

15   no idea of the format of the building.

16   Q    But you're able to see it now once you're able to

17   walk in the building; isn't that right?

18   A    Yes, sir.

19   Q    And you're able to see there's no wall breaking

20   the window from the door; is that right?

21   A    This is after the fact.  I walk in and I look

22   around.  And at this point, you know, I'm not paying

23   attention to that particular aspect, I'm just keeping up

24   with Matthew.

25          And like I said, this is not my video.  This is my

1    first time seeing this video.

2         Q    But you would agree that is you on the video we

3    just saw?

4         A    Yes, sir.

5         Q    So we know you're within a few feet of this person

6    filming?

7         A    Yes, sir.

8         Q    And once you got into the building, you didn't see

9    any police officers in this room, right?

10        A    I don't recall -- I don't recall if I saw a police

11   officer or some sort of security personnel in that

12   particular room.

13        Q    You don't recall seeing a police officer?

14        A    In this particular area, no, sir.

15             But I know briefly right after this, I do, you

16   know, see police officers come across.

17             Like I said, the police officer's body language

18   and deportment were very friendly to us.  They never said

19   what are you doing or get out.  They never told us to get

20   out and they never told us we did anything wrong.

21        Q    But you don't remember walking through that

22   doorway and seeing a police officer on the other side and

23   thinking, oh, they opened the door for me?

24        A    I don't know how I was let in.

25             You know, it could have been the case that someone

1  let us in and then walked to -- walked behind me or they're

2  standing -- you know, like I said, I don't know.  I didn't

3  turn around and look.  I was just keeping up with Matthew as

4  I was getting access to this.

5      Q    When you went into the Capitol, that building, did

6  you go through any kind of security screening, anything like

7  that?

8      A    No, sir.

9           I've at this point been past several layers of

10  police officers.

11      Q    You were never screened for weapons or anything

12  like that?

13      A    I didn't have any weapon on me, and I wouldn't --

14  I didn't go through a magnetometer.

15      Q    But you were never -- no one ever checked whether

16  you had weapons or not?

17      A    That is correct.

18      Q    No officers ever asked whether you had weapons or

19  not?

20      A    No officers asked me.

21      Q    Does that seem odd to you?

22      A    Like I said, I'm one of these, I trust police

23  officers.

24           I'm a huge supporter of the police.  I never

25  coerced an officer to not check me.  They just -- it's my

1    understanding they just made the decision.  They felt safe.

2           Like I said, several instances, officers turned

3    their back toward me.  They were friendly towards us.

4           Moments after this, we encountered police officers

5    and they made statements such as, we're with you, we're

6    here.  You know, they made very friendly leading statements

7    that led me to believe that I didn't do anything wrong.

8    Q    But you did see one or two instances where

9    protesters and police were engaged in pushing or fighting

10   within with the Capitol, didn't you?

11   A    There were, as I said, instances where, again, an

12   event attendee acted on his own accord.  I can't speak for

13   him; I don't know them.

14          I mean, I've been in several sporting events where

15   someone would get mad because their team lost or made a bad

16   play and they kick a chair or do something aggressive.  And,

17   again, that's not my behavior.  I never -- I don't even

18   support -- you know, take outbursts towards objects or

19   people.  So I never -- you know, I don't know these people

20   that were acting aggressive.

21   Q    Did you see instances where the crowd pushed back

22   past the line of police officers?

23   A    In what instance?  Are you talking about just the

24   whole day in general?

25   Q    Within the Capitol.

1          A     Inside the Capitol, no, sir.

2          Q     Not a single time?

3          A     No, not that I recall seeing.

4                You know, officers -- or event attendees, you're

5     saying like push, like pushing an officer over?

6          Q     Where there's a line of police officers and a

7     crowd and the crowd pushes past that line of police

8     officers?

9          A     No, sir.

10               All the times I saw the police officers, you know,

11    withdrew their security measures or whatever, you know,

12    intent they were at the -- standing there at the moment,

13    they allowed people to go forward.

14               MR. MARSHALL:  Could we pull up Government's

15    Exhibit 217 at 2:27.

16    BY MR. MARSHALL:

17         Q     Do you see these two guys I've circled right here?

18         A     Yes, sir.

19         Q     That looks like you and Mr. Baggott, doesn't it?

20         A     It appears to be so, yes, sir.

21               MR. MARSHALL:  Can we play that -- can we jump now

22    to 2:32.

23               (Video played)

24    BY MR. MARSHALL:

25         Q     These are Capitol police officers along the bottom

1    of that screen; is that right?

2        A    It's hard for me to tell, because there were

3    individuals in the crowd that had items on them such as

4    helmets and vests.  So for me in this particular video, it's

5    hard for me to tell.

6             And especially like here, there's people in front

7    of me, so it's hard for me to tell who that is, you know, in

8    front of us.

9        Q    You didn't know one way or the other what this

10   line of people were that was holding the crowd back?

11       A    No, sir.

12            I -- I'm not too familiar.  Like I said, I'm just,

13   you know, looking around, not even, you know, paying that

14   much attention.

15            You know, I'm not like coerced in or talking to

16   anyone or whatever have you, I'm just peacefully, you know,

17   just standing there.

18       Q    If those weren't police officers, why do you think

19   they would be holding the crowd back?

20            MR. MACHADO:  Objection; speculation.

21            MR. MARSHALL:  I'll move on.

22            THE COURT:  No, no.  I'd like to hear the answer

23   to the question.

24            THE WITNESS:  Repeat the question.

25

1    BY MR. MARSHALL:

2        Q    If those weren't police officers, why do you think

3    they would be holding the crowd back?

4        A    Like I said, I don't know.

5            By this point, I've already encountered a very

6    large number of police officers, you know, just standing,

7    observing people, and then measures are withdrawn and we're

8    allowed to move forward.  So, you know, at this point, this

9    is probably, what, maybe the third or fourth time I've

10   encountered the police, maybe even more.

11           So this is just normal behavior that I observed up

12   at this point.  That's the state of mind I'm in; that, okay,

13   you know, the police will allow us to continue.

14           MR. MARSHALL:  Can we jump to 4 minutes and

15   58 seconds.

16           Can you play it from there until 5:21.

17           (Video played)

18   BY MR. MARSHALL:

19       Q    That looks to be you there on the bottom left of

20   that crowd; is that right?

21       A    Yes, sir.

22           (Video played)

23   BY MR. MARSHALL:

24       Q    The crowd just pushed past that line of police

25   officers, didn't they?

1      A     So it appears at this particular moment.

2            I'm just, you know, caught in the middle of the

3      crowd, and I'm not doing the pushing or no coercion.  You

4      know, people are behind me pushing.

5            And like I said, I don't know who's originating

6      the motion.  If those are cops right there, who's doing the

7      pushing, shoving them out of the way.

8            I'm not -- I'm just -- I just happen to be in that

9      room at a nontraditional moment, so to speak.  I could have

10     been in the wrong place at the wrong time at that particular

11     moment.  I wasn't doing any pushing or shoving or any

12     encouraging of that.

13     Q     So there was pushing, you just didn't partake in

14     it?

15     A     I didn't partake in any of it.

16     Q     You said you went to D.C. to attend the Stop the

17     Steal rally; is that right?

18     A     Yes, sir.

19     Q     And "Steal," I think I mentioned, was the

20     fraudulent activities surrounding the election that you

21     believe occurred in 2020; is that right?

22     A     Yes, sir.

23     Q     And so this was kind of a movement to stop that

24     fraudulent activity from succeeding; is that fair to say?

25     A     The intent and the reason why I was in Washington,

1    D.C. was to hear the President speak and observe the

2    speakers and the event that was taking place at the Capitol.

3              And at this point, you know, I have no idea

4    that -- I didn't know the event was canceled, wasn't taking

5    place.  So I was there to just observe the events of the

6    day, as well as the speakers that were scheduled to speak.

7         Q    And all you knew was that it was scheduled to take

8    place at the Capitol?

9         A    It was very vague, all the advertisements.

10             The event was scheduled at the Capitol.

11        Q    So you went inside thinking that could be a Stop

12   the Steal rally, that could be the location for it?

13        A    I went inside because the police allowed us to go.

14             You know, I was led to believe that this was part

15   of the event; that as long as we're peaceful, which my

16   behavior shows, you know, I was nonserious, not a threat,

17   I was professional the whole time.  I was led to believe

18   that I was just following the police instructions and the

19   crowd.

20        Q    So this movement, this Stop the Steal movement and

21   your intentions neither were actually based around taking

22   action that day?

23        A    The action that I intended to take that day was,

24   you know, be there present and to observe the speaking

25   engagements that were taking place.

1          There were no intent of going in the House or the

2    Senate or, you know, engaging in any sort of disruptive

3    behavior to stop a certain meeting or any congressional

4    event.

5          Q    You knew that the Electoral College certification

6    was occurring that day?

7          A    I did know that there were -- to that extent, not

8    really.  But I did know that the House and the Senate would

9    be meeting and they would be moving forward with the

10   election result from 2020.

11         Q    But it wasn't your intention to stop Biden from

12   being certified during those proceedings?

13         A    I didn't have any intention of taking action to

14   delay or disturb any type of proceeding.

15              MR. MARSHALL:  Can we pull up

16   Government's Exhibit 513.  And that's a PDF.

17              Can you scroll down to the last three messages

18   there.

19   BY MR. MARSHALL:

20         Q    Can you read those first two messages.

21         A    So the first message sent, I said, "We ain't

22   giving up."

23              And the second message, I said, "No way in hell

24   Biden is getting the presidency."

25         Q    And you wrote those?

1      A      Yes, sir.

2             MR. MARSHALL:  No further questions, Your Honor.

3             THE COURT:  Redirect.

4             MR. MACHADO:  Thank you, Your Honor.

5                            -  -  -

6                     REDIRECT EXAMINATION

7   BY MR. MACHADO:

8      Q      The government asked you a few questions about

9   your Instagram message saying "They're gassing us."

10             Do you recall the circumstances of why you sent

11   that message?

12     A      Again, this was just -- I had just briefly

13   approached the Capitol.  So in my state of mind,

14   I'm thinking, oh, there's an event, you know, people --

15   there will be, you know, guest speakers.  You know, we would

16   have, you know, constitutional experts, you know, a number

17   of scholars engaged in speaking engagements with the crowd.

18   So when I arrived, I'm slightly confused that there's, you

19   know, gas being expelled to the crowd.

20             And I inadvertently wrote that statement, because

21   I later, you know, realized that they wasn't gassing us,

22   Matthew and I, this was just gas that was expelled in some

23   other direction, I don't know, and the wind had brought it

24   over to Matthew and I.

25             So that was the motivation behind that.  And I had

1    inadvertently wrote that statement saying "they are gassing

2    us," as in Matthew and I, but they weren't.

3         Q    So that "us" is referring to you and Mr. Baggott

4    or just the people in general?

5         A    I'm referring to Matthew and I.

6              And, you know, my specific area right then is we

7    were peaceful.  We wasn't engaged in any aggressive verbal

8    altercations with the officers.  We were just peacefully

9    present, just observing.

10        Q    At any point did it appear to you that the police

11   were being overrun or were not in control of the situation?

12        A    No, sir, because this United States of America,

13   you know, the most powerful, most advanced nation.  And we

14   take our police officers -- I'm very comfortable --

15   I understand, you know, police officers, that they go

16   through training, rigorous, you know, screening, so they

17   pick the best of the best.

18             And I've been through several sporting events in

19   rural areas where they don't have the same capacity to hire

20   people like they do in Washington, D.C., and they are still

21   able to maintain crowds with a less favorable

22   police-to-crowd ratio.

23             So this -- I did not observe anything that would

24   appear that the police was overwhelmed or this was too big a

25   job for them.

1          And like I said, the police's body language.  They

2   never turned their back to us.  They weren't afraid.  You

3   know, they were very friendly to me personally.

4      Q    You mentioned that at times you saw people acting

5   improperly, for example, breaking windows, correct?

6      A    Yes, sir.

7      Q    Did you ever assist them in any way or lead them,

8   cheer them on or anything like that?

9      A    No, sir.

10          I strictly condemn -- I do not support those types

11   of activities.

12          Just, you know, from a moral standpoint, as well

13   as my background in real estate, I'm taught.  And that's

14   just my mindset.  My professional career, you know, entails

15   preserving property, you know, taking care of other people's

16   windows, doors, structures.

17          So, no, sir, never -- I did not encourage or get

18   involved in any destructive behavior.

19      Q    I'm going to show you what has been introduced as

20   Government's Exhibit 519, and this has to do with some of

21   your Instagram messages.

22      A    Yes, sir.

23      Q    Specifically I want to talk to you, and

24   unfortunately I don't have the fancy equipment, but I'll

25   just read it where it says:  "Yeah, I am seeing the police

1    treat the peaceful protesters horribly when they let BLM and

2    Antifa get away with so much vandalism."

3         Now, this message was sent after -- was this after

4    you had arrived back in Nashville?

5    A    So we arrived back to the airport.  And we were

6    scheduled to fly back to Nashville that night.

7         Well, due to the unplanned events of the day, the

8    traffic and everything had severely delayed our arrival to

9    the airport.  So by the time I got to may gate, my gate was

10   already closed so they moved us to a much later/early flight

11   for January 7th.  So this is me at the airport.  Again,

12   I don't have the knowledge that I now know.

13        But I do remember there were -- there was an

14   instance where we were peacefully present at the event.  And

15   this was actually after Ashli Babbitt had been shot that

16   people had run out and they were screaming, oh, my God,

17   somebody's been shot.  So this is me going off of secondhand

18   information that someone had been shot and murdered by the

19   police and so forth.

20   Q    Where was that secondhand information coming from?

21   Was it people you heard?  The news?  What was it?

22   A    This was coming from people running out of the

23   building saying, oh, somebody's been shot.  You know, they

24   shot one of us and so forth.  So this is me going based off

25   of secondhand information from other people that were at the

```
 1   event.
 2         Q    Okay.
 3              Now, in the language here, it says specifically,
 4   "I am seeing."
 5              Okay.  Why --
 6              MR. MARSHALL:  Your Honor, sorry.
 7              MR. MACHADO:  Okay.  There's a question.
 8              MR. MARSHALL:  Sorry.
 9   BY MR. MACHADO:
10         Q    Why did you not say, I saw the police treat
11   peaceful protesters horribly?
12              MR. MARSHALL:  Your Honor, I'm going to object and
13   say this is asked and answered.
14              THE COURT:  He can answer it again.  That's okay.
15              Go ahead.  It's overruled.
16              THE WITNESS:  Sorry.  Repeat the question.
17   BY MR. MACHADO:
18         Q    Why did you write "I am seeing," as opposed to "I
19   saw"?
20              You're talking in something that had happened?
21         A    Yes, sir.
22              This was just, like I said, me just going based
23   off of secondhand information.
24              I'm already at the airport.  So this is not me
25   standing on the Capitol Grounds seeing this as it unfolded
```

```
1    and typing it.

2            This is, one, I inadvertently used the word

3    "seeing."  I should have said "I saw," talking about the

4    past tense, from stuff that happened the day before.

5            And so this was just, like I said, poorly grammar.

6    Me going -- this is just poor grammar.  Me going based off

7    of secondhand inaccurate information.

8    BY MR. MACHADO:

9        Q    And then finally with regard to the rally itself,

10   the Stop the Steal rally, what did you understand to be the

11   itinerary -- or itinerary or what was going to be going on

12   at the Capitol while you were on the way there?

13       A    So my understanding was, you know, I've seen from

14   advertisement and promotion that there would be a number of

15   politically respected people, you know, making speeches.

16           So that was my understanding, was going to the

17   Capitol.  At the Capitol, there would be events taking

18   place, you know, some people speaking and so forth.

19           You know, it wasn't clear, you know, the full

20   scale of the itinerary for that day.

21       Q    In those itinerary, did you have any indication of

22   whether things were inside or outside?

23       A    No, sir, it was vague.  It just said at the

24   Capitol is where this event be taking place.

25           MR. MACHADO:  Thank you.  Nothing further.
```

1          THE COURT:  All right.  Thank you for your

2     testimony.  You may step down.  Thank you, Mr. Parks.

3          All right.  Mr. Machado, do you have any

4     additional witnesses or evidence?

5          MR. MACHADO:  No, Your Honor.

6          At this time, the defense rests.

7          THE COURT:  All right.

8          Is the government going to have a rebuttal case

9     in?

10         MS. KEARNEY:  No rebuttal case.

11         THE COURT:  Okay.

12         Do you want to make a motion, Mr. Machado?

13         MR. MACHADO:  Your Honor, we renew our motion for

14    judgment of acquittal.

15         We would, again, submit on the evidence, but we'd

16    renew it nevertheless.

17         THE COURT:  Okay.

18         So the motion is denied, based, again, upon

19    viewing the evidence in a light most favorable to the

20    government, including the evidence presented during the

21    defense case, I do find that a reasonable factfinder could

22    make a determination of guilt beyond a reasonable doubt on

23    each of the counts.

24         All right.  It's 12:45 now.  Are you all ready to

25    go to your closing at 1:45 after lunch?

```
 1            MR. MACHADO:  We will be.

 2            MS. KEARNEY:  That's fine, yes.

 3            THE COURT:  We'll see you at 1:45.  Thanks,

 4   everyone.

 5            COURTROOM DEPUTY:  All rise.

 6            This Court stands adjourned.

 7            THE COURT:  Before we adjourn, exhibits, does the

 8   government have those available on a thumb drive for me?

 9            MS. KEARNEY:  We have uploaded them to USAfx.

10            THE COURT:  Okay.

11            MS. KEARNEY:  We have a full set of exhibits but

12   they include non-admitted exhibits, I believe.

13            Well, then yes.

14            THE COURT:  Yeah, that would be great if I could.

15            And obviously I'd like to have the defense

16   exhibits as well.

17            MR. MACHADO:  Your Honor, we had earlier provided

18   them with the understanding that they were going to be

19   provided as well.

20            MS. KEARNEY:  So what we'll have to do is we'll

21   have to transfer them into the admitted folder, which we can

22   do once we get back on the Internet.

23            THE COURT:  Yeah, if you all would just give me a

24   heads-up what I'll be asking for.

25            MR. MACHADO:  Thank you, Your Honor.
```

1          MS. KEARNEY:  Oh.  Your Honor, before you -- I

2     don't know if you have a sense, you probably want to wait

3     and hear the closings, but in terms of timing for a verdict,

4     are you anticipating in short order or are you anticipating

5     several days?

6          THE COURT:  Why don't we talk after the closings.

7          MS. KEARNEY:  Understood.

8          THE COURT:  I want to talk to everybody about your

9     schedule and the like.

10          MS. KEARNEY:  Thank you, Your Honor.

11          THE COURT:  Thank you.

12          COURTROOM DEPUTY:  This Court stands in recess.

13          (Recess from 12:49 p.m to 1:45 p.m.)

14          THE COURT:  Welcome back, everybody.  So we're

15     ready to proceed with the closings?

16          MS. KEARNEY:  Yes, Your Honor.

17          If I might just have a moment to get my

18     presentation up.

19          THE COURT:  Sure.

20          MS. KEARNEY:  Before I begin, Your Honor, I don't

21     know Your Honor's practice.  Do you permit a rebuttal?

22          THE COURT:  Oh, yes.

23          MS. KEARNEY:  We'd like to reserve a few minutes

24     for rebuttal.

25          THE COURT:  You don't need to reserve anything;

1   it's your closings.

2           MS. KEARNEY:   Thank you.

3           On the afternoon of January 6th, 2021, the

4   Defendant Stewart Parks joined with a mob of rioters intent

5   on gaining entry into the United States Capitol Building.

6   They broke through numerous barriers, fences, windows,

7   doors, even the bodies of police officers themselves.  And

8   they breached the building, forcing the congressional

9   proceedings occurring inside to come to a halt.

10          Once inside, Mr. Parks and his fellow rioters

11  roamed the building, preventing any congressional business

12  from resuming until much later that evening after all the

13  rioters had been cleared from the premises.

14          Mr. Parks himself spent more than 40 minutes in

15  the Capitol Building.  And as he was leaving, he took a

16  souvenir, a handheld metal detector wand belonging to the

17  United States Capitol Police, and that's why we're here

18  today.

19          It hasn't been a long trial, Your Honor, so I'd

20  like to just briefly start with what's not in dispute, and

21  I think that's a lot.

22          First, there's no dispute that on January 6th,

23  2021, a restricted area had been established by the Capitol

24  Police and the Secret Service around the Capitol Building.

25  That was in the testimony of Inspector Hawa and Lieutenant

1  McCree.  And that area was designated by multiple lines of

2  fencing.  That's the area indicated in Government's Exhibit

3  101.  Bike racks, snow fencing, signs were posted, and

4  officers were manning the barriers along the way.

5          Second, there's also no real dispute that the

6  defendant entered and remained in the restricted area for a

7  significant period of time.  He was in the Capitol Building

8  itself for at least 40 minutes.  We see him enter in

9  Government's Exhibit 206 at about 2:13 p.m., and we see him

10 exit for the final time in Government's Exhibit 230 at about

11 2:56 p.m.

12         Third, there's no real dispute that while he was

13 in the Capitol Building, the defendant picked up a Capitol

14 Police metal detector wand, carried it with him for at least

15 ten minutes, and left the building with it.  We see him pick

16 it up in Government's Exhibit 221, we see him leave the

17 building multiple times in Government's Exhibits 222, 224,

18 226, 228, and, finally, in 230.  And the parties have

19 stipulated in Government's Exhibit 800 that that wand

20 belongs to the United States Capitol Police.

21         Fourth, there's also no real dispute that

22 government business or official functions were impeded and

23 disrupted that day.  The congressional certification of the

24 Electoral College count was disrupted for hours when the

25 building went into lockdown.  The United States Secret

1    Service was impeded in its protection of the Vice President

2    and his family.  They had to move their protectees, and they

3    had to deviate from their plan for that day.  And the

4    United States Capitol Police was impeded in its efforts to

5    protect the Capitol Grounds and the building and those who

6    work there.

7              So really what this comes down to is what the

8    defendant knew and what he intended.  And I submit,

9    Your Honor, that the defendant's words and actions make it

10   crystal clear.

11             They make it clear that he knew he was not

12   authorized to be inside the restricted perimeter, and that,

13   in particular, his presence inside the Capitol Building was

14   unlawful and unwelcome.

15             They make it clear that he intended to impede or

16   disrupt the orderly conduct of government business or

17   official functions, including Congress's certification of

18   the 2020 election results.

19             And they make it clear that he knew that that

20   metal detector wand was not his, and he intended to deprive

21   the owner, the Capitol Police, of that property.

22             And so with those issues in mind, I would just

23   like to walk Your Honor through what we've presented as

24   evidence in this case.

25             On the morning of January 6th, Mr. Parks flew with

1   Mr. Baggott to Washington, D.C. with the intent to support

2   efforts to quote, Stop the Steal; that is, to prevent

3   Congress from certifying the results of the 2020 election

4   for Joe Biden, and instead to certify the election for

5   Donald Trump.

6          He sent a message to one of his contacts that he

7   was on his way.  And he posted an Instagram Story about it,

8   captioning it, "On the way to D.C. to Stop the Steal and,"

9   with the graphic that said, "Four more years."

10         Once he got to D.C., he made his way towards the

11  Capitol, approaching from the west, and we see his approach

12  in Exhibit 531.

13         Now, we don't know precisely how or where he

14  entered the restricted area, but what we do know is that by

15  at least 1:43 p.m., he and Mr. Baggott are on the west side

16  of the Capitol Building, well within the restricted

17  perimeter, and right in front of a line of police officers

18  who were attempting to prevent the crowd of rioters from

19  advancing.  And we can see that in Government's Exhibit 201

20  and 301, which line up to depict Mr. Parks' position.

21         And we know that Mr. Parks saw those officers.

22  First, how could he not, they are right in front of him.

23  And, second, he filmed them as other rioters appeared to

24  struggle with them in front of bike rack barriers.

25         And we know that Mr. Parks experienced pepper

1    spray.  We talked about that at length during his testimony,

2    Your Honor.  He posted on Instagram, "They're gassing us."

3           Now, frankly, Your Honor it, doesn't matter

4    whether the "us" is him and Mr. Baggott or the other rioters

5    around him.  The fact is he knew that tear gas or pepper

6    spray or OC spray, some crowd-control agent, was being

7    deployed, and it was being deployed in order to push the

8    crowd back.

9           So by 2:00, Mr. Parks has experienced pepper

10   spray, he's seen bike rack barricades manned by police

11   officers who are attempting to keep the crowd away from the

12   Capitol Building.  And at that point, he doesn't leave, he

13   doesn't say where he is.  Instead, as the crowd starts

14   squeezing through an opening in the tarp to get under the

15   scaffolding on the northwest stairs, he joins in.

16          Now, these are still images on the slide,

17   Your Honor.  And I'm not going to play the videos; I think

18   we've played them enough in the trial.  But I encourage the

19   Court to remember the noise, the anger, the shouting that is

20   happening at these moments.

21          And once Mr. Parks is under the scaffolding, he

22   sees the Capitol police officers who are positioned there

23   trying to keep the crowd at bay.  He not only sees them, he

24   films them.  And he captions the video, "We're getting in."

25   So his intention here is clear, Your Honor.  He is already

1    intent on reaching that building and entering.

2              He continues to film as rioters advance, and they

3    menace the officers, throwing objects at them, and that's

4    Government's Exhibit 531.

5              And if you watch 407 and 408, Your Honor, you'll

6    see those rioters weren't just menacing, they weren't just

7    throwing objects, they were striking at police officers,

8    they were railing the barricades, they were spraying things

9    at police officers.

10             And Mr. Parks is on those steps for a long time;

11   he's under there for at least 10 or 15 minutes.  We see him

12   in Government's Exhibit 407 at 7 minutes, 37 seconds in,

13   right at the top where he has a clear view of the officers.

14             We see him about a minute later with officers in

15   front of him clearly able to see what they're doing.  And we

16   see him again about five minutes after that with

17   Mr. Baggott.  Again, it is clear that those officers are

18   protecting a line and do not want the rioters to cross.

19             But once the rioters broke through that line of

20   officers, they surged up the next set of stairs towards the

21   Capitol Building.  And Mr. Parks is right there with them.

22   30 seconds after that line broke, he's climbing the stairs.

23             Once he gets to the top of the stairs, he doesn't

24   hesitate, he doesn't look around, he beelines for the Senate

25   wing doors, the very doors where other rioters are trying to

1    break out the glass in the windows and they're trying to

2    break through the doors to gain entry to the building.

3            Now, when he gets there, he watches as the rioters

4    did just that.  He watches as they smash through the

5    windows.  He watches as they kick open the doors.

6            And in Government's Exhibit 206, Mr. Parks is

7    right next to that window.  If you're looking from the

8    middle of the building on the right-hand side, from the

9    outside of the building on the left-hand side, he steps away

10   and he's filming.

11           And, Your Honor, Mr. Parks has told you this

12   himself.  He told you that he saw that window get smashed.

13           But contrary to Mr. Parks' testimony, Your Honor,

14   this was not a peaceful scene.  This is disruptive,

15   destructive, and violent.  And Mr. Parks watched as

16   it happened.

17           I want to play for the Court Government's Exhibit

18   206 side by side with Government's Exhibit 414, which shows

19   what Mr. Parks would have heard as he was entering that

20   building.

21           (Video played)

22           MS. KEARNEY:  That's not how you enter a lecture

23   series, Your Honor.  That's not how you enter a scholarly

24   talk about the implications of the Electoral College.  This

25   is how you break into a building where you are not supposed

1    to be.

2              And so as the glass smashed and the alarms blared,

3    the defendant enters the Capitol Building.  And once inside,

4    he follows a group of rioters in marching down the hallway

5    and joins the group that was pursuing Officer Goodman up the

6    stairs into the Ohio Clock Corridor.

7              There, he encounters yet another police line, this

8    time protecting the entrance to the Senate chamber, for the

9    Senators and the staff are still inside.

10             The officers here are impossible to miss, and

11   Mr. Parks is positioned right up against them.

12             He spends about seven minutes in the Ohio Clock

13   Corridor, and he leaves only after another rioter deploys a

14   fire extinguisher.

15             Now, Mr. Parks testified about this as well.

16   He said, that's the point where it occurred to him that

17   maybe he should leave.  And so he retraces his steps back to

18   the Senate wing doors where rioters are still streaming in.

19             But he doesn't leave.  He barely even glances

20   towards those doors, Your Honor.  Rather, he continues to

21   the House side of the building.  And after a series of areas

22   that he walks through, he, again, encounters a line of

23   police officers, and this time they're protecting the

24   corridor outside the House chamber.

25             Mr. Parks is towards the front, as over several

1     minutes rioters push against, break through, and then flood

2     into the corridor.  And as with the Senate, at this point,

3     he is steps from the House chamber.

4              So over the course of the 20 minutes that I've

5     just described, in addition to all the exterior indications

6     that his presence in the Capitol Building was not

7     authorized, the defendant encountered windows and doors that

8     were closed and locked, such that rioters had to smash

9     through them, and at least two additional lines of police

10    officers actively inserted themselves between the rioters

11    and the House and Senate chambers.

12             Your Honor, if you show up to a bank in the

13    morning and the door is wide open and the windows are

14    smashed out and the alarms are blaring, that is a great

15    indication that it is not a good idea to step inside.

16             Now, that analogy is not quite apt here because it

17    is legal to go into a bank.  But that is what the defendant

18    saw when he entered the building, and yet he claims that he

19    had no idea it that he wasn't supposed to be there.

20             And even after all of these indications,

21    Your Honor, the defendant doesn't leave the building for

22    another 15 minutes.  He spends about 10 minutes in the

23    vicinity of the Upper House door, where there is literally

24    an exit, a door that he passes through several times.  He

25    leaves, he re-enters, he leaves, he re-enters again.

1           He had no intention of leaving the building,

2    Your Honor.  It is only when he is actually pushed out by

3    Metropolitan Police Department officers that he finally

4    exits.  And even then, he lingers outside the door for

5    several minutes before finally descending the steps on the

6    east side of the building.

7           And that's the basis for the first four counts in

8    the information, Your Honor.  I submit that the government

9    has proven each of these counts beyond a reasonable doubt

10   and I want to walk through the elements of each one.

11          So first, the defendant is charged with entering

12   and remaining in a restricted building or grounds.

13          And I've put the elements of that offense up on

14   the screen, Your Honor; I don't think the Court needs me to

15   read them for you.

16          But as I outlined earlier, there is no meaningful

17   dispute that portions of the Capitol Grounds, and, in

18   particular, the entire Capitol Building, were restricted on

19   January 6th due to the visit of the Vice President and his

20   family, and there's no dispute that the defendant was there.

21          The question is, was he there knowing that he

22   wasn't supposed to be there?  And as I've cataloged, he had

23   a myriad of indications that his presence was not lawfully

24   authorized.  He had pepper spray, he had physical barriers,

25   he had lines of police officers actively trying to keep

1    rioters back, he had locked doors and windows.  And he

2    watched as other rioters violently breached those barriers,

3    attacking officers, pushing bike racks back, and breaking

4    through windows.  Put simply, the defendant was well-aware

5    that he wasn't authorized to be there.

6            And here, Your Honor, I want to discuss the

7    defendant's testimony just slightly.  And I know Your Honor

8    has instructed multiple juries on how to consider

9    defendant's testimony, so I won't harp on that here.

10           But the version of events that the defendant gave

11   today, Your Honor, is simply not credible.  What it

12   demonstrates is, this is a defendant who chooses to believe

13   that the rules don't apply to him.  To say it colloquially,

14   Your Honor, he is slicing the salami way too thin.

15           He wants you to believe that officers, rather than

16   retreating when they were physically attacked by other

17   rioters, simply rescinded the barriers, that they decided

18   that, well, maybe we should let these rioters in.  He wants

19   you to believe that the rioters who were pushing through

20   lines of police officers' own bodies were simply engaged in

21   what he called nontraditional movement.  Your Honor, this is

22   laughable.  This is the defendant's gloss on what he knows,

23   what he knows is a crime.

24           And the defendant's own words corroborate this,

25   Your Honor.  Recall the messages that he sent to his friends

1    the evening of January 6th.  That morning, he'd been

2    boasting about going to D.C. to Stop the Steal.  But that

3    evening he changed his tune.  He started coyly telling some

4    people, those who might disapprove, that he'd been at home

5    the whole time, while boasting to others that "It was insane

6    and I loved it."

7              Now, I'm not suggesting, Your Honor, that he was

8    creating an alibi here.  What I'm suggesting, Your Honor, is

9    that the defendant realized that this could be a problem for

10   him, and, therefore, started testing out how to minimize his

11   conduct that day.

12             As proud as he was, as excited as he was, he

13   understood that his conduct was illegal, and he understood

14   that he could get in trouble for it.  And so, publicly at

15   least, he started minimizing it.

16             Count 2 charges the defendant with disorderly or

17   disruptive conduct in a restricted building or grounds.

18             The first element is that the defendant engaged in

19   disorderly or disruptive conduct in or actually in proximity

20   to any restricted building or grounds.  The same restricted

21   perimeter, the same restricted building.  The defendant was

22   not only in proximity to that perimeter, he was well within

23   it.  And his conduct within that perimeter was both

24   disorderly and disruptive.

25             It's true, we don't know how loud he was in terms

1    of volume, we don't know what he said that day.  But what we

2    do know is he was disruptive; that is, he interrupted an

3    event, activity, or normal course of a process.

4            And what's key here, Your Honor, is the

5    defendant's presence in that building, the defendant's

6    unauthorized, unscreened presence was disruptive.

7            The defendant, along with hundreds, if not

8    thousands of others, entered a building that they were not

9    supposed to be in.  They entered a building where business

10   was being connected and that had no way of keeping these

11   people out.  And so when they entered and when they are

12   unscreened and when they are unauthorized, business comes to

13   a halt.

14           It is the very mass of the mob that is disruptive

15   here, and the defendant is a part of that.  His physical

16   presence, along with hundreds or thousands of others, is a

17   disruptive presence in the context of being within a

18   restricted perimeter without authorization.

19           And the disruption that they caused was extensive.

20   This was not a few-minute halt.  The Capitol Building went

21   into lockdown as a result of the breach.  And Lieutenant

22   McCree explained what that means.  It means the entrance and

23   the exits were locked, the proceedings were discontinued,

24   and House members at least, sheltered in place while the

25   Capitol Police determined whether they should be evacuated.

1            And Inspector Hawa explained that the

2     certification proceedings didn't and couldn't resume until

3     every last rioter had been removed from the restricted area,

4     something that didn't happen until much later that evening.

5            And that takes care of the third element as well,

6     Your Honor.  The defendant's conduct was not only disruptive

7     but it did cause a disruption in government business or

8     official functions.

9            And so yet again, we are left with whether the

10    defendant did this knowingly and with the intent to impede

11    or disrupt the orderly conduct of government business or

12    official functions.  Was he aware of the nature of his

13    actions and did he intend that disruption?  Of course he

14    was, and of course he did.

15            As I've already explained, he knew he was not

16    authorized to be on Capitol Grounds or in that building.  He

17    knew his presence was not welcomed by Capitol police

18    officers or law enforcement responsible for protecting that

19    building, however much he may protest that now, that perhaps

20    other people's presence was not welcome but his certainly

21    was.

22            He didn't care, Your Honor.

23            And he may not have been the most physically

24    aggressive rioter in that building, but he consistently puts

25    himself up at the front of the action.  He is up against the

1    police line; he is up at the front of the group.

2         And that's important for two reasons.  First, as

3    I've explained, that means he is fully aware of the

4    officers' efforts to keep rioters back and of the violent

5    ways that the rioters are breaching the police lines, the

6    windows, and the doors.

7         And, second, it's evidence of just how motivated

8    he was.  You don't strive to be at the front of a violent,

9    angry mob if you are not acting with purpose, if you are not

10   acting with intention.

11        So then what was it that was his purpose?  What

12   was his intention?  What was he trying to disrupt?

13        Well, he knew something was happening in the

14   Capitol Building that day, right.  And that's not a lecture

15   series, that's not his learned talk about that he said he

16   was going to.  The purpose of Stop the Steal, Your Honor, is

17   to get Congress to halt the certification of the 2020

18   Presidential vote.  And Mr. Parks has admitted that he knew

19   that's what was happening in the building that day.

20        As he commented to a friend hours after he'd left

21   the Capitol, "We ain't giving up.  No way in hell Biden is

22   getting the presidency."

23        With respect to Count 3, Your Honor, the very same

24   evidence that supports Counts 1 and 2 proves the defendant

25   is guilty of this offense as well.

He engaged in disorderly and disruptive conduct, this time in a Capitol Building.  Well, that is the Capitol Building, Your Honor, and the disorderly or disruptive conduct is the same conduct as in Count 2.

And he did that with the intent to disrupt or disturb the orderly conduct of a session of Congress or of either House of Congress.  And that one of the official functions that he obstructed that day, Your Honor, was the congressional certification of the Electoral College vote.

And the same evidence that the defendant acted knowingly with respect to Counts 1 and 2 demonstrates that he acted willfully here.  He knew his conduct was illegal.

In addition to disregarding signs and fences, he disregarded efforts by law enforcement to repel him, bypassing numerous officers, witnessing other rioters commit additional illegal acts, property destruction, smashing windows, breaking open doors, all to get inside the Capitol.

There's no way the defendant thought this was legal.  And that's further evidenced by the defendant's conduct immediately following the breach.  Although he was proud and excited and he boasted to friends, promising to show them videos and his souvenirs, his somewhat joking insistence that he'd been sleeping on his couch in Nashville, that's indicative of his knowledge that his conduct was illegal.

1            And finally, Count 4 is easily satisfied as well.

2    For the same reasons as Count 3, it's clear that the

3    defendant was in the Capitol Building, and it's clear that

4    he demonstrated in that building.

5            "Demonstrate" refers to conduct that would disrupt

6    the orderly business of Congress; for example, by impeding

7    or obstructing passageways, hearings, or meetings.

8            And for all the reasons that Mr. Parks' conduct

9    disrupted government functions, including the congressional

10   certification with respect to Counts 2 and 3, it did so

11   here.

12           And the ordinary meaning of "parade" is to march

13   or to take part in a procession.

14           The defendant did that on January 6th as he moved

15   across the entire building with a mass of his fellow

16   rioters, at times waving his flag, at times cheering.

17           And I'll direct Your Honor to Government's Exhibit

18   425, 423, and 206, which I've displayed images from here.

19   And also encourage the Court to watch the portions of

20   Exhibits 408, 414, and 415, where the defendant is moving

21   from the Senate wing doors to the Ohio Clock Corridor,

22   marching with his fellow rioters as they chant in the

23   hallways of the Capitol.

24           And, finally, Your Honor, I want to address

25   Count 5, that's the theft of the metal detecter wand.

1          At 2:45 p.m., the defendant spots the wand on the

2    table and he grabs it.  I submit, Your Honor, it's an

3    impulse grab.  He saw something that could be a cool, easily

4    portable souvenir, a trophy that he could take home on the

5    plane with him and show to his friends.  And he puts it back

6    down again.  So far so good.

7          But about 30 seconds later, he passes by again.

8    And he can't resist.  He grabs it again.  And then he walks

9    around with it for at least ten minutes.  He's still holding

10   it when he exits via the Upper House door at approximately

11   2:56 p.m.

12         Now, Your Honor, there's no dispute that that wand

13   belonged to the United States Capitol Police, the parties

14   have stipulated to it, and it's clear from its location at

15   the United States Capitol Police checkpoint inside the

16   Capitol Building.

17         There's also no real dispute the defendant knew it

18   didn't belong to him or knew that he had it.  He admitted

19   that he picked it up.  This isn't some situation where

20   someone stuck it in his bag when he wasn't looking.  And

21   there's no real dispute that he carried it around with him

22   for ten minutes and that he left the Capitol Building with

23   it.  It's all on video.

24         And now, we submit, Your Honor, that he held on to

25   it for longer than that.  You've watched the video where

1    there appears to be an object in his jacket pocket.

2          But, frankly, Your Honor, it doesn't matter if he

3    discarded it right after that.  He held onto it for long

4    enough that his intention is clear.  He wasn't picking that

5    up to examine it quickly.  He wasn't moving it for

6    safekeeping.  He intended to take that wand from the Capitol

7    Police, and he intended to deprive them of its use.

8          And now Mr. Parks has said that he didn't intend

9    to steal it; that he actually put it by a pillar shortly

10   after leaving the building.  Maybe he changed his mind.

11   Maybe it was too annoying for him to carry around.

12         Frankly, Your Honor, that's of no moment here.

13   And the analogy I'd direct you to is a more normal type of

14   theft, a shoplifting, right?  If you shoplift a necklace

15   from Macy's and then you throw it in the trash once you're

16   out, you've still stolen the jewelry.  It doesn't matter if

17   you did it on a dare, it doesn't matter if you did as a

18   prank, it doesn't matter that you never got to wear it or

19   that you gave it to someone else.  You still deprived the

20   owner of the use of that property.

21         Your Honor, in his testimony today, the defendant

22   made clear that he doesn't think the rules apply to him.  He

23   constantly spoke about what other people were doing, what he

24   was not doing, why other people acted poorly and he did not.

25         Your Honor, the law does apply to him, and the

1   government has proven every element of the offenses with

2   which he is charged beyond a reasonable doubt.  And so,

3   Your Honor, I ask you to return the only verdict that's

4   consistent with the law and with the evidence, that

5   Mr. Parks is guilty on all counts.

6           THE COURT:  All right.  Thank you, Ms. Kearney.

7           MS. KEARNEY:  Thank you, Your Honor.

8           THE COURT:  Mr. Machado.

9           MR. MACHADO:  Thank you, Your Honor.

10          Your Honor, a lot of this case boils down to

11  perspective.

12          You have the government with their almost infinite

13  resources, videos, third-party videos sent to them, things

14  that they've recovered that are for the purpose of showing

15  you the ugly that happened, and there was ugly that

16  happened.

17          And so, therefore, they have suggested, with all

18  these videos, well, look at these horrible things that have

19  happened, clearly Mr. Parks was part of that, and so,

20  therefore, he clearly is guilty of those charges.

21          But, again, it's a matter of perspective, because

22  what we -- first of all, we have individual rights and

23  individuals knowledge.  And what you have clearly with

24  Mr. Parks is that his individual actions did not in any way

25  act as some support or in furtherance of the negative, and,

1    frankly, criminal actions that were being done by many

2    individuals.

3              Let's just first start by saying, as best as they

4    can do, you had a good amount of time in which my client was

5    videotaping.  You do not at any time see anything that

6    contradicts what he said, where he was respecting [sic]

7    authority, where he was pushing back, where he was yelling,

8    where he was demonstrating.  You don't have that.  Not

9    through third-party videos, not through the cameras.  And so

10   what I would suggest, Your Honor, is that at no point did

11   Mr. Parks do the incidents that are considered to be

12   criminal, at least not knowingly, and a lot of it goes to

13   his perspective and to his knowledge.

14             The government has presented some things that

15   are -- you know, validly happened on that day.  But then

16   they are assuming that they can bootstrap what happened on

17   that day by saying, well, Mr. Parks was there, too, so he's

18   part of it, too.

19             But that's not the case, Your Honor.  I'm going to

20   suggest that what you have here is the government showing

21   you the ugly from different angles.  And it's the equivalent

22   of an instant replay in baseball or football or something to

23   that effect, where you have a person doing something, and

24   from his perspective, he sees that the person is safe at

25   third or whatever is the case.

1          But then you have the multiple angles that come,

2   and you can see that exactly -- that wasn't exactly what

3   happened and so, therefore, the call was wrong.  Well, in

4   the mind of the person -- the third-base umpire who watched

5   that slide into third, and his knowledge, his truth is that

6   that person appeared to be out or safe, whichever is the

7   case.

8          So you have a situation where we don't condemn

9   that person, that third-base coach.  And I'm not trying in

10  any way to minimize the actions or what was going on there.

11  But the point is, that's his truth, that's his view, and so,

12  therefore, that third-base umpire knowingly believes that

13  that person was out or safe.  So I'm going to suggest,

14  Your Honor, that this is the case.

15         And let's start, first of all, with the fact that

16  we had Mr. Leverett, who testified and basically said, he's

17  a straight-up guy, that's about as straight-up as you can

18  get.  Knows him through basically a community of Realtors,

19  working with him.  And always truthful, even in situations

20  when he didn't have to be truthful.  And he came and he

21  testified to the good character of Mr. Parks and his

22  honesty.

23         Now -- then the key part of the evidence that we

24  present, Your Honor, is the testimony of Mr. Parks.  And he

25  basically explained the good, the bad, and the ugly about

1    what he had done.

2            And what happens is that -- well, first of all,

3    I'll just mention that part of also the perspective that we

4    have here is that he has a hearing deficiency.  I don't

5    think that's necessarily going to carry the day, but I would

6    suggest that maybe when the government is suggesting, well,

7    he should have heard all these things to give him some

8    indication that things were wrong, and maybe that is the

9    case that possibly he did not hear all those things that

10   they are suggesting.

11           So what you have, now going through the different

12   counts, I'd like to explain why he's not guilty of each of

13   the counts.

14           So we have Count 1 of the Superseding Indictment,

15   which basically indicates that the defendant entered or

16   remained in a restricted building or grounds without lawful

17   authority to do so, and I think the government correctly

18   said there's really no dispute to that, but that he did so

19   knowingly.

20           And the "did so knowingly" is a problem.  And that

21   is, we have had the testimony of Mr. Parks, who said that he

22   went through and all these barricades and bike racks and

23   other things that were stopping people from going that was

24   testified to were not present when he was walking.  And the

25   government, to support it, presents an officer who says,

1    yeah, all those things were set up, all those things were

2    there.

3            And then they weren't there.  And you have no

4    testimony from anyone that these items were still in the

5    pristine condition of, you know, the signs being up, saying,

6    no passing through the snow fence, or that the bike racks

7    were in place while Mr. Parks was walking and going to it.

8            And I suggest, Your Honor, that in support of that

9    circumstantially, first of all, you have no evidence, other

10   than, well, they were there, but he clearly says there

11   wasn't.

12           But I would suggest to the Court when you had the

13   thousands of people who were there, as you saw first in the

14   video that arrived there, did all of them jump the bike

15   racks?  Did all of them crash through a snow fence?

16           We have no evidence to see exactly what was the

17   condition other than the testimony of Mr. Parks who said it

18   wasn't there.  And, frankly, on a circumstantial level,

19   it would be a little surprising that each of those thousands

20   of people that were there that you saw in the video jumped

21   over a bike rack or jumped over a snow fence one at a time.

22           What is more logical is the fact that these things

23   were knocked down, were out of the way, at least when

24   Mr. Parks arrived, he was not one of those people who did

25   those things, and so he did not have any impediment.

1          So when we say that there's indication about not

2    going into those areas, I think that's a fallacy that

3    I think the government is just working on assumptions that

4    has no support of evidence.

5          With regard to the entry into the Capitol, there

6    were -- you have an indication that Mr. Parks came in

7    through the door when it was opened.  He said he did not see

8    how it was opened, but he says that he went in through the

9    door and entered that way.  There's no signs there.  And as

10   I've suggested, there were no other signs.

11         And just to add for good measure, Mr. Parks also

12   testifies that, I passed along some police officers; and

13   being someone who's very cognizant of body language, said,

14   I didn't see any body language that he was -- that I was

15   getting the sense that I couldn't [sic] go where I could.

16   And, frankly, the only way that I would suggest that by body

17   language or testimony that you have or videos is when police

18   officers were in a line stopping people from proceeding past

19   them.

20         And he was not one of them who went past those --

21   or was causing himself to break the line.  There was an

22   instance where apparently the police had retired or

23   retreated, whatever it is, and he was about four or five

24   people back, and he went.  But it goes to logic that he was

25   not one of the people causing the retreating or causing

1  those people to move, and so, therefore, to his knowledge,

2  to his perception, the police backed up and allowed them to

3  go through there.

4        With regard to Count 2, again, there's a

5  reasonableness factor, but we have that the defendant

6  engaged in disorderly or disruptive conduct or in proximity

7  to any restricted building or ground; that he did so

8  knowingly and with the intent to impede or disrupt the

9  orderly conduct of government business or official

10  functions, and that the defendant's conduct occurred when or

11  so that his conduct, in fact, impeded or disrupted the

12  orderly conduct of government business or official

13  functions.

14        In all the videos that you've seen, when you've

15  seen a lot of videos with regard to what Mr. Parks was

16  doing, there's not anything that he did that we would

17  suggest indicates that he was doing something disorderly or

18  disruptive.

19        And to add to that, I would suggest to the Court

20  that if we just review what was -- what he did, what was

21  going on, there were a lot of people doing things, but is

22  there anything that he did that made any officer do

23  something different than they were doing particularly

24  because of Mr. Parks?  I suggest there wasn't.

25        You don't have a police officer even having to put

1    up an arm to stop Mr. Parks, or that -- or even having point

2    him in the direction of going out or anything like that.

3    You have no evidence that any officer lifted a finger that

4    caused them to do something different.  Plus, he wasn't

5    doing anything that we would consider to be disorderly or

6    disruptive.  He was not the subject of pepper spray.

7              And also, for what it's worth, since he didn't

8    hear what President Trump had to say, it's not like he was

9    acting on any perception of -- as I think -- I'll withdraw

10   that since that's not in evidence.  But I will say that you

11   have no indication that he was being encouraged to do

12   something disorderly or disruptive by anyone outside of

13   himself.

14             I would also point out that when he was walking

15   around, it was also always Matthew Baggott in the front.

16   And what you had was Mr. Parks following Mr. Baggott.  He

17   was not even making decisions of where to go.

18             And so I would suggest to the Court that he is not

19   guilty of Count 2 because he didn't do anything disorderly

20   or disruptive and it did not impede or disrupt the orderly

21   conduct of government business or official functions,

22   because what he specifically did, not the whole group, what

23   he specifically did does not impede or disrupt any orderly

24   conduct because he did not do anything disorderly.

25             Count 3, as the government indicated, very similar

1    as far as Counts 1 and 2; that he engaged in disorderly or

2    disruptive conduct at the U.S. Capitol Building and did so

3    with the intent to impede, disrupt, or disturb the orderly

4    conduct of a session of Congress or either House of Congress

5    and acted willfully and knowingly.  Again, there was no

6    willful aspect to it.

7            And I would also suggest that, as far as what he

8    was doing in there, he explained that he was looking around.

9    He thought there was going to be some speeches.  He didn't

10   have the benefit of knowing things had been canceled.  He

11   didn't even have the benefit of hearing information about

12   what was going on, you know, from the speeches, not that

13   that -- over by the White House, not that there would have

14   been information, but he proceeded and went in there.

15           And it's only when he sees something that just

16   was -- he realizes when there's a fire extinguisher being

17   put out by someone, that's when we need to get out of here.

18   And prior to that point, he had not done anything that would

19   be -- would signify that he was trying to do anything to

20   physically Stop the Steal.

21           The rally was called the Stop the Steal rally.  So

22   when you have on Instagram that he's sending a message

23   saying, you know, we're going to Stop the Steal, that's --

24   I mean, that's the name of the presentation or the rally

25   that he was going to be attending.  It's not that he

1    physically was going to be stopping the steal, it's just

2    that that's the name of the rally.  He was going to Stop the

3    Steal.  And so it's more of a noun than a verb, I would say.

4           Then with regard to the parading, demonstrating,

5    or picketing, I would say that the government has not met

6    its burden on that, and that he entered but he did not do

7    anything as far as trying to get some sort of political

8    opinion out, nor was he marching, he was walking in the

9    direction of people but it was not some sort of organized

10   fashion.

11          And so in this -- as far as this charge, his

12   parading, his demonstrating, or picketing was non-existent

13   because he did not try and -- was not trying to communicate

14   anything, was not yelling, we have no evidence of that.  And

15   we don't have any proof, either because of videos that we've

16   seen, that Mr. Parks was trying to get some sort of

17   political idea across.  So we'd ask for the Court to find

18   him not guilty on that, because he did not do it, but also

19   if there's something that appears to, it was not willful or

20   knowing.

21          With regard to Count 5, you've heard Mr. Parks.

22   He indicated that he had picked up the item as a joke,

23   that -- and essentially that's a way of saying that he was

24   doing it with no intention of taking it.

25          And in support, we have the fact that while he has

1    it and walks out, you have a video that, two minutes later,

2    you have the fact that he comes back and there is no item,

3    no wand in his hand.

4            And he doesn't have a backpack or anything that it

5    could hide.  What the government suggested is that, well, he

6    had some sort of rectangular object in his pocket and that

7    should be good enough to think that he actually had it in

8    there.

9            Your Honor, I would suggest -- I mean, first of

10   all, you saw the wallet that Mr. Parks had; that's clearly a

11   rather large rectangular object.  You saw and -- saw the

12   measurements, or suggested measurements, of the jacket -- or

13   the -- how long the wand was.  And if, in fact -- and you

14   had a clear view of the left pocket.  If there was that

15   item, it would have obviously -- you would have to at least

16   seen the handle of it coming out of his pocket.  And so I

17   suggest that while the government may try and suggest that

18   he put it in his pocket, there's no evidence to support

19   that.  What you do have is the more believable aspect of

20   Mr. Parks leaving and then could not get back in and put it

21   down and essentially left it there.

22           Now, just to follow a little bit with regard to

23   what the government is saying that it's not the equivalent

24   of a shoplifting, let me also suggest one other thing.  The

25   extent that he carried it around was presumably for inside

1    the building and just a few feet outside where the pillar

2    was, or at least that's what it appears.

3            I would suggest to the Court that this -- he was

4    still on the grounds, and so there was never any leaving of

5    this restricted area, that the government has so highly

6    pointed out, where he was taking the items.

7            In other words, I would suggest to the Court that

8    what you have is that maybe he picked it up and moved it to

9    another location, but it was still within the area.

10   It would be the equivalent of picking up a soda and -- while

11   you're in the store and leaving it in the produce aisle.  It

12   does not actually leave and it's not in any way taking or

13   trying to deprive the owner of the use of the property.

14           And may I also suggest, also, that you heard from

15   our stipulation, there was no wand missing.  And then with

16   regard to depriving the owner of use of the property, no one

17   was using it.  No one -- there was no one who was manning

18   the magnetometer or the wand, and so, therefore, there was

19   never any loss or deprivation, even for a moment, with

20   regard to that item.

21           And he did not convert such property to his own

22   use.  Maybe to the extent that he was, you know, using it

23   for a joke but not for -- in any way as far as trying to

24   convert the property.

25           So in summary, Your Honor, you have a lot of noise

1    and anger and shouting that happened.  And you have

2    Mr. Parks, who does none of that, proceeds to go in with

3    this understanding that something was going to be going on.

4    And then leaves and doesn't do anything disruptive,

5    inappropriate, loud, obnoxious, disorderly, or otherwise.

6    And when he leaves, he leaves and he goes home, doesn't do

7    anything further with regard to this incident but...

8            And just to touch as far as the aftermath and

9    Mr. Parks saying the things on the Instagram, it's not

10   like -- and I appreciate the government saying that it's not

11   like he was developing an alibi.  But given the fact that he

12   was admitting to some people that he did it, had put videos

13   of the fact that he was traveling there, and then says, oh,

14   I was -- this was just a joke, you know, or, when he says I

15   was just joking, I was being facetious that I was sleeping

16   on my couch, well, clearly he's joking, he said he was doing

17   it with his friends.

18           And so I think we can take Mr. Parks at his word

19   that it was a joke and it wasn't some sort of suggestion

20   that he knew what he had done wrong, because he admits to

21   the fact that he did go to other people, while he just jokes

22   with some other people.

23           So in conclusion, Your Honor, I would ask that the

24   Court accept the perspective of Mr. Parks, understand that

25   he doesn't have the benefit of having many cameras or many

1    different views about what was going on, and accept the fact

2    that what he saw on that day on January 6th, which is

3    different from what he sees today and the videos that are

4    shown now, what he saw on January 6th, 2021, was not in any

5    way the way the government is portraying it.  And that

6    essentially what he saw was police officers in control of

7    the situation and being cooperative and helpful with

8    individuals and was not in any way doing anything to suggest

9    that he could not do what he did, which was simply to go

10   into the Capitol thinking that there was some sort of

11   presentation going on.  Thank you.

12          THE COURT:  Thank you, Mr. Machado.

13          Counsel, how long will your rebuttal be?

14          MR. MARSHALL:  I would say about five minutes,

15   Your Honor.

16          THE COURT:  Oh, okay.  All right.

17          MR. MARSHALL:  Maybe ten.

18          Your Honor, just first to address a couple

19   overarching points regarding the defendant's individual

20   actions in particular and about the notion that the

21   government might be imputing the more violent acts of other

22   individuals to the defendant.

23          First, we agree that it is important to look at

24   the individual-acts parts here in evaluating his conduct and

25   his culpability.  We're not alleging he engaged in physical

1    violence, that he engaged in property damage.  But he's not

2    charged with assault and he's not charged with destroying

3    property, and the idea that some individuals were more

4    violent or more culpable than the defendant does not absolve

5    him of liability.

6            And, again, I think the relevance of the violence

7    of others that occurred in the area around Mr. Parks is not

8    that it can be imputed to Mr. Parks, but that it affects his

9    mens rea and his knowledge that he was not permitted to be

10   there, and that the police were working not only to expel

11   people from the area but to defend the Capitol and from

12   rioters breaching it.

13           And to this end, I think, you know, the principal

14   argument that's been discussed with Count 1, with lawful

15   entry and remaining, is mens rea that he -- that Mr. Parks

16   didn't observe the indicia that he was not permitted to be

17   there that day.

18           First, I would argue that that's just incompatible

19   with the video evidence that's shown.  Even if you buy the

20   defendant's arguments that every barrier and sign that would

21   have tipped him off that he was not permitted to enter on

22   the ground was, in fact, torn down, it still was perfectly

23   obvious by the time he reached the building, saw officers

24   fighting, saw windows smashed, saw the door kicked open,

25   that it would have been perfectly obvious to him at that

1    point.

2           And even if you buy that that didn't provide him

3    with notice, that didn't provide him with knowledge, you can

4    look at the defendant's own testimony that he believed at

5    2:21 when he saw that fire extinguisher go off, that he

6    thought maybe it's time to leave.  But you then saw that he

7    walked right past the place he'd entered ten minutes before

8    and then remained in the building for another half hour.

9           And even if you buy that it wasn't until half an

10   hour later that he was finally able to find an exit, you

11   then saw that he re-entered that Upper House door entrance

12   multiple times till he was finally forced out by MPD

13   officers.  So whenever you find that -- even if you don't

14   find that the defendant knew that his conduct was unlawful,

15   his presence was unlawful right at the beginning, there's

16   certainly abundant evidence of several points where he

17   gained that knowledge.

18          Next regarding the counts of disruptive and

19   disorderly conduct and disrupting the official business

20   going on inside the Capitol that day, the question of what

21   did he do.

22          He trespassed inside of a Capitol Building while

23   the joint session of Congress had met, and he remained in

24   there for 43 minutes.  He joined a crowd at the entryway to

25   the House chamber and the entryway of a Senate chamber, both

1   while Congress members had to adjourn their session and were

2   waiting inside to evacuate.  It's extremely disruptive

3   regardless of whether he engaged in some further physical

4   violence or not, and I think generally that is an overt

5   attempt to sanitize his participation in the riot on

6   January 6th.

7           Again, he was not violent, didn't engage in

8   property damage, but his conduct was notable for how early

9   he got in that building and the sensitive areas that he

10  went.

11          And as, you know, Lieutenant McCree and Special

12  Agent Hawa had testified, the presence of those

13  unauthorized, unknown individuals inside the Capitol that

14  day was a serious security threat in their view in their

15  operations of protecting the Capitol and the Vice President

16  that day.

17          This was a historically disruptive mob that

18  breached the Capitol that day.  That mob is the sum of

19  individuals, and the defendant was a willing and informed

20  participant in that mob.  He knew what was occurring in that

21  building that day, and he knew that crowd would be

22  disruptive to what was occurring.

23          And I'll mention briefly the

24  parading-and-demonstrating charge, the notion that he was

25  not trying to communicate anything by remaining in that

1    building or by going in there.

2           By his own admission, the defendant traveled to

3    the Capitol for the Stop the Steal rally.  He went into the

4    building thinking that that Stop the Steal rally might be

5    occurring in there, in fact.  Rolling up his flag when he

6    first entered the building hardly counts for much.  When he

7    then unrolled his flag and waved it around inside the

8    Capitol.  And to that, I would point to Government's Exhibit

9    425 at the 16-second mark, where that's at least one

10   occasion Mr. Parks can be seen having unrolled his flag and

11   waving it.

12          The defendant claimed that he wore his bright red

13   MAGA baseball hat as happenstance because he needed "An

14   extra layer of weather protection," which I believe is just

15   an implausible way of exclaiming that he was inside the

16   Capitol demonstrating, parading.

17          And, Your Honor, I'll finally just remark on the

18   theft charge.

19          First, regarding the notion that because the

20   defendant may not have left the restricted perimeter with

21   the wand somehow negates the actus reus necessary to

22   establish a 641 offense, I don't believe the question is

23   geographical there, I think it's about whether or not he

24   deprived another of use of that property.  The fact that he

25   walked out of the building with that wand, I think certainly

 1   is very good evidence of that intent, but it's not as though

 2   one has to travel a certain distance with stolen property to

 3   show that.

 4          At the end of the day, I think we don't know

 5   whether or not the defendant left Capitol Grounds with that

 6   police wand, but I think he committed that 641 offense

 7   either way.  The defendant picked up that hand wand and

 8   walked out of the building with it.  I think the actus reus

 9   for that crime was complete then.

10          And for the mens rea, either an intent to

11   permanently deprive someone of the property or temporarily

12   deprive them of that property is sufficient.  He either took

13   it as a joke, intended to take it temporarily and wasn't

14   able to return it, or he stole it and kept it or stole it

15   and changed his mind and discarded it later.  Either way

16   that 641 offense was complete.

17          And that's all I have, Your Honor.  Thank you.

18          THE COURT:  Okay.

19          All right.  Thank you, all, very much for your

20   presentations.

21          So let's talk about scheduling.  I know at least

22   two of you are from out of town.  But I am prepared --

23   I should be prepared by tomorrow afternoon to return a

24   verdict.  Can everybody be available at 3:00?

25          MS. KEARNEY:  That's fine with the government.

411

```
1              MR. MACHADO:  The Court's indulgence.

2              Yes, Your Honor.  I was just checking as far as my

3    client's availability as far as arrangements.  He'll be

4    available at 3:00 tomorrow.

5              THE COURT:  Okay.  Terrific.

6              Okay.  So we'll see everybody at 3:00 tomorrow.

7              Just make sure Mr. Douyon has the thumb drive or

8    however you're going to deliver the exhibits, and then

9    we will see everybody tomorrow.  Thank you, all, very much.

10             MS. KEARNEY:  Thank you, Your Honor.

11             Just for the record, the thumb drive had only the

12   Government's Exhibits.  But I was able to get Mr. Douyon

13   access to USAfx which has everyone's exhibits.

14             MR. MACHADO:  I have independently provided the

15   Court with my exhibits.

16             THE COURT:  Okay.

17             MR. MACHADO:  Thank you.

18             (Proceedings concluded at 2:44 p.m.)

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 18, 2023_____        

William P. Zaremba, RMR, CRR

**BY MR. MACHADO:**
**[17]** 257/5 260/4
265/15 267/4 271/2
272/6 273/20 274/14
292/13 310/18 312/23
313/4 315/24 364/7
368/9 368/17 369/8
**BY MR. MARSHALL:**
**[34]** 320/15 321/18
323/7 323/18 324/11
324/23 325/8 327/9
328/9 328/22 329/12
330/23 332/22 333/20
338/21 339/10 340/2
340/19 343/24 344/10
344/19 345/21 347/3
347/11 349/5 350/7
352/15 354/11 358/16
358/24 359/25 360/18
360/23 363/19
**COURTROOM**
**DEPUTY: [9]** 254/2
256/16 256/18 266/17
266/19 320/7 320/10
371/5 372/12
**MR. MACHADO: [41]**
254/12 255/2 255/7
255/18 255/22 256/14
256/21 265/14 266/2
266/8 266/11 270/21
271/25 273/19 274/4
274/11 292/10 310/16
312/15 312/18 313/2
315/21 320/3 322/25
323/2 323/6 335/25
345/17 359/20 364/4
368/7 369/25 370/5
370/13 371/1 371/17
371/25 392/9 411/1
411/14 411/17
**MR. MARSHALL: [54]**
270/23 272/2 273/14
274/6 292/8 321/11
321/15 323/1 323/14
323/17 324/8 324/19
325/5 327/5 327/24
328/3 328/7 328/19
329/8 329/10 330/22
332/18 333/15 333/18
338/16 338/19 339/3
339/7 339/24 340/16
343/20 344/6 344/15
347/1 347/8 348/24
349/3 349/20 350/3
350/6 352/10 352/13
354/8 358/14 358/21
359/21 360/14 363/15
364/2 368/6 368/8
368/12 405/14 405/17
**MS. KEARNEY: [18]**
265/12 266/3 370/10
371/2 371/9 371/11
371/20 372/1 372/7
372/10 372/16 372/20
372/23 373/2 379/22
392/7 410/25 411/10
**THE COURT: [52]**

255/11 255/20 256/12
256/19 259/24 260/3
266/4 266/7 266/20
270/24 272/3 273/16
274/8 292/11 315/19
320/4 320/12 321/13
323/5 336/1 338/18
338/20 345/18 359/22
364/3 368/14 370/1
370/7 370/11 370/17
371/3 371/7 371/10
371/14 371/23 372/6
372/8 372/11 372/14
372/19 372/22 372/25
392/6 392/8 405/12
405/16 410/18 411/5
411/16
**THE DEFENDANT: [1]**
266/24
**THE WITNESS: [6]**
260/2 266/6 312/17
336/3 359/24 368/16

**0**

**0840 [1]**  251/23

**1**

**10 [2]**  378/11 381/22
**10007 [1]**  251/14
**101 [1]**  374/3
**108 [1]**  327/25
**10:00 [1]**  279/10
**10:05 [1]**  251/6
**11:00 [1]**  279/10
**11:25 [2]**  320/5 320/9
**11:40 [1]**  320/5
**11:43 [1]**  320/9
**120 [3]**  268/23 269/15
269/17
**12:45 [1]**  370/24
**12:49 [1]**  372/13
**130-hour [1]**  269/18
**14 [1]**  310/16
**14:42 [1]**  349/21
**15 [4]**  275/2 296/22
378/11 381/22
**16 [1]**  310/16
**16-second [1]**  409/9
**18 [1]**  412/7
**1:05 [1]**  323/15
**1:21 [1]**  349/1
**1:30 [1]**  328/5
**1:32 [1]**  328/5
**1:33 [1]**  339/7
**1:43 [1]**  376/15
**1:45 [3]**  370/25 371/3
372/13
**1:49 [1]**  349/3
**1:50 [1]**  328/8
**1:52 [1]**  348/3
**1:57 [1]**  339/5
**1A [4]**  269/23 270/17
270/21 270/25
**1B [4]**  270/6 270/18
270/22 270/25
**1C [4]**  270/13 270/18
270/22 270/25

**20 [5]**  262/4 296/22
324/9 324/20 381/4
**20001 [3]**  251/18
251/23 252/5
**201 [1]**  376/19
**2016 [1]**  268/17
**2017 [3]**  260/6 268/17
271/16
**2018 [2]**  260/6 262/24
**2019 [1]**  262/24
**202 [2]**  251/18 252/5
**2020 [6]**  277/8 361/21
363/10 375/18 376/3
387/17
**2021 [7]**  327/23 328/15
329/4 348/3 373/3
373/23 405/4
**2022 [1]**  270/4
**2023 [2]**  251/5 412/7
**206 [5]**  327/25 374/9
379/6 379/18 389/18
**208 [1]**  327/6
**21-411-1 [2]**  251/4
254/3
**210 [1]**  328/20
**212 [1]**  251/15
**217 [1]**  358/15
**221 [4]**  321/12 321/15
325/6 374/16
**222 [1]**  374/17
**224 [2]**  323/15 374/17
**226 [1]**  374/18
**2260 [1]**  251/15
**228 [1]**  374/18
**23 [1]**  332/19
**230 [2]**  374/10 374/18
**237 [1]**  339/24
**24 [1]**  257/11
**25 [2]**  296/22 352/11
**252-6629 [1]**  251/18
**26-second [1]**  333/19
**2:00 [1]**  377/9
**2:13 [3]**  328/25 329/17
374/9
**2:13:46 [1]**  328/15
**2:21 [1]**  407/5
**2:21:52 [1]**  327/23
**2:25:10 [1]**  329/4
**2:27 [1]**  358/15
**2:32 [1]**  358/22
**2:44 [1]**  411/18
**2:45 [1]**  390/1
**2:56 [2]**  374/11 390/11
**2:57 [1]**  339/25

**3**

**30 [8]**  267/23 296/22
321/12 325/6 328/4
344/8 378/22 390/7
**301 [1]**  376/20
**310 [1]**  251/22
**3249 [1]**  252/5
**33 [1]**  338/17
**333 [1]**  252/4
**34 [2]**  343/22 344/17
**354-3249 [1]**  252/5
**37 [1]**  378/12

411/6

**4**

**40 [2]**  373/14 374/8
**407 [2]**  378/5 378/12
**408 [6]**  338/17 338/18
338/19 349/21 378/5
389/20
**414 [3]**  352/11 379/18
389/20
**415 [1]**  389/20
**423 [1]**  389/18
**425 [2]**  389/18 409/9
**429 [2]**  315/18 316/1
**43 [1]**  407/24
**432A [2]**  343/21 348/25

**5**

**50 [2]**  262/7 328/20
**503 [1]**  251/22
**513 [1]**  363/16
**519 [2]**  347/2 366/20
**528 [1]**  330/20
**531 [3]**  332/19 376/12
378/4
**56 [1]**  329/11
**58 seconds [1]**  360/15
**5:21 [1]**  360/16
**5th [1]**  271/16

**6**

**60 [1]**  266/9
**601 [1]**  251/17
**605 [1]**  327/6
**637-2260 [1]**  251/15
**641 [3]**  409/22 410/6
410/16
**6629 [1]**  251/18
**6th [20]**  276/2 276/7
278/10 279/7 313/21
318/21 327/23 328/15
329/4 331/3 345/13
373/3 373/22 375/25
382/19 384/1 389/14
405/2 405/4 408/6

**7**

**703 [1]**  251/23
**7th [2]**  348/2 367/11

**8**

**8 seconds [1]**  333/16
**80 [1]**  262/4
**800 [1]**  374/19

**9**

**989-0840 [1]**  251/23

**A**

**a.m [4]**  251/6 279/10
320/9 348/3
**abbreviated [1]**  350/9
**abide [1]**  304/6
**able [21]**  272/19
287/23 292/1 292/2
293/10 308/9 309/11
309/17 324/5 332/1
333/10 346/6 354/12

411/6 354/16 354/16 354/19
365/21 378/15 407/10
410/14 411/12
**about [82]**  254/13
260/5 260/14 260/19
261/5 263/15 263/17
264/8 264/13 264/15
264/18 266/9 266/15
269/13 274/15 274/16
275/2 279/6 279/18
284/11 284/16 285/5
285/21 285/23 287/5
287/18 293/19 296/18
299/11 300/14 301/8
307/12 310/12 311/7
311/9 312/21 312/22
315/21 316/18 317/3
317/5 318/8 319/18
320/5 320/22 328/16
329/5 330/17 333/15
333/19 343/7 344/8
347/4 354/9 357/23
364/8 369/3 372/8
374/9 374/10 376/7
377/1 378/14 378/16
379/24 380/12 380/15
381/22 384/2 387/15
390/7 391/23 394/17
394/25 397/1 397/23
400/11 405/1 405/14
405/20 409/23 410/21
**above [3]**  269/18
276/23 412/4
**above-titled [1]**  412/4
**absolutely [8]**  258/1
258/3 259/11 261/2
261/14 264/2 264/10
265/19
**absolve [1]**  406/4
**abundant [1]**  407/16
**accept [2]**  404/24
405/1
**access [13]**  257/21
274/1 287/12 287/18
287/21 287/23 298/13
299/24 302/18 309/12
336/6 356/4 411/13
**accidentally [1]**  301/4
**accord [4]**  342/10
343/10 346/2 357/12
**account [7]**  316/18
316/20 316/23 317/25
330/24 347/5 347/15
**accurate [3]**  270/18
349/6 351/7
**accurately [2]**  280/16
289/11
**acquaintance [1]**
347/18
**acquittal [1]**  370/14
**across [4]**  332/12
355/16 389/15 401/17
**act [3]**  303/11 334/9
392/25
**acted [6]**  285/2 357/12
388/10 388/12 391/24
400/5
**acting [8]**  342/10

**A**

acting... [7] 343/10
346/1 357/20 366/4
387/9 387/10 399/9
action [8] 316/5 340/10
343/3 345/11 362/22
362/23 363/13 386/25
actions [8] 255/25
277/18 375/9 386/13
392/24 393/1 394/10
405/20
active [6] 270/16
271/12 271/16 271/19
271/20 271/22
actively [12] 275/10
306/14 307/4 309/13
309/23 310/1 317/22
318/15 322/10 327/3
381/10 382/25
activities [3] 308/2
361/20 366/11
activity [5] 317/22
324/18 324/24 361/24
385/3
acts [4] 265/13 388/16
405/21 405/24
actually [17] 278/17
280/7 280/11 284/16
302/25 308/24 314/21
328/4 328/23 339/3
362/21 367/15 382/2
384/19 391/9 402/7
403/12
actus [2] 409/21 410/8
add [3] 313/2 397/11
398/19
addition [2] 381/5
388/13
additional [3] 370/4
381/9 388/16
address [2] 389/24
405/18
addressing [1] 305/3
adjacent [2] 263/4
263/5
adjourn [2] 371/7
408/1
adjourned [1] 371/6
adjusted [2] 285/11
285/18
adjustments [1]
286/20
administration [1]
268/1
admiration [2] 281/21
300/19
admission [1] 409/2
admit [1] 274/9
admits [1] 404/20
admitted [7] 253/10
270/24 272/3 371/12
371/21 387/18 390/18
admitting [1] 404/12
adult [1] 349/11
advance [1] 378/2
advanced [1] 365/13
advancing [1] 376/19
advantage [2] 264/23

advertised [1] 277/2
advertisement [1]
369/14
advertisements [2]
288/18 362/9
advice [1] 275/10
affection [2] 297/14
300/19
affects [1] 406/8
afraid [3] 338/12
338/14 366/2
after [32] 273/6 282/8
305/5 305/13 321/21
321/21 321/23 322/13
323/22 329/5 329/19
330/2 330/6 335/16
345/13 354/21 355/15
357/4 367/3 367/3
367/15 370/25 372/6
373/12 378/16 378/22
380/13 380/21 381/20
387/20 391/3 391/10
aftermath [1] 404/8
afternoon [2] 373/3
410/23
again [47] 262/6
270/14 289/6 289/21
291/17 292/17 292/21
294/19 296/6 297/10
305/25 306/3 307/22
308/16 309/4 320/18
324/21 325/6 335/11
338/18 341/7 341/23
343/19 344/13 346/1
348/7 351/13 357/11
357/17 364/12 367/11
368/14 370/15 370/18
378/16 378/17 380/22
381/25 386/9 390/6
390/7 390/8 392/21
398/4 400/5 406/6
408/7
against [5] 300/22
342/23 380/11 381/1
386/25
agency [1] 274/1
agent [4] 259/12
259/13 377/6 408/12
agents [2] 261/22
262/2
aggressive [25] 277/18
278/1 281/7 281/8
282/14 282/21 283/13
297/11 297/16 297/18
298/3 298/7 298/13
299/2 331/21 343/10
345/6 345/15 345/23
353/3 353/13 357/16
357/20 365/7 386/24
ago [1] 345/22
agree [5] 335/13 341/4
344/11 355/2 405/23
agreements [1] 258/14
ahead [5] 273/18
274/10 292/12 345/19
368/15
aid [1] 312/6

aimlessly [4] 301/17
306/1 322/23 329/25
ain't [2] 363/21 387/21
air [1] 307/3
airplane [2] 317/8
317/10
airport [9] 274/2
279/13 279/14 279/16
348/9 367/5 367/9
367/11 368/24
aisle [1] 403/11
alarm [1] 257/21
alarms [2] 380/2
381/14
alcohol [1] 298/21
alibi [3] 318/18 384/8
404/11
all [71] 254/10 255/11
256/13 256/19 264/5
266/20 267/21 267/22
270/17 270/18 270/24
272/23 274/22 276/10
279/4 279/15 282/18
294/9 296/7 311/9
311/13 313/5 317/15
317/23 318/9 320/6
320/7 320/10 320/16
320/19 348/11 348/22
350/10 352/1 358/10
362/7 362/9 370/1
370/3 370/7 370/24
370/24 371/5 371/23
373/12 381/5 381/20
388/17 389/8 390/23
392/5 392/6 392/17
392/22 394/15 395/2
395/7 395/9 395/22
396/1 396/1 396/9
396/14 396/15 398/14
402/10 405/16 410/17
410/19 410/19 411/9
all right [4] 267/21
320/16 320/19 405/16
alleging [1] 405/25
allow [9] 295/1 295/3
295/13 299/14 299/21
335/11 337/16 337/24
360/13
allowed [14] 289/16
305/13 322/18 322/22
326/1 326/13 335/17
339/22 350/21 351/3
358/13 360/8 362/13
398/2
allowing [1] 299/24
almost [1] 392/12
along [11] 281/19
284/13 285/6 285/13
285/24 305/14 358/25
374/4 385/7 385/16
397/12
alongside [1] 261/22
already [15] 287/17
294/20 294/21 301/15
311/3 318/24 319/6
319/10 319/11 323/5
360/5 367/10 368/24

also [20] 256/6 258/15
272/10 272/14 282/9
282/11 374/5 374/21
389/19 390/17 395/3
397/11 399/7 399/14
399/15 400/7 401/18
402/24 403/14 403/19
altercations [1] 365/8
although [3] 275/20
310/11 388/20
always [9] 263/24
289/10 304/5 304/6
309/5 317/21 317/22
394/19 399/15
am [6] 257/16 347/24
366/25 368/4 368/18
410/22
amassed [1] 269/16
AMERICA [4] 251/3
254/3 314/8 365/12
American [5] 281/21
281/24 282/9 282/11
282/23
AMIT [2] 251/10 320/11
Amit P. Mehta [1]
320/11
amount [7] 261/7
308/6 322/1 330/2
330/6 346/4 393/4
analogy [2] 381/16
391/13
Andrew's [1] 251/14
anger [2] 377/19 404/1
angle [2] 350/14
350/16
angles [2] 393/21
394/1
angry [1] 387/9
annoying [1] 391/11
another [10] 324/9
332/23 341/3 354/6
380/7 380/13 381/22
403/9 407/8 409/24
answer [6] 299/7 336/2
345/19 353/6 359/22
368/14
answered [1] 368/13
anticipating [2] 372/4
372/4
Antifa [3] 348/1 367/2
any [110] 264/17
265/20 265/24 266/22
266/23 267/10 267/18
268/5 272/7 276/3
278/1 281/8 281/8
281/14 281/14 281/16
281/19 284/5 284/13
284/23 284/24 285/1
285/6 285/6 285/13
286/15 286/17 286/17
286/23 293/1 295/1
295/16 295/23 296/14
296/17 297/15 297/16
298/2 299/6 299/25
302/19 302/19 304/16

308/19 310/5 311/20
313/11 314/22 315/7
315/15 317/18 319/23
319/24 320/1 324/17
326/5 336/14 336/15
342/1 343/13 343/19
346/23 348/10 349/6
350/22 350/23 355/9
356/6 356/13 361/11
361/11 361/15 363/2
363/3 363/13 363/14
365/7 365/10 366/7
366/18 369/21 370/3
373/11 384/20 392/24
393/5 394/10 396/25
397/14 398/7 398/22
399/3 399/9 399/23
401/15 403/4 403/12
403/19 403/23 405/4
405/8
anybody [3] 286/1
301/3 305/10
anyone [3] 359/16
396/4 399/12
anything [47] 264/14
266/22 267/18 281/15
281/15 281/17 288/6
290/20 295/20 297/7
298/3 300/23 300/24
301/3 302/3 304/17
304/19 311/17 314/16
314/22 315/11 315/15
340/9 345/8 355/20
356/6 356/11 357/7
365/23 366/8 372/25
393/5 398/16 398/22
399/2 399/5 399/19
399/24 400/18 400/19
401/7 401/14 402/4
404/4 404/7 405/8
408/25
anytime [1] 305/4
apologies [1] 344/7
apologize [1] 322/25
apparent [1] 326/8
apparently [1] 397/22
appear [4] 283/3
339/11 365/10 365/24
APPEARANCES [2]
251/12 252/1
appeared [3] 281/22
376/23 394/6
appears [15] 280/18
310/20 312/14 327/13
328/24 333/2 334/5
334/17 339/14 339/17
358/20 361/1 391/1
401/19 403/2
applause [2] 280/4
280/16
apply [3] 383/13
391/22 391/25
appreciate [1] 404/10
approach [2] 349/14
376/11
approached [7] 282/18
303/15 303/22 306/2

# A

**approached... [3]** 314/24 341/18 364/13

**approaching [1]** 376/11

**approximately [1]** 390/10

**apt [1]** 381/16

**are [81]** 257/10 257/15 257/24 258/2 258/4 259/3 262/9 262/22 266/9 267/22 268/3 269/12 270/17 270/18 271/19 271/22 272/16 273/11 276/24 277/21 283/4 285/23 289/14 301/8 302/2 302/5 302/9 313/8 317/1 318/15 331/23 333/8 333/10 336/21 338/6 338/14 339/11 340/3 343/14 344/22 347/20 348/5 349/8 350/13 355/19 357/23 358/25 360/7 361/4 361/6 365/1 365/20 370/24 372/4 372/4 376/15 376/22 377/11 377/16 377/22 378/17 378/25 379/25 380/9 380/10 380/18 381/13 381/14 385/11 385/12 386/9 387/5 387/9 387/9 392/14 393/11 393/15 393/16 395/10 405/3 410/22

**area [33]** 262/7 274/2 279/2 280/18 280/23 288/4 292/1 294/4 295/13 296/5 296/23 333/3 334/18 340/8 340/23 341/3 341/16 341/18 341/18 345/1 349/14 355/14 365/6 373/23 374/1 374/2 374/6 376/14 386/3 403/5 403/9 406/7 406/11

**areas [4]** 365/19 380/21 397/2 408/9

**aren't [1]** 321/25

**argue [1]** 406/18

**argument [1]** 406/14

**arguments [1]** 406/20

**arm [1]** 399/1

**armed [3]** 300/10 300/14 309/25

**arms [1]** 281/14

**around [32]** 291/3 294/5 294/15 296/23 298/1 298/11 301/18 302/2 302/20 303/3 314/5 322/23 326/23 326/25 330/10 341/25 345/1 354/22 356/3 359/13 362/21 373/24 377/5 378/24 390/9 390/21 391/11 399/15

**409/7**

**arrangements [2]** 276/3 411/3

**arrival [1]** 367/8

**arrive [3]** 288/20 296/9 297/4

**arrived [18]** 279/6 279/25 280/2 280/3 280/18 280/21 287/16 290/7 296/14 296/18 296/24 303/22 334/6 364/18 367/4 367/5 396/14 396/24

**arriving [2]** 278/17 279/9

**as [170]**

**Ashli [2]** 348/19 367/15

**aside [1]** 336/13

**ask [8]** 258/22 259/24 298/18 317/15 345/20 392/3 401/17 404/23

**asked [6]** 314/25 315/2 356/18 356/20 364/8 368/13

**asking [1]** 371/24

**asleep [1]** 318/9

**aspect [2]** 261/3 354/23 400/6 402/19

**assault [1]** 406/2

**assess [1]** 289/11

**assist [1]** 366/7

**associated [3]** 282/7 282/8 297/17

**association [4]** 259/22 259/23 260/7 264/5

**assume [1]** 335/10

**assumed [2]** 331/23 335/22

**assuming [1]** 393/16

**assumption [1]** 335/12

**assumptions [2]** 285/22 397/3

**atmosphere [1]** 300/21

**attacked [1]** 383/16

**attacking [1]** 383/3

**attempt [3]** 277/11 298/11 408/5

**attempted [1]** 346/13

**attempting [2]** 376/18 377/11

**attend [7]** 275/14 276/13 277/12 278/21 280/5 293/7 361/16

**attendance [1]** 338/9

**attended [2]** 285/25 330/12

**attendee [4]** 332/6 341/23 343/4 357/12

**attendees [6]** 302/20 337/14 337/17 345/12 346/4 358/4

**attending [4]** 275/13 276/6 276/9 400/25

**attention [8]** 263/13 276/2 277/23 278/3 291/3 291/11 354/23 359/14

**Attorney [2]** 347/22 347/4

**August [1]** 274/25

**Author [1]** 347/12

**authority [5]** 299/23 304/7 309/7 393/7 395/17

**authorization [1]** 385/18

**authorized [5]** 375/12 381/7 382/24 383/5 386/16

**authors [1]** 277/14

**availability [1]** 411/3

**available [3]** 371/8 410/24 411/4

**Avenue [1]** 252/4

**aviation [1]** 272/13

**aware [3]** 383/4 386/12 387/3

**away [10]** 263/13 293/2 330/14 336/13 337/5 346/15 348/1 367/2 377/11 379/9

# B

**B-o-b [1]** 262/17

**Babbitt [2]** 348/19 367/15

**bachelor's [2]** 257/13 267/25

**back [66]** 255/6 275/21 276/14 278/16 286/11 286/20 291/23 291/25 293/7 293/19 296/25 297/1 307/20 308/7 308/9 309/3 309/6 309/14 309/17 309/19 310/1 310/20 314/6 316/17 321/20 322/3 322/10 322/12 322/13 322/17 322/20 324/5 324/20 325/5 330/15 332/5 333/18 336/17 337/15 340/14 341/2 343/11 346/9 348/24 350/12 357/3 357/21 359/10 359/19 360/3 366/2 367/4 367/5 367/6 371/22 372/14 377/8 380/17 383/1 383/3 387/4 390/5 393/7 397/24 402/2 402/20

**backed [2]** 305/5 398/2

**background [4]** 257/12 308/3 308/20 366/13

**backing [1]** 339/7

**backpack [2]** 301/25 402/4

**backs [1]** 338/12

**backtrack [1]** 286/20

**bad [5]** 264/9 264/13 313/6 357/15 394/25

**bag [1]** 390/20

**Baggott [31]** 274/16 274/17 274/21 276/3 276/8 277/21 283/3

**arm [132]** 291/3 293/1 293/14 293/20 296/2 301/6 303/21 305/22 316/10 327/12 328/10 329/13 338/22 352/16 358/19 365/3 376/1 376/15 377/4 378/17 399/15 399/16

**bank [2]** 381/12 381/17

**barely [1]** 380/19

**Barrett [1]** 252/4

**barricades [3]** 377/10 378/8 395/22

**barrier [1]** 406/20

**barriers [7]** 284/24 373/6 374/4 376/24 382/24 383/2 383/17

**base [8]** 308/10 310/2 310/4 311/3 322/12 394/4 394/9 394/12

**baseball [2]** 393/22 409/13

**based [7]** 333/22 336/24 362/21 367/24 368/22 369/6 370/18

**basically [8]** 254/14 255/24 280/7 337/10 394/16 394/18 394/25 395/15

**basis [3]** 262/3 269/6 382/7

**baton [2]** 344/22 346/14

**batteries [1]** 312/6

**bay [1]** 377/23

**be [121]** 254/20 255/24 256/2 257/25 259/8 260/25 262/7 264/13 264/14 266/15 268/23 270/24 272/19 273/10 276/6 276/15 276/21 276/22 277/10 277/20 278/10 278/14 278/19 279/2 281/22 283/3 285/14 285/17 286/22 288/8 288/9 288/13 288/17 292/1 292/2 292/5 292/5 295/20 295/21 295/24 297/7 300/7 301/2 306/12 306/18 306/20 309/11 313/19 322/15 324/2 324/4 326/17 327/2 327/13 327/18 328/24 329/5 329/20 333/2 335/10 335/17 335/19 339/11 339/14 346/6 347/15 358/20 359/19 360/3 360/10 361/8 362/11 362/12 362/24 363/9 363/9 364/15 369/10 369/11 369/14 369/17 369/24 371/1 371/14 371/18 371/24 375/12 380/1 381/19 382/22 383/5 384/9 385/9 385/25 386/16 387/8 390/3 391/1

**backpack [32]** 291/14 293/20 296/19 299/14 300/4 302/18 303/15 305/1 309/22 309/24 313/25 318/23 319/14 319/17 319/20 322/14 325/14 330/12 335/23 337/25 340/11 341/1 343/15 351/25 353/10 353/18 357/15 359/2 362/13 364/20 365/12 381/16 392/21 398/24 399/19 399/22 399/24 401/13 401/15 401/18 404/20 409/13 409/19

**become [1]** 272/19

**beelines [1]** 378/24

**been [71]** 254/18 262/20 262/24 264/18 265/7 265/8 268/13 268/15 268/19 271/16 273/7 273/22 275/2 278/14 290/25 291/17 295/9 295/16 298/9 298/15 298/15 298/24 300/5 300/20 301/10 301/12 304/5 315/17 315/25 316/1 317/22 319/11 323/22 323/25 326/8 326/23 326/23 331/7 331/21 338/3 341/22 342/10 343/9 345/5 348/9 349/10 349/10 353/22 354/1 355/25 356/9 357/14 361/10 365/18 366/19 367/15 367/17 367/18 367/23 373/13 373/19 373/23 384/1 384/4 386/3 386/23 388/23 400/10 400/14 406/14 406/25

**before [29]** 251/10 254/19 255/22 263/12 284/16 284/22 286/15 287/17 300/5 308/11 319/7 319/9 321/19 326/5 328/16 330/19 335/19 337/18 340/8 340/23 341/18 343/25 346/5 369/4 371/7 372/1 372/20 382/5 407/7

**began [3]** 271/15 322/3 337/20

**begin [1]** 372/20

**B**

**beginning** [1] 407/15
**behavior** [10] 304/13
342/8 342/9 353/6
353/7 357/17 360/11
362/16 363/3 366/18
**behaviors** [1] 298/3
**behind** [6] 288/21
306/21 352/19 356/1
361/4 364/25
**being** [41] 280/17
285/8 285/11 285/18
287/16 293/9 293/10
294/7 294/11 294/13
297/13 297/18 300/14
302/12 302/14 306/22
324/15 325/16 325/24
331/2 331/8 331/9
333/23 343/6 343/9
348/15 348/20 363/12
364/19 365/11 377/6
377/7 385/10 385/17
393/1 396/5 397/13
399/11 400/16 404/15
405/7
**belief** [3] 319/23
319/24 319/25
**believable** [1] 402/19
**believe** [42] 256/7
260/6 260/21 262/20
268/16 268/22 277/23
278/2 279/14 290/1
296/5 296/12 299/19
302/15 305/6 305/24
305/25 306/4 306/25
311/11 314/5 314/24
315/9 315/10 316/5
317/25 327/18 331/6
338/10 350/19 351/1
352/21 357/7 361/21
362/14 362/17 371/12
383/12 383/15 383/19
409/14 409/22
**believed** [2] 306/17
407/4
**believes** [1] 394/12
**belong** [1] 390/18
**belonged** [1] 390/13
**belonging** [1] 373/16
**belongs** [1] 374/20
**below** [1] 347/22
**BENCH** [1] 251/9
**benefit** [3] 400/10
400/11 404/25
**Benet** [2] 251/13 254/5
**benet.kearney** [1]
251/15
**beside** [2] 316/7 316/8
**best** [5] 310/2 314/20
365/17 365/17 393/3
**better** [7] 260/2 271/7
291/8 291/23 292/1
292/20 312/25
**between** [14] 279/23
334/2 334/8 334/10
341/6 341/23 343/3
345/11 350/13 351/11
351/12 353/23 354/13

**beyond** [4] 256/10
370/22 382/9 392/2
**Biden** [4] 363/11
363/24 376/4 387/21
**big** [3] 286/6 346/5
365/24
**bike** [18] 285/4 285/5
285/6 285/12 285/13
285/16 286/20 288/22
289/3 289/4 374/3
376/24 377/10 383/3
395/22 396/6 396/14
396/21
**binding** [1] 258/13
**bit** [6] 312/24 344/12
344/16 344/20 350/3
402/22
**blared** [1] 380/2
**blaring** [1] 381/14
**blazer** [1] 311/15
**bless** [1] 314/8
**BLM** [2] 347/25 367/1
**block** [1] 339/19
**blocked** [1] 322/11
**blocking** [2] 290/21
309/25
**blocks** [1] 330/14
**blood** [1] 348/21
**blowing** [1] 331/11
**blurry** [1] 349/23
**boasted** [1] 388/21
**boasting** [2] 384/2
384/5
**Bob** [1] 262/14
**bodies** [2] 373/7
383/20
**body** [13] 289/11
289/13 289/17 294/22
295/22 305/6 338/11
350/22 355/17 366/1
397/13 397/14 397/16
**boils** [1] 392/10
**booked** [1] 276/12
**bootstrap** [1] 393/16
**both** [11] 260/17 262/9
262/14 270/12 275/6
275/7 276/12 296/2
316/23 384/23 407/25
**bottom** [5] 311/14
329/13 338/22 358/25
360/19
**bought** [2] 282/18
330/15
**Boyd** [1] 266/15
**BPOs** [4] 259/3 259/4
261/4 263/8
**brand** [1] 283/13
**breach** [2] 385/21
388/20
**breached** [3] 373/8
383/2 408/18
**breaching** [2] 387/5
406/12
**break** [8] 320/1 320/2
320/4 379/1 379/2
379/25 381/1 397/21
**breaking** [7] 298/19

366/5 383/3 388/17
**breaths** [1] 298/21
**brief** [1] 255/18
**briefly** [6] 269/4 287/18
355/15 364/12 373/20
408/23
**bright** [1] 409/12
**broke** [5] 351/22
351/24 373/6 378/19
378/22
**broken** [2] 315/12
315/16
**broker** [10] 258/15
258/20 268/11 268/13
268/18 268/23 270/9
270/12 271/22 313/10
**broker's** [3] 269/14
270/2 270/15
**brought** [2] 312/6
364/23
**brush** [1] 305/8
**brushed** [1] 346/20
**building** [110] 286/16
287/6 287/7 289/7
295/4 295/21 297/12
297/17 298/7 298/8
300/18 301/18 306/15
307/4 309/9 309/12
309/17 309/19 321/1
321/3 322/7 322/9
322/11 322/17 323/23
324/2 327/4 328/11
329/24 330/10 330/20
334/8 334/11 334/14
335/18 339/20 339/23
345/3 353/20 354/6
354/7 354/15 354/17
355/8 356/5 367/23
373/5 373/8 373/11
373/15 373/24 374/7
374/13 374/15 374/17
374/25 375/5 375/13
376/16 377/12 378/1
378/21 379/2 379/8
379/9 379/20 379/25
380/3 380/21 381/6
382/6 382/12 382/18
384/17 384/20 384/21
385/5 385/8 385/9
385/20 386/16 386/19
386/24 387/14 387/19
388/2 388/3 388/23
389/4 389/15 390/16
390/22 391/10 395/16
398/7 400/2 403/1
406/23 407/8 407/22
408/9 408/21 409/1
409/4 409/6 409/25
410/8
**buildings** [1] 298/16
**bump** [2] 300/22
300/24
**bunch** [1] 282/17
**burden** [2] 256/10
401/6
**bureaucracy** [1]

**business** [20] 257/13
257/18 257/23 262/5
264/1 264/19 264/22
268/1 373/11 374/22
375/16 385/9 385/12
386/7 386/11 389/6
398/9 398/12 399/21
407/19
**bust** [2] 298/5 298/10
**buy** [4] 265/6 406/19
407/2 407/9
**buying** [1] 258/11
259/12
**buys** [2] 264/22 265/4
**bypassing** [1] 388/15

**C**

**call** [7] 256/14 261/5
266/12 286/16 318/4
351/19 394/3
**called** [2] 383/21
400/21
**came** [14] 279/13
279/14 310/20 314/10
322/13 328/25 331/22
335/9 336/6 346/7
351/21 353/23 394/20
397/6
**camera** [2] 315/1 325/3
**cameras** [2] 393/9
404/25
**can** [97] 260/1 262/16
264/6 265/4 267/6
269/24 269/24 271/6
271/12 274/2 282/3
284/19 285/8 291/20
292/16 292/17 292/18
292/20 292/22 298/20
305/4 310/11 312/18
312/19 312/24 316/3
320/16 320/18 320/19
321/11 321/16 323/4
323/14 324/24 325/5
325/12 325/24 327/7
327/15 327/21 327/25
328/1 328/13 328/23
329/2 329/8 330/22
332/18 332/19 333/1
333/8 333/15 333/18
333/23 333/25 336/2
336/7 337/3 339/3
339/5 339/24 339/25
341/4 341/7 342/2
343/22 344/6 344/8
344/11 344/16 347/8
347/8 349/3 349/14
349/15 350/6 352/4
352/13 358/21 358/21
360/14 360/16 363/15
363/17 363/20 368/14
371/21 376/19 393/4
393/16 394/2 394/17
404/18 406/8 407/3
409/10 410/24

**can't** [12] 267/18
273/16 295/24 299/7
325/2 336/4 338/25

352/24 352/2 353/6
357/12 390/8
**canceled** [5] 287/14
289/25 302/18 362/4
400/10
**candid** [1] 352/6
**capacity** [2] 268/24
365/19
**Capitol** [148] 275/21
275/23 276/22 279/4
280/6 280/24 280/25
281/11 281/13 284/12
284/17 284/22 284/23
285/14 285/20 286/7
286/16 286/19 287/6
287/24 288/7 288/9
288/10 288/11 288/12
288/14 288/18 288/19
289/25 290/15 292/7
293/1 295/2 296/7
296/8 296/9 296/13
298/1 298/9 298/17
299/22 299/24 300/5
300/25 301/2 301/5
301/10 301/16 302/8
302/13 302/14 302/16
302/21 304/18 304/20
314/6 314/11 319/7
319/18 326/1 326/4
326/9 326/13 326/14
326/15 326/23 327/19
331/15 331/16 333/4
334/7 334/8 334/11
334/14 335/12 335/18
336/7 337/8 340/4
346/17 350/22 353/16
354/7 356/5 357/10
357/25 358/1 358/25
362/2 362/8 362/10
364/13 368/25 369/12
369/17 369/17 369/24
373/5 373/15 373/17
373/23 373/24 374/7
374/13 374/13 374/20
375/4 375/5 375/13
375/21 376/11 376/16
377/12 377/22 378/21
380/3 381/6 382/17
382/18 385/20 385/25
386/16 386/17 387/14
387/21 388/2 388/2
388/17 389/3 389/23
390/13 390/15 390/16
390/22 391/6 397/5
400/2 405/10 406/11
407/20 407/22 408/13
408/15 408/18 409/3
409/8 409/16 410/5
**Capitol Grounds** [3]
284/17 386/16 410/5
**caption** [2] 317/10
331/4
**captioning** [1] 376/8
**captions** [1] 377/24
**car** [6] 279/25 293/4
312/5 313/14 313/25
330/14
**cards** [3] 313/13

**C**

cards... **[2]** 313/13 313/18
care **[3]** 366/15 386/5 386/22
career **[4]** 271/16 275/8 351/25 366/14
carried **[3]** 374/14 390/21 402/25
Carrigan **[1]** 347/17
carry **[5]** 311/19 312/3 313/11 391/11 395/5
carrying **[2]** 323/8 323/11
case **[15]** 254/3 255/14 255/15 319/17 355/25 370/8 370/10 370/21 375/24 392/10 393/19 393/25 394/7 394/14 395/9
cash **[1]** 281/23
casually **[1]** 297/21
cataloged **[1]** 382/22
caught **[2]** 264/6 361/2
cause **[2]** 300/23 386/7
caused **[3]** 307/2 385/19 399/4
causing **[3]** 397/21 397/25 397/25
caution **[1]** 300/22
cell **[11]** 287/19 287/20 289/23 293/4 293/11 311/5 312/4 316/6 319/5 330/13 353/12
certain **[6]** 274/2 275/11 295/12 337/18 363/3 410/2
certainly **[4]** 342/21 386/20 407/16 409/25
certification **[7]** 363/5 374/23 375/17 386/2 387/17 388/9 389/10
certified **[2]** 252/3 363/12
certify **[2]** 376/4 412/2
certifying **[1]** 376/3
CH **[1]** 252/4
chair **[1]** 357/16
chamber **[6]** 306/4 380/8 380/24 381/3 407/25 407/25
chambers **[2]** 278/15 381/11
change **[1]** 337/23
changed **[5]** 337/19 337/24 384/3 391/10 410/15
chant **[1]** 389/22
chanting **[2]** 305/14 305/17
character **[3]** 256/3 307/25 394/21
charge **[5]** 295/10 299/23 401/11 408/24 409/18
charged **[4]** 382/11 392/2 406/2 406/2
charger **[1]** 312/5

changes **[2]** 384/5 392/20
check **[2]** 356/25
checked **[1]** 356/15
checking **[3]** 263/9 337/10 411/2
checkpoint **[1]** 390/15
checks **[1]** 273/5
cheer **[1]** 366/8
cheering **[3]** 305/14 305/17 389/16
children **[2]** 268/5 281/10
chooses **[1]** 383/12
chose **[1]** 265/9
chosen **[1]** 265/10
Christopher **[1]** 282/8
circled **[1]** 358/17
circumstances **[3]** 265/11 265/24 364/10
circumstantial **[1]** 396/18
circumstantially **[1]** 396/9
civilian **[1]** 305/11
claimed **[1]** 409/12
claiming **[1]** 318/8
claims **[1]** 381/18
classes **[1]** 272/12
clean **[1]** 313/16
cleaning **[1]** 313/7
clear **[18]** 275/20 292/5 325/25 352/6 369/19 375/10 375/11 375/15 375/19 377/25 378/13 378/17 389/2 389/3 390/14 391/4 391/22 402/14
cleared **[1]** 373/13
clearly **[9]** 318/23 319/15 378/15 392/19 392/20 392/23 396/10 402/10 404/16
clenched **[1]** 281/8
client **[6]** 254/15 254/19 255/25 256/5 256/9 393/4
client's **[3]** 256/4 263/17 411/3
clients **[2]** 258/12 259/1
climbing **[1]** 378/22
clip **[2]** 323/22 325/17
Clock **[3]** 380/6 380/12 389/21
close **[13]** 265/13 285/19 295/1 295/21 308/10 309/20 313/20 326/13 332/14 342/5 342/22 352/2 352/20
closed **[5]** 265/1 297/5 297/6 367/10 381/8
closer **[14]** 259/25 289/7 289/16 295/3 295/14 296/8 298/6 333/3 335/12 335/17 337/7 339/23 340/4 351/2

closing **[1]** 370/25
closings **[4]** 372/3 372/6 372/15 373/1
coach **[1]** 394/9
coerce **[2]** 294/23 337/12 346/21
coerced **[2]** 356/25 359/15
coercion **[1]** 361/3
cognizant **[1]** 397/13
cold **[2]** 283/11 283/15
college **[5]** 313/8 363/5 374/24 379/24 388/9
colloquially **[1]** 383/13
COLUMBIA **[2]** 251/1 311/12
column **[1]** 322/12
come **[15]** 260/5 260/12 263/16 265/17 282/19 290/7 290/20 294/16 305/22 309/20 317/15 322/20 355/16 373/9 394/1
comedic **[2]** 308/14 308/22
comes **[3]** 375/7 385/12 402/2
comfortable **[2]** 303/14 365/14
coming **[7]** 262/7 306/9 309/16 328/10 367/20 367/22 402/16
comment **[1]** 319/14
commented **[1]** 387/20
commercial **[1]** 354/2
commission **[1]** 271/11
commit **[2]** 315/15 388/15
committed **[3]** 308/1 317/21 410/6
common **[3]** 259/9 261/12 264/8
communicate **[2]** 401/13 408/25
community **[10]** 261/13 261/20 261/20 261/21 263/17 265/16 268/10 271/10 303/13 394/18
complete **[2]** 410/9 410/16
computer **[1]** 252/7
computer-aided **[1]** 252/7
conceal **[1]** 284/5
concealing **[1]** 284/8
concept **[1]** 273/17
concern **[1]** 293/9
concerned **[2]** 262/23 264/1
concluded **[1]** 411/18
conclusion **[2]** 279/3 280/4 404/23
condemn **[3]** 342/7 366/10 394/8
condition **[1]** 267/12

conduct **[33]** 300/12 304/14 346/16 375/16 384/11 384/13 384/17 384/19 384/23 386/6 386/11 388/1 388/4 388/4 388/6 388/12 388/20 388/25 389/5 389/8 398/6 398/9 398/10 398/11 398/12 399/21 399/24 400/2 400/4 405/24 407/14 407/19 408/8
confident **[1]** 340/25
confused **[2]** 301/11 364/18
congregated **[2]** 296/22 334/18
Congress **[11]** 302/25 344/3 376/3 387/17 388/6 388/7 389/6 400/4 400/4 407/23 408/1
Congress's **[1]** 375/17
congressional **[6]** 363/3 373/8 373/11 374/23 388/9 389/9
connect **[1]** 275/20
connected **[1]** 385/10
consider **[2]** 383/8 399/5
considerable **[1]** 279/16
considered **[2]** 297/8 393/11
consistent **[1]** 392/4
consistently **[1]** 386/24
constant **[1]** 293/9
constantly **[3]** 285/10 292/6 391/23
constitute **[1]** 352/2
Constitution **[2]** 252/4 277/15
constitutional **[1]** 364/16
construction **[1]** 290/11
contact **[12]** 301/22 308/6 309/16 331/22 335/10 341/22 342/3 342/6 345/5 345/15 345/24 346/7
contacts **[1]** 376/6
context **[1]** 385/17
continue **[2]** 291/23 360/13
continued **[2]** 252/1 269/8
continues **[2]** 378/2 380/20
continuing **[5]** 260/7 268/17 268/23 269/12 290/21
contradicts **[1]** 393/6
contrary **[1]** 379/13
control **[4]** 257/21 365/11 377/6 405/6

conversation **[2]** 276/5 304/10
conversations **[5]** 302/19 303/17 303/18 318/12 330/8
convert **[2]** 403/21 403/24
cool **[1]** 390/3
cooperative **[1]** 405/7
cops **[1]** 361/6
copying **[1]** 334/5
cordial **[1]** 346/19
correct **[20]** 263/1 263/8 272/24 273/12 275/24 280/12 280/13 288/15 295/18 300/2 300/3 300/4 303/1 303/2 307/7 308/25 310/5 310/6 310/21 316/10 316/13 316/15 316/16 321/1 322/16 326/3 326/7 326/11 333/21 335/15 335/20 336/23 344/4 347/6 349/7 352/8 353/21 356/17 366/5 412/3
correctly **[2]** 309/21 395/17
corridor **[5]** 380/6 380/13 380/24 381/2 389/21
corroborate **[1]** 383/24
couch **[2]** 388/23 404/16
could **[50]** 257/7 258/17 265/10 273/21 280/3 280/14 285/19 291/25 293/12 295/17 305/7 308/10 310/13 311/14 311/18 312/13 314/20 318/24 319/15 321/13 324/8 324/20 328/3 337/7 338/16 343/23 347/1 347/22 349/1 349/20 349/22 349/24 352/10 353/22 355/25 358/14 361/9 362/11 362/12 370/21 371/14 376/22 384/9 384/14 390/3 390/4 397/15 402/5 402/20 405/9
couldn't **[16]** 280/16 285/1 286/25 287/4 287/12 287/13 295/20 296/15 296/16 309/24 309/25 322/19 334/13 344/13 386/2 397/15
counsel **[2]** 352/22 405/13
count **[14]** 277/11 374/24 384/16 387/23 388/4 389/1 389/2 389/25 395/14 398/4 399/19 399/25 401/21 406/14
Count 1 **[2]** 395/14 406/14

418

**C**

Count 2 [4] 384/16
388/4 398/4 399/19
Count 3 [3] 387/23
389/2 399/25
Count 4 [1] 389/14
Count 5 [2] 389/25
401/21
counting [1] 296/20
country [2] 297/14
300/19
country's [2] 297/15
300/20
counts [12] 370/23
382/7 382/9 387/24
388/11 389/10 392/5
395/12 395/13 400/1
407/18 409/6
Counts 1 [3] 387/24
388/11 400/1
county [2] 262/8 262/9
couple [7] 258/20
261/4 261/9 261/10
304/22 347/13 405/18
course [4] 381/4 385/3
386/13 386/14
courses [3] 268/22
268/24 269/8
court [25] 251/1 252/2
252/3 254/13 256/8
256/8 262/16 266/8
267/21 312/13 320/8
371/6 372/12 377/19
379/17 382/14 389/19
396/12 398/19 399/18
401/17 403/3 403/7
404/24 411/15
Court's [2] 266/14
411/1
courtroom [2] 254/8
323/4
covered [1] 341/2
COVID [1] 284/3
coyly [1] 384/3
CR [1] 251/4
crash [1] 396/15
crawl [1] 353/8
crawled [1] 353/22
created [2] 270/10
317/25
creating [2] 318/18
384/8
credentials [3] 274/1
313/9 313/12
credible [1] 383/11
credit [1] 313/13
crime [5] 308/1 315/15
317/21 383/23 410/9
criminal [8] 254/3
256/1 308/2 308/2
317/22 324/18 393/1
393/12
cross [5] 253/4 320/12
320/14 345/18 378/18
cross-examination [3]
320/12 320/14 345/18
crowd [57] 280/21
285/8 286/2 286/6

289/5 289/6 290/1
290/17 290/24 291/18
293/12 294/1 296/3
306/1 314/6 334/3
334/10 334/13 334/18
335/1 335/2 337/17
338/1 341/15 341/20
342/16 342/23 343/16
345/14 345/23 346/4
346/5 357/21 358/7
358/7 359/3 359/10
359/19 360/3 360/20
360/24 361/3 362/19
364/17 364/19 365/22
376/18 377/6 377/8
377/11 377/13 377/23
407/24 408/21
crowd's [2] 339/19
341/5
crowd-control [1]
377/6
crowded [1] 314/19
crowds [5] 280/24
290/16 290/17 338/7
365/21
CRR [2] 412/2 412/8
crystal [1] 375/10
Cue [1] 347/19
cues [1] 350/23
culpability [1] 405/25
culpable [1] 406/4
current [1] 270/16
currently [4] 257/15
268/3 271/19 271/22
cut [1] 255/23

**D**

D.C [25] 251/5 251/18
251/23 252/5 275/18
276/12 276/17 276/19
279/11 279/17 279/19
283/22 285/25 293/6
317/8 319/1 319/8
319/15 361/16 362/1
365/20 376/1 376/8
376/10 384/2
damage [4] 299/3
300/24 406/1 408/8
dare [1] 391/17
database [1] 272/24
Date [1] 412/7
day [49] 251/7 256/7
260/14 260/22 274/25
276/4 276/15 276/19
277/17 279/20 283/11
283/15 293/15 294/20
301/23 308/1 309/4
319/1 319/23 331/2
340/9 346/17 346/25
357/24 362/6 362/22
362/23 363/6 367/7
369/4 369/20 374/23
375/3 384/11 385/1
387/14 387/19 388/8
393/15 393/17 395/5
405/2 406/17 407/20
408/14 408/16 408/18

days [2] 307/20 372/5
dead [3] 288/3 289/23
291/6
deal [1] 254/24
dealings [2] 264/17
264/19
debit [2] 313/13 313/18
decided [3] 306/20
329/20 383/17
decision [7] 327/17
337/4 337/12 337/16
337/21 338/9 357/1
decision-makers [1]
338/9
decisions [1] 399/17
deep [1] 311/10
defend [1] 406/11
defendant [45] 251/7
251/21 254/8 257/2
267/1 373/4 374/6
374/13 375/8 380/3
381/7 381/17 381/21
382/11 382/20 383/4
383/10 383/12 384/9
384/16 384/18 384/21
385/7 385/15 386/10
387/24 388/10 388/18
389/3 389/14 389/20
390/1 390/17 391/21
395/15 398/5 405/22
406/4 407/14 408/19
409/2 409/12 409/20
410/5 410/7
defendant's [18] 253/5
253/10 270/25 272/4
274/12 375/9 383/7
383/9 383/22 383/24
385/5 385/5 386/6
388/19 398/10 405/19
406/20 407/4
defense [7] 254/7
255/15 336/15 346/10
370/6 370/21 371/15
deficiency [1] 395/4
define [1] 351/16
definition [1] 351/9
definitions [1] 351/20
degree [1] 267/25
delay [1] 363/14
delayed [1] 367/8
deliver [1] 411/8
demeanor [2] 281/5
284/20
Demonstrate [1] 389/5
demonstrated [2]
326/12 389/4
demonstrates [2]
383/12 388/11
demonstrating [6]
273/3 393/8 401/4
401/12 408/24 409/16
denied [1] 370/18
denomination [1]
317/18
depart [1] 322/7
Department [1] 382/3
depending [1] 259/13

deployed [2] 377/7
377/7
deploys [1] 380/13
deportment [2] 281/5
355/18
deprivation [1] 403/19
deprive [5] 375/20
391/7 403/13 410/11
410/12
deprived [2] 391/19
409/24
depriving [1] 403/16
descending [1] 382/5
describe [5] 258/17
282/3 325/12 342/2
346/16
described [1] 381/5
designated [2] 279/2
374/1
designs [1] 352/1
desire [2] 320/1 320/2
despise [1] 308/18
destroying [1] 406/2
destruction [1] 388/16
destructive [3] 297/8
366/18 379/15
detecter [1] 389/25
detector [5] 323/8
323/19 373/16 374/14
375/20
determination [1]
370/22
determine [1] 285/16
determined [1] 385/25
develop [1] 265/17
developing [1] 404/11
deviate [1] 375/3
device [2] 344/14
346/15
dialogue [1] 299/7
did [157] 256/6 256/7
260/5 260/12 261/10
262/13 262/18 274/22
276/3 276/10 277/4
278/9 278/12 279/19
280/2 281/14 281/16
281/19 283/17 283/19
283/24 284/13 284/15
285/1 285/6 286/15
286/16 286/23 286/25
287/19 288/7 289/3
289/5 290/7 290/11
290/17 290/20 293/14
294/16 294/22 295/5
296/9 296/14 296/17
297/7 298/18 299/3
299/6 299/8 299/9
299/18 300/3 300/7
300/15 301/21 301/23
303/6 303/11 304/13
304/16 304/19 304/22
305/8 305/17 305/22
307/18 308/13 308/21
309/2 309/19 309/20
310/19 310/23 311/5
311/20 314/9 314/21
314/22 315/4 315/5

depict [2] 377/6 377/7
did [8] 315/7 315/9
315/14 316/21 317/5
319/23 319/24 320/1
325/17 326/9 330/2
330/7 334/22 336/14
338/14 340/10 340/21
341/15 341/20 345/2
345/14 345/22 346/10
350/25 355/20 356/5
357/8 357/21 363/7
363/8 365/10 365/23
366/7 366/17 368/10
368/18 369/10 369/21
379/4 386/7 386/10
386/13 386/14 388/5
389/10 389/14 391/17
391/17 391/24 392/24
393/10 395/9 395/18
395/20 396/14 396/15
396/24 396/25 397/7
398/7 398/16 398/20
398/22 399/20 399/22
399/23 399/24 400/2
401/6 401/13 401/18
403/21 404/12 404/21
405/9 407/21
did you have [1]
283/19
did you [21] 260/5
260/12 262/18 274/22
276/3 276/10 277/4
283/24 286/15 289/3
293/14 296/9 304/22
307/18 308/13 309/19
314/21 330/7 368/10
368/18 369/10
didn't [91] 260/17
275/21 281/7 286/2
287/12 290/4 291/24
293/11 295/23 297/20
297/23 298/2 298/2
298/3 298/10 298/12
298/14 299/6 299/14
300/10 300/15 301/24
302/17 302/19 305/20
306/22 307/2 309/2
309/11 310/8 310/8
313/16 322/8 322/14
322/14 322/18 322/19
326/5 326/19 329/24
330/11 330/19 332/3
336/13 336/18 337/12
340/7 340/7 340/9
340/20 340/22 341/13
341/16 341/20 341/23
342/17 343/8 345/7
348/7 348/10 348/22
349/17 350/22 353/19
355/8 356/2 356/13
356/14 357/7 357/10
359/9 360/25 361/13
361/15 362/4 363/13
386/2 386/4 386/22
390/18 391/8 394/20
397/14 399/7 399/19
400/9 400/11 406/16
407/2 407/3 408/7
different [13] 258/21

**D**

**different... [12]** 286/12 304/4 319/20 337/1 351/20 352/25 393/21 395/11 398/23 399/4 405/1 405/3
**difficulty [1]** 279/23
**direct [6]** 253/4 257/3 267/2 315/20 389/17 391/13
**direction [6]** 296/6 340/14 346/23 364/23 399/2 401/9
**directions [1]** 304/8
**disagree [1]** 297/15
**disapprove [1]** 384/4
**discarded [2]** 391/3 410/15
**discontinued [1]** 385/23
**discuss [1]** 383/6
**discussed [1]** 406/14
**Discussion [1]** 254/11
**disorderly [16]** 304/17 304/19 384/16 384/19 384/24 388/1 388/3 398/6 398/17 399/5 399/12 399/19 399/24 400/1 404/5 407/19
**display [1]** 313/15
**displayed [1]** 389/18
**dispute [11]** 373/20 373/22 374/5 374/12 374/21 382/17 382/20 390/12 390/17 390/21 395/18
**disregarded [1]** 388/14
**disregarding [1]** 388/13
**disrespectful [3]** 304/17 304/19 342/9
**disrupt [1]** 301/3 302/25 375/16 386/11 387/12 388/5 389/5 398/8 399/20 399/23 400/3
**disrupted [4]** 374/23 374/24 389/9 398/11
**disrupting [1]** 407/19
**disruption [3]** 385/19 386/7 386/13
**disruptive [26]** 300/11 302/23 345/8 363/2 379/14 384/17 384/19 384/24 385/2 385/6 385/14 385/17 386/6 388/1 388/3 398/6 398/18 399/6 399/12 399/20 400/2 404/4 407/18 408/2 408/17 408/22
**distance [2]** 310/9 410/2
**DISTRICT [3]** 251/1 251/1 251/10
**disturb [3]** 363/14 388/6 400/3
**do [139]** 256/7 257/17

258/10 258/21 258/25 259/16 259/18 259/19 259/20 261/1 261/6 261/7 261/12 262/4 262/25 263/3 263/7 265/4 266/22 266/23 267/9 268/5 268/7 268/9 268/9 272/7 272/19 272/19 273/4 274/17 275/5 276/4 279/6 279/8 279/13 279/18 281/2 282/21 284/23 284/24 286/11 287/5 288/20 288/22 293/20 295/14 296/2 297/11 297/18 299/11 303/3 303/23 304/16 304/19 305/10 305/18 307/14 307/16 308/2 309/2 309/7 311/24 312/8 314/4 314/15 314/22 315/15 315/20 316/20 316/23 317/18 318/10 321/8 324/17 330/4 330/5 330/5 330/8 331/2 331/14 332/10 332/15 333/10 335/3 336/10 338/10 339/7 342/7 342/8 343/25 345/7 346/9 347/12 347/19 348/20 348/22 351/14 353/3 353/13 355/15 357/7 357/16 358/17 359/18 360/2 364/10 365/20 366/10 366/20 367/13 370/3 370/12 370/21 371/20 371/22 372/21 376/14 378/18 385/2 393/4 393/5 393/11 395/17 398/22 399/4 399/11 399/19 399/24 400/19 401/6 401/18 402/19 404/4 404/6 405/9 407/21
**do you [22]** 266/22 266/23 268/7 275/5 279/6 279/18 281/2 287/5 288/20 288/22 293/20 296/2 303/3 303/23 307/14 311/24 314/4 316/23 318/10 333/10 364/10 372/21
**do you have [4]** 267/9 272/7 272/19 312/8
**do you know [6]** 259/18 259/20 274/17 279/13 286/11 315/20
**do you recognize [2]** 259/16 343/25
**do you see [5]** 284/23 347/12 347/19 351/14 358/17
**docket [1]** 255/4
**documentation [2]** 270/19 272/25
**does [16]** 257/18

287/21 340/4 350/8 350/9 351/4 356/21 371/7 391/25 399/23 403/12 404/2 406/4
**doesn't [23]** 266/14 321/19 339/15 340/3 350/8 352/2 358/19 377/3 377/12 377/13 378/23 378/24 380/19 381/21 391/2 391/16 391/17 391/18 391/22 402/4 404/4 404/6 404/25
**doing [36]** 260/7 261/3 280/20 289/14 289/18 291/14 294/1 295/24 297/7 305/15 308/14 324/12 333/9 333/14 334/9 338/14 341/12 344/23 350/24 355/19 361/3 361/6 361/11 378/15 391/23 391/24 393/23 398/16 398/17 398/21 398/23 399/5 400/8 401/24 404/16 405/8
**DOJ [1]** 251/13
**DOJ-USAO [1]** 251/13
**don't [87]** 254/12 260/23 261/16 269/19 269/19 283/20 286/1 287/15 289/22 293/24 294/9 296/20 297/20 298/9 299/5 299/6 305/2 308/2 314/11 314/12 316/9 318/6 322/20 324/17 331/21 332/4 332/7 334/20 335/23 337/23 337/25 339/3 340/11 340/16 340/24 341/6 341/11 341/17 342/1 342/8 342/9 342/11 342/15 343/1 343/2 343/5 343/12 345/20 353/4 353/5 353/10 353/14 353/14 354/8 355/10 355/10 355/13 355/21 355/24 356/2 357/13 357/17 357/19 360/4 361/5 364/23 365/19 366/24 367/12 372/2 372/6 372/20 372/25 376/13 382/14 383/13 384/25 385/1 387/8 393/8 394/8 395/4 398/25 401/15 407/13 409/22 410/4
**Donald [1]** 376/5
**Donald Trump [1]** 376/5
**donated [1]** 282/9
**done [7]** 269/2 315/11 332/15 393/1 395/1 400/18 404/20
**door [55]** 296/10 296/13 296/14 296/19

299/9 299/11 299/14 299/16 300/1 300/2 307/6 307/9 308/24 309/25 310/3 310/20 310/24 325/2 349/15 350/4 350/8 350/13 350/14 351/2 351/3 351/4 351/12 351/14 351/18 351/23 351/25 352/1 352/8 352/9 353/1 353/2 353/14 353/16 353/18 353/24 354/13 354/20 355/23 381/13 381/23 381/24 382/4 390/10 397/7 397/9 406/24 407/11
**doors [18]** 349/8 349/12 349/13 349/13 349/16 366/16 373/7 378/25 378/25 379/2 379/5 380/18 380/20 381/7 383/1 387/6 388/17 389/21
**doorway [1]** 355/22
**doubt [4]** 256/10 370/22 382/9 392/2
**Douyon [3]** 255/3 411/7 411/12
**down [24]** 294/5 301/1 310/4 310/8 310/19 314/4 314/9 314/16 314/18 320/25 320/25 321/20 321/22 322/14 347/19 363/17 370/2 375/7 380/4 390/6 392/10 396/23 402/21 406/22
**downplaying [2]** 344/11 344/20
**downtown [1]** 279/19
**dress [2]** 283/13 283/14
**drive [3]** 371/8 411/7 411/11
**driver's [1]** 314/2
**driving [1]** 279/16
**drove [1]** 293/6
**due [11]** 281/21 283/11 287/11 289/9 293/5 293/12 300/18 308/8 350/12 367/7 382/19
**duress [1]** 346/22
**during [9]** 275/21 284/3 292/25 351/25 352/5 352/6 363/12 370/20 377/1
**duties [1]** 258/9
**DYLAN [2]** 257/2 257/8

**E**

**each [13]** 261/13 261/15 261/22 264/8 292/6 293/2 305/12 346/7 370/23 382/9 382/10 395/12 396/19
**earlier [8]** 254/14 325/9 330/18 347/5 352/22

371/17 371/17 382/16
**early [8]** 260/6 272/15 279/9 282/9 282/10 290/2 367/10 408/8
**easily [3]** 293/12 389/1 390/3
**east [1]** 382/6
**easy [1]** 265/8
**echo [1]** 335/2
**economics [1]** 267/25
**education [8]** 257/12 260/7 267/24 268/18 268/23 269/8 269/9 269/12
**effect [2]** 264/20 393/23
**effort [1]** 304/23
**efforts [6]** 375/4 376/2 387/4 388/14
**eight [1]** 328/16
**either [8]** 341/3 388/7 400/4 401/15 410/7 410/10 410/12 410/15
**election [7]** 277/7 277/8 361/20 363/10 375/18 376/3 376/4
**elections [1]** 277/15
**electoral [6]** 277/11 278/9 363/5 374/24 379/24 388/9
**element [3]** 384/18 386/5 392/1
**elements [2]** 382/10 382/13
**else [8]** 279/2 286/1 331/10 331/14 331/20 331/24 352/7 391/19
**Email [3]** 251/15 251/19 251/24
**employed [1]** 257/15
**enclosed [2]** 340/11 341/2
**encounter [2]** 303/3 303/6
**encountered [5]** 303/9 357/4 360/5 360/10 381/7
**encounters [2]** 380/7 380/22
**encourage [3]** 366/17 377/18 389/19
**encouraged [1]** 319/13 399/11
**encouraging [1]** 361/12
**end [4]** 289/7 309/4 406/13 410/4
**enforcement [2]** 386/18 388/14
**engage [3]** 258/11 336/14 408/7
**engaged [13]** 264/22 353/6 357/9 364/17 365/7 383/20 384/18 388/1 398/6 400/1 405/25 406/1 408/3
**engagements [2]** 362/25 364/17

**engaging [1]** 363/2
**enjoy [1]** 282/7
**enjoyed [1]** 291/1
**enough [6]** 306/8
350/10 352/20 377/18
391/4 402/7
**ensure [1]** 301/24
**entail [1]** 272/11
**entails [4]** 272/12
272/25 273/3 366/14
**enter [8]** 284/24 296/15
297/24 326/10 374/8
379/22 379/23 406/21
**entered [15]** 300/18
300/25 329/17 374/6
376/14 381/18 385/8
385/9 385/11 395/15
397/9 401/6 407/7
407/11 409/6
**entering [5]** 275/11
326/5 378/1 379/19
382/11
**enters [3]** 380/3 381/25
381/25
**entire [4]** 292/6 293/15
382/18 389/15
**entrance [4]** 329/16
380/8 385/22 407/11
**entry [6]** 292/7 313/9
373/5 379/2 397/5
406/15
**entryway [4]** 290/14
322/11 407/24 407/25
**environment [4]**
300/13 304/8 319/6
331/8
**equipment [1]** 366/24
**equivalent [3]** 393/21
402/23 403/10
**escorting [1]** 309/9
**especially [2]** 346/25
359/6
**essentially [7]** 261/21
287/6 301/17 303/22
401/23 402/21 405/6
**essentials [1]** 311/18
**establish [1]** 409/22
**established [2]** 332/11
373/23
**estate [27]** 261/19
261/21 262/2 263/13
263/17 265/16 268/10
268/11 269/9 270/2
270/8 270/9 270/15
271/10 271/10 271/15
275/10 275/12 297/13
298/15 300/20 308/3
308/20 349/11 351/25
354/1 366/13
**evacuate [1]** 408/2
**evacuated [1]** 385/25
**evaluating [1]** 405/24
**evaluation [1]** 258/24
**even [31]** 291/3 291/11
291/20 291/21 291/24
295/1 295/22 297/14
301/3 306/22 308/20

357/17 359/13 360/10
373/7 380/19 381/20
382/4 394/19 398/25
399/1 399/17 400/11
403/19 406/19 407/2
407/9 407/13
**evening [4]** 373/12
384/1 384/3 386/4
**event [47]** 273/25
276/25 277/6 277/13
280/9 280/12 287/11
287/14 290/2 290/6
290/15 296/7 301/19
302/16 302/16 302/18
302/20 302/22 302/24
313/1 314/19 317/12
317/13 326/24 327/18
330/12 332/6 337/2
337/14 337/17 341/23
342/11 343/3 345/12
346/4 357/12 358/4
362/2 362/4 362/10
362/15 363/4 364/14
367/14 368/1 369/24
385/3
**events [31]** 275/13
275/14 275/15 276/7
276/9 276/13 276/22
276/23 278/21 279/3
280/5 288/8 288/10
288/16 289/24 290/25
291/18 291/18 293/7
294/9 295/9 295/10
298/24 338/3 338/8
357/14 362/5 365/18
367/7 369/17 383/10
**eventually [4]** 272/20
285/19 307/5 307/9
**ever [11]** 264/18
265/24 271/16 277/9
278/16 300/5 331/22
344/21 356/15 356/18
366/7
**every [4]** 265/6 386/3
392/1 406/20
**everybody [6]** 254/10
372/8 372/14 410/24
411/6 411/9
**everyday [1]** 311/19
**everyone [2]** 255/12
371/4
**everyone's [1]** 411/13
**everything [2]** 291/25
367/8
**everywhere [1]** 348/21
**evidence [32]** 255/24
256/3 256/8 265/13
270/22 270/25 272/1
272/4 274/5 274/12
316/2 345/17 370/4
370/15 370/19 370/20
375/24 387/7 387/24
388/10 392/4 394/23
396/9 396/16 397/4
399/3 399/10 401/14
402/18 406/19 407/16
410/1

**evident [1]** 318/23
**exactly [8]** 258/18
260/23 271/5 282/3
291/14 394/2 394/2
396/16
**examination [6]** 257/3
267/2 320/12 320/14
345/18 364/6
**examine [1]** 391/5
**example [2]** 366/5
389/6
**excited [2]** 384/12
388/21
**exclaiming [1]** 409/15
**exhibit [46]** 269/23
270/6 270/13 271/4
272/1 272/3 272/4
273/22 274/4 274/12
305/25 315/18 316/1
321/11 321/13 323/15
325/6 327/5 327/25
328/20 330/20 332/19
338/17 343/21 347/2
348/25 348/25 349/21
352/11 358/15 363/16
366/20 374/2 374/9
374/10 374/16 374/19
376/12 376/19 378/4
378/12 379/6 379/17
379/18 389/17 409/8
**Exhibit 1A [1]** 269/23
**Exhibit 2 [1]** 271/4
**Exhibit 224 [1]** 323/15
**Exhibit 531 [1]** 376/12
**exhibits [13]** 253/8
270/21 270/25 371/7
371/11 371/12 371/16
374/17 389/20 411/8
411/12 411/13 411/15
**existent [1]** 401/12
**exit [10]** 292/7 306/14
311/14 314/20 326/18
329/23 330/2 374/10
381/24 407/10
**exited [6]** 307/9 308/24
310/25 314/3 322/8
327/20
**exiting [1]** 306/25
**exits [3]** 382/4 385/23
390/10
**expel [2]** 332/8 406/10
**expelled [3]** 331/9
364/19 364/22
**experienced [2]**
376/25 377/9
**experts [1]** 364/16
**expired [3]** 270/4 270/4
313/18
**explain [3]** 256/6 316/3
395/12
**explained [7]** 254/14
385/22 386/1 386/15
387/3 394/25 400/8
**express [1]** 277/25
**expressed [1]** 276/8
**expression [1]** 281/12
**extensive [1]** 279/23

**extent [3]** 363/7 402/25
403/22
**exterior [1]** 381/5
**extinguisher [14]**
306/7 306/10 306/17
306/22 307/1 326/16
326/20 327/16 328/17
329/6 329/19 380/14
400/16 407/5
**extra [3]** 283/22 300/22
409/14
**extremely [1]** 408/2

**F**

**FAA [2]** 273/12 273/25
**facade [2]** 290/8 290/9
**face [4]** 338/25 342/7
342/14 345/9
**facetious [8]** 308/22
318/16 321/25 323/11
324/15 324/24 325/22
404/15
**facing [1]** 350/14
**fact [16]** 318/21 354/21
377/5 394/15 396/22
398/11 401/25 402/2
402/13 404/11 404/13
404/21 405/1 406/22
409/5 409/24
**factfinder [1]** 370/21
**factor [1]** 398/5
**facts [2]** 345/17 348/22
**fair [5]** 265/5 265/7
270/18 337/20 361/24
**fall [1]** 259/13
**fallacy [1]** 397/2
**familiar [2]** 276/24
359/12
**familiarity [1]** 269/9
**familiarize [1]** 272/13
**family [3]** 281/10 375/2
382/20
**fancy [1]** 366/24
**far [24]** 259/9 260/9
261/15 262/22 263/25
264/1 264/19 269/5
275/25 276/25 280/10
288/8 289/17 310/8
350/24 390/6 400/1
400/7 401/7 401/11
403/23 404/8 411/2
411/3
**fashion [2]** 308/15
401/10
**fault [2]** 313/6 313/16
**favorable [2]** 365/21
370/19
**favorite [1]** 299/1
**fear [1]** 306/9
**fearful [1]** 289/14
**fee [1]** 254/16
**feel [1]** 274/25
**feet [3]** 293/2 355/5
403/1
**fellow [3]** 373/10
389/15 389/22
**felt [1]** 357/1

**fence [3]** 396/6 396/15
396/21
**fences [2]** 373/6
388/13
**fencing [2]** 374/2 374/3
**few [8]** 255/5 276/16
285/23 355/5 364/8
372/23 385/20 403/1
**few-minute [1]** 385/20
**fighting [7]** 331/24
332/1 341/15 341/20
343/8 357/9 406/24
**figure [1]** 299/23
**film [2]** 291/5 378/2
**filmed [1]** 376/23
**filming [3]** 297/10
355/6 379/10
**films [1]** 377/24
**final [4]** 309/7 322/5
327/17 374/10
**finalize [2]** 316/18
319/16
**finally [9]** 369/9 374/18
382/3 382/5 389/1
389/24 407/10 407/12
409/17
**find [7]** 256/9 327/2
370/21 401/17 407/10
407/13 407/14
**finding [1]** 279/24
**fine [4]** 323/1 344/15
371/2 410/25
**finger [1]** 399/3
**fire [14]** 257/21 306/6
306/16 306/22 307/1
326/16 326/19 327/15
328/16 329/6 329/19
380/14 400/16 407/5
**firearms [1]** 281/17
**firm [3]** 270/8 270/10
270/12
**first [46]** 254/23 256/13
268/16 274/15 274/25
305/2 306/17 310/10
311/9 317/15 319/22
328/10 328/23 334/6
335/6 335/9 336/6
340/6 340/15 340/22
342/25 343/3 343/15
343/18 345/12 355/1
363/20 363/21 373/22
376/22 382/7 382/11
384/18 387/2 392/22
393/3 394/15 395/2
396/9 396/13 402/9
405/18 405/23 406/18
409/6 409/19
**fists [2]** 281/8 299/3
**fit [1]** 311/18
**five [5]** 254/22 315/21
315/23 387/23 405/14
**flag [22]** 281/24 281/25
282/1 282/3 282/6
282/9 282/11 282/13
282/16 282/20 282/22
282/25 300/15 300/17
301/1 315/8 315/9
316/12 389/16 409/5

**F**

flag... [2] 409/7 409/10
flags [2] 281/23 282/18
flew [2] 293/23 375/25
flight [8] 272/14 272/15
272/23 273/4 279/8
279/9 330/16 367/10
flights [2] 276/12
279/15
floating [1] 307/3
flood [1] 381/1
flown [4] 293/5 293/6
330/15 330/15
fly [2] 276/13 367/6
flying [2] 273/5 293/7
folder [1] 371/21
folks [2] 305/15 339/15
follow [4] 273/5 289/5
309/5 402/22
followed [11] 280/24
289/6 290/15 290/17
296/3 301/20 301/21
306/1 317/23 330/10
337/17
following [7] 272/18
273/10 329/25 353/16
362/18 388/20 399/16
follows [1] 380/4
footage [1] 333/22
football [1] 393/22
force [1] 348/18
forced [1] 407/12
forcing [1] 373/8
forefront [1] 286/14
foregoing [1] 412/3
form [2] 313/20 314/1
format [3] 299/14
354/7 354/15
formats [1] 354/1
forming [1] 336/21
forth [14] 280/4 280/16
287/14 287/14 306/24
314/8 319/7 330/9
332/5 337/15 348/21
367/19 367/24 369/18
forward [10] 255/4
305/7 305/12 305/13
306/13 328/3 350/21
358/13 360/8 363/9
four [5] 329/5 347/10
376/9 382/7 397/23
fourth [3] 303/8 360/9
374/21
fragile [1] 300/22
frame [3] 310/6 349/22
349/23
frankly [8] 264/12
291/20 377/3 391/2
391/12 393/1 396/18
397/16
fraudulent [2] 361/20
361/24
freedom [1] 282/7
freely [1] 322/22
friend [3] 274/20 275/6
387/20
friendly [11] 274/24
303/10 306/3 306/3
355/18 357/3 357/6
366/3
friends [6] 275/2 291/1
383/25 388/21 390/5
404/17
frivolously [1] 297/10
front [23] 269/19 279/8
285/9 286/10 296/25
297/2 311/15 312/16
343/16 348/10 349/13
350/13 359/6 359/8
376/17 376/22 376/24
378/15 380/25 386/25
387/1 387/8 399/15
full [5] 299/16 302/12
348/11 369/19 371/11
full-picture [1] 348/11
fully [1] 387/3
fun [1] 308/16
function [1] 337/10
functions [10] 264/11
374/22 375/17 386/8
386/12 388/8 389/9
398/10 398/13 399/21
further [9] 266/2
296/25 297/1 320/3
364/2 369/25 388/19
404/7 408/3
furtherance [1] 392/25
future [1] 336/4
futures [1] 260/15

**G**

gadsden [6] 281/24
281/25 282/3 282/6
282/8 282/25
gain [2] 309/12 379/2
gained [2] 298/13
407/17
gaining [1] 373/5
gait [2] 281/5
gas [6] 331/9 332/8
332/17 364/19 364/22
377/5
gassing [5] 331/5
364/9 364/21 365/1
377/2
gate [2] 367/9 367/9
gates [1] 285/1
gave [3] 281/23 383/10
391/19
general [4] 267/13
314/12 357/24 365/4
generally [1] 408/4
gentleman [2] 259/15
274/16
geographical [1]
409/23
gesture [1] 325/19
gestures [1] 295/23
gesturing [6] 308/4
308/14 309/15 321/2
321/24 323/12
get [55] 254/15 255/5
255/13 261/16 267/9
268/19 269/4 269/14
276/10 279/19 281/4
287/13 291/7 291/22
291/25 295/12 296/1
298/4 301/24 305/9
308/11 309/17 312/24
327/7 330/7 335/11
338/14 339/3 340/4
345/8 345/8 346/10
348/1 351/2 355/19
355/19 357/15 366/17
367/2 371/22 372/17
377/14 379/12 384/14
387/17 388/17 394/18
400/17 401/7 401/16
402/20 411/12
gets [4] 255/6 349/23
378/23 379/3
getting [17] 265/12
269/5 278/23 288/7
334/22 335/4 335/19
335/22 341/9 345/3
345/14 345/23 356/4
363/24 377/24 387/22
397/15
giant [1] 311/17
girls' [1] 264/12
give [4] 261/7 297/23
371/23 395/7
given [4] 305/6 317/20
317/24 404/11
giving [3] 337/6 363/22
387/21
glances [1] 380/19
glare [2] 349/18 350/16
glass [11] 299/16
349/13 349/18 351/11
351/14 351/17 351/22
351/24 352/3 379/1
380/2
Global [1] 313/9
gloss [1] 383/22
gmail.com [1] 251/24
go [76] 255/3 260/22
271/12 273/18 274/10
275/21 280/2 280/9
285/19 287/4 289/16
290/17 290/21 292/12
295/1 295/3 295/13
295/17 296/2 300/8
304/23 305/7 309/19
310/1 310/8 310/8
311/20 314/9 324/5
327/5 328/19 330/20
332/12 332/18 333/18
334/20 335/17 337/22
337/24 338/8 339/22
339/24 343/20 345/19
346/15 346/23 347/8
348/24 349/1 349/20
350/24 351/3 353/15
350/20 351/3 353/15
353/16 354/5 356/6
356/14 358/13 362/13
365/15 368/15 370/25
381/17 397/15 398/3
399/17 404/2 404/21
405/9 407/5
ahead [6] 305/16
274/10 292/12 345/19
368/15
God [2] 314/8 367/16
goes [5] 304/6 334/19
393/12 397/24 404/6
going [92] 255/23
255/24 259/24 269/4
270/6 270/13 271/3
271/3 273/14 276/15
276/18 276/23 277/10
277/12 277/16 278/10
278/24 284/11 286/6
288/8 288/9 288/13
290/12 292/8 293/19
301/4 301/9 301/12
305/9 305/25 306/4
306/21 306/22 306/24
307/20 314/15 314/16
315/17 315/25 316/3
317/24 318/9 319/18
322/17 324/2 327/16
330/19 332/5 333/3
335/24 348/11 354/4
354/5 363/1 366/19
367/17 367/24 368/12
368/22 369/6 369/6
369/11 369/11 369/16
370/8 371/18 377/17
384/2 387/16 393/19
394/10 394/13 395/5
395/11 395/23 396/7
397/2 398/21 399/2
400/9 400/12 400/23
400/25 401/1 401/2
404/3 404/3 405/1
405/11 407/20 409/1
411/8
gone [7] 275/14 301/15
301/16 318/21 319/18
326/10 326/20
good [17] 254/2 254/10
255/12 257/6 263/20
264/9 317/23 318/25
319/5 381/15 390/6
393/4 394/21 394/25
397/11 402/7 410/1
Good morning [1]
257/6
Goodman [1] 380/5
gossip [1] 264/12
got [18] 255/4 257/13
284/22 287/5 289/7
294/17 294/19 298/6
299/11 304/21 321/8
326/16 348/15 355/8
367/9 376/10 391/18
408/9
gotten [4] 298/25
332/13 340/25 342/5
government [39]
251/13 254/6 256/9
273/25 289/1 309/23
311/8 311/23 364/8
370/8 370/20 371/8
374/22 375/16 382/8
386/7 386/11 389/9
392/1 392/12 393/14
274/10 292/12 345/19
368/15
274/10 292/12 345/19
368/15
395/20 395/6 395/17
395/25 397/3 398/9
398/12 399/21 399/25
401/5 402/5 402/17
402/23 403/5 404/10
405/5 405/21 410/25
government's [34]
255/14 316/1 321/11
323/14 325/5 327/5
327/25 328/19 330/20
332/19 338/16 343/21
347/2 348/24 349/21
352/10 358/14 363/16
366/20 374/2 374/9
374/10 374/16 374/17
374/19 376/19 378/4
378/12 379/6 379/17
379/18 389/17 409/8
411/12
**Government's Exhibit
513** [1] 363/16
**Government's Exhibit
519** [1] 347/2
**Government's Exhibit
528** [1] 330/20
**Government's Exhibit
531** [2] 332/19 378/4
grab [1] 390/3
grabs [2] 390/2 390/8
grammar [2] 369/5
369/6
graphic [1] 376/9
gray [4] 283/9 283/12
311/11 339/1
grazed [1] 345/5
great [2] 371/14 381/14
ground [2] 398/7
406/22
grounds [16] 273/15
274/7 284/17 302/8
314/11 336/7 368/25
375/5 382/12 382/17
384/17 384/20 386/16
395/16 403/4 410/5
group [7] 286/10
288/25 318/14 380/4
380/5 387/1 399/22
growing [1] 317/21
guess [8] 263/19
269/18 280/5 304/3
318/6 335/20 343/25
350/20
guesstimate [1]
310/15
guest [1] 364/15
guilt [1] 370/22
guilty [7] 256/9 387/25
392/5 392/20 395/12
399/19 401/18
guns [1] 281/16
guy [3] 263/24 274/24
394/17
guys [1] 358/17

**H**

habit [1] 313/6
had [147] 254/23 255/3
255/14 265/19 267/16

**had...** [142] 269/18
276/5 277/7 277/14
280/19 281/22 282/9
282/11 282/16 282/18
282/19 282/20 283/11
287/20 289/23 293/4
293/9 294/20 295/16
297/9 298/16 298/25
299/17 300/5 302/18
304/7 305/4 305/5
305/6 305/6 306/2
306/12 306/13 308/6
308/18 309/10 310/12
310/24 311/2 311/11
312/5 313/25 313/25
314/19 314/24 315/1
315/11 315/12 315/12
315/15 315/16 316/7
316/12 318/21 319/10
319/10 319/25 320/2
321/5 322/1 322/18
323/12 324/4 324/15
325/17 325/22 325/23
326/8 326/12 326/20
329/16 330/5 330/12
330/13 330/14 332/6
332/11 332/13 333/2
335/19 335/20 336/17
336/25 337/23 341/1
346/21 347/4 349/17
349/18 350/17 352/7
352/9 353/11 356/16
356/18 359/3 364/12
364/23 364/25 367/4
367/8 367/15 367/16
367/18 368/20 371/17
373/13 373/23 375/2
375/3 381/8 381/19
382/1 382/22 382/24
382/24 382/25 383/1
385/10 386/3 390/18
393/4 394/16 395/1
395/21 396/12 397/22
399/8 399/16 400/10
400/18 401/22 402/6
402/7 402/10 402/14
404/12 404/20 407/23
408/1 408/12 411/11
**hadn't** [1] 335/14
**half** [3] 254/23 407/8
407/9
**hallway** [1] 380/4
**hallways** [1] 389/23
**halt** [4] 373/9 385/13
385/20 387/17
**hand** [31] 256/16
259/12 259/12 266/17
295/23 300/15 300/23
307/7 307/13 308/25
309/10 309/23 310/23
313/23 316/6 316/13
320/22 322/1 324/16
325/18 325/23 333/2
333/12 333/14 379/8
379/9 402/3 410/7
**handed** [1] 316/7

**handle** [2] 338/7
402/16
**hands** [1] 310/13
**hanging** [1] 293/25
**happen** [4] 254/15
278/18 361/8 386/4
**happened** [12] 274/24
341/13 368/20 369/4
379/16 392/15 392/16
392/19 393/15 393/16
394/3 404/1
**happening** [7] 278/10
278/12 288/9 341/1
377/20 387/13 387/19
**happens** [1] 395/2
**happenstance** [1]
409/13
**hard** [9] 285/11 285/16
286/12 286/21 333/22
334/15 359/2 359/5
359/7
**hardly** [1] 409/6
**harp** [1] 383/9
**has** [29] 254/18 256/8
268/23 271/11 275/8
287/14 333/12 347/19
351/8 354/14 366/19
366/20 377/9 378/13
379/11 382/9 383/8
387/18 391/8 392/1
393/14 395/4 397/4
401/5 401/25 403/5
410/2 411/7 411/13
**hasn't** [1] 373/19
**hat** [5] 283/17 283/19
283/22 339/1 409/13
**hate** [1] 348/16
**hats** [1] 283/20
**have** [204]
**haven't** [1] 340/25
**having** [16] 272/14
272/23 282/25 297/11
298/20 318/12 322/7
325/14 330/8 334/17
337/2 349/10 398/25
399/1 404/25 409/10
**Hawa** [3] 373/25 386/1
408/12
**he** [338]
**he didn't** [3] 386/22
391/8 399/19
**he said** [5] 380/16
385/1 387/15 393/6
397/7
**He wasn't** [1] 391/4
**he'd** [5] 384/1 384/4
387/20 388/23 407/7
**He'll** [1] 411/3
**he's** [24] 254/17
254/23 255/4 263/24
264/18 264/22 265/20
265/23 265/23 274/20
312/15 312/20 377/10
378/11 378/22 379/10
390/9 393/17 394/16
395/12 400/22 404/16
406/1 406/2

**head-on** [1] 350/15
**headline** [1] 277/24
**heads** [1] 371/24
**heads-up** [1] 371/24
**hear** [23] 256/5 260/1
267/18 280/3 280/14
286/25 292/16 292/18
292/20 292/22 298/3
303/18 303/20 305/17
306/8 320/16 320/19
344/13 359/22 362/1
372/3 395/9 399/8
**heard** [15] 256/8
264/14 264/18 264/18
265/24 280/11 311/7
334/24 335/1 348/15
367/21 379/19 395/7
401/21 403/14
**hearing** [12] 256/2
267/10 267/15 280/10
289/10 303/16 306/8
312/6 344/14 348/20
395/4 400/11
**hearings** [1] 389/7
**heart** [2] 255/23 337/23
**heavily** [6] 268/10
275/9 277/1 282/6
282/11 309/25
**held** [5] 254/11 264/4
301/24 390/24 391/3
**hell** [2] 363/23 387/21
**helmets** [1] 359/4
**helpful** [2] 273/1 405/7
**here** [45] 254/14
254/18 269/5 271/23
275/18 276/10 285/22
295/11 295/20 295/24
305/10 306/12 319/16
323/5 324/24 327/2
329/20 333/1 333/9
334/23 335/13 337/9
341/19 345/13 357/6
358/17 359/6 368/3
373/17 377/25 380/10
381/16 383/6 383/9
384/8 385/4 385/15
388/12 389/11 389/18
391/12 393/20 395/4
400/17 405/24
**hesitate** [1] 378/24
**hey** [9] 261/6 288/3
289/14 295/24 298/4
309/13 325/15 330/9
344/22
**hey-what-are-you-doin
g** [1] 289/14
**hide** [1] 402/5
**high** [6] 263/24 264/4
274/21 274/23 291/18
307/21
**high-crowd** [1] 291/18
**highly** [5] 326/20 338/7
342/7 342/8 403/5
**him** [63] 256/15 259/20
261/3 261/4 261/10
274/25 275/1 275/2
275/5 280/11 282/18

301/22 308/4 316/8
321/25 323/4 324/25
325/4 325/15 325/17
330/7 330/8 330/10
330/11 341/12 346/21
346/22 357/13 374/8
374/9 374/14 374/15
374/16 376/22 377/4
377/5 378/11 378/14
378/15 378/16 380/16
383/13 384/10 388/14
390/5 390/18 390/21
391/11 391/22 391/25
394/18 394/19 395/7
399/2 401/18 406/5
406/21 406/25 407/2
407/3
**himself** [5] 373/14
379/12 386/25 397/21
399/13
**hinder** [1] 350/22
**hire** [1] 365/19
**his** [93] 261/9 265/21
274/25 275/8 275/10
279/2 280/4 280/15
282/18 293/4 293/11
301/24 302/1 312/16
330/13 330/13 357/12
373/10 375/2 375/13
375/20 376/6 376/7
376/10 376/11 377/1
377/25 380/17 381/6
382/19 382/23 383/25
384/3 384/10 384/13
384/23 385/15 386/12
386/17 386/20 387/11
387/12 387/15 388/12
388/22 388/22 388/23
388/24 388/24 389/15
389/16 389/22 390/5
390/20 391/1 391/4
391/10 391/21 392/24
393/13 393/13 393/24
394/5 394/5 394/11
394/11 394/21 398/1
398/2 398/11 401/11
401/12 402/3 402/6
402/16 402/18 403/21
404/17 404/18 405/24
405/25 406/8 406/9
407/14 407/15 408/5
408/8 409/2 409/5
409/7 409/10 409/12
410/15
**historic** [1] 286/9
**historical** [1] 278/8
**historically** [1] 408/17
**history** [7] 278/4 278/5
281/21 282/12 282/23
297/15 300/20
**hit** [2] 301/3 301/3
**hold** [3] 291/22 295/23
336/15
**holding** [5] 300/17
359/10 359/19 360/3
390/9
**home** [8] 266/7 293/7

319/9 318/17 319/10
384/4 390/4 404/6
**honest** [1] 265/23
**honesty** [1] 394/22
**Honor** [92] 254/2
254/12 255/2 255/7
255/8 255/9 255/18
255/22 256/14 256/21
265/12 266/3 266/8
266/11 270/23 292/10
310/16 312/20 313/3
315/22 315/23 364/2
364/4 368/6 368/12
370/5 370/13 371/17
371/25 372/1 372/10
372/16 372/20 373/19
375/9 375/23 377/2
377/3 377/7 377/17 377/25
378/5 379/11 379/13
379/23 380/20 381/12
381/21 382/2 382/8
382/14 383/6 383/7
383/11 383/14 383/21
383/25 384/7 384/8
385/4 386/6 386/22
387/16 387/23 388/3
388/8 389/17 389/24
390/2 390/12 390/24
391/2 391/12 391/21
391/25 392/3 392/7
392/9 392/10 393/10
393/19 394/14 394/24
396/8 402/9 403/25
404/23 405/15 405/18
409/17 410/17 411/2
411/10
**Honor's** [1] 372/21
**HONORABLE** [2]
251/10 320/10
**hoodie** [1] 311/17
**horrible** [1] 392/18
**horribly** [4] 347/25
348/6 367/1 368/11
**hostile** [1] 303/11
**hour** [4] 269/18 279/22
407/8 407/10
**hours** [10] 268/23
269/15 269/16 269/17
272/14 273/1 276/16
279/23 374/24 387/20
**House** [15] 278/13
363/1 363/8 380/21
380/24 381/3 381/11
381/23 385/24 388/7
390/10 400/4 400/13
407/11 407/25
**how** [53] 257/10
259/20 260/5 260/12
260/15 261/6 262/2
262/18 267/22 268/13
269/12 274/22 276/10
277/15 279/18 285/23
286/6 291/19 293/20
296/18 298/12 299/11
299/15 299/18 300/12
300/17 304/4 310/12
311/9 312/14 315/20
322/3 325/12 330/4

**H**

how... **[19]** 346/16
349/19 350/17 351/16
354/7 355/24 376/13
376/22 379/22 379/23
379/25 383/8 384/10
384/25 387/7 397/8
402/13 405/13 408/8
however **[2]** 386/19
411/8
huge **[2]** 303/12 356/24
huh **[3]** 258/5 259/4
341/14
humor **[3]** 307/20
308/17 318/7
hundreds **[4]** 286/4
350/20 385/7 385/16
Hutton **[2]** 251/16
254/5

**I**

I also **[1]** 403/14
I am **[4]** 257/16 368/4
368/18 410/22
I apologize **[1]** 322/25
I believe **[20]** 260/6
260/21 262/20 268/16
268/22 277/23 279/14
296/5 296/12 305/24
305/25 306/25 314/5
314/24 315/9 316/5
317/25 352/21 371/12
409/14
I can **[7]** 274/2 284/19
285/8 291/20 298/20
333/25 336/7
I can't **[4]** 299/7 336/4
353/6 357/12
I couldn't **[5]** 280/16
287/12 287/13 309/24
344/13
I did **[14]** 281/16 289/5
296/17 304/13 304/19
309/20 315/9 316/21
325/17 340/10 363/7
363/8 365/23 366/17
I didn't **[9]** 281/7
297/20 298/2 306/22
332/3 336/18 337/12
341/23 348/10
I didn't know **[11]**
290/4 298/12 298/14
302/17 307/2 309/11
322/8 326/19 340/7
341/13 348/7
I didn't see **[1]** 397/14
I don't **[14]** 296/20
299/6 305/2 308/2
324/17 340/24 342/8
342/9 353/5 353/14
357/17 382/14 395/4
409/22
I don't have **[3]** 269/19
366/24 367/12
I don't recall **[5]**
260/23 294/9 341/17
355/10 355/10
I gave **[1]** 281/23

I guess **[7]** 280/8
318/6 335/20 350/20
I have **[22]** 266/24
267/15 267/25 269/15
269/17 270/16 273/24
275/10 278/7 295/19
301/10 311/15 313/18
325/3 325/16 354/2
354/4 354/6 354/14
362/3 410/17 411/14
I haven't **[1]** 340/25
I just **[21]** 274/24
275/25 278/2 279/9
283/22 289/21 290/14
294/4 294/7 296/12
298/22 301/19 303/16
307/22 308/17 311/11
313/16 322/12 330/9
343/5 361/8
I know **[7]** 300/12
304/2 308/3 342/4
353/10 355/15 410/21
I mean **[11]** 286/6
293/23 296/21 298/20
310/14 332/13 336/12
341/8 357/14 400/24
402/9
I moved **[1]** 262/21
I never **[1]** 309/6
I quickly **[1]** 301/1
I really **[1]** 314/12
I recall **[3]** 342/18
342/20 358/3
I see **[1]** 323/2
I should **[3]** 307/22
369/3 410/23
I think **[25]** 261/10
265/12 304/22 310/11
324/19 333/18 342/21
343/1 349/25 352/4
361/19 373/21 377/17
395/17 397/2 397/3
399/9 406/6 406/13
408/4 409/23 409/25
410/4 410/6 410/8
I thought **[4]** 276/6
301/13 331/6 348/14
I understand **[2]**
273/17 365/15
I want **[11]** 279/10
279/22 293/22 298/4
309/23 314/12 330/17
379/17 382/10 383/6
389/24
I was **[42]** 267/16
286/14 288/10 292/2
293/24 294/3 302/15
304/9 304/9 308/14
308/16 309/21 318/25
319/1 319/7 319/9
319/15 319/25 321/24
323/10 325/21 329/25
331/6 331/25 334/24
340/8 340/23 341/17
348/8 349/19 350/17
353/10 355/24 361/25
362/5 362/14 362/16
362/17 362/19 397/14

I went **[3]** 319/7 349/16
362/13
I will **[1]** 399/10
I wouldn't **[2]** 324/4
356/13
I'd **[14]** 313/25 317/10
318/24 320/22 330/20
334/24 343/20 348/15
348/24 359/22 371/15
373/19 391/13 395/12
I'll **[14]** 265/14 270/21
274/9 291/5 292/10
313/2 359/21 366/24
371/24 389/17 395/3
399/9 408/23 409/17
I'm **[105]** 254/24
255/20 255/23 257/18
259/24 267/23 268/10
268/11 269/4 269/18
269/22 270/6 270/9
270/10 270/13 270/17
271/3 271/21 272/10
272/15 273/21 274/1
274/24 281/4 283/21
284/7 284/16 289/10
290/1 290/1 292/8
292/15 292/15 294/25
297/10 300/11 300/11
303/12 303/14 305/9
308/1 309/14 309/14
313/11 315/17 315/25
317/21 317/21 323/3
323/3 324/6 324/14
325/4 326/22 333/13
339/21 339/23 340/11
340/13 340/24 340/24
341/2 341/24 343/1
343/2 343/11 343/15
343/18 343/19 344/21
345/9 345/10 350/11
350/14 350/19 351/1
351/13 353/15 354/22
354/23 356/22 356/24
359/12 359/12 359/15
359/16 360/12 361/2
361/3 361/8 361/8
364/14 364/18 365/5
365/14 366/13 366/19
368/12 368/24 377/17
384/7 384/8 393/19
394/9 394/13
I'm -- you **[1]** 269/18
I'm going **[8]** 259/24
270/6 271/3 292/8
305/9 315/25 393/19
394/13
I'm just **[12]** 255/23
323/3 324/14 325/4
341/24 343/11 345/9
354/23 359/12 359/16
361/2 361/8
I'm not **[13]** 283/21
300/11 309/14 323/3
343/19 345/10 350/14
354/22 359/12 361/3
377/17 384/7 394/9
I'm not sure **[2]** 339/21

I'm sorry **[6]** 255/20
271/21 284/7 292/15
292/15 351/13
I'm thinking **[1]** 364/14
I've **[49]** 257/13 263/12
264/14 265/6 267/15
269/16 274/20 290/25
291/1 291/17 295/2
295/9 295/9 298/9
298/15 298/15 298/24
299/19 300/20 303/9
304/4 304/21 308/1
317/22 319/22 331/7
338/3 341/12 346/4
349/10 349/12 349/13
351/25 352/1 354/1
356/9 357/14 358/17
360/5 360/9 365/18
369/13 381/4 382/13
382/22 386/15 387/3
389/18 397/10
ID **[1]** 313/8
idea **[11]** 298/17
325/14 341/1 354/2
354/6 354/15 362/3
381/15 381/19 401/17
406/3
identify **[1]** 269/24
identity **[2]** 284/6 284/9
illegal **[4]** 384/13
388/12 388/16 388/25
images **[2]** 377/16
389/18
iMessage **[1]** 291/20
immediately **[2]** 308/9
388/20
impede **[6]** 375/15
386/10 398/8 399/20
399/23 400/3
impeded **[4]** 374/22
375/1 375/4 398/11
impediment **[1]** 396/25
impeding **[2]** 285/14
389/6
implausible **[1]** 409/15
implications **[1]**
379/24
important **[3]** 264/1
387/2 405/23
impose **[1]** 278/2
impossible **[2]** 346/6
380/10
improperly **[1]** 366/5
impulse **[1]** 390/3
imputed **[1]** 406/8
imputing **[1]** 405/21
inaccurate **[1]** 369/7
inadvertent **[1]** 331/12
inadvertently **[3]**
364/20 365/1 369/2
inappropriate **[4]**
282/22 332/15 345/8
404/5
inauguration **[2]**
275/17 275/22
inches **[2]** 310/16
312/22

incident **[2]** 342/25
404/7
incidents **[1]** 393/11
include **[1]** 371/12
included **[1]** 319/2
including **[4]** 322/21
370/20 375/17 389/9
incompatible **[1]**
406/18
incorrectly **[1]** 331/4
independently **[1]**
411/14
INDEX **[2]** 253/2 253/8
indicate **[4]** 265/25
281/2 310/11 310/12
indicated **[9]** 281/25
283/5 288/25 293/17
296/10 316/5 374/2
399/25 401/22
indicates **[3]** 271/19
395/15 398/17
indicating **[5]** 295/17
296/15 311/23 312/21
326/24
indication **[8]** 296/15
326/16 369/21 381/15
395/8 397/1 397/6
399/11
indications **[4]** 330/18
381/5 381/20 382/23
indicative **[1]** 388/24
indicia **[1]** 406/16
Indictment **[1]** 395/14
indirectly **[1]** 263/19
individual **[18]** 300/11
313/12 316/7 319/14
331/21 333/2 333/5
333/12 333/13 335/5
336/8 341/12 346/7
348/18 392/22 392/24
405/19 405/24
individual's **[1]** 316/6
individual-acts **[1]**
405/24
individuals **[30]** 276/6
281/14 297/25 298/6
304/3 304/11 306/6
318/14 318/15 319/21
335/2 341/1 342/4
342/10 342/12 343/13
345/5 346/1 350/12
350/13 352/19 354/3
359/3 392/23 393/2
405/8 405/22 406/3
408/13 408/19
indulge **[1]** 266/8
indulgence **[1]** 411/1
industry **[1]** 272/14
infinite **[1]** 392/12
influence **[3]** 298/23
342/5 345/6
informal **[1]** 261/5
information **[8]** 367/18
367/20 367/25 368/23
369/7 382/8 400/11
400/14
informed **[1]** 408/19
infrequently **[1]** 263/12

**I**

**innocuous [2]** 281/13 307/23
**inquiry [1]** 266/16
**insane [1]** 384/5
**insert [1]** 304/7
**inserted [1]** 381/10
**inside [27]** 288/14 288/17 302/12 302/14 326/1 353/16 353/19 358/1 362/11 362/13 369/22 373/9 373/10 375/12 375/13 380/3 380/9 381/15 388/17 390/15 402/25 407/20 407/22 408/2 408/13 409/7 409/15
**insist [1]** 294/23
**insistence [1]** 388/23
**Inspector [2]** 373/25 386/1
**Instagram [18]** 291/19 316/18 316/20 316/23 317/3 318/20 319/11 330/24 332/23 339/12 347/5 347/15 364/9 366/21 376/7 377/2 400/22 404/9
**instance [6]** 305/24 309/8 319/2 357/23 367/14 397/22
**instances [6]** 342/2 345/4 357/2 357/8 357/11 357/21
**instant [1]** 393/22
**instead [2]** 376/4 377/13
**instigate [1]** 341/24
**instructed [1]** 383/8
**instructions [1]** 362/18
**instructor [3]** 272/15 272/23 273/4
**insurance [3]** 313/14 313/15 314/1
**intend [1]** 386/13 391/8
**intended [7]** 362/23 375/8 375/15 375/20 391/6 391/7 410/13
**intends [1]** 256/5
**intent [19]** 256/1 278/21 302/21 308/18 323/12 325/23 334/21 358/12 361/25 363/1 373/4 376/1 378/1 386/10 388/5 398/8 400/3 410/1 410/10
**intention [11]** 277/10 278/17 341/9 363/11 363/13 377/25 382/1 387/10 387/12 391/4 401/24
**intentionally [1]** 336/12
**intentions [1]** 362/21
**interact [1]** 260/12
**interacted [1]** 346/17
**interacting [1]** 337/15
**interactions [3]** 304/1

**interest [2]** 276/9 278/4
**interested [2]** 276/6 277/21
**interests [2]** 272/7 275/12
**interior [1]** 300/21
**Internet [13]** 271/8 277/2 287/12 287/18 287/21 287/23 288/4 291/13 291/15 293/11 302/18 319/6 371/22
**interpretation [1]** 277/14
**interpreting [1]** 277/7
**interrupt [1]** 315/19
**interrupted [1]** 385/2
**interrupting [1]** 322/25
**interview [1]** 352/6
**intimidate [1]** 346/21
**introduce [1]** 273/16
**introduced [3]** 275/1 316/1 366/19
**introduction [1]** 336/6
**inventory [1]** 282/19
**invest [1]** 260/15
**invitations [1]** 288/18
**involved [7]** 268/10 275/8 282/6 282/12 349/11 351/3 366/18
**involvement [1]** 259/9
**involves [2]** 272/22 275/9
**iPhone [2]** 312/5 315/1
**is [292]**
**is that correct [4]** 321/1 336/23 347/6 352/8
**is that fair [1]** 337/20
**is that right [2]** 332/24 334/4
**Is there [2]** 261/21 349/6
**isn't [4]** 344/20 345/25 354/17 390/19
**issues [2]** 267/10 267/19 375/22
**it [364]**
**it happened [1]** 379/16
**it would be [3]** 273/10 396/19 403/10
**it's [79]** 254/22 259/23 261/23 261/24 261/25 263/23 264/7 264/23 264/25 265/7 268/15 271/16 273/1 273/7 273/8 275/7 277/6 282/8 282/11 282/17 286/12 288/18 290/2 302/7 305/1 306/24 309/22 310/6 312/22 313/6 316/1 318/3 318/7 320/5 323/3 325/17 325/25 327/16 328/16 329/4 333/22 334/15 335/10 336/1 336/4 341/8 345/18

359/2 359/4 359/7 368/15 370/24 373/1 384/25 387/7 389/2 389/3 390/2 390/14 390/23 392/21 393/21 399/7 399/8 400/15 400/25 401/1 401/3 402/23 403/12 404/9 404/10 407/6 408/2 409/23 410/1
**item [6]** 308/24 309/24 401/22 402/2 402/15 403/20
**items [6]** 286/17 311/19 313/19 359/3 396/4 403/6
**itinerary [6]** 279/8 293/5 369/11 369/11 369/20 369/21
**its [5]** 375/1 375/4 390/14 391/7 401/6
**itself [6]** 275/9 286/16 286/16 287/8 369/9 374/8

**J**

**jacket [10]** 283/9 283/12 283/13 311/9 311/10 311/12 311/13 311/15 391/1 402/12
**January [22]** 276/2 276/7 278/10 279/7 313/21 318/21 327/23 328/15 329/4 331/3 345/13 348/2 367/11 373/3 373/22 375/25 382/19 384/1 389/14 405/2 405/4 408/6
**January 6th [15]** 276/2 276/7 278/10 279/7 313/21 328/15 345/13 373/3 375/25 382/19 384/1 389/14 405/2 405/4 408/6
**jeans [1]** 283/13
**jest [1]** 318/15
**jewelry [1]** 391/16
**job [3]** 259/11 261/1 365/25
**Joe [1]** 376/4
**Joe Biden [1]** 376/4
**John [3]** 251/21 251/21 254/7
**johnlmachado [1]** 251/24
**join [1]** 305/20
**joined [2]** 373/4 407/24
**joins [2]** 377/15 380/5
**joint [1]** 407/23
**joke [7]** 325/20 325/21 401/22 403/23 404/14 404/19 410/13
**jokes [1]** 404/21
**joking [11]** 321/1 321/3 323/10 324/12 324/25 325/4 325/10 325/13 388/22 404/15 404/16

joseph.hutton.marshall [1] 251/19
**JUDGE [1]** 251/10
**judgment [1]** 370/14
**July [1]** 271/16
**jump [4]** 304/16 358/21 360/14 396/14
**jumped [1]** 396/20 396/21
**juries [1]** 383/8
**jury [1]** 255/23
**just [219]**

**K**

**Kearney [3]** 251/13 254/5 392/6
**keep [7]** 259/25 262/7 353/11 377/11 377/23 382/25 387/4
**keeping [1]** 354/23 356/3 385/10
**kept [1]** 410/14
**key [2]** 385/4 394/23
**keys [1]** 312/5
**kick [2]** 357/16 379/5
**kicked [1]** 406/24
**kind [12]** 259/12 261/8 261/19 263/22 265/3 306/23 311/15 312/18 331/7 333/22 356/6 361/23
**knew [23]** 279/4 291/24 319/6 329/23 336/18 347/18 362/7 363/5 375/8 375/11 375/19 377/5 386/15 386/17 387/13 387/18 388/12 390/17 390/18 404/20 407/14 408/20 408/21
**knock [1]** 349/14
**knocked [1]** 396/23
**know [369]**
**knowing [8]** 299/18 319/17 349/19 350/17 352/9 382/21 400/10 401/20
**knowingly [10]** 256/1 326/13 386/10 388/11 393/12 394/12 395/19 395/20 398/8 400/5
**knowledge [22]** 280/19 282/4 288/1 288/2 290/21 294/14 300/3 314/7 314/23 324/4 340/8 340/23 341/21 367/12 388/24 392/23 393/13 394/5 398/1 406/9 407/3 407/17
**known [3]** 259/3 272/16 274/20
**knows [7]** 307/25 308/2 324/17 325/3 383/22 383/23 394/18

**L**

**L-a-m-b [1]** 262/17

**lamb's [1]** 262/14
**landed [2]** 273/6 273/7
**landing [2]** 294/17 296/1
**language [14]** 289/11 289/13 289/17 294/22 295/23 305/6 338/12 350/23 355/17 366/1 368/3 397/13 397/14 397/17
**large [16]** 286/8 287/11 287/17 290/24 293/12 294/21 296/21 299/20 301/16 312/3 312/8 338/7 342/11 345/1 360/6 402/11
**larger [1]** 296/5
**last [16]** 258/17 282/19 309/11 310/24 322/9 322/15 323/22 324/2 363/17 386/3
**late [2]** 260/6 280/8
**later [16]** 275/21 281/4 287/16 322/6 331/9 339/22 348/18 364/21 367/10 373/12 378/14 386/4 390/7 402/1 407/10 410/15
**later/early [1]** 367/10
**latter [1]** 289/7
**laughable [1]** 383/22
**law [11]** 251/21 315/13 315/16 319/24 319/25 320/1 320/2 386/18 388/14 391/25 392/4
**lawful [2]** 395/16 406/14
**lawfully [1]** 382/23
**layer [2]** 283/23 409/14
**layered [1]** 283/11
**layers [1]** 356/9
**layout [2]** 298/12 298/17 353/19
**layouts [1]** 298/16
**lead [3]** 298/15 301/8 366/7
**leading [3]** 292/9 334/3 357/6
**learned [1]** 387/15
**least [24]** 255/16 262/19 268/25 269/14 269/17 280/19 286/25 310/19 335/14 352/20 374/8 374/14 376/15 378/11 381/9 384/15 385/24 390/9 393/12 396/23 402/15 403/2 409/9 410/21
**leave [13]** 305/23 327/2 329/24 330/7 330/9 330/11 374/16 377/12 380/17 389/19 381/21 403/12 407/6
**leaves [3]** 380/13 381/25 381/25 404/4 404/6 404/6
**leaving [7]** 280/5 373/15 382/1 391/10

**leaving... [3]** 402/20 403/4 403/11
**lecture [2]** 379/22 387/14
**led [11]** 290/1 299/19 302/15 305/6 327/18 331/6 350/19 351/1 357/7 362/14 362/15
**left [24]** 281/23 293/4 306/14 311/24 313/23 314/3 316/12 327/10 327/12 327/21 328/13 329/3 330/6 338/22 360/19 374/15 379/9 386/9 387/20 390/22 402/14 402/21 409/20 410/5
**left-hand [2]** 313/23 379/9
**legal [3]** 269/12 381/17 388/19
**length [1]** 377/1
**less [2]** 349/23 365/21
**let [20]** 267/19 267/21 269/24 271/6 294/23 298/11 299/18 337/21 347/25 349/19 349/19 350/17 350/17 351/7 353/24 355/24 356/1 367/1 383/18 402/24
**let's [22]** 274/15 274/15 284/11 285/4 287/18 300/14 305/23 307/12 311/7 311/9 316/17 316/17 317/3 317/15 320/4 327/2 327/5 329/20 344/7 393/3 394/15 410/21
**let's see [1]** 344/7
**lets [1]** 349/15
**letting [6]** 337/11 337/19 337/20 339/15 339/18 340/4
**level [6]** 267/24 268/23 275/5 343/3 353/7 396/18
**Leverett [8]** 256/2 256/14 256/19 257/2 257/8 257/10 259/24 394/16
**liability [1]** 406/5
**license [19]** 262/21 264/6 268/17 268/19 269/5 269/14 269/17 270/2 270/8 270/11 270/15 271/17 272/10 272/11 273/16 273/24 313/10 313/10 314/2
**licensed [5]** 257/25 258/2 258/4 268/11 268/13
**licensee [1]** 271/12
**Lieutenant [3]** 373/25 385/21 408/11
**life [5]** 257/19 257/20 308/1 348/16 349/11
**lifted [1]** 399/3

**like [122]** 260/14 263/19 267/11 267/11 280/11 280/15 281/7 281/10 285/10 286/19 287/7 287/12 287/14 289/23 291/2 295/8 296/6 297/19 298/5 298/24 299/4 299/5 299/16 301/11 301/18 303/14 304/1 304/12 306/12 306/24 308/16 309/22 311/15 311/17 313/8 313/13 313/16 314/16 314/22 316/6 318/15 320/22 322/10 326/20 326/22 327/15 327/16 330/13 330/20 332/7 332/8 333/5 333/21 334/2 334/8 335/13 336/21 338/25 339/15 340/3 340/9 340/13 340/20 341/13 341/17 341/22 342/1 342/11 342/22 342/25 343/11 343/17 343/20 344/24 345/7 345/9 345/10 346/3 346/5 346/20 348/2 348/22 348/24 349/22 350/1 352/2 352/20 353/4 353/10 353/13 354/14 354/25 355/17 356/2 356/6 356/12 356/22 357/2 358/5 358/5 358/19 359/6 359/12 359/15 359/22 360/4 361/5 365/20 366/1 366/8 368/22 369/5 371/15 372/9 372/23 373/20 375/23 395/12 399/2 399/8 404/10 404/11
**likely [1]** 339/2
**limited [2]** 285/9 294/3
**line [30]** 261/16 295/11 295/11 303/23 306/2 308/8 332/7 332/10 332/10 335/6 335/8 336/16 336/22 340/10 342/23 357/22 358/6 358/7 359/10 360/24 376/17 376/20 378/18 378/19 378/22 380/7 380/22 387/1 397/18 397/21
**lines [9]** 299/20 301/12 304/21 335/17 374/1 381/9 382/25 383/20 387/5
**lingers [1]** 382/4
**list [2]** 262/8 265/1
**listed [1]** 265/1
**listen [1]** 277/17
**listing [2]** 259/12 261/6
**listings [1]** 260/19
**literally [1]** 381/23
**litmus [1]** 265/3

**living [2]** 257/17 268/9
**location [4]** 310/2 362/12 390/14 403/9
**locations [1]** 278/25
**lockdown [2]** 374/25 385/21
**locked [3]** 381/8 383/1 385/23
**logged [1]** 272/23
**logic [1]** 397/24
**logical [1]** 396/22
**logs [1]** 272/23
**long [11]** 261/17 262/18 268/13 293/20 310/12 362/15 373/19 378/10 391/3 402/13 405/13
**longer [8]** 262/20 263/2 279/21 315/20 330/4 349/24 350/3 390/25
**look [17]** 261/7 261/15 271/14 273/21 287/13 290/4 299/15 333/21 339/15 340/3 340/20 354/21 356/3 378/24 392/18 405/23 407/4
**looked [1]** 290/5
**looking [26]** 260/18 289/10 289/17 291/2 291/3 291/12 294/5 294/9 294/15 321/22 322/3 324/6 326/18 329/21 333/1 333/10 340/14 341/3 341/3 341/24 341/25 343/12 359/13 379/7 390/20 400/8
**looks [11]** 316/6 327/15 327/16 333/5 334/2 335/13 338/25 348/2 352/20 358/19 360/19
**lose [1]** 264/6
**loss [2]** 254/24 267/15 403/19
**lost [3]** 293/12 348/16 357/15
**lot [19]** 260/18 263/7 265/20 290/25 291/1 291/4 291/10 291/17 291/18 319/22 343/14 343/17 345/11 373/21 392/10 393/12 398/15 398/21 403/25
**loud [9]** 294/8 294/11 294/13 306/7 306/8 306/21 307/2 384/25 404/5
**love [2]** 297/13 303/12
**loved [1]** 384/6

**lying [1]** 264/6

# M

**Machado [11]** 251/21 251/21 254/7 255/16 256/12 256/20 315/19 370/3 370/12 392/8 405/12
**Macy's [1]** 391/15
**mad [1]** 357/15
**made [21]** 274/25 275/22 294/17 306/7 306/8 307/6 307/25 321/25 327/17 327/19 331/12 336/8 337/12 337/15 357/1 357/5 357/6 357/15 376/10 391/22 398/22
**MAGA [1]** 409/13
**magnetometer [5]** 300/1 300/4 307/6 356/14 403/18
**maintain [3]** 269/9 269/17 365/21
**make [19]** 260/18 276/3 278/18 280/16 281/19 282/24 285/22 286/19 295/23 302/9 304/23 318/15 370/12 370/22 375/9 375/11 375/15 375/19 411/7
**makers [1]** 338/9
**making [12]** 258/13 273/8 276/21 303/23 305/18 324/6 337/4 344/21 345/15 345/24 369/15 399/17
**man [1]** 265/23
**manned [1]** 377/10
**manner [15]** 289/15 289/19 295/13 297/16 301/2 303/7 305/1 307/23 308/4 308/5 308/14 308/22 323/12 325/22 334/5
**manning [2]** 374/4 403/17
**many [9]** 262/2 285/23 296/18 298/16 335/9 345/10 393/1 404/25 404/25
**march [1]** 389/12
**marching [4]** 302/5 380/4 389/22 401/8
**marijuana [1]** 298/21
**Marines [1]** 282/11
**mark [4]** 269/19 323/15 333/19 409/9
**marked [4]** 269/22 273/22 315/17 316/1
**market [1]** 269/10
**married [1]** 268/3
**marshal [3]** 254/13 254/18 254/22
**Marshall [3]** 251/16 254/5 320/12
**Maryland [2]** 279/15

**mask [6]** 283/24 284/1 284/2 284/4 284/5 284/8
**mass [2]** 385/14 389/15
**matter [8]** 335/16 377/3 391/2 391/16 391/17 391/18 392/21 412/4
**Matthew [43]** 274/16 274/17 276/5 276/8 276/11 285/25 286/2 291/3 292/4 292/5 292/14 293/4 293/10 294/6 294/13 301/20 306/14 307/6 307/19 307/24 308/15 318/15 321/24 323/11 323/12 324/15 325/3 325/15 327/13 329/25 341/25 343/12 344/23 346/25 353/11 353/16 354/24 356/3 364/22 364/24 365/2 365/3 399/15
**may [2]** 251/5 255/8 256/15 266/8 266/24 304/12 305/12 331/21 332/14 341/22 342/5 342/10 343/9 345/5 348/17 367/9 370/2 386/19 386/23 402/17 403/14 409/20 412/7
**maybe [28]** 269/18 277/25 279/10 279/22 279/22 293/22 293/24 296/22 297/23 299/2 310/14 312/6 314/12 327/1 329/20 332/13 360/9 360/10 380/17 383/18 391/10 391/11 395/6 395/8 403/8 403/22 405/17 407/6
**McCree [3]** 374/1 385/22 408/11
**McCullough [1]** 347/17
**me [98]** 261/5 261/7 261/11 267/19 269/19 269/24 271/6 273/25 276/9 277/1 279/8 285/9 286/2 287/3 287/17 289/8 289/9 289/9 289/24 292/18 292/22 294/23 297/2 297/13 298/4 298/11 299/15 299/18 302/20 303/12 304/4 306/8 306/21 309/7 309/15 315/9 315/25 316/7 317/7 317/20 318/1 320/16 320/17 320/19 325/14 329/10 334/15 334/19 335/12 337/13 343/16 345/7 346/6 346/13 346/15 346/15 346/22 346/25 348/10 349/19 350/10 350/13 350/13 350/17 350/19

**M**

me... [33] 350/21
350/22 350/23 351/3
351/7 351/7 353/12
354/14 355/23 356/1
356/13 356/20 356/25
357/3 357/7 359/2
359/4 359/5 359/7
359/7 361/4 366/3
367/11 367/17 367/24
368/22 368/24 369/6
369/6 371/8 371/23
382/14 402/24
mean [22] 258/18
267/11 286/6 287/7
293/23 296/21 298/20
310/14 317/5 331/14
332/10 332/13 334/22
336/10 336/12 341/8
341/17 343/5 343/5
357/14 400/24 402/9
meaning [3] 277/5
317/11 389/12
meaningful [1] 382/16
means [6] 270/10
278/1 288/4 385/22
385/22 387/3
meant [1] 335/3
measure [1] 397/11
measurement [1]
301/14
measurements [2]
402/12 402/12
measures [13] 289/5
289/15 299/21 299/21
300/7 334/20 335/7
335/11 337/7 337/16
337/22 358/11 360/7
mechanical [1] 252/7
media [6] 277/2 288/5
291/5 291/9 291/19
318/23
medical [1] 284/2
medical-related [1]
284/2
meet [1] 274/22
meeting [5] 260/5
260/9 278/14 363/3
363/9
meetings [1] 389/7
MEHTA [2] 251/10
320/11
members [3] 345/23
385/24 408/1
memory [1] 336/24
menace [1] 378/3
menacing [1] 378/6
mens [3] 406/9 406/15
410/10
mention [2] 395/3
408/23
mentioned [7] 263/8
320/23 320/24 321/5
342/3 361/19 366/4
Merit [1] 252/2
message [16] 287/13
319/9 334/24 335/1
347/19 347/22 348/8

363/23 364/9 364/11
367/3 376/6 400/22
messages [12] 288/4
288/5 317/14 318/8
318/10 318/20 347/10
347/13 363/17 363/20
366/21 383/25
met [4] 256/10 274/23
401/5 407/23
metal [6] 323/8 323/19
373/16 374/14 375/20
389/25
Metropolitan [1] 382/3
mic [1] 259/25
middle [6] 264/11
286/11 347/9 347/10
361/2 379/8
Middleton [1] 259/23
might [13] 258/21
260/15 260/21 262/7
262/20 285/10 332/9
349/25 353/18 372/17
384/4 405/21 409/4
militant [1] 281/12
mind [22] 295/14
297/25 299/22 302/25
304/9 306/11 307/2
309/5 315/14 322/21
336/19 336/24 337/24
339/7 348/8 351/2
360/12 364/13 375/22
391/10 394/4 410/15
mindset [1] 366/14
mine [4] 274/20 275/12
289/20 319/21
minimal [1] 304/15
minimize [2] 384/10
394/10
minimizing [1] 384/15
minor [1] 268/1
minute [4] 311/20
338/17 378/14 385/20
minutes [27] 255/5
293/22 293/24 315/21
328/16 329/5 343/7
360/14 372/23 373/14
374/8 374/15 378/11
378/12 378/16 380/12
381/1 381/4 381/22
381/22 382/5 390/9
390/22 402/1 405/14
407/7 407/24
miss [1] 380/10
missed [1] 324/19
missing [1] 403/15
Mississippi [1] 268/2
mob [6] 373/4 385/14
387/9 408/17 408/18
408/20
moderate [1] 267/15
moment [21] 255/3
255/8 269/20 298/25
299/4 306/23 309/15
321/19 321/20 321/23
330/7 333/23 339/17
345/22 358/12 361/1
361/9 361/11 372/17

moments [6] 291/1
335/16 336/22 339/22
357/4 377/20
money [1] 260/18
moral [1] 366/12
more [27] 263/12
263/19 277/21 293/2
294/8 294/8 295/1
304/12 315/21 321/14
330/17 331/21 338/8
339/2 340/17 345/6
354/9 360/10 373/14
376/9 391/13 396/22
401/3 402/19 405/21
406/3 406/4
morning [10] 254/2
254/10 255/12 257/6
276/13 279/10 320/4
375/25 381/13 384/1
most [8] 255/25 338/6
338/8 349/12 365/13
365/13 370/19 386/23
motion [4] 361/6
370/12 370/13 370/18
motivated [1] 387/7
motivation [1] 364/25
mouths [1] 289/11
move [14] 259/25
265/14 270/21 272/1
274/4 274/15 305/13
325/24 334/14 352/4
359/21 360/8 375/2
398/1
moved [9] 262/21
285/11 285/18 286/13
305/12 306/13 367/10
389/14 403/8
movement [4] 361/23
362/20 362/20 383/21
moving [8] 269/22
286/17 286/24 286/24
336/22 363/9 389/20
391/5
MPD [1] 407/12
Mr. [107] 255/3 255/16
256/2 256/12 256/14
256/19 256/20 257/10
259/18 259/24 260/5
260/12 260/25 263/8
265/17 266/12 266/21
266/22 266/23 267/6
275/14 276/3 277/21
283/3 293/1 293/14
293/20 296/2 301/6
303/21 305/22 315/19
316/10 320/12 320/16
327/12 328/10 329/13
338/22 351/4 351/11
352/16 358/19 365/3
370/2 370/3 370/12
370/13 373/14 375/25
376/1 376/15 376/20
376/21 376/25 377/4
377/9 377/21 378/10
378/17 378/21 379/6
379/11 379/13 379/15
379/19 380/11 380/15

391/8 392/5 392/8
392/19 392/24 393/11
393/17 394/16 394/21
394/24 395/21 396/7
396/17 396/24 397/6
397/11 398/15 398/24
399/1 399/16 399/16
401/16 401/21 402/10
402/20 404/2 404/9
404/18 404/24 405/12
406/7 406/8 406/15
409/10 411/7 411/12
Mr. Baggott [24]
275/14 276/3 277/21
283/3 293/1 293/14
293/20 296/2 301/6
303/21 305/22 316/10
327/12 328/10 329/13
338/22 352/16 358/19
365/3 376/1 376/15
377/4 378/17 399/16
Mr. Douyon [3] 255/3
411/7 411/12
Mr. Leverett [6] 256/2
256/14 256/19 257/10
259/24 394/16
Mr. Machado [8]
255/16 256/12 256/20
315/19 370/3 370/12
392/8 405/12
Mr. Marshall [1]
320/12
Mr. Parks [60] 259/18
260/5 260/12 260/25
263/8 266/21 266/22
266/23 267/6 320/16
351/4 351/11 370/2
373/10 373/14 375/25
376/21 376/25 377/9
377/21 378/10 378/21
379/6 379/11 379/15
379/19 380/11 380/15
380/25 387/18 391/8
392/5 392/19 392/24
393/11 393/17 394/21
394/24 395/21 396/7
396/17 396/24 397/6
397/11 398/15 398/24
399/1 399/16 401/16
401/21 402/10 402/20
404/2 404/9 404/18
404/24 406/7 406/8
406/15 409/10
Mr. Parks' [4] 265/17
376/20 379/13 389/8
Mr. Stewart [1] 266/12
Ms. [1] 392/6
Ms. Kearney [1] 392/6
MTAR [2] 259/23
264/11
much [18] 266/4
269/12 279/18 296/5
315/20 330/4 347/20
348/1 349/11 359/14
367/2 367/10 373/12
386/4 386/19 409/6
410/19 411/9

multiple [7] 278/25
303/22 374/1 374/17
383/8 394/1 407/12
murdered [1] 367/18
must [1] 348/9
my [163]
myriad [1] 382/23
myself [3] 275/1
300/12 322/22

**N**

name [10] 257/7 267/6
267/8 274/16 283/13
317/12 317/15 347/5
400/24 401/2
name-brand [1] 283/13
named [1] 282/8
names [2] 262/6 262/7
Nashville [3] 268/8
276/14 293/8 319/10
367/4 367/6 388/24
nation [2] 338/6 365/13
nation's [1] 282/12
nature [11] 271/12
287/11 293/5 297/12
298/7 298/13 309/5
318/3 353/3 353/13
386/12
Navy [1] 282/10
necessarily [2] 265/8
395/5
necessary [1] 409/21
neck [1] 311/14
necklace [1] 391/14
need [6] 266/14 266/22
266/23 330/9 372/25
400/17
needed [1] 409/13
needs [3] 254/15
254/16 382/14
nefarious [1] 302/23
negates [1] 409/21
negative [2] 264/15
392/25
neither [1] 362/21
never [24] 264/14
266/1 275/22 286/14
287/3 289/8 289/13
289/14 290/5 298/9
301/10 303/11 305/8
305/10 307/22 308/1
308/19 308/21 309/6
317/21 317/22 321/8
324/17 331/7 338/13
341/12 346/5 346/10
346/20 350/25 353/5
355/18 355/19 355/20
356/11 356/15 356/24
357/17 357/19 366/2
366/17 391/18 403/4
403/19
nevertheless [1]
370/16
New [1] 251/14
news [4] 263/20
263/20 277/24 367/21
next [9] 273/8 273/9
280/5 280/9 292/6

**next...** [4] 293/14
378/20 379/7 407/18
**nice** [1] 274/24
**nickname** [3] 317/20
317/24 318/1
**night** [3] 276/14 293/8
367/6
**no** [150] 251/4 254/3
258/6 263/2 263/2
263/20 264/21 266/3
268/4 268/6 270/23
272/2 277/18 277/18
278/20 281/7 281/7
281/16 282/15 283/1
284/10 284/25 285/3
285/7 285/15 286/18
287/2 287/25 288/4
288/4 288/4 290/6
290/13 290/23 291/13
292/19 293/2 294/12
294/14 294/22 295/7
295/19 295/22 296/6
298/16 299/13 299/17
300/6 300/9 302/4
302/6 302/11 302/18
304/5 304/24 305/16
305/21 309/18 309/22
311/1 311/22 314/17
315/6 315/15 316/15
318/7 318/19 319/19
319/25 320/2 323/1
323/12 324/4 326/24
330/18 337/1 337/5
338/2 340/10 341/1
349/19 350/17 352/9
354/2 354/4 354/6
354/13 354/15 354/19
355/14 356/8 356/15
356/18 356/20 358/1
358/3 358/9 359/11
359/22 359/22 361/3
362/3 363/1 363/23
364/2 365/12 366/9
366/17 369/23 370/5
370/10 373/22 374/5
374/12 374/21 381/19
382/1 382/16 382/20
385/10 387/21 388/18
390/12 390/17 390/21
391/12 393/10 395/18
396/3 396/6 396/9
396/16 397/4 397/9
397/10 399/3 399/11
400/5 401/14 401/24
402/2 402/3 402/18
403/15 403/16 403/17
403/17
**nobody** [4] 289/23
298/4 346/13 346/14
**noise** [4] 306/7 307/3
377/19 403/25
**non** [5] 284/20 336/18
350/23 371/12 401/12
**non-admitted** [1]
371/12
**non-existent** [1]

**non-threatening** [2]
284/20 336/18
**non-verbal** [1] 350/23
**none** [6] 294/24 295/24
298/5 305/10 338/15
404/2
**nonserious** [2] 304/15
362/16
**nontraditional** [3]
298/16 361/9 383/21
**normal** [6] 305/11
311/16 312/21 360/11
385/3 391/13
**normally** [2] 283/20
312/3
**northwest** [1] 377/15
**not** [194]
**notable** [1] 408/8
**notes** [1] 307/25
**nothing** [7] 266/2
283/12 302/23 311/17
320/3 326/24 369/25
**notice** [1] 407/3
**noticed** [2] 281/22
285/18
**notifications** [1] 288/2
**notify** [1] 288/3
**notion** [3] 405/20
408/24 409/19
**noun** [1] 401/3
**now** [61] 254/17
255/15 259/8 263/12
268/18 268/19 269/4
270/13 272/7 274/15
275/5 276/2 278/9
281/1 281/19 283/24
285/21 292/16 292/20
292/20 292/22 301/8
302/2 307/12 308/23
309/22 310/19 312/9
312/11 316/17 318/8
319/17 320/19 328/5
328/19 330/24 343/20
347/20 348/22 354/8
354/16 358/21 367/3
367/12 368/3 370/24
376/13 377/3 377/16
379/3 380/15 381/16
384/7 386/19 390/12
390/24 391/8 394/23
395/11 402/22 405/4
**number** [16] 268/15
268/22 269/16 271/17
276/5 281/23 294/21
296/21 297/1 300/20
321/13 338/3 338/18
360/6 364/16 369/14
**numbers** [1] 261/7
**numerous** [2] 373/6
388/15
**NW** [3] 251/17 251/22
252/4
**NY** [1] 251/14

**O**

**oath** [2] 256/17 266/18
**obeyed** [1] 326/14

292/8 297/16 368/12
391/1 402/6 402/11
**objection** [5] 270/23
272/2 335/25 345/17
359/20
**objects** [5] 307/3
343/16 357/18 378/3
378/7
**obnoxious** [1] 404/5
**observe** [14] 277/13
277/16 277/25 278/22
281/8 292/3 298/2
303/16 303/20 362/1
362/5 362/24 365/23
406/16
**observed** [7] 275/25
297/21 304/14 306/9
318/25 348/17 360/11
**observing** [10] 284/21
290/1 294/15 304/10
337/14 341/25 343/12
344/25 360/7 365/9
**obstacle** [1] 285/2
**obstructed** [2] 350/12
388/8
**obstructing** [2] 354/3
389/7
**obvious** [2] 406/23
406/25
**obviously** [4] 272/25
336/4 371/15 402/15
**OC** [2] 331/16 377/6
**occasion** [1] 409/10
**occurred** [4] 361/21
380/16 398/10 406/7
**occurrence** [1] 326/21
**occurring** [5] 363/6
373/9 408/20 408/22
409/5
**odd** [1] 356/21
**off** [16] 254/11 276/1
306/7 306/21 306/22
326/20 327/16 337/13
341/24 345/9 367/17
367/24 368/23 369/6
406/21 407/5
**offense** [6] 318/6
382/13 387/25 409/22
410/6 410/16
**offenses** [1] 392/1
**offer** [1] 258/15
**offered** [2] 261/4 265/5
**offers** [1] 258/13
**office** [4] 251/21
262/10 262/12 262/14
**officer** [29] 294/23
295/17 295/19 295/22
303/11 305/11 305/13
310/12 332/16 332/16
333/5 340/20 341/4
341/23 343/4 344/21
345/12 346/20 346/21
355/11 355/13 355/22
356/25 358/5 380/5
395/25 398/22 398/25
399/3
**officer's** [6] 332/14

345/9 355/17
**officers** [96] 284/13
284/15 284/19 286/23
289/18 294/21 295/3
295/5 295/9 299/20
303/4 303/7 303/9
303/15 303/23 306/2
333/8 333/21 333/24
333/25 335/6 335/14
335/20 335/23 336/14
337/9 337/14 337/15
338/7 338/9 338/11
339/11 340/3 341/15
341/20 342/16 342/23
343/8 345/2 345/4
345/23 345/24 346/8
346/9 346/12 350/21
350/24 352/7 355/9
355/16 356/10 356/18
356/20 356/23 357/2
357/4 357/22 358/4
358/6 358/8 358/10
358/25 359/18 360/2
360/6 360/25 365/8
365/14 365/15 373/7
374/4 376/17 376/21
377/11 377/22 378/3
378/7 378/9 378/13
378/14 378/17 378/20
380/10 380/23 381/10
382/3 382/25 383/3
383/15 386/18 388/15
397/12 397/18 405/6
406/23 407/13
**officers'** [2] 383/20
387/4
**official** [10] 252/3
374/22 375/17 386/8
386/12 388/7 398/9
398/12 399/21 407/19
**oh** [19] 255/20 258/1
259/11 261/14 261/23
264/2 265/19 307/1
309/22 331/15 331/23
355/23 364/14 367/16
367/23 372/1 372/22
404/13 405/16
**Ohio** [3] 380/6 380/12
389/21
**okay** [59] 255/1 255/6
255/12 256/12 257/9
257/14 257/22 258/8
259/2 260/24 261/18
262/1 263/21 264/3
264/16 266/4 267/5
267/17 269/1 269/11
269/21 270/3 271/8
274/8 274/11 279/5
279/12 281/18 283/7
284/18 288/24 292/16
297/3 297/22 312/22
314/14 318/2 320/3
320/4 323/3 326/23
327/1 327/24 336/3
337/3 337/4 360/12
368/2 368/5 368/7
368/14 370/11 370/17

345/9 355/17
**old** [3] 257/10 267/22
267/23
**once** [34] 254/17 255/6
256/8 269/4 273/7
280/21 287/3 288/20
289/4 289/8 296/1
298/6 298/10 298/12
300/18 303/11 305/8
314/3 322/13 327/7
341/17 342/19 345/24
346/10 354/16 355/8
371/22 373/10 376/10
377/21 378/19 378/23
380/3 391/15
**one** [35] 251/14 260/25
270/4 270/16 276/8
276/15 278/25 285/10
305/24 306/5 320/17
321/13 323/25 332/23
338/13 342/2 356/15
356/22 357/8 359/9
367/24 369/2 376/6
382/10 388/7 396/21
396/24 397/20 397/25
402/24 403/16 403/17
403/17 409/9 410/2
**one-day** [1] 276/15
**only** [19] 276/8 277/16
280/11 285/25 303/15
305/13 311/18 315/21
336/7 377/23 380/13
382/2 384/22 386/6
392/3 397/16 400/15
406/10 411/11
**open** [9] 297/5 299/9
312/24 313/1 352/2
379/5 381/13 388/17
406/24
**opened** [11] 296/5
299/12 299/15 299/15
350/15 352/8 352/9
353/18 355/23 397/7
397/8
**opening** [2] 255/18
377/14
**operations** [1] 408/15
**opinion** [7] 258/20
258/23 258/23 258/25
265/17 277/25 401/8
**opinions** [2] 258/15
277/13
**opportunity** [1] 321/8
**opposed** [2] 281/1
368/18
**opposite** [1] 264/21
**order** [9] 254/15 255/4
261/1 268/19 272/19
278/18 346/22 372/4
377/7
**orderers** [1] 326/14
**orderly** [10] 295/13
375/16 386/11 388/6
389/6 398/9 398/12
399/20 399/23 400/3
**ordinary** [1] 389/12
**organized** [2] 277/17

**O**

organized... [1] 401/9
organizers [1] 277/6
original [2] 321/6
322/4
originating [1] 361/5
ornament [2] 351/17
351/22
other [43] 258/22
258/25 259/9 261/13
261/15 261/22 272/7
278/2 285/23 292/6
293/2 304/10 305/15
305/17 318/20 333/21
336/22 345/3 346/15
354/6 355/22 359/9
364/23 366/15 367/25
376/23 377/4 378/25
383/2 383/16 386/20
388/15 391/23 391/24
395/23 396/9 396/17
397/10 402/24 403/7
404/21 404/22 405/21
other's [1] 264/9
others [6] 263/16
345/6 384/5 385/8
385/16 406/7
otherwise [2] 265/25
404/5
our [17] 255/24 274/23
278/2 282/12 293/5
297/14 307/20 314/25
315/2 316/7 317/5
320/4 327/19 365/14
367/8 370/13 403/15
out [68] 255/3 258/22
261/15 261/16 261/19
267/9 273/11 279/15
280/16 282/17 284/7
286/17 292/15 293/25
295/23 297/9 305/9
306/9 306/14 307/4
307/13 309/9 312/13
313/7 313/16 322/5
323/23 324/1 324/24
325/2 326/25 327/3
329/21 329/24 335/9
336/22 338/14 340/21
341/5 341/9 344/22
346/14 355/19 355/20
361/7 367/16 367/22
379/1 381/14 382/2
384/10 385/11 391/16
394/6 394/13 396/23
399/2 399/14 400/17
400/17 401/8 402/1
402/16 403/6 407/12
409/25 410/8 410/22
outburst [1] 299/5
outbursts [1] 357/18
outer [1] 310/6
outlined [1] 382/16
outside [15] 254/17
255/8 288/14 303/7
310/3 314/6 320/25
321/3 349/18 369/22
379/9 380/24 382/4
399/12 403/1

327/10 331/24 332/6
358/5 364/24 380/25
381/4 396/21 396/21
400/13
overall [1] 304/16
overarching [1] 405/19
overruled [2] 274/9
336/1 368/15
overrun [1] 365/11
overstepped [1] 332/6
overstepping [1]
332/10
overt [1] 408/4
overwhelmed [3]
338/1 338/10 365/24
own [10] 257/18
342/10 343/10 346/1
357/12 383/20 383/24
403/21 407/4 409/2
owner [4] 375/21
391/20 403/13 403/16

**P**

P. [1] 320/11
p.m [13] 320/9 327/23
328/15 329/4 329/17
372/13 372/13 374/9
374/11 376/15 390/1
390/11 411/18
pack [1] 324/7
page [2] 347/8 347/9
panel [1] 350/9
parade [1] 389/12
parading [4] 401/4
401/12 408/24 409/16
Pardon [1] 320/17
parked [1] 330/14
parking [1] 279/24
PARKS [67] 251/6
254/4 259/17 259/18
260/5 260/12 260/25
263/8 266/12 266/21
266/22 266/23 267/1
267/6 267/8 320/16
351/4 351/11 370/2
373/4 373/10 373/14
375/25 376/21 376/25
377/9 377/21 378/10
378/21 379/6 379/11
379/15 379/19 380/11
380/15 380/25 387/18
391/8 392/5 392/19
392/24 393/11 393/17
394/1 394/24 395/21
396/7 396/17 396/24
397/6 397/11 398/15
398/24 399/1 399/16
401/16 401/21 402/10
402/20 404/2 404/9
404/18 404/24 406/7
406/8 406/15 409/10
Parks' [4] 265/17
376/20 379/13 389/8
part [13] 255/25 258/17
259/22 282/23 349/6
351/17 362/14 385/15
389/13 392/19 393/18

partake [2] 361/13
361/15
participant [1] 408/20
participation [1] 408/5
particular [12] 296/10
311/2 349/16 354/23
355/12 355/14 359/4
361/1 361/10 375/13
382/18 405/20
particularly [2] 275/13
398/23
parties [2] 374/18
390/13
parts [3] 352/21 354/6
405/24
party [2] 392/13 393/9
pass [2] 285/2 289/3
passageways [1]
389/7
passed [1] 397/12
passes [2] 381/24
390/7
passing [1] 396/6
passion [1] 298/25
past [18] 263/14
294/21 304/23 305/2
305/5 305/8 308/24
346/12 346/20 346/22
356/9 357/22 358/7
360/24 369/4 397/18
397/20 407/7
pastorparks [5] 317/16
317/19 318/4 347/6
347/12
path [1] 339/19
patriot [1] 314/8
pattern [1] 304/13
pause [10] 255/10
266/10 323/17 328/7
328/23 329/10 330/22
332/19 343/22 350/6
pay [2] 277/23 278/2
paying [4] 291/3
291/11 354/22 359/13
payment [1] 314/1
PDF [2] 347/2 363/16
peaceful [11] 276/7
276/22 282/23 294/22
344/25 347/25 362/15
365/7 367/1 368/11
379/14
peacefully [19] 280/22
281/1 281/3 296/4
296/12 299/21 299/24
302/7 303/9 322/23
334/7 334/10 336/16
337/7 344/24 350/21
359/16 365/8 367/14

297/1 297/7 297/11
297/18 298/20 298/25
299/7 305/17 305/18
306/13 309/9 311/19
314/7 318/3 318/13
318/25 319/6 322/7
322/21 337/11 337/19
337/20 337/24 338/8
339/18 339/22 340/4
342/1 343/8 343/9
345/2 345/3 345/14
348/14 348/21 351/19
353/3 353/15 357/19
357/19 358/13 359/6
359/10 360/7 361/4
364/14 365/4 365/20
366/4 367/16 367/21
367/22 367/25 369/15
369/18 384/4 385/11
391/23 391/24 395/23
396/13 396/20 396/24
397/18 397/24 397/25
398/1 398/21 401/9
404/12 404/21 404/22
406/11
people's [3] 289/10
366/15 386/20
pepper [5] 376/25
377/5 377/9 382/24
399/6
percent [2] 262/4
262/4
perception [2] 398/2
399/9
Perfect [1] 260/3
perfectly [2] 406/22
406/25
perhaps [2] 285/21
386/19
perimeter [7] 375/12
376/17 384/21 384/22
384/23 385/18 409/20
period [2] 262/22
374/7
permanently [3]
285/17 286/22 410/11
permit [1] 372/21
permitted [3] 406/9
406/16 406/21
person [11] 277/22
291/21 302/1 342/13
355/5 393/23 393/24
394/4 394/6 394/9
394/13
personal [2] 287/20
346/18
personally [2] 265/4
366/3
personnel [1] 355/11
perspective [6] 392/11
392/21 393/13 393/24
395/3 404/24
philosophy [1] 304/4
phone [27] 287/13
287/19 287/19 287/20
288/3 289/23 291/2
291/7 291/10 291/13

291/14 291/21 293/4
293/11 294/5 297/9
297/10 302/19 311/5
312/4 316/6 319/5
330/13 341/3 341/25
343/12 353/12
photo [9] 314/25 315/2
315/3 315/4 316/8
316/8 317/7 317/9
339/12
photographer [2]
314/24 315/2
physical [11] 277/11
278/18 281/15 301/22
342/3 345/15 345/24
382/24 385/15 405/25
408/3
physically [4] 383/16
386/23 400/20 401/1
pick [5] 307/16 307/18
308/13 365/17 374/15
picked [20] 307/22
307/23 308/5 308/9
308/11 310/10 320/24
320/25 321/2 321/20
321/21 321/23 323/23
325/9 325/12 374/13
390/19 401/22 403/8
410/7
picketing [2] 401/5
401/12
picking [1] 391/4
403/10
picture [3] 316/4 317/4
348/11
pictures [2] 314/22
316/23
pillar [5] 308/10 310/3
311/4 391/9 403/1
pilot [4] 272/16 272/20
272/20 313/10
pilot's [3] 272/10
272/11 273/24
place [3] 276/23
277/8 277/15 278/24
278/25 279/3 280/19
289/22 290/6 296/7
301/19 302/22 303/17
303/19 304/14 317/12
321/22 322/4 326/25
327/19 343/18 344/25
346/6 361/10 362/2
362/5 362/8 362/25
369/18 369/24 385/24
396/7 407/7
placed [2] 256/17
266/18
Plaintiff [1] 251/4
plan [3] 276/10 278/21
375/3
plane [3] 273/2 273/7
390/5
planned [4] 276/13
277/19 279/21 289/22
planning [2] 276/4
323/3
play [30] 299/1 321/16
324/8 324/20 325/6

**P**

play... [25] 327/7 328/1
328/5 328/20 329/8
333/15 338/16 339/5
339/25 340/16 343/23
344/6 344/8 344/14
349/3 349/22 349/24
350/1 352/13 354/8
357/16 358/21 360/16
377/17 379/17
**played [31]** 321/17
323/16 324/10 324/22
325/7 327/8 328/2
328/6 328/21 329/9
330/21 332/21 333/17
339/6 339/9 340/1
340/18 344/9 344/18
349/2 349/4 350/2
350/5 352/12 352/14
354/10 358/23 360/17
360/22 377/18 379/21
**playing [2]** 291/10
339/8
**Plaza [1]** 251/14
**please [7]** 256/16
257/7 266/17 267/6
267/19 292/11 312/13
**plus [2]** 350/16 399/4
**pocket [12]** 311/21
311/24 312/2 312/11
312/16 313/23 316/15
391/1 402/6 402/14
402/16 402/18
**pockets [2]** 311/10
311/16
**point [72]** 260/13
262/21 262/25 267/18
286/15 289/22 292/4
294/1 294/13 294/16
294/16 294/20 294/22
294/25 295/16 299/9
299/19 299/22 301/11
301/18 304/23 305/14
306/2 306/5 306/16
306/23 309/24 311/2
311/4 311/20 314/6
315/5 315/12 318/24
319/21 323/9 323/10
324/14 324/24 325/18
326/16 326/17 326/19
327/1 327/3 337/18
339/16 340/25 342/23
348/12 349/20 350/19
350/20 351/1 353/15
354/22 356/9 360/5
360/8 360/12 362/3
365/10 377/12 380/16
381/2 393/10 394/11
399/1 399/14 400/18
407/1 409/8
**pointed [1]** 403/6
**pointing [2]** 331/10
331/13
**points [6]** 286/13
301/23 303/6 336/21
405/19 407/16
**poking [2]** 308/4
308/16

police's [1] 366/1
political [8] 275/14
275/15 277/13 277/13
277/21 302/9 401/7
401/17
politically [1] 369/15
politics [1] 277/21
pont [1] 289/3
poor [1] 369/6
poorly [2] 369/5
391/24
popular [1] 318/1
portable [1] 390/4
portion [1] 351/24
portions [3] 351/12
382/17 389/19

284/15 284/19 285/11
285/18 286/19 288/21
289/8 289/13 289/18
290/5 294/20 294/21
294/23 294/25 295/3
295/5 295/9 295/17
295/19 295/22 299/20
301/13 301/16 303/4
303/6 303/9 303/11
303/12 303/13 303/14
303/15 303/23 304/4
304/6 304/7 304/10
304/21 305/5 305/10
305/13 306/2 308/8
309/5 309/6 309/8
309/25 322/6 322/11
322/18 326/9 326/12
330/19 331/15 331/16
331/23 332/1 332/7
332/9 332/11 332/14
332/16 333/5 333/8
333/21 333/24 333/25
335/6 335/8 336/20
336/22 337/3 338/7
338/11 340/3 342/6
343/4 344/21 346/7
346/16 346/18 346/19
346/24 347/24 348/6
348/17 352/7 355/9
355/10 355/13 355/16
355/17 355/22 356/10
356/22 356/24 357/4
357/9 357/22 358/6
358/7 358/10 358/25
359/18 360/2 360/6
360/10 360/13 360/24
362/13 362/18 365/10
365/14 365/15 365/22
365/24 366/25 367/19
368/10 373/7 373/17
373/24 374/14 374/20
375/4 375/21 376/17
377/10 377/22 378/7
378/9 380/7 380/23
381/9 382/3 382/25
383/20 385/25 386/17
387/1 387/5 390/13
390/15 391/7 397/12
397/17 397/22 398/2
398/25 405/6 406/10
410/6
**police's [1]** 366/1
**political [8]** 275/14
275/15 277/13 277/13
277/21 302/9 401/7
401/17
**politically [1]** 369/15
**politics [1]** 277/21
**pont [1]** 289/3
**poor [1]** 369/6
**poorly [2]** 369/5
391/24
**popular [1]** 318/1
**portable [1]** 390/4
**portion [1]** 351/24
**portions [3]** 351/12
382/17 389/19

**position [1]** 376/20
**positioned [3]** 285/17
377/22 380/11
**possession [1]** 311/6
**possessions [1]**
330/13
**possible [1]** 344/13
**possibly [2]** 286/24
395/9
**posted [4]** 316/22
374/3 376/7 377/2
**posting [1]** 317/4
**posture [2]** 301/4
336/15
**potential [1]** 260/22
**powerful [2]** 338/6
365/13
**practice [4]** 259/10
261/12 266/14 372/21
**prank [1]** 391/18
**precisely [1]** 376/13
**preflight [1]** 273/4
**premises [5]** 287/7
287/9 287/10 322/22
373/13
**prepared [2]** 410/2
410/23
**presence [13]** 300/1
301/16 375/13 381/6
382/23 385/5 385/6
385/16 385/17 386/17
386/20 407/15 408/12
**present [8]** 254/8
280/14 311/8 362/24
365/9 367/14 394/24
395/24
**presentation [3]**
372/18 400/24 405/11
**presentations [1]**
410/20
**presented [4]** 277/1
370/20 375/23 393/14
**presents [1]** 395/25
**preserved [1]** 278/7
**preserving [1]** 366/15
**presidency [2]** 363/24
387/22
**President [11]** 275/17
275/25 276/20 279/1
280/3 280/10 362/1
375/1 382/19 399/8
408/15
**President Trump [2]**
279/1 399/8
**President Trump's [2]**
275/17 275/25
**President's [1]** 280/23
**Presidential [1]** 387/18
**presiding [1]** 320/11
**presumably [3]** 254/17
272/20 402/25
**pretending [1]** 325/20
**pretty [5]** 261/23
261/25 264/11 342/22
349/11
**Prettyman [1]** 252/4
**prevalent [1]** 284/3

**prevent [1]** 373/11
**preventing [1]** 373/11
**previewed [1]** 261/9
**price [6]** 258/15 258/20
258/23 265/2 265/5
265/7
**pricing [1]** 261/16
**primarily [1]** 262/8
**principal [4]** 268/18
270/9 270/10 406/13
**printout [1]** 271/8
**prior [5]** 278/17 278/23
288/7 295/16 400/18
**pristine [1]** 396/5
**probably [7]** 306/12
331/23 335/5 339/1
340/13 360/9 372/2
**problem [2]** 384/9
395/20
**procedure [1]** 292/7
**proceed [3]** 286/25
296/16 372/15
**proceeded [1]** 400/14
**proceeding [2]** 363/14
397/18
**proceedings [9]** 251/9
252/7 254/9 363/12
373/9 385/23 386/2
411/18 412/4
**proceeds [1]** 404/2
**process [1]** 385/3
**procession [1]** 389/13
**produce [1]** 403/11
**produced [1]** 252/7
**professional [10]**
260/10 275/8 283/12
284/20 300/11 301/2
346/19 346/24 362/17
366/14
**profile [1]** 271/14
**progress [1]** 285/14
**project [1]** 294/10
**projects [1]** 263/5
**promising [1]** 388/21
**promoted [2]** 319/13
332/16
**promotion [1]** 369/14
**proof [4]** 313/15 314/1
314/1 401/15
**proper [2]** 273/3
308/21
**properly [1]** 273/6
**properties [6]** 258/11
260/15 261/9 261/10
264/23 278/8
**property [31]** 258/13
258/16 258/23 260/8
260/19 260/22 261/6
261/17 263/9 263/15
264/25 265/4 265/7
299/3 299/17 309/23
366/15 375/21 388/16
391/20 403/13 403/16
403/21 403/24 406/1
406/3 408/8 409/24
410/2 410/11 410/12
**proposed [1]** 261/7

**prospective [1]** 258/24
**protect [1]** 375/5
**protectees [1]** 375/2
**protecting [5]** 378/18
380/8 380/23 386/18
408/15
**protection [3]** 346/14
375/1 409/14
**protest [1]** 386/19
**protester [2]** 332/10
332/13
**protesters [6]** 332/11
347/25 348/6 357/9
367/1 368/11
**protocol [1]** 273/3
**proud [2]** 384/12
388/21
**proven [2]** 382/9 392/1
**proves [1]** 387/24
**provide [3]** 256/3
407/2 407/3
**provided [5]** 254/18
319/11 371/17 371/19
411/14
**provoked [1]** 319/14
**proximity [3]** 384/19
384/22 398/6
**prudent [1]** 289/19
**public [1]** 271/11
**publicly [1]** 384/14
**pull [11]** 261/6 269/24
312/13 321/11 323/14
325/5 327/25 347/1
352/10 358/14 363/15
**pulling [1]** 312/15
**purchased [1]** 282/10
**purchases [1]** 281/19
**purpose [7]** 302/12
302/14 341/10 387/9
387/11 387/16 392/14
**pursuing [1]** 380/5
**push [4]** 309/6 358/5
377/7 381/1
**pushed [3]** 357/21
360/24 382/2
**pushes [1]** 358/7
**pushing [12]** 342/23
343/8 357/9 358/5
361/3 361/4 361/7
361/11 361/13 383/3
383/19 393/7
**put [27]** 273/11 308/7
308/9 309/2 310/2
310/19 311/21 317/10
320/24 320/25 321/20
321/22 322/3 322/10
322/12 322/14 324/7
331/4 346/21 382/13
383/4 391/9 398/25
400/17 402/18 402/20
404/12
**puts [2]** 386/24 390/5
**putting [2]** 309/14
310/4

**Q**

**question [12]** 271/21
336/2 345/19 345/20

**Q**

question... **[8]** 351/4
359/23 359/24 368/7
368/16 382/21 407/20
409/22
questioned **[2]** 266/15
313/11
questions **[3]** 266/3
364/2 364/8
quick **[1]** 265/3
quickly **[2]** 301/1 391/5
quite **[3]** 264/21 291/19
381/16
quote **[1]** 376/2

**R**

rack **[5]** 285/12 285/17
376/24 377/10 396/21
racks **[14]** 285/4 285/5
285/6 285/13 286/20
286/24 288/22 289/3
289/4 374/3 383/3
395/22 396/6 396/15
radical **[1]** 278/1
railing **[1]** 378/8
raise **[2]** 256/16 266/17
rally **[10]** 361/17
362/12 369/9 369/10
400/21 400/21 400/24
401/2 409/3 409/4
rather **[3]** 380/20
383/15 402/11
ratio **[1]** 365/22
ratios **[1]** 338/4
re **[4]** 345/20 381/25
381/25 407/11
re-ask **[1]** 345/20
re-entered **[1]** 407/11
re-enters **[2]** 381/25
381/25
rea **[3]** 406/9 406/15
410/10
reach **[3]** 258/22
268/22 293/10
reached **[2]** 318/24
406/23
reaching **[1]** 378/1
read **[7]** 327/21 328/13
329/2 347/22 363/20
366/25 382/15
reading **[1]** 289/10
ready **[5]** 255/13
256/13 273/8 370/24
372/15
real **[32]** 261/19 261/21
262/2 263/13 263/17
265/16 268/10 268/11
269/9 270/2 270/8
270/9 270/15 271/10
271/10 271/15 275/10
275/11 297/13 298/15
300/20 308/3 308/20
349/11 351/25 354/1
366/13 374/5 374/12
374/21 390/17 390/21
realized **[4]** 305/23
309/10 364/21 384/9
realizes **[1]** 400/16

293/24 314/12 363/8
375/7 395/18
Realtime **[1]** 252/3
realtor **[8]** 257/18
257/23 258/9 261/20
265/4 268/16 268/24
271/15
realtors **[14]** 258/22
258/25 259/9 259/21
259/22 259/23 260/17
260/25 261/12 262/2
262/4 264/5 264/8
394/18
realty **[1]** 261/13
reason **[4]** 276/18
300/10 332/7 361/25
reasonable **[5]** 256/10
370/21 370/22 382/9
392/2
reasonableness **[1]**
398/5
reasons **[5]** 256/6
293/17 387/2 389/2
389/8
rebuttal **[5]** 370/8
370/10 372/21 372/24
405/13
recall **[38]** 260/23
279/6 279/9 279/18
287/5 287/15 288/20
288/22 293/20 293/24
294/9 303/23 305/18
307/14 311/25 312/6
314/4 314/15 316/23
317/7 318/10 323/3
330/5 330/8 333/10
333/23 333/25 341/17
342/18 342/20 353/3
353/10 355/10 355/10
355/13 358/3 364/10
383/25
received **[5]** 270/19
270/25 272/4 274/12
288/2
receiving **[1]** 288/6
recently **[1]** 277/8
recess **[4]** 320/8 320/9
372/12 372/13
recognize **[2]** 259/16
343/25
record **[10]** 254/11
257/7 265/1 267/7
310/17 312/15 312/20
346/4 411/11 412/3
recorded **[1]** 252/7
recovered **[1]** 392/14
RECROSS **[1]** 253/4
rectangular **[3]** 311/24
402/6 402/11
red **[4]** 327/13 339/1
347/20 409/12
REDIRECT **[3]** 253/4
364/3 364/6
reference **[1]** 344/21
referencing **[2]** 349/8
352/23
referring **[3]** 348/5

refers **[1]** 389/5
reflect **[3]** 310/17
312/15 312/20
regard **[27]** 256/3
257/23 258/9 263/9
263/24 264/17 265/16
275/13 276/3 277/9
278/9 281/15 283/8
285/4 292/14 293/19
317/14 369/9 397/5
398/4 398/15 401/4
401/21 402/22 403/16
403/20 404/7
regarding **[3]** 405/19
407/18 409/19
regardless **[2]** 335/22
408/3
Registered **[1]** 252/2
regretted **[1]** 315/12
regular **[4]** 262/3 269/6
299/17 314/18
regulations **[2]** 272/18
273/11
rehabs **[1]** 264/23
reimbursement **[1]**
254/16
related **[2]** 272/7 284/2
relaying **[1]** 334/24
relevance **[3]** 273/14
274/6 406/6
religious **[1]** 317/18
remain **[1]** 323/4
remained **[4]** 374/6
395/16 407/8 407/23
remaining **[4]** 282/19
382/12 406/15 408/25
remark **[1]** 409/17
remarks **[2]** 318/16
321/25
remember **[24]** 279/21
284/19 285/8 287/16
294/4 294/7 296/20
296/21 297/9 297/11
297/18 298/20 306/5
306/21 309/21 314/7
331/2 343/6 348/20
353/13 353/14 355/21
367/13 377/19
remembrance **[1]**
324/7
reminder **[1]** 255/21
removal **[1]** 275/9
removed **[1]** 386/3
renew **[3]** 269/6 370/13
370/16
renovated **[1]** 278/7
rent **[2]** 258/24 313/14
rental **[10]** 260/8
260/14 260/15 260/19
260/22 261/7 293/4
312/5 313/25 330/14
rented **[1]** 279/25
repeat **[5]** 271/21
288/11 359/24 368/16
repeatedly **[1]** 264/14
repel **[1]** 388/14
rephrase **[1]** 292/10

replay **[2]** 408/22 408/22
reporter **[5]** 252/2
252/2 252/3 252/3
262/16
representations **[1]**
270/18
Representatives **[1]**
278/14
represented **[1]** 265/8
reputation **[4]** 263/17
264/9 265/17 265/21
requests **[1]** 274/1
required **[2]** 257/24
268/20 268/21
requires **[2]** 270/11
273/10
rescinded **[2]** 289/4
383/17
reserve **[2]** 372/23
372/25
reside **[2]** 268/7 268/8
residential **[3]** 299/17
349/14 354/2
resist **[1]** 390/8
resources **[1]** 392/13
respect **[3]** 387/23
388/11 389/10
respected **[1]** 369/15
respecting **[1]** 393/6
responsible **[1]** 368/18
rested **[1]** 255/14
restricted **[17]** 373/23
374/6 375/12 376/14
376/16 382/12 382/18
384/17 384/20 384/20
384/21 385/18 386/3
395/16 398/7 403/5
409/20
rests **[1]** 370/6
result **[2]** 363/10
385/21
results **[2]** 375/18
376/3
resume **[2]** 320/5 386/2
resuming **[1]** 373/12
retired **[1]** 397/22
retraces **[1]** 380/17
retreat **[2]** 336/11
336/19
retreated **[1]** 397/23
retreating **[2]** 383/16
397/25
retrieve **[1]** 256/15
return **[6]** 309/24 310/17
321/5 392/3 410/14
410/23
returned **[3]** 310/24
311/3 321/3
reus **[2]** 409/21 410/8
reverse **[1]** 266/15
review **[1]** 398/20
revolutionary **[1]**
282/14
right **[99]** 254/10
254/17 254/19 255/11
255/20 256/13 256/16
256/19 260/18 262/5
263/10 263/19 266/17

267/20 267/21 267/22
270/24 310/3 312/9
312/11 320/16 320/19
321/6 321/9 321/22
321/23 323/20 324/3
324/6 325/10 326/2
326/6 327/10 327/16
328/7 328/11 328/25
329/14 329/17 329/21
330/25 332/24 333/6
333/12 333/14 333/24
334/4 334/11 334/14
335/13 335/24 337/4
338/23 339/13 339/16
339/20 341/5 341/19
342/24 344/12 345/16
345/25 347/20 348/3
349/9 353/9 353/20
353/24 354/13 354/17
354/20 355/9 355/15
358/17 359/1 360/20
361/6 361/17 361/21
365/6 370/1 370/3
370/7 370/24 376/17
376/22 378/13 378/21
379/7 379/8 380/11
387/14 391/3 391/14
392/6 405/16 407/7
407/15 410/19
right-hand **[1]** 379/8
rights **[1]** 392/22
rigmarole **[1]** 254/14
rigorous **[1]** 365/16
riot **[1]** 408/5
rioter **[3]** 380/13 386/3
386/24
rioters **[29]** 353/18
373/4 373/10 373/13
376/18 376/23 377/4
378/2 378/6 378/18
378/19 378/25 379/3
380/4 380/18 381/1
381/8 381/10 383/1
383/2 383/17 383/18
383/19 387/4 387/5
388/15 389/16 389/22
406/12
ripe **[1]** 264/23
rise **[3]** 320/7 320/10
371/5
RMR **[2]** 412/2 412/8
roam **[1]** 322/22
roamed **[1]** 373/11
Rolling **[1]** 409/5
room **[10]** 265/20
298/14 304/3 304/11
306/6 328/24 354/6
355/9 355/12 361/9
rough **[1]** 310/15
rows **[1]** 341/2
rules **[8]** 272/13 272/18
273/5 273/11 304/6
317/23 383/13 391/22
run **[2]** 336/13 367/16
running **[3]** 337/5
344/3 367/22
runway **[1]** 274/2
rural **[1]** 365/19

431

**R**

Rutherford [1] 262/8

**S**

sack [1] 301/25
safe [11] 259/8 266/7
273/10 275/7 277/20
292/5 335/10 357/11
393/24 394/6 394/13
safekeeping [1] 391/6
safely [1] 273/6
safety [2] 257/19
257/20
said [77] 254/22
257/20 260/14 264/13
264/14 280/17 285/1
286/19 287/3 288/19
289/23 295/8 295/20
297/19 298/4 298/24
299/4 299/5 301/11
303/14 304/12 307/1
308/16 313/16 318/21
319/3 334/25 341/13
342/1 342/11 342/25
343/7 343/11 343/17
344/22 344/24 345/7
345/10 345/15 345/16
346/3 346/20 347/20
353/4 353/14 354/14
354/25 355/17 355/18
356/2 356/22 357/2
357/11 359/12 360/4
361/5 361/16 363/21
363/23 366/1 368/22
369/3 369/5 369/23
376/9 380/16 385/1
387/15 391/8 393/6
394/16 395/18 395/21
396/17 397/7 397/13
404/16
Saint [1] 251/14
salami [1] 383/14
sales [1] 265/1
same [22] 259/22
261/10 262/6 262/12
297/25 303/7 314/9
328/24 329/16 329/23
334/5 334/9 336/5
338/4 339/11 365/19
384/20 384/21 387/23
388/4 388/10 389/2
sanitize [1] 408/5
sarcastic [5] 307/25
308/5 323/11 325/16
325/22
satisfied [1] 389/1
saved [1] 278/7
saw [45] 280/21
282/13 294/2 294/3
304/22 306/16 307/5
308/23 318/8 335/5
335/6 336/6 339/12
342/16 343/7 345/22
348/11 350/19 352/16
353/8 355/3 355/10
358/10 366/4 368/10
368/19 369/3 376/21
379/12 381/18 390/3
402/11 402/11 405/2
405/4 405/6 406/23
406/24 406/24 407/5
407/6 407/11
say [46] 258/6 259/8
262/3 262/4 265/21
273/10 275/7 277/20
278/4 279/10 279/22
281/1 284/17 287/1
292/5 292/21 293/22
295/11 301/21 303/18
304/6 310/12 310/14
312/8 314/12 321/13
331/13 332/9 337/20
338/14 346/6 348/5
351/13 351/22 351/24
361/24 368/10 368/13
377/13 383/13 397/1
399/8 399/10 401/3
401/5 405/14
saying [28] 281/4
284/24 286/25 291/12
296/17 302/2 302/24
317/6 318/17 319/9
330/8 336/10 337/3
341/18 348/21 350/23
358/5 364/9 365/1
367/23 393/3 393/17
396/5 400/23 401/23
402/23 404/9 404/10
says [13] 265/20
271/22 327/23 328/15
347/12 347/19 366/25
368/3 395/25 396/10
397/8 404/13 404/14
scaffolding [6] 314/15
341/16 341/19 343/6
377/15 377/21
scale [1] 369/20
scared [1] 346/10
scene [1] 379/14
schedule [2] 279/3
372/9
scheduled [7] 280/9
289/24 290/15 362/6
362/7 362/10 367/6
scheduling [2] 279/9
410/21
scholarly [1] 379/23
scholars [1] 364/17
school [5] 264/12
274/21 274/23 275/1
307/21
screamed [1] 289/9
screaming [3] 342/6
342/13 367/16
screen [5] 269/22
273/21 329/14 359/1
382/14
screened [1] 356/11
screening [2] 356/6
365/16
scroll [1] 363/17
seat [1] 266/21
second [15] 258/25
295/2 308/13 320/17
321/23 333/19 347/19
363/23 374/5 376/23
387/7 409/9
secondhand [5]
367/17 367/20 367/25
368/23 369/7
seconds [21] 266/9
321/12 324/9 324/20
325/6 328/4 328/20
329/11 332/19 333/16
338/17 340/17 343/22
344/8 344/17 352/11
354/9 360/15 378/12
378/22 390/7
Secret [2] 373/24
374/25
section [1] 349/17
securing [1] 273/7
security [20] 289/5
289/15 299/21 300/1
300/7 301/14 334/20
335/6 335/11 335/16
337/3 337/6 337/16
337/22 338/9 351/3
355/11 356/6 358/11
408/14
see [76] 260/22 262/6
266/9 269/25 271/6
281/14 281/16 284/13
284/15 284/23 285/1
285/6 286/17 291/4
291/9 295/5 296/14
296/17 297/7 298/6
299/15 299/16 300/3
305/4 306/22 312/19
319/15 320/5 323/2
325/2 327/15 333/12
338/25 340/9 340/10
341/11 341/15 341/20
343/1 344/7 345/2
345/14 347/12 347/19
349/14 349/15 350/4
351/7 351/14 354/12
354/16 354/19 355/8
355/16 357/8 357/21
358/17 371/3 374/8
374/9 374/15 374/16
376/11 376/19 378/6
378/11 378/14 378/15
378/16 393/5 394/2
396/16 397/7 397/14
411/6 411/9
seeing [31] 273/23
284/19 287/15 288/20
294/9 294/25 303/23
311/25 318/10 323/3
337/10 340/6 340/15
340/22 343/1 343/3
343/15 343/18 345/13
347/24 353/3 353/15
355/1 355/13 355/22
358/3 366/25 368/4
368/18 368/25 369/3
seek [1] 309/23
seeking [4] 280/7
306/14 317/22 322/10
seem [2] 317/14
356/21
seemed [1] 285/4
326/20 334/8 342/22
seen [26] 265/6 280/23
282/1 283/2 283/4
285/10 286/19 295/9
299/20 303/21 316/22
319/22 342/22 346/5
349/12 349/13 351/25
352/1 352/21 369/13
377/10 398/14 398/15
401/16 402/16 409/10
sees [6] 316/23 377/22
377/23 393/24 400/15
405/3
self [3] 336/15 346/10
346/14
self-defense [2]
336/15 346/10
self-protection [1]
346/14
sellers [1] 264/24
selling [1] 258/11
Senate [11] 278/14
306/4 363/2 363/8
378/24 380/8 380/18
381/2 381/11 389/21
407/25
Senators [1] 380/9
send [1] 291/21
sending [3] 288/5
292/2 400/22
sense [6] 297/23
307/20 308/17 312/25
372/2 397/15
sensitive [1] 408/9
sent [10] 319/9 348/2
348/8 348/23 363/21
364/10 367/3 376/6
383/25 392/13
separated [2] 293/9
301/24
September [1] 270/4
series [4] 280/5 379/23
380/21 387/15
serious [1] 408/14
seriously [1] 264/7
serve [2] 254/19
268/18
service [11] 291/6
291/8 291/13 291/15
291/21 291/23 291/24
292/1 318/25 373/24
375/1
serving [1] 268/24
session [4] 388/6
400/4 407/23 408/1
set [7] 260/21 269/5
308/9 311/3 371/11
378/20 396/1
setting [1] 260/10
seven [1] 380/12
several [24] 263/14
295/9 301/12 301/15
318/13 321/24 336/17
341/2 343/1 343/14
346/12 350/11 350/20
352/19 354/1 356/9
357/2 357/14 365/18
seemed, continued... [note: this appears in third column]
severely [1] 367/8
shady [1] 264/19
shape [1] 311/24
sharing [1] 291/1
shattered [1] 351/21
sheltered [1] 385/24
shifted [1] 286/13
shirt [2] 327/13 339/1
shocked [2] 298/5
306/24
shoes [1] 283/14
shoplift [1] 391/14
shoplifting [2] 391/14
402/24
short [7] 262/14 308/6
310/9 322/1 330/2
330/6 372/4
shortly [2] 320/6 391/9
shot [7] 348/15 348/20
367/15 367/17 367/18
367/23 367/24
should [11] 254/20
277/15 303/18 307/22
369/3 380/17 383/18
385/25 395/7 402/7
410/23
shoulder [1] 305/9
shouldn't [6] 285/21
297/24 306/12 306/18
306/20 313/19
shouting [2] 377/19
404/1
shoving [1] 361/7
361/11
show [18] 269/4
270/13 271/3 274/2
298/2 308/23 309/13
310/13 312/13 315/17
315/25 321/19 325/17
366/19 381/12 388/22
390/5 410/3
showed [3] 261/9
282/9 338/12
showing [7] 258/13
260/21 270/17 273/22
325/15 392/14 393/20
shown [8] 283/2
305/24 307/24 310/5
321/25 339/12 405/4
406/19
shows [6] 271/14
308/20 322/6 323/19
362/16 379/18
shrink [1] 271/6
shun [1] 346/15
sic [2] 393/6 397/15
side [13] 259/13
337/13 341/24 345/9
353/2 355/22 376/15
379/8 379/9 379/18
379/18 380/21 382/6
sideways [1] 312/18
sign [2] 282/14 406/20
significant [1] 374/7
signify [1] 400/19
signs [8] 284/24
375/2 380/25 381/24
382/5 407/16

**signs... [7]** 296/15 296/17 374/3 388/13 396/5 397/9 397/10
**silly [1]** 307/23
**similar [2]** 263/5 399/25
**similarly [2]** 264/11 270/7
**simply [6]** 304/13 383/4 383/11 383/17 383/20 405/9
**simultaneously [1]** 330/16
**since [11]** 255/22 267/16 268/16 269/16 271/16 274/20 276/7 291/6 318/25 399/7 399/10
**singing [1]** 314/8
**single [1]** 358/2
**sir [182]**
**sitting [3]** 259/15 261/17 319/16
**situation [8]** 289/10 289/12 303/16 341/6 365/11 390/19 394/8 405/7
**situations [3]** 275/11 300/21 394/19
**size [4]** 286/13 311/17 312/21 313/20
**skip [1]** 328/3
**slammed [1]** 299/3
**sleeping [3]** 318/18 388/23 404/15
**slicing [1]** 383/14
**slide [2]** 377/16 394/5
**slight [2]** 300/23 307/19
**slightly [2]** 364/18 383/7
**sliver [1]** 351/10
**small [4]** 257/18 261/23 261/25 281/22
**smaller [1]** 351/6
**smash [2]** 379/4 381/8
**smashed [4]** 379/12 380/2 381/14 406/24
**smashing [2]** 352/21 388/16
**smelling [1]** 298/22
**snap [1]** 317/9
**snow [6]** 270/6 285/1 374/3 396/6 396/15 396/21
**so [373]**
**So I didn't know [1]** 298/10
**so I think [2]** 255/12 404/18
**so it's [4]** 318/3 335/10 359/7 401/3
**So they [1]** 336/18
**So this [2]** 287/11 365/23
**So this appears [1]** 328/24

**So this doesn't [1]** 321/19
**So this door [1]** 350/8
**so this is [14]** 270/11 273/24 295/2 295/14 313/6 316/5 329/16 329/19 329/23 335/1 360/11 367/11 367/17 367/24
**So this movement [1]** 362/20
**social [6]** 277/2 288/5 291/5 291/8 291/19 318/23
**soda [1]** 403/10
**sold [2]** 279/15 282/17
**some [64]** 260/7 260/18 262/21 263/13 267/19 277/11 282/13 282/14 282/14 282/24 283/2 288/21 288/22 289/3 290/7 290/8 296/15 296/24 297/23 298/6 299/9 301/13 302/15 302/22 304/12 310/6 311/23 315/13 317/14 318/18 319/16 326/15 326/16 331/17 331/18 336/19 336/21 342/23 346/14 346/21 351/19 353/8 355/11 364/22 366/20 369/18 377/6 384/3 390/19 392/25 393/14 395/7 397/12 400/9 401/7 401/9 401/16 402/6 404/12 404/19 404/22 405/10 406/3 408/3
**somebody [5]** 255/4 261/17 331/10 337/2 348/20
**somebody's [2]** 367/17 367/23
**somehow [1]** 409/21
**someone [29]** 260/15 263/23 264/13 264/25 271/11 273/25 299/23 305/2 306/25 316/8 331/13 331/17 331/20 331/24 332/2 335/19 348/15 351/11 351/22 351/24 352/7 355/25 357/15 367/18 390/20 391/19 397/13 400/17 410/11
**something [30]** 257/24 260/22 264/7 264/13 264/20 267/15 269/6 291/5 297/21 306/7 306/21 308/19 332/15 334/25 348/17 354/3 357/16 368/20 386/4 387/13 390/3 393/22 393/23 398/17 398/23 399/4 399/12 400/15 401/19 404/3
**somewhat [1]** 388/22
**somewhere [2]** 279/2

**songs [1]** 314/8
**sophomore [2]** 274/21 307/20
**sorry [17]** 255/20 271/21 284/7 284/7 292/15 292/15 292/17 292/21 315/19 320/18 324/19 328/3 338/18 351/13 368/6 368/8 368/16
**sort [31]** 257/21 258/14 260/16 260/20 282/13 282/24 284/24 290/8 299/25 300/1 300/4 301/13 302/15 302/22 311/23 315/13 318/3 318/18 331/19 336/19 337/1 346/14 346/22 355/11 363/2 401/7 401/9 401/16 402/6 404/19 405/10
**sorts [2]** 258/24 352/1
**sought [5]** 275/10 307/4 309/13 310/1 327/3
**sound [1]** 339/4
**sounded [1]** 280/15
**sounds [1]** 280/11
**southern [1]** 305/1
**southern-manner [1]** 305/1
**souvenir [2]** 373/16 390/4
**souvenirs [1]** 388/22
**space [2]** 332/14 340/11 341/2
**speak [15]** 263/16 266/16 278/19 285/12 291/7 291/22 292/17 301/25 311/18 336/16 337/6 357/12 361/9 362/1 362/6
**speakers [6]** 277/17 278/22 326/24 362/2 362/6 364/15
**speaking [6]** 278/22 279/2 280/10 362/24 364/17 369/18
**speaks [1]** 263/23
**Special [1]** 408/11
**specific [3]** 264/17 265/13 365/6
**specific-acts [1]** 265/13
**specifically [5]** 276/19 366/23 368/3 399/22 399/23
**specified [3]** 288/11 288/13 288/16
**speculation [1]** 359/20
**speech [5]** 275/25 280/4 280/19 280/23 282/19
**speeches [6]** 276/21 278/24 288/8 369/15 400/9 400/12
**spell [1]** 262/16

**spends [2]** 380/12 381/22
**spent [1]** 373/14
**spoke [2]** 260/14 391/23
**spoken [2]** 341/12 347/4
**sport [2]** 299/1 302/9
**sporting [7]** 291/18 298/24 299/1 337/2 338/3 357/14 365/18
**spot [2]** 321/6 322/10
**spots [1]** 390/1
**spray [10]** 331/16 331/17 331/19 332/17 377/1 377/6 377/6 377/10 382/24 399/6
**sprayed [1]** 332/9
**spraying [3]** 331/16 331/18 378/8
**squeezing [1]** 377/14
**staff [1]** 380/9
**stage [2]** 288/17 294/19
**stages [2]** 272/15 290/3
**stair [1]** 333/3
**staircase [1]** 334/3
**stairs [18]** 285/5 290/18 290/22 294/4 294/18 296/4 310/9 314/4 314/9 314/9 314/16 314/18 314/22 377/15 378/20 378/22 378/23 380/6
**stamp [5]** 327/21 328/13 329/2 343/2 349/25
**stance [3]** 289/14 299/2 346/10
**stand [5]** 254/19 254/20 256/6 256/15 266/13
**standard [2]** 264/4 312/21
**standard-size [1]** 312/21
**standards [1]** 344/25
**standing [18]** 284/20 334/2 334/7 334/10 334/13 334/16 334/21 335/2 337/13 339/18 339/21 341/5 343/11 356/2 358/12 359/17 360/6 368/25
**standpoint [1]** 366/12
**stands [3]** 320/8 371/6 372/12
**start [6]** 320/22 329/21 343/25 373/20 393/3 394/15
**started [9]** 255/5 255/13 261/1 268/16 322/9 326/18 384/3 384/10 384/15
**startling [1]** 306/23
**starts [1]** 377/13
**state [23]** 257/7 258/4

**257/5 267/6 268/11 268/14 268/21 270/11 295/14 297/25 299/22 304/9 306/11 307/2 309/5 315/14 322/21 336/19 336/24 348/8 351/2 360/12 364/13**
**stated [6]** 271/15 282/16 291/17 346/13 347/24 348/14
**statement [9]** 255/19 282/14 282/24 302/10 331/12 336/9 352/5 364/20 365/1
**statements [5]** 281/9 305/18 349/8 357/5 357/6
**STATES [14]** 251/1 251/3 251/10 254/3 276/21 338/5 365/12 373/5 373/17 374/20 374/25 375/4 390/13 390/15
**stationed [1]** 285/12
**stay [2]** 293/14 334/18
**stayed [1]** 306/13
**staying [1]** 341/24
**steal [37]** 277/3 277/4 277/7 277/9 278/16 278/18 302/16 302/24 308/3 308/18 308/19 308/21 317/5 317/11 317/11 319/3 323/13 324/17 325/20 325/23 361/17 361/19 362/12 362/20 369/10 376/2 376/8 384/2 387/16 391/9 400/20 400/21 400/23 401/1 401/3 409/3 409/4
**stealing [1]** 308/19
**steam [1]** 306/9
**stenography [1]** 252/7
**step [3]** 255/8 370/2 381/15
**stepped [1]** 336/13
**stepping [2]** 278/16 340/21
**steps [11]** 278/18 288/17 290/8 293/19 293/21 293/25 378/10 379/9 380/17 381/3 382/5
**STEWART [10]** 251/6 254/4 259/17 263/23 264/15 265/6 266/12 267/1 267/8 373/4
**still [24]** 263/8 281/23 290/2 291/20 291/25 302/15 302/17 309/10 315/8 318/1 323/8 323/10 336/15 365/20 377/16 380/9 380/18 390/9 391/16 391/19 396/4 403/4 403/9 406/22
**stipulated [2]** 374/19 390/14

**stipulation [1]** 403/15
**stole [2]** 410/14 410/14
**stolen [2]** 391/16 410/2
**stood [1]** 294/14
**stop [34]** 277/2 277/7
277/11 278/16 287/3
295/24 302/16 302/24
317/5 317/11 317/11
319/3 322/19 345/2
346/13 350/24 361/16
361/23 362/11 362/20
363/3 363/11 369/10
376/2 376/8 384/2
387/16 399/1 400/20
400/21 400/23 401/2
409/3 409/4
**stopped [3]** 278/19
289/8 295/19
**stopping [4]** 277/9
395/23 397/18 401/1
**store [1]** 403/11
**Story [1]** 376/7
**straight [2]** 394/17
394/17
**straight-up [2]** 394/17
394/17
**streaming [1]** 380/18
**street [4]** 251/17
251/22 281/22 282/16
**strict [1]** 272/25
**strictly [1]** 366/10
**striking [1]** 378/7
**string [1]** 301/25
**strive [1]** 387/8
**strongly [1]** 297/15
**structures [1]** 366/16
**struggle [1]** 376/24
**stuck [1]** 390/20
**student [5]** 272/16
272/19 273/8 273/24
317/23
**studying [1]** 272/12
**stuff [3]** 298/5 343/17
369/4
**subject [1]** 399/6
**submit [5]** 370/15
375/8 382/8 390/2
390/24
**subpoena [1]** 254/18
**succeeding [1]** 361/24
**such [4]** 357/5 359/3
381/8 403/21
**sufficient [2]** 254/21
410/12
**suggest [20]** 393/10
393/20 394/13 395/6
396/8 396/12 397/16
398/17 398/19 398/24
399/18 400/7 402/9
402/17 402/17 402/24
403/3 403/7 403/14
405/8
**suggested [4]** 392/17
397/10 402/5 402/12
**suggesting [4]** 384/7
384/8 395/6 395/10
**suggestion [1]** 404/19

**sum [1]** 408/18
**summary [1]** 403/25
**Superseding [1]**
395/14
**support [12]** 299/6
342/9 353/5 357/18
366/10 376/1 392/25
395/25 396/8 397/4
401/25 402/18
**supporter [2]** 303/12
356/24
**supports [1]** 387/24
**supposed [10]** 285/17
301/19 326/17 327/2
329/20 332/12 379/25
381/19 382/22 385/9
**sure [12]** 258/19 260/2
261/23 263/11 263/18
273/8 324/1 339/21
339/23 353/17 372/19
411/7
**surged [1]** 378/20
**surprising [1]** 396/19
**surrounding [1]**
361/20
**SWORN [2]** 257/2
267/1

T
**table [4]** 307/14 309/3
324/6 390/2
**take [32]** 255/5 256/5
264/7 265/9 268/22
269/8 273/21 277/15
278/17 278/24 279/3
279/19 289/22 291/20
298/7 300/22 301/19
314/22 314/25 315/2
316/7 318/6 320/4
357/18 362/7 362/23
365/14 389/13 390/4
391/6 404/18 410/13
**taken [6]** 277/8 280/19
304/12 316/8 317/10
319/21
**takes [3]** 254/19
254/20 386/5
**taking [30]** 264/23
272/12 276/23 279/21
290/6 296/7 301/8
302/22 303/17 303/19
304/14 315/2 317/12
326/24 327/19 343/18
344/25 353/3 353/13
362/2 362/4 362/21
362/25 363/13 366/15
369/17 369/24 401/24
403/6 403/12
**talk [23]** 263/16 264/8
274/15 274/16 284/11
285/4 286/2 287/18
297/20 300/14 304/4
307/12 311/7 311/9
316/18 317/3 330/17
366/23 372/6 372/8
379/24 387/15 410/21
**talked [7]** 260/8 260/19

353/5 377/1
**talking [14]** 254/13
262/22 269/13 284/16
285/23 291/2 294/5
320/22 341/25 343/12
357/23 359/15 368/20
369/3
**tarp [1]** 377/14
**taught [1]** 366/13
**tax [1]** 265/1
**team [4]** 299/1 337/3
351/3 357/15
**tear [1]** 377/5
**teargassed [2]** 331/2
331/8
**teasing [3]** 318/3
324/14 325/15
**tell [20]** 285/12 286/12
286/21 287/3 309/6
322/19 322/19 332/1
333/1 333/8 333/10
333/13 333/22 334/15
336/4 336/7 346/15
359/2 359/5 359/7
**telling [2]** 289/24 384/3
**temporarily [2]** 410/11
410/13
**ten [11]** 293/2 293/22
293/24 340/16 343/7
354/9 374/15 390/9
390/22 405/17 407/7
**Tennessee [11]** 258/4
264/5 268/8 268/12
268/14 268/20 268/21
270/2 270/11 278/8
314/2
**tens [1]** 286/4
**tense [1]** 369/4
**term [2]** 261/19 276/24
**terms [2]** 372/3 384/25
**Terrific [1]** 411/5
**test [1]** 265/3
**testified [8]** 325/9
326/4 353/17 380/15
394/16 394/21 395/24
408/12
**testifies [1]** 397/12
**testify [1]** 345/22
**testifying [1]** 266/15
**testimony [19]** 256/2
266/5 325/25 330/17
352/5 352/22 370/2
373/25 377/1 379/13
383/7 383/9 391/21
394/24 395/21 396/4
396/17 397/17 407/4
**testing [2]** 292/18
384/10
**text [2]** 287/13 288/4
**than [16]** 263/12
277/22 279/21 293/2
304/13 338/9 339/2
345/6 373/14 383/15
390/25 396/10 396/17
398/23 401/3 406/4
**Thank [43]** 255/2 255/7
255/9 255/20 256/11

256/21 259/7 260/3
266/2 266/4 266/11
266/16 266/19 274/11
292/24 310/17 315/23
320/3 320/6 320/21
323/6 327/24 364/4
369/25 370/1 370/2
371/25 372/10 372/11
373/2 392/6 392/7
392/9 405/11 405/12
410/17 410/19 411/9
411/10 411/17
**Thank you [34]** 255/2
255/7 255/9 255/20
256/12 256/15 256/18
256/21 259/7 260/3
266/2 266/4 266/16
266/19 274/11 292/24
310/17 320/3 320/21
323/6 327/24 364/4
370/1 370/2 371/25
372/11 373/2 392/6
392/7 392/9 405/11
405/12 410/17 411/17
**Thanks [1]** 371/3
**that [962]**
**that's [90]** 259/11
262/9 262/23 268/20
297/20 300/3 300/25
301/4 301/19 306/12
307/9 308/5 309/7
310/1 310/4 312/21
316/12 317/7 319/13
322/9 323/1 327/10
327/12 327/17 328/8
328/10 329/11 329/13
331/18 331/25 331/25
332/16 334/3 335/12
336/7 336/8 338/22
339/1 342/8 344/11
344/15 344/20 345/25
347/2 349/9 350/10
351/1 357/17 360/12
363/16 366/13 368/14
371/2 373/17 373/21
374/2 378/3 379/22
379/23 380/16 382/7
382/7 387/14 387/15
387/19 388/19 388/24
389/25 391/12 392/3
393/19 394/11 394/11
394/17 395/5 397/2
399/10 400/17 400/23
400/24 401/2 401/23
402/10 403/2 406/14
406/18 406/19 409/9
410/17 410/25
**theft [4]** 308/19 389/25
391/14 409/18
**their [32]** 256/10
278/14 289/11 294/17
295/22 298/21 299/1
299/3 305/5 326/14
333/2 333/12 336/17
337/10 337/21 337/24
338/11 338/12 342/10
343/10 346/1 346/9

357/3 357/15 358/11
366/2 375/2 375/3
392/12 408/1 408/14
408/14
**them [56]** 274/2 281/12
281/23 285/2 286/2
286/25 290/21 297/20
297/20 299/5 299/5
304/22 304/23 305/3
305/20 315/2 319/22
332/5 337/5 337/12
345/11 353/4 353/5
353/6 353/8 353/13
357/13 359/3 361/7
365/25 366/7 366/7
366/8 371/9 371/18
371/21 376/23 376/24
377/18 377/23 377/24
378/3 378/21 380/11
381/9 382/15 388/22
391/7 392/13 396/14
396/15 397/19 397/20
398/2 399/4 410/12
**themselves [2]** 373/7
381/10
**then [59]** 255/5 256/13
268/17 269/16 271/3
273/6 276/13 276/13
276/21 279/2 280/15
291/8 293/7 293/19
295/13 296/5 306/11
306/25 308/7 315/1
318/24 320/25 321/21
322/3 322/14 326/15
326/22 329/24 335/8
336/22 337/19 347/9
349/18 351/10 356/1
360/7 365/6 369/9
371/13 381/1 382/4
387/11 390/8 391/15
393/15 394/1 394/23
396/3 401/4 402/20
403/15 404/4 404/13
407/6 407/8 407/11
409/7 410/9 411/8
**there [182]**
**there's [37]** 258/20
264/13 267/19 277/24
291/6 307/13 316/15
322/6 326/23 335/9
343/16 343/16 354/3
354/19 358/6 359/6
364/14 364/18 368/7
373/22 374/5 374/12
374/21 382/20 388/18
390/12 390/17 390/21
395/18 397/1 397/9
398/4 398/16 400/16
401/19 402/18 407/15
**therefore [7]** 384/10
392/17 392/20 394/3
393/13 394/17 396/12
**these [52]** 254/9 259/3
260/25 263/7 265/10
270/17 278/24 281/10
284/15 286/24 297/25
298/6 299/7 304/21
311/10 313/8 318/14

these... [35] 319/10
319/20 319/20 319/22
335/14 335/20 335/23
336/14 337/9 338/6
342/1 342/12 343/13
343/14 345/10 345/11
346/9 347/13 349/16
356/22 357/19 358/17
358/25 377/16 377/20
381/20 382/9 383/18
385/10 392/18 392/18
395/7 395/22 396/4
396/22
they [150] 262/4 265/1
265/8 270/18 271/12
277/5 280/21 281/2
285/18 285/19 286/23
286/24 287/3 289/15
295/5 295/11 295/13
295/23 298/1 298/1
298/6 298/10 298/10
298/12 298/19 298/22
299/6 299/8 299/18
304/7 304/7 305/5
311/16 319/15 322/18
322/19 331/10 331/14
331/18 334/6 334/7
334/19 335/3 335/10
335/13 335/22 335/23
336/5 336/12 336/13
336/13 336/16 336/17
336/18 336/21 336/25
337/12 337/18 337/19
337/20 337/23 337/25
338/10 338/12 338/12
338/13 338/14 339/22
342/4 342/5 342/6
346/7 346/10 346/19
347/25 349/16 349/17
350/21 350/22 353/6
353/22 354/5 355/18
355/19 355/20 355/23
356/25 357/1 357/1
357/3 357/5 357/6
357/16 358/12 358/13
359/19 360/3 360/25
363/9 364/21 365/1
365/2 365/15 365/16
365/19 365/20 365/20
366/1 366/2 366/3
367/1 367/10 367/16
367/23 371/12 371/18
373/6 373/8 375/2
375/2 375/11 375/15
375/19 376/22 378/2
378/6 378/7 378/8
378/8 378/20 379/4
379/5 383/16 383/17
385/8 385/9 385/11
385/11 385/12 385/19
385/25 389/22 392/17
393/3 393/16 393/16
395/10 396/3 396/10
398/23
they'd [2] 286/21
288/17
They'll [1] 270/24

they're [29] 261/3
304/8 331/5 331/13
333/14 334/2 334/5
334/9 334/10 334/13
334/15 334/17 334/21
335/24 336/22 339/15
339/17 339/19 339/21
350/15 351/6 351/6
354/5 356/1 364/9
377/2 378/15 379/1
380/23
they've [2] 283/5
392/14
thick [1] 312/22
thief [1] 309/14
thin [4] 349/17 350/9
351/9 383/14
thing [9] 257/21 258/14
260/16 260/20 261/8
263/22 264/1 305/2
402/24
things [25] 256/7
258/21 263/7 263/9
269/5 286/24 316/22
319/16 342/16 369/22
378/8 392/13 392/18
393/14 395/7 395/8
395/9 395/23 396/1
396/1 396/22 396/25
398/21 400/10 404/9
think [39] 255/12 261/6
261/10 265/12 298/18
304/22 309/21 310/11
324/19 330/4 333/18
335/3 337/25 342/21
343/1 349/25 352/4
359/18 360/2 361/19
373/21 377/17 382/14
391/22 395/5 395/17
397/2 397/3 399/9
402/7 404/18 406/6
406/13 408/4 409/23
409/25 410/4 410/6
410/8
thinking [6] 327/1
355/23 362/11 364/14
405/10 409/4
thinning [1] 335/9
third [11] 303/8 360/9
374/12 386/5 392/13
393/9 393/25 394/4
394/5 394/9 394/12
third-base [3] 394/4
394/9 394/12
third-party [2] 392/13
393/9
this [272]
This is [1] 254/3
those [49] 264/19
283/4 286/23 289/3
303/23 304/1 304/2
316/23 317/1 318/10
318/12 318/14 323/25
333/21 333/24 339/11
341/11 342/2 346/1
353/4 359/18 360/2
361/6 363/12 363/20
363/25 366/10 369/21

threw [27] 373/5 376/17
376/21 378/6 378/10
378/17 380/20 383/2
384/4 392/20 395/9
396/1 396/1 396/19
396/24 396/25 397/2
397/20 398/1 408/12
though [4] 291/24
318/6 342/17 410/1
thought [12] 276/6
290/14 298/22 299/4
301/13 315/12 331/6
337/9 348/14 388/18
400/9 407/6
thousands [6] 286/5
288/21 385/8 385/16
396/13 396/19
threat [2] 362/16
408/14
threatening [2] 284/20
336/18
three [3] 270/17 347/9
363/17
threw [1] 261/19
283/22
through [49] 268/17
274/23 279/14 285/2
293/14 294/23 298/13
301/12 301/15 309/22
314/15 344/14 349/10
349/16 350/20 353/8
353/15 353/22 354/4
354/5 354/5 355/21
356/6 356/14 365/16
365/18 373/6 375/23
377/14 378/19 379/2
379/4 380/22 381/1
381/9 381/24 382/10
383/4 383/19 393/9
393/9 394/18 395/11
395/22 396/6 396/15
397/7 397/8 398/3
throughout [1] 292/6
throw [3] 301/1 342/16
391/15
throwing [2] 378/3
378/7
thumb [3] 371/8 411/7
411/11
ticket [1] 337/2
tickets [2] 330/16
337/10
tight [1] 293/5
till [1] 407/12
time [104] 254/23
260/17 262/11 262/12
262/15 262/22 265/6
266/5 266/12 267/11
270/21 274/4 276/21
279/6 279/11 279/16
279/18 279/18 280/12
284/3 287/5 287/15
290/7 290/20 290/23
292/25 293/1 293/23
294/19 294/20 295/2
295/15 298/18 302/17
303/8 303/8 303/15
304/16 305/12 305/22

times [17] 261/4
263/14 291/2 291/4
291/10 318/20 323/25
336/17 343/14 345/11
358/10 366/4 374/17
381/24 389/16 389/16
407/12
timing [1] 372/3
tipped [1] 406/21
titled [1] 412/4
today [7] 281/4 282/7
325/25 373/18 383/11
391/21 405/3
together [8] 259/21
260/7 262/18 262/25
263/5 286/3 330/12
330/15
told [6] 288/10 289/9
355/19 355/20 379/11
379/12
tomorrow [4] 410/23
411/4 411/6 411/9
too [11] 261/17 312/7
325/10 332/13 347/20
359/12 365/24 383/14
391/11 393/17 393/18
took [8] 255/25 298/12
299/2 315/4 329/23
346/6 373/15 410/12
top [8] 285/5 294/18
296/1 311/13 327/21
328/13 329/3 378/13
378/23
torn [1] 402/8
touch [1] 404/8
toward [5] 299/22
334/14 350/22 353/4
357/3
towards [19] 284/11
297/12 297/16 297/19
298/7 303/12 308/15
321/25 323/12 331/11
338/13 353/14 353/16
357/3 357/18 376/10
378/20 380/20 380/25
town [1] 410/22

traditionally [1] 312/3
traffic [2] 279/23 367/8
trained [1] 338/7
training [2] 317/18
365/16
transaction [2] 259/13
264/7
transcript [3] 251/9
252/7 412/3
transcription [1] 252/7
transfer [1] 371/21
transitioned [1] 263/13
trash [1] 391/15
travel [1] 410/2
traveled [2] 273/1
409/2
traveling [1] 404/13
travels [1] 266/7
treat [3] 347/24 367/1
368/10
treated [1] 348/6
trend [1] 284/4
trespassed [1] 407/22
trial [4] 251/9 319/17
373/19 377/18
trifold [1] 313/2
trip [1] 276/15
trophy [1] 390/4
trouble [1] 384/14
true [2] 334/21 384/25
Trump [5] 275/22
279/1 282/18 376/5
399/8
Trump's [2] 275/17
275/25
trust [1] 356/22
trustworthy [1] 263/24
truth [2] 394/5 394/11
truthful [3] 264/19
394/19 394/20
truthfulness [3] 263/25
263/25 265/18
try [9] 271/6 304/23
309/19 311/21 320/18
330/7 345/2 401/13
402/17
trying [20] 280/8
282/24 302/9 309/21
336/15 339/19 353/11
377/23 378/25 379/1
382/25 387/12 394/9
400/19 401/7 401/13
401/16 403/13 403/23
408/25
tune [1] 384/3
turn [5] 298/11 312/18
316/17 344/16 356/3
turned [7] 301/1 314/5
326/25 338/12 346/9
357/2 366/2
turning [1] 276/2
TVs [1] 336/22
twice [4] 308/11 321/2
322/13 345/24
two [19] 262/18 268/25
279/22 279/22 283/4
285/22 299/20 312/22
341/6 341/22 342/2

**T**

two... [8] 350/1 357/8
358/17 363/20 381/9
387/2 402/1 410/22
type [18] 284/1 289/14
295/1 297/16 298/2
299/6 300/12 300/23
308/19 324/18 331/7
336/14 336/15 342/8
346/23 353/5 363/14
391/13
types [1] 366/10
Typically [1] 263/19
typing [1] 369/1

**U**

U.S [2] 286/16 400/2
ugly [4] 392/15 392/15
393/21 394/25
Uh [3] 258/5 259/4
341/14
Uh-huh [3] 258/5 259/4
341/14
umpire [2] 394/4
394/12
unable [1] 333/13
unauthorized [3] 385/6
385/12 408/13
unclear [1] 341/8
under [11] 256/17
266/18 294/4 298/22
341/19 342/5 345/5
347/13 377/14 377/21
378/11
underneath [2] 290/8
343/6
understand [7] 266/14
273/17 277/4 280/8
365/15 369/10 404/24
understanding [23]
276/20 277/6 277/10
277/12 278/13 278/24
279/1 282/10 282/17
286/8 291/6 295/8
315/16 331/10 331/18
331/20 331/25 336/5
357/1 369/13 369/16
371/18 404/3
understood [3] 372/7
384/13 384/13
unfolded [1] 368/25
unfortunately [2]
308/8 366/24
UNITED [14] 251/1
251/3 251/10 254/3
276/21 338/5 365/12
373/5 373/17 374/20
374/25 375/4 390/13
390/15
United States [9]
276/21 338/5 373/5
373/17 374/20 374/25
375/4 390/13 390/15
United States of [2]
254/3 365/12
University [1] 268/1
unknown [2] 264/24
408/13

unlawfully [3] 375/3
407/14 407/15
unnecessary [1]
348/18
unplanned [1] 367/7
unrolled [2] 409/7
409/10
unscreened [2] 385/6
385/12
until [10] 291/7 339/5
339/25 349/3 350/3
360/16 373/12 386/2
386/4 407/9
unusual [1] 326/21
unwelcome [1] 375/14
up [93] 259/25 260/21
261/6 262/7 269/5
269/24 271/15 271/17
283/11 290/18 290/21
294/17 295/11 295/16
296/4 296/5 296/12
298/1 300/22 305/5
307/16 307/18 307/22
307/23 308/5 308/9
308/11 308/13 309/14
310/10 311/14 312/24
314/10 317/21 317/25
318/14 320/24 320/25
321/2 321/11 321/20
321/21 321/23 323/14
323/23 324/20 325/5
325/9 325/12 327/25
333/3 333/12 334/20
337/6 339/7 344/16
347/1 351/21 352/10
353/11 354/23 356/3
358/14 360/11 363/15
363/22 371/24 372/18
374/13 374/16 376/20
378/20 380/5 380/11
381/12 382/13 386/25
386/25 387/1 387/21
390/19 391/5 394/17
394/17 396/1 396/5
398/2 399/1 401/22
403/8 403/10 409/5
410/7
upgraded [1] 268/17
upload [4] 291/8
291/23 292/2 318/25
uploaded [1] 371/9
upon [1] 370/18
Upper [3] 381/23
390/10 407/11
upside [1] 301/1
upside-down [1] 301/1
upstanding [1] 265/23
upward [1] 334/3
us [47] 289/16 295/1
295/3 295/20 295/20
298/1 299/21 299/24
303/10 305/6 305/6
305/13 306/3 306/24
314/24 315/3 316/3
322/18 322/19 322/19
328/13 331/5 334/8
335/11 336/17 337/21
338/13 338/13 345/1

355/20 356/1 357/3
359/8 360/13 362/13
364/9 364/21 365/2
365/3 366/2 367/10
367/24 377/2 377/4
USAfx [2] 371/9 411/13
USAO [2] 251/13
251/17
usdoj.gov [2] 251/15
251/20
use [8] 305/8 350/22
391/7 391/20 403/13
403/16 403/22 409/24
used [6] 276/24 283/21
306/23 317/19 348/18
369/2
user [2] 273/9 347/5
using [2] 403/17
403/22
usual [1] 277/22
usually [1] 288/3
UTC [1] 348/3

**V**

vague [2] 362/9 369/23
validly [1] 393/15
value [1] 258/15
values [1] 263/9
vandalism [2] 348/1
367/2
vantage [2] 319/21
348/12
variety [2] 313/19
349/12
various [4] 301/23
303/6 316/22 318/8
vehicle [1] 313/14
vendor [2] 281/22
282/16
veracity [2] 256/4
265/18 265/21
verb [1] 401/3
verbal [8] 304/13
305/18 306/6 332/5
342/6 350/23 350/23
365/7
verbally [3] 332/5
334/25 337/15
verdict [3] 372/3 392/3
410/24
verify [1] 271/12
version [1] 383/10
versus [1] 254/4
very [37] 264/4 264/7
265/13 266/4 267/16
286/8 287/17 290/24
303/14 306/3 306/3
306/7 307/19 310/9
312/3 312/8 314/19
326/20 340/24 342/11
345/1 346/19 346/24
355/18 357/6 360/5
362/9 365/14 366/3
378/25 385/14 387/23
397/13 399/25 410/1
410/19 411/9
vests [1] 359/4

Vice [3] 375/1 382/19
408/15
vicinity [1] 314/13
334/1 381/23
video [72] 288/21
288/22 291/20 291/22
292/1 306/13 307/24
310/20 311/2 319/2
321/17 322/1 323/16
324/8 324/10 324/12
324/22 325/7 327/8
327/22 328/2 328/6
328/14 328/17 328/21
329/2 329/6 329/9
329/19 330/3 330/6
330/21 331/4 332/21
333/17 339/6 339/9
340/1 340/13 340/18
342/21 343/2 343/5
344/1 344/9 344/18
346/13 348/25 349/2
349/4 349/21 350/2
350/5 350/11 352/12
352/14 354/10 354/25
355/1 355/2 358/23
359/4 360/17 360/22
377/24 379/21 390/23
390/25 396/14 396/20
402/1 406/19
videos [31] 283/2
283/4 294/10 296/10
303/21 303/24 305/4
307/5 308/23 310/5
310/7 316/24 318/24
319/2 319/10 319/20
319/22 343/15 345/10
377/17 388/22 392/13
392/13 392/18 393/9
397/17 398/14 398/15
401/15 404/12 405/3
videotape [1] 291/25
videotaping [2] 311/5
393/5
view [10] 282/22
282/22 285/9 336/5
348/11 350/12 378/13
394/11 402/14 408/14
viewed [1] 263/24
viewers [1] 291/8
viewing [2] 294/4
370/19
views [2] 278/2 405/1
violence [5] 326/5
330/18 406/1 406/6
408/4
violent [7] 277/18
379/15 387/4 387/8
405/21 406/4 408/7
violently [1] 383/2
visibly [1] 351/7
visit [1] 382/19
visual [1] 324/7
vocal [3] 294/8 294/11
294/13
voice [2] 259/25
280/15
volume [1] 385/1

voluntarily [4] 326/13
340/4 340/21 341/5
vote [3] 278/9 387/18
388/9
vs [1] 251/5

**W**

wait [1] 372/2
waiting [3] 323/2
340/13 408/2
walk [13] 281/13
299/21 299/24 301/6
305/2 325/2 337/7
346/22 354/12 354/17
354/21 375/23 382/10
walked [16] 294/21
296/4 296/8 296/12
305/5 322/23 323/23
324/1 324/1 326/25
346/12 356/1 356/1
407/7 409/25 410/8
walking [24] 280/22
281/1 281/2 281/3
281/6 281/10 281/11
284/11 285/24 292/25
298/1 302/2 302/7
302/21 303/3 307/13
322/5 326/23 354/14
355/21 355/24 396/7
399/14 401/8
walks [3] 380/22 390/8
402/1
wall [5] 300/23 353/23
354/3 354/13 354/19
wallet [10] 312/4 312/8
312/9 312/14 312/21
312/22 313/2 313/7
313/17 402/10
walls [1] 297/19
wand [36] 307/7
307/13 308/18 309/10
309/16 310/2 310/9
310/13 310/23 311/3
311/5 311/21 314/3
315/5 316/15 320/22
323/9 323/20 324/7
324/15 373/16 374/14
374/19 375/20 389/25
390/1 390/12 391/6
402/3 402/13 403/15
403/18 409/21 409/25
410/6 410/7
wandered [3] 301/17
306/1 322/24
wandering [1] 330/1
want [22] 261/16
279/10 279/22 293/22
298/4 298/4 309/23
314/12 326/9 330/17
330/19 341/7 351/19
366/23 370/12 372/2
372/8 378/18 379/17
382/10 383/6 389/24
wanted [4] 271/11
289/21 303/16 321/5
wants [2] 383/15
383/18
was [473]

W

**Washington [21]** 251/5
251/18 251/23 252/5
275/18 276/12 276/16
276/19 279/10 279/17
279/19 283/21 285/25
293/6 317/8 319/1
319/8 319/15 361/25
365/20 376/1
**wasn't [37]** 281/11
281/11 288/5 288/11
288/16 290/4 291/15
293/11 299/16 299/25
300/10 302/25 307/24
326/12 338/12 345/7
352/6 361/11 362/4
363/11 364/21 365/7
369/19 381/19 382/22
383/5 390/20 391/4
391/5 394/2 396/11
396/18 398/24 399/4
404/19 407/9 410/13
**watch [4]** 277/16 341/7
378/5 389/19
**watched [4]** 379/15
383/2 390/25 394/4
**watches [3]** 379/3
379/4 379/5
**water [2]** 266/22
266/23
**waved [1]** 409/7
**waving [3]** 333/14
389/16 409/11
**way [74]** 259/5 265/3
267/9 275/22 281/19
284/5 284/13 284/24
285/6 285/13 286/17
294/17 299/17 302/5
305/9 305/9 307/4
309/13 311/14 317/5
317/11 317/11 319/3
321/1 321/3 325/10
325/13 326/4 326/9
327/2 327/3 327/20
329/21 331/11 336/7
336/23 337/4 338/8
340/21 341/2 341/5
341/9 346/15 349/19
350/17 352/9 354/4
359/9 361/7 363/23
366/7 369/12 374/4
376/7 376/8 376/10
383/14 385/10 387/21
388/18 392/24 394/10
396/23 397/9 397/16
401/23 403/12 403/23
405/5 405/5 405/8
409/15 410/7 410/15
**ways [1]** 387/5
**we [212]**
**we believe [1]** 256/7
**we will [4]** 320/5
335/17 371/1 411/9
**we'd [3]** 370/15 372/23
401/17
**we'll [13]** 255/5 256/14
266/12 271/25 274/4
281/4 284/17 286/16

**we're [29]** 255/12
255/15 255/22 259/21
264/4 265/12 273/14
273/23 275/20 278/1
301/11 301/18 327/2
329/20 333/1 334/22
335/4 335/19 335/22
338/14 357/5 357/5
360/7 362/15 372/14
373/17 377/24 400/23
405/25
**we've [15]** 263/14
275/8 282/1 283/2
283/4 285/21 294/21
301/12 301/15 303/21
316/22 326/23 375/23
377/18 401/15
**wealthiest [1]** 338/6
**weapon [2]** 281/15
356/13
**weapons [4]** 281/16
356/11 356/16 356/18
**wear [3]** 283/20 283/24
391/18
**wearing [5]** 283/8
283/9 284/1 284/5
284/8
**weather [3]** 283/11
283/22 409/14
**weatherproof [1]**
283/23
**website [1]** 271/13
**Wednesday [3]** 327/23
328/15 329/4
**weekday [1]** 276/8
**welcome [7]** 256/19
265/20 266/6 266/21
274/25 372/14 386/20
**welcomed [1]** 386/17
**well [50]** 255/1 257/24
259/1 268/24 269/5
269/25 278/5 286/4
300/14 300/17 300/19
301/18 311/7 313/20
314/11 314/15 315/4
315/7 316/17 317/20
319/23 330/15 341/4
343/25 353/11 353/17
362/6 366/12 367/7
371/13 371/16 371/19
376/16 380/15 383/4
383/18 384/22 386/5
387/13 387/25 388/2
389/1 392/18 393/17
394/3 395/2 395/6
396/10 402/5 404/16
**well-aware [1]** 383/4
**went [26]** 284/7 290/8
292/15 296/9 299/11
299/25 306/7 314/4
314/6 314/17 319/7
326/15 349/16 356/5
361/16 362/11 362/13
374/25 385/20 395/22
397/8 397/20 397/24
400/14 408/10 409/3

**weren't [15]** 265/7
280/11 324/1 326/1
326/17 332/11 337/19
353/17 359/18 360/2
365/2 366/2 378/6
378/6 396/3
**west [2]** 376/11 376/15
**what [170]**
**what's [14]** 268/21
272/16 273/22 289/22
306/24 308/21 313/5
315/17 315/25 316/3
324/12 344/25 373/20
385/4
**whatever [16]** 254/16
288/9 290/14 295/12
295/14 298/11 304/5
304/8 306/9 309/6
343/10 346/11 358/11
359/16 393/25 397/23
**when [81]** 264/25
271/14 277/4 279/25
280/2 280/3 280/18
284/23 290/7 291/22
291/25 296/9 296/14
296/18 296/24 297/4
299/25 300/25 301/21
304/21 305/22 306/16
310/19 310/24 312/8
313/14 315/4 317/4
317/25 318/17 322/8
322/9 326/15 327/17
331/9 331/13 332/9
334/6 334/22 336/6
336/10 341/19 344/3
347/25 348/5 348/16
348/23 350/15 356/5
364/18 367/1 374/24
379/3 381/18 382/2
383/16 385/11 385/11
385/12 390/10 390/20
394/20 395/6 395/24
396/12 396/23 397/1
397/7 397/17 398/10
398/14 399/14 400/15
400/16 400/17 400/22
404/6 404/14 407/5
409/5 409/6
**whenever [2]** 263/23
407/13
**where [85]** 266/9 268/7
273/1 278/12 280/2
280/9 280/18 284/15
285/12 285/16 286/21
288/8 288/11 288/16
294/16 296/2 296/25
298/14 298/25 300/21
301/8 302/22 303/21
303/22 306/2 307/6
308/9 309/8 310/2
318/24 321/19 321/21
323/22 324/1 324/7
324/25 328/24 329/20
333/3 338/3 340/11
340/24 342/6 342/21
343/2 345/4 347/12
353/23 353/24 354/2

357/21 358/6 365/19
366/25 367/14 367/20
369/24 376/13 377/13
378/13 378/25 379/25
380/16 380/18 381/23
385/9 389/20 390/19
390/25 393/6 393/7
393/7 393/8 393/23
394/8 397/15 397/22
399/17 403/1 403/6
407/16 409/9
**whether [18]** 288/13
288/17 324/2 332/4
335/23 341/9 342/4
352/7 353/18 356/15
356/18 369/22 377/4
385/25 386/9 408/3
409/23 410/5
**which [24]** 254/24
259/13 265/20 270/10
270/16 275/9 280/6
294/16 301/13 313/11
342/7 348/25 362/15
371/21 376/20 379/18
389/18 392/2 393/4
395/15 405/2 405/9
409/14 411/13
**whichever [1]** 394/6
**while [21]** 273/5
286/23 287/23 297/4
303/3 304/17 314/16
314/21 315/1 318/9
369/12 374/12 384/5
385/24 396/7 401/25
402/17 403/10 404/21
407/22 408/1
**whipped [2]** 344/22
346/14
**White [1]** 400/13
**White House [1]**
400/13
**who [36]** 254/18 256/3
256/5 259/16 274/17
274/19 299/15 299/18
303/9 306/3 316/8
318/15 331/14 349/15
349/19 350/17 351/7
352/9 359/7 375/5
376/18 377/11 377/22
383/12 383/19 384/4
394/4 394/16 395/21
395/25 396/13 396/17
396/24 397/20 403/17
404/2
**who's [6]** 259/15 301/8
347/17 361/5 361/6
397/13
**whoever [1]** 292/2
**whole [5]** 349/11
357/24 362/17 384/5
399/22
**whom [1]** 331/21
**why [44]** 274/1 281/2
283/19 288/1 295/5
298/18 299/8 300/25
301/4 304/25 306/13

307/18 308/5 308/13
309/2 309/2 310/1
322/17 323/8 329/24
330/11 334/15 334/21
336/8 337/23 339/3
339/21 339/23 340/16
342/13 345/20 353/6
354/8 359/18 360/2
361/25 364/10 368/5
368/10 368/18 372/6
373/17 391/24 395/12
**wide [2]** 350/10 381/13
**wildlife [2]** 275/9
275/11
**will [30]** 254/19 255/5
256/2 256/3 256/5
256/9 256/9 258/22
264/14 273/7 275/20
288/3 291/7 291/22
312/15 312/20 318/4
319/14 320/5 335/17
335/17 360/13 364/15
371/1 399/10 405/13
411/9
**willful [2]** 400/6 401/19
**willfully [2]** 388/12
400/5
**William [3]** 252/2 412/2
412/8
**willing [1]** 408/19
**wind [2]** 331/11 364/23
**window [18]** 297/19
298/5 298/10 298/13
351/12 351/19 351/20
352/2 352/21 353/9
353/23 353/23 354/4
354/5 354/13 354/20
379/7 379/12
**windows [23]** 298/19
350/8 350/10 351/5
351/6 351/8 351/9
352/23 353/1 353/1
353/4 366/5 366/16
373/6 379/1 379/5
381/7 381/13 383/1
383/4 387/6 388/17
406/24
**wing [3]** 378/25 380/18
389/21
**wish [1]** 349/7
**withdraw [9]** 295/1
299/20 334/19 335/6
335/24 336/10 337/16
337/21 399/9
**withdrawing [3]** 295/6
335/11 336/12
**withdrawn [9]** 285/19
289/5 335/14 335/17
335/20 336/16 336/25
337/7 360/7
**withdrew [4]** 289/15
335/23 337/18 358/11
**within [8]** 355/5 357/10
357/25 376/16 384/22
384/23 385/17 403/9
**without [5]** 291/21
305/2 330/11 385/18

**W**

**without...** [1] 395/16
**witness** [13] 253/2
254/16 254/20 255/16
255/17 256/13 256/17
257/2 266/18 267/1
323/2 326/5 332/3
**witnessed** [3] 295/2
330/18 334/6
**witnesses** [2] 253/4
370/4
**witnessing** [1] 388/15
**won't** [1] 383/9
**wondering** [1] 326/22
**wooden** [1] 351/11
**word** [2] 369/2 404/18
**words** [3] 375/9 383/24
403/7
**wore** [1] 409/12
**work** [13] 259/11 261/3
261/22 262/3 262/8
262/18 262/25 263/3
263/5 272/7 275/5
275/5 375/6
**work-related** [1] 272/7
**worked** [2] 262/10
262/12
**working** [9] 259/9
261/1 272/10 272/14
272/22 293/11 394/19
397/3 406/10
**works** [1] 291/20
**world** [2] 261/23
261/25
**worth** [2] 254/22 399/7
**would** [94] 259/8
260/25 262/2 262/24
265/8 265/21 273/10
274/6 276/6 276/21
276/22 277/20 277/25
278/4 278/14 279/1
279/3 292/2 292/5
292/11 297/7 298/10
298/15 299/16 300/7
301/2 308/19 309/11
310/12 310/14 310/17
319/18 322/15 323/22
323/25 324/17 326/14
327/18 329/5 332/7
335/10 335/13 342/22
346/16 347/15 350/1
351/16 351/22 351/24
355/2 357/15 359/19
360/3 363/8 363/9
364/15 365/23 369/14
369/17 370/15 371/14
371/23 375/22 379/19
389/5 393/10 395/5
396/12 396/19 397/16
398/16 398/19 399/5
399/14 399/18 400/7
400/13 400/18 400/19
401/3 401/5 402/9
402/15 402/15 403/3
403/7 403/10 404/23
405/14 406/18 406/20
406/25 408/21 409/8
**wouldn't** [4] 324/4

**write** [1] 368/18
**wrong** [9] 315/15
349/25 355/20 357/7
361/10 361/10 394/3
395/8 404/20
**wrote** [4] 334/22
363/25 364/20 365/1

**Y**

**y'all** [4] 278/4 328/24
329/16 329/23
**y'all's** [1] 336/23
**yeah** [9] 262/13 341/11
343/5 344/15 347/24
366/25 371/14 371/23
396/1
**year** [3] 262/19 263/14
274/21
**years** [8] 254/23
267/23 268/15 268/25
275/2 282/10 345/13
376/9
**yelled** [1] 335/19
**yelling** [2] 393/7
401/14
**yellow** [1] 281/25
**Yep** [1] 338/20
**yes** [149] 255/20 258/5
258/6 258/7 259/5
259/6 261/2 262/10
263/6 266/6 267/14
267/20 269/3 269/7
270/5 270/20 271/9
271/18 271/24 272/9
272/17 272/21 273/13
273/19 274/18 275/4
275/16 275/19 276/16
278/6 278/11 280/1
281/20 282/2 282/5
283/6 283/10 283/16
283/18 283/25 284/14
284/22 287/20 287/22
288/23 289/2 290/10
290/16 290/19 291/16
292/23 293/16 293/18
296/11 299/10 300/16
301/7 301/23 303/2
303/5 303/20 303/20
303/25 304/5 305/19
307/8 307/11 307/15
307/17 308/12 309/1
310/22 312/1 312/10
312/12 312/17 313/22
313/24 314/23 315/10
316/11 316/14 316/19
316/21 316/25 317/2
317/17 318/5 318/11
318/22 319/4 319/12
320/20 321/3 321/7
321/10 322/2 323/21
323/24 325/1 325/11
327/11 327/13 328/12
328/18 329/1 329/7
329/15 329/18 329/22
331/1 332/25 333/7
334/1 334/12 335/21
338/24 339/2 339/14

347/14 347/16 347/21
347/23 348/4 351/8
351/10 351/15 352/18
353/25 354/18 355/4
355/7 358/18 358/20
360/21 361/18 361/22
364/1 366/6 366/22
368/21 371/2 371/13
372/16 372/22 411/2
**yesterday** [1] 255/15
**yet** [5] 335/14 340/25
380/7 381/18 386/9
**York** [1] 251/14
**you** [958]
**you know** [10] 261/15
277/13 280/15 290/25
298/21 300/21 317/9
359/13 360/6 365/13
**you'll** [1] 378/5
**you're** [32] 264/6 266/6
273/5 278/4 291/12
295/24 297/4 301/6
302/2 303/3 307/13
319/16 324/12 324/25
327/1 332/1 336/10
337/9 341/18 350/24
352/23 354/12 354/16
354/16 354/19 355/5
358/4 368/20 379/7
391/15 403/11 411/8
**you've** [10] 264/18
273/6 275/2 293/17
314/3 390/25 391/16
398/14 398/14 401/21
**young** [1] 260/17
**your** [183]
**Your Honor** [92] 254/2
254/12 255/2 255/7
255/8 255/9 255/18
255/22 256/14 256/21
265/12 266/3 266/8
266/11 270/23 292/10
310/16 312/20 313/3
315/22 315/23 364/2
364/4 368/6 368/12
370/5 370/13 371/17
371/25 372/1 372/10
372/16 372/20 373/19
375/9 375/23 377/2
377/3 377/17 377/25
378/5 379/11 379/13
379/23 380/20 381/12
381/21 382/2 382/8
382/14 383/6 383/7
383/11 383/14 383/21
383/25 384/7 384/8
385/4 386/6 386/22
387/16 387/23 388/3
388/8 389/17 389/24
390/2 390/12 390/24
391/2 391/12 391/21
391/25 392/3 392/7
392/9 392/10 393/10
393/19 394/14 394/24
396/8 402/9 403/25
404/23 405/15 405/18
409/17 410/17 411/2

**Your Honor's** [1]
372/21
**yourself** [4] 272/13
298/18 344/1 352/16

**Z**

**Zaremba** [3] 252/2
412/2 412/8
**zero** [2] 308/18 325/23
**zipped** [1] 311/13
**zoom** [1] 347/9