IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )       CR No. 21-411-1
                                    )       Washington, D.C.
          vs.                       )       May 3, 2023
                                    )       3:00 p.m.
STEWART PARKS,                      )
                                    )       Day 3
          Defendant.                )
_____)


TRANSCRIPT OF BENCH TRIAL VERDICT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Benet Kearney
                            DOJ-USAO
                            One Saint Andrew's Plaza
                            New York, NY 10007
                            (212) 637-2260
                            Email: benet.kearney@usdoj.gov

                            Joseph Hutton Marshall
                            USAO
                            601 D Street NW
                            Washington, D.C. 20001
                            (202) 252-6629
                            Email:
                            joseph.hutton.marshall
                            @usdoj.gov

For the Defendant:          John L. Machado
                            LAW OFFICE OF JOHN MACHADO
                            503 D Street, NW
                            Suite 310
                            Washington, D.C. 20001
                            (703) 989-0840
                            Email: johnlmachado@gmail.com

APPEARANCES CONTINUED:

Court Reporter:                      William P. Zaremba
                                     Registered Merit Reporter
                                     Certified Realtime Reporter
                                     Official Court Reporter
                                     E. Barrett Prettyman CH
                                     333 Constitution Avenue, NW
                                     Washington, D.C. 20001
                                     (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.  The Honorable
3    Amit P. Mehta presiding.
4              THE COURT:  Good afternoon.  Please be seated,
5    everyone.
6              COURTROOM DEPUTY:  Good afternoon, Your Honor.
7    This is Criminal Case No. 21-411-1, United States of America
8    versus Stewart Parks.
9              Benet Kearney for the government.
10             John Machado for the defense.
11             The defendant is appearing in person for these
12   proceedings.
13             THE COURT:  Okay.  Good afternoon again, everyone.
14             So anything anybody wants to discuss before we
15   proceed?
16             MS. KEARNEY:  Nothing from the government,
17   Your Honor.
18             MR. MACHADO:  Nothing from the defense,
19   Your Honor.
20             THE COURT:  Okay.  All right.
21             So let me go ahead and let me deliver the verdict.
22             So the government has accused Mr. Parks of
23   offenses relating to the events of January 6th, 2021 at the
24   U.S. Capitol Building.
25             The government alleges that on January 6th,
```

1    Mr. Parks knowingly entered or remained in a restricted
2    area, the U.S. Capitol Building and its grounds, and that
3    while there, he engaged in disorderly or disruptive conduct.
4         The government further contends that Mr. Parks
5    intended to and, in fact, did impede Congress's official
6    functions, the certification of the 2020 Presidential
7    election, as well as other governmental functions, including
8    the Secret Service's protection of the Vice President and
9    the U.S. Capitol Hill Police's protective and law
10   enforcement responsibilities.
11        The government also alleges that Mr. Parks
12   paraded, demonstrated, and picketed in the Capitol Building.
13        Finally, the government alleges that Mr. Parks
14   stole government property, that is, a handheld metal
15   detector wand.
16        Mr. Parks is charged with five separate offenses:
17   One, entering and remaining in a restricted building or
18   grounds; two, disorderly and disruptive conduct in a
19   restricted building or grounds; three, disorderly conduct in
20   a Capitol Building; four, parading, demonstrating, or
21   picketing in a Capitol Building; and five, theft of
22   government property.
23        The Court makes the following findings of fact:
24        Prior to January 6th and on the day itself and
25   according to Inspector Lanelle Hawa of the U.S. Secret

1  Service, whose testimony the Court credits, the U.S. Capitol

2  police had established a security perimeter for the

3  certification of the Electoral College vote.  That perimeter

4  is set forth in Exhibit 101.

5          According to Lieutenant George McCree, whose

6  testimony the Court also credits, the security perimeter was

7  visible and established with bike racks, snow fencing, and

8  area-closed signs affixed to bike racks and snow fencing.

9          He testified that no demonstrations were

10  authorized within the secure perimeter.  The building itself

11  was closed to the public.

12          Lieutenant McCree also testified that as a result

13  of rioters having entered the Capitol Grounds, the bike

14  racks and snow fencing had been knocked down and moved out

15  of the way.  He could not say precisely when that would have

16  occurred.

17          The Vice President, Vice President Pence, who was

18  to preside over the certification proceedings and his family

19  arrived at the U.S. Capitol at 12:30 p.m. on January 6th.

20  The Vice President and his family were protectees of the

21  U.S. Secret Service.

22          The proceeding began at 1:00 p.m. in the House

23  chamber.  After an objection was lodged to the first state's

24  Electoral votes, the Houses split and retired to their

25  respective chambers.

1    Vice President Pence briefly presided over the

2    Senate debate and then went into this office.  Inspector

3    Hawa testified that sometime after 1:15 p.m., she began to

4    hear radio transmissions indicating large crowds were

5    gathering outside the Capitol Building.  Eventually she

6    learned that the building had been breached.  The decision

7    was then made to move Vice President Pence and his family to

8    a secure location.  That occurred at approximately

9    2:25 p.m., as shown in Exhibit 211.

10    Lieutenant McCree further testified that the first

11    breach of the Capitol Building itself took place at

12    2:13 p.m.  Congress was forced to recess its proceedings,

13    which he personally witnessed occur in the House chamber.

14    He observed the evacuation of the House chamber and the

15    moving of members of Congress to secure locations.  He also

16    supervised the process of locking down the chambers and

17    barricading its doors to prevent entry.  He described the

18    moment as chaotic and intense.  He said there was fear among

19    members of Congress.  He personally could hear rioters

20    chanting in the hallway, banging on doors, and breaking

21    glass.

22    According to Inspector Hawa, the Vice President

23    remained at the secure location until later that evening for

24    approximately five hours.

25    Inspector Hawa testified that it was not advisable

1    to bring Vice President Pence back to either the House or

2    Senate chambers until the building had been cleared.  The

3    certification proceedings resumed sometime after 8:00 p.m.

4              Mr. Parks left his home in Nashville, Tennessee

5    for Washington, D.C. on the morning of January 6th to attend

6    the Stop the Steal event with his longtime friend and

7    co-defendant, Matthew Baggott.  Their flight arrived in

8    Maryland around 10:00 or 11:00 a.m.  They rented a car and

9    drove to downtown D.C.  By the time they had arrived at the

10   Ellipse that morning, then-President Trump's speech was

11   concluding.  Parks and Baggott then walked to the Capitol.

12             According to Mr. Parks, he understood that there

13   would be further events at the Capitol Building,

14   including -- well, at the Capitol, including political

15   speeches, but he did not know precisely where those events

16   would occur.

17             Mr. Parks and Mr. Baggott arrived at the

18   Capitol Grounds sometime before 1:45 p.m.  Mr. Parks'

19   Instagram Story, that's Exhibit 531, shows that, upon

20   arriving, he and Mr. Baggott moved their way toward the

21   Lower West Terrace.

22             At first, the Instagram Story shows that he and

23   Mr. Baggott were well back in the crowd, were surrounded by

24   a sea of people when they began walking toward the

25   Capitol -- excuse me, that they were back in the crowd.

1    Still even from that location, he posted a video as part of

2    his Instagram Story captioned, "They're gassing us."  That's

3    Exhibits 528 and 530.  At this location, Mr. Parks already

4    was in the restricted security perimeter.

5           By approximately 1:43 p.m., Mr. Parks and

6    Mr. Baggott had made their way to the front of the crowd

7    right before the West Terrace, Lower West Terrace plaza,

8    eventually positioning themselves about two to three rows

9    behind the police line, securing the Lower West Terrace.

10          Mr. Parks can be seen holding a Gadsden flag

11   straight up in the air, which reads, "Don't Tread on Me."

12   That's Exhibits 201 and 301.  The flag, which Mr. Parks

13   testified he purchased that day, has been recognized as a

14   symbol of the American Revolution.

15          The Instagram video which Mr. Parks recorded and

16   uploaded, that is 531, clearly shows line of police officers

17   and bike racks.  Mr. Baggott and Mr. Parks are speaking on

18   the video, or you can see them speaking and gesturing toward

19   the building.

20          Mr. Parks and Mr. Baggott then made their way

21   toward the scaffolding that had been erected for the

22   inauguration.  That's Exhibit 407.

23          There was a police line to prevent people

24   initially from entering the scaffolding area, but that broke

25   as a result of the skirmish between rioters and officers.

1   It's not clear where Mr. Parks was standing at that time and

2   whether he saw that skirmish transpire.  But what is clear

3   is that the scene is pure chaos; hundreds of people crammed

4   together screaming and pushing toward the scaffolding.

5         As they are approaching the scaffolding,

6   Mr. Parks, again, holding the Gadsden flag straight up in

7   the air -- excuse me, is holding the Gadsden flag straight

8   up in the air, they entered the covered scaffolding.  You

9   can see Mr. Parks and Mr. Baggott slip under a portion of

10   the scaffolding where there are less people, which allowed

11   them to walk up a set of stairs.  This is Exhibit 407.

12         It is not clear exactly what time Mr. Parks

13   entered the scaffolding.  The video evidence does not

14   include time stamps.  The video, however, as I noted, shows

15   the scene to be complete chaos.  People are climbing on the

16   scaffolding, pushing up the stairs, they're screaming,

17   "Fight for Trump."  People are also shouting at various

18   point in time, "Traitors.  This is our building and this is

19   our house."

20         Beyond a wooden barrier that can be seen about

21   halfway up the stairs, there are direct altercations between

22   police and rioters beyond that wooden barrier.  It's not

23   clear if Mr. Baggott -- excuse me, Mr. Parks would have seen

24   this.  He testified that he did not.

25         The video from inside the scaffolding shows

1    Mr. Parks clearly in the thick of the crowd.  Mr. Parks and

2    Mr. Baggott eventually make their way to the top of the

3    stairs from where Mr. Parks can see a line of police

4    preventing further progress from the top of the stairs.  The

5    video shows Mr. Parks facing the police.  This is Exhibit

6    407 at the 8:24 counter mark.

7         Within seconds of the time they appear on that

8    video, the video also shows rioters throwing items at the

9    police, pulling back a bike rack, and police using their

10   batons to maintain the police line.  The crowd had clearly

11   grown unruly by that point.

12        About a minute later, the video, same video, pans

13   over, and you can see Mr. Baggott reaching toward the white

14   tarp that's covering the scaffolding while Mr. Parks watches

15   him.  It would appear from the video that Mr. Baggott is

16   trying to take the tarp down.

17        Mr. Parks remains inside the scaffolding area,

18   observing the scene for another -- for at least ten minutes

19   total, from the time he entered to the time that they begin

20   proceeding up a set of stairs.

21        The entire scene from that ten-minutes video shows

22   the entire crowd descending in complete chaos.  There's no

23   doubt in my mind that Mr. Parks would have witnessed at

24   least some of these events from where he was situated that

25   day.

1          At some point while underneath the scaffolding,

2     Mr. Parks takes a video that ends up in his Instagram Story

3     with the caption, "We're getting in."  In that very video,

4     we see multiple lines of police officers preventing rioters

5     from moving up the stairs.  Later in the video, people have

6     moved up to the tops of the stairs.  You can actually see a

7     rioter throwing an object at the police officers in the

8     video.

9          At 2:09 p.m., the police line at the northwest

10    stairs, or at those stairs, broke.

11          One minute later at 2:10 p.m., CCTV footage,

12    Exhibit 301, shows Mr. Parks and Mr. Baggott walk up the

13    stairs or turn the corner and begin walking up the stairs.

14    Mr. Baggott is seen pumping his fist into the air, and

15    Mr. Parks walks behind him with a large yellow -- with his

16    Gadsden flag pointed straight up in the air.

17          The two walk through the Upper West Terrace and

18    can be seen walking briskly, if not running, toward the

19    Senate wing door.  During this time, Mr. Parks has the flag

20    up and waves his flag as he is running untoward the Capitol

21    Building.  This is Exhibit 410.

22          Two minutes later at 2:12 p.m., CCTV footage, it's

23    Exhibit 206 from inside the Capitol Building, shows rioters

24    breaking windows and entering the Capitol through the west

25    wing door.  At the 34-second mark of the video, you can see

1    Mr. Baggott and Mr. Parks in the video -- in the left

2    window -- to the window that is to the left of the Senate

3    wing door.  Mr. Parks has a phone in hand and appears to be

4    recording.

5              Within two seconds of Mr. Parks moving out of view

6    from that left window, the window to the right of the Senate

7    wing door is smashed; one person using a riot shield to

8    smash the window, another using a 2-by-4.  Mr. Parks would

9    have seen all of this transpire based upon those two videos.

10   He admitted as much saying that he had seen people acting

11   "aggressively toward the building."

12             The first rioters enter at 2:30 p.m. through the

13   broken windows, and so do others.  Meanwhile, the window to

14   left of the Senate wing doors is smashed in.  There's little

15   doubt Mr. Parks would have seen all of this.  The door is

16   kicked open around 12:13 p.m. -- or at 12:13:32.

17             A mere 12 seconds later at 2:13:44, Mr. Baggott

18   and Mr. Parks enter through the broken Senate wing doors.

19   Mr. Baggott can be seen shooting something and pumping his

20   fist.  Mr. Parks' mouth is agape, appearing to shout as

21   well.  The flag at this point is facing downward while he

22   hangs on to Mr. Baggott.

23             Around 2:16 p.m., Mr. Parks and Mr. Baggott enter

24   the Ohio Clock Corridor.  This is Exhibit 208.  When they

25   enter the corridor, they can clearly see a line of officers

1   blocking further regress down the corridor.  Mr. Baggott can
2   be seen raising both of his arms in the air and pointing at
3   police appearing to shout at them.  Mr. Parks is right
4   behind him.  Within 35 seconds of entering the corridor,
5   they are nearly face to face with the line of police.
6   There's, in fact, only one person standing between them and
7   the police.

8          The video in Exhibit 408 shows people in the
9   police line yelling at the police, screaming at the police.
10  One rioter screaming, "You don't fucking want this.  We are
11  fucking mad.  This is our country."  Body-worn camera or
12  other videos shows another rioter who is feet away from
13  Mr. Parks saying repeatedly to an officer, "What is the
14  point of stopping us at this point?"  That's also 408.
15  Mr. Baggott is standing right next to and behind these
16  people, and Mr. Parks is right behind him.

17         Mr. Parks surely would have heard these people
18  speaking and their shouts and screams and words to the
19  police.  In fact according to Mr. Parks, he said these
20  people had a different philosophy than he did about how to
21  talk to police.

22         Mr. Baggott and Mr. Parks are at the front of the
23  line for over five minutes, or at the front of the police
24  line for over five minutes, when, at 2:22:38, another rioter
25  sets off a fire extinguisher.  At this point, according to

1    Mr. Parks, he knew he shouldn't be inside the Capitol, and

2    Mr. Parks and Mr. Baggott finally leave the Ohio Clock

3    Corridor.

4           As I said, according to Mr. Parks during his

5    testimony, he sought -- "he actively" -- those were his

6    words -- "actively sought out a way out of the building."

7           Around 2:25 p.m., Mr. Parks and Mr. Baggott appear

8    again inside the Senate wing doors, where they initially

9    entered.  Exhibit 210.

10          Mr. Parks is seen visibly shaking the flag in his

11   right hand.  He's holding on to Mr. Baggott.  They do not

12   walk toward the doors.  In fact, they actually move to the

13   side of the hallway away from the doors.

14          Mr. Parks and Mr. Baggott then walk up the

15   Memorial door stairs toward the House Rotunda.  They

16   continue through Statuary Hall toward the entrance of the

17   House chamber.  Mr. Parks has his flag upright over his

18   right shoulder as they are walking through Statuary Hall.

19   That's Exhibits 425 and 426.

20          At 2:31 p.m., Mr. Parks and Mr. Baggott are seen

21   walking down what I think is called the Will Rogers hallway,

22   making their way past other rioters.

23          Soon they would confront another line of officers.

24   Mr. Baggott and Mr. Parks can be seen moving through the

25   crowd toward the police.  As the two make their way to the

1  front of the crowd, Mr. Baggott is yelling and pointing his

2  hand at officers toward the police line.  Mr. Parks is

3  standing right behind him with the flag upright.

4        Around 2:35 p.m., Mr. Parks and Mr. Baggott are

5  then just two to three rows of people away from the police

6  line when a confrontation breaks out between an officer and

7  a rioter.  A large crowd has filled in behind them at this

8  point.

9        At 2:35:48, they can see the altercation happening

10  between the police officer and the rioter right in front of

11  them.

12        Seconds later at 2:36 p.m., that is five minutes

13  after they first appear on the video, the crowd pushes

14  forward and breaks the police line.  This is Exhibit 217.

15        Mr. Parks and Mr. Baggott then enter the hallway

16  that is in front of the House chamber, in a video that is

17  4:26, shows them among the crowd of boisterous people who

18  are attempting to enter the hallway that leads to the door

19  of the House chamber.  This is the same door that Vice

20  President Pence had entered about 90 minutes earlier.

21        At 2:45:32 p.m., Mr. Parks walks toward the Upper

22  House door and was steps away from exiting the Capitol.

23  Instead of leaving, he picked up a handheld metal detector

24  wand.  He then exchanged words with Mr. Baggott and puts the

25  wand down.  Seconds later, Mr. Parks picks up the handheld

1    metal detector again and exits the Capitol through the Upper

2    House door at about 2:46 p.m.  This is Exhibits 221 and 222.

3            At 2:48:30, about two and a half minutes after

4    they first left, Mr. Parks and Mr. Baggott return through

5    the Upper House door.  At this point, Mr. Parks is still

6    holding a metal detector wand and his yellow flag.  They

7    seem to wander around for a bit, they're talking to each

8    other, before they, again, exit at 2:49:38, roughly about a

9    minute after they entered.

10           The two, after leaving, return again through the

11   Upper House door at 2:50:35 seconds with Mr. Parks still

12   holding the handheld metal detector wand and his flag.

13           At 2:56:25 p.m., Mr. Parks and Mr. Baggott are

14   seen backing out of the Upper House door with Mr. Parks

15   clearly holding the handheld metal detector and yellow flag.

16           They return over two minutes later at 2:59 p.m.,

17   where Mr. Parks stands outside the front door or stands --

18   excuse me, outside the upper House door, recording the scene

19   inside the Capitol on his phone.  At this point, Mr. Parks

20   is no longer holding the metal detector in his hand.

21           They stand, that is, he and Mr. Baggott, stand

22   right outside the entrance for about two minutes.  Mr. Parks

23   peers in, and, as I said, he takes a video of the interior

24   of the Capitol, or appears to be taking a video of the

25   interior of the Capitol with his phone.

1              Mr. Parks is last seen walking away from the Upper

2       House door at around 3:01 p.m., so Exhibit 230.

3              Mr. Parks' Instagram Story that appears to be

4       taken of a video of the landing right outside the Upper

5       House door shows, this is Exhibit 531, some video, which is

6       captioned, "The party was fun until the SWAT showed up."

7              Around 8:18 p.m. on the evening of January 6th, an

8       individual on Instagram messaged Mr. Parks stating "Send me

9       the videos you deleted," and asking, "Did you delete

10      thinking you might get in trouble?"  Mr. Parks responds that

11      he was asleep on his couch in Nashville and "woke up to the

12      horrifying news that people got into the Capitol."

13      Mr. Parks then said to the individual, "You and me need to

14      get lunch sometime.  I have something on my phone I need to

15      show you."  And "If anyone asks, say I say sadly I wasn't

16      able to make it to D.C. this time."  That's Exhibit 508.

17             Around the same time, Mr. Parks messaged another

18      individual on Instagram saying, "Let's go out for lunch

19      sometime.  I have some things to show you.  Let's just say

20      this D.C. trip was more eventful than eighth grade trip

21      Ezell took us on," to which the individual replied, "It

22      fucking looked like it.  I'm glad you took those vids down

23      now because the FBI is hunting y'all."  This is Exhibit 509.

24             Around 11:00 p.m., Mr. Parks messaged another

25      individual on Instagram stating, "We ain't giving up.

1    No way in hell Biden is getting the presidency."  That's

2    Exhibit 513.

3         And then Mr. Parks deactivated his Instagram

4    account on January 10th of 2021 as shown in Exhibit 501.

5         Count 1 of the Superseding Information charges

6    Mr. Parks with entering or remaining in a restricted

7    building or grounds, in violation of 18 United States Code

8    1752(a)(1).  In order to find the defendant guilty of this

9    offense, I must find that the government proved each of the

10   following elements beyond a reasonable doubt.

11        First, the defendant entered or remained in a

12   restricted building or grounds without lawful authority to

13   do so; and, second, that the defendant did so knowingly.

14        There is no dispute here that Mr. Parks entered or

15   remained in a restricted building or grounds without lawful

16   authority to do so.  As Inspector Hawa and Lieutenant McCree

17   testified, the restricted perimeter was set up for

18   January 6th, and Mr. Parks was not supposed to be and he was

19   not authorized to be inside of it.

20        The question in dispute is whether he knew he was

21   there, that is, he was there without lawful authority to do

22   so; that is, with respect to the second element, that he was

23   knowingly inside a restricted building or grounds without

24   lawful authority to do so.  I am convinced beyond a

25   reasonable doubt that he did.

1          Even if he did not see the bike racks, snow

2   fencing, and signs when he first entered the restricted

3   area, he surely would have known he wasn't supposed to be

4   there, A, when he encounters pepper spray in the air, and,

5   B, as he approached the Lower West Terrace, he could see a

6   line of police officers, dozens of them, in fact, in front

7   of bike racks and officers on the inaugural stage.  This is

8   clear from the video contained in his own Instagram Story.

9          If it wasn't apparent then, it would have been

10  apparent underneath the scaffolding.  He would at least seen

11  a police line at the top of the stairs with bike racks in

12  front of the police.  He would have seen a chaotic scene in

13  which rioters were yelling at the police and throwing things

14  at the police.  His own Instagram Story shows that.  It

15  shows the police were attempting to keep people from going

16  beyond the top of the stairs.  He would have also seen from

17  his vantage point officers confronting rioters and rioters

18  attempting to pull bike racks away and using their batons to

19  beat them back.  He also saw his friend reaching for the

20  tarp, appearing to take it down.

21          If that were not enough, he also witnesses the

22  smashing of windows and people spilling into the Capitol

23  Building through the broken window.  He himself entered

24  through the door.  He saw no magnetometer, saw no police

25  presence.  Apparently, Mr. Baggott [sic] thought on that day

1    that the Capitol Hill police were content to let people in

2    without checking any of them for weapons, even though every

3    member of Congress and the Vice President of the

4    United States were inside.

5           He confronts yet a third line of police in the

6    Ohio Clock Corridor.  He, as I noted earlier, sees

7    aggressive verbal exchanges between rioters and police,

8    including Mr. Baggott himself and the police.

9           If that were not enough, he encounters yet a

10   fourth line of police officers attempting to keep people at

11   bay outside the Will Rogers hallway leading to the House

12   side of the building.  There, he remains for several

13   minutes, sees an altercation between a police officer and a

14   rioter, and then the line breaks as people push forward and

15   Mr. Parks and Mr. Baggott follow them forward.

16          Then after he has seen and witnessed all of this,

17   he doesn't just leave the building and stay outside.  No, he

18   comes back in two more times.  And even when he does finally

19   leave, he doesn't make a beeline for the perimeter, he

20   actually stops to have his picture taken on the steps.

21          I do find beyond a reasonable doubt that

22   Mr. Baggott knew he wasn't supposed to be there.  On the

23   night of January 6th in two separate Instagram message

24   exchanges in which a friend references his taking videos

25   down from Instagram, he does not deny it.  And he says in

1    effect we need to get together in person so that I can show

2    you the videos that I took.  And he says, "If anyone asks,

3    say sadly I wasn't able to make it to D.C. this time."  And

4    then he deletes his own account on January 10th.

5            These exchanges after January -- on the night of

6    January 6th and the deletion of his account on January 10th

7    supports the fact that he knew he wasn't supposed to be at

8    the Capitol on that day and he knew he had done something

9    wrong by being inside the Capitol that day and on the

10   Capitol Grounds.

11           Mr. Parks' defense is essentially that he did not

12   know, he did not know that he wasn't supposed to be there.

13           The testimony, at best, and to be charitable, was

14   not credible.  At worst, it was a complete and utter

15   fabrication.  Where to even begin.

16           The defense rested on the contention he was there

17   looking for scheduled events inside the building, and

18   because the police did not say anything directly to him, he

19   thought it was okay to be there.

20           I don't know whether you take me for a fool,

21   Mr. Baggott [sic], but by the time you leave the Capitol

22   that day, you've seen pepper spray, four lines of police

23   officers, physical and verbal confrontations with those

24   officers, and thousands of people in the halls of Congress,

25   none of whom who have been screened to be there.  And if

1     that weren't enough, you were right there to witness an

2     initial incursion into the Capitol, the very initial

3     incursion through the Capitol through smashed windows, using

4     a riot shield and a 2-by-4, yet you went inside.

5            He said he didn't realize he wasn't supposed to be

6     there until a fire extinguisher was set off in the Ohio

7     Clock Corridor, and then he began "Actively looking for a

8     way out."

9            That is simply not true.  The video shows that he

10    walked right past the same doors he came in without making

11    any effort to leave.  Instead, he followed Mr. Baggott and

12    they went up a second set of stairs and they walked clear to

13    the other side of the Capitol Building and did not actually

14    leave until they were forced out of the building.

15           Mr. Baggott -- excuse me, Mr. Parks makes no

16    effort, while he's in that hallway, to leave, even though

17    the doors are available for him to leave.  In fact, he could

18    have jumped through the windows he saw that were broken --

19    that had been broken.

20           I will just note, Mr. Baggott [sic], that your

21    testimony, about how you, as a real estate agent, value

22    property and how you appreciate property, it just -- in the

23    face of what you saw, just rings hollow.  Here you see this

24    is the United States Capitol on the day of the electoral

25    vote count, which you knew about, you told us you knew about

1   it, and you see the method of entry into the building is

2   breaking through windows using a riot shield and a 2-by-4.

3   I guess you thought that meant it was okay to come in.

4          Part of your defense is to blame the police.  You

5   testified that they did not exhibit any body language that

6   caused you to think that they were not supposed to be

7   there -- that you were not supposed to be there, that you

8   did not see them in a self-defense posture at all, that

9   their body language, that is, the police did not exhibit

10   fear.  And, of course, they didn't say anything to you

11   specifically about not being there.  You cannot be serious.

12   You would have seen direct confrontations between rioters

13   and police, and police being overwhelmed by thousands of

14   people, and you thought you needed a specific request to

15   leave before you understood you were not supposed to be

16   there.

17          And even after you were told specifically to

18   leave, you didn't leave, you came back into the building two

19   more times, and you didn't leave the grounds immediately.

20          Another part of your defense seems to be to blame

21   Mr. Baggott, because they had come to town together and he

22   did not want to get separated from him, and it was

23   Mr. Baggott that was leading you aimlessly through the

24   building for nearly 45 minutes.

25          I guess you want me to believe, Mr. Parks, that

1    you have no individual agency; that someone who claims to

2    respect American history, respect the police and would never

3    break the law would not at some point have said that

4    afternoon, Matt, we've got to get out of here and insisted

5    that you do so.  And if he refused, that you would have left

6    him behind.

7              You did testify that you had a conversation, that

8    we have to leave, but I don't buy it.  After all, there's no

9    indication during the 45 minutes you were there that you

10   were looking to leave.  And that when you actually did walk

11   out of the building for the first time, you walked back in

12   two more times and then stood outside the doorway for a

13   period of time peering in.  That is not the conduct of

14   somebody who at any point in time thought they needed to

15   "get out of there," and certainly not somebody who believed

16   that it was time to leave and they shouldn't have been there

17   after the episode involving the fire extinguisher.  And make

18   no mistake about it, you knew you weren't supposed to be

19   there long before that episode.

20             You testified you weren't there to make a

21   political statement.  I don't believe that to be so.  You

22   were wearing a "Make America Great Again" hat.  It's hard to

23   believe you were wearing that hat for warmth, as you

24   suggested.  You also purchased a Gadsden flag that day that

25   you carried around unfurled for some period of time while

1    you were outside, for much of the time you were actually

2    outside, and then again while you were inside the building,

3    particularly as you walked through Statuary Hall.

4           Mr. Parks, you have a sense that you did nothing

5    wrong because you personally did not physically attack any

6    officers, you did not yell at any of them, and you yourself

7    personally did not destroy property.

8           But that's not what you're charged with,

9    Mr. Parks.  You're charged with being inside the Capitol

10   Building and on Capitol Grounds knowing that you were not

11   supposed to be there.  There is ample evidence that you knew

12   you were not supposed to be there, and yet you remained

13   there for 45 minutes inside the building, and even after you

14   should have known, while outside the building -- excuse me,

15   after you did know, outside the building, that you were not

16   supposed to be on the restricted grounds.

17          Count 2 of the superseding information charges

18   Mr. Parks with disorderly or disruptive conduct in a

19   restricted building or grounds, in violation of

20   18 United States 1752(a)(2).  To find Mr. Parks guilty of

21   this offense, I must find that the government prove each of

22   the elements -- following elements beyond a reasonable

23   doubt:

24          First, that the defendant engaged in disorderly or

25   disruptive conduct in or in proximity to any restricted

1   building or grounds.

2            Second, that he did so knowingly and with the

3   intent to impede or disrupt the orderly conduct of

4   government business or official functions.

5            And, third, that the defendant's conduct occurred

6   when or so that his conduct, in fact, impeded -- excuse me,

7   that his conduct, in fact, impeded or disrupted the orderly

8   conduct of government business or official functions.

9            First, I do find beyond a reasonable doubt that

10  you did engage in disorderly and disruptive conduct.

11  Disorderly conduct is defined as that which "Tends to

12  disturb the public peace, offend public morals, or undermine

13  public safety."  That's the definition from Black's Law

14  Dictionary.

15           Also, the Oxford English dictionary of

16  "disorderly" is "not according to order or rule in a lawless

17  or unruly way, tumultuously, riotously."

18           Conduct is defined as "disruptive" if it "tends to

19  disrupt some process, activity, or condition."  That's from

20  Merriam-Webster's online dictionary.

21           Your premiere presence inside the building and

22  your presence there for 45 minutes was disorderly and

23  disruptive.

24           You were there with thousands of others.  You

25  walked through that building with that flag raised from time

1   to time, and that's exactly what you did for 45 minutes:

2   You disturbed the public peace, you offended public morals,

3   and you undermined public safety.

4          The fact you yourself did not directly confront

5   officers or engage in physical confrontation with them is

6   not a defense.  You have joined with thousands of others to

7   create a circumstance and conditions that did disturb the

8   public peace, offend public morals, and undermine public

9   safety.  And you most certainly disrupted a process,

10  activity, or condition.

11         Second, I find beyond a reasonable doubt that you

12  did so knowingly and with the intent to impede or disrupt

13  the orderly conduct of government business or official

14  functions.

15         You knew what was happening that day inside the

16  Capitol Building.  You admitted as much.  By joining a mob

17  that you saw had broken police lines, destroyed property to

18  get into the building, and by refusing to leave until you

19  were forced to, it is clear that your intent was to impede

20  or disrupt the proceedings.

21         Video captures you yelling something when you

22  first enter the building.  You end up within feet of the

23  doors of both chambers.  You understood the import of those

24  locations because of the police lines that were there to

25  protect those locations.  Your contention that your intent

1   was to see scheduled events there is simply not credible.

2            Third, I find that the government has established

3   beyond a reasonable doubt that the defendant's conduct

4   occurred when or so that his conduct, in fact, impeded or

5   disrupted the orderly conduct, government business, or

6   official functions.

7            The congressional proceeding that day, the

8   certification, did, in fact, adjourn, and did so for at

9   least five hours, including the entire time you were in the

10  building.

11           The Vice President was taken out by Secret

12  Service, including the time that you were in the building.

13  And certainly the Capitol Hill police functions of

14  protecting people inside the building was disrupted that day

15  by your conduct.

16           Count 3 charges you with disorderly conduct in a

17  Capitol Building or Grounds, in violation of

18  40 United States Code 5104(e)(2)(D).

19           The elements of this offense which the government

20  must prove beyond a reasonable doubt are, first, the

21  defendant engaged in disorderly or disruptive conduct in any

22  of the United States Capitol Buildings or Grounds.  Second,

23  that the defendant did so with the intent to impede, disrupt

24  or disturb the orderly conduct of a session of Congress or

25  either House of Congress; third, that the defendant acted

1   willfully and knowingly.

2          First, I've already found you to have engaged in a

3   disorderly or disruptive conduct, and so for those same

4   reasons, I find that that element is satisfied here beyond a

5   reasonable doubt.

6          Second, I've also already found that you did so

7   with the intent to impede, disrupt, or disturb the orderly

8   conduct of a session of Congress.

9          And, third, I find that you acted willfully and

10  knowingly.

11         Broadly speaking, a person acts willfully when

12  they act with knowledge that their conduct was unlawful.

13         You very well knew that you were not supposed to

14  be there and that your efforts to cover your tracks on the

15  evening of January 6th, the taking down of videos that you

16  took and then deleting your Instagram account speak to your

17  knowledge of the unlawfulness of your conduct, in addition

18  to everything else I've described.

19         Count 4 of the superseding information charges you

20  with parading, demonstrating, or picketing in a Capitol

21  Building, in violation of 40 United States Code

22  5104(e)(2)(G).

23         The elements of this offense which the government

24  must prove beyond a reasonable doubt are, first, that you

25  paraded, demonstrated, or picketed; second, that you did so

1    with the intent to impede, disrupt, or disturb the orderly

2    conduct of a session of Congress or either House of

3    Congress; and, third, that you acted willfully and

4    knowingly.

5              First, I find that you did parade and demonstrate.

6              To "parade" means to take part in a march or

7    procession organized on a grand scale in support of some

8    political object.  That's the definition from the Oxford

9    English dictionary.

10             Also, Merriam-Webster online defines "parade" to

11   mean to march in or as if in a procession.  Certainly,

12   that's what you were doing when you walked in unison with

13   thousands of others with the intent to disrupt congressional

14   proceedings, particularly as you walk through Statuary Hall

15   with Mr. Baggott, as you walked up to the Senate -- excuse

16   me, the Ohio Clock Corridor with thousands of others, with

17   hundreds of others, and as you made your way up to this

18   House chamber with hundreds of others.  That was certainly

19   parading, particularly with times where you had your flag

20   unfurled and pointed directly upward.

21             To "demonstrate" means to take a public

22   manifestation by a number of persons of interest in some

23   public question or sympathy with some political or other

24   cause, usually taking the form of a procession and

25   mass-meeting.  That's the Oxford English dictionary

1    definition.  Also, Merriam-Webster defines it to take part

2    in a public display of group feelings toward a person or

3    cause, peaceful demonstrations against the government, from

4    Merriam-Webster online.

5            You were obviously demonstrating that day.

6    Certainly you did join in a public display of group feelings

7    toward a person or a cause.  I don't think there's any doubt

8    about that based on all the facts that were presented.

9            Count 5 of the superseding indictment charges you

10   with theft of government property, in violation of

11   18 United States Code 641.  The elements of this offense

12   which the government must prove beyond a reasonable doubt

13   are, first, that the property, that is, a handheld metal

14   detecter wand, belonged to the United States; second, that

15   the defendant stole, embezzled, purloined, or knowingly

16   converted the property to his or somebody else's use; and,

17   third, the defendant intended to deprive without right the

18   United States Government of the use or benefit of the

19   property.

20           First, there's no dispute that the wand belonged

21   to the U.S. Capitol police and, therefore, was property of

22   the United States, so that satisfies the first element.

23           Second, I do find that you did steal and knowingly

24   convert the property to your own use.  You yourself admitted

25   that you took it as a joke.

1          And let's be honest -- well, you took it as a

2     joke, for a joke.  That's for your own purposes.  But I

3     actually don't believe that.  I think you took it to take

4     it.  Maybe it was funny at first when you first picked up

5     that wand, but then you immediately put it down.  Then the

6     next time you picked it up, you did so on your way out

7     without any interaction with Mr. Baggott at all.  In fact,

8     you were trailing him and you scooped it up as you were

9     leaving the door.  You were never seen in any of the further

10    times that you enter that building, at least twice, with

11    that wand in hand, joking around with that wand with

12    Mr. Baggott.  Instead, you are clutching it close to your

13    body so as if to ensure that nobody else takes it from you.

14          Third, I do find that you acted with the intent to

15    deprive without right the U.S. Government of the use or

16    benefit of the property.  You did know the property was

17    government property.  You put it down at one point, and you

18    had multiple opportunities to put it back, but you never did

19    so.  In fact, you walked out of the building with it twice.

20          You said during your testimony that when you

21    walked out with it, you didn't know it would be the last

22    time in the building.  I guess the implication is that if

23    you could have gotten back in one more time, you would have

24    returned it.  But, of course, you did have the opportunity

25    to go back in.

1    You stood there peering outside the door for two

2 minutes.  And, in fact, you decided to step inside that door

3 momentarily to record something instead of putting the wand

4 back.

5    Your contention is that you had put it down by

6 that point and it wasn't in your sweatshirt, and,

7 therefore -- but you had no intent to put it back where it

8 belonged.  And by leaving it outside, you knew that the odds

9 were that somebody else was going to take it and, therefore,

10 deprive the United States of its use of that property, which

11 is exactly what likely happened.

12    Part of your defense is that you held on to the

13 wand for only a short time, about 10 minutes, and then left

14 it behind.  At least the Third, Fourth, Seventh, Eighth, and

15 Eleventh Circuits have all held that intent to temporarily

16 steal satisfies the element of intent under 18 U.S.C. 641.

17 In *United States v. Baker*, that's 928 F.3d 291, the

18 Third Circuit said, courts have concluded that intent to

19 temporarily or permanently deprive the government of its

20 money satisfies the intent element of 641.

21    Similarly, in *United States v. Dowl*, 619 F.3d 494,

22 the Fifth Circuit said that in affirming jury instructions

23 which defines "steal" for purposes of 641 to mean the

24 wrongful taking of money or property belonging to another

25 with intent to deprive the owner, here, the government, of

1  its use or benefit either temporarily or permanently.

2          I'll also note for the record the following

3  decisions from other Circuits:

4          *United States versus Kiza*, 855 F.3d 596 from 2017,

5  which only requires an intent to permanently or temporarily

6  deprive the government of the money or thing of value;

7          *United States versus Howard*, 30 F.3d 871 from the

8  Seventh Circuit, which also only requires that the defendant

9  did so knowingly and willfully with the intent to either

10 temporarily or permanently deprive the owner of the use of

11 the money or property;

12         In *Rehak*, Eighth Circuit, 589 F.3d 965, with

13 respect to the first element, the Circuit wrote:  "To

14 'steal' means to knowingly take something with the intent to

15 deprive the thing's owner permanently or temporarily of the

16 rights and benefits of ownership."

17         And I'll just note that the Eleventh Circuit in

18 *United States versus Duval*, which is an unpublished opinion,

19 also only requires temporary intent to deprive.  That's 5000

20 WL 3275028.

21         So that is the verdict of the Court.  The Court

22 finds Mr. Baggott [sic] guilty of all counts; that is, of

23 entering and remaining in a restricted building or grounds,

24 in violation of 18 United States 1752(a)(1); disorderly or

25 disruptive conduct in a restricted building or grounds, in

1   violation of 18 United States Code 1752(a)(2); disorderly

2   conduct in a Capitol Building, in violation of

3   40 United States Code 5104(e)(2)(D); parading, demonstrating

4   or picketing in a Capitol building, in violation of

5   40 United States Code 5104(e)(2)(G); and theft of government

6   property, in violation of 18 United States Code 641.

7   So that is the Court's verdict.

8           Before we set a sentencing date, I want to just

9   say the following:

10          If it wasn't clear for the basis of my verdict,

11  your testimony on the witness stand, Mr. Parks, as I said,

12  was charitably, charitably not credible, and at worst, was a

13  pure fabrication.

14          I don't know whether you have completely convinced

15  yourself that you didn't think you -- that you thought you

16  should be there.  Perhaps that's what's happening, and

17  perhaps you are not consciously uttering untruths as you

18  were testifying yesterday.

19          But those videos do not lie.  They showed you at

20  various points in time in front of police lines, which

21  clearly represented you shouldn't have been there, showing

22  people engaged with police officers multiple times, you

23  observing the very first incursion into the Capitol and

24  entering that door and then remaining inside the building

25  for 45 minutes after seeing two additional police lines, and

1    I am supposed to believe that throughout that entire 45

2    minutes or at least up until you get to the Ohio Clock

3    Corridor, you were looking for scheduled events. I in my

4    lifetime and you in yours have never gone to a scheduled

5    event under those circumstances.

6            You referenced sports events multiple times

7    yesterday. I have never in my life, and I dare say you have

8    never in your life, entered a stadium or other arena under

9    those conditions. If you have, that would be an interesting

10   thing to know.

11           I dare say, Mr. Parks, perhaps you felt like you

12   needed to get up here and testify in the way that you did

13   because you've been put on public record and you've gone on

14   public record saying the very same things that you did.

15   Maybe that was the motivation. I don't know what it was.

16   But this wasn't even close, it was not even close.

17           Everybody has a right to exercise their right to a

18   trial and to hold the government to its burden of proof, but

19   what they do not have the right to do is to get up and spin

20   a tale that has no foundation in fact and that is an affront

21   to the police officers that were there that day and to the

22   democracy itself, and that's what you did.

23           Let's set a sentencing date. I need a date after

24   August 15th.

25           MR. MACHADO: Your Honor, just to, we can -- I'm

1    available, and I'll suggest as a date perhaps September 1st.

2              THE COURT:  Can't do September 1st.

3              Can you do August 25th at 3:30?

4              MR. MACHADO:  Okay.  That'll be fine.

5              THE COURT:  Ms. Kearney, does that work for you?

6              MS. KEARNEY:  I'm sorry, you said August 25?

7              That's fine.

8              MR. MACHADO:  3:30 you said, Your Honor?

9              THE COURT:  I did.

10             So we will enter a Minute Order that contains the

11   deadline for a Presentence Investigation Report, as well as

12   the sentencing memos.

13             Mr. Parks, you'll be interviewed by the probation

14   office.  The probation office will, among other things, ask

15   you a host of questions about your background, education and

16   the like.  You can have your lawyer there if you wish.  In

17   advance of sentencing, you will have the opportunity to

18   review that report and make any corrections and comments to

19   the report.  You'll also have the opportunity to submit any

20   information you would like for me to consider through your

21   counsel.

22             And, finally, you'll have an opportunity to

23   address the Court at sentencing.

24             With that, are there any questions or anything

25   else anybody would like to raise before we adjourn?

1          MR. MACHADO:  Your Honor, as to Count 5, and

2    I just want to make sure that this was considered by the

3    Court, although I'm presenting to the Court I'm not

4    challenging its finding.  But the Court indicated -- there

5    was a stipulation with the parties that no wand had gone

6    missing, but the Court made some mention of the fact that it

7    was there for someone to take or that someone -- it had been

8    left out there for taking.

9          THE COURT:  Well, let me put this way,

10   Mr. Machado.  That was just my own speculation, that perhaps

11   somebody else picked it up off the ground.

12         The verdict is plainly and simply that for the

13   10 minutes he held that wand in his hand, he did it with the

14   intent and had it with the intent to deprive the

15   United States of the use and benefit of that wand, if not

16   for those 10 minutes, then permanently.

17         Perhaps when he got outside he realized he should

18   have -- he had taken something he shouldn't have and he put

19   it down on the ground.  Maybe that's what happened.  But for

20   those ten minutes he had it in his possession, it was

21   certainly his intent to keep that property, convert it to

22   his own use, which is exactly what he did, and deprive the

23   United States of its use.

24         MR. MACHADO:  I understand, Your Honor.

25   Thank you.

1          THE COURT:  Thank you, everyone.

2          COURTROOM DEPUTY:  All rise.

3          This courts stands in recess.

4          (Proceedings concluded at 3:53 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__May 18, 2023_____     

       William P. Zaremba, RMR, CRR

478

COURTROOM
DEPUTY: [3] 440/2
440/6 476/2
MR. MACHADO: [6]
440/18 473/25 474/4
474/8 475/1 475/24
MS. KEARNEY: [2]
440/16 474/6
THE COURT: [8]
440/4 440/13 440/20
474/2 474/5 474/9
475/9 476/1

'

'steal' [1] 471/14

0

0840 [1] 438/23

1

10 [2] 470/13 475/16
10 minutes [1] 475/13
10007 [1] 438/14
101 [1] 442/4
10:00 [1] 444/8
10th [3] 455/4 458/4
458/6
11:00 [2] 444/8 454/24
12 [1] 449/17
12:13 [1] 449/16
12:13:32 [1] 449/16
12:30 [1] 442/19
15th [1] 473/24
1752 [4] 455/8 462/20
471/24 472/1
18 [2] 471/24 477/7
18 U.S.C [1] 470/16
18 United States [5]
455/7 462/20 468/11
472/1 472/6
1:00 [1] 442/22
1:15 [1] 443/3
1:43 [1] 445/5
1:45 [1] 444/18
1st [2] 474/1 474/2

2

20001 [3] 438/18
438/23 439/5
201 [1] 445/12
2017 [1] 471/4
202 [2] 438/18 439/5
2020 [1] 441/6
2021 [2] 440/23 455/4
2023 [2] 438/5 477/7
206 [1] 448/23
208 [1] 449/24
21-411-1 [2] 438/4
440/7
210 [1] 451/9
211 [1] 443/9
212 [1] 438/15
217 [1] 452/14
221 [1] 453/2
222 [1] 453/2
2260 [1] 438/15
230 [1] 454/2

2504117-APM [1] 438/1
252-6629 [1] 438/18
25th [1] 474/3
291 [1] 470/17
2:09 [1] 448/9
2:10 [1] 448/11
2:12 [1] 448/22
2:13 p.m [1] 443/12
2:13:44 [1] 449/17
2:16 [1] 449/23
2:22:38 [1] 450/24
2:25 [1] 451/7
2:25 p.m [1] 443/9
2:30 [1] 449/12
2:31 [1] 451/20
2:35 [1] 452/4
2:35:48 [1] 452/9
2:36 [1] 452/12
2:45:32 [1] 452/21
2:46 [1] 453/2
2:48:30 [1] 453/3
2:49:38 [1] 453/8
2:50:35 [1] 453/11
2:56:25 [1] 453/13
2:59 [1] 453/16

3

30 [1] 471/7
301 [2] 445/12 448/12
310 [1] 438/22
3249 [1] 439/5
3275028 [1] 471/20
333 [1] 439/4
34-second [1] 448/25
35 [1] 450/4
354-3249 [1] 439/5
3:00 [1] 438/6
3:01 [1] 454/2
3:30 [2] 474/3 474/8
3:53 [1] 476/4

4

40 [1] 466/21
40 United States [3]
465/18 472/3 472/5
407 [3] 445/22 446/11
447/6
408 [2] 450/8 450/14
410 [1] 448/21
425 [1] 451/19
426 [1] 451/19
45 [7] 460/24 461/9
462/13 463/22 464/1
472/25 473/1
494 [1] 470/21
4:26 [1] 452/17

5

5000 [1] 471/19
501 [1] 455/4
503 [1] 438/22
508 [1] 454/16
509 [1] 454/23
5104 [4] 465/18 466/22
472/3 472/5
513 [1] 455/2
528 [1] 445/3
530 [1] 445/3

534 [1] 454/19
454/5
589 [1] 471/12
596 [1] 471/4

6

601 [1] 438/17
619 [1] 470/21
637-2260 [1] 438/15
641 [5] 468/11 470/16
470/20 470/23 472/6
6629 [1] 438/18
6th [10] 440/23 440/25
441/24 442/19 444/5
454/7 455/18 457/23
458/6 466/15

7

703 [1] 438/23

8

855 [1] 471/4
871 [1] 471/7
8:00 [1] 444/3
8:18 [1] 454/7
8:24 [1] 447/6

9

90 [1] 452/20
928 [1] 470/17
965 [1] 471/12
989-0840 [1] 438/23

A

a.m [1] 444/8
able [2] 454/16 458/3
about [17] 445/8
446/20 447/12 450/20
452/20 453/2 453/3
453/8 453/22 459/21
459/25 459/25 460/11
461/18 468/8 470/13
474/15
above [1] 477/4
above-titled [1] 477/4
according [8] 441/25
442/5 443/22 444/12
450/19 450/25 451/4
463/16
account [4] 455/4
458/4 458/6 466/16
accused [1] 440/22
act [1] 466/12
acted [4] 465/25 466/9
467/3 469/14
acting [1] 449/10
actively [3] 451/5
451/6 459/7
activity [1] 463/19
464/10
acts [1] 466/11
actually [7] 448/6
451/12 457/20 459/13
461/10 462/1 469/3
addition [1] 466/17
additional [1] 472/25
address [1] 474/23
adjourn [2] 465/8
474/25

admitted [3] 449/10
464/16 468/24
advance [1] 474/17
advisable [1] 443/25
affirming [1] 470/22
affixed [1] 442/8
affront [1] 473/20
after [16] 442/23 443/3
444/3 452/13 453/3
453/9 453/10 457/16
458/5 460/17 461/8
461/17 462/13 462/15
472/25 473/23
afternoon [4] 440/4
440/6 440/13 461/4
again [8] 440/13 446/6
451/8 453/1 453/8
453/10 461/22 462/2
against [1] 468/3
agape [1] 449/20
agency [1] 461/1
agent [1] 459/21
aggressive [1] 457/7
aggressively [1]
449/11
ahead [1] 440/21
aided [1] 439/7
aimlessly [1] 460/23
ain't [1] 454/25
air [7] 445/11 446/7
446/8 448/14 448/16
450/2 456/4
all [12] 440/2 440/20
449/9 449/15 457/16
460/8 461/8 468/8
469/7 470/15 471/22
476/2
All right [1] 440/20
alleges [3] 440/25
441/11 441/13
allowed [1] 446/10
already [3] 455/3 466/2
466/6
also [19] 441/11 442/6
442/12 443/15 446/17
447/8 450/14 456/16
456/19 456/21 461/24
463/15 466/6 467/10
468/1 471/2 471/8
471/19 474/19
altercation [2] 452/9
457/13
altercations [1] 446/21
although [1] 475/3
am [2] 455/24 473/1
AMERICA [3] 438/3
440/7 461/22
American [2] 445/14
461/2
AMIT [2] 438/10 440/3
Amit P [1] 440/3
among [3] 443/18
452/17 474/14
ample [1] 462/11
Andrew's [1] 438/14
another [9] 447/18
449/8 450/12 450/24
452/13 454/17 454/24

any [14] 457/2 459/11
460/5 461/14 462/5
462/6 462/25 465/21
468/7 469/7 469/9
474/18 474/19 474/24
anybody [2] 440/14
474/25
anyone [2] 454/15
458/2
anything [4] 440/14
458/18 460/10 474/24
apparent [2] 456/9
456/10
Apparently [1] 456/25
appear [4] 447/7
447/15 451/7 452/13
APPEARANCES [2]
438/12 439/1
appearing [4] 440/11
449/20 450/3 456/20
appears [3] 449/3
453/24 454/3
appreciate [1] 459/22
approached [1] 456/5
approaching [1] 446/5
approximately [3]
443/8 443/24 445/5
are [21] 445/17 446/5
446/10 446/15 446/17
446/21 450/5 450/10
450/22 451/18 451/20
452/4 452/18 453/13
459/17 465/20 466/24
468/13 469/12 472/17
474/24
area [5] 441/2 442/8
445/24 447/17 456/3
area-closed [1] 442/8
arena [1] 473/8
arms [1] 450/2
around [12] 444/8
449/16 449/23 451/7
452/4 453/7 454/2
454/7 454/17 454/24
461/25 469/11
arrived [4] 442/19
444/7 444/9 444/17
arriving [1] 444/20
as [42]
ask [1] 474/14
asking [1] 454/9
asks [2] 454/15 458/2
asleep [1] 454/11
attack [1] 462/5
attempting [4] 452/18
456/15 456/18 457/10
attend [1] 444/5
August [3] 473/24
474/3 474/6
authority [4] 455/12
455/16 455/21 455/24
authorized [2] 442/10
455/19
available [2] 459/17
474/1
Avenue [1] 439/4
away [6] 450/12 451/13

**A**

belonging [1] 447/23
away... [4] 452/5
452/22 454/1 456/18

**B**

back [13] 444/1 444/23
444/25 447/9 456/19
457/18 460/18 461/11
469/18 469/23 469/25
470/4 470/7
background [1] 474/15
backing [1] 453/14
Baggott [50]
Baker [1] 470/17
banging [1] 443/20
Barrett [1] 439/4
barricading [1] 443/17
barrier [2] 446/20
446/22
based [2] 449/8 468/8
basis [1] 472/10
batons [2] 447/10
456/18
bay [1] 457/11
be [40] 440/4 444/13
445/10 446/15 446/20
448/18 449/3 449/19
450/2 451/1 451/24
453/24 454/3 455/18
455/19 456/3 457/22
458/7 458/12 458/13
458/19 458/25 459/5
460/6 460/7 460/11
460/15 460/20 461/18
461/21 462/11 462/12
462/16 466/14 469/1
469/21 472/16 473/9
474/4 474/13
beat [1] 456/19
because [6] 454/23
458/18 460/21 462/5
464/24 473/13
beeline [1] 457/19
been [12] 442/14 443/6
444/2 445/13 445/21
456/9 458/25 459/19
461/16 472/21 473/13
475/7
before [9] 438/10
440/14 444/18 445/7
453/8 460/15 461/19
472/8 474/25
began [4] 442/22 443/3
444/24 459/7
begin [3] 447/19
448/13 458/15
behind [9] 445/9
448/15 450/4 450/15
450/16 452/3 452/7
461/6 470/14
being [4] 458/9 460/11
460/13 462/9
believe [5] 460/25
461/21 461/23 469/3
473/1
believed [1] 461/15
belonged [3] 468/14
468/20 470/8

**BENCH** [1] 438/9
benefit [4] 468/18
469/16 471/1 475/15
benefits [1] 471/16
Benet [2] 438/13 440/9
benet.kearney [1]
438/15
best [1] 458/13
between [8] 445/25
446/21 450/6 452/6
452/10 457/7 457/13
460/12
beyond [14] 446/20
446/22 455/10 455/24
456/16 457/21 462/22
463/9 464/11 465/3
465/20 466/4 466/24
468/12
Biden [1] 455/1
bike [9] 442/7 442/8
442/13 445/17 447/9
456/1 456/7 456/11
456/18
bit [1] 453/7
Black's [1] 463/13
blame [2] 460/4 460/20
blocking [1] 450/1
body [4] 450/11 460/5
460/9 469/13
Body-worn [1] 450/11
boisterous [1] 452/17
both [2] 450/2 464/23
breach [1] 443/11
breached [1] 443/6
break [1] 461/3
breaking [3] 443/20
448/24 460/2
breaks [3] 452/6
452/14 457/14
briefly [1] 443/1
bring [1] 444/1
briskly [1] 448/18
Broadly [1] 466/11
broke [2] 445/24
448/10
broken [6] 449/13
449/18 456/23 459/18
459/19 464/17
building [58]
Buildings [1] 465/22
burden [1] 473/18
business [4] 463/4
463/8 464/13 465/5
buy [1] 461/8

**C**

called [1] 451/21
came [2] 459/10
460/18
camera [1] 450/11
can [18] 445/10 445/18
446/9 446/20 447/3
447/13 448/6 448/18
448/25 449/19 449/25
450/1 451/24 452/9
452/11 473/25 474/3
474/16

cannot [1] 460/11
Capitol [47]
Capitol Grounds [3]
444/18 458/10 462/10
caption [1] 448/3
captioned [2] 445/2
454/6
captures [1] 464/21
car [1] 444/8
carried [1] 461/25
Case [1] 440/7
cause [3] 467/24 468/3
468/7
caused [1] 460/6
CCTV [2] 448/11
448/22
certainly [7] 461/15
464/9 465/13 467/11
467/18 468/6 475/21
certification [5] 441/6
442/3 442/18 444/3
465/8
Certified [1] 439/3
certify [1] 477/2
CH [1] 439/4
challenging [1] 475/4
chamber [7] 442/23
443/13 443/14 451/17
452/16 452/19 467/18
chambers [4] 442/25
443/16 444/2 464/23
chanting [1] 443/20
chaos [3] 446/3 446/15
447/22
chaotic [2] 443/18
456/12
charged [3] 441/16
462/8 462/9
charges [5] 455/5
462/17 465/16 466/19
468/9
charitable [1] 458/13
charitably [2] 472/12
472/12
checking [1] 457/2
Circuit [6] 470/18
470/22 471/8 471/12
471/13 471/17
Circuits [2] 470/15
471/3
circumstance [1]
464/7
circumstances [1]
473/5
claims [1] 461/1
clear [8] 446/1 446/2
446/12 446/23 456/8
459/12 464/19 472/10
cleared [1] 444/2
clearly [5] 445/16
447/1 447/10 449/25
453/15 472/21
climbing [1] 446/15
Clock [6] 449/24 451/2
457/6 459/7 467/16
473/2
close [3] 469/12

closed [2] 442/8
442/11
clutching [1] 469/12
co [1] 444/7
co-defendant [1] 444/7
Code [8] 455/7 465/18
466/21 468/11 472/1
472/3 472/5 472/6
College [1] 442/3
COLUMBIA [1] 438/1
come [2] 460/3 460/21
comes [1] 457/18
comments [1] 474/18
complete [3] 446/15
447/22 458/14
completely [1] 472/14
computer [1] 439/7
computer-aided [1]
439/7
concluded [2] 470/18
476/4
concluding [1] 444/11
condition [2] 463/19
464/10
conditions [2] 464/7
473/9
conduct [29] 441/3
441/18 441/19 461/13
462/18 462/25 463/3
463/5 463/6 463/7
463/8 463/10 463/11
463/18 464/13 465/3
465/4 465/5 465/15
465/16 465/21 465/24
466/3 466/8 466/12
466/17 467/2 471/25
472/2
confront [2] 451/23
464/4
confrontation [2]
452/6 464/5
confrontations [2]
458/23 460/12
confronting [1] 456/17
confronts [1] 457/5
Congress [10] 443/12
443/15 443/19 457/3
458/24 465/24 465/25
466/8 467/2 467/3
Congress's [1] 441/5
congressional [2]
465/7 467/13
consciously [1] 472/17
consider [1] 474/20
considered [1] 475/2
Constitution [1] 439/4
contained [1] 456/8
contains [1] 474/10
contends [1] 441/4
content [1] 457/1
contention [3] 458/16
464/25 470/5
continue [1] 451/16
CONTINUED [1] 439/1
conversation [1] 461/7
convert [2] 468/24
475/21

converted [1] 468/4
convinced [2] 455/24
472/14
corner [1] 448/13
correct [1] 477/3
corrections [1] 474/18
corridor [9] 449/24
449/25 450/1 450/4
451/3 457/6 459/7
467/16 473/3
couch [1] 454/11
could [5] 442/15
443/19 456/5 459/17
469/23
counsel [1] 474/21
count [7] 455/5 459/25
462/17 465/16 466/19
468/9 475/1
Count 1 [1] 455/5
Count 2 [1] 462/17
Count 3 [1] 465/16
Count 4 [1] 466/19
Count 5 [1] 475/1
counter [1] 447/6
country [1] 450/11
counts [1] 471/22
course [2] 460/10
469/24
COURT [13] 438/1
439/2 439/3 441/23
442/1 442/6 471/21
471/21 474/23 475/3
475/3 475/4 475/6
Court's [1] 472/7
courts [2] 470/18
476/3
cover [1] 466/14
covered [1] 446/8
covering [1] 447/14
CR [1] 438/4
crammed [1] 446/3
create [1] 464/7
credible [3] 458/14
465/1 472/12
credits [2] 442/1 442/6
Criminal [1] 440/7
crowd [11] 444/23
444/25 445/6 447/1
447/10 447/22 451/25
452/1 452/7 452/13
452/17
crowds [1] 443/4
CRR [2] 477/2 477/8

**D**

D.C [9] 438/5 438/18
438/23 439/5 444/5
444/9 454/16 454/20
458/3
dare [2] 473/7 473/11
date [5] 472/8 473/23
473/23 474/1 477/7
day [15] 438/7 441/24
445/13 447/25 456/25
458/8 458/9 458/22
459/24 461/24 464/15
465/7 465/14 468/5
473/21

**Column 1 (D):**

deactivated [1] 455/3
deadline [1] 474/11
debate [1] 443/2
decided [1] 470/2
decision [1] 443/6
decisions [1] 471/3
defendant [14] 438/7
438/21 440/11 444/7
455/8 455/11 455/13
462/24 465/21 465/23
465/25 468/15 468/17
471/8
defendant's [2] 463/5
465/3
defense [7] 440/10
440/18 458/11 458/16
460/4 460/8 460/20
464/6 470/12
defined [2] 463/11
463/18
defines [3] 467/10
468/1 470/23
definition [3] 463/13
467/8 468/1
delete [1] 454/9
deleted [1] 454/9
deletes [1] 458/4
deleting [1] 466/16
deletion [1] 458/6
deliver [1] 440/21
democracy [1] 473/22
demonstrate [2] 467/5
467/21
demonstrated [2]
441/12 466/25
demonstrating [4]
441/20 466/20 468/5
472/3
demonstrations [2]
442/9 468/3
deny [1] 457/25
deprive [11] 468/17
469/15 470/10 470/19
470/25 471/6 471/10
471/15 471/19 475/14
475/22
descending [1] 447/22
described [2] 443/17
466/18
destroy [1] 462/7
destroyed [1] 464/17
detecter [1] 468/14
detector [7] 441/15
452/23 453/1 453/6
453/12 453/15 453/20
dictionary [3] 463/14
463/15 463/20 467/9
467/25
did [48]
Did you [1] 454/9
didn't [6] 459/5 460/10
460/18 460/19 469/21
472/15
different [1] 450/20
direct [2] 446/21
460/12
directly [3] 458/18

discuss [1] 440/14
disorderly [14] 441/3
441/18 441/19 462/18
462/24 463/10 463/11
463/16 463/22 466/16
465/21 466/3 471/24
472/1
display [2] 468/2 468/6
dispute [3] 455/14
455/20 468/20
disrupt [8] 463/3
463/19 464/12 464/20
465/23 466/7 467/1
467/13
disrupted [4] 463/7
464/9 465/5 465/14
disruptive [10] 441/3
441/18 462/18 462/25
463/10 463/18 463/23
465/21 466/3 471/25
DISTRICT [3] 438/1
438/1 438/10
disturb [5] 463/12
464/7 465/24 466/7
467/1
disturbed [1] 464/2
do [16] 449/13 451/11
455/13 455/16 455/21
455/24 457/21 461/5
463/9 468/23 469/14
472/19 473/19 473/19
474/2 474/3
does [4] 446/13 457/18
457/25 474/5
doesn't [2] 457/17
457/19
doing [1] 467/12
DOJ [1] 438/13
DOJ-USAO [1] 438/13
don't [9] 445/11 450/10
458/20 461/8 461/21
468/7 469/3 472/14
473/15
done [1] 458/8
door [22] 448/19
448/25 449/3 449/7
449/15 451/15 452/18
452/19 452/22 453/2
453/5 453/11 453/14
453/17 453/18 454/2
454/5 456/24 469/9
470/1 470/2 472/24
doors [10] 443/17
443/20 449/14 449/18
451/8 451/12 451/13
459/10 459/17 464/23
doorway [1] 461/12
doubt [14] 447/23
449/15 455/10 455/25
457/21 462/23 463/9
464/11 465/3 465/20
466/5 466/24 468/7
468/12
Dowl [1] 470/21
down [14] 442/14
443/16 447/16 450/1
451/21 452/25 454/22

469/5 469/17 470/5
475/19
downtown [1] 444/9
downward [1] 449/21
dozens [1] 456/6
drove [1] 444/9
during [4] 448/19
451/4 461/9 469/20
Duval [1] 471/18

**E**

each [3] 453/7 455/9
462/21
earlier [2] 452/20 457/6
education [1] 474/15
effect [1] 458/1
effort [2] 459/11
459/16
efforts [1] 466/14
eighth [3] 454/20
470/14 471/12
either [5] 444/1 465/25
467/2 471/1 471/9
election [1] 441/7
electoral [3] 442/3
442/24 459/24
element [6] 455/22
466/4 468/22 470/16
470/20 471/13
elements [6] 455/10
462/22 462/22 465/19
466/23 468/11
Eleventh [2] 470/15
471/17
Eleventh Circuit [1]
471/17
Ellipse [1] 444/10
else [5] 466/18 469/13
470/9 474/25 475/11
else's [1] 468/16
Email [3] 438/15
438/19 438/24
embezzled [1] 468/15
encounters [2] 456/4
457/9
end [1] 464/22
ends [1] 448/2
enforcement [1]
441/10
engage [2] 463/10
464/5
engaged [5] 441/3
462/24 465/21 466/2
472/22
English [3] 463/15
467/9 467/25
enough [3] 456/21
457/9 459/1
ensure [1] 469/13
enter [9] 449/12 449/18
449/23 449/25 452/15
452/18 464/22 469/10
474/10
entered [13] 441/1
442/13 446/8 446/13
447/19 451/9 452/20
453/9 455/11 455/24

entering [7] 441/17
445/24 448/24 450/4
455/6 471/23 472/24
entire [4] 447/21
447/22 465/9 473/1
entrance [2] 451/16
453/22
entry [2] 443/17 460/1
episode [2] 461/17
461/19
erected [1] 445/21
essentially [1] 458/11
established [3] 442/2
442/7 465/2
estate [1] 459/21
evacuation [1] 443/14
even [10] 445/1 456/1
457/2 457/18 458/15
459/16 460/17 462/13
473/16 473/16
evening [3] 443/23
454/7 466/15
event [2] 444/6 473/5
eventful [1] 454/20
events [8] 440/23
444/13 444/15 447/24
458/17 465/1 473/3
473/6
eventually [3] 443/5
445/8 447/2
every [1] 457/2
Everybody [1] 473/17
everyone [3] 440/5
440/13 476/1
everything [1] 466/18
evidence [2] 446/13
462/11
exactly [4] 446/12
464/1 470/11 475/22
exchanged [1] 452/24
exchanges [3] 457/7
457/24 458/5
excuse [8] 444/25
446/7 446/23 453/18
459/15 462/14 463/6
467/15
exercise [1] 473/17
exhibit [21] 442/4
443/9 444/19 445/22
446/11 447/5 448/12
448/21 448/23 449/24
450/8 451/9 452/14
454/2 454/5 454/16
454/23 455/2 455/4
460/5 460/9
Exhibits [4] 445/3
445/12 451/19 453/2
453/8
exit [1] 453/8
exiting [1] 452/22
exits [1] 453/1
extinguisher [3]
450/25 459/6 461/17
Ezell [1] 454/21

**F**

F.3d [5] 470/17 470/21
471/4 471/7 471/12

fabrication [2] 458/15
472/13
face [3] 450/5 450/5
459/23
facing [2] 447/5 449/21
fact [18] 441/5 441/23
450/6 450/19 451/12
456/6 458/7 459/17
463/6 463/7 464/4
465/4 465/8 469/7
469/19 470/2 473/20
475/6
facts [1] 468/8
family [3] 442/18
442/20 443/7
FBI [1] 454/23
fear [2] 443/18 460/10
feelings [2] 468/2
468/6
feet [2] 450/12 464/22
felt [1] 473/11
fencing [4] 442/7 442/8
442/14 456/2
Fifth [1] 470/22
Fifth Circuit [1] 470/22
Fight [1] 446/17
filled [1] 452/7
finally [4] 441/13 451/2
457/18 474/22
find [1] 455/8 455/9
457/21 462/20 462/21
463/9 464/11 465/2
466/4 466/9 467/5
468/23 469/14
finding [1] 475/4
findings [1] 441/23
finds [1] 471/22
fine [2] 474/4 474/7
fire [3] 450/25 459/6
461/17
first [3] 442/23 443/10
444/22 449/12 452/13
453/4 455/11 456/2
461/11 462/24 463/9
464/22 465/20 466/2
466/24 467/5 468/13
468/20 468/22 469/4
469/4 471/13 472/23
fist [2] 448/14 449/20
five [7] 441/16 441/21
443/24 450/23 450/24
452/12 465/9
flag [17] 445/10 445/12
446/6 446/7 448/16
448/19 448/20 449/21
451/10 451/17 452/3
453/6 453/12 453/15
461/24 463/25 467/19
flight [1] 444/7
follow [1] 457/15
followed [1] 459/11
following [5] 441/23
455/10 462/22 471/2
472/9
fool [1] 458/20
footage [2] 448/11
448/22
forced [1] 443/12

**F**

forced... [2] 459/14 464/19
foregoing [1] 477/3
form [1] 467/24
forth [1] 442/4
forward [3] 452/14 457/14 457/15
found [2] 466/2 466/6
foundation [1] 473/20
four [2] 441/20 458/22
fourth [2] 457/10 470/14
friend [3] 444/6 456/19 457/24
front [10] 445/6 450/22 450/23 452/1 452/10 452/16 453/17 456/6 456/12 472/20
fucking [3] 450/10 450/11 454/22
fun [1] 454/6
functions [7] 441/6 441/7 463/4 463/8 464/14 465/6 465/13
funny [1] 469/4
further [6] 441/4 443/10 444/13 447/4 450/1 469/9

**G**

Gadsden [5] 445/10 446/6 446/7 448/16 461/24
gassing [1] 445/2
gathering [1] 443/5
George [1] 442/5
gesturing [1] 445/18
get [10] 454/10 454/14 458/1 460/22 461/4 461/15 464/18 473/2 473/12 473/19
getting [2] 448/3 455/1
giving [1] 454/25
glad [1] 454/22
glass [1] 443/21
gmail.com [1] 438/24
go [3] 440/21 454/18 469/25
go ahead [1] 440/21
going [2] 456/15 470/9
gone [3] 473/4 473/13 475/5
Good [3] 440/4 440/6 440/13
got [3] 454/12 461/4 475/17
gotten [1] 469/23
government [30] 438/13 440/9 440/16 440/22 440/25 441/4 441/11 441/13 441/14 441/22 455/9 462/21 463/4 463/8 464/13 465/2 465/5 465/19 466/23 468/3 468/10 468/12 468/18 469/15 469/17 470/19 470/25

governmental [1] 441/7
grade [1] 454/20
grand [1] 467/7
Great [1] 461/22
ground [2] 475/11 475/19
grounds [19] 441/2 441/18 441/19 442/13 444/18 455/7 455/12 455/15 455/23 458/10 460/19 462/10 462/16 462/19 462/21 465/17 465/22 471/23 471/25
group [2] 468/2 468/6
grown [1] 447/11
guess [3] 460/3 460/25 469/22
guilty [3] 455/8 462/20 471/22

**H**

had [25] 442/2 442/14 443/6 444/2 444/9 445/6 445/21 447/10 449/10 450/20 452/20 458/8 459/19 460/21 461/7 464/17 467/19 469/18 470/5 470/7 475/5 475/7 475/14 475/18 475/20
half [1] 453/3
halfway [1] 446/21
Hall [4] 451/16 451/18 462/3 467/14
halls [1] 458/24
hallway [1] 443/20 451/13 451/21 452/15 452/18 457/11 459/16
hand [6] 449/3 451/11 452/2 453/20 469/11 475/13
handheld [6] 441/14 452/23 452/25 453/12 453/15 468/13
hangs [1] 449/22
happened [2] 470/11 475/19
happening [3] 452/9 464/15 472/16
hard [1] 461/22
has [10] 440/22 445/13 448/19 449/3 451/17 452/7 457/16 465/2 473/17 473/20
hat [2] 461/22 461/23
have [44]
having [1] 442/13
Hawa [5] 441/25 443/3 443/22 443/25 455/16
he [101]
he said [3] 443/18 450/19 459/5
he wasn't [1] 456/3
he's [2] 451/11 459/16
hear [2] 443/4 443/19
heard [1] 450/17

475/13
hell [1] 455/1
here [6] 455/14 459/23 461/4 466/4 470/25 473/12
Hill [3] 441/9 457/1 465/13
him [10] 447/15 448/15 450/4 450/16 452/3 458/18 459/17 460/22 461/6 469/8
himself [2] 456/23 457/8
his [41]
history [1] 461/2
hold [1] 473/18
holding [8] 445/10 446/6 446/7 451/11 453/6 453/12 453/15 453/20
hollow [1] 459/23
home [1] 444/4
honest [1] 469/1
Honor [7] 440/6 440/17 440/19 473/25 474/8 475/1 475/24
HONORABLE [2] 438/10 440/2
horrifying [1] 454/12
host [1] 474/15
hours [2] 443/24 465/9
house [21] 442/22 443/13 443/14 444/1 446/19 451/15 451/17 452/16 452/19 452/22 453/2 453/5 453/11 453/14 453/18 454/2 454/5 457/11 465/25 467/2 467/18
Houses [1] 442/24
how [3] 450/20 459/21 459/22
Howard [1] 471/7
however [1] 446/14
hundreds [3] 446/3 467/17 467/18
hunting [1] 454/23
Hutton [1] 438/16

**I**

I am [2] 455/24 473/1
I can [1] 458/1
I did [1] 474/9
I don't [3] 441/8 461/21 468/7
I guess [3] 460/3 460/25 469/22
I have [3] 454/14 454/19 473/7
I just [1] 475/2
I say [1] 454/15
I think [1] 469/3
I will [1] 459/20
I'll [3] 471/2 471/17 474/1
I'm [5] 454/22 473/25 474/6 475/3 475/3

I'm sorry [1] 474/6
I've [2] 466/2 466/6 466/18
immediately [2] 460/19 469/5
impede [7] 441/5 463/3 464/12 464/19 465/23 466/7 467/1
impeded [3] 463/6 463/7 465/4
implication [1] 469/22
import [1] 464/23
inaugural [1] 456/7
inauguration [1] 445/22
include [1] 446/14
including [6] 441/7 444/14 444/14 457/8 465/9 465/12
incursion [3] 459/2 459/3 472/23
indicated [1] 475/4
indicating [1] 443/4
indication [1] 461/9
indictment [1] 468/9
individual [6] 454/8 454/13 454/18 454/21 454/25 461/1
information [4] 455/5 462/17 466/19 474/20
initial [2] 459/2 459/2
initially [2] 445/24 451/8
inside [20] 446/25 447/17 448/23 451/1 451/8 453/19 455/19 455/23 457/4 458/9 458/17 459/4 462/2 462/9 462/13 463/21 464/15 465/14 470/2 472/24
insisted [1] 461/4
Inspector [5] 441/25 443/2 443/22 443/25 455/16
Instagram [15] 444/19 444/22 445/2 445/15 448/2 454/3 454/8 454/18 454/25 455/3 456/8 456/14 457/23 457/25 466/16
instead [4] 452/23 459/11 469/12 470/3
instructions [1] 470/22
intended [2] 441/5 468/17
intense [1] 443/18
intent [22] 463/3 464/12 464/19 464/25 465/23 466/7 467/1 467/13 469/14 470/7 470/15 470/16 470/18 470/20 470/25 471/5 471/9 471/14 471/19 475/14 475/14 475/21
interaction [1] 469/7
interest [1] 467/22

interesting [1] 473/9
interior [2] 453/23 453/25
interviewed [1] 474/13
Investigation [1] 474/11
involving [1] 461/17
is [85]
it [60]
it would be [1] 469/21
it's [4] 446/1 446/22 448/22 461/22
items [1] 447/8
its [9] 441/2 443/12 443/17 470/10 470/19 471/1 473/18 475/4 475/23
itself [4] 441/24 442/10 443/11 473/22

**J**

January [14] 440/23 440/25 441/24 442/19 444/5 454/7 455/4 455/18 457/23 458/4 458/5 458/6 458/6 466/15
January 6th [9] 440/23 440/25 442/19 444/5 454/7 455/18 457/23 463/6 466/15
John [3] 438/21 438/21 440/10
johnlmachado [1] 438/24
join [1] 468/6
joined [1] 464/6
joining [1] 464/16
joke [3] 468/25 469/2 469/2
joking [1] 469/11
Joseph [1] 438/16
joseph.hutton.marshal l [1] 438/19
JUDGE [1] 438/10
jumped [1] 459/18
jury [1] 470/22
just [11] 452/5 454/19 457/17 459/20 459/22 459/23 471/17 472/8 473/25 475/2 475/10

**K**

Kearney [3] 438/13 440/9 474/5
keep [3] 456/15 457/10 475/21
kicked [1] 449/16
Kiza [1] 471/4
knew [12] 451/1 455/20 457/22 458/7 458/8 459/25 459/25 461/18 462/11 464/15 466/13 470/8
knocked [1] 442/14
know [10] 444/15 458/12 458/12 458/20 462/15 469/16 469/21

**K**

know... [3] 472/14
473/10 473/15
knowing [1] 462/10
knowingly [12] 441/1
455/13 455/23 463/2
464/12 466/1 466/10
467/4 468/15 468/23
471/9 471/14
knowledge [2] 466/12
466/17
known [2] 456/3
462/14

**L**

landing [1] 454/4
Lanelle [1] 441/25
language [2] 460/5
460/9
large [1] 443/4 448/15
452/7
last [2] 454/1 469/21
later [9] 443/23 447/12
448/5 448/11 448/22
449/17 452/12 452/25
453/16
law [4] 438/21 441/9
461/3 463/13
lawful [4] 455/12
455/15 455/21 455/24
lawless [1] 463/16
lawyer [1] 474/16
leading [2] 457/11
460/23
leads [1] 452/18
learned [1] 443/6
least [7] 447/18 447/24
456/10 465/9 469/10
470/14 473/2
leave [16] 451/2 457/17
457/19 458/21 459/11
459/14 459/16 459/17
460/15 460/18 460/18
460/19 461/8 461/10
461/16 464/18
leaving [4] 452/23
453/10 469/9 470/8
left [9] 444/4 449/1
449/2 449/6 449/14
453/4 461/5 470/13
475/8
less [1] 446/10
let [4] 440/21 440/21
457/1 475/9
let's [4] 454/18 454/19
469/1 473/23
lie [1] 472/19
Lieutenant [4] 442/5
442/12 443/10 455/16
life [2] 473/7 473/8
lifetime [1] 473/4
like [5] 454/22 473/11
474/16 474/20 474/25
likely [1] 470/11
line [20] 445/9 445/16
445/23 447/3 447/10
448/9 449/25 450/5
450/9 450/23 450/24

**M**

Machado [4] 438/21
438/21 440/10 475/10
mad [1] 450/11
made [5] 443/7 445/6
445/20 467/17 475/6
magnetometer [1]
456/24
maintain [1] 447/10
make [10] 447/2
451/25 454/16 457/19
458/3 461/17 461/20
461/22 474/18 475/2
makes [2] 441/23
459/15
making [2] 451/22
459/10
manifestation [1]
467/22
march [2] 467/6 467/11
mark [2] 447/6 448/25
Marshall [1] 438/16
Maryland [1] 444/8
mass [1] 467/25
mass-meeting [1]
467/25
Matt [1] 461/4
matter [1] 477/4
Matthew [1] 444/7
May [2] 438/5 477/7
Maybe [3] 469/4
473/15 475/19
McCree [4] 442/5
442/12 443/10 455/16
me [17] 440/21 440/21
444/25 445/11 446/7
446/23 453/18 454/8
454/13 458/20 459/15
460/25 462/14 463/6
467/16 474/20 475/9
mean [2] 467/11
470/23

meant [2] 467/14
467/21 471/14
meant [1] 460/3
Meanwhile [1] 449/13
mechanical [1] 439/7
meeting [1] 467/25
MEHTA [2] 438/10
440/3
member [1] 457/3
members [2] 443/15
443/19
Memorial [1] 451/15
memos [1] 474/12
mention [1] 475/6
mere [1] 449/17
Merit [1] 439/2
Merriam [4] 463/20
467/10 468/1 468/4
Merriam-Webster [3]
467/10 468/1 468/4
Merriam-Webster's [1]
463/20
message [1] 457/23
messaged [3] 454/8
454/17 454/24
metal [8] 441/14
452/23 453/1 453/6
453/12 453/15 453/20
468/13
method [1] 460/1
might [1] 454/10
mind [1] 447/23
minute [4] 447/12
448/11 453/9 474/10
minutes [23] 447/18
447/21 448/22 450/23
450/24 452/12 452/20
453/3 453/16 453/22
457/13 460/24 461/9
462/13 463/22 464/1
470/2 470/13 472/25
473/2 475/13 475/16
475/20
missing [1] 475/6
mistake [1] 461/18
mob [1] 464/16
moment [1] 443/18
momentarily [1] 470/3
money [4] 470/20
470/24 471/6 471/11
moods [2] 442/14
444/20 448/6
moving [1] 443/15
448/5 449/5 451/24
Mr. [140]
Mr. Baggott [48]
Mr. Machado [1]
475/10

Mr. Parks' [4] 444/18
449/20 454/3 458/11
Ms. [1] 474/5
Ms. Kearney [1] 474/5
much [3] 449/10 462/1
464/16
multiple [4] 448/4
469/18 472/22 473/6
must [5] 455/9 462/21
465/20 466/24 468/12
my [6] 447/23 454/14
472/10 473/3 473/7
475/10

**N**

Nashville [2] 444/4
454/11
nearly [1] 450/5 460/24
need [4] 454/13 454/14
458/1 473/23
needed [3] 460/14
461/14 473/12
never [6] 461/2 469/9
469/18 473/4 473/7
473/8
New [1] 438/14
news [1] 454/12
next [2] 450/15 469/6
night [2] 457/23 458/5
no [18] 438/4 440/7
442/9 447/22 453/20
455/1 455/14 456/24
456/24 457/17 459/15
461/1 461/8 461/18
468/20 470/7 473/20
475/5
No way [1] 455/1
nobody [1] 469/13
none [1] 458/25
northwest [1] 448/9
not [52]
note [3] 459/20 471/2
471/17
noted [2] 446/14 457/6
nothing [3] 440/16
440/18 462/4
now [1] 454/23
number [1] 467/22
NW [3] 438/17 438/22
439/4
NY [1] 438/14

**O**

object [2] 448/7 467/8
objection [1] 442/23
observed [1] 443/14
observing [2] 447/18
472/23
obviously [1] 468/5
occur [2] 443/13
444/16
occurred [4] 442/16
443/8 463/5 465/4
odds [1] 470/8
off [3] 450/25 459/6
475/11
offend [2] 463/12

offended [1] 464/2
offense [5] 455/9
462/21 465/19 466/23
468/11
offenses [2] 440/23
441/16
office [4] 438/21 443/2
474/14 474/14
officer [4] 450/13
452/6 452/10 457/13
officers [17] 445/16
445/25 448/4 448/7
449/25 451/23 452/2
456/6 456/7 456/17
457/10 458/23 458/24
462/6 464/5 472/22
473/21
official [6] 439/3 441/5
463/4 463/8 464/13
465/6
Ohio [6] 449/24 451/2
457/6 459/6 467/16
473/2
okay [5] 440/13 440/20
458/19 460/3 474/4
one [8] 438/14 441/17
448/11 449/7 450/6
450/10 469/17 469/23
online [3] 463/20
467/10 468/4
only [5] 450/6 470/13
471/5 471/8 471/19
open [1] 449/16
opinion [1] 471/18
opportunities [1]
469/18
opportunity [4] 469/24
474/17 474/19 474/22
order [3] 455/8 463/16
474/10
orderly [7] 463/3 463/7
464/13 465/5 465/24
466/7 467/1
organized [1] 467/7
other [9] 441/7 450/12
451/22 453/8 459/13
467/23 471/3 473/8
474/24
others [7] 449/13
463/24 464/6 467/13
467/16 467/17 467/18
450/11
our [3] 446/18 446/19
450/11
out [17] 442/14 449/5
451/6 451/6 452/6
453/14 454/18 459/8
459/14 461/4 461/11
461/15 465/11 469/6
469/19 469/21 475/8
outside [15] 443/5
453/17 453/18 453/22
454/4 457/11 457/17
461/12 462/1 462/2
462/14 462/15 470/1
470/8 475/17
over [7] 442/18 443/1
447/13 463/23 464/15

**O**

**over... [2]** 451/17
453/16
**overwhelmed [1]**
460/13
**own [7]** 456/8 456/14
458/4 468/24 469/2
475/10 475/22
**owner [3]** 470/25
471/10 471/15
**ownership [1]** 471/16
**Oxford [3]** 463/15
467/8 467/25

**P**

**p.m [27]** 438/6 442/19
442/22 443/3 443/9
443/12 444/3 444/18
445/5 448/9 448/11
448/22 449/12 449/16
449/23 451/7 451/20
452/4 452/12 452/21
453/2 453/13 453/16
454/2 454/7 454/24
476/4
**pans [1]** 447/12
**parade [3]** 467/5 467/6
467/10
**paraded [2]** 441/12
466/25
**parading [4]** 441/20
466/20 467/19 472/3
**PARKS [90]**
**Parks' [4]** 444/18
449/20 454/3 458/11
**part [6]** 445/1 460/4
460/20 467/6 468/1
470/12
**particularly [3]** 462/3
467/14 467/19
**parties [1]** 475/5
**party [1]** 454/6
**past [2]** 451/22 459/10
**peace [3]** 463/12 464/2
464/8
**peaceful [1]** 468/3
**peering [2]** 461/13
470/1
**peers [1]** 453/23
**Pence [5]** 442/17 443/1
443/7 444/1 452/20
**people [24]** 444/24
445/23 446/3 446/10
446/15 446/17 448/5
449/10 450/8 450/16
450/17 450/20 452/5
452/17 454/12 456/15
456/22 457/1 457/10
457/14 458/24 460/14
465/14 472/22
**pepper [2]** 456/4
458/22
**perhaps [6]** 472/16
472/17 473/11 474/1
475/10 475/17
**perimeter [7]** 442/2
442/3 442/6 442/10
454/4 455/17 457/19

461/25
**permanently [6]**
470/19 471/1 471/5
471/10 471/15 475/16
**person [7]** 440/11
449/7 450/6 458/1
466/11 468/2 468/7
**personally [4]** 443/13
443/19 462/5 462/7
**persons [1]** 467/22
**philosophy [1]** 450/20
**phone [4]** 449/3 453/19
453/25 454/14
**physical [2]** 458/23
464/5
**physically [1]** 462/5
**picked [4]** 452/23
469/4 469/6 475/11
**picketed [2]** 441/12
466/25
**picketing [3]** 441/21
466/20 472/4
**picks [1]** 452/25
**picture [1]** 457/20
**place [1]** 443/11
**plainly [1]** 475/12
**Plaintiff [1]** 438/4
**plaza [2]** 438/14 445/7
**Please [1]** 440/4
**point [15]** 446/18
447/11 448/1 449/21
450/14 450/14 450/25
452/8 453/5 453/19
456/17 461/3 461/14
469/17 470/6
**pointed [2]** 448/16
467/20
**pointing [2]** 450/2
452/1
**points [1]** 472/20
**police [55]**
**Police's [1]** 441/9
**political [4]** 444/14
461/21 467/8 467/23
**portion [1]** 446/9
**positioning [1]** 445/8
**possession [1]** 475/20
**posted [1]** 445/1
**posture [1]** 460/8
**precisely [2]** 442/15
444/15
**premiere [1]** 463/21
**presence [3]** 456/25
463/21 463/22
**presented [1]** 468/8
**Presentence [1]**
474/11
**presenting [1]** 475/3
**preside [1]** 442/18
**presided [1]** 443/1
**presidency [1]** 455/1
**President [12]** 441/8
442/17 442/17 442/20
443/1 443/7 443/22
444/1 444/10 452/20
457/3 465/11
**Presidential [1]** 441/6

**Prettyman [1]** 439/4
**prevent [2]** 443/17
445/23
**preventing [2]** 447/4
448/4
**Prior [1]** 441/24
**probation [2]** 474/13
474/14
**proceed [1]** 440/15
**proceeding [3]** 442/22
447/20 465/7
**proceedings [10]**
438/9 439/7 440/12
442/18 443/12 444/3
464/20 467/14 476/4
477/4
**process [3]** 443/16
463/19 464/9
**procession [3]** 467/7
467/11 467/24
**produced [1]** 439/7
**progress [1]** 447/4
**proof [1]** 473/18
**property [20]** 441/14
441/22 459/22 459/22
462/7 464/17 468/10
468/13 468/16 468/19
468/21 468/24 469/16
469/16 469/17 470/10
470/24 471/11 472/6
475/21
**protect [1]** 464/25
**protectees [1]** 442/20
**protecting [1]** 465/14
**protection [1]** 441/8
**protective [1]** 441/9
**prove [4]** 462/21
465/20 466/24 468/12
**proved [1]** 455/9
**proximity [1]** 462/25
**public [16]** 442/11
463/12 463/12 463/13
464/2 464/2 464/3
464/8 464/8 464/8
467/21 467/23 468/2
468/6 473/13 473/14
**pull [1]** 456/18
**pulling [1]** 447/9
**pumping [2]** 448/14
449/19
**purchased [2]** 445/13
461/24
**pure [2]** 446/3 472/13
**purloined [1]** 468/15
**purposes [2]** 469/2
470/23
**push [1]** 457/14
**pushes [1]** 452/13
**pushing [2]** 446/4
446/16
**put [8]** 469/5 469/17
469/18 470/5 470/7
473/13 475/9 475/18
**puts [1]** 452/24
**putting [1]** 470/3

**Q**

**question [2]** 455/20
467/23
**questions [2]** 474/15
474/24

**R**

**rack [1]** 447/9
**racks [8]** 442/7 442/8
442/14 445/17 456/1
456/7 456/11 456/18
**radio [1]** 443/4
**raise [1]** 474/25
**raised [1]** 463/25
**raising [1]** 450/2
**reaching [2]** 447/13
456/19
**reads [1]** 445/11
**real [1]** 459/21
**realize [1]** 459/5
**realized [1]** 475/17
**Realtime [1]** 439/3
**reasonable [11]**
455/10 455/25 457/21
462/22 463/9 464/11
465/3 465/20 466/5
466/24 468/12
**reasons [1]** 466/4
**recess [2]** 443/12
476/3
**recognized [1]** 445/13
**record [5]** 470/3 471/2
473/13 473/14 477/3
**recorded [2]** 439/7
445/15
**recording [2]** 449/4
453/18
**referenced [1]** 473/6
**references [1]** 457/24
**refused [1]** 461/5
**refusing [1]** 464/18
**Registered [1]** 439/2
**regress [1]** 450/1
**Rehak [1]** 471/12
**relating [1]** 440/23
**remained [5]** 441/1
443/23 455/11 455/15
462/12
**remaining [4]** 441/17
455/6 471/23 472/24
**remains [2]** 447/17
457/12
**rented [1]** 444/8
**repeatedly [1]** 450/13
**replied [1]** 454/21
**report [3]** 474/11
474/18 474/19
**Reporter [4]** 439/2
439/2 439/3 439/3
**represented [1]** 472/21
**request [1]** 460/14
**requires [1]** 471/5
471/8 471/19
**respect [4]** 455/22
461/2 461/2 471/13
**respective [1]** 442/25
**responds [1]** 454/10
**responsibilities [1]**

**rested [1]** 458/16
**restricted [15]** 441/1
441/17 441/19 445/4
455/6 455/12 455/15
455/17 455/23 456/2
462/16 462/19 462/25
471/23 471/25
**result [2]** 442/12
445/25
**resumed [1]** 444/3
**retired [1]** 442/24
**return [3]** 453/4 453/10
453/16
**returned [1]** 469/24
**review [1]** 474/18
**Revolution [1]** 445/14
**right [19]** 440/20 445/7
449/6 450/3 450/15
450/16 451/11 451/18
452/3 452/10 453/22
454/4 459/1 459/10
468/17 469/15 473/17
473/17 473/19
**rights [1]** 471/16
**rings [1]** 459/23
**riot [3]** 449/7 459/4
460/2
**rioter [7]** 448/7 450/10
450/12 450/24 452/7
452/10 457/14
**rioters [14]** 442/13
443/19 445/25 446/22
447/8 448/4 448/23
449/12 451/22 456/13
456/17 456/17 457/7
460/12
**riotously [1]** 463/17
**rise [2]** 470/2 476/2
**RMR [2]** 477/2 477/8
**Rogers [2]** 451/21
457/11
**Rotunda [1]** 451/15
**roughly [1]** 453/8
**rows [2]** 445/8 452/5
**rule [1]** 463/16
**running [2]** 448/18
448/20

**S**

**sadly [2]** 454/15 458/3
**safety [3]** 463/13 464/3
464/9
**said [13]** 443/18
450/19 451/4 453/23
454/13 459/5 461/3
469/20 470/18 470/22
472/11 474/6 474/8
**Saint [1]** 438/14
**same [6]** 447/12
452/19 454/17 459/10
466/3 473/14
**satisfied [1]** 466/4
**satisfies [3]** 468/22
470/16 470/20
**saw [7]** 446/2 456/19
456/24 456/24 459/14
459/23 464/17

**S**

say [10] 442/15 454/15
454/15 454/19 458/3
458/18 460/10 472/9
473/7 473/11
saying [4] 449/10
450/13 454/18 473/14
says [2] 457/25 458/2
scaffolding [13]
445/21 445/24 446/4
446/5 446/8 446/10
446/13 446/16 446/25
447/14 447/17 448/1
456/10
scale [1] 467/7
scene [6] 446/3 446/15
447/18 447/21 453/18
456/12
scheduled [4] 458/17
465/1 473/3 473/4
scooped [1] 469/8
screaming [4] 446/4
446/16 450/9 450/18
screams [1] 450/18
screened [1] 458/25
sea [1] 444/24
seated [1] 440/4
second [11] 448/25
455/13 455/22 459/12
463/2 464/11 465/22
466/6 466/25 468/14
468/23
seconds [7] 447/7
449/5 449/17 450/4
452/12 452/25 453/11
Secret [4] 441/8
441/25 442/21 465/11
secure [4] 442/10
443/8 443/15 443/23
securing [1] 445/9
security [3] 442/2
442/6 445/4
see [15] 445/18 446/9
447/3 447/13 448/4
448/6 448/25 449/25
452/9 456/1 456/5
459/23 460/1 460/8
465/1
seeing [1] 472/25
seem [1] 453/7
seems [1] 460/20
seen [22] 445/10
446/20 446/23 448/14
448/18 449/9 449/10
449/15 449/19 450/22
451/10 451/20 451/24
453/14 454/1 456/10
456/12 456/16 457/16
458/22 460/12 469/9
sees [2] 457/6 457/13
self [1] 460/8
self-defense [1] 460/8
Senate [9] 443/2 444/2
448/19 449/2 449/6
449/14 449/18 451/8
467/15
Send [1] 454/8
sense [1] 462/4

sentencing [1] 472/20
473/23 474/12 474/17
474/23
separate [2] 441/16
457/23
separated [1] 460/22
September [2] 474/1
474/2
serious [1] 460/11
Service [3] 442/1
442/21 465/12
Service's [1] 441/8
session [3] 465/24
466/8 467/2
set [8] 442/4 446/11
447/20 455/17 459/6
459/12 472/8 473/23
sets [1] 450/25
Seventh [1] 470/14
471/8
several [1] 457/12
shaking [1] 451/10
she [2] 443/3 443/5
shield [3] 449/7 459/4
460/2
shooting [1] 449/19
short [1] 470/13
should [3] 462/14
472/16 475/17
shoulder [1] 451/18
shouldn't [4] 451/1
461/16 472/21 475/18
shout [2] 449/20 450/3
shouting [1] 446/17
shouts [1] 450/18
show [3] 454/15
454/19 458/1
showed [2] 454/6
472/19
showing [1] 472/21
shown [2] 443/9 455/4
shows [17] 444/19
444/22 445/16 446/14
446/25 447/5 447/8
447/21 448/12 448/23
450/8 450/12 452/17
454/5 456/14 456/15
459/9
sic [4] 456/25 458/21
459/20 471/22
side [3] 451/13 457/12
459/13
signs [2] 442/8 456/2
Similarly [1] 470/21
simply [3] 459/9 465/1
475/12
situated [1] 447/24
skirmish [2] 445/25
446/2
slip [1] 446/9
smash [1] 449/8
smashed [3] 449/7
449/14 459/3
smashing [1] 456/22
snow [4] 442/7 442/8
442/14 456/1
so [30] 440/14 440/21
440/22 449/13 454/2

was [134] 440/13 ...
455/22 455/24 458/1
461/5 461/21 463/2
463/6 464/12 465/4
465/8 465/23 466/3
466/6 466/25 468/22
469/6 469/13 469/19
471/9 471/21 472/7
474/10
So that [1] 472/7
some [11] 447/24
448/1 454/5 454/19
461/3 461/25 463/19
467/7 467/22 467/23
475/6
somebody [5] 461/14
461/15 468/16 470/9
475/11
someone [3] 461/1
475/7 475/7
something [7] 449/19
454/14 458/8 464/21
470/3 471/14 475/18
sometime [5] 443/3
444/3 444/18 454/14
454/19
Soon [1] 451/23
sorry [1] 474/6
sought [2] 451/5 451/6
speak [1] 466/16
speaking [4] 445/17
445/18 450/18 466/11
specific [1] 460/14
specifically [2] 460/11
460/17
speculation [1] 475/10
speech [1] 444/10
speeches [1] 444/15
spilling [1] 456/22
spin [1] 473/19
split [1] 442/24
sports [1] 473/6
spray [2] 456/4 458/22
stadium [1] 473/8
stage [1] 456/7
stairs [16] 446/11
446/16 446/21 447/3
447/4 447/20 448/5
448/6 448/10 448/10
448/13 448/13 451/15
456/11 456/16 459/12
stamps [1] 446/14
stand [3] 453/21
453/21 472/11
standing [4] 446/1
450/6 450/15 452/3
stands [3] 453/17
453/17 476/3
state's [1] 442/23
statement [1] 461/21
STATES [28] 438/1
438/3 438/10 440/7
455/7 457/4 459/24
462/20 465/18 465/22
466/21 468/11 468/14
468/18 468/22 470/10
470/17 470/21 471/4
471/7 471/18 471/24

472/6 475/15 475/23
stating [2] 454/8
454/25
Statuary [4] 451/16
451/18 462/3 467/14
stay [1] 457/17
steal [4] 444/6 468/23
470/16 470/23
stenography [1] 439/7
step [1] 470/2
steps [2] 452/22
457/20
STEWART [2] 438/6
440/8
still [3] 445/1 453/5
453/11
stipulation [1] 475/5
stole [2] 441/14 468/15
stood [2] 461/12 470/1
Stop [1] 444/6
stopping [1] 450/14
stops [1] 457/20
Story [1] 444/19
444/22 445/2 448/2
454/3 456/8 456/14
straight [4] 445/11
446/6 446/7 448/16
Street [2] 438/17
438/22
submit [1] 474/19
suggest [1] 474/1
suggested [1] 461/24
Suite [1] 438/22
superseding [4] 455/5
462/17 466/19 468/9
supervised [1] 443/16
support [1] 467/7
supports [1] 458/7
supposed [15] 455/18
456/3 457/22 458/7
458/12 459/5 460/6
460/7 460/15 461/18
462/11 462/12 462/16
466/13 473/1
sure [1] 475/2
surely [2] 450/17 456/3
surrounded [1] 444/23
SWAT [1] 454/6
sweatshirt [1] 470/6
symbol [1] 445/14
sympathy [1] 467/23

**T**

take [10] 447/16
456/20 458/20 467/6
467/21 468/1 469/3
470/9 471/14 475/7
taken [4] 454/4 457/20
465/11 475/18
takes [3] 448/2 453/23
469/13
taking [6] 453/24
457/24 466/15 467/24
470/24 475/8
tale [1] 473/20
talk [1] 450/21
talking [1] 453/7

tarp [3] 447/14 447/16
456/20
temporarily [6] 470/15
470/19 471/1 471/5
471/10 471/15
temporary [1] 471/19
ten [3] 447/18 447/21
475/23
ten-minutes [1] 447/21
tends [2] 463/11
463/18
Tennessee [1] 444/4
Terrace [6] 444/21
445/7 445/7 445/9
448/17 456/5
testified [10] 442/9
442/12 443/3 443/10
443/25 445/13 446/24
455/17 460/5 461/20
testify [2] 461/7 473/12
testifying [1] 472/18
testimony [1] 442/1
442/6 451/5 458/13
459/21 469/20 472/11
than [2] 450/20 454/20
Thank [2] 475/25 476/1
Thank you [2] 475/25
476/1
that [211]
That'll [1] 474/4
that's [23] 444/19
445/2 445/12 445/22
447/14 450/14 451/19
454/16 455/1 462/8
463/13 463/19 464/1
467/8 467/12 467/25
469/2 470/17 471/19
472/16 473/22 474/7
475/21
theft [3] 441/21 468/10
472/5
their [14] 442/24 444/7
444/20 445/6 445/20
447/2 447/9 450/18
451/22 451/25 456/18
460/9 466/12 473/17
them [14] 445/18
446/11 450/3 450/6
452/7 452/11 452/17
456/6 456/19 457/2
457/15 460/8 462/6
464/5
themselves [1] 445/8
then [24] 443/2 443/7
444/10 444/11 445/20
451/14 452/5 452/15
452/24 454/13 455/3
456/9 457/14 457/16
458/4 459/7 461/12
462/2 466/16 469/5
469/5 470/13 472/24
475/16
then-President
Trump's [1] 444/10
there [45]
there's [6] 447/22
449/14 450/6 461/8
468/7 468/20

**T**

therefore [1] 468/21
470/7 470/9
these [6] 440/11
447/24 450/15 450/17
450/19 458/5
they [37] 444/8 444/9
444/24 444/25 446/5
446/8 447/7 447/19
449/24 449/25 450/5
451/8 451/11 451/12
451/15 451/18 451/23
452/9 452/13 453/4
453/6 453/8 453/9
453/16 453/21 459/12
459/12 459/14 460/5
460/6 460/10 460/21
461/14 461/16 466/12
472/19 473/19
they're [3] 445/2
446/16 453/7
thick [1] 447/1
thing [2] 471/6 473/10
thing's [1] 471/15
things [4] 454/19
456/13 473/14 474/14
think [5] 451/21 460/6
468/7 469/3 472/15
thinking [1] 454/10
third [10] 457/5 463/5
465/2 465/25 466/9
467/3 468/17 469/14
470/14 470/18
Third Circuit [1]
470/18
this [42]
those [14] 444/15
448/10 449/9 451/5
454/22 458/23 464/23
464/25 466/3 472/19
473/5 473/9 475/16
475/20
though [2] 457/2
459/16
thought [6] 456/25
458/19 460/3 460/14
461/14 472/15
thousands [6] 458/24
460/13 463/24 464/6
467/13 467/16
three [3] 441/19 445/8
452/5
through [21] 448/17
448/24 449/12 449/18
451/16 451/18 451/24
453/1 453/4 453/10
456/23 456/24 459/3
459/3 459/18 460/2
460/23 462/3 463/25
467/14 474/20
throughout [1] 473/1
throwing [3] 447/8
448/7 456/13
time [28] 444/9 446/1
446/12 446/14 446/18
447/7 447/19 447/19
448/19 454/16 454/17
458/3 458/21 461/11

461/25 462/1 463/25
464/1 465/9 465/12
469/6 469/22 469/23
470/13 472/20
times [7] 457/18
460/19 461/12 467/19
469/10 472/22 473/6
titled [1] 477/4
together [3] 446/4
458/1 460/21
told [2] 459/25 460/17
took [8] 443/11 454/21
454/22 458/2 466/16
468/25 469/1 469/3
top [4] 447/2 447/4
456/11 456/16
tops [1] 448/6
total [1] 447/19
toward [16] 444/20
444/24 445/18 445/21
446/4 447/13 448/18
449/11 451/12 451/15
451/16 451/25 452/2
452/21 468/2 468/7
town [1] 460/21
tracks [1] 466/14
trailing [1] 469/8
Traitors [1] 446/18
transcript [3] 438/9
439/7 477/3
transcription [1] 439/7
transmissions [1]
443/4
transpire [2] 446/2
449/9
Tread [1] 445/11
trial [2] 438/9 473/18
trip [2] 454/20 454/20
trouble [1] 454/10
true [1] 459/9
Trump [1] 446/17
Trump's [1] 444/10
trying [1] 447/16
tumultuously [1]
463/17
turn [1] 448/13
twice [2] 469/10
469/19
two [18] 441/18 445/8
448/17 448/22 449/5
449/9 451/25 452/5
453/3 453/10 453/16
453/22 457/18 457/23
460/18 461/12 470/1
472/25

**U**

U.S [8] 440/24 441/2
441/9 441/25 442/1
442/19 442/21 468/21
U.S. [1] 469/15
U.S. Government [1]
469/15
U.S.C [1] 470/16
under [4] 446/9 470/16
473/5 473/8
undermine [2] 463/12

undermined [1] 464/3
underneath [2] 448/1
456/10
understand [1] 475/24
understood [3] 444/12
460/15 464/23
unfurled [2] 461/25
467/20
unison [1] 467/12
UNITED [28] 438/1
438/3 438/10 440/7
440/11 447/18 459/24
462/20 465/18 465/22
466/21 468/11 468/14
468/18 468/22 470/10
470/17 470/21 471/4
471/7 471/18 471/24
472/1 472/3 472/5
472/6 475/15 475/23
United States [13]
457/4 459/24 465/22
466/21 468/14 468/22
470/10 470/17 470/21
471/7 471/24 475/15
475/23
United States of [1]
440/7
unlawful [1] 466/12
unlawfulness [1]
466/17
unpublished [1]
471/18
unruly [2] 447/11
463/17
until [7] 443/23 444/2
454/6 459/6 459/14
464/18 473/2
untoward [1] 448/20
untruths [1] 472/17
up [32] 445/11 446/6
446/8 446/11 446/16
446/21 447/20 448/2
448/5 448/6 448/12
448/13 448/16 448/20
451/14 452/23 452/25
454/6 454/11 454/25
455/17 459/12 464/22
467/15 467/17 469/4
469/6 469/8 473/2
473/12 473/19 475/11
uploaded [1] 445/16
upon [2] 444/19 449/9
upper [9] 448/17
452/21 453/1 453/5
453/11 453/14 453/18
454/1 454/4
upright [2] 451/17
452/3
upward [1] 467/20
us [4] 445/2 450/14
454/21 459/25
USAO [2] 438/13
438/15
usdoj.gov [2] 438/15
438/20
use [10] 468/16 468/18
468/24 469/15 470/10

475/22 475/23
using [6] 447/9 449/7
449/8 456/18 459/3
460/2
usually [1] 467/24
utter [1] 458/14
uttering [1] 472/17

**V**

value [2] 459/21 471/6
vantage [1] 456/17
various [2] 446/17
472/20
verbal [2] 457/7 458/23
verdict [6] 438/9
440/21 471/21 472/7
472/10 475/12
versus [4] 440/8 471/4
471/7 471/18
very [5] 448/3 459/2
466/13 472/23 473/14
Vice [11] 441/8 442/17
442/17 442/20 443/1
443/7 443/22 444/1
452/19 457/3 465/11
video [29] 445/1
445/15 445/18 446/13
446/14 446/25 447/5
447/8 447/8 447/12
447/12 447/15 447/21
448/2 448/3 448/5
448/8 448/25 449/1
450/8 452/13 452/16
453/23 453/24 454/4
454/5 456/8 459/9
464/21
videos [7] 449/9
450/12 454/9 457/24
458/2 466/15 472/19
vids [1] 454/22
view [1] 449/5
violation [10] 455/7
462/19 465/17 466/21
468/10 471/24 472/1
472/2 472/4 472/6
visible [1] 442/7
visibly [1] 451/10
vote [2] 442/3 459/25
votes [1] 442/24
vs [1] 438/5

**W**

walk [7] 446/11 448/12
448/17 451/12 451/14
461/10 467/14
walked [10] 444/11
459/10 459/12 461/11
462/3 463/25 467/12
467/15 469/19 469/21
walking [6] 444/24
448/13 448/18 451/18
451/21 454/1
walks [2] 448/15
452/21
wand [15] 441/15
452/24 452/25 453/6
453/12 468/14 468/20

469/5 469/11 469/11
470/3 470/13 475/5
475/13 475/15
wander [1] 453/7
want [5] 450/10 460/22
460/25 472/8 475/2
wants [1] 440/14
warmth [1] 461/23
was [54]
Washington [5] 438/5
438/18 438/23 439/5
444/5
wasn't [1] 454/15
456/3 456/9 457/22
458/3 458/7 458/12
459/5 470/6 472/10
473/16
watches [1] 447/14
waves [1] 448/20
way [15] 442/15 444/20
445/6 445/20 447/2
451/6 451/22 451/25
455/1 459/8 463/17
467/17 469/6 473/12
475/9
we [10] 440/14 448/4
450/10 454/25 458/1
461/8 472/8 473/25
474/10 474/25
we will [1] 474/10
We're [1] 448/3
we've [1] 461/4
weapons [1] 457/2
wearing [2] 461/22
461/23
Webster [3] 467/10
468/1 468/4
Webster's [1] 463/20
well [8] 441/7 444/14
444/23 449/21 466/13
469/1 474/11 475/9
went [3] 443/2 459/4
459/12
were [46]
weren't [3] 459/1
461/18 461/20
west [7] 444/21 445/7
445/7 445/9 448/17
448/24 456/5
what [15] 446/2 446/12
450/13 451/21 459/23
462/8 464/1 464/15
467/12 470/11 473/15
473/19 473/22 475/19
475/22
what's [1] 472/16
when [17] 442/15
444/24 449/24 450/24
452/6 456/2 456/4
457/18 461/10 463/6
464/21 465/4 466/11
467/12 469/4 469/21
475/17
where [10] 444/15
446/1 446/10 447/3
447/24 451/8 453/17
458/15 467/19 470/7
whether [4] 446/2

**whether...** [3]  455/20
458/20 472/14
**which** [21]  443/13
445/11 445/12 445/15
446/10 454/5 454/21
456/13 457/24 459/25
463/11 465/19 466/23
468/12 470/10 470/23
471/5 471/8 471/18
472/20 475/22
**while** [8]  441/3 447/14
448/1 449/21 459/16
461/25 462/2 462/14
**white** [1]  447/13
**who** [7]  442/17 450/12
452/17 458/25 461/1
461/14 461/15
**whom** [1]  458/25
**whose** [2]  442/1 442/5
**will** [6]  451/21 457/11
459/20 474/10 474/14
474/17
**willfully** [5]  466/1
466/9 466/11 467/3
471/9
**William** [3]  439/2 477/2
477/8
**window** [7]  449/2
449/2 449/6 449/6
449/8 449/13 456/23
**windows** [6]  448/24
449/13 456/22 459/3
459/18 460/2
**wing** [7]  448/19 448/25
449/3 449/7 449/14
449/18 451/8
**wish** [1]  474/16
**within** [5]  442/10 447/7
449/5 450/4 464/22
**without** [9]  455/12
455/15 455/21 455/23
457/2 459/10 468/17
469/7 469/15
**witness** [2]  459/1
472/11
**witnessed** [3]  443/13
447/23 457/16
**witnesses** [1]  456/21
**WL** [1]  471/20
**woke** [1]  454/11
**wooden** [2]  446/20
446/22
**words** [3]  450/18 451/6
452/24
**work** [1]  474/5
**worn** [1]  450/11
**worst** [2]  458/14
472/12
**would** [24]  442/15
444/13 444/16 446/23
447/15 447/23 449/8
449/15 450/17 451/23
456/3 456/9 456/10
456/12 456/16 460/12
461/2 461/3 461/5
469/21 469/23 473/9
474/20 474/25

**wrongful** [1]  470/24
**wrote** [1]  471/13

**Y**

**y'all** [1]  454/23
**yell** [1]  462/6
**yelling** [4]  450/9 452/1
456/13 464/21
**yellow** [3]  448/15
453/6 453/15
**yesterday** [2]  472/18
473/7
**yet** [4]  457/5 457/9
459/4 462/12
**York** [1]  438/14
**you** [186]
**you'll** [3]  474/13
474/19 474/22
**you're** [2]  462/8 462/9
**you've** [3]  458/22
473/13 473/13
**your** [36]  440/6 440/17
440/19 459/20 460/4
460/20 463/21 463/22
464/19 464/25 464/25
465/15 466/14 466/14
466/16 466/16 466/17
467/17 467/19 468/24
469/2 469/6 469/12
469/20 470/5 470/6
470/12 472/11 473/8
473/25 474/8 474/15
474/16 474/20 475/1
475/24
**Your Honor** [7]  440/6
440/17 440/19 473/25
474/8 475/1 475/24
**yours** [1]  473/4
**yourself** [4]  462/6
464/4 468/24 472/15

**Z**

**Zaremba** [3]  439/2
477/2 477/8