IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )    CR No. 21-411-1
                               )    Washington, D.C.
          vs.                  )    November 15, 2023
                               )    4:00 p.m.
STEWART PARKS,                 )
                               )
          Defendant.           )
_____)


TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Joseph Hutton Marshall
                           USAO
                           601 D Street NW
                           Washington, D.C. 20001
                           (202) 252-6629
                           Email:
                           joseph.hutton.marshall
                           @usdoj.gov

For the Defendant:         John L. Machado
                           LAW OFFICE OF JOHN MACHADO
                           503 D Street, NW
                           Suite 310
                           Washington, D.C. 20001
                           (703) 989-0840
                           Email: johnlmachado@gmail.com

APPEARANCES CONTINUED:

Probation Officer:          Heidi Gavito

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  This Court is in

3  session.  The Honorable Amit P. Mehta presiding.

4          THE COURT:  Please be seated, everyone.

5          COURTROOM DEPUTY:  Good afternoon, Your Honor.

6  This is Criminal Case No. 21-411-1, United States of America

7  versus Stewart Parks.

8          J. Hutton Marshall for the government.

9          John Machado for the defense.

10          Heidi Gavito on behalf of the Probation Office.

11          The defendant is appearing in person for these

12  proceedings.

13          THE COURT:  All right.  Good afternoon, everyone.

14          Mr. Parks, good afternoon to you, sir.

15          Okay.  So we're here for sentencing this

16  afternoon.  Are both sides ready to proceed?

17          MR. MARSHALL:  Yes, Your Honor.

18          MR. MACHADO:  Yes, Your Honor.

19          THE COURT:  All right.

20          So let me just preview what we need to cover and

21  how we'll go about doing it this afternoon.

22          I'll just state for the record the materials that

23  I've received and reviewed in advance of sentencing.  I'll

24  ask Mr. Machado to then confirm that the Presentence

25  Investigation Report has been received by the defendant and

1    reviewed by him.

2           I just would like the defense's position on the

3    restitution request for -- from the government, and then

4    want to talk about the obstruction enhancement that has been

5    recommended.

6           I also have one other Guidelines issue I want to

7    raise, and then we'll do the Guidelines calculation at that

8    point.

9           And then we'll hear from the parties and then from

10   Mr. Parks if he wishes to be heard, okay?

11          So the Presentence Investigation Report is at 97,

12   the Probation Office's recommendation at 98, government's

13   memorandum in aid of sentencing at 99, as well as the

14   exhibits that were submitted, along with the memo; the

15   defendant's memorandum in aid of sentencing, plus the many

16   letters that accompanied his memorandum.  I've also

17   re-reviewed the verdict that I gave orally, and I've gone

18   back and re-reviewed Mr. Park's testimony, trial testimony.

19          Anything else I should have mentioned but did not?

20          MR. MARSHALL:  Nothing for the government,

21   Your Honor.

22          MR. MACHADO:  Not for the defense, Your Honor.

23   Thank you.

24          THE COURT:  All right.

25          Mr. Machado, could you please confirm that

1  Mr. Parks has received and reviewed the Presentence

2  Investigation Report?

3          MR. MACHADO:  He has received and reviewed it,

4  Your Honor.

5          THE COURT:  All right.

6          You'll let me know if there are any objections

7  other than the ones that I already have teed up, okay?

8          So in terms of restitution, the government has

9  requested $617, which consists of $117, this is the value of

10  the metal detector wand, and then an additional $500.

11          What's the defendant's position on restitution?

12          MR. MACHADO:  Well, Your Honor, it's been -- it

13  appears from what I've been reviewing of previous sentences,

14  it appears the $500 standard restitution is being ordered.

15  We'd object; there was no damage done by my client as to

16  that.

17          But that's really -- we just stand on just simply

18  the argument that he didn't participate in any -- anything

19  that caused any damage and thus restitution is not

20  necessary.

21          As to the 117, Your Honor, we would object to

22  that.

23          As the Court may recall, the Court did find my

24  client guilty of the theft charge.  And part of what was

25  presented as far as the evidence via stipulation was the

1   fact that there was no reported wand that had been

2   determined to be missing.  This was sort of -- from the

3   security officer or the procurement officer, and that was

4   provided in order to resolve that issue of whether there was

5   or was not something missing.

6           As the Court may recall, the testimony was that my

7   client did pick it up, but he left it outside.  Given those

8   facts, given the fact that we have no proof in any way that

9   the item was actually taken.  Quite to the contrary, in that

10  the information that was provided via the stipulation

11  indicates that there was no wand missing; the documentation

12  that was provided by the government has to do with supply.

13          THE COURT:  I don't know that that's accurate.

14          I think the stipulation was that there was no wand

15  reported missing.

16          MR. MACHADO:  What did I say?  I'm sorry?

17          THE COURT:  That there was no wand missing.

18          MR. MACHADO:  Oh, okay.  There was no -- yes, I

19  stand corrected.  Thank you, Your Honor.

20          So, and at the same time, the Court can find that

21  there was, you know, clearly asportation that happened with

22  regard to the item.

23          So it's not a situation where there's a conflict

24  or an inconsistency by the Court saying there was a theft

25  but that the item was not determined to be missing and,

1   therefore, my client doesn't have to pay restitution for

2   that.  So we would object to the 117 -- $117 for that

3   specific reason.  Thank you.

4          THE COURT:  Okay.

5          Mr. Marshall, remind me again the -- I did look at

6   it, but the 117, the receipts that were attached, the

7   invoice that were attached to the sentencing memo, did that

8   indicate a repurchase of a new wand, is that what it was?

9          MR. MARSHALL:  No, Your Honor.  That was just the

10   original amount when the wands that were being used that day

11   were procured.

12          THE COURT:  I see.  Okay.

13          MR. MARSHALL:  Your Honor, I would just note that

14   I think it's undetermined whether or not any wands are, in

15   fact, not accounted for.  I agree with Mr. Machado that we

16   stipulated that none were reported unaccounted for, but,

17   nonetheless, I think, at the very least, based on the

18   verdict of the Court, we, at the very least, have a

19   temporary conversion of that wand, and we think that

20   warrants restitution in this case.

21          THE COURT:  I can't warrant restitution unless it

22   actually resulted in a loss, right?

23          I mean, you've got to have some loss that you can

24   point to.  And if the government's position is that you

25   don't know whether, in fact, the wand was -- it somehow did

 1   not come back into the possession of the Capitol Police.

 2   Yes, there's a theft charge, but you still need a loss to be

 3   remedied.

 4            MR. MARSHALL:  Your Honor, I would argue that

 5   what's proven is at least that the police were deprived of

 6   that usage for that period.  And I appreciate Your Honor's

 7   point that it's harder to put a particular monetary value on

 8   the cost of that deprivation during that period, but I think

 9   the best estimate we have is the value of the wand.

10            THE COURT:  I'm listening.  I'm sorry, go ahead.

11            MR. MARSHALL:  That's all I had on that point,

12   Your Honor.

13            THE COURT:  Okay.

14            MR. MARSHALL:  Thank you.

15            THE COURT:  Okay.

16            So, you know, restitution, under 3E1.1, does refer

17   to entering an order of restitution under an applicable

18   statute for the full amount of the victim's loss.  And so,

19   you know, loss really is the key here, it seems to me.  And

20   if there is no affirmative proof that the wand was, in fact,

21   lost, even though Mr. Parks did take it and met all the

22   elements of theft, even if he brandished it outside as he

23   testified, he certainly held onto it for a period of time

24   for his own use.  I don't think that rises to the level of a

25   loss, or at least not a loss that I can account for by a

1    preponderance of the evidence.  So I will decline to grant

2    the restitution amount in $117.

3              As for the $500, I will reserve on that.  I had --

4    I think Mr. Machado may know this.  I have -- frankly, I'm

5    the one that raised this issue sometime back in one of the

6    Oath Keeper cases and have just not had the time to turn my

7    attention back to it, and that is to what extent an

8    individual who, in fact, does not directly contribute to

9    property damage on January 6th, whether they can be

10   responsible for the property damage that others caused by

11   virtue of their being part of a larger mob of people and

12   sort of what the proximate cause analysis is there, and

13   I have not had the opportunity to look into that

14   sufficiently.

15             So I'll defer.  I've got 90 days to look at that,

16   and I'll make sure that that gets done, hopefully, within

17   the 90-day period.  And if not, I certainly will rule on it

18   in due course.

19             Okay.  So that resolves that issue or at least

20   partially resolves that issue.

21             I have two Guidelines issues I wanted to discuss.

22   The first one is one that no one has raised, and that is

23   whether Mr. Parks is eligible for the zero point adjustment,

24   two level decrease, under now what is 4C1.1.  He not only

25   has no criminal history score but has zero points -- excuse

1    me, has the Criminal History Category I but has no Criminal

2    History points.

3          So does anybody have a view on that?

4          I'm happy to hear from Probation as well.

5          MR. MACHADO:  I guess I'll take the lead.

6          Your Honor, you're absolutely right.  And,

7    frankly, we're talking about what kicked in on November 1st

8    and it applies to sentencings occurring after November 1st.

9    And so I think the Court is absolutely right, he has a

10   Criminal History I.  I apologize for the oversight and I

11   thank the Court for noticing that.

12         From my recollection of what the factors that do

13   not -- that disallow it --

14         THE COURT:  I'm going to follow up:  All of the

15   factors apply to him.

16         MR. MACHADO:  Right.

17         THE COURT:  He's got zero points, no terrorism

18   adjustment, did not use violence or credible threats of

19   violence.  His offense did not result in death or bodily

20   injury.  The offense of conviction is not a sex offense, did

21   not personally cause substantial financial hardship, did not

22   involve a firearm or other dangerous weapon.  And neither of

23   the last three are even remotely close to potentially being

24   applicable so...

25         MR. MACHADO:  Yes, Your Honor.

1          THE COURT:  Does the government or Probation have

2     a different view on this?

3          MR. MARSHALL:  Your Honor, if the Court is

4     planning to reserve on the restitution issue, the government

5     respectfully requests just the opportunity to submit our

6     position afterward in writing.  And the government,

7     candidly, was not prepared to address this issue, given that

8     defendant was not requesting the zero point reduction.

9          I know there are several factors that the

10    defendant needs, and I know the Court's view is that the

11    defendant satisfied all of them.  The government would just

12    request the opportunity, in part because this is an issue

13    where the government is going to try hard to be consistent

14    across similar cases, and so we just ask for the opportunity

15    to look at the issue and take a position on that.

16         THE COURT:  So if that is generally what you want

17    me to do, I cannot move forward with sentencing today.  And

18    Mr. Parks is in from out of town.  Truth be told, I don't

19    know that it's going to materially impact what the final

20    Guidelines calculation is, but I want to get this done right

21    and I want to make sure Mr. Machado avoids a post-trial

22    motion.  So I'm not going to -- if you need to take a look

23    at it, take a look at the Guideline, and if you have a

24    different view, I want to know now, but I'm not going to

25    adjourn the sentence for a written submission at this point.

 1                   MR. MARSHALL:  I understand, Your Honor.

 2     If Your Honor is prepared to rule on the issue, then the

 3     government is fine with you proceeding.

 4                   THE COURT:  Okay.

 5                   Probation, I think, also would like to put

 6     something on the record.

 7                   PROBATION OFFICER:  Thank you, Your Honor.

 8                   THE COURT:  And by the way, Probation, just to be

 9     clear, Ms. -- Probation submitted its report before the

10     Guideline, the new Guideline kicked in so there's a reason

11     why it's not in the PSR.  So I want that to be clear.

12                   PROBATION OFFICER:  That's correct, Your Honor.

13                   If the Court finds that the defendant meets all

14     the factors in 4C1.1, he would qualify for the two-level

15     reduction.

16                   THE COURT:  Okay.

17                   PROBATION OFFICER:  Thank you, Your Honor.

18                   THE COURT:  All right.  Thank you.

19                   Mr. Machado.

20                   MR. MACHADO:  Your Honor, I think this is obvious,

21     but just to put it on the record, accordingly, therefore,

22     our determination would be that the Court should not do the

23     two points for obstruction of justice.  And so our

24     recommendation would be that it be Category I, Level 10,

25     6 to 12 months, as opposed to the Level 12, 10 to 16 that we

1    requested.  Thank you.

2              THE COURT:  All right.

3              Well, that's not even correct if you're not asking

4    for the obstruction so let's just hold on for a second,

5    let's talk about obstruction in a moment.

6              All right.  So, again, Mr. Marshall, if you want

7    to email somebody and get their views, that's fine, we've

8    got a little bit of time before we get to that point.

9              MR. MARSHALL:  I appreciate that, Your Honor.

10             THE COURT:  Let's move to the obstruction

11   enhancement.

12             And let me ask a question that no one has raised

13   or address an issue that no one has raised with respect to

14   the obstruction enhancement, and that is the obstruction

15   enhancement that has been recommended is based upon

16   Mr. Parks' testimony at trial, and I'm prepared to consider

17   that.

18             I do wonder, however, why the obstruction

19   enhancement should not apply because it is deletion of

20   videotape videos that he took at the Capitol that day and

21   his deletion of his Instagram account on January the 10th.

22   There is evidence in the record, specifically Exhibits 508,

23   509, that clearly state, or at least friends of his are

24   indicating that he's deleted videos.  I can read those into

25   the record.

1          508 says, somebody by the name of Alexander

2    Shields writes him, says, "Send me the videos you deleted.

3    LOL."

4          This was on January 7th.

5          Shields writes, "Did you think" -- "Did you delete

6    thinking you might get in trouble?"

7          We don't know what Mr. Parks wrote in response

8    because it looks like it's a bunch of emojis.

9          He then wrote, "What are you talking about?  I was

10   asleep on my couch in Nashville and woke up to the

11   horrifying news.  People got into the Capitol."  That double

12   exclamation mark is clearly sarcasm.

13         "That's terrible.  Who would do that," a bunch of

14   emojis.

15         Shields responds, "Ha, ha, ha."

16         And then Mr. Parks says, "You and me need to get

17   lunch sometimes.  I have something on my phone I need to

18   show you."

19         So maybe he didn't delete the videos but he pulled

20   them down from some social media site.

21         And then Mr. Shields says, "Ha, ha, fair enough."

22         And Mr. Parks says, "Hope you're doing well.

23   Great to hear from you.  If anyone asks, say, sadly I wasn't

24   able to make it to D.C. this time."

25         Government's Exhibit 509, somebody else writes

1    him, "LOL.  No.  Why'd you delete the Capitol shit?  That

2    was fucking awesome."  Emojis.

3            Mr. Parks responds with a bunch of emojis.

4            He then says, "Let's go out for lunch sometime,

5    I have some things to show you."

6            The response is "LOL, just let me know."

7            Mr. Parks says, "Let's just say this D.C. trip was

8    more eventful than the eighth grade trip Ezell took us on."

9            And then his friend says, "It fucking looked like

10   it.  I'm glad you took those vids down now because the FBI

11   is hunting y'all."  Emojis.

12           Mr. Parks responds with some more emojis and says,

13   "You're a good man, Karim."

14           And that's sort of the end of it.

15           And then Exhibit 510 shows that Mr. Parks deleted

16   his Instagram account on January 10th of 2021.

17           So I wanted to put that out there and get

18   everyone's reaction.

19           MR. MARSHALL:  Your Honor, the government concurs

20   that that certainly seems independently sufficient to

21   trigger 3C1.1.

22           I think there's arguably some ambiguity as to

23   whether or not any investigation was, in fact, obstructed.

24   But it's very clear that that was his intent to do so.

25           THE COURT:  Right, it doesn't have to, in fact, be

1   obstructive, although, did the government ever get phones,

2   get his phones?

3           MR. MARSHALL:  I don't believe so.

4           THE COURT:  Okay.

5           MR. MARSHALL:  Your Honor, we would just note that

6   I think in this case, the obstruction during his testimony

7   at trial was sufficiently clear for us to not --

8           THE COURT:  No, we can talk about that in a

9   moment.

10          Mr. Machado.

11          MR. MACHADO:  I'll have to defer as far as the

12  exhibits of 508 and 509 that the Court was talking to.

13          I don't know to what extent the Court is taking my

14  client's testimony as the determinant about what the plus 2

15  obstruction of justice under 3C1.1 should be, should be

16  awarded.

17          And what I would just add to the equation that

18  isn't necessarily something that came in during the trial

19  but through sentencing, particularly the exhibits that were

20  attached to attachment U, the letter from his parents, there

21  were two having to do with his vision and with his -- with

22  his hearing.

23          As the Court may recall, he, at least the

24  hearing --

25

1          THE COURT:  Hang on.

2          What's that got to do with deleting video?

3          MR. MACHADO:  That's why I'm deferring on the 508,

4     509.  I'm talking about his testimony, Your Honor.

5          THE COURT:  I hadn't gotten to that.  So I wanted

6     to focus first on the videos.

7          MR. MACHADO:  Then I'll stop talking on that

8     because, as to that point, I'll just say, Your Honor, that,

9     I guess, as to the videos of concern, it seemed there was a

10    bit of jesting in there.

11         I don't know to what extent the Court is taking

12    the emojis as some sort of affirmative statements.  I would

13    just ask that perhaps it isn't entirely clear that if it

14    wasn't on a level of joking or sarcasm, and we don't have

15    any affirmative evidence that things were deleted, I would

16    suggest, Your Honor.  But that's the extent of my argument

17    on 508, 509, or those arguments.

18         THE COURT:  Okay.

19         MR. MACHADO:  The Court's indulgence, I'm sorry.

20         Your Honor, my client brings a good point.

21    I don't know to what extent this -- but the extent of

22    Instagram and videos that they -- according to my client,

23    that's one of the few social media that I'm not too familiar

24    with through my cases, is that videos get taken down

25    automatically after 24 hours.  And so to the extent -- that

1  doesn't address the comments that the Court may be

2  mentioning, but it may, as far as taking down the videos,

3  that could have been something that just happens naturally

4  as the way Instagram works.

5            THE COURT:  Okay.

6            Anybody want to be heard then on the obstruction

7  concerning the trial testimony?

8            MR. MARSHALL:  Your Honor, I just wanted to

9  address a brief point in the defendant's sentencing memo

10  regarding the standard of proof applicable to --

11            THE COURT:  I'm aware it's incorrectly stated.

12  It's only a preponderance of the evidence.

13            MR. MARSHALL:  Okay.

14            And then if Your Honor has any questions about

15  which particular aspects of his testimony the government

16  were --

17            THE COURT:  Look, I do have -- let me just say at

18  the outset that I tend to take a very narrow view of

19  applying obstruction based upon a defendant's testimony in

20  the ordinary case.

21            But regardless of that view, what is required as a

22  matter of law is to identify specific statements, not just

23  sort of general views or this, that and the other thing.

24            I mean, the Supreme Court in *Dunnigan* says, you

25  know, I need to make specific findings that support the

1    defendant gave false testimony concerning material matter

2    with the willful intent to provide false testimony, rather

3    than a result of confusion, mistake, or faulty memory.

4           So, you know, this isn't simply a matter of, you

5    know, he sort of thought this, that's not plausible because

6    the video showed otherwise.

7           You basically have got to establish perjury by a

8    preponderance of the evidence, and I'm not saying it's not

9    possible here, but I want to ask you what you think the

10   actual perjurious statements are.

11          MR. MARSHALL:  Sure, Your Honor.

12          We can point to several.  If you give me a couple

13   minutes, I can point to more.  But one just off the top of

14   my head --

15          THE COURT:  Sure.

16          MR. MARSHALL:  -- is on page, I just have a

17   separate point, but on page 289 of the transcript for

18   May 2nd.

19          THE COURT:  289.

20          Yeah, okay, I'm with you.

21          MR. MARSHALL:  Mr. Parks there makes a statement

22   indicating that the police at one point willfully moved the

23   barricades away themselves and let protesters by into the

24   building.  I think the video evidence directly contradicts

25   that.  We have at several moments when those police lines

1  are broken.  At no point was it police willfully removing

2  that.  And I think that is clearly contradicted and we can

3  know by a preponderance of the evidence that statement was,

4  in fact, false.

5          THE COURT:  Okay.

6          Anything else?

7          MR. MARSHALL:  Your Honor, let me find a couple

8  points discussed in the sentencing memo and see if I can

9  find the specific places within the transcript on those.

10          THE COURT:  All right.

11          Well, let me just go ahead.

12          I mean, if there's anything more, let me just tell

13  you what I think is the most prominent candidate, if you

14  will, for this enhancement, and that is:

15          On no less than, I think, four occasions,

16  Mr. Parks said that after the fire extinguisher incident

17  occurred in the Ohio Clock Corridor, which is where he ended

18  up shortly after entering the building, that it was at that

19  point he essentially knew that they weren't supposed to be

20  there and that he and Mr. Baggott would then begin actively

21  seeking an exit out of the building.

22          So on page 306 of the transcripts he says, "And by

23  then, the state of mind I was in, I was like, we probably

24  shouldn't be here.  We had -- that's why in the video people

25  had stayed or moved forward, Matthew and I, we left, and was

1    actively seeking an exit out of the building."  This was

2    just the prior paragraph concerns the fire extinguisher.

3         The very next page, at the bottom of that page

4    carries over here says, "And then I believe as we were

5    exiting, someone said, oh, it was just a fire extinguisher

6    so that was the state of mind I was in.  I didn't know what

7    caused the loud noise or objects that were floating in the

8    air.  So at that time we actively sought a way out of the

9    building."

10        Then on page 326, this is, I think, on

11   cross-examination, again, he says, "At that point,

12   I didn't know that a fire extinguisher had gone off and so

13   that seemed like a very highly unusual occurrence.  And so

14   by then, you know, I'm wondering like, okay, we have been

15   walking around on the Capitol, there's been no speakers,

16   nothing indicating that an event was taking place, and so we

17   turned around and walked out."

18        Next page, he's questioned.  "So at that point

19   you're thinking, okay, maybe we're not supposed to be here,

20   let's find a way to leave."

21        "Answer:  At that point, we just actively sought a

22   way out of the building."

23        Later on that same page he was asked, "And it

24   looks like we can see that fire extinguisher, looks like

25   it's going off right there."

1         "Answer:  That's when I made the final decision

2    that this is not the event that we were led to believe that

3    would be taking place at the Capitol so we just, you know,

4    made our way -- we exited."

5         So I think that's four, if not five, times that

6    Mr. Parks testified in one way or another that after the

7    fire extinguisher went off that he, in his own mind, knew

8    that he wasn't supposed to be there, and, in his words,

9    actively sought a way out of the building.  In fact, he used

10   the verb "actively" -- or the adjective "actively" three

11   times.  And that just wasn't true.

12        I mean, we know he was in the building for another

13   30 minutes.  But perhaps, as importantly or equally as

14   importantly, he passes the very doors and windows that were

15   broken in that he entered through on the way into the

16   Senate -- excuse me, the House side of the building, and.

17   Then when he's in the House side of the building, he

18   actually leaves the building, he sticks around for a little

19   while, and then he exits and he comes back in, he exits and

20   he comes back in again.

21        So, I mean, any world in which he thinks that he's

22   trying to convince me that he was actively looking to get

23   out of there after being in there for another 30 minutes and

24   then not only not leaving for 30 minutes but then exiting

25   twice and returning into the building twice seems to me

1   utterly disproves not only the inconsistency of the

2   testimony but that there's just -- you know, this could not

3   have been testimony that was just a misrecollection in my

4   view or a mistake of what he thought happened, given how

5   emphatic he was in his testimony about his intent to leave

6   and the fact that he did not.

7           All the more remarkable because presumably he had

8   an opportunity to watch the videos that were provided in

9   discovery, and yet he got on the witness stand and suggested

10  that after the incident in the Ohio Clock Corridor, he was

11  looking to get out of the place, and there's just no

12  evidence of that at all.

13          So, I mean, that is what I am focused on.  And

14  there may be more, but that is what I find to be the most

15  problematic testimony, which I could see myself making a

16  finding.

17          MR. MARSHALL:  Your Honor said it better than I

18  could.

19          And I would also note that government's exhibit

20  that shows the interior view of the Senate wing doors when

21  Mr. Parks is crossing back by it, you can actually see him

22  look towards that exit, and so I think that disproves any

23  possible alternative explanation that he simply just didn't

24  see the exit, didn't realize where he was.  Again, I think

25  you can see that he did notice it, notice where he was.

1          And I agree, Your Honor, I think there are other

2    examples that I believe meet the threshold just by a sheer

3    incredibleness of the statements he's making in terms of --

4    for instance, when he states he wasn't sure whether or not

5    it was the police or the crowd that let him in, that's --

6          THE COURT:  Right, right.  There was the whole

7    testimony about what kind of door it was and not knowing

8    what was on the other side of the door.

9          MR. MARSHALL:  And not to recount all of that, but

10   I -- that just seems -- I am incredulous hearing that on its

11   face, but that goes to more of what he observed in

12   real-time, what was going through his mind in real-time,

13   where I think I would agree with Your Honor that the

14   testimony regarding when he intended to exit is shown much

15   more clearly through the evidence.

16         THE COURT:  Okay.

17         Mr. Machado.

18         MR. MACHADO:  Yes, Your Honor.  Thank you.

19         With regard to -- as I began making the point

20   earlier, within the letter U, there was some attachments

21   regarding my client's hearing and his vision issues.  The

22   Court is probably well aware of the hearing issues.  He has

23   a hearing aid he's been using and -- now and previously used

24   hearing devices -- the hearing device in order to

25   participate better here in this proceeding.  And so I would

1   suggest that his perceptions of things may not be what the

2   reasonable or average person would have.

3          With regard to the vision, as also indicated in

4   the letter, I believe it's Attachment B to the letter -- to

5   Exhibit U, it indicates that he has tunnel vision, and he

6   has a problem with peripheral vision, which I think would

7   lend itself to the fact that his knowledge of everything

8   that was going on and where things were would be a little

9   more challenging than the average person.

10          The other thing that I would mention, as the Court

11  probably saw, Mr. -- when it comes to the moving around, and

12  maybe it had to do with the vision and the hearing issues,

13  it was clear that Mr. Baggott was leading the way, and a lot

14  of times -- well, most of the time, Mr. Parks was following

15  Mr. Baggott.  Many times he was actually holding on to him.

16  I believe it's a knapsack string that he was holding onto.

17  And he was following.  So it was Mr. Baggott who was leading

18  the way.

19          So when -- so to -- maybe it was a situation of

20  the blind following the blind, but it was clear that

21  Mr. Baggott was doing the leading as far as moving around

22  where they were going.  Of course, neither of them are

23  presumably more familiar with the Capitol.  I think there

24  was testimony of that as well.  So given those

25  circumstances, that might explain some of the delays or not

1    going exactly out.

2         To the point of going in and out, you had the

3    issue of the wand, which may have explained some of the

4    entry and exit.  In fact, I don't recall if there was

5    testimony specifically, but there was, I believe, that he

6    indicated that trying to see about getting the wand back

7    where it was, and so that's why he -- I apologize.

8         THE COURT:  That wasn't exactly credible either.

9         MR. MACHADO:  Well -- but that would explain a

10   popping in and out, Your Honor, that the Court -- it's not

11   just a random, you know -- there was a purpose to it, rather

12   than just simply saying, hey, let me go back in and see if I

13   can, you know, do some more walking around.

14        THE COURT:  There's literally no indication or no

15   effort at all.

16        It looks like at one point the video showed him

17   with the wand inside his jacket.  He made no effort to pull

18   it out and return it.  In fact, he walked back out with it.

19        MR. MACHADO:  Well, nevertheless, Your Honor,

20   I think -- I don't think it rises to a level of obstruction

21   of justice.

22        And, again, you know, there's been a lot of time

23   passage since the incident itself, and so some recollection

24   of what exactly was going on in his head may be a little

25   off, but it's not -- and I understand that the standard is

1    simply a preponderance of the evidence, but I would

2    respectfully suggest that this may just rise to a level of

3    just a bad memory or, you know, just not remembering it the

4    right way.  Perception being different just because of the

5    passage of time, as opposed to an outright misrepresentation

6    or attempting to allude.

7              THE COURT:  Okay.

8              MR. MACHADO:  Thank you.

9              THE COURT:  Hang on.

10             Before you sit down, let me ask one more thing

11   about the deletion of the videos.

12             The explanation potentially put forward is that

13   the video is automatically deleted within 24 hours of

14   Instagram.

15             I will note that these communications that are in

16   508 and 509 were on Instagram, and I may have said January

17   7th, and that's because the time is in UTC time.  So the

18   Alexander Shields communication begins on January the 7th at

19   1:18 UTC time, which means actually on the night of January

20   the 6th.

21             Similarly, the we_trippy_mane, this is 509, that

22   conversation begins at 1:57:18 UTC on January 7th, meaning

23   actually took place on the night of January 6th.

24             So the 24-hour explanation doesn't -- is not

25   consistent with the idea that the videos were somehow

1    automatically deleted.

2            MR. MACHADO:  Yes, Your Honor.  Thank you.

3            MR. MARSHALL:  Your Honor, I just wanted to make

4    two quick points on that.

5            One, I think there's -- regarding the entry and

6    exit through the Upper House doors, I think there's some

7    contradiction between the Statement of Facts in the

8    sentencing memorandum stating that once police directed

9    Mr. Parks to leave, he left.

10           And then his Instagram post immediately after

11   saying, "Party was fun until the SWAT showed up," that

12   indicates that that was the motivating cause of him to

13   leave, not suddenly finding an exit 30 minutes after

14   beginning the search for it.

15           Your Honor, I wanted to go back briefly to the

16   other specific false statement I mentioned on page 289 of

17   that May 2nd transcript and just read the exact language.

18           THE COURT:  I'm sorry, can you give me the page

19   again?

20           MR. MARSHALL:  It is page 289, and it is lines 13

21   through 16.

22           THE COURT:  Okay.  Hang on.  You've just got to

23   give me a moment to get it there.

24           Okay.

25           MR. MARSHALL:  There's a statement a few lines up

1    where he says a similar thing, but this quote says, "And the

2    police body language was never in a fearful stance or in a,

3    hey, what are you doing type of manner.  You know, they just

4    withdrew security measures and allowed us to go closer."

5            I think this is an example where it is just

6    abundantly clearly contradicted by the video that he himself

7    took in there where he saw the police in a defensive posture

8    where they were being physically attacked, and then we see

9    it being corroborated by a third-party video that captures

10   that sequence without breaks and shows them never once doing

11   anything that could be construed as them withdrawing

12   measures and standing aside.

13           THE COURT:  Okay.

14           All right.  Let me go ahead and make the findings

15   with respect to the obstruction counts.

16           So I do think that there are two grounds on which

17   to apply the obstruction enhancement.  One was the deletion

18   of the videos and his Instagram account, which I think

19   clearly was intended to attempt to conceal evidence relating

20   to an -- that is material to an official investigation.

21           So as I said, the evidence to support that -- and

22   just that was a reference to 3C1.1, Note 4D, I think, if I

23   remember the case law, requires some specific intent to

24   delete to obstruct an investigation.

25           But I think it's fairly clear that Mr. Parks knew

1    exactly what he was doing.  He understood by the night of

2    January the 6th that being inside that building could

3    subject him to a criminal investigation.

4           You know, he already is telling his friend,

5    perhaps in a joking way in 509, to tell people, you know,

6    "Oh, I was on the couch."  But then he actually directs his

7    friend to say, "Hope you are doing well.  Great to hear from

8    you.  If anyone asks, say, sadly I wasn't able to make it to

9    D.C. this time."  There's no emojis associated with that

10   statement.

11          You know, he does not deny having deleted any

12   videos.  In fact, his friend says, "Did you delete thinking

13   you might get in trouble?"  He sends a bunch of emojis.

14   Doesn't say anything, doesn't deny that issue.

15          Similarly in 509, doesn't deny having deleted

16   anything; in fact, invites his friend to lunch.

17          In the earlier Exhibit 508, he says the same

18   thing:  "Let's go to lunch, I need to show you something,"

19   suggesting that it was only something that could be shown in

20   private.  Maybe he didn't delete the videos on his phone,

21   but he certainly took them down from Instagram.

22          And, of course, you know, in 509, "I'm glad you

23   took those vids down now because the FBI is hunting y'all."

24          And then, lo and behold, on -- now that actually

25   is on January 9th his friend says that.  Even with UTC

1    time -- this is on 509.

2          And then the very next day, Mr. Parks conveniently

3    deletes his Instagram account, which he must have believed,

4    I think he did believe, would delete evidence of his

5    conduct, and also, importantly, not lead police to him.  So

6    I think that's an independent basis on which to grant the --

7    or add the obstruction points.

8          In addition, I do find that Mr. Parks provided

9    false testimony under penalty of perjury.  I do make that

10   finding by a preponderance of the evidence.  I'm

11   acknowledging and recognize that 3C1.1 at Note 2 says, "In

12   applying this provision in respect to alleged false

13   testimony or statements by the defendant, the Court should

14   be cognizant that inaccurate testimony or statements

15   sometimes may result from confusion, mistake, or faulty

16   memory and, thus, not all inaccurate testimony or statements

17   necessarily reflect a willful attempt to obstruct justice."

18          In any event, according to the Supreme Court in

19   *Dunnigan*, "The Court must make specific findings that

20   support the defendant gave false testimony concerning

21   material matter with willful intent to provide false

22   testimony, rather than just the result of confusion,

23   mistake, or faulty memory.  'Material' in this context means

24   any facts, statement, or information that, if believed,

25   would tend to influence or affect the issue under

1    determination."

2              And so all of the testimony I cited earlier about

3    Mr. Parks' statements about what his state of mind was and

4    that he had the immediate intent or the active intent or the

5    active -- began actively looking to leave the building,

6    which he said on no less than four or five occasions in

7    different words.

8              So again this is at page 299.

9              I'm sorry, this was at page 306 that he said that

10   after the extinguisher incident, that "Matthew and I, we

11   left and was actively seeking to exit out of the building."

12             The next page he also says, "So at that time, we

13   actively sought a way out of the building."

14             Later on in his testimony he says -- again, this

15   is on page 326 -- "and so by then, you know, I'm wondering

16   why -- okay, we've been walking around the Capitol, there's

17   been no speakers, nothing indicating that an event was

18   taking place so we turned around and walked back."

19             On page 327, he was asked, "So at that point

20   you're thinking, okay, maybe we're not supposed to be here,

21   let's find a way to leave."

22             He answers, "At that point we just actively sought

23   a way out of the building."

24             Later on he says, again, "That's when I made the

25   final decision that this is not the event that we were led

1    to believe that would be taking place at the Capitol so we

2    just, you know, made our way, we exited."

3              And it's not just the video evidence that

4    support -- I mean, the video evidence clearly shows that's

5    not what happened.

6              We know that Mr. Parks was in the building for

7    another 30 minutes before he ever exited.

8              And we know that after he left the Ohio Clock

9    Corridor, he actually went back down into the very hallway

10   where the Senate wing doors had been broken into and the

11   windows smashed, and as people continued to come in, he

12   walked right past the exit that he said he was actively

13   looking for.

14             And then he confronts a line of police officers.

15   And when that line breaks, instead of looking for a way out,

16   he is looking toward the hallway that is the corridor into

17   the House Chamber.

18             And then eventually at some point, he does make

19   his way out of the building, but he only then returns twice

20   more back into the building, including having taken the wand

21   with him.

22             You know, this just isn't a matter of explaining

23   the behavior.  The question is, could he have testified in

24   the way that he did just based upon mistake or accident; and

25   the answer in my mind clearly, by a preponderance of the

1    evidence, is that he could not have been so mistaken; that

2    this could not have been just an innocent misrecollection,

3    in part because of how frequently he made the same statement

4    in his testimony, four or five times indicating that we had

5    an intent to leave after the fire extinguisher episode, when

6    his actions, through the course of 30 minutes, gave no

7    indication of that, and then he then again entered and left

8    the building two more times.

9            And as I said, it becomes all the more incredible

10   that this was just a fault of memory in that he had access

11   to the video through discovery.  I don't know whether he

12   watched it or not, but he certainly would have seen it

13   during the government's case-in-chief.  And to then get up

14   and say, I had an -- I had an immediate intent, an active

15   intent to want to leave the building, it's just not in any

16   sense credible.

17           Now, that is all against the backdrop of the other

18   commentary that I made about Mr. Parks' testimony that

19   provides some context for that particular testimony, which I

20   do find constituted the making of false statements under

21   oath by a preponderance of the evidence, I do think

22   justifies a second reason to apply the 2-point obstruction

23   enhancement.

24           All right.  So with that, here are then the

25   Guidelines calculations:

1          Count 1 for entering and remaining in a restricted

2    building or grounds, there's no dispute that the applicable

3    Guideline is 2B2.3 for trespass.

4          Base Offense Level is a 4.

5          Because this was a restricted building or grounds,

6    two levels are added.

7          This was under 2B2.3(b)(1)(A)(vii).

8          The adjusted offense level is a 6.

9          Two levels are added for obstruction.

10         That is then reduced by two points for the

11   zero-point adjustment, for a total offense level for Count 1

12   as a 6.

13         Count 2, disorderly and disruptive conduct in a

14   restricted building.  There's no dispute 2A2.4 is the

15   applicable Guideline for obstructing or impeding officers.

16         Base Offense Level is a 10.

17         That 2-point obstruction enhancement is applied;

18   however, it is then reduced by the zero-point adjustment,

19   for a total offense level for Count 2 of 10.

20         Counts 3 and 4 are Class B and C -- are Class B or

21   C, I'm not sure which one, but either way, are misdemeanors

22   to which the Guidelines don't apply.

23         Count 5, theft of government property, the

24   applicable Guideline is 2B1.1, the Base Offense Level is a

25   6.  Because the value is under a thousand dollars,

1    I believe, there's no loss amount included.

2              I am not going to add the obstruction enhancement,

3    although I probably could, to this particular count, because

4    the obstruction must be with -- and I'm just reading from

5    the Guidelines -- "must be with respect to the prosecution

6    of the defendant's instant offense of conviction and related

7    to the defendant's offense of conviction and any relevant

8    conduct or any otherwise closely related case such as that

9    of a co-defendant."

10             You know, the false statements that I've hung my

11   hat on do not relate to the theft of government property,

12   although arguably they do constitute, you know, related

13   conduct, but I think -- you know, I think conservatively

14   they probably -- I'm not going to hold that they do.

15             You know, arguably the deletion of the videos does

16   relate to the theft of government property as he was -- as

17   it was an effort to not bring attention to his actual

18   presence there during which the theft actually occurred, but

19   I'm not going to apply the obstruction to that.

20             So the Base Offense Level is theft of -- for theft

21   of government property is a 6.  The zero-point adjustment

22   is 2, for a total offense level of 4.

23             So Counts 1 and 2 group because they involve the

24   same victim, that is, Congress, and there's no objection to

25   that.  And two or more acts or transactions connected by a

1    common criminal objective.

2           Count 5 does not group because it entails a
3    separate harm.

4           So the highest count for Count 1 and 2 -- excuse
5    me, the highest offense level for Count 1 and 2 is a 10.

6           Count 5 comes in at a 4.  So that -- so it comes
7    in at a 4.

8           So the Counts 1 and 2 group receives 1 unit;
9    Count 5, because it is six levels, there's a six-level
10   difference, there's a half a unit applicable, that results
11   in an additional one level unit added to the top offense
12   level.  So the top offense level is 10.  One additional --
13   one level is added through the grouping rules so that ends
14   up at an 11.

15          Combined adjusted offense level is an 11.  That
16   results in a Guidelines Range of 8 to 14 months, but in
17   reality it's 8 to 12 months because of the statutory maximum
18   penalty.

19          And the fine range is 2,000 to, I think, 3,000 --
20   I'm sorry, 2,000 to $20,000.

21          All right.  So those are the Guidelines
22   calculations.

23          And so, Counsel?

24          MR. MARSHALL:  Your Honor, if I could just add,
25   the government, for the record, does object to the

1  application of the zero-point reduction in this case,

2  I think at least on the basis of the violence of the

3  overarching event and the defendant's willing participation;

4  that is, knowledge of that violence throughout and his

5  continuing participation in that riot despite seeing the

6  disruptive impacts of that.

7          And I would note that the CCV in the House

8  entryway when rioters overrun a small group of police

9  officers, he can be seen very close to the front engaged in

10  that crowd rush.  So I would say on at least one occasion he

11  does appear to participate in that violence as well.

12          THE COURT:  Okay.

13          Look, I mean, this hasn't obviously been fleshed

14  out.  But given how the newness of the provision -- but

15  I assume, like all other provisions, it has to be based upon

16  both the offense conduct and the related conduct.

17          He hasn't been charged or convicted for anything

18  that involves a physical harm.  And to the extent that he,

19  you know, did participate in the larger crowd, I just don't

20  think, you know, his offense, again, you know, the

21  adjustment speaks in terms of the offense did not result in

22  death or serious bodily injury.  The defendant did not use

23  violence or credible threats of violence.

24          So, I mean, notwithstanding what was -- anyway,

25  notwithstanding what was conduct that clearly contributed to

1    the chaos and the mayhem of the day and did so in a

2    significant way, I just don't think any of the disqualifying

3    factors here are applicable to his offense or to the related

4    conduct, okay?

5                All right.  So let's turn to the allocutions.

6                Bill, are you okay?

7                Why don't we give our court reporter five minutes

8    and then we'll return at 5:00.  Thank you, everyone.

9                COURTROOM DEPUTY:  All rise.  This Court stands in

10   recess?

11               (Recess from 4:55 p.m. to 5:03 p.m.)

12               THE COURT:  Please be seated, everyone.

13   Thank you very much.

14               Mr. Marshall, I'll hear you from first.

15               MR. MARSHALL:  Thank you, Your Honor.

16               Your Honor, the government in its sentencing

17   memorandum had asked for a Guidelines Range sentence in the

18   middle of the recommended range.  In light of Your Honor's

19   ruling, we would ask for a sentence to be imposed at -- the

20   high end of the current Guidelines Range would be 14 months,

21   which Your Honor mentioned that the statutory maximum was

22   12 months.  But, of course, if the Court were so inclined,

23   it could reach 14 by applying sentencing consecutively.

24               So, Your Honor, I'll be as brief as I can.

25               I know Your Honor is very familiar with the record

1    here so I won't attempt to go through the whole series of

2    events, but I do want to talk about a few particular

3    considerations that I think drive the government's high

4    recommendation in this case.

5            And the first point I want to mention is the

6    remarkable lack of candor, I would say, by Mr. Parks when he

7    was speaking about his actions on January 6th, both at trial

8    and outside of trial.

9            I think, thinking about the 3553(a) factors, that

10   really goes directly to the need for specific deterrence and

11   to promote respect for the rule of law.  And I think it also

12   just speaks more generally to his failure to accept or

13   acknowledge his responsibility.

14           And I'm not going to go back through each of those

15   false statements, but just to mention a few that weren't

16   mentioned during our previous discussion, I just want to

17   mention the two points.

18           One, that he stated during testimony that he

19   obeyed police directives and that he left as soon as they

20   told him to.  That was also repeated in the sentencing

21   defendant's sentencing memo.

22           And, second, that he generally never saw any

23   indications that he was not allowed to enter the building

24   first.

25           And at trial, he stuck to these lines even when

1    confronted with clear evidence, and even after seeing the

2    government's case-in-chief, as Your Honor mentioned, where

3    that contradictory evidence was first presented.

4            So, Your Honor, I'm just going to pull briefly

5    what was marked as government's proposed for sentencing

6    Exhibit D, which was admitted at trial as Government's

7    Exhibit 531.

8            And, Your Honor, one of the first instances,

9    I think, that Mr. Parks very clearly had an indication,

10   which he admitted on the stand as much, that he was aware

11   that police were trying to prevent rioters from entering the

12   building, was when he first approached the Capitol Building

13   on the west front.

14           We saw several Instagram posts that he posted in

15   this area, including one that stated, "They're gassing us."

16   He stated on the stand that this was some sort of tear gas,

17   OC spray here the police were using against other members of

18   the crowd that may have been acting aggressively towards

19   officers.  We know from that point at least that he had some

20   awareness that he was not allowed in that building and he

21   kept pursuing forward.

22           And then we see at 26 seconds, it's difficult to

23   imagine a clearer indication than this post that he knew

24   police were trying to stop him from getting in and he was

25   still attempting to get in.

1          And on the stand, you heard him complain that --

2   or you heard him state that he didn't himself think we're

3   getting in, he only wrote that because he heard someone else

4   from the crowd state it, and who knows why they said that.

5          And then his more general claims about police

6   being generally, you know, like security at a sporting

7   event, are just contradicted by his own Instagram posts

8   immediately after this one.  If I just play it for a few

9   more seconds.

10          Let me turn the sound on here.

11          (Video played)

12          MR. MARSHALL:  You see those rioters aggressively

13   confronting the police there.  You see the police forming a

14   line as they're having objects thrown at them and people

15   approaching them and screaming at them.

16          And there are certainly more examples that --

17   Your Honor may have mentioned a couple of them, his claim

18   that he had no idea whether it was police or rioters who

19   kicked in the door by watching.  He stood literally feet

20   from that window as rioters smashed it out, walked in, could

21   clearly see that there were no police officers inside,

22   couldn't have been more clear.

23          Your Honor mentioned the moment after he left the

24   Ohio Clock Corridor and remained in there.

25          Then of course there's the moment where he

1    describes picking up the metal detector hand wand as a joke,

2    rather than actually picking it up.

3           And the defense memo states that Mr. Parks didn't

4    evince any disrespect towards law enforcement that day and

5    he didn't directly disobey any police directives, which

6    I think is just difficult to accept at face value.

7           I mean, the police don't need to say, "Stop

8    fighting me, stop trying to burst past us" for it to be

9    obvious that that's not what you're supposed to do.  Banks

10   don't have, "Please don't rob us" signs hung up on the walls

11   or "no robbing allowed."

12          And I think Mr. Parks isn't a stupid guy.

13   He knows that these statements he's making are obvious

14   fabrications, and that's why it's so, I think, telling in

15   terms of his need for specific deterrence, his failure to

16   either appreciate or acknowledge the wrongfulness of his

17   conduct, the impact of that conduct, and it really speaks of

18   the need to impose a sentence that undermines the respect

19   for the rule of law.

20          And then I think even outside of trial, you see

21   similar statements and similar conduct that failure to

22   appreciate the wrongfulness of the actions, take

23   responsibility.

24          He said at the moment he left the building,

25   he tweets, "The party was fun until the SWAT showed up."

1    He has these messages in the days after January 6th where

2    he's making these kind of glib references to deleting

3    evidence and he's feigning ignorance about what took place

4    at the Capitol that day.

5              And then perhaps most troubling in my mind is the

6    statements that he makes when he later runs for Congress,

7    mischaracterizing what happened on January 6th.

8              And I'll mention, of course, Mr. Parks had every

9    right to run for Congress and to advocate for his candidacy

10   without any fear for reprisal, but he did willingly join a

11   violent mob that day.  He watched as it overran officers,

12   and he knowingly stormed into that building after it had

13   been broken open.

14             And he made it all the way to the hallway right

15   outside the House of Representatives chamber.  And then he

16   runs for that very legislative body, and he is doing so by

17   blatantly and repeatedly lying about what occurred that day

18   in an effort to boost his own candidacy.

19             And I think that's absolutely consideration the

20   Court should take into account when thinking about how to

21   promote respect for the rule of law and how to deter

22   Mr. Parks specifically from engaging in this conduct in the

23   future in terms of sending a message that says, this conduct

24   is harmful and wrongful and unacceptable.

25             And, Your Honor, we didn't discuss this

1    previously, I want to briefly mention the one argument made

2    in the defendant's sentencing memo regarding Mr. Parks'

3    alleged eye and ear problems.

4           The government doesn't have any objection to

5    admitting or considering those -- the letter from Mr. Parks'

6    parents.  And I think my arguments go more to the weight of

7    the statements regarding Mr. Parks' medical condition that's

8    made in those.

9           But I think the Court should give those no

10   consideration or minimal to no weight at all for, I think,

11   several reasons, especially to the extent they're arguing

12   that it would make incarceration impractical or that it

13   negated his awareness of what was happening around him that

14   day.

15          And I would just note a couple points on that.

16   I'd first note that during Mr. Parks' PSR interview, he said

17   he suffered from moderate hearing loss during childhood

18   from -- or since childhood -- from a childhood ear

19   infection, but he didn't mention any vision issues during

20   this.

21          Regarding the severity of these conditions, he

22   noted in this PSR interview that he had not sought any

23   medical treatment in years.

24          He obtained a pilot's license just in 2022.

25          And I would also note that the two documents

1    attached to the parents' letter do not substantiate the

2    large majority of the medical issues that are cited in them.

3    One is a 14-year-old letter, noting some hearing loss and a

4    decrease in night vision, and the other is a seven-year-old

5    worksheet recording the hearing test, and I don't think

6    either addressed what treatment he would have received in

7    response to those issues once they were diagnosed, and they

8    don't address at all many of the other issues.

9           And then, Your Honor, I'd mentioned this moment

10   when discussing the obstruction enhancement, but I'd also

11   note back to that page 289 of that May 2nd transcript, the

12   moment where he's talking about having some difficulty

13   hearing folks, and so what he was able to observe in that

14   moment.  I think that really makes clear that these medical

15   issues were not in any way inhibiting him from seeing what's

16   happening around him.  Instead he describes in some detail,

17   misleadingly but in some detail, what was happening around

18   him.

19          And so, Your Honor, I'll wrap up and I'll close by

20   just saying that, you know, I know it's a misdemeanor case

21   but I think it's an unusually serious one.  I'm not going to

22   try to tell you the gravity of what occurred on January 6th,

23   I know Your Honor is well-aware of that and the harm that it

24   caused, and I think that's readily apparent to many of those

25   who work in this courthouse who see these cases regularly.

1           But I think imposing a substantial sentence here

2    really underscores his -- is warranted by that deterrence

3    that's he needs to uphold and respect the rule of law,

4    because I think this misdemeanor conduct is incredibly

5    serious and I think Mr. Parks has shown that he is not going

6    to accept that he did anything wrong that day.

7           Thank you, Your Honor.

8           THE COURT:  All right.  Thank you, Counsel.

9           Mr. Machado.

10          MR. MACHADO:  Thank you, Your Honor.

11          Just a couple points with regard to government's

12   statements.

13          I think the statement of "We're getting in,"

14   I think the government is reading a lot into that.  I think

15   that's just a factual statement, as opposed to some sort of

16   challenge or indication that, you know -- an assertion, as

17   opposed to just an observation, and so I don't think that

18   the Court should be troubled too much by that.

19          Admittedly, there are some -- Mr. Parks was -- the

20   Court has found that Mr. Parks should not have been there,

21   and we respect the Court's decision.  But I think that the

22   government trying to suggest that he was an extra -- extra

23   troublesome part of the many hundreds, if not thousands, of

24   people that were in there, I think is overselling it.

25          I think there's a lot of people that were there

1    that should not have been there clearly, and the Court has

2    ruled accordingly.  But I don't think that Mr. Parks'

3    involvement and his actions did anything that differs from

4    any of the other people there, save the wand, and I'll touch

5    on that in a moment.

6          But you don't see in any of these videos Mr. Parks

7    acting inappropriately.  Even Mr. Baggott, respectfully, he

8    was getting in the faces and yelling at some of the police

9    officers, and basically you saw Mr. Parks just kind of right

10   behind him not doing those things.

11         So while I understand that the -- there's a lot of

12   waving hands in the air about, oh, my goodness, what

13   happened at the U.S. Capitol, I don't think that Mr. Parks'

14   involvement in it is one that is greater than many of the

15   others.  There are some people who clearly were doing

16   things, were being assaultive or threatening, were --

17         THE COURT:  Mr. Machado, could I ask you a

18   question?

19         MR. MACHADO:  Yes.

20         THE COURT:  I don't disagree with you in what

21   you've just said in some respects.  I mean, there were

22   certainly a lot of people there who did worse things, and

23   even those who have had comparable conduct have not gotten

24   substantial sentences just for the conduct, but help me

25   understand and explain to me how your client, and maybe

1    something will change today, has accepted any responsibility

2    and acknowledgment of wrongdoing.

3            And he has every right to go to trial.  As I said

4    during my verdict, he has every right go to trial, but what

5    he did not have a right to do was to get up on the witness

6    stand and spin a tail that was just so utterly laughable.

7            I mean, I read back through the transcript again,

8    and I can't believe he said the things that he said.  And

9    I'm just -- I'm dumbstruck that any person would think that

10   they could come into a federal court of law and do that.

11   It's mystifying to me.

12           I mean, you can have a particular view of what did

13   or didn't happen that day, but what you can't come in here

14   and say is that you just thought you were kind of being

15   invited into the building and that you could go in because

16   nobody said you couldn't go in and that notwithstanding the

17   fact that you saw little -- he's right there when Dominic

18   Pezzola is busting open those windows, right there.

19           He sees it.  And what?  He thinks that's an

20   invitation to go into the building?  I mean, he said as much

21   in his testimony.  He didn't know who had opened the door.

22   Maybe he thought the police -- you know, he was being

23   invited in by the Capitol Police.  I mean, it was not --

24   there was just -- it was statement after statement after

25   statement that you just had to ask yourself, how could he

1    possibly say those things under oath.

2            MR. MACHADO:  Well --

3            THE COURT:  And then he goes out, as the

4    government points out, runs for Congress, and continues to

5    lie not just about his conduct but about the events of that

6    day.

7            The very people he wants to represent, he's lying

8    to them about what he did and what he knew and what

9    transpired, contributing to division, misunderstanding.

10           None of that is illegal.  He has a right to run

11   for Congress, he has a right to even lie to people while

12   he's running for Congress, which is exactly what he did, but

13   then to come in here and ask for forgiveness, that's a tough

14   pill to swallow.

15           MR. MACHADO:  Well, I understand, Your Honor.

16           And although I think that his -- first of all, say

17   that -- you know, I don't know if the Court does have a

18   defense background, but sometimes the perception as time

19   progresses from the time of an event to the time that trial

20   rolls around, it gets -- it gets murky or it gets perceived

21   in a certain way.

22           THE COURT:  Mr. Machado, you are 100 percent

23   right.  In 99 percent of the cases, there is not video

24   evidence of every single step along the way.

25           People can convince themselves that they have done

1    something or that they haven't done something when there's

2    no video evidence of the contrary.

3              That's not this.

4              MR. MACHADO:  Well, I think there is video

5    evidence that was not coming -- that the Court saw that was

6    not from his point of view and his perception, from the way

7    he was seeing.  There's some that he filmed but --

8              THE COURT:  Now, there's film.

9              He's filming people throwing things at the police

10   while they're at the top of the stairs underneath the

11   scaffolding there as they're trying to hold people back.  He

12   and Mr. Baggott are hanging out for ten minutes and then the

13   scene gets utterly chaos.

14             Now, do we have an exact video showing Mr. Parks

15   seeing all of this happen?  No.  But I guess, you know, do

16   we need actual video evidence for him to know exactly what

17   was transpiring there?  I mean, come on.

18             MR. MACHADO:  I'm --

19             THE COURT:  I'm not blaming you, Mr. Machado.

20   You're doing your job, I get it.

21             MR. MACHADO:  I understand.  Thank you.

22             But I think -- and I don't know to what extent we

23   get into this whole tunnel vision and lack of peripheral

24   view and what was going on.  And that only goes so far.

25             THE COURT:  Well, it's like tunnel vision.

1    He didn't see the wand and pick it up.

2              MR. MACHADO:  Well, that's --

3              THE COURT:  In fact --

4              MR. MACHADO:  We're noting --

5              THE COURT:  -- he went back for it, if memory

6    serves.

7              He sort of passed it and then he came back and got

8    it.

9              MR. MACHADO:  Well, I think that the perception

10   that he had -- and I think that the video of the interviews

11   that the government showed or that provided to the Court as

12   exhibits sort of support this whole concept of what he

13   remembers and maybe that's what cemented in his head.

14             And I understand that there are videos that --

15             THE COURT:  Do you know if he made those

16   statements before or after he got discovery?  Because he

17   clearly had been charged by then.

18             Maybe, I don't know if he had been charged by that

19   point, but certainly it was known that he was there at the

20   Capitol, I mean, because that's why the interviewers are

21   asking him about his conduct, not once but twice, it's two

22   different interviews.

23             MR. MACHADO:  I don't think he saw the videos.

24   I'm certain he didn't see the videos prior to those

25   interviews.

1          THE COURT:  Okay.

2          MR. MACHADO:  Now, the problem is now what happens

3   now?  Do we chisel away his memory that he has, you know,

4   through rose-colored lenses of exactly what happened?

5          You know, it's -- and, again, you know, just

6   building on defense experience, sometimes people will still

7   convince themselves about what they remember and what they

8   recall even though there's something in the video that shows

9   to the contrary.

10         But that --

11         THE COURT:  When was he running for Congress?

12         MR. MACHADO:  I'm sorry?

13         THE COURT:  When was he running for Congress?

14  It had to have been for the fall of 2022.  He was arrested

15  in June of 2021.

16         MR. MACHADO:  I can't recall when we actually saw

17  the videos in comparison to it, but I'm --

18         THE COURT:  He got the discovery in the summer of

19  2021.

20         MR. MACHADO:  I remember -- he makes a statement

21  about his attorney talking to him.  So I do have that we

22  were talking but I don't know if he had actually seen those

23  particular videos prior to that.  In fact, I'm almost

24  certain that he had not seen those particular ones.

25         So that being said, Your Honor, I mean, there are

1    a lot of factors under 3553(a).  And thank goodness we have

2    those, because I think the Court is right in that the Court

3    has ruled and is concerned about his testimony.  But the

4    fact of the matter is what we have is someone who is an

5    upstanding citizen, who had a lapse of judgment for one day

6    of his life and is going to pay for those consequences.

7            What I would suggest to the Court is that we also

8    weigh in what is fair, as opposed to just simply punishing.

9    And when you see the multiple people who talk about the fact

10   that I just -- you know, basically summarized in my

11   memorandum, those many letters.  Just as there were so many

12   but saw the positive things that they had to say.  His

13   involvement with his church and in the community.  And he's

14   a hard worker.  And just, he abstains from alcohol, tobacco,

15   profanity, other vices.  Strong work ethic,

16   well-disciplined, family oriented.

17           He's a licensed real estate agent.  And I'll

18   just -- as an aside, there's a good possibility that he

19   might lose that license over this case, which is, we don't

20   know what's going to happen.  And I have been in contact

21   with the Tennessee Real Estate Board and they're awaiting to

22   see the results of this to see if there's any possible

23   action.

24           So there is going to be some repercussions that

25   are going to be very severe that he's going to have

1   potentially because of that.  So when we -- obviously the

2   nature and circumstances of the offense, I think the Court

3   has made perfectly clear what he feels on that.

4           I would just, however, emphasize the fact that

5   when we're talking about Stewart Parks, there was no

6   violence, no destruction, no disrespect.

7           And, again, I'll just mention the fact that it

8   was -- as you could see from the videos, it was Mr. Parks

9   following Mr. Baggott around, as opposed to -- and it was

10  Mr. Baggott who was being the more confrontational of the

11  two.  In fact, I don't think there's any confrontational

12  aspect of Mr. Baggott during this time.

13          With regard to -- as I said I would mention, with

14  regard to the wand, I think that's unfortunately a lapse of

15  judgment, which I would suggest he came to rather quickly.

16          And as we've indicated, and as the government has

17  stipulated at trial, there does not appear to have been a

18  loss, and so we have no reason to doubt that Mr. Parks did

19  what he did with regard to the wand.

20          And, in fact, there was a picture afterwards on

21  the steps where there's no wand in sight, which further

22  supports the fact that he did not take the wand.  But,

23  again, the history and characteristics:  College graduate,

24  real estate business, and I think we've covered that.

25          With regard to adequate deterrence, he has been

1    following and -- all the conditions of the Court.  Has

2    appeared at every court appearance.  There's no reason that

3    the public needs to be worried.  There's no indication that

4    Mr. Parks will be doing anything even approaching this,

5    given the fact that this has had this result.  And so I

6    would suggest to the Court that there's been nothing to show

7    that Mr. Parks will somehow continue in taking some sort of

8    action in this regard.

9           With regard to the disparities, the government --

10   and I delved into this perhaps a little later than I should

11   have, but I would like to point out to the Court, with

12   regard to the sentences that have occurred with regard to,

13   as we called the standard four misdemeanors that many people

14   have been charged with, I went through the list dated

15   October 20th, 2023, of the government as far as sentencing

16   is concerned.

17          Now, I will first note that there is no -- there's

18   no other person that appears to have been convicted of a

19   theft charge violation as we have in this case, misdemeanor

20   but theft charge, I should also indicate.

21          But as far as the people who have been -- people

22   who have been found guilty of the 52(a)(1)(2) and 5104(D)

23   and (G), although there's one (D) and (E), of those people,

24   the highest sentence any person has received, and we have

25   16 total, and I can just give a breakdown, there's only --

1    there's only five people that have received a sentence

2    greater than 12 months -- or greater than six months,

3    I'm sorry.  Two people received 12 months' incarceration,

4    one received eight months' incarceration, two of them

5    received seven months of incarceration.

6           I'll just go through the rest of the numbers,

7    Your Honor.  And I have the names and the cases if the Court

8    wishes.

9           But we have one person who was sentenced to

10   six months, one to five months, three to four months, one to

11   two months, one to 45 days, one to 30 days, and three to ten

12   days.

13          And I think in the continuum, I would suggest that

14   Mr. Parks, given his background, given his -- the facts of

15   what he did, given the fact that he was -- respectfully, he

16   was more of a follower than a leader on that day, I'd

17   suggest to the Court that the lower end is probably

18   appropriate as far as the time that we're looking at.

19          We would ask for the Court to consider a sentence,

20   sort of home detention, some sort of probationary sentence.

21   But if the Court feels incarceration is appropriate, we

22   would ask that it be, again, on the lower end as something a

23   little more in line with the other sentences that people

24   have received for those standard four misdemeanor.

25          In addition, Your Honor, and I'll say --

1          THE COURT:  I'm sorry, I want to make sure

2    I understand.

3          You said four -- there are only five who have been

4    sentenced to six or more months for all four of the

5    standard, what I'll just call the standard misdemeanors?

6          MR. MACHADO:  Right.

7          If you count the six months, then there's six of

8    them.  One that has six months, two that has seven months,

9    one that has eight months, two that has 12 months.

10          THE COURT:  I see.  Okay.

11          MR. MACHADO:  And then --

12          THE COURT:  And can you share with me, because

13    this is the first I'm hearing any of this, what --

14          MR. MACHADO:  Yes, I do apologize.

15          THE COURT:  No, no.  I'm not -- well, what the

16    aggravating factors were in those cases that caused --

17          MR. MACHADO:  I do not.

18          I can't speak to the factors, the facts under all

19    of them, but just that they were the four convictions we're

20    talking about, although I can speak to one of them, the

21    12 months, which was my client, Isaac Yoder, so I can speak

22    very well to that, unfortunately.  That was before

23    Judge Lamberth.  He was the gentlemen who was dressed as --

24    in colonial garb as George Washington with a "Don't tread on

25    me."

1          But that's the only one I can speak to.  And I

2     would prefer the Court not compare it to that because that's

3     on the 12-month side obviously, Your Honor.  That client got

4     up and gave a little speech on some throw-down items,

5     property, and trying to discourage people to not riot, and

6     saying, we're above that, basically.  But that being said, I

7     digress.

8          So, Your Honor, I could give the Court, if the

9     Court wants, the different case numbers that I referred to,

10    I would be happy to share that.

11         But one concern that we have, and I cannot give

12    my -- I was not able to give my client some guidance on

13    that, so I humbly pray and beg to the Court -- the Court to

14    deny the unopposed request to do this via video and had him

15    appear in person.  And it is our hope that the Court will

16    allow him to report on his own to self-surrender, rather

17    than taking him into custody at this time.

18         I should note, and I'm sorry I failed to mention

19    this earlier, but his father is present here to support him.

20         THE COURT:  Welcome, sir.

21         MR. MACHADO:  And his family has been very

22    supportive and very involved as far as assisting us.

23         But just on a final note, Mr. Parks has been a

24    pleasure to represent, very respectful, constantly refers to

25    me as sir and makes me feel older than I am, but has been a

1 pleasure to represent and has always wanted to do the right

2 thing as far as, you know -- we've asked the Court on

3 multiple occasions.  And we thank the Court as far as

4 leaving the jurisdiction.  And he's always made sure that

5 everything is done properly.  And we've submitted things so

6 that the Court could allow him to continue his business,

7 which included traveling internationally.  Again, we thank

8 the Court, that the Court allowed him to do that.  But --

9 and Mr. Parks reported while he was away as required.

10 I don't think there was any indication of any violations.

11   And so that being said, whatever the Court orders,

12 Mr. -- I'm sure that Mr. Parks will follow it to a T, as he

13 has previously without any issues.  He's not even been a

14 client who I just have had to do a little nudging to make

15 sure he's following the rules, he just follows the rules.

16   So that being said, Your Honor, we'd ask the Court

17 to consider a sentence as we have requested.  And that if he

18 is allowed to -- that allows him to self-surrender, that it

19 can be a location within the area of Tennessee or within

20 the, I guess, radius that -- allowed by the

21 Bureau of Prisons in order for him to be able to serve that

22 sentence.

23   And in addition, we'd ask if the Court would

24 consider -- the government -- I spoke to the government

25 previously on this, and they said that they do not -- and

1    please correct me if I am wrong, but that they do not oppose

2    a self-surrender after January 1st.

3            We'd ask, given his businesses, if we could have a

4    little more time.  We'd ask for perhaps a date after April

5    1st, but we'll defer to the Court and whatever time the

6    Court feels.

7            He has a lot of, he's self- -- a lot of multiple

8    businesses.  There's a lot of -- a lot of powers of attorney

9    and things that need to be dealt with on that level.

10           And so we would ask for his opportunity to close

11   up whatever he needs to have done during whatever

12   determination the Court makes during that time that he can

13   have that time -- have some time in order to make those --

14   put his affairs in order since there are considerable

15   affairs, given his employment.

16           Thank you, Your Honor.

17           THE COURT:  Okay.  All right.

18           Mr. Machado, would Mr. Parks like to make a

19   statement?

20           MR. MACHADO:  I think briefly, yes, he would.

21           THE DEFENDANT:  Your Honor, I wanted to thank you

22   for allowing me to speak.

23           I agree with what my attorney has spoken and I

24   don't want to sound redundant.

25           I grew up in a household where we have a huge love

1    and respect for law enforcement.

2              As a child, my parents would take me along with

3    them to bring brownies and, you know, a lot of sweets to the

4    local fire department, police officers.  So I've always had

5    a love and respect and honor for law enforcement.

6              I have friends that I grew up with that served in

7    that capacity in government, whether it was law enforcement

8    or universities and so forth.  So I've always loved the

9    government growing up.

10             While I was in the early part of my college,

11   I worked -- I had the honor of serving as an AmeriCorps

12   Vista, which is, in the eyes of the law, it's a federal

13   employee.  And so I helped with, like, alleviating poverty

14   and promoting the idea of higher education in the local

15   Sumner County community in Tennessee.  And so I considered

16   that a huge honor, you know, working for the Federal

17   Government.

18             And so once I graduated that community college,

19   I transferred that degree to another university which was

20   named the University of Mississippi.  And so while I was

21   there, I worked for -- it's a state university.  I worked,

22   helped, you know, promote education and helped recruit

23   students that are in an area that have a lesser likelihood

24   of attending university.  So all that to say I have worked

25   growing up in government capacity and I've, you know, always

1    had a love and respect for the government and so forth.

2          And so one thing I want to make clear is that I

3    hated to hear, after January 6th, when I came back to my

4    home in Tennessee, that there were people hurt and even died

5    on January 6th.  And so I hate any type of loss, loss of

6    life, anything -- I even hate hearing people getting hurt

7    regardless of their background and affiliations.  And so I

8    wanted to make that clear.

9          And so with that being said, I want to thank you

10   again for allowing me to speak and make my statements.

11   Thank you.

12          THE COURT:  All right.  Thank you, Mr. Parks.

13          All right.  Just give me to a few minutes, folks.

14   I'm going to collect my thoughts and I'll be back.

15          COURTROOM DEPUTY:  All rise.

16          This Court stands in recess.

17          (Recess from 5:39 p.m. to 5:46 p.m.)

18          COURTROOM DEPUTY:  All rise.  This Honorable Court

19   is again in session.

20          THE COURT:  All right.

21          So just to recap, the Guidelines Range is 8 to 12

22   months.

23          In addition to the Guidelines, I must consider all

24   the factors that are set forth in 18 U.S.C. 3553(a) and

25   impose a sentence that's sufficient but not greater than

1    necessary to achieve the objectives of sentencing set forth

2    in the statute.

3            The factors I must consider are the nature and

4    circumstances of the offense and the history and

5    characteristics of the defendant, the need for the sentence

6    imposed to reflect the seriousness of the offense, to

7    promote respect for the law, and to provide just punishment

8    for the offense, to afford adequate deterrence, protect the

9    public, to provide the defense with needed

10   educational/vocational training or medical care.  I should

11   consider the kinds of sentences available and the need to

12   avoid unwarranted disparities.

13           Let me just begin with the nature and

14   circumstances -- let me begin with the history and

15   characteristics of the defendant.

16           On that front, Mr. Parks, I'm just -- I continue

17   to be mystified about what drove people to behave in the way

18   that they did on that day.

19           I mean, here you are and you're now 30, strong

20   family, have a bachelor's from the University of

21   Mississippi, you've started a real estate development

22   company, brokerage companies.

23           You know, from the many letters you received,

24   you've obviously made great contributions to your family and

25   to your community.  You know, there's not even an arrest on

1   your record.

2        And I trust that you are a God-fearing Christian

3   who has respect for the law, and so I'm just mystified when

4   somebody with your character and qualities sort of abandoned

5   all of that.  And, you know, there's a lot of reasons why

6   that we don't need to get into, but those history and

7   characteristics certainly speak well of Mr. Parks.

8        But, you know, regrettably, on January 6th, all of

9   those history and characteristics just abandoned you.  You

10   know, you arrived on January 6th with Mr. Baggott.

11        After, I guess, missing the President's speech,

12   you made your way to the west side of the Capitol where you

13   began filming social media and referenced the posts that

14   indicated -- that "they're gassing us" was one of the posts

15   at 1:45 p.m.

16        You already at that point had recognized that the

17   police were trying to conduct crowd control.  That did not

18   deter you.  You ended getting beyond the police line, ended

19   up above the scaffolding up the stairs, again, posting to

20   social media, "We're getting in," clearly referring to the

21   Capitol Building, and I don't think that was by invitation.

22   And during that, one of those social media posts which we

23   saw here in court, you could actually see people throwing

24   objects at the police, and you filmed that.

25        And that's, of course, what you just filmed.

1   I mean, it's -- you know, all the mayhem that was going

2   around you, the crowd and with the police under that

3   scaffolding.

4          I've seen other video of what was going on under

5   that scaffolding, and, you know, Mr. Parks, it's -- you

6   know, given where your vantage was with Mr. Baggott right at

7   the top of the steps, you know, you were in prime position

8   to see what exactly was going on as that police line broke

9   and how it broke.  And it was not an invitation to come into

10  the United States Capitol, and you were certainly smart

11  enough to know that at that point.

12         And if you weren't smart enough at that point to

13  know it, by 2:13 p.m., you know, the video shows you

14  hustling across the plaza there, rushing to the Senate wing

15  door.  You've got, I think, your Gadsden flag up in the air.

16  And you were among the very first people that enter the

17  building.  And it's not as if you entered the building at

18  some point later on when the door was open.  You saw people

19  breaking the windows, you saw them breaking the windows.

20         You know, your testimony -- I'll get to your

21  testimony in a moment, but the testimony on this one was

22  particularly remarkable, which is, you said that you

23  recognized people were being aggressive with the building.

24  Aggressive with the building.

25         That was your description of people using a police

1   shield to shatter the glass to get into the U.S. Congress,

2   using a 2-by-4 to shatter glass to get into the U.S.

3   Congress.  Maybe you didn't see the person kick the door on

4   the inside, but you certainly had no problem in going

5   through the door.

6            And to this point, at least according to your

7   testimony, you still were looking for whatever protests or

8   events that you thought were supposed to be taking place

9   there that day.  It just really defies any real -- it just

10  defies credulity.

11           If that weren't enough, you made your way up to

12  the Ohio Clock Corridor.  You were among the first people

13  that got into that clock corridor, right outside the Senate,

14  the entry to the Senate gallery, where you were confronted

15  by a line of police officers who were preventing people from

16  moving forward.

17           And apparently that fire extinguisher went off,

18  and that didn't cause you to try and figure out a way out.

19  Instead, you stuck around for much longer, made your way

20  back down the stairs, across the very corridor you'd already

21  walked down, passed the door and windows that had been

22  shattered that you saw, walked right past those, didn't even

23  make an effort to try and leave.

24           Fair enough that you were hanging on to

25  Mr. Baggott.  But then you got up next to another line of

1   police, this line of police protecting the House Chamber.

2   And you made your way to the front of that crowd too.

3          And your buddy, Mr. Baggott, is yelling at those

4   police officers.  You can see other people yelling at those

5   police officers.  You could see those police officers trying

6   to keep everyone at bay.

7          But you didn't turn around.  Instead, once that

8   line broke, you powered forward just like everybody else.

9          And you didn't then look for a way to get out of

10  the building.  At that point, then you started looking down

11  the passageway which actually led into the House Chamber.

12         And I don't know that you actually -- I can't

13  remember whether the video shows you actually went in there

14  or not, but the bottom line is you were there and you were

15  there for a period of time.

16         And what is remarkable, Mr. Parks -- and I've sat

17  on a lot of these cases, I've seen the sort of path a lot of

18  people took that day.  I dare say that I don't know that

19  I've seen anybody take the path that you took that day, from

20  seeing the doors breached from the very first moment to

21  ending up in the Ohio Clock Corridor outside the Senate

22  gallery, to then being right outside the House Chamber,

23  I don't think anybody's pulled that trifecta off, at least

24  as far as I know.  It's really remarkable.

25         And after all of that, when you finally do leave,

1   you just don't leave.  I mean, you pick up -- you go through

2   a magnetometer, you find a metal detector, you pick it up.

3   But then you put it down back.  And then you come back and

4   pick it up again.  You walk outside.  You then come back

5   inside and then you leave again.  And then you come back

6   inside and you take the wand with you.  And it's just -- it

7   defies logic and common sense to believe that, for any point

8   in time during this 45-minute journey you were inside, you

9   thought you belonged there, that you were allowed to be

10  there.

11          No reasonable human being could have thought

12  you -- that they were supposed to be there.  I mean, it

13  doesn't take very much to realize that this was not

14  somewhere you needed to be for 45 minutes and should not

15  have been for 45 minutes.

16          Look, you know, your lawyer is right that, you

17  know, you didn't physically harm anybody, you didn't break

18  any property, but, of course, you weren't charged with those

19  things.  You didn't confront any police officers.  That is a

20  plus in your column.

21          But, you know, what is the best evidence of

22  somebody's state of mind when they're doing something?

23  Well, it's what they say when they're doing it.

24          And so what do you say when you walk right out of

25  the building after 45 minutes?  "The party was fun until the

1  SWAT showed up."  I mean, it doesn't sound like there was a

2  respect for the police that day.  I mean, they broke up your

3  party, they broke up all the fun you were having.

4        And then that evening after you've had some time

5  to reflect, you wrote, "We ain't giving up.  No way in hell

6  Biden is getting the presidency."  Take down the videos that

7  you took.  Told a friend basically to tell others that you

8  actually hadn't been in D.C., deleted your Instagram account

9  on January 10th, four days later.

10        And it just -- it is a pattern of conduct during

11  that day and after that day that really just is head

12  scratching, because at no point in time along the way and in

13  the journey afterwards, which we'll talk about in a moment,

14  does there seem to be any realization of what you did and

15  why it was wrong and the impact it has had on people.

16        You seem to think, Mr. Parks, that just because

17  you didn't yell at a police officer or you didn't make

18  physical contact with a police officer like Mr. Baggott,

19  that just because a police officer didn't say, "Hey, don't

20  come in here," that you didn't play a role in what happened

21  that day.  And that is so completely misguided.  It is so

22  utterly breaking with reality.

23        And whatever break with reality you had was on

24  full display when you testified before me.  You elected to

25  have a bench trial.  You knew I was going to be the one that

1    assessed your credibility.  And then you got up there for

2    about 30 minutes and spun a tale that absolutely was

3    fantastic.

4            From the moment you got on the stand until the

5    moment you got off, nearly everything you said was so

6    utterly implausible and incredible.  It would be one thing

7    if there wasn't video evidence to contradict everything you

8    said, but there was, and yet you still got on the stand and

9    said what you said.

10           I mean, it shows a complete lack of disrespect --

11   a lack of respect for this process, for what you are facing,

12   the reasons you were there, the people who suffered as a

13   consequence of your mere presence there, to get in here and

14   think that a United States judge is going to believe that

15   you thought that the police just backed away and said, hey,

16   it's okay to come on in, come in and spend 45 minutes

17   walking around the U.S. Capitol while the U.S. House of

18   Representatives and the Senate is in session certifying an

19   election.  It was an okay day to just come in and have a

20   walk for 45 minutes with your buddy, Mr. Baggott.  That was

21   your attitude when you got on this witness stand.

22           And you still don't seem to get it.  I don't

23   expect you to come in here and admit your wrongdoing,

24   because you've got an appeal, I get that.  But, you know,

25   the very fact that you told your lawyer just now, not so

1   long ago that somehow those videos were automatically

2   deleted within -- because of the 48-hour rule with

3   Instagram.  And I don't even know if there is such a rule.

4   But let's say there is such a rule, you knew you deleted the

5   videos on January 6th inside the 24 hours.  So even here you

6   are today spinning tales, avoiding responsibility, and

7   living in a reality that is just -- that just has no

8   grounding in the truth at all.

9          And it's disappointing because you're a smart man.

10  You're clearly a smart man.  You're somebody who can and

11  does contribute a great deal.  And I really am sorry to say

12  these things in front of your father.

13         Sir, I'm sorry for you to have to hear these

14  things said, but they need to be said.

15         But -- and then you run for Congress.  You run for

16  Congress.  And I'm not saying you shouldn't have run for

17  Congress.  But at a time when you know the country is being

18  torn apart, that people are going to their separate corners

19  and devising and sending out or advocating for their own

20  truth, there you were peddling the very lies that got you

21  there in the first place.

22         I mean, you compounded the problem.  You are

23  telling the people of Tennessee, the people in your

24  district, "I didn't do anything wrong that day.  I was

25  invited into the Capitol Building by these police officers

1    and I was respectful to them throughout."  You would have

2    been better off telling them, Mr. Parks, that, "Yes, I was

3    there, and yes, I made a mistake and I'm ready to take

4    responsibility for it and I'd still like your vote.  Oh,

5    and, by the way, the election wasn't stolen."

6            I understand the limitations on vision and hearing

7    may have been part of the reason you were following

8    Mr. Baggott around, but that doesn't explain the whole

9    story.

10           You know, Mr. Parks, there's a reason we have

11   laws, there's a reason we have courts.  And it is not to

12   persecute people for their political views.  It is to ensure

13   that we can all operate in a civil society, that our

14   institutions can operate as they're meant to operate, that

15   our elected officials can do what they are elected to do

16   without fear of bodily injury and harm.

17           Law enforcement officers, yes, they put their

18   bodies and their lives at risk every single day, but not,

19   I dare say, before a mob of thousands of people.

20           And that is the essence of all this; that is the

21   respect for the law that is so utterly lacking here.

22           And at every turn when there's been an opportunity

23   to acknowledge your conduct, your actions, what you did, and

24   reflects some understanding of the gravity of the day and

25   your role in it, you have declined to do so.

1          And I dare say it's surprising, it's

2    disappointing, and it leaves me really dumbfounded, because

3    you're not somebody who comes across as someone who lacks

4    the recognition and the ability to understand.

5          But I don't think that you need to be specifically

6    deterred.  I don't know that there's any real concern you're

7    going to re-offend, although, you know, the fact that you

8    continue to not acknowledge your conduct and take

9    responsibility, I suppose, puts you at risk for doing

10   something like this again, but, you know, I've taken that

11   into account.

12         You know, the disparities in terms of other

13   sentencings.  Mr. Baggott, I gave him three months.  He took

14   a plea; he accepted responsibility.  He got three months

15   because he did have a physical interaction with a police

16   officer, and he was -- actually had physical contact and

17   altercation with a police officer.  So he was,

18   notwithstanding his plea, that's why he got the time that he

19   did.

20         You know, Mr. Machado has helpfully put these

21   numbers before me, although it's done in a way that it's

22   sort of divorced from the facts of each case so it's not as

23   helpful as it might have been with the actual case -- cases

24   associated with these sentences; but, nevertheless, I've

25   taken that into account and recognize how unusual -- or

1    the -- let me put it this way -- the distribution of

2    sentences for this kind of behavior.

3                So taking all those factors into account,

4    Mr. Parks, the Court's sentence will be as follows:

5                It is the judgment of the Court that you'll be

6    committed to the custody of the Bureau of Prisons for

7    concurrent terms on Counts 1, 2, and 5 for eight months, and

8    Counts 3 and 4 for six months.  All of that time will run

9    concurrently.

10               You will be further sentenced to serve a

11   concurrent term of 12 months of supervised release on each

12   of the -- on Counts 1, 2, and 5.

13               In addition, you are ordered to pay a special

14   assessment totaling $95.

15               While you are on supervision, you shall abide by

16   the following mandatory conditions, as well as all the

17   discretionary conditions that are recommended by the

18   Probation Office in Part D of the sentencing options of the

19   Presentence Investigation Report which are imposed to

20   establish basic expectations for your conduct while on

21   supervision.

22               Those mandatory conditions include:

23               Not committing another federal, state, or local

24   crime;

25               You must not possess a controlled substance;

1          The mandatory drug-testing condition is suspended

2     because there is no risk of substance abuse.

3          You must participate in the collection of DNA, if

4     that is appropriate and if that is directed by the Probation

5     Officer.

6          And you must make restitution, if I find that

7     restitution is appropriate.

8          If I do order restitution, it shall be made to the

9     Architect of the Capitol.  The Court determines that you

10    don't have the ability to pay interest, and, therefore,

11    waive any interest or penalties that may accrue on the

12    balance.

13         And to be clear here, it's not that you don't have

14    the ability to pay, it's just that most of your assets are

15    not tied up in liquid assets and I think that's why

16    Probation came to the conclusion it did about ability to

17    pay.  But in any event.

18         Any restitution order that is made will have to be

19    paid at $50 per month.

20         If I order restitution, you must provide the

21    Probation Office access to any requested financial

22    information and authorize the release of any financial

23    information.  The Probation Office may share financial

24    information with the U.S. Attorney's Office.

25         The Court finds that you don't have the ability to

1    pay a fine and, therefore, waives imposition of a fine in

2    this case.

3           The financial obligations to the Court are

4    immediately payable to the Clerk of the Court for the

5    U.S. District Court at 333 Constitution Avenue, Northwest,

6    in D.C.

7           Within 30 days of any change of address, you shall

8    notify the Clerk of the Court of the change until such time

9    as the financial obligation is paid in full.

10          The Probation Office is authorized to release the

11   presentence investigation report to all appropriate

12   agencies, which includes the U.S. Probation Office in the

13   approved district of residence, in order to execute the

14   sentence of the Court.

15          The Court will authorize that jurisdiction, for

16   supervision purposes, be transferred to the district of

17   residence, but the Court will retain jurisdiction over the

18   case.

19          What that means, Mr. Parks, is that you'll be

20   supervised in your home jurisdiction.  But if any problems

21   arise, you'll come back to me.

22          You do have the right to appeal your convictions

23   of guilt to the D.C. Circuit.  You also have the right to

24   appeal your sentences.

25          Any notice of appeal must be filed within 14 days

1    of the entry of judgment or within 14 days of the filing of

2    a notice of appeal by the government.

3         If you cannot afford the cost of an appeal, you

4    may request permission from the Court to file an appeal

5    without cost to you.

6         You also may apply for court-appointed counsel if

7    you cannot afford counsel.

8         You also have the right to convict -- excuse me,

9    challenge the conviction that's been entered or the sentence

10   imposed, consistent with the time limitations and other

11   limits set forth with respect to 28 U.S.C. 2255.

12        All right.  With that, that is the judgment of the

13   Court.

14        I will -- we'll get a recommendation, Mr. Machado,

15   for an institution that will reflect that in the judgment

16   commitment order.

17        I will ask that -- I will allow Mr. Parks to

18   self-surrender, given his complete compliance of pretrial

19   conditions, and I don't find that he is a threat to the

20   community.

21        Insofar as the timing of it, I'll ask that the

22   self-surrender be after February 1.  It gives Mr. Parks

23   60 days to do whatever he needs to do to transition his

24   business interests for the period of time that he is

25   incarcerated, all right?

79

1           Anything else?

2           MR. MACHADO:  Your Honor, the amount of the

3   special assessment was?  And when would it be due?

4           THE COURT:  The special assessment is --

5           MR. MACHADO:  $10.

6           THE COURT:  I'm sorry.

7           MR. MACHADO:  Is it $10 --

8           THE COURT:  No.  I think it's what --

9           Ms. Gavito, how do we get to the 95?

10           PROBATION OFFICER:  It's $95, Your Honor.

11           $25 as to Counts 1,2, and 5, and $10 as to

12   Counts 3 and 4.

13           THE COURT:  Right.

14           So the Class A misdemeanor gets 25.

15           MR. MACHADO:  Right.

16           THE COURT:  So it's $25.

17           And, you know, I'll just ask Mr. Parks to make

18   sure that's paid before the expiration of his supervision.

19           MR. MACHADO:  And, I'm sorry, the restitution

20   amount, the Court hasn't made a determination.

21           THE COURT:  I'm going to defer on it.

22           This is a legal issue in my mind as to whether he

23   can -- I've already ruled that the 117 is not going to be

24   applied.  But the remaining request for $500, I just -- I

25   need to look at the issue.

1          MR. MACHADO:  Okay.  The Court's indulgence.

2          The supervised release runs concurrently?

3          THE COURT:  I'm sorry?

4          MR. MACHADO:  Supervised release runs concurrently

5     on the other counts.  The Court said the sentences but --

6          THE COURT:  Yeah.

7          I thought I said that all the -- one year

8     supervised release on Counts 1, 2, and 5, all of which will

9     run concurrently.

10          MR. MACHADO:  All right.

11          I think that's all.

12          THE COURT:  All right.

13          Any other -- any objections you wish to put on the

14     record, Mr. Machado?

15          Any objections you wish to put on the record that

16     you've not made already?

17          MR. MACHADO:  I apologize.  One more time.

18          THE COURT:  Any objections you wish to put on the

19     record that you've not already raised?

20          MR. MACHADO:  No, Your Honor.

21          Although I will say that Mr. Parks has asked me to

22     file a notice of appeal and I will.  Thank you.

23          THE COURT:  Okay.

24          Thank you, everyone.

25          MR. MACHADO:  Your Honor, with regard to facility,

1    we don't have a specific facility.  We just ask one in

2    the -- is it the Middle District of Tennessee?  Just near to

3    the Middle District of Tennessee.

4              THE COURT:  Okay.

5              All right.  The judgment will reflect that.

6              And with that, we are adjourned.

7              Mr. Parks, I wish you good luck.  Take care.

8              COURTROOM DEPUTY:  All rise.

9              This Court stands in recess.

10             (Proceedings concluded at 6:12 p.m.)

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that

the foregoing is a correct transcript from the record of

proceedings in the above-titled matter.


Date:__January 9, 2024_____ 

        William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [6]** 3/2 3/5 39/9 63/15 63/18 81/8
**MR. MACHADO: [51]** 3/18 4/22 5/3 5/12 6/16 6/18 10/5 10/16 10/25 12/20 16/11 17/3 17/7 17/19 24/18 26/6 26/9 27/8 28/2 47/10 48/19 50/2 50/15 51/4 51/18 51/21 52/2 52/4 52/9 52/23 53/2 53/12 53/16 53/20 58/6 58/11 58/14 58/17 59/21 61/20 79/2 79/5 79/7 79/15 79/19 80/1 80/4 80/10 80/17 80/20 80/25
**MR. MARSHALL: [27]** 3/17 4/20 7/9 7/13 8/4 8/11 8/14 11/3 12/1 13/9 15/19 16/3 16/5 18/8 18/13 19/11 19/16 19/21 20/7 23/17 24/9 28/3 28/20 28/25 37/24 39/15 42/12
**PROBATION OFFICER: [4]** 12/7 12/12 12/17 79/10
**THE COURT: [82]** 3/4 3/13 3/19 4/24 5/5 6/13 6/17 7/4 7/12 7/21 8/10 8/13 8/15 10/14 10/17 11/1 11/16 12/4 12/8 12/16 12/18 13/2 13/10 15/25 16/4 16/8 16/25 17/5 17/18 18/5 18/11 18/17 19/15 19/19 20/5 20/10 24/6 24/16 26/8 26/14 27/7 27/9 28/18 28/22 29/13 38/12 39/12 47/8 48/17 48/20 50/3 50/22 51/8 51/19 51/25 52/3 52/5 52/15 53/1 53/11 53/13 53/18 58/1 58/10 58/12 58/15 59/20 61/17 63/12 63/20 79/4 79/6 79/8 79/13 79/16 79/21 80/3 80/6 80/12 80/18 80/23 81/4
**THE DEFENDANT: [1]** 61/21

**$**
**$10 [3]** 79/5 79/7 79/11
**$117 [3]** 5/9 7/2 9/2
**$20,000 [1]** 37/20
**$25 [2]** 79/11 79/16
**$50 [1]** 76/19
**$500 [4]** 5/10 5/14 9/3 79/24
**$617 [1]** 5/9
**$95 [2]** 75/14 79/10

**'**
**'Material' [1]** 31/23

**0840 [1]** 1/20

**1**
**1,2 [1]** 79/11
**10 [6]** 12/24 12/25 35/16 35/19 37/5 37/12
**100 percent [1]** 50/22
**10th [3]** 13/21 15/16 70/9
**11 [2]** 37/14 37/15
**117 [4]** 5/21 7/2 7/6 79/23
**12 [8]** 12/25 12/25 37/17 57/2 57/3 58/9 63/21 75/11
**12 months [2]** 39/22 58/21
**12-month [1]** 59/3
**13 [1]** 28/20
**14 [5]** 37/16 39/20 39/23 77/25 78/1
**14-year-old [1]** 46/3
**15 [1]** 1/5
**16 [1]** 12/25 28/21
**16 total [1]** 56/25
**18 U.S.C [1]** 63/24
**1:18 [1]** 27/19
**1:45 [1]** 65/15
**1:57:18 [1]** 27/22
**1st [4]** 10/7 10/8 61/2 61/5

**2**
**2,000 [2]** 37/19 37/20
**2-point [2]** 34/22 35/17
**20001 [3]** 1/14 1/19 2/6
**202 [2]** 1/15 2/6
**2021 [3]** 15/16 53/15 53/19
**2022 [2]** 45/24 53/14
**2023 [2]** 1/5 56/15
**2024 [1]** 82/7
**20th [1]** 56/15
**21-411-1 [2]** 1/4 3/6
**2255 [1]** 78/11
**24 [3]** 17/25 27/13 72/5
**24-hour [1]** 27/24
**25 [1]** 79/14
**252-6629 [1]** 1/15
**26 [1]** 41/22
**28 [1]** 78/11
**289 [5]** 19/17 19/19 28/16 28/20 46/11
**299 [1]** 32/8
**2:13 [1]** 66/13
**2A2.4 [1]** 35/14
**2B1.1 [1]** 35/24
**2B2.3 [2]** 35/3 35/7
**2nd [3]** 19/18 28/17 46/11

**3**
**3,000 [1]** 37/19
**30 [9]** 22/13 22/23 22/24 28/13 33/7 34/6 57/11 64/19 71/2
**30 days [1]** 77/7

**310 [1]** 1/19
**3249 [1]** 2/6
**326 [2]** 21/10 32/15
**327 [1]** 32/19
**333 [2]** 2/5 77/5
**354-3249 [1]** 2/6
**3553 [3]** 40/9 54/1 63/24
**3C1.1 [4]** 15/21 16/15 29/22 31/11
**3E1.1 [1]** 8/16

**4**
**45 [6]** 57/11 69/14 69/15 69/25 71/16 71/20
**45-minute [1]** 69/8
**48-hour [1]** 72/2
**4:00 [1]** 1/6
**4:55 [1]** 39/11
**4C1.1 [2]** 9/24 12/14
**4D [1]** 29/22

**5**
**503 [1]** 1/18
**508 [7]** 13/22 14/1 16/12 17/3 17/17 27/16 30/17
**509 [11]** 13/23 14/25 16/12 17/4 17/17 27/16 27/21 30/5 30/15 30/22 31/1
**510 [1]** 15/15
**5104 [1]** 56/22
**52 [1]** 56/22
**531 [1]** 41/7
**5:00 [1]** 39/8
**5:03 [1]** 39/11
**5:39 [1]** 63/17
**5:46 [1]** 63/17

**6**
**6 to [1]** 12/25
**60 days [1]** 78/23
**601 [1]** 1/14
**6629 [1]** 1/15
**6:12 [1]** 81/10
**6th [13]** 9/9 27/20 27/23 30/2 40/7 44/1 44/7 46/22 63/3 63/5 65/8 65/10 72/5

**7**
**703 [1]** 1/20
**7th [4]** 14/4 27/17 27/18 27/22

**9**
**90 [1]** 9/15
**90-day [1]** 9/17
**95 [1]** 79/9
**97 [1]** 4/11
**98 [1]** 4/12
**989-0840 [1]** 1/20
**99 [1]** 4/13
**99 percent [1]** 50/23
**9th [1]** 30/25

**A**
**abandoned [2]** 64/4 65/9
**abide [1]** 75/15
**ability [5]** 74/4 76/10 76/14 76/16 76/25
**able [5]** 14/24 30/8 46/13 59/12 60/21
**about [39]** 3/21 4/4 10/7 13/5 14/9 16/8 16/14 17/4 18/14 23/5 24/7 26/6 27/11 32/2 32/3 34/18 40/2 40/7 40/9 42/5 44/3 44/17 44/20 46/12 48/12 50/5 50/5 50/8 52/21 53/7 53/21 54/3 54/9 55/5 58/20 64/17 70/13 71/2 76/16
**above [3]** 59/6 65/19 82/4
**above-titled [1]** 82/4
**absolutely [4]** 10/6 10/9 44/19 71/2
**abstains [1]** 54/14
**abundantly [1]** 29/6
**abuse [1]** 76/12
**accept [3]** 40/12 43/6 47/6
**accepted [2]** 49/1 74/14
**access [2]** 34/10 76/21
**accident [1]** 33/24
**accompanied [1]** 4/16
**according [3]** 17/22 31/18 67/6
**accordingly [2]** 12/21 48/2
**account [10]** 8/25 13/21 15/16 29/18 31/3 44/20 70/8 74/11 74/25 75/3
**accounted [1]** 7/15
**accrue [1]** 76/11
**accurate [1]** 6/13
**achieve [1]** 64/1
**acknowledge [4]** 40/13 43/16 73/23 74/8
**acknowledging [1]** 31/11
**acknowledgment [1]** 49/2
**across [4]** 11/14 66/14 67/20 74/3
**acting [2]** 41/18 48/7
**action [2]** 54/23 56/8
**actions [5]** 34/6 40/7 43/22 48/3 73/23
**active [3]** 32/4 32/5 34/14
**actively [13]** 20/20 21/1 21/8 21/21 22/9 22/10 22/10 22/22 32/5 32/11 32/13 32/22 33/12
**acts [1]** 36/25
**actual [4]** 19/10 36/17 51/16 74/23

**actually [20]** 6/9 7/22 22/18 23/21 25/15 27/19 27/23 30/6 30/24 33/9 36/18 43/2 53/16 53/22 65/23 68/11 68/12 68/13 70/8 74/16
**add [4]** 16/17 31/7 36/2 37/24
**added [4]** 35/6 35/9 37/11 37/13
**addition [5]** 31/8 57/25 60/23 63/23 75/13
**additional [3]** 5/10 37/11 37/12
**address [6]** 11/7 13/13 18/1 18/9 46/8 77/7
**addressed [1]** 46/6
**adequate [2]** 55/25 64/8
**adjective [1]** 22/10
**adjourn [1]** 11/25
**adjourned [1]** 81/6
**adjusted [2]** 35/8 37/15
**adjustment [6]** 9/23 10/18 35/11 35/18 36/21 38/21
**admit [1]** 71/23
**admitted [2]** 41/6 41/10
**Admittedly [1]** 47/19
**admitting [1]** 45/5
**advance [1]** 3/23
**advocate [1]** 44/9
**advocating [1]** 72/19
**affairs [2]** 61/14 61/15
**affect [1]** 31/25
**affiliations [1]** 63/7
**affirmative [3]** 8/20 17/12 17/15
**afford [3]** 64/8 78/3 78/7
**after [29]** 10/8 17/25 20/16 20/18 22/6 22/23 23/10 28/10 28/13 32/10 33/8 34/5 41/1 42/8 42/23 44/1 44/12 49/24 49/24 52/16 61/2 61/4 63/3 65/11 68/25 69/25 70/4 70/11 76/22
**afternoon [2]** 3/5 3/13 3/14 3/16 3/21
**afterward [1]** 11/6
**afterwards [2]** 55/20 70/13
**again [24]** 7/5 13/6 21/11 22/20 23/24 26/22 28/19 32/8 32/14 32/24 34/7 38/20 49/7 53/5 55/7 55/23 57/22 60/7 63/10 63/19 65/19 69/4 69/5 74/10
**against [2]** 34/17 41/17
**agencies [1]** 77/12
**agent [1]** 54/17
**aggravating [1]** 58/16
**aggressive [2]** 66/23 66/24
**aggressively [2]** 41/18

**A**

aggressively... [1] 42/12
ago [1] 72/1
agree [4] 7/15 24/1 24/13 61/23
ahead [3] 8/10 20/11 29/14
aid [3] 4/13 4/15 24/23
aided [1] 2/8
ain't [1] 70/5
air [3] 21/8 48/12 66/15
alcohol [1] 54/14
Alexander [2] 14/1 27/18
all [66] 3/2 3/13 3/19 4/24 5/5 8/11 8/21 10/14 11/11 12/13 12/18 13/2 13/6 20/10 23/7 23/12 24/9 26/15 29/14 31/16 32/2 34/9 34/17 34/24 37/21 38/15 39/5 39/9 44/14 45/10 46/8 47/8 50/16 51/15 56/1 58/4 58/18 61/17 62/24 63/2 63/13 63/15 63/18 63/20 63/23 65/5 65/8 66/1 68/25 70/3 72/8 73/13 73/20 75/3 75/8 75/16 77/11 78/12 78/25 80/7 80/8 80/10 80/11 80/12 81/5 81/8
all right [4] 37/21 63/20 78/25 80/10
alleged [2] 31/12 45/3
alleviating [1] 62/13
allocutions [1] 39/5
allow [3] 59/16 60/6 78/17
allowed [8] 29/4 40/23 41/20 43/11 60/8 60/18 60/20 69/9
allowing [2] 61/22 63/10
allows [1] 60/18
allude [1] 27/6
almost [1] 53/23
along [4] 4/14 50/24 62/2 70/12
already [7] 5/7 30/4 65/16 67/20 79/23 80/16 80/19
also [16] 4/6 4/16 12/5 23/19 25/3 31/5 32/12 40/11 40/20 45/25 46/10 54/7 56/20 77/23 78/6 78/8
altercation [1] 74/17
alternative [1] 23/23
although [9] 16/1 36/3 36/12 52/16 56/23 58/20 74/7 74/21 80/21
always [5] 60/1 60/4 62/4 62/8 62/25
am [6] 23/13 24/10 36/2 59/25 61/1 72/11
ambiguity [1] 15/22

AmeriCorps [1] 62/11
AMIT [2] 1/10 3/3
Amit P [1] 3/3
among [2] 66/16 67/12
amount [6] 7/10 8/18 9/2 36/1 79/2 79/20
analysis [1] 9/12
another [7] 22/6 22/12 22/23 33/7 62/19 67/25 75/23
answer [3] 21/21 22/1 33/25
answers [1] 32/22
any [55] 5/6 5/18 5/19 6/8 7/14 15/23 17/15 18/14 22/21 23/22 30/11 31/18 31/24 34/15 36/7 36/8 39/2 40/22 43/4 43/5 44/10 45/4 45/19 45/22 46/15 48/4 48/6 49/1 49/9 54/22 55/11 56/24 58/13 60/10 60/10 60/13 63/5 67/9 69/7 69/18 69/19 70/14 74/6 76/11 76/17 76/18 76/21 76/22 77/7 77/20 77/25 80/13 80/13 80/15 80/18
anybody [4] 10/3 18/6 68/19 69/17
anybody's [1] 68/23
anyone [2] 14/23 30/8
anything [14] 4/19 5/18 20/6 20/12 29/11 30/14 30/16 38/17 47/6 48/3 56/4 63/6 72/24 79/1
anyway [1] 38/24
apart [1] 72/18
apologize [4] 10/10 26/7 58/14 80/17
apparent [1] 46/24
apparently [1] 67/17
appeal [8] 71/24 77/22 77/24 77/25 78/2 78/3 78/4 80/22
appear [3] 38/11 55/17 59/15
appearance [1] 56/2
APPEARANCES [2] 1/12 1/22
appeared [1] 56/2
appearing [1] 3/11
appears [3] 5/13 5/14 56/18
applicable [8] 8/17 10/24 18/10 35/2 35/15 35/24 37/10 39/3
application [1] 38/1
applied [2] 35/17 79/24
applies [1] 10/8
apply [7] 10/15 13/19 29/17 34/22 35/22 36/19 78/6
applying [3] 18/19 31/12 39/23

appreciate [4] 8/6 13/9 43/16 43/22
approached [1] 41/12
approaching [2] 42/15 56/4
appropriate [5] 57/18 57/21 76/4 76/7 77/11
approved [1] 77/13
April [1] 61/4
Architect [1] 76/9
are [55] 3/16 5/6 7/14 10/23 11/9 13/23 14/9 19/10 20/1 24/1 25/22 27/15 29/3 29/16 30/7 34/24 35/6 35/9 35/20 35/20 35/21 37/21 39/3 39/6 42/7 42/16 43/13 46/2 47/19 48/15 50/22 51/12 52/14 52/20 53/25 54/25 58/3 61/14 62/23 63/24 64/3 64/19 65/2 71/11 72/6 72/18 72/22 73/15 73/13 75/15 75/17 75/19 76/14 77/3 81/6
area [3] 41/15 60/19 62/23
arguably [3] 15/22 36/12 36/15
argue [1] 8/4
arguing [1] 45/11
argument [3] 5/18 17/16 45/1
arguments [2] 17/17 45/6
arise [1] 77/21
around [18] 21/15 21/17 22/18 25/11 25/21 26/13 32/16 32/18 45/13 46/16 46/17 50/20 55/9 66/2 67/19 68/7 71/17 73/8
arrest [1] 64/25
arrested [1] 53/14
arrived [1] 65/10
as [111]
aside [2] 29/12 54/18
ask [21] 3/24 11/14 13/12 17/13 19/9 27/10 39/19 48/17 49/25 50/13 57/19 57/22 60/16 60/23 61/3 61/4 61/10 78/17 78/21 79/17 81/1
asked [5] 21/23 32/19 39/17 60/2 80/21
asking [2] 13/3 52/21
asks [2] 14/23 30/8
asleep [1] 14/10
aspect [1] 55/12
aspects [1] 18/15
asportation [1] 6/21
assaultive [1] 48/16
assertion [1] 47/16
assessed [1] 71/1
assessment [3] 75/14 79/3 79/4

assisting [1] 59/22
associated [2] 30/9 74/24
assume [1] 38/15
attached [4] 7/6 7/7 16/20 46/1
attachment [2] 16/20 25/4
Attachment B [1] 25/4
attachments [1] 24/20
attacked [1] 29/8
attempt [3] 29/19 31/17 40/1
attempting [2] 27/6 41/25
attending [1] 62/24
attention [2] 9/7 36/17
attitude [1] 71/21
attorney [3] 53/21 61/8 61/23
Attorney's [1] 76/24
authorize [2] 76/22 77/15
authorized [1] 77/10
automatically [4] 17/25 27/13 28/1 72/1
available [1] 64/11
Avenue [2] 2/5 77/5
average [2] 25/2 25/9
avoid [1] 64/12
avoiding [1] 72/6
avoids [1] 11/21
awaiting [1] 54/21
awarded [1] 16/16
aware [4] 18/11 24/22 41/10 46/23
awareness [2] 41/20 45/13
away [4] 19/23 53/3 60/9 71/15
awesome [1] 15/2

**B**

bachelor's [1] 64/20
back [28] 4/18 8/1 9/5 9/7 22/19 22/20 23/21 26/6 26/12 26/18 28/15 32/18 33/9 33/20 40/14 46/11 49/7 51/11 52/5 52/7 63/3 63/14 67/20 69/3 69/3 69/4 69/5 77/21
backdrop [1] 34/17
backed [1] 71/15
background [3] 50/18 57/14 63/7
bad [1] 27/3
Baggott [18] 20/20 25/13 25/15 25/17 25/21 48/7 51/12 55/9 55/10 55/12 65/10 66/6 67/25 68/3 70/18 71/20 73/8 74/13
balance [1] 76/12
Banks [1] 43/9
Barrett [1] 2/5
barricades [1] 19/23

base [4] 35/4 35/16 35/24 36/20
based [5] 7/17 13/15 18/19 33/24 38/15
basic [1] 75/20
basically [5] 19/7 48/9 54/10 59/6 70/7
basis [2] 31/6 38/2
bay [1] 68/6
be [75] 3/4 4/10 6/2 6/25 8/2 9/9 11/13 11/18 12/8 12/11 12/22 12/24 12/24 15/25 16/15 16/15 18/1 18/6 20/19 20/24 21/19 22/3 22/8 23/14 23/14 25/1 25/8 26/24 29/11 30/19 31/14 32/20 33/1 36/4 36/5 38/9 38/15 39/12 39/19 39/20 39/24 43/8 47/18 54/24 54/25 56/3 56/4 57/22 59/10 60/19 60/21 61/9 63/14 64/17 67/8 69/9 69/12 69/14 70/14 70/25 71/6 72/14 74/5 75/4 75/5 75/10 76/8 76/13 76/18 77/16 77/19 77/25 78/22 79/3 79/23
because [36] 11/12 13/19 14/8 15/10 17/8 19/5 23/7 27/4 27/17 30/23 34/3 35/5 35/25 36/3 36/23 37/2 37/9 37/17 42/3 47/4 49/15 52/16 52/20 54/2 55/1 58/12 59/2 70/12 70/16 70/19 71/24 72/2 72/9 74/2 74/15 76/2
becomes [1] 34/9
been [48] 3/25 4/4 5/12 5/13 6/11 13/15 18/3 21/14 21/15 23/3 24/23 26/22 32/16 32/17 33/10 34/1 34/2 38/13 38/17 41/18 42/22 44/13 47/20 48/1 52/17 52/18 53/14 54/20 55/17 55/25 56/6 56/14 56/18 56/21 56/22 58/3 59/21 59/23 59/25 60/13 67/21 69/15 70/8 73/2 73/7 73/22 74/23 78/9
before [11] 1/10 12/9 13/8 27/10 33/7 52/16 58/22 70/24 73/19 74/21 79/18
beg [1] 59/13
began [3] 24/19 32/5 65/13
begin [3] 20/20 64/13 64/14
beginning [1] 28/14
begins [2] 27/18 27/22
behalf [1] 3/10
behave [1] 64/17
behavior [2] 33/23

**B**

behavior... [1] 75/2
behind [1] 48/10
behold [1] 30/24
being [23] 5/14 7/10
9/11 10/23 22/23 27/4
29/8 29/9 30/2 42/6
48/16 49/14 49/22
53/25 55/10 59/6 60/11
60/16 63/9 66/23 68/22
69/11 72/17
believe [13] 16/3 21/4
22/2 24/2 25/4 25/16
26/5 31/4 33/1 36/1
49/8 69/7 71/14
believed [2] 31/3 31/24
belonged [1] 69/9
bench [1] 70/25
best [2] 8/9 69/21
better [3] 23/17 24/25
73/2
between [1] 28/7
beyond [1] 65/18
Biden [1] 70/6
Bill [1] 39/6
bit [2] 13/8 17/10
blaming [1] 51/19
blatantly [1] 44/17
blind [2] 25/20 25/20
Board [1] 54/21
bodies [1] 73/18
bodily [3] 10/19 38/22
73/16
body [2] 29/2 44/16
boost [1] 44/18
both [3] 3/16 38/16
40/7
bottom [2] 21/3 68/14
brandished [1] 8/22
breached [1] 68/20
break [2] 69/17 70/23
breakdown [1] 56/25
breaking [3] 66/19
66/19 70/22
breaks [2] 29/10 33/15
brief [2] 18/9 39/24
briefly [4] 28/15 41/4
45/1 61/20
bring [2] 36/17 62/3
brings [1] 17/20
broke [5] 66/8 66/9
68/8 70/2 70/3
broken [4] 20/1 22/15
33/10 44/13
brokerage [1] 64/22
brownies [1] 62/3
buddy [2] 68/3 71/20
building [42] 19/24
20/18 20/21 21/1 21/9
21/22 22/9 22/12 22/16
22/17 22/18 22/25 30/2
32/5 32/11 32/13 32/23
33/6 33/19 33/20 34/8
34/15 35/2 35/5 35/14
40/23 41/12 41/12
41/20 43/24 44/12
49/15 49/20 53/6 65/21
66/17 66/17 66/23

bunch [4] 14/8 14/13
15/3 30/13
Bureau [2] 60/21 75/6
burst [1] 43/8
business [3] 55/24
60/6 78/24
businesses [2] 61/3
61/8
busting [1] 49/18

**C**

calculation [2] 4/7
11/20
calculations [2] 34/25
37/22
call [1] 58/5
called [1] 56/13
came [5] 16/18 52/7
55/15 63/3 76/16
can [32] 6/20 7/23 8/25
9/9 13/24 16/8 19/12
19/13 20/2 20/8 21/24
23/21 23/25 26/13
28/18 38/9 39/24 49/12
50/25 56/25 58/12
58/20 58/21 59/1 60/19
61/12 68/4 72/10 73/13
73/14 73/15 79/23
can't [6] 7/21 49/8
49/13 53/16 58/18
68/12
candidacy [2] 44/9
44/18
candidate [1] 20/13
candidly [1] 11/7
candor [1] 40/6
cannot [4] 11/17 59/11
78/3 78/7
capacity [2] 62/7 62/25
Capitol [20] 8/1 13/20
14/11 15/1 21/15 22/3
25/23 32/16 33/1 41/12
44/4 48/13 49/23 52/20
65/12 65/21 66/10
71/17 72/25 76/9
Capitol Building [3]
41/12 65/21 72/25
captures [1] 29/9
care [2] 64/10 81/7
carries [1] 21/4
case [18] 3/6 7/20 16/6
18/20 29/23 34/13 36/8
38/1 40/4 41/2 46/20
54/19 56/19 59/9 74/22
74/23 77/2 77/18
cases [9] 9/6 11/14
17/24 46/25 50/23 57/7
58/16 68/17 74/23
Category [2] 10/1
12/24
Category I [2] 10/1
12/24
cause [4] 9/12 10/21
28/12 67/18
caused [5] 5/19 9/10
21/7 46/24 58/16

cemented [1] 52/13
certain [3] 50/21 52/24
53/24
certainly [11] 8/23 9/17
15/20 30/21 34/12
42/16 48/22 52/19 65/7
66/10 67/14
Certified [1] 2/4
certify [1] 82/2
certifying [1] 71/18
CH [1] 2/5
challenge [2] 47/16
78/9
challenging [1] 25/9
chamber [5] 33/17
44/15 68/1 68/11 68/22
change [3] 49/1 77/7
77/8
chaos [2] 39/1 51/13
character [1] 65/4
characteristics [5]
55/23 64/5 64/15 65/7
65/9
charge [4] 5/24 8/2
56/19 56/20
charged [5] 38/17
52/17 52/18 56/14
69/18
chief [2] 34/13 41/2
child [1] 62/2
childhood [3] 45/17
45/18 45/18
chisel [1] 53/3
Christian [1] 65/2
church [1] 54/13
Circuit [1] 77/23
circumstances [4]
25/25 55/2 64/4 64/14
cited [2] 32/2 46/2
citizen [1] 54/5
civil [1] 73/13
claim [1] 42/17
claims [1] 42/5
Class [3] 35/20 35/20
79/14
clear [15] 12/9 12/11
15/24 16/7 17/13 25/13
25/20 29/25 41/1 42/22
46/14 55/3 63/23 63/8
76/13
clearer [1] 41/23
clearly [17] 6/21 13/23
14/12 20/2 24/15 29/6
29/19 33/4 33/25 38/25
41/9 42/21 48/1 48/15
52/17 65/20 72/10
Clerk [2] 77/4 77/8
client [11] 5/15 5/24
6/7 7/1 17/20 17/22
48/25 58/21 59/3 59/12
60/14
client's [2] 16/14 24/21
clock [7] 20/17 23/10
33/8 42/24 67/12 67/13
68/21
close [4] 10/23 38/9
66/19 61/10

closer [1] 29/4
co [1] 36/9
co-defendant [1] 36/9
cognizant [1] 31/14
collect [1] 63/14
collection [1] 76/3
college [3] 55/23 62/10
62/18
colonial [1] 58/24
colored [1] 53/4
COLUMBIA [1] 1/1
column [1] 69/20
Combined [1] 37/15
come [16] 8/1 33/11
49/10 49/13 50/13
51/17 66/9 69/3 69/4
69/5 70/20 71/16 71/16
71/19 71/23 77/21
comes [6] 22/19 22/20
25/11 37/6 37/6 74/3
coming [1] 51/5
commentary [1] 34/18
comments [1] 18/1
commitment [1] 78/16
committed [1] 75/6
committing [1] 75/23
common [2] 37/1 69/7
communication [1]
27/18
communications [1]
27/15
community [5] 54/13
62/15 62/18 64/25
78/20
companies [1] 64/22
company [1] 64/22
comparable [1] 48/23
compare [1] 59/2
comparison [1] 53/17
complain [1] 42/1
complete [2] 71/10
78/18
completely [1] 70/21
compliance [1] 78/18
compounded [1] 72/22
computer [1] 2/8
computer-aided [1]
2/8
conceal [1] 29/19
concept [1] 52/12
concern [2] 17/9 59/11
74/6
concerned [2] 54/3
56/16
concerning [3] 18/7
19/1 31/20
concerns [1] 21/2
concluded [1] 81/10
conclusion [1] 76/16
concurrent [2] 75/7
75/11
concurrently [4] 75/9
80/2 80/4 80/9
concurs [1] 15/19
condition [2] 45/7 76/1
conditions [6] 45/21
56/1 75/16 75/17 75/22

conduct [23] 31/5
35/13 36/8 36/13 38/16
38/16 38/25 39/4 43/17
43/17 43/21 44/22
44/23 47/4 48/23 48/24
50/5 52/21 65/17 70/10
73/23 74/8 75/20
confirm [2] 3/24 4/25
conflict [1] 6/23
confront [1] 69/19
confrontational [2]
55/10 55/11
confronted [2] 41/1
67/14
confronting [1] 42/13
confronts [1] 33/14
confusion [3] 19/3
31/15 31/22
Congress [13] 36/24
44/6 44/9 50/4 50/11
50/12 53/11 53/13 67/1
67/3 72/15 72/16 72/17
connected [1] 36/25
consecutively [1]
39/23
consequence [1]
71/13
consequences [1]
54/6
conservatively [1]
36/13
consider [7] 13/16
57/19 60/17 60/24
63/23 64/3 64/11
considerable [1] 61/14
consideration [2]
44/19 45/10
considerations [1]
40/3
considered [1] 62/15
considering [1] 45/5
consistent [3] 11/13
27/25 78/10
consists [1] 5/9
constantly [1] 59/24
constitute [1] 36/12
constituted [1] 34/20
Constitution [2] 2/5
77/5
construed [1] 29/11
contact [3] 54/20 70/18
74/16
context [2] 31/23 34/19
continue [4] 56/7 60/6
64/16 74/8
continued [2] 2/1
33/11
continues [1] 50/4
continuing [1] 38/5
continuum [1] 57/13
contradict [1] 71/7
contradicted [3] 20/2
29/6 42/7
contradiction [1] 28/7
contradictory [1] 41/3
contradicts [1] 19/24
contrary [3] 6/9 51/2

**C**

contrary... [1] 53/9
contribute [2] 9/8
72/11
contributed [1] 38/25
contributing [1] 50/9
contributions [1]
64/24
control [1] 65/17
controlled [1] 75/25
conveniently [1] 31/2
conversation [1] 27/22
conversion [1] 7/19
convict [1] 78/8
convicted [2] 38/17
56/18
conviction [4] 10/20
36/6 36/7 78/9
convictions [2] 58/19
77/22
convince [3] 22/22
50/25 53/7
corners [1] 72/18
correct [4] 12/12 13/3
61/1 82/3
corrected [1] 6/19
corridor [9] 20/17
23/10 33/9 33/16 42/24
67/12 67/13 67/20
68/21
corroborated [1] 29/9
cost [3] 8/8 78/3 78/5
couch [2] 14/10 30/6
could [26] 4/25 18/3
23/2 23/15 23/18 29/11
30/2 30/19 33/23 34/1
34/2 36/3 37/24 39/23
42/20 48/17 49/10
49/15 49/25 55/8 59/8
60/6 61/3 65/23 68/5
69/11
couldn't [2] 42/22
49/16
counsel [4] 37/23 47/8
78/6 78/7
count [13] 35/1 35/11
35/13 35/19 35/23 36/3
37/2 37/4 37/4 37/5
37/6 37/9 58/7
Count 1 [4] 35/1 35/11
37/4 37/5
Count 2 [2] 35/13
35/19
Count 5 [4] 35/23 37/2
37/6 37/9
country [1] 72/17
counts [11] 29/15
35/20 36/23 37/8 75/7
75/8 75/12 79/11 79/12
80/5 80/8
Counts 1 [4] 37/8 75/7
75/12 80/8
Counts 1,2 [1] 79/11
Counts 3 [1] 79/12
County [1] 62/15
couple [5] 19/12 20/7
42/17 45/15 47/11
course [9] 9/18 25/22

44/8 65/25 69/18
court [87]
Court's [5] 11/10 17/19
47/21 75/4 80/1
court-appointed [1]
78/6
courthouse [1] 46/25
courts [1] 73/11
cover [1] 3/20
covered [1] 55/24
CR [1] 1/4
credibility [1] 71/1
credible [4] 10/18 26/8
34/16 38/23
credulity [1] 67/10
crime [1] 75/24
criminal [7] 3/6 9/25
10/1 10/1 10/10 30/3
37/1
cross [1] 21/11
cross-examination [1]
21/11
crossing [1] 23/21
crowd [8] 24/5 38/10
38/19 41/18 42/4 65/17
66/2 68/2
CRR [2] 82/2 82/8
current [1] 39/20
custody [2] 59/17 75/6

**D**

D.C [9] 1/5 1/14 1/19
2/6 14/24 15/7 30/9
70/8 77/6
D.C. [1] 77/23
D.C. Circuit [1] 77/23
damage [4] 5/15 5/19
9/9 9/10
dangerous [1] 10/22
dare [3] 68/18 73/19
74/1
date [2] 61/4 82/7
dated [1] 56/14
day [27] 7/10 9/17
13/20 31/2 39/1 43/4
44/4 44/11 44/17 45/14
47/6 49/13 50/6 54/5
57/16 64/18 67/9 68/18
68/19 70/2 70/11 70/11
70/21 71/19 72/24
73/18 73/24
days [10] 9/15 44/1
57/11 57/11 57/12 70/9
77/7 77/25 78/1 78/23
deal [1] 72/11
dealt [1] 61/9
death [2] 10/19 38/22
decision [3] 22/1 32/25
47/21
decline [1] 9/1
declined [1] 73/25
decrease [2] 9/24 46/4
defendant [15] 1/7
1/17 3/11 3/25 11/8
11/10 11/11 12/13 19/1
31/13 31/20 36/9 38/22
64/5 64/15

5/11 18/9 18/19 36/6
36/7 38/3 40/21 45/2
defense [6] 3/9 4/22
43/3 50/18 53/6 64/9
defense's [1] 4/2
defensive [1] 29/7
defer [4] 9/15 16/11
61/5 79/21
deferring [1] 17/3
defies [3] 67/9 67/10
69/7
degree [1] 62/19
delays [1] 25/25
delete [7] 14/5 14/19
15/1 29/24 30/12 30/20
31/4
deleted [11] 13/24 14/2
15/15 17/15 27/13 28/1
30/11 30/15 70/8 72/2
72/4
deletes [1] 31/3
deleting [2] 17/2 44/2
deletion [5] 13/19
13/21 27/11 29/17
36/15
delved [1] 56/10
deny [4] 30/11 30/14
30/15 59/14
department [1] 62/4
deprivation [1] 8/8
deprived [1] 8/5
describes [2] 43/1
46/16
description [1] 66/25
despite [1] 38/5
destruction [1] 55/6
detail [2] 46/16 46/17
detector [3] 5/10 43/1
69/2
detention [1] 57/20
deter [2] 44/21 65/18
determinant [1] 16/14
determination [4]
12/22 32/1 61/12 79/20
determined [2] 6/2
6/25
determines [1] 76/9
deterred [1] 74/6
deterrence [5] 40/10
43/15 47/2 55/25 64/8
development [1] 64/21
device [1] 24/24
devices [1] 24/24
devising [1] 72/19
diagnosed [1] 46/7
did [43] 4/19 5/23 6/7
6/16 7/5 7/7 7/25 8/21
10/8 10/19 10/20
10/21 14/5 14/5 16/1
23/6 23/25 30/12 31/4
33/24 38/19 38/21
38/22 39/1 44/10 47/6
48/3 48/22 49/5 49/12
50/8 50/12 55/18 55/19
55/22 57/15 64/18
65/17 70/14 73/23
74/15 74/19 76/16

didn't [29] 5/18 14/19
21/6 21/12 23/23 23/24
30/20 42/2 43/3 43/5
44/25 45/19 49/13
49/21 52/1 52/24 67/3
67/18 67/22 68/7 68/9
69/17 69/17 69/19
70/17 70/17 70/19
70/20 72/24
died [1] 63/4
difference [1] 37/10
different [6] 11/2 11/24
27/4 32/7 52/22 59/9
differs [1] 48/3
difficult [2] 41/22 43/6
difficulty [1] 46/12
digress [1] 59/7
directed [2] 28/8 76/4
directives [2] 40/19
43/5
directly [4] 9/8 19/24
40/10 43/5
directs [1] 30/6
disagree [1] 48/20
disallow [1] 10/13
disappointing [2] 72/9
74/2
disciplined [1] 54/16
discourage [1] 59/5
discovery [4] 23/9
34/11 52/16 53/18
discretionary [1] 75/17
discuss [2] 9/21 44/25
discussed [1] 20/8
discussing [1] 46/10
discussion [1] 40/16
disobey [1] 43/5
disorderly [1] 35/13
disparities [3] 56/9
64/12 74/12
display [1] 70/24
disproves [2] 23/1
23/22
dispute [2] 35/2 35/14
disqualifying [1] 39/2
disrespect [3] 43/4
55/6 71/10
disruptive [2] 35/13
38/6
distribution [1] 75/1
district [9] 1/1 1/1 1/10
72/24 77/5 77/13 77/16
81/2 81/3
division [1] 50/9
divorced [1] 74/22
DNA [1] 76/3
do [50] 4/7 6/12 10/12
11/17 12/22 13/18
14/13 15/24 16/21 17/2
18/17 25/12 26/13
29/16 31/8 31/9 34/20
34/21 36/11 36/12
36/14 40/2 43/9 46/1
49/5 49/10 51/14 51/15
52/15 53/3 53/21 58/14
58/17 59/14 60/1 60/8
60/14 60/25 61/1 68/25

do/24 72/24 73/15
73/15 73/25 76/8 77/22
78/23 78/23 79/9
Do you know [1] 52/15
documentation [1]
6/11
documents [1] 45/25
does [14] 8/16 9/8 10/3
11/1 30/11 13/18 36/15
37/2 37/25 38/11 50/17
55/17 70/14 72/11
doesn't [11] 7/1 15/25
18/1 27/24 30/14 30/14
30/15 45/4 69/13 70/1
73/8
doing [15] 3/21 14/22
25/21 29/3 29/10 30/1
30/7 44/16 48/10 48/15
51/20 56/4 69/22 69/23
74/9
dollars [1] 35/25
Dominic [1] 49/17
don't [54] 6/13 7/25
8/24 11/18 14/7 16/3
16/13 17/11 17/14
17/21 26/4 26/20 34/11
35/22 38/19 39/2 39/7
43/7 43/10 43/10 46/5
46/8 47/17 48/2 48/6
48/13 48/20 50/17
51/22 52/18 52/23
53/22 54/19 55/11
58/24 60/10 61/24 65/6
65/21 68/12 68/18
68/23 69/1 70/19 71/22
71/22 72/3 74/5 74/6
76/10 76/13 76/25
78/19 81/1
done [8] 5/15 9/16
11/20 50/25 51/1 60/5
61/11 74/21
door [9] 24/7 24/8
42/19 49/21 66/15
66/18 67/3 67/5 67/21
doors [5] 22/14 23/20
28/6 33/10 68/20
double [1] 14/11
doubt [1] 55/18
down [14] 14/20 15/10
17/24 18/2 27/10 30/21
30/23 33/9 59/4 67/20
67/21 68/10 69/3 70/6
dressed [1] 58/23
drive [1] 40/3
drove [1] 64/17
drug [1] 76/1
drug-testing [1] 76/1
due [2] 9/18 79/3
dumbfounded [1] 74/2
dumbstruck [1] 49/9
Dunnigan [2] 18/24
31/19
during [17] 8/8 16/6
16/18 34/13 36/18
40/16 40/18 45/16
45/17 45/19 49/4 55/12
61/11 61/12 65/22 69/8
70/10

**E**

each [3] 40/14 74/22 75/11
ear [2] 45/3 45/18
earlier [4] 24/20 30/17 32/2 59/19
early [1] 62/10
education [2] 62/14 62/22
educational [1] 64/10
educational/vocational [1] 64/10
effort [5] 26/15 26/17 36/17 44/18 67/23
eight [3] 57/4 58/9 75/7
eighth [1] 15/8
either [4] 26/8 35/21 43/16 46/6
elected [3] 70/24 73/15 73/15
election [2] 71/19 73/5
elements [1] 8/22
eligible [1] 9/23
else [6] 4/19 14/25 20/6 42/3 68/8 79/1
email [3] 1/15 1/20 13/7
emojis [9] 14/8 14/14 15/2 15/3 15/11 15/12 17/12 30/9 30/13
emphasize [1] 55/4
emphatic [1] 23/5
employee [1] 62/13
employment [1] 61/15
end [4] 15/14 39/20 57/17 57/22
ended [3] 20/17 65/18 65/18
ending [1] 68/21
ends [1] 37/13
enforcement [5] 43/4 62/1 62/5 62/7 73/17
engaged [1] 38/9
engaging [1] 44/22
enhancement [11] 4/4 13/11 13/14 13/15 13/19 20/14 29/17 34/23 35/17 36/2 46/10
enough [5] 14/21 66/11 66/12 67/11 67/24
ensure [1] 73/12
entails [1] 37/2
enter [2] 40/23 66/16
entered [4] 22/15 34/7 66/17 78/9
entering [4] 8/17 20/18 35/1 41/11
entirely [1] 17/13
entry [4] 26/4 28/5 67/14 78/1
entryway [1] 38/8
episode [1] 34/5
equally [1] 22/13
equation [1] 16/17
especially [1] 45/11
essence [1] 73/20
essentially [1] 20/19
establish [2] 9/7
75/20
estate [4] 54/17 54/21 55/24 64/21
estimate [1] 8/9
ethic [1] 54/15
even [20] 8/21 8/22 10/23 13/3 30/25 40/25 41/1 43/20 48/7 48/23 50/11 53/8 56/4 60/13 63/4 63/6 64/25 67/22 72/3 72/5
evening [1] 7/9
event [9] 21/16 22/2 31/18 32/17 32/25 38/3 42/7 50/19 76/17
eventful [1] 15/8
events [3] 40/2 50/5 67/8
eventually [1] 33/18
ever [2] 16/1 33/7
every [7] 44/8 49/3 49/4 50/24 56/2 73/18 73/22
everybody [1] 68/8
everyone [6] 3/4 3/13 39/8 39/12 68/6 80/24
everyone's [1] 51/4
everything [4] 25/7 60/5 71/5 71/7
evidence [28] 5/25 9/1 13/22 17/15 18/12 19/8 19/24 20/3 23/12 24/15 27/1 29/19 29/21 31/4 31/10 33/3 33/4 34/1 34/21 41/1 41/3 44/3 50/24 51/2 51/5 51/16 69/21 71/7
evince [1] 43/4
exact [2] 28/17 51/14
exactly [8] 26/1 26/8 26/24 30/1 50/12 51/16 53/4 66/8
examination [1] 21/11
example [1] 29/5
examples [2] 24/2 42/16
exclamation [1] 14/12
excuse [4] 9/25 22/16 37/4 78/8
execute [1] 77/11
exhibit [7] 14/25 15/15 23/19 25/5 30/17 41/6 41/7
exhibits [5] 4/14 13/22 16/12 16/19 52/12
exit [10] 20/21 21/1 23/22 23/24 24/14 26/4 28/6 28/13 32/11 33/2
exited [2] 22/4 33/2 33/7
exiting [2] 21/5 22/24
exits [2] 22/19 22/19
expect [1] 71/23
expectations [1] 75/20
experience [1] 53/6
expiration [1] 79/18
explain [2] 25/25 26/9
explained [1] 26/3
explaining [1] 33/22
explanation [3] 23/23 27/12 27/24
extent [10] 9/7 16/13 17/11 17/16 17/21 17/21 17/25 38/18 45/11 51/22
extinguisher [9] 20/16 21/2 21/5 21/12 21/24 22/7 32/10 34/5 67/17
extra [2] 47/22 47/22
eye [1] 45/3
eyes [1] 62/12
Ezell [1] 15/8

**F**

fabrications [1] 43/14
face [2] 24/11 43/6
faces [1] 48/8
facility [2] 80/25 81/1
facing [1] 71/11
fact [30] 6/1 6/8 7/15 7/25 8/20 9/8 15/23 15/25 20/4 22/9 23/6 25/7 26/4 26/18 30/12 30/16 49/17 52/3 53/23 54/4 54/9 55/4 55/7 55/11 55/20 55/22 56/5 57/15 71/25 74/7
factors [12] 10/12 10/15 11/9 12/14 39/3 40/9 54/1 58/16 58/18 63/24 64/3 75/3
facts [6] 6/8 28/7 31/24 57/14 58/18 74/22
factual [1] 47/15
failed [1] 59/18
failure [3] 40/12 43/15 43/21
fair [3] 14/21 54/8 67/24
fairly [1] 29/25
fall [1] 53/14
false [1] 19/1 19/2 20/4 28/16 31/9 31/12 31/20 31/21 34/20 36/10 40/15
familiar [3] 17/23 25/23 39/25
family [4] 54/16 59/21 64/20 64/24
fantastic [1] 71/3
far [12] 5/25 16/11 18/2 25/21 51/24 56/15 56/21 57/18 59/22 60/2 60/3 68/24
father [2] 59/19 72/12
fault [1] 34/10
faulty [3] 19/3 31/15 31/23
FBI [2] 15/10 30/23
fear [2] 44/10 73/16
fearful [1] 29/2
fearing [1] 65/2
February [1] 78/22
federal [2] 49/10 62/12
feel [1] 59/25
feels [3] 55/3 57/21 61/6
feet [1] 42/19
feigning [1] 44/3
few [6] 17/23 28/25 40/2 40/15 42/8 63/13
fighting [1] 43/8
figure [1] 67/18
file [2] 78/4 80/22
filed [1] 77/25
filing [1] 78/1
film [1] 51/8
filmed [3] 51/7 65/24 65/25
filming [2] 51/9 65/13
final [4] 11/19 22/1 32/25 59/23
finally [1] 68/25
financial [6] 10/21 76/21 76/22 76/23 77/3 77/9
find [12] 5/23 6/20 20/7 20/9 21/20 23/14 31/8 32/21 34/20 69/2 76/6 78/19
finding [3] 23/16 28/13 31/10
findings [3] 18/25 29/14 31/19
finds [2] 12/13 76/25
fine [5] 12/3 13/7 37/19 77/1 77/1
fire [9] 20/16 21/2 21/5 21/12 21/24 22/7 34/5 62/4 67/17
firearm [1] 10/22
first [6] 9/22 17/6 39/14 40/5 40/24 41/3 41/8 41/12 45/16 50/16 56/17 58/13 66/16 67/12 68/20 72/21
five [7] 22/5 32/6 34/4 39/7 57/1 57/10 58/3
flag [1] 66/15
fleshed [1] 38/13
floating [1] 21/7
focus [1] 17/6
focused [2] 23/13
folks [2] 46/13 63/13
follow [2] 10/14 60/12
follower [1] 57/16
following [8] 25/14 25/17 25/20 55/9 56/1 60/15 73/7 75/16
follows [2] 60/15 75/4
foregoing [1] 82/3
forgiveness [1] 50/13
forming [1] 42/13
forth [5] 62/8 63/1 63/24 64/1 78/11
forward [1] 11/17 20/25 27/12 41/21 67/16 68/8
found [2] 47/20 56/22
four [11] 20/15 22/5 32/6 34/4 56/13 57/10
frankly [1] 9/4 10/7
frequently [1] 34/3
friend [7] 15/9 30/4 30/7 30/12 30/16 30/25 70/7
friends [2] 13/23 62/6
front [5] 38/9 41/13 64/16 68/2 72/12
fucking [2] 15/2 15/9
full [3] 8/18 70/24 77/9
fun [2] 28/11 43/25 69/25 70/3
further [2] 55/21 75/10
future [1] 44/23

**G**

Gadsden [1] 66/15
gallery [2] 67/14 68/22
garb [1] 58/24
gas [1] 41/16
gassing [2] 41/15 65/14
gave [6] 4/17 19/1 19/20 34/6 59/4 74/13
Gavito [2] 2/2 3/10 79/9
general [2] 18/23 42/5
generally [4] 11/16 40/12 40/22 42/6
gentlemen [1] 58/23
George [1] 58/24
get [28] 11/20 13/7 13/8 14/6 14/16 15/17 16/1 16/2 17/24 22/22 23/11 28/23 30/13 34/13 41/25 41/25 49/5 51/20 51/23 65/6 66/20 67/1 67/2 68/9 71/13 71/22 71/24 78/14 79/9
gets [6] 9/16 50/20 50/20 50/20 51/13 79/14
getting [9] 26/6 41/24 42/3 47/13 48/8 63/6 65/18 65/20 70/6
give [10] 19/12 28/18 28/23 39/7 45/9 56/25 59/8 59/11 59/12 63/13
given [14] 6/7 6/8 11/7 23/4 25/24 34/18 54/5 57/14 57/14 57/15 61/3 61/15 66/6 78/18
gives [1] 78/22
giving [1] 70/5
glad [2] 15/10 30/22
glass [2] 67/1 67/2
glib [1] 44/2
gmail.com [1] 1/20
go [19] 3/21 8/10 15/4 20/11 26/12 28/15 29/4 29/14 30/18 40/1 40/14 45/6 49/3 49/4 49/15 49/16 49/20 57/6 69/1
go ahead [3] 8/10 20/11 29/14
God [1] 65/2

**G**

God-fearing [1] 65/2
goes [4] 24/11 40/10
50/3 51/24
going [36] 10/14 11/13
11/19 11/22 12/14
21/25 24/12 25/8 25/22
26/1 26/2 26/24 36/2
36/14 36/19 40/14 41/4
46/21 47/5 51/24 54/6
54/20 54/24 54/25
54/25 63/14 66/1 66/4
66/8 67/4 70/25 71/14
72/18 74/7 79/21 79/23
gone [2] 4/17 21/12
good [7] 3/5 3/13 3/14
15/13 17/20 54/18 81/7
goodness [2] 48/12
54/1
got [25] 7/23 9/15
10/17 13/8 14/11 17/2
19/7 23/9 28/22 52/7
52/16 53/18 59/3 66/15
67/13 67/25 71/1 71/4
71/5 71/8 71/21 71/24
72/20 74/14 74/18
gotten [2] 17/5 48/23
government [37] 1/13
3/8 4/3 4/20 5/8 6/12
11/1 11/4 11/6 11/11
11/13 12/3 15/19 16/1
18/15 35/23 36/11
36/16 36/21 37/25
39/16 45/4 47/14 47/22
50/4 52/11 55/16 56/9
56/15 60/24 60/24 62/7
62/9 62/17 62/25 63/1
78/2
government's [10]
4/12 7/24 14/25 23/19
34/13 40/3 41/2 41/5
41/6 47/11
Government's Exhibit
509 [1] 14/25
grade [1] 15/8
graduate [1] 55/23
graduated [1] 62/18
grant [2] 9/1 31/6
gravity [2] 46/22 73/24
great [4] 14/23 30/7
64/24 72/11
greater [4] 48/14 57/2
57/2 63/25
grew [2] 61/25 62/6
grounding [1] 72/8
grounds [3] 29/16 35/2
35/5
group [4] 36/23 37/2
37/8 38/8
grouping [1] 37/13
growing [2] 62/9 62/25
guess [5] 10/5 17/9
51/15 60/20 65/11
guidance [1] 59/12
Guideline [6] 11/23
12/10 12/10 35/3 35/15
35/24
Guidelines [13] 4/6 4/7
36/5 37/16 37/21 39/17
39/20 63/21 63/23
Guidelines Range [3]
37/16 39/17 39/20
guilt [1] 77/23
guilty [2] 5/24 56/22
guy [1] 43/12

**H**

ha [5] 14/15 14/15
14/15 14/21 14/21
had [48] 6/1 8/11 9/3
9/6 9/13 20/24 20/25
21/12 23/7 25/12 26/2
32/4 33/10 34/4 34/10
34/14 34/14 39/17 41/9
41/19 42/18 44/8 44/12
45/22 48/23 49/21
49/25 52/10 52/17
52/18 53/14 53/22
53/24 54/5 54/12 56/5
59/14 60/14 62/4 62/11
63/1 65/16 67/4 67/21
70/4 70/15 70/23 74/16
hadn't [2] 17/5 70/8
half [1] 37/10
hallway [3] 33/9 33/16
44/14
hand [1] 43/1
hands [1] 48/12
Hang [3] 16/25 27/9
28/22
hanging [2] 51/12
67/24
happen [3] 49/13 51/15
54/20
happened [7] 6/21
23/4 33/5 44/7 48/13
53/4 70/20
happening [3] 45/13
46/16 46/17
happens [2] 18/3 53/2
happy [2] 10/4 59/10
hard [2] 11/13 54/14
harder [1] 8/7
hardship [1] 10/21
harm [5] 37/3 38/18
46/23 69/17 73/16
harmful [1] 44/24
has [53] 3/25 4/4 5/1
5/3 5/8 6/12 9/22 9/25
9/25 10/1 10/1 10/9
13/12 13/13 13/15
18/14 24/22 25/5 25/6
38/15 44/1 47/5 47/20
48/1 49/1 49/3 49/4
50/10 50/11 53/3 54/3
55/3 55/16 55/25 56/1
56/5 56/24 58/8 58/8
58/9 58/9 59/21 59/23
59/25 60/1 60/13 61/7
61/23 65/3 70/15 72/7
74/20 80/21
hasn't [3] 38/13 38/17
79/20
hat [1] 36/11
hate [2] 63/5 63/6
have [104]
haven't [1] 51/1
having [7] 16/21 30/11
30/15 33/20 42/14
46/12 70/3
he [233]
he didn't [5] 5/18
30/20 43/5 52/1 52/24
He has [1] 44/1
He knows [1] 43/13
he said [7] 32/9 33/12
43/24 45/16 49/8 49/8
49/20
he tweets [1] 43/25
he wasn't [1] 24/4
he's [22] 10/17 13/24
21/18 22/17 22/21 24/3
24/23 43/13 44/2 44/3
46/12 49/17 50/7 50/12
51/9 54/13 54/17 54/25
60/4 60/13 60/15 61/7
head [4] 19/14 26/24
52/13 70/11
hear [7] 4/9 10/4 14/23
30/7 39/14 63/3 72/13
heard [5] 4/10 18/6
42/1 42/2 42/3
hearing [16] 16/22
16/24 24/10 24/21
24/22 24/23 24/24
24/24 25/12 45/17 46/3
46/5 46/13 58/13 63/6
73/6
Heidi [2] 2/2 3/10
held [1] 8/23
hell [1] 70/5
help [1] 48/24
helped [3] 62/13 62/22
62/22
helpful [1] 74/23
helpfully [1] 74/20
here [25] 3/15 8/19
19/9 20/24 21/4 21/19
24/25 32/20 34/24 39/3
40/1 41/17 42/10 47/1
49/13 50/13 59/19
64/19 65/23 70/20
71/13 71/23 72/5 73/21
76/13
hey [4] 26/12 29/3
70/19 71/15
high [2] 39/20 40/3
higher [1] 62/14
highest [3] 37/4 37/5
56/24
highly [1] 21/13
him [33] 4/1 10/15 14/2
15/1 23/21 24/5 25/15
26/16 28/12 30/3 31/5
33/21 40/20 41/24 42/1
42/2 45/13 44/15 46/16
46/18 48/10 51/16
52/21 53/21 59/14
59/16 59/17 59/19 60/6
60/8 60/18 60/21 74/13
himself [2] 29/6 42/2
his [87]
history [9] 42/20 48/9
10/2 10/10 55/23 64/4
64/14 65/6 65/9
hold [3] 13/4 36/14
51/11
holding [2] 25/15
25/16
home [3] 57/20 63/4
77/20
honor [75] 3/5 3/17
3/18 4/21 4/22 5/24 5/12
5/21 6/19 7/9 7/13 8/4
8/12 10/6 10/25 11/3
12/1 12/2 12/7 12/12
12/17 12/20 13/9 15/19
16/5 17/14 17/8 17/16
17/20 18/8 18/14 19/11
20/7 23/17 24/1 24/13
24/18 26/10 26/19 28/2
28/3 28/15 37/24 39/15
39/16 39/21 39/24
39/25 41/2 41/4 41/8
42/17 42/23 44/25 46/9
46/19 46/23 47/7 47/10
50/15 53/25 57/7 57/25
59/3 59/8 60/16 61/16
61/21 62/5 62/11 62/16
79/2 79/10 80/20 80/25
Honor's [2] 8/6 39/18
HONORABLE [3] 1/10
3/3 63/18
hope [3] 14/22 30/7
59/15
hopefully [1] 9/16
horrifying [1] 14/11
hour [2] 27/24 72/2
hours [3] 17/25 27/13
72/5
House [10] 22/16
22/17 28/6 33/17 38/7
44/15 68/1 68/11 68/22
71/17
household [1] 61/25
how [11] 3/21 23/4
34/3 38/14 44/20 44/21
48/25 49/25 66/9 74/25
79/9
however [3] 13/18
35/18 55/4
huge [2] 61/25 62/16
human [1] 69/11
humbly [1] 59/13
hundreds [1] 47/23
hung [2] 36/10 43/10
hunting [2] 15/11
30/23
hurt [2] 63/4 63/6
hustling [1] 66/14
Hutton [2] 1/13 3/8

**I**

I also [1] 4/6
I am [4] 23/13 24/10
36/2 59/25
I apologize [2] 26/7
80/17
I assume [1] 38/15
I believe [6] 21/4 24/2
I can [6] 8/25 13/24
39/24 56/25 58/20
58/21
I can't [2] 7/21 58/18
I cannot [1] 11/17
59/11
I dare [1] 73/19
I did [1] 7/5
I didn't [1] 72/24
I didn't know [2] 21/6
21/12
I don't [24] 6/13 8/24
11/18 16/13 17/11
17/21 26/20 34/11 46/5
47/17 48/2 48/13 48/20
50/17 52/18 53/22
55/11 60/10 65/21
68/12 68/23 71/22 72/3
74/6
I don't recall [1] 26/4
I gave [2] 4/17 74/13
I guess [4] 10/5 17/9
51/15 60/20
I have [8] 9/4 9/13 9/21
14/17 15/5 54/20 62/6
62/24
I just [10] 4/2 18/8
19/16 28/13 38/19 39/2
40/16 54/10 60/14
79/24
I know [4] 11/9 11/10
46/20 68/24
I mean [23] 18/24
22/12 22/21 23/13 33/4
38/24 43/7 48/21 49/7
49/12 49/20 49/23
51/17 52/20 53/25
64/19 66/1 69/1 69/12
70/1 70/2 71/10 72/22
I say [1] 6/16
I should [5] 4/19 56/10
56/20 59/18 64/10
I think [69] 6/14 7/14
7/17 8/8 9/4 12/5 12/20
15/22 16/6 19/24 20/2
20/15 21/10 23/24 24/1
24/13 25/6 25/23 26/20
28/5 28/6 29/5 29/18
29/22 29/25 31/4 36/13
36/13 37/19 38/2 40/3
40/9 40/11 41/9 43/6
43/12 43/14 43/20
44/19 45/6 45/9 45/10
46/14 46/21 46/24 47/1
47/14 47/21 47/24
47/25 50/16 51/4 51/22
52/9 52/10 54/2 55/2
55/14 55/24 57/13
61/20 66/15 76/15 79/8
80/11
I transferred [1] 62/19
I understand [7] 26/25
48/11 50/15 51/21
52/14 58/2 73/6
I want [8] 4/6 11/20
11/21 12/11 19/9 40/5

**I**

I want... [2]  58/1 63/9
I wanted [2]  9/21 28/15
I was [10]  20/23 20/23
21/6 30/6 59/12 62/10
70/25 72/24 73/1 73/2
I wasn't [1]  14/23
I went [1]  56/14
I will [8]  9/1 9/3 27/15
56/17 78/14 78/17
78/17 80/21
I worked [3]  62/11
62/21 62/21
I'd [5]  45/16 46/9 46/10
57/16 73/4
I'll [23]  3/22 3/23 9/15
9/16 10/5 16/11 17/7
17/8 39/14 39/24 44/8
46/19 46/19 48/4 54/17
55/7 57/6 57/25 58/5
63/14 66/20 78/21
79/17
I'm [55]  6/16 8/10 8/10
9/4 10/4 10/14 11/22
11/24 13/16 15/10 17/3
17/4 17/19 17/23 18/11
19/8 19/20 21/14 28/18
30/22 31/10 32/9 32/15
35/21 36/4 36/14 36/19
37/20 40/14 41/4 46/21
49/9 49/9 51/18 51/19
52/24 53/12 53/17
53/23 57/3 58/1 58/13
58/15 59/18 60/12
63/14 64/16 65/3 72/13
72/16 73/3 79/6 79/19
79/21 80/3
I'm going [3]  10/14
63/14 79/21
I'm just [4]  36/4 49/9
64/16 65/3
I'm not [11]  11/22
11/24 17/23 19/8 36/14
36/19 40/14 46/21
51/19 58/15 72/16
I'm not sure [1]  35/21
I'm sorry [13]  6/16
8/10 17/19 28/18 32/9
37/20 57/3 58/1 59/18
72/13 79/6 79/19 80/3
I'm sure [1]  60/12
I've [16]  3/23 4/16 4/17
5/13 9/15 36/10 62/4
62/8 62/25 66/4 68/16
68/17 68/19 74/10
74/24 79/23
idea [3]  27/25 42/18
62/14
identify [1]  18/22
ignorance [1]  44/3
illegal [1]  50/10
imagine [1]  41/23
immediate [2]  32/4
34/14
immediately [3]  28/10
42/8 77/4
impact [3]  11/19 43/17
70/15

impacts [1]  70/6
impeding [1]  35/15
implausible [1]  71/6
importantly [3]  22/13
22/14 31/5
impose [2]  43/18 63/25
imposed [4]  39/19 64/6
75/19 78/10
imposing [1]  47/1
imposition [1]  77/1
impractical [1]  45/12
inaccurate [2]  31/14
31/16
inappropriately [1]
48/7
incarcerated [1]  78/25
incarceration [5]  45/12
57/3 57/4 57/5 57/21
incident [4]  20/16
23/10 26/23 32/10
inclined [1]  39/22
include [1]  75/22
included [2]  36/1 60/7
includes [1]  77/12
including [2]  33/20
41/15
inconsistency [2]  6/24
23/1
incorrectly [1]  18/11
incredible [2]  34/9
71/6
incredibleness [1]
24/3
incredibly [1]  47/4
incredulous [1]  24/10
independent [1]  31/6
independently [1]
15/20
indicate [2]  7/8 56/20
indicated [4]  25/3 26/6
55/16 65/14
indicates [3]  6/11 25/5
28/12
indicating [5]  13/24
19/22 21/16 32/17 34/4
indication [7]  26/14
34/7 41/9 41/23 47/16
56/3 60/10
indications [1]  40/23
individual [1]  9/8
indulgence [2]  17/19
80/1
infection [1]  45/19
influence [1]  31/25
information [5]  6/10
31/24 76/22 76/23
76/24
inhibiting [1]  46/15
injury [3]  10/20 38/22
73/16
innocent [1]  34/2
inside [8]  26/17 30/2
42/21 67/4 69/5 69/6
69/8 72/5
Insofar [1]  78/21
Instagram [14]  13/21
15/16 17/22 18/4 27/14
27/16 28/10 29/18

70/8 72/3
instance [1]  14/24
instances [1]  41/8
instant [1]  36/6
instead [4]  33/15 46/16
67/19 68/7
institution [1]  78/15
institutions [1]  73/14
intended [2]  24/14
29/19
intent [10]  15/24 19/2
23/5 29/23 31/21 32/4
32/4 34/5 34/14 34/15
interaction [1]  74/15
interest [2]  76/10
76/11
interests [1]  78/24
interior [1]  23/20
internationally [1]  60/7
interview [2]  45/16
45/22
interviewers [1]  52/20
interviews [1]  52/10
52/22 52/25
investigation [9]  3/25
4/11 5/2 15/23 29/20
29/24 30/3 75/19 77/11
invitation [1]  49/20
65/21 66/9
invited [3]  49/15 49/23
72/25
invites [1]  30/16
invoice [1]  7/7
involve [1]  10/22 36/23
involved [1]  59/22
involvement [2]  48/3
48/14 54/13
involves [1]  38/18
is [188]
is 2 [1]  36/22
Isaac [1]  58/21
isn't [5]  16/18 17/13
19/4 33/22 43/12
issue [16]  4/6 6/4 9/5
9/19 9/20 11/4 11/7
11/12 11/15 12/2 13/13
26/3 30/14 31/25 79/22
79/25
issues [10]  9/21 24/21
24/22 25/12 45/19 46/2
46/7 46/8 46/15 60/13
it [150]
It had [1]  53/14
It would be [1]  71/6
it's [48]  5/12 6/23 7/14
8/7 11/19 12/11 14/8
15/24 18/11 18/12 19/8
21/25 25/4 25/16 26/10
26/25 29/25 33/3 34/15
37/17 41/22 43/14
46/20 46/21 49/11
51/25 52/21 53/5 62/12
62/21 66/1 66/5 66/17
68/24 69/6 69/23 71/16
72/9 74/1 74/1 74/21
74/21 74/22 76/13
76/14 79/8 79/19 79/19

items [1]  59/4
its [3]  12/9 24/10 39/16
itself [2]  25/7 26/23

**J**

jacket [1]  26/17
January [23]  9/9 13/21
14/4 15/16 27/16 27/18
27/19 27/22 27/23 30/2
30/25 40/7 44/1 44/7
46/22 61/2 63/3 63/5
65/8 65/10 70/9 72/5
82/7
January 6th [11]  9/9
27/23 40/7 44/1 44/7
46/22 63/3 63/5 65/8
65/10 72/5
jesting [1]  17/10
job [1]  51/20
John [3]  1/17 1/18 3/9
johnlmachado [1]  1/20
join [1]  44/10
joke [1]  43/1
joking [2]  17/14 30/5
Joseph [1]  1/13
joseph.hutton.marshal
l [1]  1/16
journey [2]  69/8 70/13
judge [3]  1/10 58/23
71/14
Judge Lamberth [1]
58/23
judgment [7]  54/5
55/15 75/5 78/1 78/12
78/15 81/5
June [1]  53/15
jurisdiction [4]  60/4
77/15 77/17 77/20
just [128]
justice [4]  12/23 16/15
26/21 31/17
justifies [1]  34/22

**K**

Karim [1]  15/13
keep [1]  68/6
Keeper [1]  9/6
kept [1]  41/21
key [1]  8/19
kick [1]  67/3
kicked [3]  10/7 12/10
42/19
kind [5]  24/7 44/2 48/9
49/14 75/2
kinds [1]  64/11
knapsack [1]  25/16
knew [7]  20/19 22/7
29/25 41/23 50/8 70/25
72/4
know [104]
knowing [1]  24/7
knowingly [1]  44/12
knowledge [2]  25/7
38/4
known [1]  52/19
knows [2]  42/4 43/13

lack [4]  40/6 51/23
71/10 71/11
lacking [1]  73/21
lacks [1]  74/3
Lamberth [1]  58/23
language [2]  28/17
29/2
lapse [2]  54/5 55/14
large [1]  46/2
larger [2]  9/11 38/19
last [1]  10/23
later [7]  21/23 32/14
32/24 44/6 56/10 66/18
70/9
laughable [1]  49/6
law [17]  1/18 18/22
29/23 40/11 43/4 43/9
44/21 47/3 49/10 62/1
62/5 62/7 62/12 64/7
65/3 73/17 73/21
laws [1]  73/11
lawyer [2]  69/16 71/25
lead [2]  10/5 31/5
leader [1]  57/16
leading [3]  25/13 25/17
25/21
least [12]  7/17 7/18 8/5
8/25 9/19 13/23 16/23
38/2 38/10 41/19 67/6
68/23
leave [12]  21/20 23/5
28/9 28/13 32/5 32/21
34/5 34/15 67/23 68/25
69/1 69/5
leaves [2]  22/18 74/2
leaving [2]  22/24 60/4
led [3]  22/2 32/25
68/11
left [9]  6/7 20/25 28/9
32/11 33/8 34/7 40/19
42/23 43/24
legal [1]  79/22
legislative [1]  44/16
lend [1]  25/7
lenses [1]  53/4
less [2]  20/15 32/6
lesser [1]  62/23
let [17]  3/20 5/6 13/12
15/6 18/17 19/23 20/7
20/11 20/12 24/5 26/12
27/10 29/14 42/10
64/13 64/14 75/1
let's [10]  13/4 13/5
13/10 15/14 15/7 21/20
30/18 32/21 39/5 72/4
letter [7]  21/20 24/20
25/4 25/4 45/5 46/1
46/3
letters [3]  4/16 54/11
64/23
level [24]  8/24 9/24
12/14 12/24 12/25
17/14 26/20 27/2 35/4
35/8 35/11 35/16 35/19
35/24 36/20 36/22 37/5
37/9 37/11 37/12 37/12
37/13 37/15 61/9

**L**

**levels [3]** 35/6 35/9 37/9
**license [2]** 45/24 54/19
**licensed [1]** 54/17
**lie [2]** 50/5 50/11
**lies [1]** 72/20
**life [2]** 54/6 63/6
**light [1]** 39/18
**like [21]** 4/2 12/5 14/8 15/9 20/23 21/13 21/14 21/24 21/24 26/16 38/15 42/6 51/25 56/11 61/18 62/13 68/8 70/1 70/18 73/4 74/10
**likelihood [1]** 62/23
**limitations [2]** 73/6 78/10
**limits [1]** 78/11
**line [11]** 33/14 33/15 42/14 57/23 65/18 66/8 67/15 67/25 68/1 68/8 68/14
**lines [4]** 19/25 28/20 28/25 40/25
**liquid [1]** 76/15
**list [1]** 56/14
**listening [1]** 8/10
**literally [2]** 26/14 42/19
**little [10]** 13/8 22/18 25/8 26/24 49/17 56/10 57/23 59/4 60/14 61/4
**lives [1]** 73/18
**living [1]** 72/7
**lo [1]** 30/24
**local [3]** 62/4 62/14 75/23
**location [1]** 60/19
**logic [1]** 69/7
**LOL [3]** 14/3 15/1 15/6
**long [1]** 72/1
**longer [1]** 67/19
**look [12]** 7/5 9/13 9/15 11/15 11/22 11/23 18/17 23/22 38/13 68/9 69/16 79/25
**looked [1]** 15/9
**looking [9]** 22/22 23/11 32/5 33/13 33/15 33/16 57/18 67/7 68/10
**looks [4]** 14/8 21/24 21/24 26/16
**lose [1]** 54/19
**loss [13]** 7/22 7/23 8/2 8/18 8/19 8/25 8/25 36/1 45/17 46/3 55/18 63/5 63/5
**lost [1]** 8/21
**lot [15]** 25/13 26/22 47/14 47/25 48/11 48/22 54/1 61/7 61/7 61/8 61/8 62/3 65/5 68/17 68/17
**loud [1]** 21/7
**love [3]** 61/25 62/5 63/1
**loved [1]** 62/8
**lower [2]** 57/17 57/22

**lunch [4]** 14/17 15/4 30/16 30/18
**lying [2]** 44/17 50/7

**M**

**Machado [19]** 1/17 1/18 3/9 3/24 4/25 7/5 9/4 11/21 12/19 16/10 24/17 47/9 48/17 50/22 51/19 61/18 74/20 78/14 80/14
**made [23]** 22/1 22/4 26/17 32/24 33/2 34/3 34/18 44/14 45/1 45/8 52/15 55/3 60/4 64/24 65/12 67/11 67/19 68/2 73/3 76/8 76/18 79/20 80/16
**magnetometer [1]** 69/2
**majority [1]** 46/2
**make [22]** 9/16 11/21 14/24 18/25 28/3 29/14 30/8 31/9 31/19 33/18 45/12 58/1 60/14 61/13 61/18 63/2 63/8 63/10 67/23 70/17 76/6 79/17
**makes [6]** 19/21 44/6 46/14 53/20 59/25 61/12
**making [6]** 23/15 24/3 24/19 34/20 43/13 44/2
**man [3]** 15/13 72/9 72/10
**mandatory [3]** 75/16 75/22 76/1
**mane [1]** 27/21
**manner [1]** 29/3
**many [10]** 4/15 25/15 46/8 46/24 47/23 48/14 54/11 54/11 56/13 64/23
**mark [1]** 14/12
**marked [1]** 41/5
**Marshall [5]** 1/13 3/8 7/5 13/6 39/14
**material [3]** 19/1 29/20 31/21
**materially [1]** 11/19
**materials [1]** 3/22
**matter [7]** 18/22 19/1 19/4 31/21 33/22 54/4 82/4
**Matthew [2]** 20/25 32/10
**maximum [2]** 37/17 39/21
**may [23]** 5/23 6/6 9/4 16/23 18/1 18/2 19/18 23/14 25/1 26/3 26/24 27/2 27/16 28/17 31/15 41/18 42/17 46/11 73/7 76/11 76/23 78/4 78/6
**May 2nd [1]** 19/18
**maybe [11]** 14/19 21/19 25/12 25/19 30/20 32/20 48/25 49/22 52/13 52/18 67/3

**me [47]** 3/20 5/6 7/5 8/19 10/1 11/17 13/12 14/2 14/16 15/6 18/17 19/12 20/7 20/11 20/12 22/16 22/22 22/25 26/12 27/10 28/18 28/23 29/14 37/5 42/10 43/8 48/24 48/25 49/11 58/12 58/25 59/25 59/25 61/1 61/22 62/2 63/10 63/13 64/13 64/14 70/24 74/2 74/21 75/1 77/21 78/8 80/21 mean [26] 7/23 18/24 20/12 22/12 22/21 23/13 33/4 38/13 38/24 43/7 48/21 49/7 49/12 49/20 49/23 51/17 52/20 53/25 64/19 66/1 69/1 69/12 70/1 70/2 71/10 72/22
**meaning [1]** 27/22
**means [3]** 27/19 31/23 77/19
**meant [1]** 73/14
**measures [2]** 29/4 29/12
**mechanical [1]** 2/8
**media [5]** 14/20 17/23 65/13 65/20 65/22
**medical [5]** 45/7 45/23 46/2 46/14 64/10
**meet [1]** 24/2
**meets [1]** 12/13
**MEHTA [2]** 1/10 3/3
**members [1]** 41/17
**memo [7]** 4/14 7/7 18/9 20/8 40/21 43/3 45/2
**memorandum [6]** 4/13 4/15 4/16 28/8 39/17 54/11
**memory [7]** 19/3 27/3 31/16 31/23 34/10 52/5 53/3
**mention [10]** 25/10 40/5 40/15 40/17 44/8 45/1 45/19 55/7 55/13 59/18
**mentioned [8]** 4/19 28/16 39/21 40/16 41/2 42/17 42/23 46/9
**mentioning [1]** 18/2
**mere [1]** 71/13
**Merit [1]** 2/3
**message [1]** 44/23
**messages [1]** 44/1
**met [1]** 8/21
**metal [3]** 5/10 43/1 69/2
**middle [3]** 39/18 81/2 81/3
**might [5]** 14/6 25/25 30/13 54/19 74/23
**mind [9]** 20/23 21/6 22/7 24/12 32/3 33/25 44/5 69/22 79/22
**minimal [1]** 45/10

**mayne [1]** 23/1
**me [47]**
**minute [1]** 12/12
**minutes [16]** 19/13 22/13 22/23 22/24 28/13 33/7 34/6 39/7 51/12 63/13 69/14 69/15 69/25 71/2 71/16 71/20
**mischaracterizing [1]** 44/7
**misdemeanor [5]** 46/20 47/4 56/19 57/24 79/14
**misdemeanors [3]** 35/21 56/13 58/5
**misguided [1]** 70/21
**misleadingly [1]** 46/17
**misrecollection [2]** 23/3 34/2
**misrepresentation [1]** 27/5
**missing [7]** 6/2 6/5 6/11 6/15 6/17 6/25 65/11
**Mississippi [2]** 62/20 64/21
**mistake [6]** 19/3 23/4 31/15 31/23 33/24 73/3
**mistaken [1]** 34/1
**misunderstanding [1]** 50/9
**mob [3]** 9/11 44/11 73/19
**moderate [1]** 45/17
**moment [15]** 13/5 16/9 28/23 42/23 42/25 43/24 46/9 46/12 46/14 48/5 66/21 68/20 70/13 71/4 71/5
**moments [1]** 19/25
**monetary [1]** 8/7
**month [2]** 59/3 76/19
**months [25]** 12/25 37/16 37/17 39/20 39/22 57/2 57/2 57/5 57/10 57/10 57/10 57/11 58/4 58/7 58/8 58/8 58/9 58/9 58/21 63/22 74/13 74/14 75/7 75/8 75/11
**months' [2]** 57/3 57/4
**more [28]** 15/8 15/12 19/13 20/12 23/7 23/14 24/11 24/12 25/9 25/23 26/13 27/10 33/20 34/8 34/9 36/25 40/12 42/5 42/9 42/16 42/22 45/6 55/10 57/16 57/23 58/4 61/4 80/17
**most [5]** 20/13 23/14 25/14 44/5 76/14
**motion [1]** 11/22
**motivating [1]** 28/12
**move [2]** 11/17 13/10
**moved [2]** 19/22 20/25
**moving [3]** 25/11 25/21 67/16
**Mr [2]** 25/11 60/12
**Mr. [107]**

**Mr. Baggott [18]** 20/20 25/13 25/15 25/17 25/21 48/7 51/12 55/9 55/10 55/12 65/10 66/6 67/25 68/3 70/18 71/20 73/8 74/13
**Mr. Machado [16]** 3/24 4/25 7/15 9/4 11/21 12/19 16/10 24/17 47/9 48/17 50/22 51/19 61/18 74/20 78/14 80/14
**Mr. Marshall [3]** 7/5 13/6 39/14
**Mr. Park's [1]** 4/18
**Mr. Parks [59]** 3/14 4/10 5/1 8/21 9/23 11/18 14/7 14/16 14/22 15/3 15/7 15/12 15/15 19/21 20/16 22/6 23/21 25/14 28/9 29/25 31/2 31/8 33/6 40/6 41/9 43/3 43/12 44/8 44/22 47/5 47/19 47/20 48/6 48/9 51/14 55/8 55/18 56/4 56/7 57/14 59/23 60/9 60/12 61/18 63/12 64/16 65/7 66/5 68/16 70/16 73/2 73/10 75/4 77/19 78/17 78/22 79/17 80/21 81/7
**Mr. Parks' [9]** 13/16 32/3 34/18 45/2 45/5 45/7 45/16 48/2 48/13
**Mr. Shields [1]** 14/21
**Ms [1]** 12/9
**Ms. [1]** 79/9
**Ms. Gavito [1]** 79/9
**much [7]** 24/14 39/13 41/10 47/18 49/20 67/19 69/13
**multiple [3]** 54/9 60/3 61/7
**murky [1]** 50/20
**must [11]** 31/3 31/19 36/4 36/5 63/23 64/3 75/25 76/3 76/6 76/20 77/25
**my [33]** 5/15 5/23 6/6 7/1 9/6 10/12 14/10 14/17 16/13 17/16 17/20 17/22 17/24 19/14 23/3 24/21 33/25 36/10 44/5 45/6 48/12 49/4 54/10 58/21 59/12 59/12 61/23 62/2 62/10 63/3 63/10 63/14 79/22
**myself [1]** 23/15
**mystified [2]** 64/17 65/3
**mystifying [1]** 49/11

**N**

**name [1]** 14/1
**named [1]** 62/20
**names [1]** 57/7
**narrow [1]** 18/18
**Nashville [1]** 14/10

**N**

**naturally** [1] 18/3
**nature** [3] 55/2 64/3 64/13
**near** [1] 81/2
**nearly** [1] 71/5
**necessarily** [2] 16/18 31/17
**necessary** [2] 5/20 64/1
**need** [19] 3/20 8/2 11/22 14/16 14/17 18/25 30/18 40/10 43/7 43/15 43/18 51/16 61/9 64/5 64/11 65/6 72/14 74/5 79/25
**needed** [2] 64/9 69/14
**needs** [5] 11/10 47/3 56/3 61/11 78/23
**negated** [1] 45/13
**neither** [2] 10/22 25/22
**never** [3] 29/2 29/10 40/22
**nevertheless** [2] 26/19 74/24
**new** [2] 7/8 12/10
**newness** [1] 38/14
**news** [1] 14/11
**next** [5] 21/3 21/18 31/2 32/12 67/25
**night** [4] 27/19 27/23 30/1 46/4
**no** [60] 1/4 3/6 5/15 6/1 6/8 6/11 6/14 6/17 6/18 7/9 8/20 9/22 9/25 10/1 10/17 13/12 13/13 15/1 16/8 20/1 20/15 21/15 23/11 26/14 26/14 26/17 30/9 32/6 32/17 34/6 35/2 35/14 36/1 36/24 42/18 42/21 43/11 45/9 45/10 51/2 51/15 55/5 55/6 55/6 55/18 55/21 56/2 56/3 56/17 56/18 58/15 58/15 67/4 69/11 70/5 70/12 72/7 76/2 79/8 80/20
**no -- yes** [1] 6/18
**nobody** [1] 49/16
**noise** [1] 21/7
**none** [2] 7/16 50/10
**nonetheless** [1] 7/17
**Northwest** [1] 77/5
**not** [131]
**note** [14] 7/13 16/5 23/19 27/15 29/22 31/11 38/7 45/15 45/16 45/25 46/11 56/17 59/18 59/23
**Note 4D** [1] 29/22
**noted** [1] 45/12
**nothing** [4] 4/20 21/16 32/17 56/6
**notice** [5] 23/25 23/25 77/25 78/2 80/22
**noticing** [1] 10/11
**notify** [1] 77/8

**notwithstanding** [4] 38/24 38/25 49/16 74/18
**November** [3] 1/5 10/7 10/8
**now** [15] 9/24 11/24 15/10 24/23 30/23 30/24 34/17 51/8 51/14 53/2 53/2 53/3 56/17 64/19 71/25
**nudging** [1] 60/14
**numbers** [3] 57/6 59/9 74/21
**NW** [3] 1/14 1/18 2/5

**O**

**oath** [3] 9/6 34/21 50/1
**obeyed** [1] 40/19
**object** [4] 5/15 5/21 7/2 37/25
**objection** [2] 36/24 45/4
**objections** [4] 5/6 80/13 80/15 80/18
**objective** [1] 37/1
**objectives** [1] 64/1
**objects** [3] 21/7 42/14 65/24
**obligation** [1] 77/9
**obligations** [1] 77/3
**observation** [1] 47/17
**observe** [1] 46/13
**observed** [1] 24/11
**obstruct** [2] 29/24 31/17
**obstructed** [1] 15/23
**obstructing** [1] 35/15
**obstruction** [23] 4/4 12/23 13/4 13/5 13/10 13/14 13/14 13/18 16/6 16/15 18/6 18/19 26/20 29/15 29/17 31/7 34/22 35/9 35/17 36/2 36/4 36/19 46/10
**obstructive** [1] 16/1
**obtained** [1] 45/24
**obvious** [3] 12/20 43/9 43/13
**obviously** [4] 38/13 55/1 59/3 64/24
**OC** [1] 41/17
**occasion** [1] 38/10
**occasions** [3] 20/15 32/6 60/3
**occurred** [5] 20/17 36/18 44/17 46/22 56/12
**occurrence** [1] 21/13
**occurring** [1] 10/8
**October** [1] 56/15
**off** [9] 19/13 21/12 21/25 22/7 26/25 67/17 68/23 71/5 73/2
**offend** [1] 74/7
**offense** [25] 10/19 10/20 10/20 35/4 35/8 35/11 35/16 35/24

**36/22 37/5 37/11 37/12 37/15 38/16 38/20 38/21 39/3 55/2 64/4 64/6 64/8
**OFFICE** [8] 1/18 3/10 75/18 76/21 76/23 76/24 77/10 77/17 76/5
**Office's** [1] 4/12
**officer** [9] 2/2 6/3 6/3 70/17 70/18 70/19 74/16 74/17 76/5
**officers** [15] 33/14 35/15 38/9 41/19 42/21 44/11 48/9 62/4 67/15 68/4 68/5 68/5 69/19 72/25 73/17
**official** [2] 2/4 29/20
**officials** [1] 73/15
**oh** [5] 6/18 21/5 30/6 48/12 73/4
**Ohio** [6] 20/17 23/10 33/8 42/24 67/12 68/21
**okay** [37] 3/15 4/10 5/7 6/18 7/4 7/12 8/13 8/15 9/19 12/4 12/16 16/4 17/18 18/5 18/13 19/20 20/5 21/14 21/19 24/16 27/7 28/22 28/24 29/13 32/16 32/20 38/12 39/4 39/6 53/1 58/10 61/17 71/16 71/19 80/1 80/23 81/4
**old** [2] 46/3 46/4
**older** [1] 59/25
**once** [6] 28/8 29/10 46/7 52/21 62/18 68/7
**one** [51] 4/6 9/5 9/5 9/22 9/22 9/22 13/12 13/13 17/23 19/13 19/22 22/6 26/16 27/10 28/5 29/17 35/21 37/11 37/12 37/13 38/10 40/18 41/8 41/15 42/8 45/1 46/3 46/21 48/14 54/5 56/23 57/4 57/9 57/10 57/10 57/11 57/11 58/8 58/9 58/20 59/1 59/11 63/2 65/14 65/22 66/21 70/25 71/6 80/7 80/17 81/1
**ones** [5] 5/7 53/24
**only** [12] 9/24 18/12 22/24 23/1 30/19 33/19 42/3 51/24 56/25 57/1 58/3 59/1
**open** [3] 44/13 49/18 66/18
**opened** [1] 49/21
**operate** [3] 73/13 73/14 73/14
**opportunity** [7] 9/13 11/5 11/12 11/14 23/8 61/10 73/22
**oppose** [1] 61/1
**opposed** [6] 12/25 27/5 47/15 47/17 54/8 55/9

**orally** [1] 4/17
**order** [11] 6/4 8/17 24/24 60/21 61/13 61/14 76/8 76/18 76/20 77/13 78/16
**ordered** [5] 5/14 75/13
**orders** [1] 60/11
**ordinary** [1] 18/20
**oriented** [1] 54/16
**original** [1] 7/10
**other** [23] 4/6 5/7 10/22 18/23 24/1 24/8 25/10 28/16 34/17 38/15 41/17 46/4 46/8 48/4 54/15 56/18 57/23 66/4 68/4 74/12 78/10 80/5 80/13
**others** [3] 9/10 48/15 70/7
**otherwise** [2] 19/6 36/8
**our** [10] 11/5 12/22 12/23 22/4 33/2 39/7 40/16 59/15 73/13 73/15
**out** [32] 11/18 15/4 15/17 20/21 21/1 21/8 21/17 21/22 22/9 22/23 23/11 26/1 26/2 26/10 26/18 26/18 32/11 32/13 32/23 33/15 33/19 38/14 42/20 50/3 50/4 51/12 56/11 67/18 67/18 68/9 69/24 72/19
**outright** [1] 27/5
**outset** [1] 18/18
**outside** [9] 6/7 8/22 40/8 43/20 44/15 67/13 68/21 68/22 69/4
**over** [3] 21/4 54/19 77/17
**overarching** [1] 38/3
**overran** [1] 44/11
**overrun** [1] 38/8
**overselling** [1] 47/24
**oversight** [1] 10/10
**own** [6] 8/24 22/7 42/7 44/18 59/16 72/19

**P**

**p.m** [8] 1/6 39/11 39/11 63/17 63/17 65/15 66/13 81/10
**page** [17] 19/16 19/17 20/22 21/3 21/3 21/10 21/18 21/23 28/16 28/18 28/20 32/8 32/9 32/12 32/15 32/19 46/11
**page 289** [4] 19/17 28/16 28/20 46/11
**page 299** [1] 32/8
**page 306** [2] 20/22 32/9
**page 327** [1] 32/19
**paid** [3] 76/19 77/9 79/18

**Paragraph** [1] 21/2
**parents** [3] 16/20 45/6 62/2
**parents'** [1] 46/1
**Park's** [1] 4/18
**PARKS** [62] 1/6 3/7 3/14 4/10 5/1 8/21 9/23 11/18 14/7 14/16 14/22 15/3 15/7 15/12 15/15 19/21 20/16 22/6 23/21 25/14 28/9 29/25 31/2 31/8 33/6 40/6 41/9 43/3 43/12 44/8 44/22 47/5 47/19 47/20 48/6 48/9 51/14 55/5 55/8 55/18 56/4 56/7 57/14 59/23 60/9 60/12 61/18 63/12 64/16 65/7 66/5 68/16 70/16 73/2 73/10 75/4 77/19 78/17 78/22 79/17 80/21 81/7
**Parks'** [9] 13/16 32/3 34/18 45/2 45/5 45/7 45/16 48/2 48/13
**part** [8] 5/24 9/11 11/12 34/3 47/23 62/10 73/7 75/18
**partially** [1] 9/20
**participate** [5] 5/18 24/25 38/11 38/19 76/3
**participation** [2] 38/3 38/5
**particular** [8] 8/7 18/15 34/19 36/3 40/2 49/12 53/23 53/24
**particularly** [2] 16/19 66/22
**parties** [1] 4/9
**party** [5] 28/11 29/9 43/25 69/25 70/3
**passage** [2] 26/23 27/5
**passageway** [2] 68/11
**passed** [2] 52/7 67/21
**passes** [1] 22/14
**past** [3] 33/12 43/8 67/22
**path** [2] 68/17 68/19
**pattern** [1] 70/10
**pay** [7] 7/1 54/6 75/13 76/10 76/14 76/17 77/1
**payable** [1] 77/4
**peddling** [1] 72/20
**penalties** [1] 76/11
**penalty** [2] 31/9 37/18
**people** [45] 9/11 14/11 20/24 30/5 33/11 42/14 47/24 47/25 48/4 48/15 48/22 50/7 50/11 50/25 51/9 51/11 53/6 54/9 56/13 56/21 56/21 56/23 57/1 57/3 57/23 59/5 63/4 63/6 64/17 65/23 66/16 66/18 66/23 66/25 67/12 67/15 68/4 68/18 70/15 71/12 72/18 72/23 72/23 73/12 73/19
**per** [1] 76/19

**P**

perceived [1] 50/20
percent [2] 50/22 50/23
perception [4] 27/4 50/18 51/6 52/9
perceptions [1] 25/1
perfectly [1] 55/3
perhaps [6] 17/13 22/13 30/5 44/5 56/10 61/4
period [6] 8/6 8/8 8/23 9/17 68/15 78/24
peripheral [2] 25/6 51/23
perjurious [1] 19/10
perjury [2] 19/7 31/9
permission [1] 78/4
persecute [1] 73/12
person [9] 3/11 25/2 25/9 49/9 56/18 56/24 57/9 59/15 67/3
personally [1] 10/21
Pezzola [1] 49/18
phone [2] 14/17 30/20
phones [2] 16/1 16/2
physical [4] 38/18 70/18 74/15 74/16
physically [2] 29/8 69/17
pick [5] 6/7 52/1 69/1 69/2 69/4
picking [2] 43/1 43/2
picture [1] 55/20
pill [1] 50/14
pilot's [1] 45/24
place [9] 21/16 22/3 23/11 27/23 32/18 33/1 44/3 67/8 72/21
places [1] 20/9
Plaintiff [1] 1/4
planning [1] 11/4
plausible [1] 19/5
play [2] 42/8 70/20
played [1] 42/11
plaza [1] 66/14
plea [2] 74/14 74/18
please [5] 3/4 4/25 39/12 43/10 61/1
pleasure [2] 59/24 60/1
plus [3] 4/15 16/14 69/20
point [45] 4/8 7/24 8/7 8/11 9/23 11/8 11/25 13/8 17/8 17/20 18/9 19/12 19/13 19/17 19/22 20/1 20/19 21/11 21/18 21/21 24/19 26/2 33/18 34/22 35/11 35/17 35/18 36/21 38/1 40/5 41/19 51/6 52/19 56/11 65/16 66/11 66/12 66/18 67/6 68/10 69/7 70/12
points [12] 9/25 10/2 10/17 12/23 20/8 28/4 31/7 35/10 40/17 45/15

police [49] 8/1 8/5 19/22 19/25 20/1 24/5 28/8 29/2 29/7 31/5 33/14 38/8 40/19 41/11 41/17 41/24 42/5 42/13 42/13 42/18 42/21 43/5 43/7 48/8 49/22 49/23 51/9 62/4 65/17 65/18 65/24 66/2 66/8 66/25 67/15 68/1 68/1 68/4 68/5 68/5 69/19 70/2 70/17 70/18 70/19 71/15 72/25 74/15 74/17
political [1] 73/12
popping [1] 26/10
position [6] 4/2 5/11 7/24 11/6 11/15 66/7
positive [1] 54/12
possess [1] 75/25
possession [1] 8/1
possibility [1] 54/18
possible [3] 19/9 23/23 54/22
possibly [1] 50/1
post [3] 11/21 28/10 41/23
post-trial [1] 11/21
posted [1] 41/14
posting [1] 65/19
posts [5] 41/14 42/7 65/13 65/14 65/22
posture [1] 29/7
potentially [3] 10/23 27/12 55/1
poverty [1] 62/13
powered [1] 68/8
powers [1] 61/8
pray [1] 59/13
prefer [1] 59/2
prepared [3] 11/7 12/2 13/16
preponderance [8] 9/1 18/12 19/8 20/3 27/1 31/10 33/25 34/21
presence [2] 36/18 71/13
present [1] 59/19
presented [2] 5/25 41/3
presentence [5] 3/24 4/11 5/1 75/19 77/11
presidency [1] 70/6
President's [1] 65/11
presiding [1] 3/3
presumably [2] 23/7 25/23
pretrial [1] 78/18
Prettyman [1] 2/5
prevent [1] 41/11
preventing [1] 67/15
preview [1] 3/20
previous [2] 5/13 40/16
previously [4] 24/23 45/1 60/13 60/25
prime [1] 66/7

print [3] 25/24 29/10 53/23
Prisons [2] 60/21 75/6
private [1] 30/20
probably [6] 20/23 24/22 25/11 36/3 36/14 57/17
Probation [15] 2/2 3/10 4/12 10/4 11/1 12/5 12/8 12/9 75/18 76/4 76/16 76/21 76/23 77/10 77/12
probationary [1] 57/20
problem [4] 25/6 53/2 67/4 72/22
problematic [1] 23/15
problems [2] 45/3 77/20
proceed [1] 3/16
proceeding [2] 12/3 24/25
proceedings [5] 1/9 2/8 3/12 81/10 82/4
process [1] 71/11
procured [1] 7/11
procurement [1] 6/3
produced [1] 2/8
profanity [1] 54/15
progresses [1] 50/19
prominent [1] 20/13
promote [4] 40/11 44/21 62/22 64/7
promoting [1] 62/14
proof [3] 6/8 8/20 18/10
properly [1] 60/5
property [8] 9/9 9/10 35/23 36/11 36/16 36/21 59/5 69/18
proposed [1] 41/5
prosecution [1] 36/5
protect [1] 64/8
protecting [1] 68/1
protesters [1] 19/23
protests [1] 67/7
proven [1] 8/5
provide [5] 19/2 31/21 64/7 64/9 76/20
provided [6] 6/4 6/10 6/12 23/8 31/8 52/11
provides [1] 34/19
provision [2] 31/12 38/14
provisions [1] 38/15
proximate [1] 9/12
PSR [3] 12/11 45/16 45/22
public [2] 56/3 64/9
pull [2] 26/17 41/4
pulled [2] 14/19 68/23
punishing [1] 54/8
punishment [1] 64/7
purpose [1] 26/11
purposes [1] 77/16
pursuing [1] 41/21
put [13] 8/7 12/5 12/21 15/17 27/12 61/14 69/3 73/17 74/20 75/1 80/13

puts [1] 74/9

**Q**

qualify [1] 12/14
qualities [1] 65/4
question [3] 13/12 33/23 48/18
questioned [1] 21/18
questions [1] 18/14
quick [1] 28/4
quickly [1] 55/15
Quite [1] 6/9
quote [1] 29/1

**R**

radius [1] 60/20
raise [1] 4/7
raised [5] 9/5 9/22 13/12 13/13 80/19
random [1] 26/11
range [6] 37/16 37/19 39/17 39/18 39/20 63/21
rather [6] 19/2 26/11 31/22 43/2 55/15 59/16
re [3] 4/17 4/18 74/7
re-offend [1] 74/7
re-reviewed [2] 4/17 4/18
reach [1] 39/23
reaction [1] 15/18
read [3] 13/24 28/17 49/7
readily [1] 46/24
reading [2] 36/4 47/14
ready [2] 3/16 73/3
real [8] 24/12 24/12 54/17 54/21 55/24 64/21 67/9 74/6
real-time [2] 24/12 24/12
reality [4] 37/17 70/22 70/23 72/7
realization [1] 70/14
realize [2] 23/24 69/13
really [11] 5/17 8/19 40/10 43/17 46/14 47/2 67/9 68/24 70/11 72/11 74/2
Realtime [1] 2/4
reason [8] 7/3 12/10 34/22 55/18 56/2 73/7 73/10 73/11
reasonable [2] 25/2 69/11
reasons [3] 45/11 65/5 71/12
recall [6] 5/23 6/6 16/23 26/4 53/8 53/16
recap [1] 63/21
receipts [1] 7/6
received [12] 3/23 3/25 5/1 5/3 46/6 56/24 57/1 57/3 57/4 57/5 57/24 64/23
receives [1] 37/8
recess [5] 39/10 39/11

recognition [1] 74/4
recognize [2] 31/11 74/25
recognized [2] 65/16 66/23
recollection [2] 10/12 26/23
recommendation [4] 4/12 12/24 40/4 78/14
recommended [4] 4/5 13/15 39/18 75/17
record [12] 3/22 12/6 12/21 13/22 13/25 37/25 39/25 65/1 80/14 80/15 80/19 82/3
recorded [1] 2/8
recording [1] 46/5
recount [1] 24/9
recruit [1] 62/22
reduced [2] 35/10 35/18
reduction [3] 11/8 12/15 38/1
redundant [1] 61/24
refer [1] 8/16
reference [1] 29/22
referenced [1] 65/13
references [1] 44/2
referred [1] 59/9
referring [1] 65/20
refers [1] 59/24
reflect [5] 31/17 64/6 70/5 78/15 81/5
reflects [1] 73/24
regard [13] 6/22 24/19 25/3 47/11 53/13 55/14 55/19 55/25 56/8 56/9 56/12 56/12 80/25
regarding [7] 18/10 24/14 24/21 28/5 45/2 45/7 45/21
regardless [2] 18/21 63/7
Registered [1] 2/3
regrettably [1] 65/8
regularly [1] 46/25
relate [2] 36/11 36/16
related [5] 36/6 36/8 36/12 38/16 39/3
relating [1] 29/19
release [6] 75/11 76/22 77/10 80/2 80/4 80/8
relevant [1] 36/7
remained [1] 42/24
remaining [2] 35/1 79/24
remarkable [5] 23/7 40/6 66/22 68/16 68/24
remedied [1] 8/3
remember [4] 29/23 53/7 53/20 68/13
remembering [1] 27/3
remembers [1] 52/13
remind [1] 7/5
remotely [1] 10/23
removing [1] 20/1
repeated [1] 40/20

**R**

**repeatedly [1]** 44/17
**repercussions [1]** 54/24
**report [7]** 3/25 4/11 5/2 12/9 59/16 75/19 77/11
**reported [4]** 6/1 6/15 7/16 60/9
**reporter [5]** 2/3 2/3 2/4 2/4 39/7
**represent [3]** 50/7 59/24 60/1
**Representatives [2]** 44/15 71/18
**reprisal [1]** 44/10
**repurchase [1]** 7/8
**request [5]** 4/3 11/12 59/14 78/4 79/24
**requested [4]** 5/9 13/1 60/17 76/21
**requesting [1]** 11/8
**requests [1]** 11/5
**required [2]** 18/21 60/9
**requires [1]** 29/23
**reserve [2]** 9/3 11/4
**residence [2]** 77/13 77/17
**resolve [1]** 6/4
**resolves [2]** 9/19 9/20
**respect [18]** 13/13 29/15 31/12 36/5 40/11 43/18 44/21 47/3 47/21 62/1 62/5 63/1 64/7 65/3 70/2 71/11 73/21 78/11
**respectful [1]** 59/24 73/1
**respectfully [4]** 11/5 27/2 48/7 57/15
**respects [1]** 48/21
**responds [3]** 14/15 15/3 15/12
**response [3]** 14/7 15/6 46/7
**responsibility [7]** 40/13 43/23 49/1 72/6 73/4 74/9 74/14
**responsible [1]** 9/10
**rest [1]** 57/6
**restitution [18]** 4/3 5/8 5/11 5/14 5/19 7/1 7/20 7/21 8/16 8/17 9/2 11/4 76/6 76/7 76/8 76/18 76/20 79/19
**restricted [3]** 35/1 35/5 35/14
**result [6]** 10/19 19/3 31/15 31/22 38/21 56/5
**resulted [1]** 7/22
**results [3]** 37/10 37/16 54/22
**retain [1]** 77/17
**return [2]** 26/18 39/8
**returning [1]** 22/25
**returns [1]** 33/19
**reviewed [6]** 3/23 4/1 4/17 4/18 5/1 5/3
**reviewing [1]** 5/13

4/24 5/5 7/22 10/6 10/9 10/16 11/20 12/18 13/2 13/6 15/25 20/10 21/25 24/6 24/6 27/4 29/14 33/12 34/24 37/21 39/5 44/9 44/14 47/8 48/9 49/3 49/4 49/5 49/17 49/18 50/10 50/11 50/23 54/2 58/6 60/1 61/17 63/12 63/13 63/20 66/6 67/13 67/22 68/22 69/16 69/24 77/22 77/23 78/8 78/12 78/25 79/13 79/15 80/10 80/12 81/5
**riot [2]** 38/5 59/5
**rioters [5]** 38/8 41/11 42/12 42/18 42/20
**rise [6]** 3/2 27/2 39/9 63/15 63/18 81/8
**rises [2]** 8/24 26/20
**risk [3]** 73/18 74/9 76/2
**RMR [2]** 82/2 82/8
**rob [1]** 43/10
**robbing [1]** 43/11
**role [2]** 70/20 73/25
**rolls [1]** 50/20
**rose [1]** 53/4
**rose-colored [1]** 53/4
**rule [9]** 9/17 12/2 40/11 43/19 44/21 47/3 72/2 72/3 72/4
**ruled [3]** 48/2 54/3 79/23
**rules [3]** 37/13 60/15 60/15
**ruling [1]** 39/19
**run [7]** 44/9 50/10 72/15 72/16 72/16 75/8 80/9
**running [3]** 50/12 53/11 53/13
**runs [5]** 44/6 44/16 50/4 80/2 80/4
**rush [1]** 38/10
**rushing [1]** 66/14

**S**

**sadly [2]** 14/23 30/8
**said [36]** 20/16 21/5 23/17 27/16 29/21 32/6 32/9 33/12 34/9 42/4 43/24 45/16 48/21 49/3 49/8 49/8 49/16 49/20 53/25 55/13 58/3 59/6 60/11 60/16 60/25 63/9 66/22 71/5 71/8 71/9 71/9 71/15 72/14 72/14 80/5 80/7
**same [5]** 6/20 21/23 30/17 34/3 36/24
**sarcasm [2]** 14/12 17/14
**sat [1]** 68/16
**satisfied [1]** 11/11
**save [1]** 48/4
**saw [14]** 25/11 29/7

51/5 52/23 53/16 54/12 65/23 66/18 66/19 67/22
**say [27]** 6/16 14/23 15/7 17/8 18/17 30/7 30/8 30/14 34/14 38/10 40/6 43/7 49/14 50/1 50/16 54/12 57/25 62/24 68/18 69/23 69/24 70/19 72/4 72/11 73/19 74/1 80/21
**saying [7]** 6/24 19/8 26/12 28/11 46/20 59/6 72/16
**says [23]** 14/1 14/2 14/16 14/21 14/22 15/4 15/7 15/9 15/12 18/24 20/22 21/4 21/11 29/1 29/1 30/12 30/17 30/25 31/11 32/12 32/14 32/24 44/23
**scaffolding [4]** 51/11 65/19 66/3 66/5
**scene [1]** 51/13
**score [1]** 9/25
**scratching [1]** 70/12
**screaming [1]** 42/15
**search [1]** 28/14
**seated [2]** 3/4 39/12
**second [3]** 13/4 34/22 40/22
**seconds [2]** 41/22 42/9
**security [1]** 6/3 29/4 42/6
**see [29]** 7/12 20/8 21/24 23/15 23/21 23/24 23/25 26/6 26/12 29/8 41/22 42/12 42/13 42/21 43/20 46/25 48/6 52/1 52/24 54/9 54/22 54/22 55/8 58/10 65/23 66/8 67/3 68/4 68/5
**seeing [6]** 38/5 41/1 46/15 51/7 51/15 68/20
**seeking [3]** 20/21 21/1 32/11
**seem [3]** 70/14 70/16 71/22
**seemed [2]** 17/9 21/13
**seems [4]** 8/19 15/20 22/25 24/10
**seen [7]** 34/12 38/9 53/22 53/24 66/4 68/17 68/19
**sees [1]** 49/19
**self [6]** 59/16 60/18 61/2 61/7 78/18 78/22
**self-surrender [5]** 59/16 60/18 61/2 78/18 78/22
**Senate [8]** 22/16 23/20 33/10 66/14 67/13 67/14 68/21 71/18
**Send [1]** 14/2
**sending [2]** 44/23 72/19
**sends [1]** 30/13

**sentence [16]** 11/25 39/17 39/19 43/18 47/1 56/24 57/1 57/19 57/20 60/17 60/22 63/25 64/5 75/4 77/14 78/9
**sentenced [3]** 57/9 58/4 75/10
**sentences [9]** 5/13 48/24 56/12 57/23 64/11 74/24 75/2 77/24 80/5
**sentencing [20]** 1/9 3/15 3/23 4/13 4/15 7/7 11/17 16/19 18/9 20/8 28/8 39/16 39/23 40/20 40/21 41/5 45/2 56/15 64/1 75/18
**sentencings [2]** 10/8 74/13
**separate [3]** 19/17 37/3 72/18
**sequence [1]** 29/10
**series [1]** 40/1
**serious [3]** 38/22 46/21 47/5
**seriousness [1]** 64/6
**serve [2]** 60/21 75/10
**served [1]** 62/6
**serves [1]** 52/6
**serving [1]** 62/11
**session [3]** 3/3 63/19 71/18
**set [3]** 63/24 64/1 78/11
**seven [3]** 46/4 57/5 58/8
**seven-year-old [1]** 46/4
**several [5]** 11/9 19/12 19/25 41/14 45/11
**severe [1]** 54/25
**severity [1]** 45/21
**sex [1]** 10/20
**shall [3]** 75/15 76/8 77/7
**share [3]** 58/12 59/10 76/23
**shatter [2]** 67/1 67/2
**shattered [1]** 67/22
**sheer [1]** 24/2
**shield [1]** 67/1
**Shields [5]** 14/2 14/5 14/15 14/21 27/18
**shit [1]** 15/1
**shortly [1]** 20/18
**should [6]** 4/19 12/22 13/19 16/15 16/15 31/13 44/20 45/9 47/18 47/20 48/1 56/10 56/20 59/18 64/10 69/14
**shouldn't [2]** 20/24 72/16
**show [4]** 14/18 15/5 30/18 56/6
**showed [6]** 19/6 26/16 28/11 43/25 52/11 70/1 74/10
**showing [1]** 51/14

**shown [3]** 24/14 30/19 47/5
**shows [8]** 15/15 23/20 29/10 33/4 53/8 66/13 68/13 71/10
**side [5]** 22/16 22/17 24/8 59/3 65/12
**sides [1]** 3/16
**sight [1]** 55/21
**significant [1]** 39/2
**signs [1]** 43/10
**similar [4]** 11/14 29/1 43/21 43/21
**Similarly [2]** 27/21 30/15
**simply [6]** 5/17 19/4 23/23 26/12 27/1 54/8
**since [3]** 26/23 45/18 61/14
**single [2]** 50/24 73/18
**sir [4]** 3/14 59/20 59/25 72/13
**sit [1]** 27/10
**site [1]** 14/20
**situation [2]** 6/23 25/19
**six [9]** 37/9 37/9 57/2 57/10 58/4 58/7 58/7 58/8 75/8
**six months [1]** 57/10
**six-level [1]** 37/9
**small [1]** 38/8
**smart [4]** 66/10 66/12 72/9 72/10
**smashed [2]** 33/11 42/20
**so [131]**
**so I think [1]** 10/9 22/5 23/22
**so it's [3]** 6/23 74/22 79/16
**social [5]** 14/20 17/23 65/13 65/20 65/22
**society [1]** 73/13
**some [36]** 7/23 14/20 15/5 15/12 15/22 17/12 24/20 25/25 26/3 26/13 26/23 28/6 29/23 33/18 34/19 41/16 41/19 46/3 46/12 46/16 46/17 47/15 47/19 48/8 48/15 48/21 51/7 54/24 56/7 57/20 59/4 59/12 61/13 66/18 70/4 73/24
**somebody [6]** 13/7 14/1 14/25 65/4 72/10 74/3
**somebody's [1]** 69/22
**somehow [4]** 7/25 27/25 56/7 72/1
**someone [4]** 21/5 42/3 54/4 74/3
**something [14]** 6/5 12/6 14/17 16/18 18/3 30/18 30/19 49/1 51/1 51/1 53/8 57/22 69/22 74/10
**sometime [2]** 9/5 15/4

**sometimes [4]** 14/17
31/15 50/18 53/6
**somewhere [1]** 69/14
**soon [1]** 40/19
**sorry [15]** 6/16 8/10
17/19 28/18 32/9 37/20
53/12 57/3 58/1 59/18
72/11 72/13 79/6 79/19
80/3
**sort [16]** 6/2 9/12 15/14
17/12 18/23 19/5 41/16
47/15 52/7 52/12 56/7
57/20 57/20 65/4 68/17
74/22
**sought [6]** 21/8 21/21
22/9 32/13 32/22 45/22
**sound [3]** 42/10 61/24
70/1
**speak [7]** 58/18 58/20
58/21 59/1 61/22 63/10
65/7
**speakers [2]** 21/15
32/17
**speaking [1]** 40/7
**speaks [3]** 38/21 40/12
43/17
**special [3]** 75/13 79/3
79/4
**specific [10]** 7/3 18/22
18/25 20/9 28/16 29/23
31/19 40/10 43/15 81/1
**specifically [4]** 13/22
26/5 44/22 74/5
**speech [2]** 59/4 65/11
**spend [1]** 71/16
**spin [1]** 49/6
**spinning [1]** 72/6
**spoke [1]** 60/24
**spoken [1]** 61/23
**sporting [1]** 42/6
**spray [1]** 41/17
**spun [1]** 71/2
**stairs [3]** 51/10 65/19
67/20
**stance [1]** 29/2
**stand [10]** 5/17 6/19
23/9 41/10 41/16 42/1
49/6 71/4 71/8 71/21
**standard [7]** 5/14
18/10 26/25 56/13
57/24 58/5 58/5
**standing [1]** 29/12
**stands [3]** 39/9 63/16
81/9
**started [2]** 64/21 68/10
**state [10]** 3/22 13/23
20/23 21/6 32/3 42/2
42/4 62/21 69/22 75/23
**stated [4]** 18/11 40/18
41/15 41/16
**statement [15]** 19/21
20/3 28/7 28/16 28/25
30/10 31/24 34/3 47/13
47/15 49/24 49/24
49/25 53/20 61/19
**statements [18]** 17/12
18/22 19/10 24/3 31/13

36/10 40/15 43/13
43/21 44/6 45/7 47/12
52/16 63/10
**states [8]** 1/1 1/3 1/10
3/6 24/4 43/3 66/10
71/14
**stating [1]** 28/8
**statute [2]** 8/18 64/2
**statutory [2]** 37/17
39/21
**stayed [1]** 20/25
**stenography [1]** 2/8
**step [1]** 50/24
**steps [2]** 55/21 66/7
**STEWART [3]** 1/6 3/7
55/5
**sticks [1]** 22/18
**still [7]** 8/2 41/25 53/6
67/7 71/8 71/22 73/4
**stipulated [2]** 7/16
55/17
**stipulation [3]** 5/25
6/10 6/14
**stolen [1]** 73/5
**stood [1]** 42/19
**stop [4]** 17/7 41/24
43/7 43/8
**stormed [1]** 44/12
**story [1]** 73/9
**Street [2]** 1/14 1/18
**string [1]** 25/16
**strong [2]** 54/15 64/19
**stuck [2]** 40/25 67/19
**students [1]** 62/23
**stupid [1]** 43/12
**subject [1]** 30/3
**submission [1]** 11/25
**submit [1]** 11/5
**submitted [4]** 4/14
12/9 60/5
**substance [2]** 75/25
76/2
**substantial [3]** 10/21
47/1 48/24
**substantiate [1]** 46/1
**such [4]** 36/8 72/3 72/4
77/8
**suddenly [1]** 28/13
**suffered [2]** 45/17
71/12
**sufficient [2]** 15/20
63/25
**sufficiently [2]** 9/14
16/7
**suggest [9]** 17/16 25/1
27/2 47/22 54/7 55/15
56/6 57/13 57/17
**suggested [1]** 23/9
**suggesting [1]** 30/19
**Suite [1]** 1/19
**summarized [1]** 54/10
**summer [1]** 53/18
**Sumner [1]** 62/15
**supervised [5]** 75/11
77/20 80/2 80/4 80/8
**supervision [4]** 75/15
75/21 77/16 79/18

**support [6]** 18/25
29/21 31/20 33/4 52/12
59/19
**supportive [1]** 59/22
**supports [1]** 55/22
**suppose [1]** 74/9
**supposed [7]** 20/19
21/19 22/8 32/20 43/9
67/8 69/12
**Supreme [2]** 18/24
31/18
**Supreme Court [1]**
18/24
**sure [11]** 9/16 11/21
19/11 19/15 24/4 35/21
58/1 60/4 60/12 60/15
79/18
**surprising [1]** 74/1
**surrender [5]** 59/16
60/18 61/2 78/18 78/22
**suspended [1]** 76/1
**swallow [1]** 50/14
**SWAT [3]** 28/11 43/25
70/1
**sweets [1]** 62/3

**T**
**tail [1]** 49/6
**take [17]** 8/21 10/5
11/15 11/22 11/23
18/18 43/22 44/20
55/22 62/2 68/19 69/6
69/13 70/6 73/3 74/8
81/7
**taken [5]** 6/9 17/24
33/20 74/10 74/25
**taking [11]** 16/13 17/11
18/2 21/16 22/3 32/18
33/1 56/7 59/17 67/8
75/3
**tale [1]** 71/2
**tales [1]** 72/6
**talk [6]** 4/4 13/5 16/8
40/2 54/9 70/13
**talking [10]** 10/7 14/9
16/12 17/4 17/7 46/12
53/21 53/22 55/5 58/20
**tear [1]** 41/16
**teed [1]** 5/7
**tell [4]** 20/12 30/5
46/22 70/7
**telling [4]** 30/4 43/14
72/23 73/2
**temporary [1]** 7/19
**ten [2]** 51/12 57/11
**tend [2]** 18/18 31/25
**Tennessee [7]** 54/21
60/19 62/15 63/4 72/23
81/2 81/3
**term [1]** 75/11
**terms [7]** 5/8 24/3
38/21 43/15 44/23
74/12 75/7
**terrible [1]** 14/13
**terrorism [1]** 10/17
**test [1]** 46/5
**testified [1]** 8/23 22/6

**testimony [38]** 4/18
4/18 6/16 13/16 16/6
16/14 17/4 18/7 18/15
18/19 19/1 19/2 23/2
23/3 23/5 23/15 24/7
24/14 25/24 26/5 31/9
31/13 31/14 31/16
31/20 31/22 32/2 32/14
34/4 34/18 34/19 40/18
49/21 54/3 66/20 66/21
66/21 67/7
**testing [1]** 76/1
**than [19]** 5/7 15/8 19/3
20/15 23/17 25/9 26/12
31/22 32/6 41/23 43/2
48/14 56/10 57/2 57/2
57/16 59/17 59/25
63/25
**thank [29]** 4/23 6/19
7/3 8/14 10/11 12/7
12/17 12/18 13/1 24/18
27/8 28/2 39/8 39/13
39/15 47/7 47/8 47/10
51/21 54/1 60/3 60/7
61/16 61/21 63/9 63/11
63/12 80/22 80/24
**thank you [21]** 4/23
7/3 8/14 12/7 12/17
12/18 13/1 24/18 27/8
28/2 39/15 47/7 47/8
47/10 51/21 61/16
61/21 63/9 63/11 63/12
80/22
**Thank you very much
[1]** 39/13
**that [614]**
**that's [44]** 5/17 6/13
8/11 12/12 13/3 13/7
14/13 15/14 17/3 17/16
17/23 19/5 20/24 22/1
22/5 24/5 26/7 27/17
31/6 32/24 33/4 43/9
43/14 44/19 45/7 46/24
47/3 47/15 49/19 50/13
51/3 52/2 52/13 52/20
55/14 59/1 59/2 63/25
65/25 74/18 76/15 78/9
79/18 80/11
**tale [1]** 71/2
**theft [12]** 5/24 6/24 8/2
8/22 35/23 36/11 36/16
36/18 36/20 36/20
56/19 56/20
**their [8]** 9/11 13/7 63/7
72/18 72/19 73/12
73/17 73/18
**them [20]** 11/11 14/20
25/22 29/10 29/11
30/21 42/14 42/15
42/15 42/17 46/2 50/8
57/4 58/8 58/19 58/20
62/3 66/19 73/1 73/2
**themselves [3]** 19/23
50/25 53/7
**then [67]** 3/24 4/3 4/7
4/9 4/9 5/10 12/2 14/9
14/16 14/21 15/4 15/9
15/15 17/7 18/6 18/14

80/20 20/23 21/4 21/10
21/14 22/17 22/19
22/24 22/24 28/10 29/8
30/6 30/24 31/2 32/15
33/14 33/18 33/19 34/7
34/7 34/13 34/24 35/10
35/18 39/8 41/22 42/5
42/25 43/20 44/5 44/15
46/9 50/3 50/13 51/12
52/7 52/17 58/7 58/11
67/25 68/9 68/10 68/22
69/3 69/3 69/4 69/5
69/5 70/4 71/1 72/15
**there [91]**
**there's [47]** 6/23 8/2
12/10 15/22 20/12
21/15 23/2 23/11 26/14
26/22 28/5 28/6 28/25
30/9 32/16 35/2 35/14
36/1 36/24 37/9 37/10
42/25 47/25 48/11 51/1
51/7 51/8 53/8 54/18
54/22 55/11 55/21 56/2
56/3 56/6 56/17 56/23
56/25 57/1 58/7 61/8
64/25 65/5 73/10 73/11
73/22 74/6
**therefore [4]** 7/1 12/21
76/10 77/1
**these [16]** 3/11 27/15
40/25 43/13 44/1 44/2
45/21 46/14 46/25 48/6
68/17 72/12 72/13
72/14 76/24 79/24
**they [32]** 9/9 17/22
20/19 25/22 29/3 29/8
36/12 36/14 36/14
36/23 40/19 42/4 46/7
46/7 49/10 50/25 51/1
53/7 53/7 54/12 58/19
60/25 60/25 61/1 64/18
69/12 69/23 70/2 70/3
72/14 73/15 73/17
**they're [10]** 41/15
42/14 45/11 51/10
51/11 54/21 65/14
69/22 69/23 73/14
**thing [8]** 18/23 25/10
27/10 29/1 30/18 60/2
63/2 71/6
**things [16]** 15/5 17/15
25/1 25/8 48/10 48/16
48/22 49/8 50/1 51/9
54/12 60/5 61/9 69/19
72/12 72/14
**think [97]**
**thinking [6]** 14/6 21/19
30/12 32/20 40/9 44/20
**thinks [2]** 22/21 49/19
**third [1]** 29/9
**third-party [1]** 29/9
**this [98]**
**This is [1]** 3/6
**those [42]** 6/7 13/24
15/10 17/17 19/25 20/9
25/24 30/23 37/21
40/14 42/12 45/5 45/8
45/9 46/7 46/24 48/10

| T | | | | W |
|---|---|---|---|---|

**Column 1 (T):**

those... [25] 48/23
49/18 50/1 52/15 52/24
53/22 53/24 54/2 54/6
54/11 56/23 57/24
58/16 61/13 65/6 65/9
65/22 67/22 68/3 68/4
68/5 69/18 72/1 75/3
75/22
**though [2]** 8/21 53/8
**thought [9]** 19/5 23/4
49/14 49/22 67/8 69/9
69/11 71/15 80/7
**thoughts [1]** 63/14
**thousand [1]** 35/25
**thousands [2]** 47/23
73/19
**threat [1]** 78/19
**threatening [1]** 48/16
**threats [2]** 10/18 38/23
**three [6]** 10/23 22/10
57/10 57/11 74/13
74/14
**threshold [1]** 24/2
**through [18]** 16/19
17/24 22/15 24/12
24/15 28/6 28/21 34/6
34/11 37/13 40/1 40/14
49/7 53/4 56/14 57/6
67/5 69/1
**throughout [2]** 38/4
73/1
**throw [1]** 59/4
**throw-down [1]** 59/4
**throwing [2]** 51/9
65/23
**thrown [1]** 42/14
**thus [2]** 5/19 31/16
**tied [1]** 76/15
**time [39]** 6/20 8/23 9/6
13/8 14/24 21/8 24/12
24/12 25/14 26/22 27/5
27/17 27/17 27/19 30/9
31/1 32/12 50/18 50/19
50/19 55/12 57/18
59/17 61/4 61/5 61/12
61/13 61/13 68/15 69/8
70/4 70/12 72/17 74/18
75/8 77/8 78/10 78/24
80/17
**times [6]** 22/5 22/11
25/14 25/15 34/4 34/8
**timing [1]** 78/21
**titled [1]** 82/4
**tobacco [1]** 54/14
**today [3]** 11/17 49/1
72/6
**told [4]** 11/18 40/20
70/7 71/25
**too [3]** 17/23 47/18
68/2
**took [12]** 13/20 15/8
15/10 27/23 29/7 30/21
30/23 44/3 68/18 68/19
70/7 74/13
**top [5]** 19/13 37/11
37/12 51/10 66/7
**torn [1]** 72/18

100/11 35/20 ... 36/22
36/22 56/25
**totaling [1]** 75/14
**totally [1]** 48/4
**touch [1]** 48/4
**tough [1]** 50/13
**toward [1]** 33/16
**towards [3]** 23/22
41/18 43/4
**town [1]** 11/18
**training [1]** 64/10
**transactions [1]** 36/25
**transcript [8]** 1/9 2/8
19/17 20/9 28/17 46/11
49/7 82/3
**transcription [1]** 2/8
**transcripts [1]** 20/22
**transferred [2]** 62/19
77/16
**transition [1]** 78/23
**transpired [1]** 50/9
**transpiring [1]** 51/17
**traveling [1]** 60/7
**tread [1]** 58/24
**treatment [2]** 45/23
46/6
**trespass [1]** 35/3
**trial [16]** 4/18 11/21
13/16 16/7 16/18 18/7
40/7 40/8 40/25 41/6
43/20 49/3 49/4 50/19
55/17 70/25
**trifecta [1]** 68/23
**trigger [1]** 15/21
**trip [2]** 15/7 15/8
**trippy [1]** 27/21
**trouble [2]** 14/6 30/13
**troubled [1]** 47/18
**troublesome [1]** 47/23
**troubling [1]** 44/5
**true [1]** 22/11
**trust [1]** 65/2
**truth [3]** 11/18 72/8
72/20
**try [4]** 11/13 46/22
67/18 67/23
**trying [10]** 22/22 26/6
41/11 41/24 43/8 47/22
51/11 59/5 65/17 68/5
**tunnel [3]** 25/5 51/23
51/25
**turn [5]** 9/6 39/5 42/10
68/7 73/22
**turned [2]** 21/17 32/18
**tweets [1]** 43/25
**twice [4]** 22/25 22/25
33/19 52/21
**two [21]** 9/21 9/24
12/14 12/23 16/21 28/4
29/16 34/8 35/6 35/9
35/10 36/25 40/17
45/25 52/21 55/11 57/3
57/4 57/11 58/8 58/9
**two-level [1]** 12/14
**type [2]** 29/3 63/5

**U**

**U.S [6]** 48/13 67/1 67/2
71/17 71/17 77/12

**U.S. Attorney's Office
[1]** 76/24
**U.S. District [1]** 77/5
**U.S.C [2]** 63/24 78/11
**unacceptable [1]**
44/24
**unaccounted [1]** 7/16
**under [14]** 8/16 8/17
9/24 16/15 31/9 31/25
34/20 35/7 35/25 50/1
54/1 58/18 66/2 66/4
**undermines [1]** 43/18
**underneath [1]** 51/10
**underscores [1]** 47/2
**understand [10]** 12/1
26/25 48/11 48/25
50/15 51/21 52/14 58/2
73/6 74/4
**understanding [1]**
73/24
**understood [1]** 30/1
**undetermined [1]** 7/14
**unfortunately [2]**
55/14 58/22
**unit [3]** 37/8 37/10
37/11
**UNITED [6]** 1/1 1/3
1/10 3/6 66/10 71/14
**United States [2]**
66/10 71/14
**universities [1]** 62/8
**university [5]** 62/19
62/20 62/21 62/24
64/20
**unless [1]** 7/21
**unopposed [1]** 59/14
**until [5]** 28/11 43/25
69/25 71/4 77/8
**unusual [2]** 21/13
74/25
**unusually [1]** 46/21
**unwarranted [1]** 64/12
**up [37]** 5/7 6/7 10/14
14/10 20/18 28/11
28/25 34/13 37/14 43/1
43/2 43/10 43/25 46/19
49/5 52/1 59/4 61/11
61/25 62/6 62/9 62/25
65/19 65/19 66/15
67/11 67/25 68/21 69/1
69/2 69/4 70/1 70/2
70/3 70/5 71/1 76/15
**uphold [1]** 47/3
**upon [4]** 13/15 18/19
33/24 38/15
**Upper [1]** 28/6
**upstanding [1]** 54/5
**us [8]** 15/8 16/7 29/4
41/15 43/8 43/10 59/22
65/14
**usage [1]** 8/6
**USAO [1]** 1/13
**usdoj.gov [1]** 1/16
**use [3]** 8/24 10/18
38/22
**used [3]** 7/10 22/9
24/23

66/25 67/2
**UTC [4]** 27/17 27/19
27/22 30/25
**utterly [6]** 23/1 49/6
51/13 70/22 71/6 73/21

**V**

**value [5]** 5/9 8/7 8/9
35/25 43/6
**vantage [1]** 66/6
**verb [1]** 22/10
**verdict [3]** 4/17 7/18
49/4
**versus [1]** 3/7
**very [26]** 9/17 7/18
15/24 18/18 21/3 21/13
22/14 31/2 33/9 38/9
39/13 39/25 41/9 44/16
50/7 54/25 58/22 59/21
59/22 59/24 66/16
67/20 68/20 69/13
71/25 72/20
**via [5]** 5/25 6/10 59/14
**vices [1]** 54/15
**victim [1]** 36/24
**victim's [1]** 8/18
**video [24]** 17/2 19/6
19/24 20/24 26/16
27/13 29/6 29/9 33/3
33/4 34/11 42/11 50/23
51/2 51/4 51/14 51/16
52/10 53/8 59/14 66/4
66/13 68/13 71/7
**videos [26]** 13/20
13/24 14/22 14/19 17/6
17/9 17/22 17/24 18/2
23/8 27/11 27/25 29/18
30/12 30/20 36/15 48/6
52/14 52/23 52/24
53/17 53/23 55/8 70/6
72/1 72/5
**videotape [1]** 13/20
**vids [2]** 15/10 30/23
**view [11]** 10/3 11/2
11/10 11/24 18/18
18/21 23/4 23/20 49/12
51/6 51/24
**views [3]** 13/7 18/23
73/12
**vii [1]** 35/7
**violation [1]** 56/19
**violations [1]** 60/10
**violence [8]** 10/18
10/19 38/2 38/4 38/11
38/23 38/23 55/6
**violent [1]** 44/11
**virtue [1]** 9/11
**vision [11]** 16/21 24/21
25/3 25/5 25/6 25/12
45/19 46/4 51/23 51/25
73/6
**Vista [1]** 62/12
**vocational [1]** 64/10
**vote [1]** 73/4
**vs [1]** 1/5

**Column 5 (W):**

**waive [1]** 76/11
**waives [1]** 77/1
**walk [3]** 69/4 69/24
71/20
**walked [7]** 21/17 26/18
32/18 33/12 42/20
67/21 67/22
**walking [4]** 21/15
26/13 32/16 71/17
**walls [1]** 43/10
**wand [22]** 5/10 6/1
6/11 6/14 6/17 7/8 7/19
7/25 8/9 8/20 26/3 26/6
26/17 33/20 43/1 48/4
52/1 55/14 55/19 55/21
55/22 69/6
**wands [2]** 7/10 7/14
**want [9]** 4/4 4/6 11/16
11/20 11/21 11/24
12/11 13/6 18/6 19/9
34/15 40/2 40/5 40/16
45/1 58/1 61/24 63/2
63/9
**wanted [9]** 9/21 15/17
17/5 18/8 28/3 28/15
60/1 61/21 63/8
**wants [2]** 50/7 59/9
**warrant [1]** 7/21
**warranted [1]** 47/2
**warrants [1]** 7/20
**was [184]**
**Washington [5]** 1/5
1/14 1/19 2/6 58/24
**wasn't [9]** 14/23 17/14
22/8 22/11 24/4 26/8
30/8 71/7 73/5
**watch [1]** 23/8
**watched [2]** 34/12
44/11
**watching [1]** 42/19
**waving [1]** 48/12
**way [40]** 6/8 12/8 18/4
21/8 21/20 21/22 22/4
22/6 22/9 22/15 25/13
25/18 27/4 30/5 32/13
32/21 32/23 33/2 33/15
33/19 33/24 35/21 39/2
44/14 46/15 50/21
50/24 51/6 64/17 65/12
67/11 67/18 67/19 68/2
68/9 70/5 70/12 73/5
74/21 75/1
**we [86]**
**we'd [5]** 5/15 60/16
60/23 61/3 61/4
**we'll [7]** 3/21 4/7 4/9
39/8 61/5 70/13 78/14
**we're [12]** 3/15 10/7
21/19 32/20 42/2 47/13
52/4 55/5 57/18 58/19
59/6 65/20
**we've [6]** 13/7 32/16
55/16 55/24 60/2 60/5
**weapon [1]** 10/22
**weigh [1]** 54/8
**weight [2]** 45/6 45/10
**Welcome [1]** 59/20

**W**

**well [26]** 4/13 5/12 10/4 13/3 14/22 20/11 24/22 25/14 25/24 26/9 26/19 30/7 38/11 46/23 50/2 50/15 51/4 51/25 52/2 52/9 54/16 58/15 58/22 65/7 69/23 75/16
**well-aware [1]** 46/23
**well-disciplined [1]** 54/16
**went [2]** 22/7 33/9 52/5 56/14 67/17 68/13
**were [62]** 4/14 7/6 7/7 7/10 7/11 7/16 8/5 16/19 16/21 17/15 18/16 21/4 21/7 22/2 22/14 23/8 25/8 25/22 27/16 27/25 29/8 32/25 39/22 41/11 41/17 41/24 42/21 46/7 46/15 47/24 47/25 48/15 48/16 48/16 48/21 49/14 53/22 54/11 58/16 58/19 63/4 65/17 66/7 66/10 66/16 66/23 67/7 67/8 67/12 67/14 67/15 67/24 68/14 68/14 69/8 69/9 69/12 70/3 71/12 72/1 72/20 73/7
**weren't [5]** 20/19 40/15 66/12 67/11 69/18
**west [2]** 41/13 65/12
**what [93]**
**what's [5]** 5/11 8/5 17/2 46/15 54/20
**whatever [7]** 60/11 61/5 61/11 61/11 67/7 70/23 78/23
**when [39]** 7/10 19/25 22/1 22/17 23/20 24/4 24/14 25/11 25/19 32/24 33/15 34/5 38/8 40/6 40/25 41/12 44/6 44/20 46/10 49/17 51/1 53/11 53/13 53/16 54/9 55/1 55/5 63/3 65/3 66/18 68/25 69/22 69/23 69/24 70/24 71/21 72/17 73/22 79/3
**where [23]** 6/23 11/13 20/17 23/24 23/25 24/13 25/8 25/22 26/7 29/1 29/5 29/7 29/8 33/10 41/2 42/25 44/1 46/12 55/21 61/25 65/12 66/6 67/14
**whether [12]** 6/4 7/14 7/25 9/9 9/23 15/23 24/4 34/11 42/18 62/7 68/13 79/22
**which [36]** 5/9 18/15 20/17 22/21 23/15 25/6 26/3 27/19 29/16 29/18 31/3 31/6 32/6 34/19 35/21 35/22 36/18 39/21 41/6 41/10 43/5

**while [10]** 22/19 48/11 50/11 51/10 60/9 62/10 62/20 71/17 75/15 75/20
**who [27]** 9/8 14/13 25/17 42/4 42/18 46/25 46/25 48/15 48/22 48/23 49/21 54/4 54/5 54/9 55/10 56/21 56/22 57/9 58/3 58/23 60/14 65/3 67/15 71/12 72/10 74/3 74/3
**whole [5]** 24/6 40/1 51/23 52/12 73/8
**why [14]** 12/11 13/18 17/3 20/24 26/7 32/16 39/7 42/4 43/14 52/20 65/5 70/15 74/18 76/15
**Why'd [1]** 15/1
**will [26]** 9/1 9/3 9/17 20/14 27/15 49/1 53/6 56/4 56/7 56/17 59/15 60/12 75/4 75/8 75/10 76/18 77/15 77/17 78/14 78/15 78/17 78/17 80/8 80/21 80/22 81/5
**willful [3]** 19/2 31/17 31/21
**willfully [2]** 19/22 20/1
**William [3]** 2/3 82/2 82/8
**willing [1]** 38/3
**willingly [1]** 44/10
**window [1]** 42/20
**windows [6]** 22/14 33/11 49/18 66/19 66/19 67/21
**wing [3]** 23/20 33/10 66/14
**wish [4]** 80/13 80/15 80/18 81/7
**wishes [2]** 4/10 57/8
**withdrawing [1]** 29/11
**withdrew [1]** 29/4
**within [10]** 9/16 20/9 24/20 27/13 60/19 60/19 72/2 77/7 77/25 78/1
**without [5]** 29/10 44/10 60/13 73/16 78/5
**witness [3]** 23/9 49/5 71/21
**woke [1]** 14/10
**won't [1]** 40/1
**wonder [1]** 13/18
**wondering [2]** 21/14 32/15
**words [2]** 22/8 32/7
**work [2]** 46/25 54/15
**worked [4]** 62/11 62/21 62/21 62/24
**worker [1]** 54/14

**working [1]** 62/11
**works [1]** 18/4
**worksheet [1]** 46/5
**world [1]** 22/21
**worried [1]** 56/3
**worse [1]** 48/22
**would [59]** 4/2 5/21 7/2 7/13 8/4 11/11 12/5 12/14 12/22 12/24 14/13 16/5 16/17 17/12 17/15 20/20 22/3 23/19 24/13 24/25 25/2 25/6 25/8 25/10 26/9 27/1 31/4 31/25 33/1 34/12 38/7 38/10 39/19 39/20 40/6 45/12 45/15 45/25 46/6 49/9 54/7 55/4 55/13 55/15 56/6 56/11 57/13 57/19 57/22 59/2 59/10 60/23 61/10 61/18 61/20 62/2 71/6 73/1 79/3
**wrap [1]** 46/19
**writes [3]** 14/2 14/5 14/25
**writing [1]** 11/6
**written [1]** 11/25
**wrong [4]** 47/6 61/1 70/15 72/24
**wrongdoing [2]** 49/2 71/23
**wrongful [1]** 44/24
**wrongfulness [2]** 43/16 43/22
**wrote [4]** 14/7 14/9 42/3 70/5

**Y**

**y'all [2]** 15/11 30/23
**Yeah [2]** 19/20 80/6
**year [3]** 46/3 46/4 80/7
**years [1]** 45/23
**yell [1]** 70/17
**yelling [3]** 48/8 68/3 68/4
**yes [13]** 3/17 3/18 6/18 8/2 10/25 24/18 28/2 48/19 58/14 61/20 73/2 73/3 73/17
**yet [2]** 23/9 71/8
**Yoder [1]** 58/21
**you [301]**
**you know [1]** 66/5
**you'd [1]** 67/20
**you'll [4]** 5/6 75/5 77/19 77/21
**you're [14]** 10/6 13/3 14/22 15/13 21/19 32/20 43/9 51/20 64/19 72/9 72/10 72/10 74/3 74/6
**you've [10]** 7/23 28/22 48/21 64/21 64/24 66/15 70/4 71/24 80/16 80/19
**your [113]**
**Your Honor [68]** 3/5 3/17 3/18 4/21 4/22 5/4

8/4 8/12 10/6 10/25 11/3 12/1 12/7 12/12 12/17 12/20 13/9 15/19 17/4 17/8 17/16 17/20 18/8 18/14 19/11 20/7 23/17 24/1 24/13 24/18 26/10 26/19 28/2 28/3 28/15 37/24 39/15 39/16 39/21 39/24 39/25 41/2 41/4 41/8 42/17 42/23 44/25 46/9 46/19 46/23 47/7 47/10 50/15 53/25 57/7 57/25 59/3 59/8 60/16 61/16 79/2 80/20 80/25
**Your Honor's [1]** 8/6
**yourself [1]** 49/25

**Z**

**Zaremba [3]** 2/3 82/2 82/8
**zero [8]** 9/23 9/25 10/17 11/8 35/11 35/18 36/21 38/1
**zero-point [4]** 35/11 35/18 36/21 38/1