# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 21-411** |
| | ) | |
| **STEWART PARKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Federal Public Defender has reassigned this case from Assistant Federal Public Defender Molly Runkle to Assistant Federal Public Defender Isra Bhatty.  Please substitute the appearance of Assistant Federal Public Defender Isra Bhatty on behalf of the defendant, Stewart Parks, in the above-captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Isra J. Bhatty
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
isra_bhatty@fd.org