UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-CR-411-APM |
| : | |
| STEWART PARKS, : | |
| : | |
| Defendant. : | |

GOVERNMENT'S RESPONSE TO MOTION TO MODIFY
CONDITIONS OF RELEASE

The United States of America respectfully submits this response to clarify its position regarding defendant Stewart Parks's motion to modify conditions of release (ECF 127). While the government consents to the defendant's requested modification to permit the defendant to seek approval for international travel from the U.S. Probation Office rather than the Court, the government is conferring with Probation to determine its position regarding the appropriate time period in advance of international travel the defendant must notify and solicit approval from Probation. The government will supplement this response to clarify its position as soon as possible.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Hutton Marshall
JOSEPH HUTTON MARSHALL
BENET J. KEARNEY
Assistant U.S. Attorneys
U.S. Attorney's Office for the

District of Columbia
DC Bar No. 1721890
601 D Street N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov