# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-411-APM |
| | : | |
| **STEWART PARKS,** | : | |
| | : | |
| **Defendant.** | : | |

## SUPPLEMENT TO GOVERNMENT'S MOTION
## TO MODIFY CONDITIONS OF RELEASE

    The United States respectfully submits this supplement to its Nov. 1, 2024 response (ECF No. 128) to defendant Stewart Parks's motion to modify conditions of release (ECF No. 127) after conferring further with the U.S. Probation Office. As previously provided, the government does not oppose the defendant's requested modification to his conditions of supervised release allowing him to seek approval for international travel from USPO rather than the Court. However, with respect to the defendant's request to remove the requirement that approval must be solicited 60 days in advance of travel, the government requests that the Court require Mr. Parks to request approval for international travel from USPO at least seven days prior to the proposed departure date, and that Mr. Parks include documentation of the business purpose of the travel in such requests.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney
                        DC Bar No. 481052

By:    */s/ Hutton Marshall*
           JOSEPH HUTTON MARSHALL
           BENET J. KEARNEY
           Assistant U.S. Attorneys

                           U.S. Attorney's Office for the
                           District of Columbia
                           DC Bar No. 1721890
                           601 D Street N.W.
                           Washington, D.C. 20579
                           (202) 809-2166
                           Joseph.hutton.marshall@usdoj.gov